

**Chris**



Yes and sure    7:14 PM

Now to answer ur q, what would u want to do? I'd want to u to have input    7:47 PM

I would like to get rid of it, if the test is positive    7:49 PM

Jesus. I thought you were conservative.    8:14 PM

So you're one of those "conservative til it happens to your own mistress" guys    8:53 PM

We are not in love. We are not together. Would be messed up to bring a child into the world without both parents raising them    9:18 PM

Can't imagine not knowing my father, or being raised by him    9:21 PM

If it even comes to that,

 Text Message • RCS