**Chris**

**Chris:** If it's positive then we need to schedule a clinic visit and get an abortion pill asap  2:20 PM

**Me:** Excuse me?  2:20 PM

**Me:** I don't know where or when you think that is happening. The nearest clinic last time I checked (and only checked bc I was teaching a sex ed unit in a health class) is San Antonio, and that was years ago. Clinics have been getting shut down left right and center.  2:23 PM

**Me:** But way more importantly, that's not your decision to make alone.  2:24 PM

**Chris:** You don't want either do you?  2:24 PM

**Chris:** Because it jeopordizes all your current battles and issues  2:25 PM

**Me:** I'm done talking about this topic through text. It's way too serious and potentially life-