10:14

**Chris**

Tue, Feb 4 at 2:40 PM

It's also just the right thing to do in this situation. Get rid of it
2:40 PM

"You're repeating yourself"
3:04 PM

The right thing to do in your opinion. Some would view it as taking an innocent life.
3:05 PM

Moving forward, can you PLEASE 🙏 re-phrase? Every time you say "get rid of it" it's like an electric shock.
3:06 PM

I literally feel like I'm going down the steepest hill on a roller coaster when I read that.
3:07 PM

Both of our reactions to the test were oh shitt, that's terrible news. That's plenty clear indication of how we felt about it and what should be done about it
3:09 PM

Using shock value is not

Text Message • RCS