**Chris**

Wed, Feb 5 at 10:48 AM

> I'm going to be able to get the 2 drugs needed to discontinue pregnancy. Should be able to use them 2 weeks from today 👍

10:48 AM

**Stop right there.** — 10:48 AM

> I'll let you know after i get them and have them

10:48 AM

**Let me get up to my office to discuss this.** — 10:48 AM

**Don't buy anything** — 10:50 AM

> They can be safely taken at home and without medical supervision. And without record

10:51 AM

**Slow your roll** — 10:51 AM

> It's a safe and reliable 24-48 hour process. With minor setbacks like stomach pain

10:52 AM