

Chris ›

Text Message • RCS
Thu, Feb 6 at 3:38 PM

Hey good news!

3:38 PM

Found an American website to get plan C pills from.  Those FDA approved pills are on their way here 👍

3:40 PM