
Chris

> without asking you  
10:59 PM

> Which for the record i forgot that is important to you. Because in my mind its not a big deal at all...🤷‍♂️🤷‍♂️  
11:00 PM

> Maybe it's just me, I'm different  
11:00 PM

What's important to me?  
11:00 PM

> Me buying things without your permission  
11:00 PM

> Anyways, i need to go to bed. Have another long day tomorrow  
11:01 PM

Well YEAH I'm not ok with u buying something like that w/o my permission. It's not a benign purchase.  
11:01 PM

It's not like buying toothpaste. It's *double-checks notes* ABORTION PILLS.  
11:02 PM

It's so presumptuous.

+ Text Message • RCS