

**Chris**

Text Message • RCS

Want you to practice some positive reinforcement. At the beginning of every hour say out loud, "I am going to be good and safe after taking the M&M's"  9:07 AM

That one sentence will help you build mental armor that will help protect you  9:09 AM