**Chris**

> No, I'm not saying your reason is wrong. I'm saying it makes zero sense.
> 10:40 PM

> Tell me how having the pregnancy would help improve my life?
> 10:40 PM

> Once again (let me get my claps ready)...
> 10:40 PM

> Zero pros for me; Only cons
> 10:40 PM

> It's Not. 👏 About. 👏 Improving. 👏 Your. 👏 Life. 👏
> 10:41 PM

> Having children with my partner will absolutely improve my life someday
> 10:41 PM

> It's a hand you were dealt, and this little person did nothing to harm you, they are not dangerous, they are not some infectious agent that you have to stay far away from. That's what you're acting like.
> 10:42 PM

Text Message • RCS