

**Chris**

> Under no circumstances will that potential child be born
> 
> 11:55 AM

Text Message • SMS

> Please come with me bc you said you would and I have held up my end of the deal on EVERYTHING so far. Everything Chris. Please don't bail on me.
> 
> 11:56 AM

Text Message • RCS

> I will come with, but only if you agree that under NO circumstances is that potential child to be born
> 
> 11:57 AM

> If ultrasound says it is somehow alive. Then it needs to be aborted
> 
> 11:57 AM

Text Message • SMS

> That was never part of the deal. You said you would come with me. We both know it's in
> 
> 11:58 AM

Text Message • RCS