

**Chris**

> If it's confirmed alive, then it needs to be aborted  
> 11:59 AM

> Without fail  
> 11:59 AM

> That is best for everyone  
> 11:59 AM

*Text Message • SMS*

> I know your stance on that. Please tell me you'll come with me or I'm canceling this altogether bc I made it with the understanding that you were coming with me.  
> 12:00 PM

*Text Message • RCS*

> What do you plan to do if it's alive  
> 12:01 PM

*Text Message • SMS*

> I already told you. Take a beat to regroup and process. Then go from there.  
> 12:01 PM

> That would be a huge surprise.  
> 12:01 PM

Text Message • RCS