
Chris

> Yes or no are you coming? If not I'm calling and canceling. And they might give that time to someone else, which would push us to the next week if I wanted to reschedule.

12:02 PM

Text Message • RCS

> I'll go

12:03 PM

Text Message • SMS

> Ty

12:03 PM

Text Message • RCS

> But it needs to be aborted and gone, no matter what

12:03 PM

> That's why i feel like going in is almost a waste of time. Because if it's already dead, then you take pills and expel it. If it's alive, then take pills and abort it

12:05 PM