◀ Facebook

**Chris**

> You've told me 1000 times you are trying to stress me out so that I lose the baby
> 8:50 PM

> It's sick.
> 8:50 PM

> I can't wait to hold that gorgeous baby though, if it's alive.
> 8:50 PM

Text Message • RCS

> If that thing ever gets born, it would be a failure on multiple levels
> 8:52 PM

> and set up for failure since before it's birth
> 8:52 PM

Text Message • SMS

> It would be beautiful and loved and looked after.
> 8:52 PM

> Since you think it's so cute when I talk to it...I apologized to it last night for their dad's behavior and how upset it made me
> 8:55 PM