10:21

Chris

So let's stop and be nice.   12:43 PM

Text Message • RCS

You already know that is NOT true because i only want to abort this monstrosity of a situation   12:46 PM