**Chris**

> I have never called the baby a mistake. It's a terrible thing to call a human life.
1:08 PM

Text Message • RCS

Cool blame that on me then. It is 100% a mistake
1:08 PM

Text Message • SMS

> I don't like that Chris.
1:10 PM

Text Message • RCS

I don't like this situation, yet here i am trapped in it every day
1:10 PM

Text Message • SMS

> Babies aren't mistakes. They shouldn't be called that.
1:11 PM

Text Message • RCS

Called it whatever you want. I
1:13 PM