

Chris

Text Message • RCS

**Realistically?!?!?** — 2:10 PM

**Realistically alllll our problems could be gone tomorrow!!** — 2:10 PM

**It is just that simple** — 2:10 PM

**But you are going to do whatever you wanna do despite statistics and facts** — 2:11 PM

**So go on ahead** — 2:11 PM

Text Message • SMS

**I'm not doing anything wrong.** — 2:11 PM

**Just waiting to hear how baby is doing in there.** — 2:11 PM

**People are more than statistics and facts.** — 2:12 PM

**They are complex creatures and have feelings.** — 2:12 PM

**I'm not some robot.** — 2:12 PM



Text Message • RCS