**Chris**

> so hard for just one minute.

> And then if I do choose to end it, it'll be a pleasant surprise. If I don't, you will have already prepared yourself.  
> 10:12 PM

> Maybe even do it while your dad is there, for moral support.  
> 10:13 PM

Absolutely not!   10:14 PM

> Ask him if he ever felt afraid when your mom was pregnant  
> 10:15 PM

> Ask him how he felt that time she got pregnant right as they were separating.  
> 10:15 PM

> You act like you are alone in the world with these feelings, and you are not. You might even have people close to you who have felt them.  
> 10:15 PM

You can keep trying hoping I'll change my mind. But it will absolutely not happen   10:16 PM

Text Message • RCS