**Chris**

> A pregnancy happened. It wasn't planned or expected. Since there's nothing I can do about it other than abort (and I don't like the idea of that), I'm almost at the point where I'm trying to look at this as a blessing or a gift.
>
> 10:40 PM

> Because that's what babies are. Just because I'm not married to the father and the pregnancy was accidental, doesn't mean that this baby would be any less of a blessing or a gift.
>
> 10:42 PM

> They are a beautiful thing. I do not understand my higher power's plan for me (haven't for almost a year now), but if this is their plan, then I'm prepared to take on the responsibility.
>
> 10:44 PM

This is 100% a fucked up and messed up situation. You can spin it any way you want

10:44 PM

Text Message · RCS