**Chris**

> This is the difference between an adult and a child right here.
> 
> 10:45 PM

> Do you even go to church?
> 
> 10:45 PM

> More name calling
> 
> 10:45 PM

> Nope, just facts. You are swearing at me and saying that having a baby that you made is "messed up."
> 
> 10:46 PM

> Whether I go to church or not is irrelevant. I can have beliefs and believe in a higher power and/or be spiritual. It's one of the great freedoms of our country that you signed up to serve.
> 
> 10:46 PM

> Do not insult me.
> 
> 10:47 PM

> The fact that you can't see how bad and messed up this is, that's completely delusional
> 
> 10:47 PM

> But do whatever you want 👍
> 
> 10:47 PM