**Chris**

> But do whatever you want 👍　10:47 PM

> How is it that bad? I have a safe and loving home for this baby to live in. We have everything they need. I am capable of raising a baby. I have support.　10:48 PM

> They would be loved and adored and spoiled. This baby would never be put down! There is nothing wrong with thinking of a sweet, beautiful new baby and choosing to be positive about it.　10:50 PM

> Ya whatever lady　10:52 PM

> It would be soo gorgeous. As unhappy as I am about being pregnant, I'm allowed to look forward to having another baby with enjoyment.　10:52 PM

> It doesn't make me a bad person.　10:52 PM