**Chris**

> Look I'm going to tell you some hard truths that your hormonal brain is not going to like
> 10:27 PM

> I've already heard plenty of hard truths.
> 10:28 PM

> Don't insult me, please. "Hormonal brain"
> 10:29 PM

> Choosing to have that thing WILL mess with your life. It will take away and mess with your 3 current kids. Choosing to have it WILL mess up it's life. It would be bad for you, your current kids, and that poor thing
> 10:30 PM

> It would be better off not being around
> 10:30 PM

> What do you mean it will "take away" my 3 current kids? Watch your mouth.
> 10:30 PM

> My children aren't going anywhere.
> 10:30 PM