**Chris**

> You gave me a beautiful gift. I suppose I should be thanking you.  —10:41 PM

Do things the right way Liana, and with the right person. You know deep down inside you, that this is wrong. This is not a good thing  —10:43 PM

I know that you already know that inside of you  —10:43 PM

> Loving this baby feels right. I want it to stay alive. I want to snuggle it and sniff its tiny head and never ever put it down. 🤱🏼  —10:47 PM

Do things the right way. You know this is Not right  —10:48 PM

> Who are we to say this isn't right? We were given this incredible gift, and what feels right is to surround it with all the love in the world.  —10:50 PM