**Chris**

> Everything around you, everything you touch gets made worst. Your poor family got driven apart because of your psycho mentality
> 9:58 PM

Text Message • SMS

> Please stop texting me
> 9:58 PM

> I would like you to stop your harassment.
> 9:58 PM

Text Message • RCS

> If i had to deal with your craziness every day like your husband, that would drive me mad too. You probably drove him crazy
> 9:58 PM

Text Message • SMS

> I am not the liar, the cheater, the manipulator, or the failure of a man and human being. That is you.
> 9:59 PM