**Chris**

**Drove your husband mad and messed up your own family** — 10:00 PM

*Text Message • SMS*

**Harassment. I am once again warning you to stop texting me, please.** — 10:00 PM

*Text Message • RCS*

**Now you live in a dead husk of the family life you tried to create but ruined** — 10:00 PM

**You can't even take the photos down of your failed family. So you have to be reminded of it every time you walk through a hallway** — 10:01 PM

*Text Message • SMS*

**Your words mean nothing to me. I don't need a complete failure and loser's commentary. Your gf is trash if she chooses to stay with you** — 10:02 PM