

**Chris**

Text Message • RCS

Maybe Devin Paul Davis and i can become friends — 10:03 PM

Wonder if i could help him in his legal proceedings with his crazy ex — 10:04 PM

Text Message • SMS