

Chris >

You are the worst person    11:51 AM

No I'm not! How is a loving mother-to-be the worst person.    11:51 AM

Don't care about me or my perspective    11:52 AM

Or how it's going to affect others    11:52 AM

I do care Chris!    11:52 AM

Just gonna do what you already picture happening in your head    11:53 AM

But it's something that can't be done halfway. It's not something we can meet in the middle on. It's one choice or the other.    11:53 AM

I can't halfway have the baby you know?    11:53 AM

I ALWAYS listen to you.    11:53 AM

Text Message · RCS