

Chris

> Was thinking we could hang out one of these night I'm not scheduled and catch up on Reacher

12:15 PM

> I could make us some warm relaxing tea instead of alcohol

12:16 PM

> And we could go to bed at a reasonable hour

12:16 PM

> Called it a "trust building night" if you have to.....

12:16 PM

Haha I don't drink tea. Never liked it (hot, iced, or otherwise). But I'm sure we could substitute that with something else

12:16 PM

I also finished this season of Reacher on my own. 😳 But, I'd re-watch. Or we can pick another show or movie.

12:17 PM

> Wow finished without me huh......

12:21 PM

+ Text Message · RCS