9:39

Edit

# Mom

message | call | video | mail | pay

**April 6, 2025**

12:10 AM  **Outgoing Call**
2 minutes

**Contact Photo & Poster**
Shared by Mom

home  RECENT
▬▬▬▬▬▬▬▬

FaceTime

Notes

Favorites | Recents | Contacts | Keypad | Voicemail