9:26

**Chris**

Sun, Apr 6 at 12:12 AM

[image] 12:12 AM

CHRIS ANSWER THE PHONE!!' — 12:22 AM

I'm calling you! — 12:22 AM

Chris!!!! — 12:26 AM

Do you have my mom? — 12:29 AM

She is waiting outside. It is [redacted] — 12:31 AM

You have to turn right into them and go all the way to the back. — 12:32 AM

I am gushing blood. Please hurry. — 12:34 AM

I'm trying to find her.. — 12:44 AM

Are you OK? — 12:44 AM

No! When I didn't hear from