9:36



Edit

CC

NEXT DOOR

# Chris Cooprider

message | call | video | mail | pay

## April 6, 2025

**12:22 AM   Outgoing Call**
6 seconds

**12:21 AM   Outgoing Call**
4 seconds

CC   **Contact Photo & Poster**

**phone**  RECENT
████████████

**Notes**

Favorites | **Recents** | Contacts | Keypad | Voicemail