9:37

[Edit]

**CC**

NEXT DOOR

# Chris Cooprider

| message | call | video | mail | pay |

### April 6, 2025

12:26 AM  **Outgoing Call**
4 seconds

**CC**  Contact Photo & Poster

**phone**  RECENT
█████████████

**Notes**

Favorites | Recents | Contacts | Keypad | Voicemail