9:37

Edit

**CC**

NEXT DOOR

# Chris Cooprider

message · call · video · mail · pay

### April 6, 2025

**12:39 AM**  **Outgoing Call**
56 seconds

**CC**  Contact Photo & Poster

**phone**  `RECENT`
████████████

**Notes**

Favorites · Recents · Contacts · Keypad · Voicemail