9:37

**CC**

NEXT DOOR

# Chris Cooprider

message | call | video | mail | pay

### April 6, 2025

12:45 AM  **Outgoing Call**
8 seconds

**CC**  Contact Photo & Poster

**phone**  `RECENT`
██████████████

**Notes**

Favorites | **Recents** | Contacts | Keypad | Voicemail