# Uber

April 6, 2025

**Here's your receipt for your ride,** ▮

We hope you enjoyed your ride this morning.

| | |
|---|---|
| **Total** | **$13.45** |
| Trip fare | $10.43 |
| Subtotal | $10.43 |
| Booking Fee | $2.77 |
| Texas Regulatory Recovery Fee | $0.25 |

## Payments

Mastercard •••• ▮                             $13.45
4/6/25 11:40 AM

Visit the trip page for more information, including invoices (where available).

---

You rode with Marty

Comfort   4.13 miles | 9 min

▮ 12:49 AM | ▮ Corpus Christi, TX ▮
▮ 12:58 AM | ▮ Corpus Christi, TX ▮

Fare does not include fees that may be charged by your bank. Please contact your bank directly for inquiries.