9:27

Chris

**Are you OK?** — 12:44 AM

No! When I didn't hear from you, I sent my mom money for an Uber and she is getting in an Uber. Please turn around and come back and get me. Please. — 12:45 AM

Hurry. — 12:45 AM

I am soaking blood. — 12:45 AM

Please call me NOW or I'm calling an ambulance. — 12:46 AM

My mom is in an Uber on her way here. She no longer needs a ride. As we discussed, now I need you to take me to the hospital. — 12:52 AM

Just wherever you are, please turn around and come to me at the house. You don't need to do anything else. Stop looking for my mom if that's what you're doing. — 12:53 AM

Text Message • RCS