9:28

**Chris**

**Me:** Just wherever you are, please turn around and come to me at the house. You don't need to do anything else. Stop looking for my mom if that's what you're doing. — 12:53 AM

**Me:** Chris, this is very odd that you know I am having an emergency and you are not reachable and taking a long time to answer. This is what we have talked about for the longest time and how this is my time of need. — 12:54 AM

**Chris:** I'm sorry, i have to go to my flight tomorrow — 12:59 AM

**Me:** Where did you go? You aren't home. Did you even go out to find my mom? — 1:01 AM

**Me:** I am at the hospital in the ER. — 1:24 AM

Sun, Apr 6 at 4:42 AM