# EXHIBIT 1
# Transcript

# Audio to be Produced Natively

## Audio #18

Speaker 1

(0:00) For the second time this week? (0:08) Oh, I wanna answer. (0:10) I don't know if it's, like, a moot point at this point, but, like, you had asked, so I'm gonna answer, like, what I think best case scenario was or, like, if you were just saying that because you were pissed. (0:25) And

Speaker 2

(0:26) I was asking what you want to do.

Speaker 1

(0:33) Okay. (0:33) My my attention had completely, hopefully, you understand, shifted. (0:39) So I'm gonna get back to thinking of that.

Speaker 2

(0:44) Yeah. (0:44) It wasn't

Speaker 1

(0:45) It was go ahead.

Speaker 2

(0:46) I'm asking, like, best case, worst case. (0:48) I was just asking what you want to do.

Speaker 1

(0:51) Yeah. (0:52) Best case is, like, what I think should happen or what based on, like, what I imagine someone else would want. (1:03) Like, I I don't how do I put this? (1:05) This isn't judgment. (1:06) I don't understand.

Speaker 1

(1:10) And I know it's different because I would be carrying it for nine, eight more months. (1:16) And then you know? (1:17) But, like, the closest equivalent I can think of would be, like, putting it up for adoption. (1:22) Right? (1:22) I would think every single day I'd be wondering about them.

CR000796

Speaker 1

(1:25) I would wanna know are they okay? (1:27) Are they healthy? (1:28) Are they being taken care of? (1:29) Are they happy? (1:30) Are they loved?

Speaker 1

(1:30) You know what I mean? (1:31) I'd be thinking all of those things. (1:32) So I can't imagine, like, not wanting even the occasional update or, you know, some kind of you know, I would be wondering day and night, so I can't I can't put myself there. (1:53) That's what I like, when I say best case scenario, like, that like, that's what I imagine should happen. (2:04) But, anyway okay.

Speaker 1

(2:05) So do you want me to tell my girlfriend about you? (2:07) Do you want me to break up with her? (2:08) Sounds like you're using that. (2:09) When you get me to be more. (2:11) Maybe you want to sleep tonight for, like, having a relationship.

Speaker 1

(2:14) Yes. (2:14) I really want to know what you want. (2:15) I can't force you to do anything, so

Speaker 2

(2:17) I'd like to know what you're

Speaker 1

(2:17) talking about. (2:18) Okay. (2:20) Short term, like, immediate term, what I would want is that you support whatever I wanna do even if you're not thrilled about it because know that I'm not thrilled either. (2:36) I don't know what's gonna happen to me in any regard in two months from now, three months from now, five months from now. (2:43) You know what I mean?

Speaker 1

(2:44) Like, my other situation, like, with custody, and I'm just getting fucking humbled here. (2:58) That could change and evolve and, like so just assuming that's all stable and nothing drastic happens, like, You know, you don't have to be excited. (3:13) You don't have to be stoked for it, but just like, you can't hate your way out of it. (3:24) Does that make sense? (3:24) Like, you can't just I'm not saying that what's that's what you've been doing.

CR000797

Speaker 1

(3:33) I think anything what we found out, like, not even seventy two hours ago, I think, you know, just get in touch with your feels. (3:41) Do it. (3:41) Get it all out of your system now. (3:43) But, you know, being making me a scapegoat, not saying you did, but I have a lot on my shoulders already. (3:58) Like, a lot.

Speaker 1

(4:01) It's a miracle I'm still standing after everything that I juggle. (4:09) Like, it's a shit windmill, and I'm trying my best. (4:16) So, anyway, I told you possible outcome number one. (4:23) So both of it starts with telling this other person what's going on because there's no way not to. (4:29) That's not me giving an order.

Speaker 1

(4:31) That's not, like, me that I'm not saying break up with anybody. (4:36) I'm saying it, like, it would just need to happen because otherwise, it would be way worse. (4:41) So I told you possible outcome one where it would be like, okay. (4:45) So I assume this would be best case for you, which would be that she stays, which is possible. (4:53) Okay?

Speaker 1

(4:54) Some people I don't know. (4:55) I don't claim to know her personality or anything, But I assume that would be good for you. (5:06) I mean because I'm assuming that's what you want. (5:11) Right?

Speaker 2

(5:12) Uh-huh. (5:12) Okay.

Speaker 1

(5:17) In that case, like, it's it's what I said. (5:20) Just I know you're gonna be in North Carolina for x number of years and then either in, what, Japan, Hawaii, California, Dallas, something like that. (5:30) Did I get it right? (5:30) Holy crap. (5:32) Nailed it.

Speaker 1

(5:35) So doesn't matter where you are. (5:37) It would still be just like pictures, video chat, you know, or whatever. (5:47) Possible outcome too. (5:48) So here's what I didn't get to because, you know, things just escalated, and then it was trailed off. (5:57) The two of you end up going your separate ways or taking a break or holding off on her moving to The States or something of that nature.

CR000798

Speaker 1

(6:04) You know? (6:05) Like, I'm I'm trying to think of a very nice way of saying she's not okay with it. (6:10) Right? (6:12) I'm trying not to use those words because I don't wanna immediately put you, like, on defensive mode. (6:21) You know what I mean?

Speaker 1

(6:21) Like Mhmm. (6:23) Because I know it's all too easy to get mad at me right now. (6:26) I don't want you to do that, but you tell her and shoebox. (6:31) Whatever. (6:32) Not my fault.

Speaker 1

(6:33) It's not it's not yours entirely. (6:37) It's but the best case scenario then, you ask what I would want. (6:43) Pretty much the same in terms of the baby. (6:48) You would still be long distance. (6:50) Right?

Speaker 1

(6:51) I would say because and I'm going based on my colleagues. (6:55) Like, I have a colleague who I think I told you about him. (6:58) He he's from South Korea. (7:00) He has kids with two different women. (7:03) He's an older kid.

Speaker 1

(7:04) I think I can't remember if they live in Dallas or Houston. (7:08) He has, like, a teenager, and then he has twins with his new wife who are, like, one year old. (7:16) But, anyway, he could be at a much better there's a point to this. (7:21) Much better institution. (7:22) Like, he is a powerhouse researcher.

Speaker 1

(7:24) He produces, like, 16 articles a year. (7:26) I'm lucky if I do, like, one pub a year, like, one publication a year. (7:31) And the reason he's here is because his first wife lives in Texas. (7:37) And they don't even live in the same city, but he wants to be closer, you know, for his kids' sake. (7:42) So that's why he stayed even though he could probably be at a research one institution, not a research two institution.

Speaker 1

(7:49) Research one would be like Penn State. (7:52) You know, a big school, like Ivy League or major, you know, main campus of a state school is, you know, to be with his kids.

CR000799

(8:01) So he's also, side note, stuck in a situation where his second wife and mother of his twins can't get a visa, so he only sees his twin six months a year. (8:13) But, anyway, I would say, and I don't know how this works. (8:19) I don't claim to have a clue about military life because I married a veteran.

Speaker 1

(8:23) I did not marry active duty anybody. (8:26) Right? (8:26) He was already discharged and on disability and stuff. (8:33) So that is a life I don't understand or know any I can learn, but I would say at least, however that works, make an effort to request to end up closer to Texas than, say, Japan in that situation. (8:53) Again, we're talking about, like, if she walks.

Speaker 1

(9:01) To answer like, I'm trying to hit on all your questions. (9:05) There are, like, six of them. (9:06) I'd honestly never considered the possibility of us trying for a relationship because I'd always known that you wouldn't be here for long. (9:18) You know, you were just gonna be here for a few months like everybody who is military who passes through here. (9:25) Like, so I never even entertained that.

Speaker 1

(9:32) Since you brought it up, I would not do that. (9:38) Like, I I'd be willing to give it a go, not just for the baby's sake to be able to tell them I tried, but, like, I'm just I'm out of the game. (9:46) Like, I have not dated in forever. (9:49) Thirteen years. (9:49) I'm pretty sure you check the boxes of things I look for in a guy.

Speaker 1

(9:52) Like, I mean, I know we're already compatible in at least one regard. (9:55) Tongue in cheek. (9:56) But, like, it's it's so many like, I just think of it as this massive flowchart, and the title of the flowchart's called fuck. (10:09) Right? (10:10) Like and it's just because it's none of it is clean-cut.

Speaker 1

(10:18) It's so dependent on so many things that we don't know about. (10:23) But

Speaker 2

(10:23) I think it starts with do you want to keep it or not? (10:28) Yes or no? (10:30) Sounds like yes. (10:32) So you go down the path of yes, and then you go into the different scenarios like what you're talking about.

CR000800

Speaker 1

(10:42) Yeah. (10:42) But I guess you could say that. (10:43) Like, I mean, when I say want to keep it, it's based on what the options are. (10:49) Do I want to be in this situation? (10:53) No.

Speaker 1

(10:53) But I am, so I have to pick a street. (10:56) Okay? (10:57) And, traditionally, there are three streets. (10:58) Keep, adopt, what you wanna do. (11:03) I am like, no.

Speaker 1

(11:05) No to a if I am carrying a child to term, I'm not no. (11:09) Just no.

Speaker 2

(11:10) That's adopting it out?

Speaker 1

(11:12) No. (11:12) Like, then my

Speaker 2

(11:14) kids would like that either.

Speaker 1

(11:16) Yeah. (11:17) That would be no. (11:19) That's a that's a hard 100% no just because, like, why would I do that when I have the ability and means to raise it? (11:29) Like, I'm not gonna risk my life and my body and, you know, not to mention, like, my kids would they're old enough to know they have a sibling, then it would be like, why why didn't you keep why don't they get to live with us? (11:45) You know, that would be crazy.

Speaker 1

(11:50) So, like, there's a huge difference between what I want and, like, I have to pick something. (11:57) Right? (12:00) I'm having a really hard like, I'm struggling with this idea of you not wanting anything to do with it because, like, I I need you to know, like, I'm not a guru, but I have eight years of experience as a parent, and here's how little kids operate. (12:18) Okay? (12:20) If you want nothing to do with it, nothing.

CR000801

Speaker 1

(12:22) I mean, you realize they're gonna look at my ex as their dad because they're not gonna know any better. (12:31) Okay? (12:31) They're gonna see my three older kids who I have going with their dad, and they're gonna wanna go too. (12:38) Right? (12:39) They're not gonna understand I'm different from them or I didn't come from this person.

Speaker 1

(12:43) They don't understand that. (12:45) So your kid would want to go and tag along with my abusive ex. (12:51) Do you understand what I'm telling you? (12:53) Mhmm. (12:53) Like, also and these are the choices of generations of people who you have never even met and don't know.

Speaker 1

(13:04) Right? (13:05) I've never even met some of them. (13:07) But my this child would have no there'd be no substitute. (13:12) Right? (13:12) So they would have no male role model or figure in their lives because at risk of repeating myself

Speaker 2

(13:21) a huge reason why I don't wanna have it.

Speaker 1

(13:24) Listen. (13:25) You asked me, so I'm answering. (13:27) Okay? (13:28) Here, listen. (13:30) I have a brother.

Speaker 1

(13:31) He doesn't wanna meet me. (13:32) Okay. (13:32) So they have no uncles. (13:33) Okay? (13:34) They wouldn't have a dad.

Speaker 1

(13:35) They'd have no uncles. (13:36) Okay? (13:37) They would have no grandfather because my dad doesn't wanna meet me. (13:42) He knows I exist. (13:43) He knows I'm alive.

Speaker 1

CR000802

(13:44) He knows what's up, and he doesn't wanna meet me. (13:46) They would have no dad, no uncles, no grandfather. (13:49) They would be raised by women just like I was, except I had I at least had uncles. (13:56) Okay? (13:57) They wouldn't even have that.

Speaker 1

(13:58) So, basically and I know you don't need a man. (14:05) I mean, it doesn't feel like it right now, but maybe a year ago, I would have said, I turned out okay just being raised by one parent and just being raised by, you know, a woman. (14:18) But I didn't want that for my kids. (14:20) Like, I did better than that. (14:22) Like, my mom made totally different choices than me, and I don't want that for them.

Speaker 1

(14:29) I don't want them to, you know, have to ask those questions, like What? (14:34) That I asked my entire life. (14:35) I've I've lived this. (14:37) Like, I know exactly how they're gonna think because people would ask me. (14:41) Even if I wasn't thinking about it, my friends would ask me, like, where's your dad?

Speaker 1

(14:44) And I'd be like, I don't have one. (14:46) You know what I mean? (14:47) I thought it was the the immaculate conception till I was 14. (14:50) True story. (14:51) Like, I thought, like, my mom was the only person in the world who could have, like, a kid without a dad.

Speaker 1

(15:00) It was and then I figured it out. (15:02) I was like, oh, she's a okay. (15:05) I get it. (15:06) And I it was the funniest day of my life when I found it out. (15:08) But, you know, it it's just like a generational pattern that I did not wanna repeat.

Speaker 1

(15:14) Like, I've worked so hard for to not only upward mobility, but to break that pattern. (15:26) You know? (15:29) That that would be so fucked up if the exact same thing that happened to me happened to my child, but I did all the right things. (15:36) Like, my mom didn't do all the right things. (15:38) Right?

Speaker 1

(15:38) Like, she was I did all the things. (15:40) Like, I I got I made sure my education was finished. (15:42) I made sure I had a house because I refused to, like, raise kids in an apartment. (15:48) I made sure I was married. (15:50) Like, I had all my ducks in a row.

CR000803

Speaker 1

(15:52) And I had a husband, and I had then I had kids. (15:55) Right? (15:57) Okay. (15:57) Well That's

Speaker 2

(15:59) the way to do it.

Speaker 1

(16:00) Yeah. (16:00) That's what I believe in. (16:02) I believe in that you know, I know the nuclear family

Speaker 2

(16:06) I think you did it ex exactly the way I wanna do it, and it's, like, it's amazing. (16:13) What? (16:14) It was amazing. (16:15) I mean, it's amazing that you got to do that with your three kids, and you had everything set up the way you wanted to.

Speaker 1

(16:22) Yeah. (16:23) And it all got ripped away in an instant. (16:27) And a very small part of me, very small if we're being honest with each other, is I'm worried about me. (16:37) I'm I mean, I worry about everyone else all the time. (16:41) Let's say worst case scenario, for whatever reason, a technicality, something that comes up in discovery, I'm framed.

Speaker 1

(16:50) Did you know that you need to know this. (16:52) This is important because this could affect me and choices I make. (16:57) Did you know that he lied to the police about me and that there somewhere on some sergeant's desk, there is a police report for aggravated assault with a deadly weapon, and I'm facing twenty years in prison? (17:09) If I never told you that, that is how fucked my situation is. (17:12) Fortunately, he he tried to claim that I poisoned him because he's and he went and filed a police report on me saying I drugged him.

Speaker 1

(17:20) And then he he stole pills from me, overdosed himself, drove to work, went to the hospital by ambulance from work, made sure a lot of people saw him before he did this. (17:31) He did it. (17:31) Right? (17:32) And then filed a police report saying that I poisoned him, and I could get charged I could like, literally, right now, someone could come to my

CR000804

door and Mirandize me, and I could get charged for aggravated assault with a deadly weapon. (17:44) And then I'm doing, like, I'm doing my my nickel.

Speaker 1

(17:50) Okay. (17:51) So, anyway I'm sorry. (17:58) My my attorney is he's the biggest fucking dick. (18:01) You could never outdick him no matter how much of a dick you are. (18:04) He was he told me before our last hearing, he was like, for all we know, he's gonna tell the police that you're gonna be at this hearing, and, you know, they're gonna be there waiting to arrest you.

Speaker 1

(18:12) And I was like, oh, that didn't happen. (18:15) That could happen at any time. (18:16) I could lose my kids, my house, my income, and my freedom at any time. (18:23) A very small part of me is, like, I need something to live for. (18:29) Like, if everything that I've worked hard to build and I had it.

Speaker 1

(18:33) Like, I had it, and I earned it. (18:35) Like, I fucking earned it all. (18:37) None of this was handed to me. (18:39) I paid for my own wedding. (18:40) I did everything.

Speaker 1

(18:42) My do you know how much my mom contributed to my college education? (18:45) Zero. (18:46) Not 1p. (18:47) I went to school 100% on financial aid for eight years, which is why it was a huge fucking deal when I just got a 100 k, like, 100 g's forgiven on Christmas Day, except not because the Department of Education is in the process of getting dismantled, but it will be. (19:03) I have faith.

Speaker 1

(19:05) I clawed my way out of, you know, being raised by a an elderly disabled single mother and built a life for myself. (19:16) And it's it could come down tomorrow. (19:19) It could come down in a few months. (19:23) And it's like, I don't know if this is like I often question my how I've survived this long. (19:31) Like, if I went through an abortion, let me just say that word out loud, and lost my kids and lost my house and lost my like, what is there to live for?

Speaker 1

(19:43) Do you get what I mean? (19:44) Like, I can only handle so much as a human being. (19:47) You're not starting with a human being who is living a normal life. (19:50) Like, I am

CR000805

living through traumas that most people will not have as part of the human experience. (19:58) Okay?

Speaker 2

(19:59) I agree.

Speaker 1

(20:01) Thank you. (20:02) I understand. (20:03) So it's not like a clean slate where it's like, oh, this is just one little bump in the road, and you'll be fine eventually. (20:09) Like, this this is like adding to a mountain of unsurvivable trauma. (20:13) Like, and here's where I'm gonna tell you something.

Speaker 1

(20:19) Like, I'm sorry. (20:20) You're gonna think I'm I'm nuts. (20:21) Like, you're not recording, are you? (20:23) No. (20:24) I've done this before.

Speaker 2

(20:25) Getting ready for bed.

Speaker 1

(20:26) I understand. (20:26) I understand, but I can't bring you here every night, and you can't I'm gonna be on the phone with my paralegal. (20:32) And okay. (20:33) I've done this

Speaker 2

(20:34) I'm not trying to rush you or, like, be insensitive. (20:37) I just have to be up and on base at 8AM.

Speaker 1

(20:39) I fucking get it. (20:41) Okay? (20:41) And you're asking me to do something really, really, really serious serious and and that that you can't take back once you've done it. (20:47) And it can affect mental health, which is already precarious at best. (20:52) Like, you know, you don't see me when like, during dark days, but I have a lot of dark days.

Speaker 1

CR000806

(21:01) Like, you see me when I'm happy go lucky. (21:03) Right? (21:04) And just

Speaker 2

(21:05) Or angry at me.

Speaker 1

(21:10) Yeah. (21:10) You don't see me when I'm, like, bad. (21:16) Okay. (21:20) I'm how do I put this? (21:22) I'm worried this is gonna be the straw that broke the camel's back, like, in the coffin.

Speaker 1

(21:25) You get what I'm saying? (21:27) Like, I have PTSD diagnosed. (21:31) I have anxiety. (21:32) I have depression. (21:33) I have acute stress disorder.

Speaker 1

(21:35) No. (21:36) No. (21:36) No. (21:37) I had that, then it lasted longer than a month. (21:39) Acute stress disorder is PTSD that's less than one month.

Speaker 1

(21:42) It lasted more than one month. (21:43) It's PTSD. (21:44) An adjustment disorder, which is, like, basically what everyone gets when they go through a major trauma, like a war or a divorce or being a domestic violence victim. (21:55) Like, I've got shit that apparently I'm gonna need to turn over to opposing counsel. (22:02) And I don't know if I can take this.

Speaker 1

(22:05) Right? (22:05) Like and I know there are risks either way. (22:08) Like, just the hormonal changes that come with being pregnant, like, that could send you into all kinds of shit. (22:15) Right? (22:15) Like, you your mental health can suffer just because of the drastic chemical changes that go on in your body.

Speaker 1

(22:22) But I have a hard time thinking, you know, that didn't really happen the first however many times. (22:27) Four. (22:29) Four times. (22:31) I've also never been pregnant under these, like, circumstances. (22:35) Does that make sense?

CR000807

Speaker 1

(22:37) You know? (22:38) So everything I'm going through now, doing it alone without a partner, okay, that's new. (22:47) With three kids, that's new. (22:49) I mean, even my last pregnancy, had a partner, and there were only two kids. (22:51) Right?

Speaker 1

(22:52) Totally different. (22:54) Oh, and I'm doing that and, you know, might have to show up to court next week. (22:59) You know?

Speaker 2

(23:00) Those all seem like reasons why you wouldn't want it.

Speaker 1

(23:05) I'm talking about the act of terminating itself. (23:09) Like, that wrecks havoc on your it can. (23:12) I mean, some people are

Speaker 2

(23:14) I mean

Speaker 1

(23:15) relieved. (23:15) You know what

Speaker 2

(23:16) I mean? (23:16) I have a

Speaker 1

(23:18) question. (23:18) Yeah.

Speaker 2

(23:20) So, I mean, you're saying that, I mean, you had a bad upbringing, and you want to Not

CR000808

Speaker 1

(23:29) a bad upbringing. (23:30) Just a single parent upbringing, and I never knew my dad. (23:32) I still don't.

Speaker 2

(23:33) So you had those issues. (23:35) Because everybody has issues, but you have those issues. (23:38) And you don't wanna continue that. (23:44) That's that's

Speaker 1

(23:44) Ideally not.

Speaker 2

(23:47) And so by bringing in another kid, it would be doing the same thing. (23:56) But at the same time, you're saying that having the baby, it's almost gives you, like, something to look forward to and, like, a reason

Speaker 1

(24:08) forward to. (24:09) That that's that was the wrong way of putting it.

Speaker 2

(24:11) I think you also said, like, this sound like or, like, a reason to live, like, something to look forward to.

Speaker 1

(24:17) Not look forward to. (24:18) Like, right now, it it's it's hard to not fall into, like, woe is me, and everything is being taken away. (24:31) Like or people are trying to. (24:33) Like, it hasn't been yet, but it could any second, and that's what people are trying to do actively and on paper. (24:39) They're trying to take away my kids, my house, my stability, everything.

Speaker 1

(24:43) Like

Speaker 2

CR000809

(24:44) Everything you've worked

Speaker 1

(24:45) Yes.

Speaker 2

(24:45) And built for.

Speaker 1

(24:46) And you're trying to take this away. (24:48) Do you get it? (24:50) Okay. (24:52) I am only human. (24:54) I have been a super strong human.

Speaker 1

(24:57) I have been, like, just pillar of strength for my kids because I needed to be because I knew they needed me. (25:03) But this is like, how much more would you be able to take all that? (25:09) You know? (25:09) Like

Speaker 2

(25:10) I see it as you already have three huge, amazing reasons to continue fighting, and you said that continuing this could potentially jeopardize, like, a serious way, like, your court case, which could jeopardize you with those three. (25:36) And that's that's a guarantee. (25:38) Like, you have those kids already. (25:41) That's and it's almost guaranteed to possibly jeopardize that. (25:47) And he's talking about the cycle.

Speaker 2

(25:50) Yeah. (25:50) Go ahead.

Speaker 1

(25:54) Don't forget the piece about okay. (26:02) On the spectrum, having it and not having it are not

Speaker 2

(26:08) Mutually exclusive? (26:10) Like, mutually exclusive?

CR000810

Speaker 1

(26:11) Like, it's a matter of finding out that I did that act. (26:18) It's not the presence or absence of a kid. (26:21) Does that make sense? (26:22) Like, the thing I'm gonna get in trouble for isn't the presence or absence of a fourth child. (26:27) It's having done that, what led to that with someone else.

Speaker 1

(26:31) So, like, let me put it this way. (26:35) If I did what you want me to do, I could be in just as much trouble. (26:39) I will be. (26:39) In fact, I might be in more if this goes to a jury trial, which holy make it rain.

Speaker 2

(26:47) But

Speaker 1

(26:48) That could be way worse. (26:50) Way worse, actually, if I did what you want me to do because now for the, conservative crowd, okay, it doesn't matter, like, all those things I've done right or the fact that I have protected my children. (27:07) I have done everything else right on paper and in reality. (27:11) Like, all anyone will hear is, oh, shit. (27:14) Do you get what I'm saying?

Speaker 2

(27:15) Okay.

Speaker 1

(27:16) And immediately vote in his favor. (27:18) Like, he gets the kids. (27:20) Do you get what I'm saying? (27:22) Having it is not the opposite of not having it. (27:26) Yeah.

Speaker 1

(27:27) Or it's

Speaker 2

(27:27) I mean, I see what you're saying. (27:29) I just feel like that's a little bit of a stretch, but I'm sure there's some very far right leaning people out there.

CR000811

Speaker 1

(27:38) Did you hear me say I have gone through this before? (27:40) Like, I didn't tell you how that, like, number one ended, but I have done this before. (27:45) I don't think I can fucking do that again. (27:48) I can't do it. (27:49) And I don't want you to hear that and go, oh, she's done it once.

Speaker 1

(27:52) I can I can get her to do it again? (27:53) No. (27:54) Like, you are much less likely going to be able to get me to do that again because that was fucking horrific. (27:59) You don't need to sit here and tell me, sorry. (28:02) I don't wanna sound mad.

Speaker 1

(28:04) I'm not mad. (28:04) But, like, here's where I need you to not rush me because this is big shit. (28:08) Okay? (28:10) You don't need to tell me what's gonna happen or what you know, you're gonna experience this for one day or, like, the worst that's gonna happen is you're gonna get a stomach ache or whatever. (28:18) I know what happens because I've done it before.

Speaker 1

(28:20) Okay?

Speaker 2

(28:20) I thought you reading off. (28:22) I was just reading off online. (28:24) No. (28:25) Done it before.

Speaker 1

(28:26) A what?

Speaker 2

(28:27) I've never done it before.

Speaker 1

(28:28) Okay. (28:28) But you're you were explaining to me because I don't know what happened.

CR000812

Speaker 2

(28:33) Being kind of dickish. (28:33) What? (28:35) I was being kind of dickish away in the way I did it. (28:38) Thank you. (28:39) I

Speaker 1

(28:40) appreciate that. (28:42) Like, how what did you think when I told you, like, these are not my first, second, and third disease or my second, third, and fourth? (28:49) Like, how did you think that story ended? (28:51) Like, out of curiosity.

Speaker 2

(28:52) I mean, you told me it ended with an abortion.

Speaker 1

(28:54) I didn't tell you that. (28:55) I'm telling you that now. (28:57) I did not tell you that. (28:59) Like and that doesn't even make sense because then why would you be telling me, like, here's what's gonna happen. (29:04) If you take these pills, it's like, if you thought I did that, then, oh, are you talking about you thought I got the a surgical, like, what what did you think happened?

Speaker 1

(29:14) I'm confused. (29:15) Like, this isn't adding up yet.

Speaker 2

(29:16) Really think of, like, how you got it. (29:19) I literally just was looking through. (29:22) I was reading about the pills and, like, the effects and everything and, like

Speaker 1

(29:25) So you

Speaker 2

(29:25) trying to be prepared for it and what to expect. (29:29) And I didn't I'm not it's not even crossing into my mind, like, oh, yeah. (29:33) She's already done it. (29:34) I'm just literally reading

CR000813

Speaker 1

(29:36) So you know

Speaker 2

(29:37) and regurgitating.

Speaker 1

(29:39) It's the it's fucking horrifying. (29:42) It's not as simple as you think.

Speaker 2

(29:47) It sounds like the earlier you get it, the, like, easier it is.

Speaker 1

(29:52) I think I did it

Speaker 2

(29:53) at You would know. (29:55) Alright?

Speaker 1

(29:56) I did it at maybe nine weeks. (29:59) Seven weeks. (30:00) It was seven weeks, but they go by the date of your last period, so it's nine. (30:04) Like, whatever date it gets two weeks gets added. (30:08) Okay.

Speaker 2

(30:08) That's almost like the very end of

Speaker 1

(30:10) the No. (30:11) So it was seven. (30:12) Okay. (30:12) The way you're thinking, it it it was seven, and it was the sketchiest shit. (30:18) Keep in mind, this was before anything was overturned.

CR000814

Speaker 1

(30:22) It was when I went into Planned Parenthood Columbia. (30:25) Okay? (30:26) No protesters outside. (30:27) Thank the fuck Christ. (30:29) And it was just, like, a fucking HIPAA nightmare.

Speaker 1

(30:33) They're literally like, okay. (30:35) Like, you know, any doctor's office you go into, like, you need to know this. (30:39) You need to know realistically what this is gonna look like. (30:41) Like, say I were to travel out of state. (30:44) It's these places are fucking they know people are desperate, and they treat you like you're desperate.

Speaker 1

(30:49) So any other doctor's office you went into, you know, they might call your last name or call you one at a time. (30:54) You know what they did? (30:55) They huddle you into a room. (30:57) Okay? (30:58) And they're like, raise your hand if you're here for the medication abortion.

Speaker 1

(31:01) Everyone's like, okay. (31:03) Raise your hand if okay. (31:04) Medication abortion, go here. (31:06) Surgical abortion, and that they line you up assembly line style, and you pee in a cup just one bitch after another. (31:12) Okay?

Speaker 1

(31:13) And then the attending physician, who I assume has had his license, suspended several times, I cannot make this up, cut off scrubs. (31:29) Like, cut off made his white coat into a tank top. (31:33) Can't make this up. (31:34) Okay? (31:35) Is the one who hands you a cup because legally, it has to be a doctor.

Speaker 1

(31:38) Right? (31:39) So fucking looks like he rides a motorcycle in his scrubs. (31:44) And then they give you a second set just in case the first set doesn't work, and they duct tape it. (31:49) I can't make this up. (31:50) This is it's this is a Planned Parenthood.

Speaker 1

(31:52) This isn't, like, some person who does this out of their basement. (31:56) Like, these Okay. (31:58) And then oh, when they give you the RhoGAM shot, they don't wear gloves. (32:03) I've I've

CR000815

Speaker 2

(32:05) They give you a what? (32:06) RhoGAM. (32:08) Like Shot in your butt? (32:09) Yeah.

Speaker 1

(32:10) They give you shot in your ass.

Speaker 2

(32:11) Before you take pills?

Speaker 1

(32:13) Yeah. (32:14) Because if like, most people don't know the father's blood type. (32:18) So if you are O negative like I am or sorry. (32:22) Anything that

Speaker 2

(32:22) You're negative with a positive?

Speaker 1

(32:24) Yes. (32:24) So they just like, it won't hurt you if you're like, if the father is negative as well, but it will hurt you if the father's positive and you didn't know about it. (32:36) Like, it could affect, well, through trying to get rid of that pregnancy, so it doesn't matter. (32:41) But, like, you know, future pregnancies so, anyway, it it's just the sketchiest shit I've ever done in my life. (32:48) Like, seriously, no one's wearing gloves, and they they are doing invasive procedures.

Speaker 1

(32:54) Like, anything with a needle is an invasive procedure. (32:57) Just ultrasound one after another, put a condom over it, right at the twat, spray it off. (33:06) Next person, it's still warm from some other girl in front of me. (33:09) It's nasty. (33:10) It is so nasty.

Speaker 1

(33:12) And these places are so I can't even this was 02/2011. (33:15) I can't even imagine how overrun and overcrowded are they are now that, like, three quarters of them have been shut down around the country. (33:22) But, anyway

CR000816

Speaker 2

(33:23) Can do you mind if I just kinda tell you how I envisioned it?

Speaker 1

(33:29) How do you envision it?

Speaker 2

(33:32) So it's in the mail. (33:35) You get the pills that are required to do it.

Speaker 1

(33:37) Why is it in the mail? (33:38) I didn't say okay to that.

Speaker 2

(33:40) And you don't have to report it to anybody. (33:45) You take it in the safety, comfort of your home. (33:50) And what I pictured happening is I would prep for it. (33:56) I would get some ginger ales, some painkillers, some chocolates, whatever goodies you like, you enjoy. (34:05) Like, actually, like, try to pamper you, take care of you, make sure it's, like I don't know what candy or food you like besides Cheez Its.

Speaker 2

(34:18) But the first day, you take it.

Speaker 1

(34:24) I have food in my house other than Cheez Its. (34:27) Like

Speaker 2

(34:28) know. (34:28) But you get up

Speaker 1

(34:29) fridge. (34:30) You've seen my pantry. (34:31) I have a I have a second fridge in the garage. (34:34) You know that. (34:34) Right?

CR000817

Speaker 2

(34:35) I would get you stuff that you like. (34:37) Yeah.

Speaker 1

(34:38) Okay. (34:38) Cheez Its. (34:39) Let's go with that.

Speaker 2

(34:39) And then you take the pill, the first one, and it's you just take a pill. (34:46) There's no shot in your butt or anything. (34:48) You just swallow. (34:51) And then it starts to be painful. (34:56) I I have to re I mean, it's like the symptoms vary.

Speaker 2

(35:00) Right? (35:00) But then the next day, twenty four hours later

Speaker 1

(35:04) I've done this before. (35:05) Like, you're explaining something I've done before.

Speaker 2

(35:07) Okay. (35:07) And then and then the next day, you take the the next four, and then it's done, and then you deal with the pain for, like, two days.

Speaker 1

(35:18) You you don't know. (35:19) You just don't know.

Speaker 2

(35:20) I mean, that's what I've read. (35:22) That's yeah.

Speaker 1

(35:23) Can I finish what it's really like?

CR000818

Speaker 2

(35:25) Yeah. (35:26) I mean, that's that's just how I envisioned it going. (35:28) So Okay.

Speaker 1

(35:32) I wish it was like that. (35:33) Okay. (35:36) Because these facilities are so at risk at getting shut down, and I know this is, like, in the mail, but I don't know how there you realize that it's not just these pills. (35:50) Like, there are at least three other prescription meds you need that go with this. (35:54) Like, you need antibiotics.

Speaker 1

(35:56) You need antibiotics. (35:57) So, yes, it's the like, I call it M and M. (35:59) It's whatever.

Speaker 2

(36:00) Yeah. (36:01) Yeah. (36:01) It's two in names.

Speaker 1

(36:02) I don't know. (36:05) M and M. (36:05) Okay. (36:06) You got your M and M's. (36:08) Right?

Speaker 1

(36:08) That's the real deal.

Speaker 2

(36:09) Day one, day two.

Speaker 1

(36:11) I I know. (36:12) I've done it before. (36:13) I never wanted to okay. (36:15) You need antibiotics. (36:16) Okay?

Speaker 1

(36:16) Because

CR000819

Speaker 2

(36:17) Like what? (36:18) For what?

Speaker 1

(36:19) To prevent infection. (36:20) It's your essentially, like, not having a, obviously, full term date, but you're, like, dilating and things that normally remain closed are now opening up and making you prone to infection. (36:34) They prescribe okay. (36:35) So if this were done in a clinic setting, can I tell you what they take give you? (36:38) Alright.

Speaker 1

(36:40) This is where I left off. (36:41) First of all, they give you a second set of pills. (36:44) Okay? (36:44) They give you a second set of what you have apparently ordered, which I goosebump. (36:53) Okay.

Speaker 1

(36:54) Without asking. (36:56) Because sometimes it doesn't work the first time. (36:59) It doesn't fucking work the first time. (37:01) They literally send every woman who they hoarded into a room and said, who's here for I forgot this part. (37:07) You have to know this because you need to know what I've fucking gone through and why I don't wanna do this shit.

Speaker 1

(37:11) They then they come around with a vanilla envelope and collect your $500. (37:16) Everybody. (37:17) Like, literally, you waive it like a stripper, and they collect it. (37:20) Okay. (37:20) You get to go to the back.

Speaker 1

(37:21) You get to go like, it's sketchy. (37:23) This is happening in plantations. (37:25) Anyway

Speaker 2

(37:27) But this wouldn't?

Speaker 1

CR000820

(37:28) Okay. (37:28) But a lot is missing here. (37:31) So so they send you home with a second set, which they duct tape. (37:35) And I don't know what they're afraid of. (37:36) They tell you, you're probably gonna throw this in the trash.

Speaker 1

(37:39) They won't tell you what it is, but because I'm inquisitive and I'm not just gonna like, you can't give me prescription that's wrapped in not duct tape. (37:46) Electrical tape. (37:47) It was wrapped in electrical tape. (37:50) And then be like, don't take this. (37:53) And they were acting like I was like, they were like, why do you wanna know?

Speaker 1

(37:56) I was like, you're giving me this. (37:57) You're not you you don't need to know what it's for. (37:59) I was like, but then why are you giving it to me? (38:01) Like, I was actually asking. (38:02) Like, I'm like, I'm telling you now.

Speaker 1

(38:05) Girl, I'm worried about you. (38:07) This is South Carolina. (38:08) You know? (38:09) What do I do with this? (38:10) Like, you know anyway, I looked it up later.

Speaker 1

(38:14) It it's around two in case it doesn't come out the first time. (38:18) So that's a problem. (38:19) Okay. (38:19) And the the antibiotics, this is important. (38:22) This is probably I should have started with this one.

Speaker 1

(38:24) There's a prescription anti nausea medication because this will make you puke within an inch of your life. (38:32) Okay? (38:32) It is like, the idea is it triggers contractions, so you're like, but not just down there. (38:41) I mean, everything. (38:42) You will empty the contents of your stomach in both directions.

Speaker 1

(38:47) I took the I don't know what it was. (38:49) I took I could probably I think I destroyed all evidence of that. (38:55) But, anyway, I think I kept the ultrasound photos, and that was it. (39:01) Dark times. (39:03) Anyway and then you need painkillers, is what you said.

Speaker 1

CR000821

(39:07) So you thought of that, but, like, I would say

Speaker 2

(39:11) There's nothing you can do about the vomiting or the puke or pooping.

Speaker 1

(39:16) You would puke out the pills. (39:17) Do you understand the problem? (39:19) Okay. (39:20) So the first one, the day one of the M and M's, that just stops the fetus from growing. (39:28) It it just

Speaker 2

(39:29) Stops the whatever the hormone is that gets tested on the PEE test?

Speaker 1

(39:35) It just no. (39:36) It just stops it from growing. (39:38) So what a lot of people do is they panic, not me, but, like and they or they have regrets, and they don't take the second pill. (39:47) And what would happen is, like, you you have a kid who's born like this, like, have no arms and legs, because it it's it's fucking horrific. (39:57) Okay.

Speaker 1

(39:57) So, yeah, it stops the growth. (39:59) That's what the first one does. (40:01) I'm rusty. (40:02) I haven't looked this up in a while. (40:03) The second one is what activates contractions and makes it all come out.

Speaker 1

(40:08) So it's the second one, not the the first one is like taking a sugar pill. (40:13) Like, it's nothing. (40:14) Right? (40:15) It's the second one.

Speaker 2

(40:16) It's obviously something if it fucks up the fetus.

Speaker 1

CR000822

(40:18) Right? (40:19) Yeah. (40:19) It's it's it's Frankenstein. (40:22) Like, I it's something that really shouldn't happen to a living thing, and I I a thousand feminists just fainted. (40:30) But, anyway, it's the second one makes you violently ill.

Speaker 1

(40:36) Okay? (40:36) And if you don't the problem with that is if you don't have whatever the nausea drug is, you're gonna puke it up. (40:44) And if you puke it up, the contractions are gonna stop. (40:46) It's not gonna come out. (40:47) Now you're just stuck pregnant, and you have to go in for a C round two or a D and C, which I've had a D and C, not for this.

Speaker 1

(40:55) Do you know what that is?

Speaker 2

(40:56) What's a D and C?

Speaker 1

(40:58) Dilation and They scrape you out from the inside. (41:04) Hold on.

Speaker 2

(41:06) I I get the idea.

Speaker 1

(41:08) Yeah. (41:08) I had that after when I you know, how I almost died with my two born children. (41:13) I had to have an emergency D and C when I had a piece of retained placenta after I had Cali, and that's when I had the blood transfusion. (41:22) But, yeah, they vigorously scrape you out with a fucking that's what would happen if you or what could happen. (41:31) It's one of the I mean, there are a thousand complications.

Speaker 1

(41:33) You know? (41:34) It could just not work, which is why, like, a clinic would give you two sets of pills. (41:41) You could puke it up, and then you don't get the full dose. (41:44) Okay? (41:45) And then you just you're you're pregnant with a child that's gonna have birth defects, or you have to go to a hospital, and now there's a paper trail.

CR000823

Speaker 1

(41:55) And I have kids now. (41:58) This is when I was, like, I was 23, free as a bird. (42:01) Like, I just pretended I was sick and didn't go into I was a graduate assistant. (42:07) I was, sorry. (42:07) I can't help with fitness testing today.

Speaker 1

(42:09) I have a fever.

Speaker 2

(42:11) And how how bad do you feel like, for how long after the second day stuff? (42:17) So you take the second day pills, and you feel like and you're throwing up and just

Speaker 1

(42:23) I'm not done. (42:24) So I I could go on about my experience with the offender. (42:32) The guy who said he would be there said all the same things as you, by the way. (42:36) I know this is a different person, but all the same things as you. (42:41) Said, I'm here if you need me.

Speaker 1

(42:42) Just, like, say code red. (42:44) Just text me code red. (42:45) Right?

Speaker 2

(42:46) We can't really text

Speaker 1

(42:49) Okay. (42:49) So it kicked in right on time, right when it should. (42:54) I'm in my on campus apartment at USC. (42:59) Code fucking red. (43:01) I'm at the state fair with my girlfriend.

Speaker 1

(43:03) Great. (43:03) Bring me a funnel cake. (43:04) Like okay. (43:05) So I'm like, I'm about to die. (43:08) Oh my god.

Speaker 1

CR000824

(43:09) I cannot ride this out on land. (43:11) Like, I'm getting in the shower. (43:12) So I get in the shower. (43:15) I'm half in the shower, half on a toilet bowl. (43:18) Like and I do not like puking into toilets, just so you know.

Speaker 1

(43:22) I am too bougie. (43:23) I I puke into six. (43:24) But just bodily functions, don't even need to know. (43:31) And he's like, I'm we're at, like, Foot Locker. (43:34) They were shoe shopping at this point.

Speaker 1

(43:36) I'm like, code fucking red. (43:38) I am dying. (43:39) Okay? (43:39) I am fucking dying. (43:41) And, I started to panic.

Speaker 1

(43:44) So I managed to get out of the shower and take an Ativan, which I have a prescription for, which was really fucking risky. (43:52) I could have fucked the whole thing up, but I was panicking and alone. (43:55) Like, alone

Speaker 2

(43:55) doing What is an Ativan?

Speaker 1

(43:58) It's a benzodiazepine. (43:59) It it's okay. (44:01) Sorry. (44:01) Sorry.

Speaker 2

(44:02) Painkiller?

Speaker 1

(44:03) No. (44:03) It's for anxiety.

Speaker 2

(44:05) Like, it

CR000825

Speaker 1

(44:05) it dwarfs panic attacks. (44:07) But

Speaker 2

(44:07) Okay.

Speaker 1

(44:08) It also it kind of works as a muscle relaxant, which I didn't think about until after I took it. (44:14) I must have been far enough along in the process because what could have happened by taking that and I fucked up the whole bottle because I was soaking wet in the shower. (44:24) And I reached into it with a wet hand and dissolved the other 30, so I ended up having to throw out the whole thing. (44:29) But, anyway, it was a shit show. (44:32) I took an Ativan because I'm panicking.

Speaker 1

(44:34) Like, I'm panicking. (44:36) I think I'm gonna die, and, he is the only person in the world who knows this is happening, and he's with his girlfriend. (44:44) I had a boyfriend. (44:45) He didn't know it was happening. (44:47) And, I take it.

Speaker 1

(44:49) And Ativan, because it it's a it's a depressant. (44:53) It's a central nervous system depressant. (44:56) It puts you to sleep. (44:58) So I guess I don't remember. (45:01) I don't know how, but, you know, it's an apartment, so you there's endless hot water.

Speaker 1

(45:05) You never run out of hot water. (45:08) But I passed out in the shower or or fell asleep. (45:12) One of the two. (45:12) I laid down. (45:13) I woke up two hours later, and it was over.

Speaker 1

(45:16) And I lived, I guess, and I was kind of out of it. (45:23) And I then went to my lifeguarding shift and almost passed out.

Speaker 2

(45:30) And my to work after?

CR000826

Speaker 1

(45:32) Yes. (45:35) Because I was 23 and alone out of state for the first time in my life. (45:42) This was, like, two months after I moved to South Carolina. (45:45) Like, I'd never lived I'd gone away for school, but I'd never gone that far from home before. (45:51) Like, I live in Pittsburgh.

Speaker 1

(45:52) I went to Penn State for my undergrad. (45:53) That was, like, three hours away. (45:55) Right? (45:56) And then yeah. (45:57) So I was, like, really, like, for real, for real, away from home.

Speaker 1

(46:01) I don't know anybody except for a couple people. (46:05) Like, I'm not gonna tell my fellow grad assistants. (46:07) I've only known them for two months. (46:09) Like, I can't tell anybody. (46:11) Got knocked up by a guy, by a girlfriend, learned nothing thirteen years later.

Speaker 1

(46:16) I digress. (46:17) And, yeah, I this happened alone, which is so dangerous. (46:24) Like, imagine if I hadn't, like, woken up from that. (46:27) If something had happened, like, they would have found me, what, done some kind of wellness check, found me in the shower three days later. (46:35) Like, how fucked would that have been?

Speaker 1

(46:37) Right? (46:37) Yeah. (46:37) So, anyway, went to my lifeguarding shift. (46:41) At this point, I'm like I think I was in shock, like, because I went out that night. (46:46) I'm I can't make this up.

Speaker 1

(46:47) I went it was, like, Halloween weekend. (46:49) It was 10/28/2011. (46:51) I will never forget it.

Speaker 2

(46:53) Dude, you're kind of a degenerate back then.

CR000827

Speaker 1

(46:55) What?


Speaker 2

(46:56) I said you're kind of a degenerate back then. (46:58) Jesus.


Speaker 1

(47:00) I was in shock. (47:01) Like, I was you realize I I was like it was traumatic. (47:06) It was so every part of it.


Speaker 2

(47:07) You were in shock, so let's go out and party.


Speaker 1

(47:11) I was in a like, maybe not in a daze. (47:14) Like, I'm I I felt like I had nothing to lose. (47:19) Like, I had just had a self managed abortion with no support alone in a strange still strange to me state. (47:30) Ended up living there for three years, but I was still alone. (47:33) I was like, I was a kid.


Speaker 1

(47:35) And, yeah, I went out that night, drank heavily on top of Ativan, and ended up puking again by I didn't puke during the thing. (47:46) I almost did, but I ended up puking within an inch of my life in a sonic bathroom that night. (47:52) And then here's the here's one thing that you do need to know because I I know some of these things I'm describing are awfully specific to the circumstances, but, like, you don't just bleed for, like, two days. (48:05) This was October 28. (48:06) I so Halloween.


Speaker 1

(48:07) Let's round. (48:08) Halloween. (48:09) I bled till Christmas. (48:10) Like, I was bleeding out for two months. (48:16) I think I stopped Christmas Eve.


Speaker 1

(48:18) Like, it it's so fucked up. (48:20) All of it. (48:21) All of it. (48:22) Even if you do it the so called right way and you go to

CR000828

Speaker 2

(48:27) a

Speaker 1

(48:27) clinic, like, they get away with stuff because they're I'm sure people way more desperate than me. (48:36) It's not like they're gonna complain or report it or anything. (48:44) But, yeah, I got ghosted mid abortion. (48:47) And it was fucking horrific. (48:55) And I cannot go through that again.

Speaker 1

(48:57) I just I can't fucking do that again because I I did that because I had to because I was being blackmailed and because I was

Speaker 2

(49:08) That sets the bar pretty low.

Speaker 1

(49:12) For what?

Speaker 2

(49:14) I mean, that's literally, like, the worst case scenario.

Speaker 1

(49:18) I've been through the rinker. (49:20) Like, seriously, I should write a book. (49:26) So, like, all the shit that's happened to me, you know, no dad and, you know, what I just talked to you about and the

Speaker 2

(49:41) family that I made

Speaker 1

CR000829

(49:41) for myself, made I got it. (49:43) I didn't have a nuclear family. (49:44) I made myself one. (49:45) It was perfect, great, wonderful, and then I lost it for no reason. (49:51) And now I'm about to lose everything else.

Speaker 1

(49:55) Oh, and I could get charged with, you know, like

Speaker 2

(49:59) What we said earlier.

Speaker 1

(50:01) Yes. (50:03) Do you understand, like, why an abortion is the last fucking thing I need right now? (50:08) It's, like, fucking shoot me. (50:10) What? (50:11) You know what I mean?

Speaker 2

(50:11) I mean, I'm obviously biased in the other direction. (50:16) But I I see it as I see it as the opposite of you see it as the last thing you need is an abortion. (50:24) I see it as the last thing you need is a pregnancy right now.

Speaker 1

(50:32) It's not just the physical. (50:33) Like, sure. (50:34) I'd probably survive.

Speaker 2

(50:35) And and I I completely get where you're coming from of, like, knowing what you're doing to an unborn kid and plus all this shit that you're gonna have to deal with afterwards. (50:47) It's not, like, just a two day thing.

Speaker 1

(50:51) Yeah. (50:52) Like, it would I'm I'm trying to imagine. (50:55) Best case scenario, I'd probably I can't even do it in the shower because now I live in a house with limited hot water. (51:05) Best case scenario, I'm mind willing this to be over with by the time I have to do after school pickup. (51:10) Do you realize how fucked up this is?

Speaker 2

CR000830

(51:13) Wait. (51:13) I don't get it.

Speaker 1

(51:15) Like I pick up my kids every day after school.

Speaker 2

(51:17) Right?

Speaker 1

(51:19) The first time I did this, I didn't have anything to worry about except me, myself, and I. (51:24) Right? (51:25) Okay. (51:26) Okay. (51:27) Let's say I did I timed this.

Speaker 1

(51:29) Right? (51:29) Because one of the features, right, one of the things that makes, you know, the at home, much more to empowering or whatever is the fact that you get to choose the time. (51:38) Okay. (51:39) So best case scenario, I start right after they leave. (51:42) It could take some time.

Speaker 1

(51:45) If it takes too long, what the fuck are am I gonna do if 03:00 rolls around? (51:52) What am I gonna do?

Speaker 2

(51:56) Ask me for help since I don't know how I mean, if I have to pick them up from places, if I'm allowed to pick them up.

Speaker 1

(52:06) That's the thing. (52:08) You you would be if I told the the school in advance. (52:11) Like, I was like, if I emailed the attendance clerk and their teachers, and I was like, hey. (52:18) My neighbor's picking them up, and I'd probably have to send a picture because they've asked me for that before, like, a pic whenever I'm having a rando pick up my kids for some reason, which hasn't happened much, but, like, I had to arrange that the day of the hearing. (52:33) You know, they I sent them a picture.

Speaker 1

CR000831

(52:35) And

Speaker 2

(52:38) oh my god. (52:46) I'm sure that I could get at least a day off, and then I could be here and do whatever needs to be done, like, logistically.

Speaker 1

(53:04) It's so nerve wracking, though. (53:07) Like, being on a timeline to do such a thing, like

Speaker 2

(53:12) Well and that's once like, if I could be available the whole time to help with those things, to reduce stress, to reduce what issues would pop up. (53:24) There's an issue that pops up. (53:26) Alright. (53:27) I'm there.

Speaker 1

(53:30) And if it doesn't if it doesn't work, then what?

Speaker 2

(53:42) I mean, at that point, I feel like I've given my best shot. (53:49) And at that point, the I don't have anything else.

Speaker 1

(53:54) Surgery. (53:55) Surgery is the answer. (53:57) I have to take my ass down to the ER.

Speaker 2

(54:00) I don't think that's even an option because you can't do that in Texas.

Speaker 1

(54:08) Thank you for reminding me of that. (54:09) That's fucking scary as shit.

Speaker 2

CR000832

(54:11) You can't get C sections. (54:13) And the people, when it comes to

Speaker 1

(54:17) Not a C section. (54:18) C section is

Speaker 2

(54:19) Just a just snortions in general. (54:23) But So when it's

Speaker 1

(54:25) Oh my god.

Speaker 2

(54:25) Oh

Speaker 1

(54:25) my Oh my god. (54:26) I'm so glad you said that because I I forgot about that. (54:30) It has to be, like, my life is at stake. (54:32) So just simply, hey. (54:33) I did a self managed thing at home.

Speaker 1

(54:35) That would be good. (54:36) They would have to I've heard horror stories about this. (54:39) I would literally have to wait until I'm septic before they did something. (54:44) I would have to wait

Speaker 2

(54:44) until what? (54:45) Like, emergency people came to help?

Speaker 1

(54:49) In order to finish the job. (54:51) Like, it I'm telling you it might not work. (54:53) Like so you know how I said they like, if you did this at a clinic, they give you, like, they give you an extra number two pill.

Speaker 2

CR000833

(55:02) That's also what I'm getting. (55:05) It just came with it.

Speaker 1

(55:07) Oh, it comes with

Speaker 2

(55:09) So you get so you get

Speaker 1

(55:11) Can you show me what your

Speaker 2

(55:14) It's one pill.

Speaker 1

(55:16) And from where? (55:17) Because that was part of what you were gonna tell me. (55:19) You were gonna show me from where because I have no way of knowing him just do what you said yet.

Speaker 2

(55:25) Yeah. (55:25) I'll send it to you.

Speaker 1

(55:27) No. (55:27) Don't send it to me. (55:29) Don't fucking send it to me. (55:30) That's why you're here right now.

Speaker 2

(55:31) Alright. (55:32) Yeah. (55:33) I'll pull it up.

Speaker 1

(55:34) Trail ends. (55:35) It fucking ends now.

CR000834

Speaker 2

(55:37) But it's one pill, eight hundred milligrams of the first m, and then it's eight pills, two hundred micrograms of the other m, and one dose

Speaker 1

(55:53) in your mouth and you let it dissolve.

Speaker 2

(55:55) And and one dose of the second m, you need eight hundred milligrams. (56:01) That's why one dose is four of those, but getting eight pills. (56:06) So that's why

Speaker 1

(56:07) So you only take four to start?

Speaker 2

(56:10) That's that's the whole thing. (56:12) It's not start. (56:13) A dosage is the four of the second, and that's supposed to be to finish. (56:18) But I guess you they give you another round of the second day in case yeah.

Speaker 1

(56:26) So they give you the I call it, like, the throw out pills. (56:28) Like, they give you

Speaker 2

(56:31) An an insurance in case you throw it up, I guess.

Speaker 1

(56:38) Okay. (56:38) And what about that? (56:41) Because you're basically, like, throwing up You're it's

Speaker 2

(56:47) You're emptying your whole system?

CR000835

Speaker 1

(56:49) Yes. (56:50) It's

Speaker 2

(56:52) So I go and get

Speaker 1

(56:53) colonoscopy prep.

Speaker 2

(56:54) Like, the best nausea pills that I can find to prep with and then take that And then do everything. (57:06) Do you like ginger ale?

Speaker 1

(57:08) I fucking love ginger ale. (57:09) I like ginger ale. (57:10) I always ask for it on airplanes.

Speaker 2

(57:14) Yeah. (57:15) I

Speaker 1

(57:15) just went through a case of it last month. (57:17) Was

Speaker 2

(57:18) Yeah. (57:18) We're going through a case right now. (57:20) But, yeah, ginger ale would be a necessity. (57:23) But, yeah, would take me? (57:27) Me and Alex.

Speaker 1

(57:28) Are you guys sick?

CR000836

Speaker 2

(57:30) No. (57:31) Just like ginger

Speaker 1

(57:31) ale. (57:32) That's awesome. (57:33) Because I I

Speaker 2

(57:34) It's just good.

Speaker 1

(57:34) People who don't like, they associate ginger ale with being sick, so they don't like it because it reminds me

Speaker 2

(57:40) I also eat saltines for fun. (57:41) So I'm an old man. (57:45) I told you I'm an old fart at heart.

Speaker 1

(57:48) Do you do you eat popcorn with a spoon?

Speaker 2

(57:51) No. (57:51) I do other gross things to popcorn.

Speaker 1

(57:55) Just tell me. (57:57) Lighten the mood for

Speaker 2

(57:57) a second. (57:58) So I really like the best part of buttered popcorn is the butter flavor. (58:03) Right?

Speaker 1

CR000837

(58:04) Do you lick the bag? (58:06) Oh, I fucking molestered bag.

Speaker 2

(58:09) Oh, I I rip it. (58:10) Rip it just so that I can get it there.

Speaker 1

(58:12) Blah.

Speaker 2

(58:13) All access.

Speaker 1

(58:14) Rub it on my face. (58:15) I'm kidding. (58:17) Oh my god.

Speaker 2

(58:17) Improve my tongue skills.

Speaker 1

(58:20) Yes. (58:21) Nice. (58:22) Very nice. (58:24) I used to, like you know, at family gatherings when multiple bags of popcorn were being made.

Speaker 2

(58:31) Oh, I have to hide it. (58:33) Can't do that. (58:34) I don't do that with anybody seeing. (58:36) I literally have to, like, disappear in another room, check, rip it, do it really quick, and then toss it before anybody can see.

Speaker 1

(58:45) I would just be like, can I have that back? (58:49) And, you know, let's say I was at, like

Speaker 2

(58:51) I don't even do that. (58:52) I just sneak the bag when no one's looking.

CR000838

Speaker 1

(58:54) Oh, no. (58:55) It it was save the bag for Leanna. (58:57) Oh my gosh. (58:57) I would just like a salt lake. (58:59) Like a fucking deer on a salt lake just anyway oh my god.

Speaker 1

(59:05) I am sorry. (59:06) I get, like, tearing my

Speaker 2

(59:07) ass off. (59:08) Do have to get going.

Speaker 1

(59:09) I don't wanna do this.

Speaker 2

(59:11) I don't

Speaker 1

(59:12) because starting with the fact that you had your dad get that without asking, but we hadn't even talked yet. (59:21) I don't know where it came from. (59:22) You're not showing me. (59:23) I'm saying, give me the opportunity right now. (59:26) Like, you can show me.

Speaker 1

(59:27) I'm still here or you're still here rather. (59:30) You're not doing it. (59:31) You're not telling me where it's from. (59:33) You're not telling me anything except, like so this is as good as got it from some. (59:41) You know what I mean?

Speaker 2

(59:42) I'll show you proof of where I got it. (59:45) Well, I don't have all of it right now. (59:48) I don't think they finished sending me all the emails.

Speaker 1

CR000839

(59:52) Can you please tell me, like, how this went down with your dad? (59:58) Because when I said confide in somebody, it was because I was worried about you. (1:00:02) And I

Speaker 2

(1:00:02) thought I talked to him before you even sent me that.

Speaker 1

(1:00:05) You did? (1:00:05) Yeah. (1:00:07) Can you please elaborate?

Speaker 2

(1:00:08) Because But don't know. (1:00:10) Here's let's

Speaker 1

(1:00:12) see. (1:00:12) Here's one. (1:00:15) I need to go through

Speaker 2

(1:00:18) You received an email?

Speaker 1

(1:00:19) I slept like crap last night.

Speaker 2

(1:00:23) And so this is just the first one that says, like, thanks for your So blind. (1:00:28) Email.

Speaker 1

(1:00:32) No reply at what? (1:00:33) What like, aid access?

Speaker 2

(1:00:36) I have to pull up the website. (1:00:37) Oh, when I get and then the next one is this is where it actually gives helpful info.

CR000840

Speaker 1

(1:00:52) Is is this it? (1:00:58) No. (1:01:00) How is that not

Speaker 2

(1:01:03) Here. (1:01:03) I'll I'll pull it up. (1:01:05) I'll show you more of it tomorrow. (1:01:08) That's all the emails I've gotten today since it's been ordered.

Speaker 1

(1:01:15) And why did you do this before we even talked about it? (1:01:21) I have to know. (1:01:22) I'm reading. (1:01:25) Make sure nothing's changed because it's been a while. (1:01:28) Like, can you please just answer that?

Speaker 1

(1:01:31) Because I've asked.

Speaker 2

(1:01:32) Because I wanted to have it. (1:01:34) I wanted to have it and have it available just in case.

Speaker 1

(1:01:40) How much was this? (1:01:42) What? (1:01:43) Because I wanna know. (1:01:44) Because I get to know. (1:01:45) I get to know everything.

Speaker 2

(1:01:48) It was $200. (1:01:51) What?

Speaker 1

(1:01:55) Are you serious? (1:01:58) How? (1:01:59) I'm I'm a little worried.

Speaker 2

(1:02:01) I know. (1:02:01) That price is amazing. (1:02:03) You know what I what I think? (1:02:06) When

CR000841

Speaker 1

(1:02:10) when I hear that, I'm really worried that it is what it's supposed to be because it's normally, like, $550 or adjusted for inflation, 650.

Speaker 2

(1:02:25) Where people get abortion?

Speaker 1

(1:02:29) Down here. (1:02:30) Maybe we live in America right now.

Speaker 2

(1:02:32) I mean, now I you're bitching and complaining that it was too hard to get this before. (1:02:37) This is the first one. (1:02:39) Cambridge reproductive health consult consultants. (1:02:43) Got approval for there. (1:02:44) Didn't order it.

Speaker 2

(1:02:45) Aid access. (1:02:46) Got it. (1:02:46) Yeah.

Speaker 1

(1:02:47) Wait. (1:02:47) Hold on. (1:02:48) You I'm I'm lost. (1:02:49) You got approval? (1:02:50) What does that mean?

Speaker 2

(1:02:53) You said eight access. (1:02:54) Yeah. (1:02:54) It was eight access.

Speaker 1

(1:03:01) So that's a 150 or less. (1:03:03) How how did you end up spending $200?

Speaker 2

(1:03:09) But, yeah, that's the route I went.

CR000842

Speaker 1

(1:03:11) So you you went ahead with this. (1:03:16) This is not my fault, but don't because I never said

Speaker 2

(1:03:19) I'm not I'm not blaming you. (1:03:21) I'm not saying, like, you owe me anything. (1:03:25) I got it on my own volition, and you don't owe me anything.

Speaker 1

(1:03:30) So if

Speaker 2

(1:03:30) I don't

Speaker 1

(1:03:30) take that, you're not gonna be pissed at

Speaker 2

(1:03:32) I mean, I'll be pissed at you for other reasons, but not because I'm out $200.

Speaker 1

(1:03:38) Like okay. (1:03:40) So you're No.

Speaker 2

(1:03:43) You don't owe me money.

Speaker 1

(1:03:45) I'm not worried about that. (1:03:46) That is a dude. (1:03:48) That's

Speaker 2

(1:03:49) Well, you keep saying, like, oh, like, don't worry. (1:03:51) Don't buy stuff.

CR000843

Speaker 1

(1:03:52) Don't buy Yeah. (1:03:52) Well, I did think it was, like, $650, which is a little bit worse. (1:03:56) But, no, $200 is half an hour on the phone with my attorney. (1:03:58) Do you get what I'm saying? (1:03:59) Like, that's nothing.

Speaker 1

(1:04:00) It's not that. (1:04:01) I mean, I don't know. (1:04:02) I don't claim that $200 is nothing to other people, but, like, I don't want you to be I don't want one more reason why you're pissed at me. (1:04:10) Like, oh, like,

Speaker 2

(1:04:12) what am I supposed to do

Speaker 1

(1:04:13) with this? (1:04:13) Now wasted it or some shit. (1:04:14) I don't know.

Speaker 2

(1:04:15) Pretty sure the potential to get subpoenaed at any time in the future takes the cake for any reason to be upset.

Speaker 1

(1:04:26) But it's potential. (1:04:29) I've had a really, really messed up experience, and I don't know. (1:04:38) It was

Speaker 2

(1:04:38) I I mean, everything being said, I at least feel like tonight was good to just get here, talk. (1:04:52) It definitely lowers any tensions.

Speaker 1

(1:04:55) Mhmm.

Speaker 2

CR000844

(1:04:56) I feel like we're back to neutral, which is right where I like to be.

Speaker 1

(1:05:02) That's where I like to be too. (1:05:03) I don't need enemies. (1:05:05) I don't need anyone else on my shit list because I don't want a shit list at all at all. (1:05:14) I don't like drama. (1:05:16) I don't like

Speaker 2

(1:05:18) It just likes you. (1:05:19) It just likes you.

Speaker 1

(1:05:23) I Anyway, I I get it. (1:05:25) I know. (1:05:27) I I don't know what to do. (1:05:29) I really I have to get up at 06:30. (1:05:33) I really don't know what to do.

Speaker 1

(1:05:35) I'm sorry.

Speaker 2

(1:05:36) I can leave this in the sink?

Speaker 1

(1:05:39) Yeah. (1:06:03) I'm not even mad at her after pooping in the room. (1:06:06) That was something else. (1:06:09) That was the worst time in the world. (1:06:12) If it's been more in recent months, by the way, it's because, like, that's not my dog.

Speaker 1

(1:06:18) I mean, it's

Speaker 2

(1:06:19) not my dog, but it's

Speaker 1

CR000845

(1:06:20) that's just no. (1:06:21) It's it's his dog. (1:06:22) Like, that's he's master. (1:06:25) You get what I mean? (1:06:25) Like, she doesn't so when he would let her out all these years, including, like, the first few months you lived in your house, he would well,

Speaker 2

(1:06:36) fine. (1:06:36) You you coming

Speaker 1

(1:06:37) out? (1:06:37) Yeah. (1:06:38) Yeah. (1:06:44) So, anyway, yeah, she barks for me because I'm the omega. (1:06:48) Alright.

Speaker 2

(1:06:50) I'll see you later.

CR000846