# EXHIBIT 2



CR000065