# EXHIBIT 4



CR000037