# EXHIBIT 5

# Audio to be Produced In Native Format

CR000005

CR000005