# EXHIBIT 24

Chris

(1:43) Mind if I get a cup of water?

Liana

(1:45) What was that? (1:46) Mind if

Chris

(1:46) I get a cup of water?

Liana

(1:47) Oh, yeah. (1:48) That'll be a dollar. (1:49) Go for it. (1:51) Can I have one of those last two, actually? (1:53) Do what?

Liana

(1:54) Can I have the last two? (1:55) Yeah. (1:58) I actually gave it first. (2:06) Mine. (2:29) To eat?

Liana

(2:29) What do mean?

Chris

(2:30) I brought a whole snack with me. (2:32) I'm good. (2:32) Okay. (2:33) Okay.

Liana

(2:37) So today was a big change of plan. (2:40) This was originally gonna be pretty cut and dry. (2:44) That is not really a smoothie. (2:46) And then I'll get my mom just talking about it. (2:56) Works and nightmares can prove that.

Liana

(2:58) Like, everything to we're gonna wait till we get upstairs. (3:01) I wrote it down. (3:02) I wrote it down because I'll just hand. (3:46) So every measure we've ever taken. (3:50) Right?

CR00001A-1

Liana

(3:50) Like, know, the kids wake up. (3:54) <mark>You change the light bulb or, you know, go out the back, like, you know, leaving no trace.</mark> (3:58) Right? (3:59) Mhmm. (3:59) Preparation for this day.

Liana

(4:01) It's go time. (4:02) <mark>I'm about to get taken to the cleaners.</mark> (4:05) Okay? (4:11) I thought you had perfect vision. (4:14) Thought that I had perfect vision?

Liana

(4:16) Yeah. (4:17) I do. (4:18) Are those light sunglasses done? (4:20) What is that?

Chris

(4:21) Blue light. (4:22) Blue light. (4:23) To protect your eyes.

Liana

(4:25) Oh, I heard that just what? (4:28) For, like, close-up work? (4:30) Or

Chris

(4:30) No. (4:31) Just because I spent a lot of time looking at, like, screens, iPads, different stuff for aviation.

Liana

(4:38) Oh, that's true.

Chris

(4:39) Always reading different books, but all the books are electronic now. (4:44) Yeah. (4:46) Saves a lot of space because there's, like, 10 different books that we get info from. (4:52) So one iPad is a lot better.

Liana

(4:54) Do you call them ebooks?

CR00001A-2

Chris

(4:55) I mean, no. (4:58) We just call them pubs. (4:59) Okay. (5:00) Publications.

Liana

(5:34) So brace yourself because Alright. (6:00) So I've been so sorry. (6:02) I have been in the court's eyes patron state apparently. (6:06) What is that? (6:07) Saltines.

Liana

(6:09) You have a flu? (6:10) Like

Chris

(6:11) I just like to snack on them.

Liana

(6:14) Isn't that like a like a TikTok challenge? (6:17) Like, try to keep dry saltines.

Chris

(6:19) I don't know. (6:20) I don't have TikTok.

Liana

(6:41) Okay. (6:46) So, yeah, so as of now, I still am the, like trust Like, seriously, I've been, like, the patron saint of parenthood in the legal system's eyes. (7:13) Like, as my attorney put it, I'm here. (7:15) He's here, and something really bad would have to happen for it to ever, like, be like this. (7:20) You know what I mean?

Liana

(7:22) Oh my god. (7:26) I'm doing like, I read all that, and I'm still doing everything right. (7:30) Like, I have been living by the books. (7:33) Like, he has been just fucking up, like, leaving I never got into it with you, but he he makes himself look really bad stuff like back before either of us filed, like, he had two Tinder accounts. (7:49) Stuff like that.

Liana

CR00001A-3

(7:50) Crazy. (7:52) I've been little miss perfection, like, no identity other than motherhood. (7:56) Like, my attorney's office would even send me reading material, stuff like what not to do when you're dating during divorce, and I would look at it. (8:03) I'd be like, this is this is, like, unimaginable. (8:05) Like, who even does this?

Liana

(8:06) Who even has time for this? (8:07) Like, I was so just in distress and, like, in, you know, over my situation. (8:14) Like, it was absolutely unimaginable to me. (8:15) And I was like that for five months where I was just, like, asexual perfect parent, like, date during why why do do that? (8:25) And then you came along.

Liana

(8:26) So you are the one thing, the one thing that has the potential to completely fuck up my life. (8:32) So I know this is and that was like, it's my fault. (8:36) It's completely my fault because I didn't know how this was gonna unfold. (8:40) I didn't know how it would progress. (8:42) I need more technical for it.

Liana

(8:44) We had two of them today. (8:45) I'm having one. (8:49) On. (9:24) So, anyway, I know this is, like, difficult to do, but I need you to imagine just set aside the situation that we've been talking about. (9:38) Imagine this is a week ago or two weeks ago.

Liana

(9:41) Like, our little situation, I need you to pretend for the time being that's not even happening at all. (9:48) Like, try to go there and answer everything I'm about to ask you, please, without that being in the picture. (9:55) Is that, like, is that possible? (9:58) Can you, like, conceivably do that?

Chris

(10:01) Sure.

Liana

(10:02) Okay. (10:03) Alright. (10:05) Would you be willing where's your phone?

Chris

(10:07) Right here.

CR00001A4

Liana

(10:10) I'm not being nosy showing your phone. (10:12) I wanna make sure you're not recording. (10:13) I'm used to someone following me around recording Like, I'm jade I'm not joking. (10:16) He would follow me around. (10:17) You don't know the shit that's gone down in this house.

Liana

(10:19) He'd follow me around like this when I'm, like, crying and begging him to stop, like, recording me. (10:23) Like, it's a one party state. (10:25) It's a one party consent state. (10:26) Like, you don't know what I've been through. (10:28) I'm on high alert.

Liana

(10:31) No. (10:32) Okay. (10:33) Where's your, like

Chris

(10:34) There's all my apps. (10:36) Nothing is on. (10:37) Here's everything I have.

Liana

(10:39) Okay. (10:41) So we only have to do this once. (10:42) Go to your like, I itemized it. (10:44) Go to your text, please. (10:46) I don't wanna sound commanding.

Liana

(10:51) Okay. (10:52) Where am I? (10:54) Delete me. (10:55) Delete it. (10:55) Delete the whole thing, the whole thread.

Liana

(10:58) Swipe. (11:01) I don't exist. (11:02) Delete it. (11:03) Delete the whole thing.

Chris

(11:04) Can't be undone.

Liana

CR00001A-5

(11:06) Do it. (11:07) Okay. (11:07) Go to calls. (11:12) Same thing.

Chris

(11:14) Alright. (11:15) Do I just look you up?

Liana

(11:17) Yep. (11:18) Delete it. (11:19) These calls never happen.

Chris

(11:24) So how do I do you know how to delete calls, like, call records on here? (11:30) Because, like

Liana

(11:31) I'm a visual person. (11:32) Can I may I?

Chris

(11:40) Delete. (11:41) Delete what? (11:42) I mean

Liana

(11:43) Just it's been, like All? (11:47) Ah, hold on. (11:48) Or delete, like, unless there's a super important number you need. (11:52) Could you do by date? (11:52) Like, just delete two, three days worth of calls, like, for everybody.

Liana

(11:57) You know what I'm saying?

Chris

(12:00) Put in your name. (12:00) Fancy. (12:02) That's, like, every call.

Liana

(12:03) 26. (12:04) 20 When the hell was that?

CR00001A-6

Chris

(12:06) I don't know. (12:07) Didn't happen.

Liana

(12:08) Didn't happen. (12:09) Next. (12:10) Photos. (12:10) I won't judge. (12:12) I would do the same thing.

Liana

(12:13) The pictures I took of myself, go to your photos. (12:16) I wanna see I don't care if you have dick pics in there. (12:18) I'm not here to judge. (12:18) I wanna see from January 9 to January 24. (12:20) I wanna make sure they're not in there.

Chris

(12:23) So this is your profile. (12:24) I don't have any

Liana

(12:26) What do mean profile?

Chris

(12:27) Like, your profile. (12:29) Everybody has a profile on your phone.

Liana

(12:31) I don't have a pro maybe it's for you, not for me.

Chris

(12:35) Like like, that has a profile. (12:37) My dad has, like, a profile, and we have, like, all the images.

Liana

(12:42) Yeah. (12:42) That's under text. (12:43) So how do you still have that? (12:44) That's my dad. (12:45) Right.

CR00001A-7

Liana

(12:46) So, like okay. (12:47) Let me show you.

Chris

(12:48) So I go to you.

Liana

(12:49) Yeah. (12:49) I went to you. (12:50) All deleted. (12:51) Yeah. (12:51) But, like, if you deleted the text, then the profile shouldn't be there.

Liana

(12:54) You see what I'm saying?

Chris

(12:55) Well, it's because I still have your phone number saved. (12:58) Okay. (12:58) So I went into my contacts and pulled you up like that. (13:03) You still exist.

Liana

(13:04) Okay.

Chris

(13:05) I pull up your profile.

Liana

(13:07) I didn't know I had a profile. (13:08) Okay.

Chris

(13:09) Yeah. (13:09) Everybody. (13:10) If you have a contact, it's

Liana

CR00001A-8

(13:11) Yeah. (13:11) It's not

Chris

(13:12) contact. (13:12) Bad

Liana

(13:14) For me, it's under text. (13:15) Like, so this is your contact. (13:17) Right? (13:17) Like, from

Chris

(13:18) my phone? (13:19) Gallery. (13:23) Reset.

Liana

(13:24) Just go to, like, the ninth. (13:27) January 9. (13:28) Sorry.

Chris

(13:29) I don't know how it's sorted. (13:34) I mean, this was I don't know what date.

Liana

(13:38) How does it not say dates?

Chris

(13:40) I think it's just by dates. (13:45) But, I mean There's

Liana

(13:51) not a single date on a single thingy?

Chris

(13:54) It goes by recent.

Liana

CR00001A-9

(13:57) Just tap on the chair. (14:03) Okay.

Chris

(14:04) Details. (14:06) I got that. (14:06) This was February 5.

Liana

(14:08) Like, says just at the top of every picture, it says what date or the time and the date.

Chris

(14:13) Yeah. (14:14) Not for me. (14:16) It's

Liana

(14:17) how do you ever find anything if you're looking for it?

Chris

(14:20) I I mean, it's just chronological. (14:22) This is most recent and then more in the past. (14:25) Just looking for stuff from you.

Liana

(14:35) Okay. (14:35) I don't know how, like, how far to go. (14:38) Just tap on anything. (14:39) The USA shirt. (14:41) Tap on that.

Liana

(14:45) January 14. (14:47) Okay. (14:48) Keep going. (14:49) We're gonna take it back to the ninth.

Chris

(14:51) Of January?

Liana

(14:52) Yeah. (14:53) I think that's where I first sent you anything compromising.

CR00001A-10

Chris

(15:02) There's the third.

Liana

<mark>(15:04) Okay. (15:04) Alright. (15:05) Now we know where to start. (15:06) So now scroll slowly. (15:07) I trust you.</mark>

<mark>Liana</mark>

<mark>(15:08) I just like, today is fucked up. (15:14) Is that you? (15:15) Sorry.</mark>

Chris

(15:16) That's me.

Liana

(15:17) Nice.

Chris

(15:18) That's also me.

Liana

(15:20) Happy MLK Day. (15:23) Car selfie. (15:26) Slow scroll. (15:27) There you go. (15:31) You're good at the slow scroll.

Liana

(15:33) Most people aren't.

Chris

(15:36) I mean, yeah, I guess you're being slower than I am on purpose.

Liana

CR00001A-11

(15:43) You could go faster. (15:45) I can I can scan?

Chris

(15:53) I don't think he really sent me anything compromising anyway.

Liana

(15:57) Are you joking?

Chris

(15:58) I mean, you sent me photos of another person, like, in scantily clothes.

Liana

(16:05) I sent you. (16:07) Okay. (16:07) You're being a gentleman.

Chris

(16:12) But, yeah, that's all my photos.

Liana

(16:14) Okay. (16:16) The next one is one sec. (16:20) Let me show you what I was looking for. (16:21) Tell me if any of these ring a bell. (16:23) This this is what I need, wiped off this planet.

Liana

(16:29) Not because I don't want you to have it, just because my life changed today again. (16:40) But thanks for mentioning what you just mentioned because that is just one of many things that isn't gonna happen now.

Chris

(16:46) What?

Liana

CR00001A-12

(16:47) I mean, it's a absolutely minute thing compared to everything else looking big picture, but Not doing my photoshoot anymore. (17:05) It's number 1,000. (17:07) Okay. (17:08) I think it starts with that. (17:10) That cannot exist.

Liana

(17:13) So if you have it anywhere else, because, like, I know in my phone, I can save stuff in a note, and I sometimes do. (17:18) Definitely, that can exist. (17:23) I won't judge. (17:24) I won't go, why did you save that in a note? (17:26) I I just wanted

Chris

(17:27) So this is

Liana

(17:28) this planet.

Chris

(17:28) All the photos I have and so albums. (17:34) This is every album on my phone. (17:37) We just went through recents. (17:39) Mhmm. (17:41) This is one photo I have in favorites.

Liana

(17:44) This needs to be off this planet.

Chris

(17:47) This is my camera, things that I took. (17:53) I

Liana

(17:55) I'm I I already saw your pictures. (17:57) I'm like there are, like, four or five in particular. (18:00) That needs to be off this planet. (18:05) Definitely that. (18:07) Yeah.

Liana

(18:07) Pretty much those five. (18:09) Look. (18:09) My face isn't in any of them, but it's like, nothing can be transmitted because I am really, really lucky that the 13 pages of crap that I have to pull out of my ass, doesn't say text because this is round one, my understanding.

CR00001A-13

(18:26) Like, round one of discovery, They could go back and do a deeper dive for a second round. (18:31) They could ask for all my social media, all my texts, all my calls, every purchase history.

Liana

(18:36) Like, they could know everything that I buy when I go to a gas station. (18:40) Do you get what I'm saying? (18:41) Okay. (18:41) Last thing is go to your recordings. (18:43) I'm not gonna judge.

Liana

(18:44) I know people do it. (18:45) Recordings?

Chris

(18:46) Yeah. (18:47) Like, video?

Liana

(18:48) Or audio, like, voice recordings. (18:51) I have to be thorough. (18:52) I'm sorry. (18:52) This is like

Chris

(18:53) What do you mean voice recordings? (18:54) I don't have, like

Liana

(18:55) Okay.

Chris

(18:56) Like What's a

Liana

(18:57) Voice memos like like that.

Chris

CR00001A-14

(19:02) I don't think we I have any voice. (19:06) I I mean, I don't know. (19:07) I don't have anything that's a voice recording. (19:10) You have videos? (19:11) Memos?

Chris

(19:12) No. (19:14) So Plus we never sent each other a voice memo.

Liana

(19:17) That's either you're really, really polite or really, really that's endearing. (19:26) Okay. (19:26) I record stuff. (19:27) Like, not not I wouldn't record us, but some people do that. (19:32) You know what I mean?

Liana

(19:33) Some people do that and listen to it later. (19:36) I don't know what you're into. (19:38) So, like, for instance, I made it a habit just because I knew he was doing it of recording him, and I wanna make sure you didn't record us doing anything compromising. (19:53) That's what I'm getting at.

Chris

(19:55) I don't have a tool for recording. (19:57) We have videos to record.

Liana

(19:59) You don't have a voice memo thingy.

Chris

(20:01) Like Voice memo.

Liana

(20:04) Or it might be called okay.

Chris

(20:05) Let me look up voice

Liana

CR00001A-15

(20:08) Hey, Siri. (20:09) What is the Android equivalent of voice memos? (20:16) Voice recorder app. (20:17) Yours is called voice recorder app. (20:21) So sound or sound recorder.

Liana

(20:24) It might be called sound recorder.

Chris

(20:29) Sound. (20:31) No?

Liana

(20:34) Okay.

Chris

(20:35) I think I would have had to, like, get it, like, pay for it.

Liana

(20:38) Or You know what I'm talking about. (20:39) Right? (20:40) There like, it's just voices. (20:41) Like

Chris

(20:43) I have stuff that, like, I send on WhatsApp, like or you can send a a voice message. (20:55) Like

Liana

(20:57) I know.

Chris

(20:58) I know

Liana

(20:59) what just don't.

CR00001A-16

Chris

(21:00) Like those things. (21:02) But I have that on WhatsApp, but I don't have it on anything else, and we've never done anything on WhatsApp. (21:12) So that's the only voice thing I can think of.

Liana

(21:16) Okay. (21:17) Because alright. (21:19) Just making sure. (21:20) I can't believe so this is the shit that was going down in September. (21:24) Like, I would record stuff.

Chris

(21:26) Yeah. (21:27) I don't record anything.

Liana

(21:28) Nope. (21:29) Mike. (21:30) Yeah. (21:31) Please stop.

Chris

(21:31) That's weird.

Liana

(21:33) Yep. (21:34) I would record a lot of shit. (21:35) Okay. (21:36) Anyway, just making sure. (21:40) Good.

Liana

(21:40) Less is better. (21:41) Sorry to wipe it clean like that if there was anything you had wanted to save. (21:46) I assume nothing is sentimental. (21:48) Okay. (21:48) Check.

Liana

(21:50) You wiped your phone clean. (21:51) Do you have another phone on you? (21:53) I I know that, Chris, I know this sounds bizarre. (21:56) Like, this is I'm trying to save my liking. (21:58) I'm trying to save everything, like, control.

Liana

CR00001A-17

<mark>(22:01) Just I'm trying to stop the bleed. (22:02) Like, stop the bleed.</mark>

Chris

(22:05) I don't have a second phone.

Liana

(22:07) Okay. (22:09) I have not been able to live like a sane person for a long time. (22:13) This isn't your fault. (22:14) This is, like, as a result of my situation. (22:16) When you live with an abusive person, you do all kinds of like, I have a second phone.

Liana

(22:20) Not it's it doesn't work. (22:22) It's like my basically, whenever I upgraded to that, this was my last phone. (22:28) Does that make sense? (22:29) So sometimes I would sleep with it on recording to pick up on anything that you fucked with me in my sleep because that was a thing.

Chris

(22:38) Yeah. (22:39) I just traded my phone in when I got a new phone.

Liana

(22:42) When did you get your new phone?

Chris

(22:46) Like, two years ago.

Liana

(22:47) Okay. (22:48) Well, I keep my old phones just because, like, we use them as get a ratchet iPhones for like, go out to a restaurant. (22:57) It's like, Oprah. (22:58) Like, you get a phone. (22:59) You get a phone.

Liana

(23:00) You get a phone, and the kids just they sit, and they So Anyway, I

CR00001A-18

Chris

(23:05) Sorry. (23:05) I don't even so I don't even get it. (23:07) Like, so you you're worried that, like, stuff that we sent could, like, jeopardize your legal case?

Liana

(23:13) It is this not clear? (23:14) Should I I'm not trying to be mean.

Chris

(23:16) Like I mean, guess I don't I mean, I know you're going through, like, a divorce. (23:20) I guess I don't, like, appreciate.

Liana

(23:22) Okay.

Chris

(23:23) How serious or what's at stake.

Liana

(23:26) Let me back up 20 steps. (23:29) All those things that you had planned have planned with your girlfriend, like, you know, you wanna do this, then you wanna do this, then you do this. (23:37) Right? (23:37) I had all those things.

Chris

(23:38) I had

Liana

(23:38) an eight. (23:39) We were the Joneses. (23:40) Right? (23:41) The Joneses. (23:42) We we still were.

Liana

(23:43) Like, when you moved in, when it was like, oh, hey. (23:46) Are you the new neighbor? (23:47) Oh, when he called Albert and get you the garage code? (23:49) Like,

CR00001A-19

biggest problem at that point was it's hot outside. (23:54) Like, that was my life was completely different a year ago today.

Liana

(23:59) Everything changed in an instant. (24:01) Just husband went off the deep end. (24:04) Okay? (24:04) And I found myself thrust. (24:06) Like, it's be careful who you marry, Chris.

Liana

(24:09) I'm serious. (24:10) Like, he was the love of my life. (24:11) He was my best friend. (24:12) I lost my best friend. (24:13) I lost the person who knows everything about me, all my secrets, all, like, good, bad, ugly, everything in between, all my dirt, and my life partner who I share three kids with, gone.

Liana

(24:27) With and the worst part is no explanation. (24:30) Like, none because he's like we don't know what's going on him. (24:35) I've had three to four doctors say they think he's bipolar with psychotic features. (24:38) Like, I we don't know. (24:39) But my life just ended one day, ended with and with no explanation.

Liana

(24:45) It's like, I haven't even grieved it because it's so it's like, how does that happen? (24:52) That that should be punishment for murder. (24:53) Like, for your life to end, for to loo like, essentially lose your spouse, yet he's still alive and he hates you for no reason. (25:00) Like, just something went off in his brain. (25:04) And and to you know, I've already been told, like, you're probably never gonna get a a why at this point.

Liana

(25:11) So he thinks I'm, like, out to he thinks he's a victim. (25:15) Like, he won't step foot in this house because he thinks I'm out to get him. (25:19) Like, he's not well. (25:20) Okay? (25:21) This isn't I'm not describing a like, you're of sound mind.

Liana

(25:26) Okay? (25:27) What I'm if I tried to explain this to him, it wouldn't like, it's not the same. (25:33) I don't know how to explain it.

Chris

CR00001A-20

(25:35) Like,

Liana

(25:35) he's high functioning, but not anyway, so I'm dealing with a crazy person to be politically incorrect. (25:42) Like and I don't just mean, oh, crazy. (25:44) Yes. (25:44) No. (25:44) Like, actually, I got an emergency detention warrant and had him committed to Bayview for two two days.

Liana

(25:51) Do know what that is?

Chris

(25:52) No.

Liana

(25:53) Mental health hospital. (25:54) Okay.

Chris

(25:55) You got him committed?

Liana

(25:57) Yeah. (25:58) From oh my god. (26:01) You don't even know what was going down. (26:02) Like, that's why

Chris

(26:03) I'm sorry. (26:03) I don't need to know.

Liana

(26:04) No. (26:04) It's in this

Chris

(26:08) no. (26:08) Don't want to? (26:09) Don't need to.

CR00001A-21

Liana

(26:09) Okay. (26:10) Well, I thought you kind of knew what was going on and what's at stake here, but, like, if you don't, I feel the need to impress upon like, he abandoned the family for six weeks in the summer. (26:21) Just fucked off to South Carolina, didn't talk to his children, which was the scariest part for three weeks. (26:26) Like, I'm used to being demonized by it, but, like, the fact that he didn't talk to his kids, like, everyone thought he was gonna kill himself. (26:32) And then he comes back all of a sudden, like, wants to live in the house only because his attorney, who he had obtained at this point, told him to, obviously, because, you know, she's like, you can't make it look like you abandoned the kids.

Liana

(26:46) So he moved back in. (26:48) He was like, I am moving back. (26:50) Like, I read this in an AI voice because it's so robotic and so scripted. (26:54) You can tell it's not him. (26:55) I am moving back in to contribute to the children's well-being.

Liana

(26:59) Like so I had my cousin come, my 50 year old cousin who's my oldest godfather. (27:05) I think he might have met him, maybe, this was in August, to be a bodyguard in this house for a week because husband who fucked off for six weeks is suddenly coming back, and there's nothing I can do because I don't have a an order of protection. (27:20) And he basically my cousin, who has his own family in Maryland, lived with us for a week to make sure Devin didn't try to do something crazy. (27:29) And then he eventually had to leave, and Devin and I are living as roommates for six weeks in this house from mid August to October. (27:39) And for the first month, you know, he's he's beyond reason.

Liana

(27:43) Can't talk to him. (27:44) Like, he doesn't if I even tried and using and I don't talk to him like I talk to you. (27:49) I mean, I talk to him in what I call the meditation app voice. (27:52) Like, you know, just super non confrontational. (27:55) Like, he would run to the guest room and lock himself in the room, and then eventually he changed the door and changed it to a a room that locks so that no one could get in.

Liana

(28:06) And

Chris

(28:07) So you're worried that

CR00001A-22

Liana

(28:08) He's fucking crazy. (28:10) He's a crazy person.

Chris

(28:11) That if he got photos from me that I could jeopardize things?

Liana

(28:16) In essence. (28:17) But not only is this what I'm trying to tell you, let me just take that to its end really quick because we're we're, like, at the finish line. (28:25) For four weeks, I tolerated that living as roommates, and, you know, it's like imagine someone wearing a skin suit of your spouse that looks like them, but it's not them. (28:35) Like, the lights are on, but no one's home. (28:38) I ended up calling the police five times in twelve days.

Liana

(28:42) And the sixth time was like, Jackie and I went down to the courthouse, and I got a judge to sign like, I I spoke to her for thirty seconds. (28:53) She literally paused, like, a Zoom meeting with another person who's in the middle of a case. (28:57) And as I'm talk she signed it right away based on what I was describing. (29:02) I was like, he's gone mute. (29:03) He won't speak.

Liana

(29:04) He's like, he won't even talk about the children. (29:08) Like, she signed it. (29:09) I was like, thank you, ma'am. (29:11) Served it on him. (29:12) Two of the their biggest motherfuckers at Corpus Christi police department because I told them like, they they're like, okay.

Liana

(29:18) Who are we dealing with? (29:19) I'm like, you're dealing with a disabled Iraqi war vet with PTSD. (29:22) He is five ten and two hundred and sixty pounds. (29:24) You might wanna send your bigons. (29:26) Okay.

Liana

(29:26) The two biggest motherfuckers I've ever seen, I didn't even know they had the stock at at CCPD, come and haul him off. (29:36) I pack his slippers. (29:38) I'm gonna consume contact lens solution. (29:40) Like, I don't know how to do this. (29:41) I don't know how to commit my spouse to a lunatic asylum, for lack of a better word.

CR00001A-23

Liana

(29:49) So, literally, I'm not even joking. (29:51) Like, that's what happened. (29:53) And then, of course, he never returned after that, which I wasn't expecting him to. (29:57) He got his own three bedroom apartment that cost more than the mortgage escrow and taxes on this house, which he absolutely cannot afford. (30:07) So I have no I have no clue who is who is funding this.

Liana

(30:12) But and then he never came back. (30:14) That was October 2. (30:16) Check this out. (30:16) This is what and then ever since, of course, he thinks he's a victim. (30:21) This was CCPD hauling his ass off.

Liana

(30:24) And then my favorite part's happening in a second here where I just turn off the porch light. (30:29) It's it's very, like, poetic. (30:31) Like, yep. (30:32) Let's end that chapter of my life. (30:34) And wait for it.

Liana

(30:38) I am done with crazy now, and he never came back. (30:44) So, I took possession of the house. (30:47) I took possession of the kids. (30:48) We had a temporary orders hearing on November 20 where we got this much custody. (30:54) So now not only is he crazy, like, as crazy as he was for just abandoning the family for no reason one day in July.

Liana

(31:02) Right? (31:03) Now he's scorned. (31:04) He's mad, like, raging mad. (31:08) So whatever he had going on before that would cause him to up and abandon his family for no reason and I don't I like, I would take accountability if there was accountability to take I had the flu when he left. (31:19) Me and Alex have a flu.

Liana

(31:20) I was in urgent care all evening finding out I had inflammation in my lungs, and then he just like, anyway, he's mad as shit and wanting like, it absolutely drives him bonkers that I am I have been kinda untouchable because I do everything right. (31:39) I mean, I'm not saying I'm a perfect person, far from it, but throughout this whole situation I have been, like, I've been doing everything. (31:48) You know, every text I send him, I do what I've been told, which is assume it will be read aloud in court by a judge out of context. (31:56) Okay? (31:57) Basically, I treat him as, like, I assume everything is being read by my worst language.

CR00001A-24

Liana

(32:03) So, anyway, they have been scrounging scrounging for anything they can use against me. (32:10) And for How many months has it been? (32:14) August, September, October, November, December, January. (32:16) Seven months, they have not been able to find it because I've been doing everything right. (32:20) I have been little miss on fleek.

Liana

(32:22) Like, nothing. (32:25) You're about to fuck that up. (32:28) You're wonderful. (32:29) I like you a lot. (32:32) I had to wipe you out wipe myself out of your phone.

Liana

(32:34) I'm gonna wipe you out of all my devices. (32:36) I have you like, evidence of you in at least two devices because, again, what, like, those screen oh my god. (32:42) Put it in the head. (32:43) The screenshots I sent you, this is round one. (32:45) They're gonna dig deeper.

Liana

(32:48) I've already had to turn over alt text. (32:50) This is, like, old news months ago. (32:51) I had to turn over alt text between me and him for the past two years. (32:55) Like, I had to go back to 2023 no. (32:58) 2022 at the time.

Liana

(33:00) Every single text I've ever sent him. (33:03) And you sent a lot of stuff to your spouse, like a lot of bathroom talk. (33:06) You know what I mean? (33:06) Like, just humiliating stuff. (33:11) So I knew this day could come in theory.

Liana

(33:16) I didn't know how this case was gonna go because getting a divorce is really expensive. (33:19) This is a what's known as a high conflict or contentious, contested divorce involving children. (33:27) That is about the most complicated you can get. (33:29) In Texas, the average divorce involving children is twenty three thousand or twenty six thousand dollars per side. (33:36) That's not if it's high conflict.

Liana

(33:38) This is likely to last their entire childhoods. (33:41) Like, this is, like, bankrupting. (33:44) He has already said to me that he will gladly go bankrupt, and he is trying hold on.

CR00001A-25

(33:55) He is trying to, like like, you need to know what we're dealing with because this involves you. (34:05) Okay?

Liana

(34:06) This was for no reason. (34:07) This was a few weeks after he left for no reason. (34:10) Like, this is this is crazy. (34:13) Like, I was, like, just back in Texas raising his kids while he was in South Carolina living in his childhood home for three weeks hiding out. (34:22) Like, he was mad at me because I was scared because he would beat the shit out of the children.

Liana

(34:29) Like, I've watched CL, our redhead. (34:31) He has picked her up by her head and thrown her, like, into a pile of toys. (34:36) And there was nothing I could do because he's twice my size. (34:39) Like, no other body weight supported by her head, head, and she's had a seizure before and thrown her for not moving, like, on command or not moving fast enough. (34:55) He I've watched him like, I've watched Callie.

Liana

(34:58) I I'm not even gonna go there. (35:00) I never wanna hear from this right now. (35:04) Why did you hit me on my birthday? (35:06) Yeah. (35:06) That was Callie on her sixth birthday.

Liana

(35:08) He didn't like the way she was using the faucet in that bathroom, and he hit her on her birthday. (35:13) Like, so he was mad at me for, like, being worried that he was gonna kill the children or internally decapitate them. (35:24) Okay. (35:25) And, yeah, I called the VA hotline, not the suicide line. (35:29) Press 1 for veterans.

Liana

(35:31) So he is like, he doesn't care. (35:33) At this point, he's out to prove a point. (35:35) He's not out to be reasonable or to, like, have some semblance of a livable life. (35:42) Like, he wants to be damaged. (35:44) Okay?

Liana

(35:45) And for seven months, they haven't been able to find dick on me, and now they can. (35:49) Do you do you kinda get what's going on now?

CR00001A-26

Chris

(35:51) Alright. (35:52) No bad pics to your ex. (35:54) No nothing.

Liana

(35:57) I have to look like the the patron saint of morality and just keep on doing what I've been doing. (36:07) I've gotten really good at it. (36:08) I can't make one mis step. (36:09) Not one. (36:10) I have to keep it here and here where he has to prove himself, and I'm Jesus.

Liana

(36:14) Okay? (36:15) Because that's what they think right now.

Chris

(36:17) I mean, it's not like the stuff you even sent was that bad. (36:20) I mean, it's not like it's gonna it's not gonna be sent anywhere.

Liana

(36:26) It's not gonna be what?

Chris

(36:27) Sent anywhere because it doesn't exist anymore. (36:31) Well, you have it.

Liana

(36:35) I don't know. (36:35) See, this is where, like, I'm limited by my knowledge of the legal system because I don't know if they make you, like, call Verizon and get that stuff because anyone could delete anything. (36:47) Right? (36:47) Yeah. (36:47) Might make me do that.

Liana

(36:49) Right? (36:49) So even if I even if I delete it, it's not gone. (36:54) I mean, nothing's ever gone. (36:55) It can be retrieved. (36:57) So I'm shitting myself a little over that.

Liana

CR00001A-27

(37:01) What I'm most concerned about okay. (37:04) Because we could delete this stuff all day. (37:07) I'm most concerned about is if you're approached, and this can look like a few things. (37:11) And I am so sorry if this happens. (37:14) Again, like, when I met you, it was still like, we weren't at this point.

Liana

(37:19) We were like, you know, he's not rich. (37:22) His parents were school teachers. (37:24) Even if his parents are helping him out, which they probably are, I can't imagine how else he's funding this new life with this. (37:29) Mhmm. (37:31) Like, I've heard from my attorney that his attorney drops clients the time because they run out of money.

Liana

(37:37) So I've been like, come on. (37:39) Come on. (37:39) Run out. (37:40) Like because I've been getting a lot of help, like, 5,000 from my uncle, 5,000 from my cousin, 2,000 from my former sugar daddy. (37:46) Don't judge me.

Liana

(37:48) Previous life. (37:50) Anyway, he is that that comes up in discovery. (37:54) Oh my fucking god. (37:56) But, anyway, I I don't know how deep they're gonna dig. (38:01) I'm hoping it goes no farther than this.

Liana

(38:03) Like but, like, you know, I tried to warn you. (38:07) Like, I tried to kinda drop hints. (38:09) Like, yeah, we we have a you know, there's an amicus attorney who could theoretically knock on your door and ask you questions. (38:15) Like, you you remember something like that.

Chris

(38:17) Right? (38:17) You told me about that.

Liana

(38:18) I am pissed, attorney. (38:19) You get it? (38:19) That might fucking happen. (38:21) So I'm not so much worried about, like because okay. (38:24) Now I can see everything they're asking of me, which but I am worried someone's gonna come to your door, or they're gonna call you.

Liana

**CR00001A-28**

(38:33) Or you're gonna have to show up to some court case either by the way, fun fact, Nueces County does not do Zoom. (38:41) Okay? (38:43) Harris County, Bexar County, all the major you know, they're on board with it. (38:49) People who live out of state, how do I know this? (38:51) Because I tried to call character witnesses at our last court case.

Liana

(38:54) No. (38:54) They have to be in town. (38:55) So if you're not from here like me, oh, shit. (39:00) Hope your friends of six months have, you know, good things to say. (39:04) You know what I'm saying?

Liana

(39:05) Mhmm. (39:07) So, yeah, you could easily get like, if this goes any farther, if they ask for texts, and I'm like, oh, there are no and they're like, uh-uh. (39:15) We we found something out from somebody. (39:18) Okay?

Chris

(39:18) So, like, I could get subpoenaed to come back here even though I'm living in another state?

Liana

(39:23) Yes. (39:24) Is what I'm saying. (39:25) Yes.

Chris

(39:26) Just the gift that keeps on giving.

Liana

(39:28) Do you see why I was like, you gotta come over here. (39:31) You have to talk. (39:32) Because the that's worst case scenario. (39:35) That has not happened yet. (39:36) So far, it's just a big effing inconvenience.

Liana

(39:40) It's just like, okay. (39:43) Now I have to take a leave of absence for two weeks while I make a thousand phone calls and find all that shit they're asking me for? (39:51) Because he doesn't, like, I I don't know if they're asking him for this. (39:53) I have no idea. (39:54) I don't know if it's like they ask him the same questions and cross compare it.

CR00001A-29

Liana

(39:58) I don't know. (39:59) But I'm the one who has the house, so I have all the records. (40:01) Like, I have all the tax records and the, you know, all that stuff. (40:09) But it's round one. (40:11) The fact that they're doing this so early kinda scares me because mediation's May 29, so I'm kinda scared they're gonna do a second sweep and ask for more detail.

Liana

(40:21) So, again, this could look like a few things if it happens. (40:24) It's it. (40:24) Here we go with shoulda, coulda, woulda. (40:26) But I've I've gotta, like we have got to get I you need an alibi because I'm not losing my kids. (40:34) Okay.

Liana

(40:34) I'm not doing it. (40:35) I'm not doing it. (40:36) Like, I

Chris

(40:39) I mean, you would never lose them. (40:41) You're just worried that you would, like, get less than a 100% custody.

Liana

(40:47) His original divorce petition, he is asking that I see my children every first, third, and fifth weekend of the month, that I give him the house, that I give him all of the contents of the house, that I pay him child support, that I pay him spousal support, and that I pay all of his legal fees. (41:07) That would be the legal let's forget, you know, being homeless with no children. (41:12) The legal fees alone, if I paid mine and his, that would be 6 figures. (41:16) Do you get what could happen and why I'm like, this is fucking bad. (41:25) This is it's getting worse.

Liana

(41:28) I've been happily coasting as untouchable Jesus for months now. (41:34) And, yeah, that all comes crashing down. (41:37) I don't know if

Chris

(41:41) the

CR00001A-30

Liana

(41:41) fact that I've already filed counts for anything. (41:44) According to my cousin who, granted, doesn't live in this state but has a lot of experience because his his ex spouse was in way worse shape and that he, like, she would, like, take off in the middle of the night, and no one would know where she was and stuff. (41:57) I at least knew where he was when he in his car and drove to South Carolina in an agitated state even though he had a plane ticket. (42:06) You know? (42:07) Like, he told me, like, don't even don't even do it.

Liana

(42:10) Don't even go there. (42:11) Like, don't have relations with anybody. (42:15) And I didn't tell him about you, but he's been, like, my advisee. (42:19) Just the person I know who is who has gone through a situation that's the closest to mine. (42:28) And everything he said so far has been true.

Liana

(42:31) So, I mean, I do believe him to an extent. (42:36) Anyway what, Jackie? (42:45) There's a huge I sent her the same thing I sent you. (42:47) There's a huge red flag of a question that you need to explicitly ask your paralegal about. (42:52) She's talking about you.

Liana

(42:53) We're we've been the second I got that today, I was like, go back to talking in tone because I did for a while, just so you know. (43:02) Like, I didn't give any inkling in writing, and then I got sloppy because it seemed like, okay. (43:10) This is just about the kids, and I've already gained the upper hand. (43:13) Like, nothing's gonna happen unless I just, like, started keeping them home from school and, you know, they missed, like, half the school days. (43:20) You know, stuff that stuff like that.

Liana

(43:23) Like, I don't know. (43:24) He got a second wind is what it seems like because where the hell did this come from? (43:29) I don't even have the paperwork from the hearing in November. (43:31) We have nothing on paper. (43:32) I don't know who my kids are spending spring break with next month.

Liana

(43:35) No clue. (43:36) Like, I don't have basic answers to questions, and all of a sudden, it's like, bam. (43:42) So if that happens, a thousand policies have to reimburse you for having to come out here because, no, the court would not. (43:49) I have no idea at what point in your life that would be, you know, personal personally, your relationship wise. (43:59) I did not think that was gonna happen.

CR00001A-31

Liana

(44:01) I obviously wouldn't have put anybody else in that situation if I really thought that could happen. (44:08) Like, this is like turning into a rich people's divorce. (44:12) You get what I'm saying? (44:12) Not like a Mhmm. (44:13) Like, I don't know how he's managing this.

Liana

(44:16) This is this is, like, not what your average middle class person does. (44:21) This is like, did he start a fucking GoFundMe? (44:24) And if he did, I'm entitled to half of it. (44:26) I wanna find out about it. (44:27) Mhmm.

Liana

(44:30) Anyway alright. (44:31) So back to that was just background. (44:33) I'm sorry. (44:33) Like, it you needed debriefing. (44:37) I need you to forget about the little situation that has, I'm sure, occupied your thoughts for the past three days.

Liana

(44:45) Pretend that's not even happening because that's a whole different subject. (44:49) Let's pretend this is a week ago or two weeks ago or last month. (44:53) If I had come to you okay? (44:55) Pretend pick a date, January 19. (44:56) I don't fucking know.

Liana

(44:57) And I was like, Chris, I I just got served with Discovery. (45:04) Like, they could find out about you. (45:06) They could find out what we've done. (45:07) You know, I'm technically still married. (45:10) In that situation, ignore everything that has happened the past few days.

Liana

(45:14) Would you be willing to lie under oath? (45:16) You're a good liar. (45:17) That's actually gonna serve us really well. (45:20) But do you think you could do that or no? (45:22) It's fine.

Liana

(45:23) If not, I wouldn't ask you to if you don't think you can.

CR00001A-32

Chris

(45:36) Never had to do anything like that or be under oath for anything.

Liana

(45:42) Me either. (45:44) I'm not good at this. (45:46) Like, I shouldn't be in this situation either. (45:48) I'm I'm the same I'm in the same place as you. (45:51) I know I could do it if it meant if I could do it for them.

Liana

(45:54) Like, if I had to for them. (45:57) Yeah. (45:58) I mean, it's not like I'm gonna have to lie about a lot of things. (46:01) It's not like I've been hiding in comfort with him or, you know, doing things wrong in all these different areas. (46:07) It's literally this one thing.

Liana

(46:09) It's literally like, okay. (46:14) How did they phrase it? (46:16) Being intimate with somebody during the marriage. (46:19) Like, we're not even we've been separated for seven months, and he hasn't even lived here in five months. (46:27) You know what I mean?

Liana

(46:28) Like, we we filed on each other five, six months ago at the same time. (46:33) Like, it got filed into one another because we like, I filed and he filed, like, counterfile just to be salty. (46:44) Mhmm.

Chris

(46:48) I could be okay with it.

Liana

(46:50) Okay. (46:51) Thank you. (46:52) Thank you. (46:54) Okay. (46:56) It might not be in a courtroom.

Liana

(46:57) Remember, this might be like she is a magistrate judge, but it wouldn't be in that context. (47:03) It would just look like a lady in a suit. (47:07) It could be at your house. (47:08) It could be over the phone. (47:10) Like, she called Jackie.

CR00001A-33

Liana

(47:12) She has talked to Jackie. (47:13) She's talked to my victim's advocate, Kristen, over at Purple Door. (47:18) Do you even know what that is? (47:19) I don't even know

Chris

(47:19) I no idea.

Liana

(47:20) It's the women's

Chris

(47:21) So if they were to call me and be like they'd probably ask questions like, what do you what's your opinion of your neighbor? (47:32) What's your relationship with her? (47:34) Has she ever asked you for help? (47:36) Have you ever done anything? (47:38) Have you ever given gifts?

Chris

(47:40) Like, along those lines, I would imagine.

Liana

(47:44) I don't know if there would be that slow wind up. (47:46) Good thinking. (47:47) There might be. (47:48) What you just said would be more along the lines of what they would ask one of my friends, like, what they'd ask Jackie or, like, the other people I listed. (47:57) I had a whole list of witnesses for the temporary orders hearing.

Liana

(48:03) I think they would ask you, like, have they would cut to it, if you know what I mean. (48:08) Like, do I need to be more explicit?

Chris

(48:13) Have you ever had intimate relations with your neighbor? (48:16) Yes.

Liana

CR00001A-34

(48:17) And where did they take place? (48:18) This is a huge one. (48:19) This is that, if I had to guess and this is all guesswork

Chris

(48:24) I would just say no.

Liana

(48:26) You would say no. (48:27) Okay. (48:27) Alright. (48:37) Okay. (48:38) Now let's bring the situation into it.

Liana

(48:52) Again, that would be they get the phone records. (48:57) There is ample written evidence of what is going on right now. (49:05) I don't even know how we would manage to act like this that didn't take place here. (49:10) That that's a problem. (49:12) That's I they're gonna be more I'm gonna be in more trouble for the fact that it happened here when I was in possession of the kids than I am for the fact that it's adultery.

Liana

(49:27) Does that make sense? (49:30) Like, the fact that I actually broke two standing orders, by the way, which I don't care. (49:35) But I'm not allowed to drink within twelve hours of being in possession of the children, which is stupid for me because that means I just can't drink at all ever because he only has them for nine hours at a time every other weekend.

Chris

(49:50) Yeah.

Liana

(49:51) Does that make sense? (49:52) So I like, what I'm

Chris

(49:55) Mathematically impossible.

Liana

CR00001A-35

(49:56) Right. (49:57) And I but I was. (49:58) I can't even tell you. (49:59) I was, like, Jesus. (50:02) I was Jesus.

Liana

(50:03) Okay. (50:03) From July until we hung out, I didn't have a drink at all. (50:07) No. (50:08) I was just please make this situation stop. (50:11) Somebody help me.

Liana

(50:12) Like, just perfect mom. (50:15) Like

Chris

(50:15) And then you got super drunk. (50:17) Mhmm.

Liana

(50:20) Four times. (50:21) So here we are. (50:23) And all of that everything I've been through, all the trauma, all the abuse, all the stuff I will never be able to forget as long as I live, and then handling it like a boss for many months, just squashing all of my feelings. (50:41) I've not cried once over the situation with him, just so you know. (50:46) Husband walked out.

Liana

(50:47) Life as I knew it ended. (50:48) Imagine right now if your girlfriend and it's not the same because I've been with him for thirteen years. (50:53) Okay? (50:54) Ghosted you. (50:55) You never heard from her again, or you did, but she refused to tell you why.

Liana

(50:59) Just refused. (51:01) Now imagine you've been with her thirteen years. (51:03) You share a house, a life, and three kids. (51:05) That's what happens. (51:06) Okay?

Liana

(51:07) I have not shed one tear over this because I've just been in adrenaline mode the whole time. (51:12) I've not had time to feel bad for myself. (51:15) Okay? (51:16) And, like, I don't want all of that, like, all that having to be brave and having to be this, like, pillar of freaking strength and, you know, poker face for my kids. (51:32) I don't want that to be flushed down the toilet basically from this one thing that in the court's eyes I did wrong.

CR00001A-36

Liana

(51:39) Even though I did so many measures. (51:42) Like, the kids have no idea you were here. (51:43) You know what I mean? (51:44) Yeah. (51:44) Like, yes, you were here, but it didn't affect them.

Liana

(51:47) Like, if you pass them on the street, they probably wouldn't know who you are. (51:50) You know? (51:51) Or if they did, they'd go, is Kai here? (51:53) You know what I mean? (51:54) Like, they didn't they don't know.

Liana

(51:58) But no one is gonna care about anything. (52:01) When I say no, I mean, like, all they're gonna care about is the fact that I had a man here when I was using that for the children, and I was under the influence of alcohol. (52:11) Like, it's gonna get twisted. (52:12) It's gonna be made to look like What? (52:15) Deep.

Liana

(52:16) You know what I mean? (52:18) So

Chris

(52:21) no.

Liana

(52:24) We didn't drink. (52:26) It was a joke. (52:27) We didn't drink. (52:28) Okay? (52:29) No.

Liana

(52:30) We we're gonna have to do damage control. (52:36) Okay. (52:36) If

Chris

(52:38) And you do know that is a huge ask to ask somebody to purposely lie on your oath.

CR00001A-37

Liana

(52:43) I know. (52:44) That's why I asked you if you'd be willing.

Chris

(52:45) Huge. (52:46) Yeah.

Liana

(52:46) I know. (52:47) I know. (52:48) I know. (52:48) That's why I was like, we cannot text about this. (52:50) Like, just bring your happy ass over here, because I cannot text about this.

Liana

(52:54) This is too Yeah. (52:57) This is heavy shit. (52:58) Also, I the last thing I would want is a written record of asking you to run your oath. (53:03) Does that make sense? (53:04) Like so that's why I was like, are you recording me?

Liana

(53:09) Are you was that what that was just now? (53:11) Like

Chris

(53:12) It's like some you reminded me to say goodnight.

Liana

(53:25) So I'm thinking damage control here. (53:30) If there is damning evidence that we did stuff.

Chris

(53:35) I mean, you wouldn't know until after the fact if they had something that is a 100% certainty that they have. (53:43) If they're coming and asking us questions, then they don't have the proof yet.

Liana

CR00001A-38

(53:50) Or they're asking multiple people, and they're seeing if we're lying. (53:54) They wouldn't ask us together. (53:55) They would, like, they would ask you. (53:56) I'd have no idea what you said.

Chris

(53:58) So you'd have to say the same things.

Liana

(54:00) That's what I'm that's why you're here because I can't have this in writing. (54:04) I can't.

Chris

(54:05) Yeah.

Liana

(54:05) Jackie and I are meeting tomorrow, and I'm gonna drill her on what we are and are not going to say because she has this isn't hyped up. (54:12) She has literally been contacted, like, by the amicus attorney. (54:15) It it played a very small factor in custody decisions that were made because there was a morning, fun fact, where I had to flee to her house in the dark because Devin was going off on me. (54:29) And even though the kids were here asleep, I had to make a an agonizing decision. (54:34) Okay.

Liana

(54:35) Do I wake them up and get them out of the house too? (54:37) Or no. (54:38) They're asleep. (54:38) They're probably safe. (54:39) They're not in his warpath.

Liana

(54:40) And I left, and I had to hide out in Jackie's house for half an hour. (54:44) So that's why, yeah, they they called her. (54:47) It's it's fucked. (54:49) It's so fucked. (54:50) It's crazy.

Liana

(54:51) It's crazy.

Chris

CR00001A-39

(54:51) I would just the only things I would talk about would be the only interactions we've had, which would be back when when the dog was here. (55:00) Your girls would play with the dog. (55:03) I would see you and the girls playing outside. (55:08) Sometimes you would wave and say hi, but that was about the extent of our interactions.

Liana

(55:16) So this is assuming that they do not ask for text. (55:19) This is what you're talking about? (55:20) Okay. (55:21) Assuming they don't ask for text, yeah, we are just

Chris

(55:24) We're neighbors. (55:25) I know you're you have three daughter well, two daughters, one kid, one boy with long hair. (55:31) And That's the third gender.

Liana

(55:34) That's the third gender, the boys with long hair.

Chris

(55:36) I know that because they'd come over and play with the dog when I had it, and I see them, like, playing in the front sometimes. (55:44) And I hear your dog barking at night, and that's about it.

Liana

(55:47) I am so sorry. (55:48) I didn't know you could hear her barking at night. (55:50) She's up. (55:52) You never told me that. (55:53) I would've

Chris

(55:54) But that's

Liana

(55:55) done something about it.

Chris

(55:57) I can't really think of any other interactions. (56:01) That's about it.

CR00001A-40

Liana

(56:02) Like, I because I care. (56:06) I know this is not a big thing right now, but what, like, what time? (56:09) Does it wake you up or you can just hear it when you're already awake?

Chris

(56:13) I mean, it seems I would imagine it's you just let her out before putting her to bed at night, so I feel like it varies. (56:20) It changes.

Liana

(56:22) Has it ever woken you or your roommates up? (56:24) I feel really bad if it has.

Chris

(56:26) That's fine.

Liana

(56:28) I'm sorry. (56:30) I'm really sorry.

Chris

(56:33) This is worse than that.

Liana

(56:35) Yeah. (56:36) Alright. (56:36) There's a point to this. (56:40) Say exactly what you said one more time. (56:42) I wanna make sure it's the same.

Liana

(56:43) Okay? (56:44) So pretend

Chris

(56:45) All of the interactions that I've had with my next door neighbor who I think is 40 years old, about

CR00001A-41

Liana

(56:53) Shut up. (56:56) Did you throw that in there on purpose?

Chris

(56:59) But that could be a nice little detail if they ask me how old I think you are.

Liana

(57:04) You no. (57:04) You're gonna you're gonna drop that little detail. (57:08) They wouldn't ask you that. (57:10) That's weird.

Chris

(57:11) But I wouldn't add that. (57:12) Yeah. (57:13) But, yeah, my next year neighbor, the only times I've really interacted with her is when I'm coming home, we wave, we say, hey. (57:23) I know she has kids because they would come and play with the dog back when I had a dog or my roommate had a dog, and I see them playing in the front yard sometimes. (57:34) Besides that, can't think of any other interactions I've really had with

Liana

(57:39) her. (57:41) Okay.

Chris

(57:42) I know she has three kids. (57:43) She has a dog that barks at night. (57:46) And

Liana

(57:46) Just at night. (57:47) She barks during the day too. (57:49) Anyway

Chris

(57:49) That's about all I know. (57:51) Okay.

Liana

(57:53) My version would have been, like, yeah, there's, like, somewhere between three and four guys who live next door. (58:00) I think he's the one who owns the house. (58:03)

CR00001A-42

Sometimes helps out ever since Devin walked out, does odd jobs, does, like, man chores. (58:08) Like

Chris

(58:08) Well, if you're gonna say that, then I need to say that.

Liana

(58:12) It's it's still jives. (58:14) Like, it's still no. (58:15) No. (58:16) No. (58:16) Like, this is this is, like, a healthy amount of we kinda know about the other person.

Liana

(58:22) But

Chris

(58:23) Well, I'm saying that I've never been over to your house. (58:25) You're saying that I have. (58:28) That makes a big difference.

Liana

(58:29) I didn't say you came in. (58:32) I mean, like, until very recently, were are

Chris

(58:35) you talking about? (58:36) What are man jobs?

Liana

(58:37) Like, building bikes in the garage. (58:40) And

Chris

(58:42) Still, that's on your property in your residence.

Liana

(58:45) That's no problem. (58:46) Okay.

CR00001A-43

Chris

(58:48) But if you say that and I don't say that, that looks weird.

Liana

(58:51) Okay. (58:52) Say that because that like, even the

Chris

(58:55) I helped you asked me to help put together a bike once, twice for your Like,

Liana

==(59:01) actually, make it a point to include that. (59:04) The fact that, you've gone, like, gone no further than the garage==. (59:08) Because even my ex knows that. (59:09) Like, the times you were doing that, because in on at least one occasion, it was sorry. (59:15) Put pins and needles in this one.

Liana

(59:18) It was supposed to be a surprise. (59:21) I even told him I was like, let me know before you come over. (59:24) Our next door neighbor Chris is in the garage building CL's bike, and he'd be like, okay. (59:28) Like, so even he knows you were in the garage because that was the tour he refused to do, which is why you were doing it. (59:34) Okay.

Liana

(59:34) So that's fine. (59:36) Like, you doing

Chris

(59:37) something with a bike building a bike two times.

Liana

(59:41) And it doesn't have to be this exact. (59:43) Like, I like the way you put it where it sounds like

Chris

CR00001A-44

(59:47) I know a little bit about you. (59:49) I have eyes, but that's about it.

Liana

(59:52) You have what?

Chris

(59:53) I have eyes. (59:54) I can see, like, you have kids that play in the front.

Liana

(1:00:00) Yeah. (1:00:02) If if you no. (1:00:03) That's good. (1:00:04) Like, if you if you don't know too much, like, that's a good thing. (1:00:07) But I think the whole, like, the fact that you've done outdoor or I don't know how to put it.

Liana

(1:00:15) Like, not in living spaces. (1:00:18) How's

Chris

(1:00:21) Sure.

Liana

(1:00:21) There we go.

Chris

(1:00:22) We'll go with that.

Liana

(1:00:23) You've never been and you and never been here when the kids were home because that was that was very true until recently. (1:00:31) Okay. (1:00:33) Now that's perfect. (1:00:36) Well done. (1:00:37) Now we move on to if it gets found out one of two ways that you have absolutely been here and we've been poorly behaved.

Liana

CR00001A-45

(1:00:51) I have a few ideas. (1:00:55) One is

Chris

(1:00:57) I plead the fifth.

Liana

(1:00:59) There you go. (1:01:11) Yeah. (1:01:12) If it comes up, like, if they get texts or even if they don't get texts, if you know what gets found out, I can't even think about it right now, that is, I think, harm reduction. (1:01:29) Right? (1:01:29) Like, I think, okay.

Liana

(1:01:32) If they don't have the text, but that gets found out, say you were here once. (1:01:37) Once is better than four. (1:01:38) Right? (1:01:39) Yeah. (1:01:40) One time.

Liana

(1:01:42) Or say, yeah. (1:01:45) We did that. (1:01:46) It was at your place. (1:01:48) Which brings me to go by your text for times where I don't know. (1:01:55) Who is it?

Liana

(1:01:55) Your I don't know. (1:01:58) I call it my boss. (1:02:00) Who's your boss? (1:02:01) When they call you in, Like, check really quick and see where you were. (1:02:06) Like, did you have to work at all or go in anywhere at all on the morning?

Liana

(1:02:19) Anytime before 3PM on January 17. (1:02:23) Can you actually look that up really quick? (1:02:25) Like, did you have to be anywhere?

Chris

(1:02:27) Could I? (1:02:28) I could find it pretty easily. (1:02:30) We keep a record of that on base. (1:02:34) I know I mean,

Liana

(1:02:35) do you happen to remember off the top of your head that you don't?

CR00001A-46

Chris

(1:02:39) If I could find it, I just need my military ID and a CAC reader and a laptop. (1:02:46) I can pull it up. (1:02:46) I can go home right now and find it out in about five minutes.

Liana

(1:02:50) Okay. (1:02:51) Put a pin in that. (1:02:52) You can't find that out just by, like, looking I thought you said they text you the night before or something.

Chris

(1:03:01) There's a schedule. (1:03:03) And I guess I don't know if you can go back far on that.

Liana

(1:03:10) Like, this isn't I don't the less complex, the better. (1:03:16) Like, I don't want you to have to jump through hoops to find this stuff out just like if it could have been at seven in the morning or anytime

Chris

(1:03:26) Yeah. (1:03:26) The schedule doesn't go back more than a month.

Liana

(1:03:30) That was within a month. (1:03:31) It's only February.

Chris

(1:03:33) So the furthest the schedule goes back is the January 31 right now. (1:03:38) That's the furthest. (1:03:40) And it goes until well, it's not even available yet, but it would go until the fourteenth of Feb. (1:03:47) So it auto deletes every two weeks.

Liana

(1:03:52) Alright. (1:03:53) I still have my text with you. (1:03:54) I'm really gonna quick.

CR00001A-47

Chris

(1:03:58) What are you getting at?

Liana

(1:04:02) Harm reduction. (1:04:03) If something gets found out, we did it one time at your place, and I just need to make sure you were act actually at your place for at least an hour on January 17.

Chris

(1:04:13) I was there every night.

Liana

(1:04:15) What? (1:04:16) I

Chris

(1:04:16) was there every night.

Liana

(1:04:17) During the day. (1:04:19) Oh. (1:04:20) Because after school, I would have been with my kids. (1:04:22) Does that make sense? (1:04:24) Got it.

Liana

(1:04:25) Alibi. (1:04:25) It's called an alibi. (1:04:27) We're doing some really sketchy shit right now to try to save my life because someone is trying to ruin my life. (1:04:33) You think I'm trying to ruin your life? (1:04:35) Someone is actually trying to ruin my life.

Liana

(1:04:37) Like, I have the legal paperwork to prove it. (1:04:41) It got emailed to me today. (1:04:42) You get it? (1:04:42) Like, I'm not trying to be snarky, but holy shit. (1:04:47) Like, someone is aggressively trying to bring me down, and they're about they're gonna get a treasure trove depending on what they do here.

Liana

**CR00001A-48**

(1:05:02) Like, some some, not all the stuff he's ever done is gonna pale in comparison.
(1:05:10) Okay.

CR00001A-49