# EXHIBIT 29



CR000416