# EXHIBIT 32



CR000034



CR000035