UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, | * | |
| Aid Access GmbH, & | * | |
| Rebecca Gomperts, | * | |
| | * | |
| Defendants. | * | |

## DISCLOSURE OF INTERESTED PARTIES

NOW COMES Defendant Christopher Cooprider, and pursuant to paragraph 2 of this Court's Order for Conference and Disclosure of Interested Parties, hereby certifies that the following persons or entities have a financial interest in the outcome of this litigation:

1. Liana Davis                         (Corpus Christi, Texas)

2. Christopher Cooprider               (Arizona)

3. Aid Access (GmbH)                   (Austria)

4. Rebecca Gomperts                    (Netherlands)

5. Jonathan F. Mitchell                (Austin, Texas)

6. Any groups funding Texas's          (Unknown)
   "Bounty Hunter" Abortion Law
   and Mitchell's prosecution of such
   cases just passed in Texas providing
   funding to Plaintiff or Mitchell
   to pursue this case.

September 4, 2025                                    Respectfully submitted,

                                                WATTS LAW FIRM LLP

By:   /s/ *Mikal C. Watts*
       Mikal C. Watts

WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501

ATTORNEY-IN-CHARGE FOR
CHRISTOPHER COOPRIDER

James "Rick" Holstein
LAW OFFICE OF RICK HOLSTEIN, PLLC
Texas State Bar No. 09915150
Federal I.D. No.  426800
rickholstein@mac.com
P.O. Box 331655
Corpus Christi, TX 78463
Telephone: (361) 883-8649
Facsimile: (361) 717-7233

Beth Klein
BETH KLEIN, P.C.
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

ATTORNEYS FOR
CHRISTOPHER COOPRIDER

## CERTIFICATE OF SERVICE

I certify that on September 4, 2025 I electronically filed the foregoing document(s) and that they are available for viewing and downloading from the Court's CM/ECF system, and that the participants in the case that are registered CM/ECF users will be served electronically by the CM/ECF system. I further certify that a copy of the foregoing document(s) was served via email on all counsel of record.

*/s/ Mikal Watts*
Mikal Watts