UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Liana Davis, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 2:25-cv-220 |
| | * |
| Christopher Cooprider, | * |
| Aid Access GmbH, & | * |
| Rebecca Gomperts, | * |
| | * |
| Defendants. | * |

## MOTION FOR A LIMITED STAY CONCERNING ONLY SWORN INTERROGATORIES TO COOPRIDER AND HIS DEPOSITION, PENDING SERVICE AND APPEARANCE OF OTHER THE DEFENDANTS, PENDING A PARALLEL CRIMINAL INVESTIGATION

NOW COMES Defendant Christopher Cooprider ("COOPRIDER"), through undersigned counsel, respectfully files his Motion for A Limited Stay Concerning Only Sworn Interrogatories to COOPRIDER and His Deposition, Pending Service and Appearance of the Other Defendants, Pending a Parallel Criminal Investigation.

This Motion is agreed to by Plaintiff.

As such, Movant respectfully requests the Court to enter the attached Order Granting Limited Stay Concerning Only Sworn Interrogatories to, and Deposition of, Chris Cooprider, Pending Service and Appearance of Remaining Defendants, Pending a Parallel Criminal Investigation.

September 4, 2025                           Respectfully submitted,

                                                WATTS LAW FIRM LLP

                                                By:     /s/ *Mikal C. Watts*
                                                          Mikal C. Watts

WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501

ATTORNEY-IN-CHARGE FOR
CHRISTOPHER COOPRIDER

James "Rick" Holstein
LAW OFFICE OF RICK HOLSTEIN, PLLC
Texas State Bar No. 09915150
Federal I.D. No.  426800
rickholstein@mac.com
P.O. Box 331655
Corpus Christi, TX 78463
Telephone: (361) 883-8649
Facsimile: (361) 717-7233

Beth Klein
BETH KLEIN, P.C.
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

ATTORNEYS FOR
CHRISTOPHER COOPRIDER

- 3 -

**CERTIFICATE OF CONFERENCE**

On September 3, 2025, I conferred with Jonathan F. Mitchell, lead counsel for Plaintiff, by zoom regarding the issues asserted in this motion and the relief requested in this motion. The parties agreed as to the relief requested in this motion.

/s/ *Mikal C. Watts*
Mikal C. Watts

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2025, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

/s/ *Mikal C. Watts*
Mikal C. Watts