UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| Liana Davis, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. 2:25-cv-220 |
| | * |
| Christopher Cooprider, | * |
| Aid Access GmbH, & | * |
| Rebecca Gomperts, | * |
| | * |
| Defendants. | * |

**ORDER GRANTING LIMITED STAY CONCERNING ONLY
SWORN INTERROGATORIES TO, AND DEPOSITION OF, CHRIS COOPRIDER,
PENDING SERVICE AND APPEARANCE OF REMAINING DEFENDANTS,
PENDING A PARALLEL CRIMINAL INVESTIGATION**

Before the Court is Defendant's Motion for A Limited Stay Concerning Only Sworn Interrogatories to COOPRIDER and His Deposition, Pending Service and Appearance of the Other Defendants, Pending a Parallel Criminal Investigation ("Motion"). Having considered the Motion, the applicable law, the arguments of counsel, and all other supporting papers, the Court is of the opinion that the Motion should be and hereby is GRANTED.

THE COURT FINDS that the parties now before the Court have conducted their Rule 26(f) conference, and agree that this Motion should be GRANTED.

IT IS ORDERED that discovery in this case may begin immediately, except that Defendant Chris Cooprider shall not be required to answer sworn interrogatories, nor sit for a deposition, until Defendants AID ACCESS GmbH and REBECCA GOMPERTS have been served and answered this lawsuit, and this Court has thereafter ordered that this limited stay should be lifted.

1

SIGNED this \_\_\_\_ day of September, 2025.

                                                  _____
                                                            DAVID MORALES
                                                     UNITED STATES DISTRICT JUDGE