UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

## CERTIFICATE OF INTERESTED PARTIES

On behalf of plaintiff Liana Davis, and in accordance with this Court's order of August 11, 2025 (ECF No. 4), I certify that there are no persons or entities that are financially interested in this litigation apart from: (1) the named plaintiff; (2) the named defendants; and (3) the individual attorneys and law firms representing Ms. Davis. Those attorneys and law firms, and all currently known attorneys of record, appear in the signature block below.

Respectfully submitted.

_/s/ Jonathan F. Mitchell_
JONATHAN F. MITCHELL
*Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: September 16, 2025                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on September 16, 2025, I served this document through CM/ECF upon:

Mikal C. Watts
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

Beth Klein
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

                                           /s/ Jonathan F. Mitchell
                                          Jonathan F. Mitchell
                                          *Counsel for Plaintiff*