UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

### PLAINTIFF LIANA DAVIS'S
### NOTICE OF SUBPOENA TO ABIGAIL AIKEN

    Please take notice plaintiff Liana Davis intends to serve a subpoena upon Abigail Aiken, consistent with Rule 45 of the federal rules of civil procedure. A copy of the subpoena that will be served on Ms. Aiken is attached.

    Respectfully submitted.

    /s/ Jonathan F. Mitchell
    JONATHAN F. MITCHELL
     *Attorney-in-Charge*
    Texas Bar No. 24075463
    S.D. Tex. Bar No. 1133287
    Mitchell Law PLLC
    111 Congress Avenue, Suite 400
    Austin, Texas 78701
    (512) 686-3940 (phone)
    (512) 686-3941 (fax)
    jonathan@mitchell.law

Dated: September 16, 2025　　　　*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on September 16, 2025, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

*Counsel for Defendant Christopher Cooprider*

                                      /s/ Jonathan F. Mitchell
                                      JONATHAN F. MITCHELL
                                      *Counsel for Plaintiff*