UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

### PLAINTIFF LIANA DAVIS'S NOTICE OF SUBPOENA TO THE UNIVERSITY OF TEXAS AT AUSTIN

Please take notice plaintiff Liana Davis intends to serve a subpoena upon the University of Texas at Austin, consistent with Rule 45 of the federal rules of civil procedure. A copy of the subpoena that will be served on the university is attached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: September 16, 2025        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on September 16, 2025, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

*Counsel for Defendant Christopher Cooprider*

                                                /s/ Jonathan F. Mitchell
                                           JONATHAN F. MITCHELL
                                           *Counsel for Plaintiff*