United States District Court
Southern District of Texas
**ENTERED**
September 18, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiff's motion for extension, (D.E. 15), and Defendant Christopher Cooprider's motion for a limited stay, (D.E. 11).

Plaintiff requests the Court extend her deadline to answer or otherwise respond to Defendant Christopher Cooprider's counterclaims, (D.E. 7), by fourteen days. (D.E. 15, p. 1–2). After review, the Court **GRANTS** Plaintiff's motion. (D.E. 15). Plaintiff's deadline is now **October 8, 2025**. The Court reminds all parties to comply with the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 8 ("Each [pleading] must be simple, concise, and direct.").

After review, the Court **DENIES** Defendant Cooprider's motion. (D.E. 11). The parties may stipulate discovery procedures without a court order. Fed. R. Civ. P. 29.

Further, the Court **ORDERS** the parties to file a joint advisory under seal **on or before October 15, 2025**, advising the Court of the nature and status of the parallel criminal investigation mentioned in (D.E. 11) as well as Plaintiff's efforts in exercising due diligence to serve the remaining Defendants.

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
September 18th, 2025