UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

**Parties' Joint Advisory to the Court (Filed Under Seal)**

The Court's order of September 18, 2025 (Docket Entry 17), instructs the parties to submit a joint status report, on or before October 15, 2025, that advises the Court of the nature and status of the parallel criminal investigation mentioned in Docket Entry No. 11, as well as the plaintiff's efforts to serve the remaining defendants who are located in foreign countries. The parties respectfully submit this report under seal in accordance with the Court's instructions.

████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
███████████████████████████████
███████████████████████████████████
████████████████████████████████████
████████████████████████████████████



Respectfully submitted.

 /s/ Jonathan F. Mitchell  
JONATHAN F. MITCHELL  
 *Attorney-in-Charge*  
Texas Bar No. 24075463  
S.D. Tex. Bar No. 1133287  
Mitchell Law PLLC  
111 Congress Avenue, Suite 400  
Austin, Texas 78701  
(512) 686-3940 (phone)  
(512) 686-3941 (fax)  
jonathan@mitchell.law  

*Counsel for Plaintiff*

Dated: October 14, 2025

 /s/ Mikal C. Watts  
MIKAL C. WATTS  
 *Attorney-in-Charge*  
Texas Bar No. 20981820  
Watts Law Firm LLP  
811 Barton Springs #725  
Austin, Texas 78704  
(512) 479-0500 (phone)  
(512) 479-0501 (fax)  
mikal@wattsllp.com  

*Counsel for Defendant Christopher Cooprider*

## CERTIFICATE OF SERVICE

    I certify that on October 14, 2025, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

*Counsel for Defendant*
*Christopher Cooprider*

                                                /s/ Jonathan F. Mitchell
                                               JONATHAN F. MITCHELL
                                               *Counsel for Plaintiff*