# EXHIBIT 1

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Liana Davis,                              *
                    Plaintiff,            *
                                          *
v.                                        *          Case No. 2:25-cv-220
                                          *
Christopher Cooprider, et al.             *
                    Defendants.           *

## <u>DECLARATION OF MIKAL C. WATTS</u>

I, Mikal C. Watts, declare the following pursuant to 28 U.S.C. 1746:

1.     I am an attorney with the law firm of WATTS LAW FIRM L.L.P.  I am the attorney-in-charge for Defendant Chris Cooprider ("COOPRIDER") in the above styled case.

2.     I am legally competent to make this declaration. I have personal knowledge and am familiar with the matters stated in this declaration, and the facts contained herein are true and correct.

3.     Attached as Exhibit A is a true and correct copy of an article written by Alex Swoyer entitled, *Texan who was eight weeks pregnant files wrongful death suit after man drugs her with abortion* pills, THE WASHINGTON TIMES, August 12, 2025,  accessed on October 28, 2025, and available at https://www.washingtontimes.com/news/2025/aug/12/texan-sues-marine-drugging-abortion-pills-killing-baby/.

4.     Attached as Exhibit B is a true and correct copy of an article written by Alexandra Petri entitled, *Woman Claims Marine Laced Her Drink With Abortion Pills*, THE NEW WORK TIMES, August 14, 2025, accessed on October 28, 2025, and available at. *https://www.nytimes.com/2025/08/14/us/marine-abortion-pills-lawsuit-texas.html*.

1

5.    Attached as Exhibit C is a true and correct copy of an article written by Melissa Chan entitled, *Marine files countersuit against Texas woman who claims he spiked her drink with abortion pills,* NBC NEWS, Sept. 4, 2025, accessed on October 28, 2025, and available at https://www.nbcnews.com/news/us-news/marine-files-countersuit-texas-woman-claims-spiked-drink-abortion-pill-rcna229088.

6.    Attached as Exhibit D is a true and correct copy of an article written by Irin Carmon entitled, *The Explosive Lawsuit Challenging a Right-Wing Abortion-Pill Story,* INTELLIGENCER, September 5, 2025, accessed on October 28, 2025, and available at https://nymag.com/intelligencer/article/christopher-cooprider-sues-over-abortion-pill-allegation.html.

7.    Attached as Exhibit E is a true and correct copy of an article written by Garnet Henderson and Susan Rinkunas entitled, *Texas Man Accused of Putting Abortion Pills in Partner's Drink Claims She Made It Up, Countersues for $100 million,* AUTONOMY NEWS, September 3, 2025, 7:10 p.m., accessed on October 28, 2025, and available at https://www.autonomynews.co/texas-man-accused-of-putting-abortion-pills-in-partners-drink-claims-she-made-it-up-countersues-for-100-million/

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 28, 2025.


_____/s/ Mikal C. Watts_____
Mikal C. Watts, Declarant

# EXHIBIT 1-A

This is more than 2 months old.

# Texan who was eight weeks pregnant files wrongful death suit after man drug with abortion pills



*Mifepristone tablets are seen in a Planned Parenthood clinic, July 18, 2024, in Ames, Iowa. (AP Photo/Charlie Neibergall, File) Mifepristone tablets are seen in a ... more >*

By Alex Swoyer
*The Washington Times*
Tuesday, August 12, 2025

A Texas woman is suing her ex-lover and an abortion pill distributor after secretly being given the drug to abort her daughter after the tablets were dissolved in hot chocolate.

Liana Davis filed a wrongful death lawsuit against U.S. Marine Christopher Cooprider, Aid Access and its founder on Monday, arguing they broke Texas law by assisting in an illegal abortion.

"The wrongful-death statute allows surviving parents to sue those who cause the death of an unborn child by a wrongful act, neglect, carelessness, unskillfulness or default," read the complaint, filed in the Southern District of Texas. "Each of the defendants caused the death of Ms. Davis' unborn child through their wrongful acts, which violated the law."

Jonathan Mitchell, the lawyer for Ms. Davis, didn't immediately respond to a request for comment about the uniqueness of the legal battle.

In the 33-page complaint, Ms. Davis alleges Mr. Cooprider harassed her for months to get an abortion when, at eight weeks pregnant, he ordered mifepristone and misoprostol from Aid Access, an Austrian company, and urged her to take the drug.

When she refused, he suggested the two have a night together to rebuild trust, and at that time he mixed the pills in hot chocolate. According to the legal document, he used 10 doses of one of the drugs and left the packaging behind at her home. The prescription was made out to him.

She began hemorrhaging after 30 minutes, and Mr. Cooprider left her on her own to find a ride to the hospital where doctors were unable to save her unborn daughter, whom she had named Joy.

## MY TIMES                                                                                              VIEW ALL ⊙

**Trump doesn't plan to meet Canadian PM Mark Carney during Asia trip, leaving trade in turmoil**
**Abrego Garcia objects: Don't send me to Liberia**
**House autopen probe deems Biden's pardons void, asks DOJ to review legality of executive actions**

According to the legal complaint, Mr. Cooprider and Aid Access broke Section 171 of Texas' health and safety code regulations by allowing someone other than a Texas-licensed provider to administer abortion drugs, which is a state felony. The complaint also asserts that federal law prohibits the mailing of abortion-inducing drugs.

ADVERTISEMENT

Advertisement

During the Biden administration, the Justice Department permitted the mailing of the drug. However, four states have outlawed it, according to the pro-choice Guttmacher Institute. Texas is one of them.

Texas law also makes abortion a felony unless the woman's life is at risk. A violation can result in two to five years in prison.

A spokesperson from Aid Access didn't immediately respond to a request for comment.

The Corpus Christi Police Department said it assigned a detective to the case who examined all evidence. The results of the probe were shared with the Nueces County District Attorney's Office and it declined to bring criminal charges.

"After careful review, both agencies concluded that the elements of a crime could not be established, and the investigation was subsequently closed as unfounded," a department spokesperson said. "The CCPD stands by the results of this investigation and is confident that any honest and objective third party review would reach a similar conclusion."

ADVERTISEMENT

Advertisement

Mr. Cooprider is a Marine pilot, according to the legal filing. A spokesperson from the U.S. Marine Corps said it knows of the civil lawsuit.

"Training Command is aware of a civil lawsuit involving a student at Marine Aviation Training Support Group 22 at Naval Air Station Corpus Christi, Texas. No further information is available, due to this being a civil matter," the spokesperson told The Washington Times in an email.

Another man in the state was charged for similar conduct and landed behind bars. The Houstonian got 180 days in jail and 10 years' probation after secretly drugging his wife with an abortion pill in an unsuccessful attempt to terminate the pregnancy.

Kelsey Pritchard, communications director for Susan B. Anthony Pro-Life America, said Ms. Davis' boyfriend "poisoned her with 10 doses of the abortion drug."

ADVERTISEMENT

Advertisement

"The drugs he mixed in Davis' hot chocolate ended her child's life and caused her to hemorrhage and need emergency medical attention within 30 minutes. As a nation, we should be horrified by this story and the Biden administration's reckless policy of mail-order abortion drugs that is fueling the rise of this new form of domestic violence," Ms. Pritchard said.

• *Alex Swoyer can be reached at aswoyer@washingtontimes.com.*



### THREAT STATUS

**The world is a pretty scary place. We'll help you navigate the hazards at home -- and over the horizon.**

SIGN UP

You may unsubscribe any time.

Copyright © 2025 The Washington Times, LLC. Click here for reprint permission.

**Please read our comment policy before commenting.**












**MY TIMES**

VIEW ALL ⊕

 Navy loses two aircraft from USS Nimitz aircraft carrier within 30 minutes

 Mamdani's socialist plan to wreck New York City's economy in the name of climate justice

COMMENTARY

 Ohio ex-con who fatally punched teen in 2022 faces murder charges in shooting

 GOP's Jack Ciattarelli endorsed by Democratic mayors, left-leaning groups in N.J. governor's race

 Texas congressman accused of affair with staffer who died from setting herself on fire

 For Japan's new leader, the key to connecting with Trump could be a Ford F-150 truck

 Trump, Japan PM Takaichi hit it off in Tokyo, sign cooperation agreement on strategic rare earths

 Tax the Whites: Mamdani pitches race-based property tax rates for New York City

 A U.S. farmer rebellion is brewing

 Judge orders Trump officials to stop talking bad about Kilmar Abrego Garcia

 Cartels stand to capitalize as Mexico eyes big tobacco tax hike

 Trump says he received MRI, raising fresh health questions

 Two U.S. Navy fighter pilots shot down over Red Sea

 'He lost us': Generals, senior officers say trust in Hegseth has evaporated

EXCLUSIVE

**LATEST VIDEO**

Advertisement

# EXHIBIT 1-B

**The New York Times**

https://www.nytimes.com/2025/08/14/us/marine-abortion-pills-lawsuit-texas.html

# *Woman Claims Marine Laced Her Drink With Abortion Pills*

A Texas woman said in a lawsuit that a U.S. Marine got her pregnant and then, after she chose to keep the pregnancy, dissolved abortion pills in her hot chocolate.

---

 ▶ Listen to this article · 5:34 min  Learn more

 **By Alexandra E. Petri**

Aug. 14, 2025

A Texas woman accused a U.S. Marine in a lawsuit on Monday of lacing her drink with abortion pills, terminating her pregnancy against her wishes.

The woman, Liana Davis, 37, claims that Christopher Cooprider, 34, a U.S. Marine Corps Captain from Arizona  who she says impregnated her, secretly dissolved 10 pills of misoprostol, a drug used in medical abortions, in a hot chocolate he made for her on April 5.

She made the accusation in a civil complaint filed in a federal court in Texas.

Shortly after drinking the beverage, the complaint says, Ms. Davis began bleeding and went to the hospital, where she lost her pregnancy.

The lawsuit also names Aid Access, a major seller of abortion pills online, as a defendant. Ms. Davis said in the lawsuit that Mr. Cooprider used Aid Access to obtain the pills. The suit named the founder of Aid Access, the Dutch physician Rebecca Gomperts, as a third defendant.

Mr. Cooprider, a flight student with the U.S. Marines in Corpus Christi, Texas, declined to comment on the lawsuit or say if he had a lawyer.

The U.S. Marine Corps said in a statement that it was aware of a civil lawsuit involving one of its aviation students but that no additional information was available.

In a statement, Dr. Gomperts pointed to Aid Access's role in providing "essential, lifesaving health care" for vulnerable women.



The Dutch physician Rebecca Gomperts, who founded Aid Access, during a demonstration in front of the U.S. Supreme Court in Washington last year. The lawsuit

filed by Liana Davis names Aid Access and Dr. Gomperts as defendants. Tom Brenner/The Washington Post, via Getty

Ms. Davis became pregnant by Mr. Cooprider in early 2025, the lawsuit claims. Text messages included in the lawsuit and said to be from Ms. Davis to Mr. Cooprider describe the pregnancy as "unplanned." In one message she called herself Mr. Cooprider's "mistress."

The lawsuit says that Ms. Davis has three children with her husband, with whom she was in divorce proceedings.

According to the messages, Mr. Cooprider told Ms. Davis that he wanted her to have an abortion, even before she had confirmed her pregnancy with a test.

Ms. Davis texted Mr. Cooprider on Jan. 31, 2025, for his thoughts on her possible pregnancy, and he responded, "Get rid of it," the lawsuit said.

Mr. Cooprider added that the two were not in love or a couple, and that bringing a child into the world would be "messed up," according to the lawsuit.

On Feb. 3, Mr. Cooprider sent a text message saying that if the pregnancy test was "positive then we need to schedule a clinic visit and get an abortion pill asap," according to the complaint.

On Feb. 5, Mr. Cooprider texted Ms. Davis and said he was going to order abortion pills for her, according to the complaint, a step it said Ms. Davis opposed. On Feb. 6, Mr. Cooprider purchased pills from Aid Access, according to the lawsuit.

"I'm not OK with you buying something like that w/o my permission," Ms. Davis wrote him, according to the complaint.

Mr. Cooprider brought the pills to Ms. Davis's home and repeatedly asked her to take them, according to the lawsuit. Pictures included in the lawsuit show two containers of abortion drugs labeled "Chris Cooprider."

The text exchanges grew more heated over several weeks, then took an abrupt turn. In early April, the lawsuit says, Mr. Cooprider texted Ms. Davis to propose a "trust building night" where he would make them "warm relaxing tea."

Mr. Cooprider went to Ms. Davis's home on April 5, where he made her a hot chocolate, according to the lawsuit. Ms. Davis was eight weeks pregnant at the time, the lawsuit said.

According to the lawsuit, she began hemorrhaging and cramping within 30 minutes of drinking the beverage.

Mr. Cooprider said he would drive to get Ms. Davis's mother, who lived nearby, the lawsuit said. The plan was that she would mind Ms. Davis's three children, and Mr. Cooprider could then drive Ms. Davis to the emergency room.

But after leaving to get Ms. Davis's mother around 12:10 a.m., Mr. Cooprider stopped responding to calls and texts, and did not pick her up, according to the lawsuit. Screenshots of text messages included in the lawsuit show Ms. Davis repeatedly texting Mr. Cooprider, including one sent at 12:34 a.m. saying: "I'm gushing blood. Please hurry."

Ms. Davis sent her mother money for an Uber just before 1 a.m., around the same time Mr. Cooprider responded to the text messages, the lawsuit said. He apologized and told her he had a flight in the morning, according to the complaint, and then stopped answering.

Before leaving the house, Ms. Davis found the opened packets of pills, the lawsuit said.

A neighbor drove Ms. Davis to a Bay Area hospital's emergency room, where she lost the pregnancy, according to the complaint.

Ms. Davis brought the pill bottles with her to the emergency room and gave them to the Corpus Christi Police Department, according to the lawsuit.

The Police Department said a detective investigated the allegations and shared the results with the Nueces County District Attorney's Office.

"After careful review, both agencies concluded that the elements of a crime could not be established, and the investigation was subsequently closed as unfounded," Madeline Vaughn, a spokeswoman with the department, said in a statement.

Ms. Davis's suit seeks punitive damages from the defendants. It did not give a figure, but said the amount was greater than $75,000.

Sheelagh McNeill contributed research.

---

A version of this article appears in print on , Section A, Page 14 of the New York edition with the headline: In Lawsuit, Woman Claims a Marine Spiked Her Drink With Abortion Pills

# EXHIBIT 1-C

U.S. NEWS

# Marine files countersuit against Texas woman who claims he spiked her drink with abortion pills

Capt. Christopher Cooprider has accused the woman of lying and is seeking $100 million in damages.



—— Misoprostol tablets at a family planning clinic in Rockville, Md., in 2023.
Anna Moneymaker / Getty Images file

Sept. 4, 2025, 5:17 PM CDT

**By Melissa Chan**

A U.S. Marine who is being sued for allegedly

spiking a Texas woman's drink with abortion pills has filed a countersuit, accusing the woman of lying and being personally responsible for a series of failures that killed their unborn child.

Capt. Christopher Cooprider, 34, said he did not drug Liana Davis' drink, causing her pregnancy to end in April, as she alleged in a wrongful death lawsuit filed in federal court last month.

ADVERTISING



BANG & OLUFSEN
Worth the wait.

Bang & Olufsen · Sponsored

**Beoplay H100**

When the time comes, don't just give a gift. Give a Bang & Olufsen.

**Buy Now**                                    ❯

Davis had accused Cooprider of secretly dissolving at least 10 abortion pills into a cup of hot chocolate that he prepared for her on April 5, when she was eight weeks pregnant, after she rebuffed his repeated requests to "get rid of it," her suit said. She said he left her Corpus Christi home that night and stopped responding to her texts when she reached out for help as she profusely bled.

In his countersuit, filed Wednesday in the U.S. District Court for the Southern District of Texas, Cooprider denied the allegations, saying Davis, 37, intended to frame him with false claims that he drugged her that night.

He alleges in his lawsuit that the pregnancy loss could be attributed to a series of factors, including her age, a sexually transmitted disease, a bacterial infection, alcohol consumption and failure to seek medical help when she experienced heavy cramping earlier.

Cooprider said in the suit that he ordered the abortion pills at Davis' request and gave some of them to her in February, two months before she alleges he drugged her drink, and discarded the rest.

Davis' attorney, Jonathan Mitchell, disputed that claim and said Cooprider ordered the drugs without his client's permission and "in defiance of her explicit instructions."

Mitchell said his team would disprove each of Cooprider's "abject lies" in court.

"Cooprider is guilty as sin and will be held to account for what he did," he said.

Cooprider requested that the court dismiss the woman's lawsuit, adding that the Corpus Christi Police Department declined to recommend criminal prosecution after investigating her claims.

Marine files countersuit against Texas woman who claims he spiked her drink with abortion pills    10/28/25, 7:20 AM

The Corpus Christi Police Department told NBC News there are no active investigations involving Cooprider.

In a statement, the police department said an investigator with more than a dozen years of experience as a detective "conducted an extremely thorough investigation" into Davis' claim that she was drugged and that the investigation was closed as unfounded.

The investigator interviewed Davis, Cooprider, witnesses, hospital medical staff, Davis' OBGYN and the Nueces County Medical Examiner, as well as examined existing evidence and medical records, the department said.

"The results of the investigation were then shared with the Nueces County District Attorney's Office. After careful review, both agencies concluded that the elements of a crime could not be established," it said.

Corpus Christi police said it "stands by the results of this investigation and is confident that any honest and objective third-party review would reach a similar conclusion."

It encouraged media outlets to request further information about the case to file an open records request but denied a request by NBC News on Aug. 19, citing confidentiality laws.

Cooprider is seeking $100 million in damages from Davis, which he pledged to give to the

Wounded Warrior Project, a nonprofit that helps ill and injured post-9/11 veterans and service members, according to the suit.

Davis' lawsuit, filed in the same court on Aug. 11, included text messages she alleges the pair exchanged for weeks, beginning Jan. 31, when Davis asked Cooprider for his input in case she is confirmed to be pregnant.

Cooprider said he "would like to get rid of it," the texts show, saying the two were "not in love" or together and that it would be "messed up to bring a child into the world without both parents raising them."

The following text messages cited in Davis' complaint show Cooprider telling Davis, without her approval, that he would order abortion pills online. The pills were purchased from Aid Access, an online service that ships abortion pills from abroad, according to the lawsuit.

Aid Access and Dr. Rebecca Gomperts, a Dutch physician who runs it, are also listed as defendants in the lawsuit. They did not return requests for comment.

On April 2, Cooprider proposed making them "some warm relaxing tea" in what they could call a "trust building night," according to screenshots shared in Davis' lawsuit.

Davis accepted. When the two met up at her home on April 5, Cooprider handed her a cup of hot chocolate shortly before midnight,

according to the lawsuit. Within 30 minutes of drinking it, the suit says, Davis began hemorrhaging and cramping.

Davis knew she had to go to the emergency room, but she knew she could not leave her three children who were sleeping upstairs, the suit said. They came up with a plan for Cooprider to pick up Davis' mother, who lived nearby, so she could watch the children while Cooprider took Davis to the hospital, according to the suit.

But once Cooprider left the house, he became unreachable, the suit said.

"I am gushing blood. Please hurry," Davis texted him around 12:30 a.m.

Davis' mother took an Uber ride to her daughter's house around 1 a.m. Around that time, Cooprider apologized and said he had to catch a flight the next day, the suit said.

A neighbor drove Davis to the hospital, where the fetus did not survive, according to the suit.

Back home, Davis said she found the opened box of abortion pills and a pill bottle, which she turned over to the Corpus Christi police, according to the lawsuit. The suit claims Cooprider mixed 10 misoprostol pills into the hot chocolate.

The Marine Corps confirmed that Cooprider is an active-duty captain and a flight student

# EXHIBIT 1-D

**THE BODY POLITIC**

# The Explosive Lawsuit Challenging a Right-Wing Abortion-Pill Story

 **By Irin Carmon,** *a features writer at New York Magazine*

SEPT. 5, 2025



Photo: Anna Moneymaker/Getty Images

Last month, an anti-abortion activist named Jana Pinson gave explosive testimony before a Texas Senate committee in support of HB7, a law that wou[...] state's bounty-hunter abortion law, allowing lawsuits against anyone who facilitates a Texan getting abortion pills, including manufacturers, for up to $[...] a lawsuit filed that very day by Liana Davis against Christopher Cooprider, accusing him of smuggling abortion pills he ordered online into Davis's hot[...] her pregnancy.

The case soon made international headlines for both its sordid details and its political valences. Like other red states that outlawed abortion as soon as [...] them, Texas has been unable to stop tens of thousands of abortion pills — as many as 12,000 a month, according to the Society of Family Planning — f[...] providers in blue states, where they enjoy protection under "shield laws." (Davis also sued Aid Access, a prominent provider of abortion pills to places v[...] Attorney General Ken Paxton promptly issued cease-and-desist letters to shield providers, citing the Davis case. Meanwhile, the state senate passed HI[...] governor's signature.

But a countersuit filed Thursday by Cooprider claims the sensationalistic drugging never happened. He says Davis had a spontaneous miscarriage, whi[...] conduct, and that she vengefully framed him for a forced abortion. Cooprider is seeking an eyebrow-raising amount in damages — over $1 billion.

"I'm not here to castigate the pro-life position. I consider myself a pro-life individual, but we don't do political advocacy by criminal allegations that are[...] disgusting," Cooprider's attorney, Mikal Watts, told me Thursday. "They used this situation to pass a law that, if it's based on this case, was passed based[...]

Even as initially presented, the case raised questions. Cooprider wasn't criminally charged, even though Texas prosecutors have brought at least two ot[...] accused of similar crimes — one of them for capital murder, which carries the death penalty. A second man was sentenced to 180 days in jail last year a[...] giving his wife abortion pills, though her pregnancy continued.

Davis did go to the cops in Corpus Christi, where she and Cooprider were neighbors, but they declined to bring charges. When reporters asked why, the[...] statement, saying the case had been assigned to a "highly experienced family violence detective" who had "conducted an extremely thorough investigat[...] including an examination of the existing evidence and medical records, and interviews with the complainant, accused, witnesses, hospital medical stafl[...] OBGYN, and the Nueces County Medical Examiner." Along with the district attorney, the department said, they "concluded that the elements of a crim[...] established, and the investigation was subsequently closed as unfounded." Unusually, the department added that it "highly encourages any media outle[...] information regarding this case to file an open records request through the Police Department Open Records Unit," though when I filed one, it was de[...] the information would be "highly intimate or embarrassing" and "not of legitimate concern to the public."

Even in Davis's filing, there are a few hints of uncertainty about the pregnancy's viability. She includes text messages that show that weeks before the ho
both Cooprider and Davis expressed doubts as to whether the fetus was still alive.

Cooprider's 99-page lawsuit says that Davis faked a first pregnancy, then tricked Cooprider into having sex with her when she was ovulating, telling him
remains of a miscarriage for a nonexistent pregnancy. It alleges that Davis's own negligence was a "proximate cause of the death of her unborn baby" an
"properly" treating a sexually transmitted infection, causing fevers that can trigger miscarriage; of consuming alcohol, Red Bull, and medications contr
pregnancy; and of ignoring cramping while staying in extreme heat with her kids, which is associated with greater miscarriage risk.

Cooprider's lawsuit also accuses Davis of erratic behavior, including, a month before the hot-chocolate incident, standing outside his house and "loudly
threatening that she would charge Cooprider with sexual assault if he didn't speak to her." Cooprider includes a transcript of a call he says he made to th
department in which he says Davis was threatening him and had taken abortion pills for a pregnancy he now says didn't exist.

Watts suggested that Davis's lawyer, Jonathan Mitchell, probably the best-known anti-abortion attorney in America and the father of the original Texas
knew that Davis's case had major holes in it and pressed on even after the police concluded the claims were unfounded.

"There's Rule 11 that you have to do a reasonable investigation before you can sign your name to a federal court plea," says Watts, a well-known torts law
was acquitted in 2016 of fraud in a case where he represented himself. "I'm not here to suggest that that rule has been violated yet, although I may be s
some digging."

Mitchell didn't respond to a request for comment but told Autonomy News, "These are abject lies and we will disprove every one of them in court. Coop
will be held to account for what he did, both in this civil suit and in the upcoming criminal proceedings." It's not clear what criminal proceedings he's re

**RELATED**

➤➤ Abortion-Pilled

TAGS:   ABORTION PILL    ABORTION    TEXAS    THE BODY POLITIC    MORE

| ▣ SHOW 8 COMMENTS |
| --- |



THE <strong>Intelligencer</strong> FEED

**6:00 A.M.**  EARLY AND OFTEN
### Why Trump's Third-Term Talk Might Backfire
*By* ED KILGORE
He's leading MAGA supporters on, and J.D. Vance and the GOP could pay a price for it in 2028.

**5:00 A.M.**  THE CITY POLITIC
### The Final Leg of New York's Mayoral Race Has Gotten Ugly
*By* ERROL LOUIS
The last days have been marked by bigotry, bitterness, and broken friendships.

**10/27/2025**  POLITICS

### New Lawsuit Seeks to Challenge NYC's Lone Republican District

*By* NIA PRATER

A group of Staten Island residents allege the boundaries of the 11th District dilute the voting power of the borough's Black and Latino voters.

---

#### MOST POPULAR

**1.**  **Lis Smith Thinks Democrats Treat Voters Like Children**
*By* BENJAMIN HART

**2.**  **Record-Breaking Early Voting Looks Good for Mamdani**
*By* NIA PRATER

**3.**  **Democrats Just Lost a Key Ally in the Shutdown Fight**
*By* ED KILGORE

**4.**  **The New Sign Trump Is Planning a Midterm-Elections Power Grab**
*By* ED KILGORE

**5.**  **What a Diabetes Diagnosis Taught Me About MAHA**
*By* SARAH JONES

**10/27/2025**  EARLY AND OFTEN

### Democrats Just Lost a Key Ally in the Shutdown Fight

*By* ED KILGORE

As the shutdown pain spreads rapidly, the biggest federal union wants Democrats to cave. Can they find an off-ramp and claim some sort of victory?

**10/27/2025**  EARLY AND OFTEN

### The New Sign Trump Is Planning a Midterm-Elections Power Grab

*By* ED KILGORE

His latest attacks on the Prop 50 vote in California once again show he'll do whatever it takes.

**10/27/2025**  POLITICS

## Graham Platner Just Lost His Brand-New Campaign Manager

*By* NIA PRATER

Kevin Brown is the second high-profile exit from the campaign which has been plagued by numerous controversies concerning Platner's past.

**10/27/2025**  POLITICS

## Record-Breaking Early Voting Looks Good for Mamdani

*By* NIA PRATER

Brooklyn smashed previous records.

**10/27/2025**  JUST ASKING QUESTIONS

## Lis Smith Thinks Democrats Treat Voters Like Children

*By* BENJAMIN HART

The outspoken campaign strategist on this November's elections and how the Democratic Party can climb out of its rut.

**10/26/2025**  MAHA

## What a Diabetes Diagnosis Taught Me About MAHA

*By* SARAH JONES

Self-mastery is free-market logic in another guise.

**10/25/2025**  SCREEN TIME

## Why Is Amazon Watching Us?

*By* JOHN HERRMAN

The retail giant just can't help but monitor people!

**10/24/2025**  POLITICS

## Jeffries Finally Endorses Mamdani in the Most Tepid Way Possible

*By* NIA PRATER

After holding out for months, at almost the last possible moment before early voting begins, the House minority leader finally gave his okay.

**10/24/2025**  EARLY AND OFTEN

## Trump Is Attacking Canada When He Should Be Attacking Reagan

*By* ED KILGORE

Whether you agree with Trump's protectionism or think it's prehistoric, there's no question he reversed GOP free-trade orthodoxy.

**10/24/2025**  EARLY AND OFTEN

## Trump Wants to 'Kill People' Without War

*By* ED KILGORE

By attacking "narco-terrorist" fishing boats, Trump shows the Jacksonian preference for instant violence rather than extended conflict.

**10/24/2025**  POLITICS

## Letitia James Is Going After Lindsey Halligan

*By* NIA PRATER

James pleaded not guilty to two federal counts as her lawyers signaled plans to challenge Halligan's appointment as U.S. attorney.

**10/24/2025**  GAMES

## The NBA Is Not Innocent in the Gambling Scandal

*By* WILL LEITCH

Players and coaches are charged, but look at what the league encourages.

**10/24/2025**  EARLY AND OFTEN

## Trump's Redistricting Race Is Already Going Off the Rails

*By* ED KILGORE

Virginia is just the latest state to rush into an unscheduled remapping of congressional seats as Democrats try to counter Trump's power grabs.

**10/24/2025**  JUST ASKING QUESTIONS

## 'He Could Demolish the Entire White House'

*By* NIA PRATER

Historic-preservation expert Sara Bronin discusses President Trump's brazen East Wing destruction and whether anything can rein him in.

**10/24/2025**  EARLY AND OFTEN

## Will Trump Back a Senate Candidate Who Called Him a 'Loser'?

*By* ED KILGORE

John E. Sununu may be the GOP's best shot at winning in New Hampshire and holding the Senate. But he insulted Trump as recently as last year.

**10/24/2025**  THE LAW

## Can Anyone Stop Trump From Paying Himself Off?

*By* ELIE HONIG

He wants $230 million from his own Justice Department. Despite all the reasons that's wrong, he'll probably get it.

**10/23/2025**  PRESERVATION WATCH

## Trump Used His Dad's Dirtiest Move on the East Wing

*By* CHRISTOPHER BONANOS

Knock it down before they can fight you.

---

**10/23/2025**  EARLY AND OFTEN

## The Government Shutdown Will Get Very Real on November 1

*By* ED KILGORE

SNAP benefits will run out, Obamacare premiums will spike, and Trump will no longer be able to pretend the shutdown just hurts Democrats.

---

**10/23/2025**  POLITICS

## Cuomo Laughed When He Was Told Mamdani Would Cheer Another 9/11

*By* NIA PRATER

Mamdani called the radio-show moment "disgusting." The Cuomo campaign swears it's not what it sounded like.

---

**10/23/2025**  THE CITY POLITIC

## Eric Adams Is Endorsing 'Snake and Liar' Cuomo for Mayor

*By* CHAS DANNER

The soon-to-be former mayor and the former governor who wants to be mayor are making nice in the hopes of stopping Zohran Mamdani.

---

**10/23/2025**  ENCOUNTER

## Ken Burns at the Barricades

*By* CHRISTOPHER BONANOS

Talking British New York and PBS cuts with the co-director of *The American Revolution*.

**10/23/2025**   NOTHING BUT BET

### The NBA's Gambling Scandals Now Involve La Cosa Nostra

*By* MATT STIEB

Also, Hall of Famer Chauncey Billups.





ABOUT INTELLIGENCER

NEWSLETTERS

CONTACT

MEDIA KIT

PRIVACY

AD CHOICES

ABOUT NEW YORK MAGAZINE

HELP

PRESS

WE'RE HIRING

TERMS

ACCESSIBILITY

DO NOT SELL OR SHARE MY PERSONAL DATA

INTELLIGENCER IS A VOX MEDIA NETWORK.

© 2025 VOX MEDIA, LLC. ALL RIGHTS RESERVED.

*This story is free for a limited time. Subscribe to enjoy uninterrupted access.*

SUBSCRIBE NOW ▶▶

# EXHIBIT 1-E

Welcome to Autonomy News! **Learn more** about us.    ✕

🌙 DARK    🔍

# Autonomy News

SIGN IN    **Subscribe**

ABOUT    |    SUPPORT US    |    TIP JAR    |    MERCH

ABORTION

# Texas Man Accused of Putting Abortion Pills in Partner's Drink Claims She Made It Up, Countersues for $100 Million

The 34-year-old Marine alleges that the woman who sued him for wrongful death lied about a coerced abortion, and that there were political motives behind her lawsuit.

GARNET HENDERSON and SUSAN RINKUNAS

September 3, 2025 . 7:10 PM — 6 min read



Photo by Brett Jordan on Unsplash

***Update 9/5/25, 8:25pm:*** *This story has been updated with statements from the Corpus Christi Police Department and the Naval Criminal Investigative Service. It was previously updated with comment from attorney Jonathan*

*Mitchell.*

Last month, Autonomy News reported on a lawsuit filed by Liana Davis, a Texas woman who alleged that Christopher Cooprider, her male sex partner, had given her abortion-inducing medication without her knowledge or consent, causing her to lose her pregnancy. The case was filed in federal court in Corpus Christi, Texas. Davis is represented by anti-abortion legal activist and former Texas Solicitor General Jonathan Mitchell, and the case is thought to be the first instance of a woman suing for wrongful death from abortion pills.

On Wednesday, Cooprider countersued Davis in the same federal district, seeking $100 million in damages. When covering the initial complaint, Autonomy News did not name either party, but we are doing so now because Cooprider alleges the suit was fraudulent and initiated for retribution and political purposes. When reached for comment, Mitchell said "these are abject lies and we will disprove every one of them in court. Cooprider is guilty as sin and will be held to account for what he did, both in this civil suit and in the upcoming criminal proceedings."

Mitchell did not immediately respond to our questions about a possible criminal case. Autonomy News has contacted local and federal authorities to inquire about any ongoing investigations. On Friday, Corpus Christi Police Department confirmed it has "no open or active investigations involving these individuals at this time." A spokesperson for the Naval Criminal Investigative Service (NCIS), which covers the U.S. Navy and the Marine Corps, said: "I can confirm that the NCIS investigation has been closed. Out of respect for the investigative process, NCIS will not comment further at this time."

Cooprider, a 34-year-old Marine pilot, alleges that Davis' suit was malicious and intended to cause him emotional distress. He says he had a brief sexual relationship with Davis, a 37-year-old who was going through a divorce, and that her behavior escalated to harassment when he expressed that he didn't want the relationship to continue. After that, Cooprider claims Davis faked multiple pregnancies and miscarriages, and that after she actually became pregnant, she failed to treat medical conditions which themselves could have triggered a miscarriage.

Cooprider alleges that Davis concocted her suit after the Corpus Christi

Cooprider alleges that Davis concocted her suit after the Corpus Christi Police Department declined to recommend charges based on her allegations against him.

He further alleges that Davis' lawsuit was filed early on August 11 "so it could be immediately and widely disseminated to national and Texas media outlets that morning" prior to a Texas Senate committee hearing on legislation that would supercharge the state's existing "bounty hunter" abortion ban, inviting citizens to sue manufacturers and providers of abortion pills and win $100,000 bounties. Davis' suit was cited in the hearing by Jana Pinson, executive director of Pregnancy Center of the Coastal Bend, a small "crisis pregnancy center" chain with locations in and around Corpus Christi.

"Just this morning, a lawsuit was filed for wrongful death where a military guy got a next-door neighbor pregnant, tried to force an abortion," Pinson said during the August 11 hearing. "He ordered in his own name from Aid Access, and then when she wouldn't take them, he … put 10 pills in her chocolate and she doubled over in pain about 30 minutes later. Then he left her to bleed out while she had to get help to get to the ER."

"This is another avenue of men being able to force abuse on women," Pinson continued. She mentioned the case again in a hearing on August 22, this time before a House committee.

Subscribe to Autonomy News

Davis' suit also named online abortion provider Aid Access and its founder, Rebecca Gomperts, as defendants. In addition to alleging that they violated wrongful death laws in Texas, the complaint accused them of violating the Comstock Act, a dormant 1873 law that Mitchell and other anti-abortion leaders argue outlaws the mailing of abortion pills. In 2025, the anti-abortion movement has made it a major priority to attack "shield" laws, which protect abortion providers like Aid Access who prescribe abortion pills via telehealth to patients in states where abortion is illegal.

Mark Lee Dickson, a prominent anti-abortion activist who was first to announce Davis' case on social media, also mentioned her case in the

August 22 hearing. In his initial social media posts about Davis' lawsuit, Dickson connected it directly to anti-abortion legislation: "I hope these stories drive us to see more protections pass." At the time, Dickson said he first heard Davis' story from a CPC director in Corpus Christi. If Pinson was the person who told Dickson about the story, it's unclear how she came in contact with Davis in the first place. According to Dickson, he put Davis in touch with "my attorney"—meaning Mitchell, who has recently filed a spate of wrongful death suits related to the use of abortion pills, usually on behalf of men upset about their partners' abortions.

Versions of the abortion pill bounty bill have passed in both chambers of the Texas legislature in recent days. It appears poised to become law.

In his suit, Cooprider claims he didn't coerce Davis, and that she was the one threatening him. He said Davis asked him to order abortion pills for her in February 2025, which he alleges that she never took, and that she began harassing him after he expressed that he didn't want her to join him at his next military post in North Carolina. One night in early March, he claims, Davis stood outside his house and implied she'd accuse him of sexual assault if he didn't speak to her. He called 911 for police to do a wellness check and told operators that she'd called him 40 times that day, according to a transcript provided in the counterclaim. He told the operators he took video of her outside his home and added: "And she's also threatening… she's saying that I coerced her into taking the abortion pills against her will, and that's illegal in Texas."

Later on the call, he said Davis told him that she was miscarrying and was sitting "in a pile of her blood in the bathtub." Cooprider's filing then notes that "Law enforcement checked on [her] and she was not sitting in blood. She said that she was fine."

However, she was actually pregnant at this time, per an ultrasound on March 21, where a physician said that she had conceived about four weeks earlier. Cooprider claims that Davis invited him over on April 5, at which point she tried to frame him for a coerced abortion by alleging that he slipped abortion pills into her hot chocolate. She claimed she was bleeding profusely, and got a neighbor to drive her to the hospital, where she told staff that Cooprider "drugged" her.

Officers from Corpus Christi Police Department came to the emergency

department and opened an investigation. CCPD told the *New York Times* in August that it shared results with Nueces County District Attorney's Office, but that, "after careful review, both agencies concluded that the elements of a crime could not be established, and the investigation was subsequently closed as unfounded."

Appreciated this post? Leave us a tip

According to Cooprider's admittedly melodramatic suit, Davis' "lethal lies in the malicious allegations now embedded in her made-up complaint read like the screenplay written for Glenn Close in the movie *Fatal Attraction*." Other salacious allegations featured in the complaint include that Davis failed to properly treat a sexually transmitted infection *and* typhoid fever, either of which could have led to natural miscarriage. Cooprider also alleges that Davis failed to take progesterone prescribed in late March due to a low embryonic heart rate, which his complaint presents as evidence that she did not want to continue the pregnancy. (However, while progesterone is commonly prescribed in an attempt to prevent first trimester miscarriage, evidence doesn't support the practice except in people with a history of three or more miscarriages.) He also claims she was a heavy drinker and that she continued to drink when her children were in her home despite being ordered not to by family court.

Cooprider's lead attorney is Mikal Watts, a puzzling figure who frequently donates to Democratic politicians, per Federal Election Commission records, but is also listed as a Federalist Society contributor. Watts faced a federal trial in 2016 on 96 counts of wire fraud, mail fraud, and identity theft after he was accused of inventing 40,000 victims of the 2010 Deepwater Horizon oil spill in order to file a class action suit that would have earned him an estimated $40 million. Watts fired his attorney on the eve of trial and chose to represent himself. A jury acquitted him.

Cooprider is seeking $100 million in damages, but pledges in his counterclaim to donate any proceeds to the Wounded Warrior Project. Watts and two other attorneys said they are working on the case *pro bono*.

*This is a developing story and may be updated.*

Follow Autonomy News on *Instagram*, *Bluesky*, *TikTok*, and *LinkedIn*.

## gn up for Autonomy News

ker-owned reproductive rights and justice publication.

| email | **Subscribe** |

wall. Unsubscribe anytime.

## Comments

## Related

ABORTION

**Abortion Pill "Reversal" Is a Hoax. It's Also a Powerful Right-Wing Legal Strategy.**

ABORTION

**Exclusive: Plan C Doubles Down on Abortion Pill Info Amid Political Attacks**

The online abortion pill

ABORTION

**Planned Parenthood of Wisconsin to Halt Abortion Services**

Sources say the affiliate isn't scheduling abortion

ABORTION

**Planned Parenthood Confirms It Considered Allowing Some Affiliates to Drop**

Texas Man Accused of Putting Abortion Pills in Partner's Drink Claims She Made It Up| Countersues for $100 Million

Speakers at a crisis pregnancy center conference made rare admissions about the challenges of providing so-called abortion "reversal," and indicated its importance as a litigation tool.

GARNET HENDERSON and SUSAN RINKUNAS

October 15, 2025

guide has been redesigned to make it even easier to learn where to get pills, including at no cost.

SUSAN RINKUNAS

October 10, 2025

appointments after September 30 in an apparent attempt to avoid Medicaid "defunding."

GARNET HENDERSON and SUSAN RINKUNAS

September 24, 2025

## Abortion Care

The organization's CEO confirmed Autonomy News' reporting from June—but a federal appeals court ruling makes the issue moot, a spokesperson said.

GARNET HENDERSON and SUSAN RINKUNAS

September 12, 2025

# Latest

WEEKLY ROUNDUP

## Wisconsin Planned Parenthood Resumes Abortions and More: October 27 News Roundup

Plus, what you missed on Autonomy News last week.

GARNET HENDERSON and SUSAN RINKUNAS

October 27, 2025

REPRODUCTIVE JUSTICE

## The Associated Press Does Free PR for Crisis Pregnancy Centers

A recent story is a glaring example of how traditional journalistic "objectivity" is far from unbiased, and can even facilitate the spread of disinformation.

GARNET HENDERSON and SUSAN RINKUNAS

October 26, 2025

WEEKLY ROUNDUP

## Birth Control Program Gutted and Trump's Weak IVF Policy Unveiled: October 20 News Roundup

Plus, what you missed on Autonomy News last week.

GARNET HENDERSON and SUSAN RINKUNAS

October 20, 2025

ABORTION

## Abortion Pill "Reversal" Is a Hoax. It's Also a Powerful Right-Wing Legal Strategy.

Speakers at a crisis pregnancy center conference made rare admissions about the challenges of providing so-called abortion "reversal," and indicated its importance as a litigation tool.

GARNET HENDERSON and SUSAN RINKUNAS

October 15, 2025

# Autonomy News

  

Sign up    Privacy    Thanks    Tip Jar

© 2025 Autonomy News – Published with Ghost & Tripoli