UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

### Plaintiff's Unopposed Motion To Extend Deadline For Filing Reply Brief in Support of Motion to Dismiss Counterclaims

Plaintiff Liana Davis's deadline to file her reply brief in support of her motion to dismiss defendant Christopher Cooprider's counterclaims is currently set for Tuesday, November 4, 2025. Ms. Davis respectfully requests a seven-day extension, which would move her deadline to Tuesday, November 11, 2025. Ms. Davis is requesting this extension because her attorney Jonathan F. Mitchell has been traveling most of last week and all of this week and his prior obligations will make it difficult, if not impossible, to complete an adequate reply brief within the seven-day window provided by the Court's local rules. In addition, Mr. Cooprider filed a 25-page brief in opposition with over 1,800 pages of exhibits, which requires additional attorney time to review and consider.

This request is not being made for purposes of delay, but so that Ms. Davis's counsel will have adequate time to prepare a reply brief that will be helpful to this Court. We have conferred with counsel for defendant Cooprider and they are unopposed to this request. A proposed order is attached.

## CONCLUSION

The Court should extend Ms. Davis's deadline to file her reply brief in support of the motion to dismiss defendant Cooprider's counterclaims to Tuesday, November 11, 2025.

                                          Respectfully submitted.

                                         /s/ Jonathan F. Mitchell
                                         JONATHAN F. MITCHELL
                                             *Attorney-in-Charge*
                                         Texas Bar No. 24075463
                                         S.D. Tex. Bar No. 1133287
                                         Mitchell Law PLLC
                                         111 Congress Avenue, Suite 400
                                         Austin, Texas 78701
                                         (512) 686-3940 (phone)
                                         (512) 686-3941 (fax)
                                         jonathan@mitchell.law

Dated: November 4, 2025                   *Counsel for Plaintiff*

## CERTIFICATE OF CONFERENCE

    I certify that on November 4, 2025, I conferred with Mikal C. Watts, counsel for defendant Cooprider, and he is unopposed to this motion.

 /s/ Jonathan F. Mitchell  
Jonathan F. Mitchell  
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that on November 4, 2025, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

                                                            /s/ Jonathan F. Mitchell
                                                           JONATHAN F. MITCHELL
                                                           *Counsel for Plaintiff*