UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

**Plaintiff Liana Davis's First Amended Objections and Responses to First Set of Requests for Production of Documents**

**REQUEST FOR PRODUCTION NO. 1**: ALL COMMUNICATIONS between YOU and any third person, whether it be by letter, memo, document, text, email, social media or communications platform, relating to:

    (a) CHRISTOPHER COOPRIDER;
    (b) YOUR interactions with CHRISTOPHER COOPRIDER;
    (c) YOUR pregnancy(ies) between November of 2024 to the present;
    (d) YOUR acquisition of PRODUCTs to end your pregnancy(ies) between November of 2024 to the present;
    (e) The termination of YOUR pregnancy(ies) between November of 2024 to the present, whether real or suspected; and
    (f) Any reports to third parties concerning one or more of the subjects enumerated above.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests communications relating to any of her pregnancies apart from the pregnancy or pregnancies at issue in this lawsuit, as communications relating to any future pregnancies that she might have are not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested communications will be produced.

**REQUEST FOR PRODUCTION NO. 2**: ALL COMMUNICATIONS between YOU and the following individuals between November 1, 2024 and the present:

    (a) Ami Amoroso;

(b) CHRIS COOPRIDER;
(c) Devan Davis;
(d) Melisa Madrigal;
(e) Your present or past boyfriend named "Marshall";
(f) Casey Pyle;
(g) Jackie Samuelson;
(h) Kyle Yakopovich;
(i) Yvonne Yakopovich; and
(j) Anna Ziarko;

concerning YOU, YOUR pregnancy(ies), the termination thereof—whether real or suspected, and/or CHRIS COOPRIDER.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests all communications between Ms. Davis and these individuals "concerning YOU [Ms. Davis]," because a request for communications of that scope is far overbroad and is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested communications will be produced.

**REQUEST FOR PRODUCTION NO. 3**: ALL COMMUNICATIONS between YOU and the following individuals between November 1, 2024 and the present:

(a) Jana Pinson and/or any member of her staff at Pregnancy Center of Coastal Bend;
(b) Mark Lee Dickson and/or any member of his staff at:
    (1) Right to Life of East Texas, Inc.;
    (2) Right to Life Across Texas; and/or
    (3) Sanctuary Cities for the Unborn Initiative.
(c) Senator Bryan Hughes and/or any member of his legislative staff;
(d) Representative Jeff Leach and/or any member of his legislative staff;
(e) Texas Attorney General Kenneth Paxton and/or any member of his staff;
(f) Amy Snow Hilton and/or any member of her staff;
(g) Texas Governor Greg Abbott and/or any member of his staff

concerning YOU, YOUR pregnancy(ies), the termination thereof—whether real or suspected, and/or CHRIS COOPRIDER.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests all communications between Ms. Davis and these individuals "concerning YOU [Ms. Davis]," because a request for communications of that scope is far overbroad and is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested communications will be produced.

**REQUEST FOR PRODUCTION NO. 4**: ALL COMMUNICATIONS between YOU and the following individuals or entities between November 1, 2024 and the present:

    (a) Christine, Canterbury, M.D., and/or any member of her staff;
    (b) Corpus Christi Bay Area Medical Center, and/or any member of its staff;
    (c) Corpus Christi Women's Clinic, and/or any member of its staff;
    (d) CVS Pharmacy and/or any member of its staff;
    (e) Pregnancy Center of the Coastal Bend and/or any member of its staff;
    (f) Any other healthcare provider,

concerning YOU, YOUR pregnancy(ies), the termination thereof—whether real or suspected, and/or CHRIS COOPRIDER.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests all communications between Ms. Davis and these individuals "concerning YOU [Ms. Davis]," because a request for communications of that scope is far overbroad and is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested communications will be produced.

**REQUEST FOR PRODUCTION NO. 5**: ALL COMMUNICATIONS between YOU and the following individuals or entities between November 1, 2024 and the present:

    (a) Corpus Christi Police Department;
    (b) Nueces County District Attorney's Office;
    (c) Texas Attorney General's Office;
    (d) Naval Criminal Investigative Service;
    (e) Marine Judge Advocates within the United States Marine Corps;
    (f) United States Attorney's Office for the Southern District of Texas; and
    (g) United States Department of Justice;

concerning YOU, YOUR pregnancy(ies), the termination thereof—whether real or suspected, and/or CHRIS COOPRIDER.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests all communications between Ms. Davis and these individuals "concerning YOU [Ms. Davis]," because a request for communications of that scope is far overbroad and is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested communications will be produced.

**REQUEST FOR PRODUCTION NO. 6**: ALL COMMUNICATIONS between YOU and the following individuals or entities between November 1, 2024 and the present:

(a) Texas A&M Corpus Christi;
(b) Any other employer of YOURS;

concerning YOU, YOUR pregnancy(ies), the termination thereof—whether real or suspected, and/or CHRIS COOPRIDER.

**RESPONSE**: Ms. Davis does not have any responsive communications in her possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 7**: ALL CONTENT INTERACTIONS between November 1, 2024 and the present from or to you on SOCIAL MEDIA or COMMUNICATIONS applications, including, but not limited to, FACEBOOK, GOOGLE, INSTAGRAM, TWITTER, TIK-TOK, WHATSAPP, YOUTUBE and any other means of electronic communication used by YOU, concerning YOU, YOUR pregnancy(ies), the termination thereof—whether real or suspected, and/or CHRIS COOPRIDER.

**RESPONSE**: Ms. Davis does not have any responsive content interactions in her possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 8**: ALL HEALTHCARE RECORDS, MEDICAL RECORDS, INSURANCE RECORDS, and PHARMACY RECORDS between November 1, 2024 and the present concerning YOU.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests healthcare records, medical records, insurance records, and pharmacy records that have no relevance the pregnancy or pregnancies at issue in this lawsuit, as records of that sort are not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested records can be found at Davis000001–000141.

**REQUEST FOR PRODUCTION NO. 9**: ALL BLOOD TEST records between November 1, 2024 and the present concerning YOU.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests blood-test records that post-date the pregnancy or pregnancies at issue in this lawsuit, as blood-test records of that sort are not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested blood-test records will be produced.

**REQUEST FOR PRODUCTION NO. 10**: ALL examination records of any kind (whether documentary, digitally or otherwise) concerning YOU between November 1, 2024 and the present, including any ultrasounds or other examination of YOU or your unborn child(ren).

**RESPONSE**: Ms. Davis objects to this request to the extent it requests examination records that post-date the pregnancy or pregnancies at issue in this lawsuit, as examination records of that sort are not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested examination records will be produced.

**REQUEST FOR PRODUCTION NO. 11**: ALL Photographs taken by or of you and/or CHRIS COOPRIDER between November 1, 2024 and the present.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests all photographs taken "by" her between November 1, 2024 and the present, as well as photographs "of" her between November 1, 2024 and the present, as a request for photographs of that scope is far overbroad and is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). Ms. Davis does not have photographs taken "by" Mr. Cooprider in her possession, custody, and control. Ms. Davis is producing photographs "of" Mr. Cooprider in her possession, custody, and control, which can be found at Davis000141–144.

**REQUEST FOR PRODUCTION NO. 12**: ALL materials and DELETED CONTENT that was DELETED by YOU or another concerning YOU, YOUR unborn child(ren) and/or CHRIS COOPRIDER between November 1, 2024 and the present.

**RESPONSE**: Ms. Davis does not have any responsive materials or content in her possession, custody, or control.

**REQUEST FOR PRODUCTION NO. 13**: ALL audio, visual and/or digital files concerning YOU, YOUR unborn child(ren) and/or CHRIS COOPRIDER between November 1, 2024 and the present.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests all "audio, visual and/or digital files concerning YOU [Ms. Davis]," because a request for files of that scope is far overbroad and is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested audio, visual and/or digital files will be produced.

**REQUEST FOR PRODUCTION NO. 14**: ALL counseling, diagnostic, treatment, psychological, psychiatric and/or medical records concerning YOU for a period from 2015 to the present.

**RESPONSE**: Ms. Davis objects to this request to the extent it requests counseling, diagnostic, treatment, psychological, psychiatric and/or medical records going back to 2015, as a request for records of that scope is far overbroad and is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). Ms. Davis further objects to this request to the extent it requests counseling, diagnostic, treatment, psychological, psychiatric and/or medical records that have no relevance the pregnancy or pregnancies at issue in this lawsuit, as records of that sort are not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1). The other requested counseling, diagnostic, treatment, psychological, psychiatric and/or medical records will be produced.

**REQUEST FOR PRODUCTION NO. 15**: All employment records concerning YOU for a period from 2015 to the present.

**RESPONSE**: Ms. Davis objects to this request because is not "relevant to any party's claim or defense and proportional to the needs of the case." Fed. R. Civ. P. 26(b)(1).

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: January 6, 2026                    *Counsel for Plaintiff Liana Davis*

## CERTIFICATE OF SERVICE

I certify that on January 6, 2026, I served this document by e-mail upon:

Mikal C. Watts
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

Beth Klein
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

        /s/ Jonathan F. Mitchell
        Jonathan F. Mitchell
        *Counsel for Plaintiff Liana Davis*