**Michael Manzano**  5/29/25
To:

Good morning,

I just wanted to update you as I know you have been waiting to hear the outcome of your report. After a long and extensive investigation, the incident was staffed with the Nueces County District Attorneys Office. The Head elected DA reviewed the case. It was the NCDAO and CCPD's decision to not move forward with any charges. The case will be deemed UNFOUNDED as there was no crime that can be proven to have occurred. In criminal cases there must be probable cause and a case MUST be proven or able to be proven beyond a reasonable doubt. Unfortunately, after speaking with medical professionals (Medical staff, OBGYN), forensic pathologist, etc. It was deemed that the allegation could not be proven. It was also informed to us and in records that you were documented as a "unhealthy pregnancy" with very low levels. We learned that due to this information and not taking your medication as instructed the medical opinion given to us, was that you most likely may have had a natural miscarriage. There was no way to prove otherwise, and no medical professional would and will not give any other ruling to include the medical examiner's office they advised.

There were other factors as well that played a part, nevertheless the decision was made. The Attorney General's Office has not been made aware and had no bearing on the denied financial assistance you asked about. I would defiantly reach out to them as they notified you that you could.

Thanks for being patient and I hope you are in better health.

**Det. Michael Manzano #6744**
**Criminal Investigations Division**
**Corpus Christi Police Dept.**
321 John Sartain CC TX 78401
Desk: 361-886-2891

**FOR LAW ENFORCEMENT USE ONLY // NOT FOR PUBLIC RELEASE**

**\*\*Certain information provided in this e-mail may be confidential and should NOT be shared with anyone without prior consent\*\*_ be aware that any disclosure, copying, distribution, or use of the contents of this transmission without consent is prohibited**
**Reader accepts all responsibly for any misuse of the provided information**