UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 2:25-CV-00220 |
| CHRISTOPHER COOPRIDER, *et al.*, | § § § | |
| Defendants. | § § | |

### ORDER

Before the Court is Defendant's opposed motion for leave. (D.E. 30). Defendant requests leave to file his supplemental response to Plaintiff's motion to dismiss Defendant's counterclaims. *Id.* at 1. Although Defendant previously filed a timely response, (D.E. 25), Defendant cites new evidence as the basis for granting his motion for leave to supplement that response. (D.E. 30, p. 1–3). After review, the Court **GRANTS** Defendant's motion. (D.E. 30).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
January 14th, 2026