# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis | § § | |
| v. | § § | Case No.: 2:25-cv220 |
| Christopher Cooprider | § | |

## NOTICE OF VIDEO TELECONFERENCE SETTING

Parties are advised that a video teleconference has been scheduled before **United States District Court Judge David S. Morales** for the following date and time:

### March 11, 2026 at 12:00 p.m. (Central)

### Re: Pre-Motion Conference

Join ZoomGov Meeting
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

Date: March 10, 2026                    **BY ORDER OF THE COURT**

Nathan Ochsner, Clerk of Court
By : /s/ Arlene Rodriguez Clancy
Case Manager to Judge David S. Morales
Tel.: 361-888-3369