UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, et al. | * | |
| Defendants. | * | |

**NOTICE OF NON-COMPLIANCE WITH DISCOVERY ORDERS AND REQUEST FOR DISCOVERY HEARING**

COMES NOW Counter-Plaintiff Christopher Cooprider ("COOPRIDER") and files his Notice of Non-Compliance with Discovery Orders and Request for Discovery Hearing

On March 11, 2026, a Pre-Motion Conference was held in order to obtain the Response to Request for Production No. 2, communications between Plaintiff Liana Davis and certain individuals. A Minute Order set a deadline of March 25, 2026 at 3:00 pm Central Time - two weeks to provide the communications: Docket Text:

Minute Entry for proceedings held before Judge David S Morales. PRE-MOTION CONFERENCE held by video conference on 3/11/2026. The only discovery issue still in dispute is the extraction of text messages from plaintiff's phone. The Court suggests the parties agree on a third-party vendor who can pick up the phone and have it back to the plaintiff the same day. The Plaintiff's deposition is scheduled for May 28, 2026. The Court sets a deadline of March 25, no later than 3:00 pm to have the extraction completed.

1

Unfortunately, Plaintiff failed to provide any communications to COOPRIDER as of the filing of this Notice and Request for Discovery Hearing and has failed to comply with this Court's orders.

For these reasons, COOPRIDER respectfully requests a discovery hearing.

March 25, 2026                    Respectfully submitted,

                                 BETH KLEIN, PC

                                 By:    */s/ Beth A. Klein*
                                        Beth A. Klein

                                 BETH KLEIN, P.C.
                                 Colorado Bar No. 17477
                                 S.D. Tex. I.D. No. 3934133
                                 beth@bethklein.com
                                 350 Market Street, Suite 310
                                 Basalt, Colorado 81621
                                 Telephone: (303) 448-8884

                                 WATTS LAW FIRM LLP
                                 Texas State Bar No. 20981820
                                 Federal Bar ID # 12419
                                 mikal@wattsllp.com
                                 811 Barton Springs #725
                                 Austin, Texas 78704
                                 Telephone: (512) 479-0500
                                 Facsimile: (512) 479-0501
                                 ATTORNEY-IN-CHARGE

                                 ATTORNEYS FOR
                                 CHRISTOPHER COOPRIDER

## CERTIFICATE OF SERVICE

I certify that on March 25, 2026 I SERVED the foregoing via ECF on all counsel of record.

                                 */s/ Beth A. Klein*
                                 Beth A. Klein

2