**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Text messages from Cooprider and Samuelson
**Date:** March 25, 2026 at 5:16 PM
**To:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com
**Cc:** Talcott Franklin tal@tfpc.me



Counsel:

I have attached my client's text messages with Christopher Cooprider and Jackie Samuelson.

The texts with Cooprider have some issues as the emojis do not appear correctly when I generated the PDF from Microsoft. I am working to correct this and will send you a corrected copy later today or this week.

My apologies for missing the 3:00 p.m. deadline. I was under the impression that we had until 11:59 p.m. and I scheduled the deadline on my calendar immediately after the hearing. I did not notice that the subsequent text-only order had imposed a 3:00 p.m. deadline.

Please let us know if there are any issues with this document production or if you need anything further from us.


—Jonathan


----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

**Davis v. Cooprider Answers to RFPs 1st ...**

**Index of Disclosed Documents and ...**
58 KB

**Davis001291.pdf**
39.9 MB

**Davis002516.pdf**
6.9 MB