**10/31/2024 7:47 PM**
iPhone (14122957136)

I have the flashlight on on my phone so you should see a glow.

**10/31/2024 7:47 PM**

Jackie Samuelson [Neighbor] (5857299588)

We are heading home

**10/31/2024 7:48 PM (Viewed 10/31/2024 7:50 PM)**

Jackie Samuelson [Neighbor] (5857299588)

Towards Etienne now

**11/1/2024 12:07 PM**
iPhone (14122957136)

Finally heard back from Texas Rio Grande Legal Aid today (the only pro bono direct legal representation available in my area) after applying in August. The attorney who called me said that I definitely qualify for services, but that my application was rejected on the basis that they don't have any attorneys available to represent me. Apparently the ratio of applications to personnel is 13,000 to 1. I can appeal, but the appeals process would likely take just as long and I still need an attorney in the meantime (I may appeal anyway).

**11/1/2024 2:08 PM (Viewed 11/1/2024 2:10 PM)**

Jackie Samuelson [Neighbor] (5857299588)

I'd definitely appeal still... maybe someday they'll get availability!

**11/1/2024 2:10 PM**
iPhone (14122957136)

PS I didn't realize that Tucker was wearing a different costume today. Gerald and Piggy books are our favorite!

**11/1/2024 3:22 PM (Viewed 11/1/2024 3:24 PM)**

Jackie Samuelson [Neighbor] (5857299588)

Do your kids like cotton candy?

283

Davis001291

**4/6/2025 11:08 PM**
iPhone (14122957136)



**4/6/2025 11:08 PM**
iPhone (14122957136)

This is from my Department Chair who is also my Dean, so he is my boss and my boss's boss all in one. I like what he said when I told him what's going on.

9279 total messages and 456 total images.

1508

Davis002516