Conversation between iPhone (14122957136) and Chris Cooprider [Next Door] (7208408617)

[8/10/2024 3:09 PM] iPhone (14122957136): This is Liana Davis next door.
[8/13/2024 10:48 AM] iPhone (14122957136): Hey, it's Liana next door. I don't know which of your roommates it was, but could you please thank the one who gave me a ride to my children's elementary school yesterday after I accidentally locked my keys/phone/purse in my car right before pickup?
[8/13/2024 10:48 AM] iPhone (14122957136): I am so grateful he was there at the time that he was. It was just the worst thing that could have happened right before dismissal time.
[8/13/2024 3:19 PM] Chris Cooprider [Next Door] (7208408617): Ya I just talked to him about it.  He says you are more than welcome,  glad to help
[10/11/2024 7:05 PM] iPhone (14122957136): Thanks so much for bringing that brush pickup to the curb!! Super helpful.  üôè And again, thank you and Jay(?) for fixing Cali's training wheel.  üö≤
[10/11/2024 7:05 PM] Chris Cooprider [Next Door] (7208408617): Yeah you're welcome
[10/11/2024 7:06 PM] Chris Cooprider [Next Door] (7208408617): It's no problem
[10/11/2024 7:09 PM] iPhone (14122957136): My favorite part is that after you guys fixed her bike, instead of deciding to ride it again, she just played with your dog for like half an hour instead.  üòÜ
[10/11/2024 7:10 PM] Chris Cooprider [Next Door] (7208408617): Hahahh all good. She's got her priorities right
[10/11/2024 7:10 PM] iPhone (14122957136): That is 100% Cali though.
[10/11/2024 9:08 PM] iPhone (14122957136): Random q: Do you swim?
[10/11/2024 9:44 PM] Chris Cooprider [Next Door] (7208408617): Not really
[10/14/2024 6:01 PM] iPhone (14122957136): If any of you guys have a minute and are feeling generous, I have another child's bike that needs a minor adjustment. This time a chain came off.  üôÑ
[10/14/2024 6:01 PM] iPhone (14122957136): No worries if you are busy. But she would greatly appreciate it.
[10/14/2024 9:24 PM] Chris Cooprider [Next Door] (7208408617): Hey sorry I was taking a nap
[10/30/2024 5:38 PM] iPhone (14122957136): Hey, do you know how to reset an exterior garage door code keypad? I am out here struggling and have to pick up my girls from gymnastics in 20 minutes.
[10/30/2024 5:48 PM] Chris Cooprider [Next Door] (7208408617): I can try to fiddle with it
[10/30/2024 5:51 PM] iPhone (14122957136): Are you available now? I can go back outside.
[10/30/2024 5:54 PM] iPhone (14122957136): Let me know, leaving in a few minutes.
[10/30/2024 5:55 PM] Chris Cooprider [Next Door] (7208408617): Yeah I'm coming out to the front now
[10/30/2024 5:55 PM] iPhone (14122957136): On my way out!
[10/30/2024 6:08 PM] Chris Cooprider [Next Door] (7208408617): Its good to go now
[10/30/2024 6:11 PM] iPhone (14122957136): Awesome! What did you have to do?
[10/30/2024 6:12 PM] iPhone (14122957136): Also, any idea how to reset it?

Davis002516

[4/7/2025 11:51 AM] iPhone: Questioned ‚ÄúAnd why did you just idle down the street and lead me to believe you were going to get my mother? It wasted precious time while I was bleeding in my house. ‚Äù
[4/7/2025 11:51 AM] iPhone: Questioned ‚ÄúThen again I ask, what were you stirring? I was outside in the audio, and you stirred my drink which was right next to my purse. Why did you stir my drink? Or what was that?‚Äù
[4/7/2025 12:27 PM] iPhone: Getting labs done now.
[4/7/2025 3:52 PM] Chris Cooprider [Next Door] (7208408617): Under the advice of my legal counsel, i will no longer be communicating with you. My lawyer will get in touch with you and handle all communications through them
[4/8/2025 2:37 PM] iPhone (14122957136): Enjoy cleaning the toilets on those airplanes you are supposed to fly for the next few months. It‚Äôs more than you deserve.
[4/9/2025 3:33 PM] Chris Cooprider [Next Door] (7208408617): ‚ÄäRemoved ‚Äå üòÇ‚Äå from ‚Äú‚ÄäEnjoy cleaning the toilets on those airplanes you are supposed to fly for the next few months. It‚Äôs more than you deserve. ‚Äå‚Äù‚Äå
[4/9/2025 3:36 PM] iPhone (14122957136): <Attachment>
[4/9/2025 3:36 PM] iPhone (14122957136): I saw that. Too late.
[4/9/2025 7:46 PM] iPhone (14122957136): <Attachment>
[4/9/2025 7:46 PM] iPhone (14122957136): I have been advised not to communicate with you as well. Passing this along, and then that‚Äôs it unless communicating becomes somehow necessary.
[5/30/2025 7:52 AM] Chris Cooprider [Next Door] (7208408617): Morning crazy lady,
Letting you know that as of yesterday afternoon, I requested both of my police reports against you be place on Inactive. At this time, I am not interested in going down that route or pursuing charges against you. I am also not interested in filing new police reports against you for Filing false evidence, Suborning perjury, or the multiple perjuries you've already committed. At this time, I do not want anything to do with any of that. I want to be left alone. You leave me alone and I will leave you alone. Have a good day.

13978 total messages.

Davis003100