**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: Davis v. Cooprider Discovery Dispute/Court Order for Production DEADLINE 3:00 PM TODAY
**Date:** March 27, 2026 at 12:58 PM
**To:** Beth Klein beth@bethklein.com
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Talcott Franklin tal@tfpc.me



Beth:

All text messages between Davis and Cooprider with embedded images are attached and bates stamped.

—Jonathan

| 📄 **Davis003158.pdf** 55.7 MB | 📄 **Index of Disclosed Documents and ...** |
|---|---|

On Mar 27, 2026, at 6:49 AM, Beth Klein <beth@bethklein.com> wrote:

Jonathan,

Thank you for your follow up.  We must receive copies of all the texts with the imbedded images.  All the screen shots, photos, and videos have been stripped from the texts, and what we received is a very sanitized spreadsheet.   Ms. Davis  is familiar with Decipher which will provide texts with images as we discussed please see Davis001297.  She was required to use this program in her divorce proceedings.  https://deciphertools.com/decipher-textmessage.html   The Court just ordered a deadline of 3:00 pm today for your client to comply.

Below is a screenshot of a text between Kyle Yakopovich to Ms. Davis.  We want all the texts between Ms. Davis and the Yakobovich's.

<image004.png>

You asked me about Request for Production No. 19(d), First Set.  All responsive documents in the possession, custody or control of my client have been produced.

**Beth Klein**
303-448-8884
beth@bethklein.com
Website  Documentary
350 Market Street, Suite 310 Basalt CO  81621
<image001.png>

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Thursday, March 26, 2026 9:25 PM
**To:** Beth Klein <beth@bethklein.com>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
**Subject:** Re: Yakopovich Conversations - these have our bate stamp number, date and time.

Beth:

Thank you for your call earlier today. I have discussed the issues that you raised with Ms. Davis.

(1) Ms. Davis does not have any responsive communications with her sister, Ami Amoroso, and you have not shown or told us anything that would indicate otherwise.

(2) Ms. Davis has never communicated directly with Kyle Yakopovich. The communications that you sent me earlier today are screenshots from Yvonne Yakopovich that her husband had texted HER and that she passed along to Ms. Davis.

(3) Ms. Davis does not have that conversation with Yvonne Yakopovich in her possession, custody, or control. This is a friend who lives halfway across the country and whom she has not seen in at least 13 years.

We have therefore produced all responsive documents in Ms. Davis's possession, custody, or control. If you disagree with that assessment, please let me know right away.

—Jonathan

On Mar 26, 2026, at 9:53 AM, Beth Klein <beth@bethklein.com> wrote:

| 588 | Received | Apr 1, 2025 8:37:30 PM | Liana Davis (+14122957136) | Liana Davis | Also, I was talking to my friend (also a PhD- super smart girl) whose husband is a C130 pilot in the Marine Corps |
| 589 | Sent | Apr 1, 2025 8:38:09 PM | Liana Davis (+14122957136) | | Lovely... |
| 589 | Received | Apr 1, 2025 8:38:24 PM | Liana Davis (+14122957136) | Liana Davis | ? What's wrong with that? |
| 589 | Received | Apr 1, 2025 8:38:48 PM | Liana Davis (+14122957136) | Liana Davis | This is the friend who sent me a dozen cupcakes from Smallcakes when I got promoted. Anywho.. |
| 589 | Received | Apr 1, 2025 8:39:20 PM | Liana Davis (+14122957136) | Liana Davis | Do you have Tricare? |
| 589 | Received | Apr 1, 2025 8:39:39 PM | Liana Davis (+14122957136) | Liana Davis | She told me that the baby should go on your health insurance. I have good insurance, but Tricare benefits beat most. |
| 589 | Received | Apr 1, 2025 8:39:57 PM | Liana Davis (+14122957136) | Liana Davis | So that's another thing you will need to be cooperative about when the time comes, and promptly. |
| 770 | Received | Apr 7, 2025 9:43:30 AM | Liana Davis (+14122957136) | +14122957136 | Kyle Yakopovich - Text |
| 771 | Received | Apr 7, 2025 9:43:30 AM | Liana Davis (+14122957136) | Liana Davis | My Marine friend with 17 years experience says what you did is premeditated murder and a felony under the UCMJ. |

**Beth Klein**
303-448-8884
beth@bethklein.com
Website  Documentary
350 Market Street, Suite 310 Basalt CO  81621
<image001.png>

---------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

---------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**