**Messages exported from: iPhone (14122957136)**
**With: Chris Cooprider [Next Door] (7208408617)**
11/1/2024 12:00 AM to 3/27/2026 11:59 PM
PDF generated on 3/27/2026 using Decipher TextMessage

**11/25/2024 12:25 PM**
iPhone (14122957136)

> Hi Chris, not sure if you're around since it's Thanksgiving week, but one of my daughters just got a new bike for her bday that needs to be assembled. Is this something you would be able to do? I'd be glad to pay you.

**11/25/2024 12:25 PM (Viewed 11/25/2024 12:26 PM)**
Chris Cooprider [Next Door] (7208408617)

> I could probably figure it out tomorrow afternoon 👍

**11/25/2024 12:26 PM**
Chris Cooprider [Next Door] (7208408617)

> Don't worry about paying me for anything haha we're neighbors we're good

**11/25/2024 12:28 PM**
iPhone (14122957136)

> Oh my gosh, thank you so much. I greatly appreciate it. Dad is refusing to assemble the bike even though he always assembled the children's bikes in the past. It's just plain sad that he won't do this for their sake.

**11/25/2024 12:29 PM**
Chris Cooprider [Next Door] (7208408617)

> Sorry. Ya i could give it a try

**11/25/2024 12:29 PM**
iPhone (14122957136)

> What time tomorrow afternoon? I will be out of the house until about 3pm.

**11/25/2024 12:30 PM**
Chris Cooprider [Next Door] (7208408617)

> Ya send me a text whenever you get back in the afternoon and are ready for me

Davis003158

**4/9/2025 7:46 PM**
iPhone (14122957136)



**4/9/2025 7:46 PM**
iPhone (14122957136)

> I have been advised not to communicate with you as well. Passing this along, and then that's it unless communicating becomes somehow necessary.

**5/30/2025 7:52 AM (Viewed 5/30/2025 11:51 AM)**
Chris Cooprider [Next Door] (7208408617)

> Morning crazy lady,
> Letting you know that as of yesterday afternoon, I requested both of my police reports against you be place on Inactive. At this time, I am not interested in going down that route or pursuing charges against you. I am also not interested in filing new police reports against you for Filing false evidence, Suborning perjury, or the multiple perjuries you've already committed. At this time, I do not want anything to do with any

2046

**Davis005203**

of that. I want to be left alone. You leave me alone and I will leave you alone. Have a good day.

13945 total messages and 473 total images.

Davis005204