**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: text messages with Yvonne Yakopovich
**Date:** March 29, 2026 at 4:39 PM
**To:** Beth Klein beth@bethklein.com
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Talcott Franklin tal@tfpc.me



Counsel:

Ms. Davis's text messages with Yvonne Yakopovich are attached.

—Jonathan

**Davis005205.pdf**

**Index of Disclosed Documents and ...**

> On Mar 29, 2026, at 4:14 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> Counsel:
>
> I spoke with Ms. Davis this afternoon and she has discovered that the Decipher app can restore her deleted text messages with Yvonne Yakopovich. I am bates-stamping and indexing them now and will produce them to you in the next few hours.
>
> —Jonathan
>
> ----------------------------
> Jonathan F. Mitchell
> Mitchell Law PLLC
> 111 Congress Avenue, Suite 400
> Austin, Texas 78701
> (512) 686-3940 (phone)
> (512) 686-3941 (fax)
> jonathan@mitchell.law
> papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842
>
> **CONFIDENTIALITY NOTICE**:
> This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**