**Messages exported from: iPhone (14122957136)**
**With: Yvonne (7248587419)**
4/1/2025 12:00 AM to 4/1/2025 2:46 PM
PDF generated on 3/29/2026 using Decipher TextMessage

**4/1/2025 11:36 AM (Read 4/1/2025 11:54 AM)**
iPhone (14122957136)



**4/1/2025 11:36 AM (Read 4/1/2025 11:54 AM)**
iPhone (14122957136)

On my way to Baltimore for a conference. Here was a pic from baby's first flight! ✈️     Seems momentous since dad is a pilot lol 👮

**4/1/2025 11:54 AM (Viewed 4/1/2025 11:55 AM)**
Yvonne (7248587419)

Baltimore!!!! That's only 2 hours on the Beltway away from me haha

**4/1/2025 11:55 AM**
Yvonne (7248587419)

Navy or Marine Corps? Or is he a civilian?

**4/1/2025 11:56 AM (Read 4/1/2025 11:56 AM)**
iPhone (14122957136)

Haha come visit me in my hotel! I won't have a vehicle.

1

Davis005205

**4/7/2025 8:59 PM**

Yvonne (7248587419)

😁 to "Best thing you have said all day. My still pregnant bladder can't handle this."

**4/7/2025 9:01 PM (Read 4/7/2025 9:01 PM)**
iPhone (14122957136)

Can I call you? Or is that not possible right now.

**4/7/2025 9:02 PM**

Yvonne (7248587419)

Sure. I have a few minutes

**4/7/2025 10:18 PM (Viewed 4/7/2025 10:19 PM)**

Yvonne (7248587419)

Don't mind my muffle

Just wanted to send you the above unsent message from right before you called me because I thought it was funny

**4/7/2025 10:19 PM (Read 4/7/2025 10:22 PM)**
iPhone (14122957136)

Haha

400 total messages and 29 total images.

Davis005289