**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** motion to compel
**Date:** March 29, 2026 at 11:20 PM
**To:** Beth Klein beth@bethklein.com
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Talcott Franklin tal@tfpc.me



Counsel:

We have now produced all of Ms. Davis's text messages with Mr. Cooprider in the exact format that you requested.

We have also recovered Ms. Davis's previously deleted text messages with Yvonne Yakopovich and produced all responsive text messages between Ms. Davis and Ms. Yakopovich.

This moots your motion to compel, as Ms. Davis has produced everything that you have asked her to produce. We should file a joint notice informing the Court that Ms. Davis has produced the text messages that you have requested and in the format that you have requested, and that there is nothing further for the Court to "compel" from Ms. Davis.

We should file this joint notice before the 3:00 p.m. central time deadline for Ms. Davis's response to your motion to compel.

If you are unwilling to file a joint notice to this effect, then please us exactly what documents Ms. Davis has "fail[ed] to produce" within the meaning of FRCP 37(a)(3)(B)(iv).

Please respond to this e-mail before noon central time.


—Jonathan


----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**