**From:** **Beth Klein** beth@bethklein.com
**Subject:** Re: text messages with Yvonne Yakopovich
**Date:** March 30, 2026 at 6:07 AM
**To:** Jonathan Mitchell jonathan@mitchell.law
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Talcott Franklin tal@tfpc.me

I conferred with Mikal and we agree that we need to proceed.


Beth Klein
Mobile response

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Monday, March 30, 2026 3:11:53 AM
**To:** Beth Klein <beth@bethklein.com>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
**Subject:** Re: text messages with Yvonne Yakopovich


Counsel:

I'm sorry, I think I sent you the wrong document in yesterday's e-mail of 6:39 p.m. The attached document has Ms. Davis's text messages with Yvonne Yakopovich.


—Jonathan


> On Mar 29, 2026, at 4:39 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> Counsel:
>
> Ms. Davis's text messages with Yvonne Yakopovich are attached.
>
>
> —Jonathan

Click to Download
Davis005205.pdf
55.7 MB


Click to Download

~~Click to Download~~
Index of Disclosed Documents and Privilege Log.pdf
58 KB

On Mar 29, 2026, at 4:14 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:


Counsel:

I spoke with Ms. Davis this afternoon and she has discovered that the Decipher app can restore her deleted text messages with Yvonne Yakopovich. I am bates-stamping and indexing them now and will produce them to you in the next few hours.


—Jonathan


----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–**

## CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT

----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged.
This information is intended only for the use of the individual or entity to
whom it was sent as indicated above. If you are not the intended recipient,
any disclosure, copying, distribution, or action taken in reliance on the
contents of the information contained in this electronic mail message is
strictly prohibited. If you have received this message in error, please delete
it immediately, and call (512) 686-3940 to let me know that you received
it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–
CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information
is intended only for the use of the individual or entity to whom it was sent as indicated above.
If you are not the intended recipient, any disclosure, copying, distribution, or action
taken in reliance on the contents of the information contained in this electronic mail message is

taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**