**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: text messages with Yvonne Yakopovich
**Date:** March 30, 2026 at 8:15 AM
**To:** Beth Klein beth@bethklein.com
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Talcott Franklin tal@tfpc.me



Counsel:

The question that I asked in my e-mail of 1:20 a.m. this morning was: "If you are unwilling to file a joint notice to this effect, then please us exactly what documents Ms. Davis has 'fail[ed] to produce' within the meaning of FRCP 37(a)(3)(B)(iv)."

You have not answered that question because Ms. Davis has produced everything that you have asked for. She has also produced the requested text messages in the format that you have asked for. You cannot pursue a "motion to compel" when you are not requesting any discovery that my client has failed to produce.

Your motion to compel is moot, and your insistence on dragging my client into an in-person court hearing after she has produced the requested discovery is vexatious and unreasonable.

—Jonathan

> On Mar 30, 2026, at 6:07 AM, Beth Klein <beth@bethklein.com> wrote:
>
> I conferred with Mikal and we agree that we need to proceed.
>
> Beth Klein
> Mobile response
>
> ---
>
> **From:** Jonathan Mitchell <jonathan@mitchell.law>
> **Sent:** Monday, March 30, 2026 3:11:53 AM
> **To:** Beth Klein <beth@bethklein.com>
> **Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
> **Subject:** Re: text messages with Yvonne Yakopovich
>
> Counsel:
>
> I'm sorry, I think I sent you the wrong document in yesterday's e-mail of 6:39 p.m. The attached document has Ms. Davis's text messages with Yvonne Yakopovich.
>
> —Jonathan

On Mar 29, 2026, at 4:39 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:

Counsel:

Ms. Davis's text messages with Yvonne Yakopovich are attached.

—Jonathan

Click to Download
Davis005205.pdf
55.7 MB

Click to Download
Index of Disclosed Documents and Privilege Log.pdf
58 KB

On Mar 29, 2026, at 4:14 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:

Counsel:

I spoke with Ms. Davis this afternoon and she has discovered that the Decipher app can restore her deleted text messages with Yvonne Yakopovich. I am bates-stamping and indexing them now and will produce them to you in the next few hours.

—Jonathan

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400

111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me

know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

\----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

\----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**