**From:** **Beth Klein** beth@bethklein.com 📎
**Subject:** RE: text messages with Yvonne Yakopovich
**Date:** March 30, 2026 at 8:39 AM
**To:** Jonathan Mitchell jonathan@mitchell.law
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Talcott Franklin tal@tfpc.me

The document production even now is incomplete.  There is no use emailing me further, this is a matter for the Court to decide.

Lete me know if you object to my appearing remotely.   I am leaving in a bit to take my husband to surgery, and I'd like to let the Court have time to decide the motion.

**Beth Klein**
303-448-8884
beth@bethklein.com
Website  Documentary
350 Market Street, Suite 310 Basalt CO  81621



**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Monday, March 30, 2026 9:34 AM
**To:** Beth Klein <beth@bethklein.com>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
**Subject:** Re: text messages with Yvonne Yakopovich

We produced the text messages with Cooprider and Samuelson before you filed your motion to compel.

You did not ask for any particular format with respect to the text messages with Cooprider, and you had no basis for filing a motion to compel over the fact that we gave them to you in text-only format.

On Mar 30, 2026, at 8:23 AM, Beth Klein <beth@bethklein.com> wrote:

No,  we will not agree to a joint notice.

We are reviewing the materials that you provided at 1:20 am on March 30,

2026, five days after the Court ordered deadline.  We are identifying missing evidence and incomplete discovery responses.

Please see Rule 37:

(5) *Payment of Expenses; Protective Orders.*

(A) *If the Motion Is Granted (or Disclosure or Discovery Is Provided After Filing).* If the motion is granted—or if the disclosure or requested discovery is provided after the motion was filed—the court must, after giving an opportunity to be heard, require the party or deponent whose conduct necessitated the motion, the party or attorney advising that conduct, or both to pay the movant's reasonable expenses incurred in making the motion, including attorney's fees


**Beth Klein**
303-448-8884
beth@bethklein.com
Website  Documentary
350 Market Street, Suite 310 Basalt CO  81621
<image001.png>


---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Monday, March 30, 2026 9:16 AM
**To:** Beth Klein <beth@bethklein.com>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
**Subject:** Re: text messages with Yvonne Yakopovich


Counsel:

The question that I asked in my e-mail of 1:20 a.m. this morning was: "If you are unwilling to file a joint notice to this effect, then please us exactly what documents Ms. Davis has 'fail[ed] to produce' within the meaning of FRCP 37(a)(3)(B)(iv)."

You have not answered that question because Ms. Davis has produced everything that you have asked for. She has also produced the requested text messages in the format that you have asked for. You cannot pursue a "motion to compel" when you are not requesting any discovery that my client has failed to produce.

Your motion to compel is moot, and your insistence on dragging my client into an in-person court hearing after she has produced the requested discovery is vexatious and unreasonable.

—Jonathan

> On Mar 30, 2026, at 6:07 AM, Beth Klein <beth@bethklein.com> wrote:
>
> I conferred with Mikal and we agree that we need to proceed.
>
> Beth Klein
> Mobile response
>
> ---
>
> **From:** Jonathan Mitchell <jonathan@mitchell.law>
> **Sent:** Monday, March 30, 2026 3:11:53 AM
> **To:** Beth Klein <beth@bethklein.com>
> **Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
> **Subject:** Re: text messages with Yvonne Yakopovich
>
> Counsel:
>
> I'm sorry, I think I sent you the wrong document in yesterday's e-mail of 6:39 p.m. The attached document has Ms. Davis's text messages with Yvonne Yakopovich.
>
> —Jonathan
>
>> On Mar 29, 2026, at 4:39 PM, Jonathan Mitchell

<jonathan@mitchell.law> wrote:

Counsel:

Ms. Davis's text messages with Yvonne Yakopovich are attached.

—Jonathan

Click to Download

Davis005205.pdf
55.7 MB

Click to Download

Index of Disclosed Documents and Privilege Log.pdf
58 KB

On Mar 29, 2026, at 4:14   PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:

Counsel:

I spoke with Ms. Davis this afternoon and she has discovered that the Decipher app can restore her deleted text messages with Yvonne Yakopovich. I am bates-stamping and indexing them now and will produce them to you in the next few hours.

—Jonathan

----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and
legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

------------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701

Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cf
m?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments
are confidential and legally privileged.
This information is intended only for the
use of the individual or entity to whom it
was sent as indicated above. If you are not the
intended recipient, any disclosure, copying,
distribution, or action taken in reliance on the
contents of the information contained in
this electronic mail message is
strictly prohibited. If you have received
this message in error, please delete
it immediately, and call (512) 686-3940 to let
me know that you received it. Thank you.

**PRIVILEGED AND
CONFIDENTIAL — ATTORNEY–
CLIENT COMMUNICATION /
ATTORNEY WORK PRODUCT**

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and
legally privileged. This information is intended only for the
use of the individual or entity to whom it was sent as indicated

use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

------------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

------------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)

jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged.
This information is intended only for the use of the individual or entity to whom it
was sent as indicated above. If you are not the intended recipient, any
disclosure, copying, distribution, or action taken in reliance on the contents of
the information contained in this electronic mail message is strictly prohibited. If you
have received this message in error, please delete it immediately, and call (512) 686-
3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION /
ATTORNEY WORK PRODUCT**