# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | |
|---|---|
| **Liana Davis** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:25-cv-220 |
| ) | |
| ) | |
| **Christopher Cooprider; Aid Access GmbH; Rebecca Gomperts** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Briana Pearson, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on March 31, 2026, at 2:28 pm. I delivered these documents to Verizon Wireless in Dallas County, TX on April 1, 2026 at 12:21 pm at 1999 Bryan St, Ste 900, Dallas, TX 75201-3140 by leaving the following documents with Alaster Johnson who as Intake Specialist at CT Corporation System is authorized by appointment or by law to receive service of process for Verizon Wireless.

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Race: Black or African American, Sex: Male, Est. Age: 35-44, Hair: no, Glasses: N, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=32.7849689954,-96.7968723728
Photograph: See Exhibit 1

Total Cost: $225.00

My name is Briana Pearson, I am 18 years of age or older, and my address is 350 N Saint Paul, Dallas, TX 75201, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF

/s/ *Briana Pearson*

Executed in

  Dallas County                  ,

  TX    on   4/1/2026      .

Briana Pearson
+1 (469) 986-5925
Certification Number: PSC-13628
Expiration Date: 2/28/2028



Exhibit 1a)