# ZUSTELLUNGSZEUGNIS
CERTIFICATE
*ATTESTATION*

**Die unterzeichnete Behörde beehrt sich, nach Artikel 6 des Übereinkommens zu bescheinigen,**
The undersigned authority has the honour to certify, in conformity with Article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

☒ **1. dass der Antrag erledigt worden ist***
that the document has been served*
*que la demande a été exécutée**

| | |
|---|---|
| **– am (Datum):** the (date) / *le (date)* : | 09.03.2026 |
| **– in (Ort, Straße, Nummer):** at (place, street, number) / *à (localité, rue, numéro)* : | 1120 Wien, Theresienbadgasse 4/3 |

**– in einer der folgenden Formen nach Artikel 5:**
in one of the following methods authorised by Article 5:
*dans une des formes suivantes prévues à l'article 5 :*

| | | |
|---|---|---|
| ☒ | *a)* | **in einer der gesetzlichen Formen (Artikel 5 Absatz 1 Buchstabe *a)* *)** in accordance with the provisions of sub-paragraph *a)* of the first paragraph of Article 5 of the Convention* *selon les formes légales (article 5, alinéa premier, lettre a)** |
| ☐ | *b)* | **in der folgenden besonderen Form*:** in accordance with the following particular method*: *selon la forme particulière suivante** : —— |
| ☐ | *c)* | **durch einfache Übergabe*** by delivery to the addressee, if he accepts it voluntarily* *par remise simple** |

**Die in dem Antrag erwähnten Schriftstücke sind übergeben worden an:**
The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à :*

| | |
|---|---|
| **Name und Stellung der Person:** Identity and description of person : *Identité et qualité de la personne :* | Dr. Lucia Rieder |
| **Verwandtschafts-, Arbeits- oder sonstiges Verhältnis zum Zustellungsempfänger:** Relationship to the addressee (family, business or other): *Liens de parenté, de subordination ou autres, avec le destinataire de l'acte :* | Vermieter |

☐ **2. dass der Antrag aus folgenden Gründen nicht erledigt werden konnte*:**
that the document has not been served, by reason of the following facts*:
*que la demande n'a pas été exécutée, en raison des faits suivants** :

——

☐ **Nach Artikel 12 Absatz 2 des Übereinkommens wird die ersuchende Stelle gebeten, die Auslagen, die in der beiliegenden Aufstellung im einzelnen angegeben sind, zu zahlen oder zu erstatten*.**
In conformity with the second paragraph of Article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint**.

***Anlagen***
Annexes / *Annexes*

| | |
|---|---|
| **Zurückgesandte Schriftstücke:** Documents returned: *Pièces renvoyées :* | —— |
| **Gegebenenfalls Erledigungsstücke:** In appropriate cases, documents establishing the service: *Le cas échéant, les documents justificatifs de l'exécution :* | —— |

* Wenn zutreffend
if appropriate / *s'il y a lieu*

| | |
|---|---|
| **Ausgefertigt in** Wien Done at / *Fait à* **am** ~~18~~ 17.03.2026 the / *le* | **Unterschrift und/oder Stempel** Signature and/or stamp / *Signature et / ou cachet* Mag. Susanne Marosits-Pointner, Richterin [signature] |

BEZIRKSGERICHT MEIDLING [stamp]

Gerichtsabteilung: 008 BG Meidling (081) **8 Hc 3/26 d** /5

Einbringungsdatum: 13.11.2025 Status: offen zugewiesen: Richter
Streitgegenstand: Ausländisches Rechtshilfeersuchen (Fallcode: 32)

1. Ersuchende Behörde: **ABC Legal Services**

Aktenzeichen: Fall 2:25-cv-00220 - BMJ: 2025-0.890.593
Rechtssache: Liana Davis gg. 1. Christopher Cooprider u.a.
Auftrag: Zustellung an Rebecca GOMPERTS

10.03.2026 BER Bericht - ON 5

Entscheidung von MIKU1

**HINSICHTLICH:** 1. SO Rebecca Judith Gomperts
Rayon: Typ A

1. Vollzugsort/Termin:
Theresienbadgasse 4/3, 1120 Wien
am 09.03.2026 um 10:37 Uhr
Anwesend für den Verfahrensbeteiligten: Dr. Lucia Rieder

1. Amtshandlung: Zustellung
Vollzugsergebnis: vollzogen

Gebühren

| Vergütung | automatisch | händisch |
|---|---|---|
| Fahrtkosten | 1,21 EUR | 0,00 EUR |
| Vergütungen auszubezahlen | 2,00 EUR | 0,00 EUR |
| Vergütungen einbehalten | 0,00 EUR | 0,00 EUR |
| Gesamt | 3,21 EUR | 0,00 EUR |

Bericht, entschieden

MIKU1

Behörde **BEZIRKSGERICHT MEIDLING**
1120 Wien, Schönbrunner Str. 222 228
Stiege 3, 5. Obergeschoß, Tel.: 01/815 80 22-27

## Zustellschein

Anzahl der Schriftstücke ....................

8 Hc 3/26d
Geschäftszahl

Frau/Herr/Firma
Rebecca Judith GOMPERTS
geb. 28.7.1966
Theresienbadgasse 4/3
1120 WIEN

**Zustellversuch** am ....................

1. **Verständigung** über die Hinterlegung
   - ☐ in das Hausbrieffach
   - ☐ in den Briefkasten } eingelegt
   - ☐ in den Briefeinwurf
   - ☐ an der Abgabestelle zurückgelassen
   - ☐ an der Eingangstür angebracht
2. **Annahmeverweigerung** durch ☐ Empfänger ☐ Ersatzempf. ☐ ....................
   - ☐ Sendung an der Abgabestelle zurückgelassen
   - ☐ Hinterlegung mündlich angekündigt
3. **Hinterlegung**
   - ☐ beim Gemeindeamt ....................
   - ☐ bei ....................

Beginn der Abholfrist ....................

....................
Zusteller

| Übernahmsbestätigung | |
|---|---|
| Datum 9.3.26 | ☐ Empfänger<br>☐ Bevollmächtigter für SSb-Briefe bei Zustellungen durch Organe der Gemeinde<br>☐ Mitbewohner der Abgabestelle<br>☐ Arbeitgeber } des Empfängers<br>☐ Arbeitnehmer } des Empfängers<br>☒ Vermieter |
| Unterschrift [signature] | |

Dr Lucia Riedler

....................
Gemeindeamt

**Formular 6 zu § 22 des Zustellgesetzes (GeoForm 32)**

Erl. 19.732/33 - I 8/94

## CERTIFICATE

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,

1) that the document has been served*

- the (date) **3/9/2026**

- at (place, street, number) **1120 Wien [Vienna}, Theresienbadgasse 4/3**

- in one of the following methods authorized by Article 5:

Xa) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

b) in accordance with the following particular method* :

c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:

- (identity and description of person) **Dr. Lucia Rieder**

- relationship to the addressee (family, business or other) **Landlord**

2) that the document has not been served, by reason of the following facts* :

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes:

Documents returned:

In appropriate cases, documents establishing the service:

Done at : Vienna

the March 17~~18,~~ 2026

Signature and/or stamp

//round seal//

Local authority **DISTRICT COURT OF MEIDLING**
1120 Vienna, Schönbrunner Str. 222 228
Stairway 3, 5th floor, Tel. 01/815 80 22-27

8 Hc 3/26d
_____________________________________________
Reference number
_____________________________________________

**Delivery Receipt**

Number of documents ________________

Mrs./Ms./Mr./company

Rebecca Judith GOMPERTS
DOB July 29, 1966
Theresienbadgasse 4/3
1120 Vienna

**Delivery attempt** on ___________________________

1. **Notification** of the deposit
   [ ] in the home mailbox
   [ ] in the letterbox } deposited
   [ ] in the mail slot
   [ ] left behind at the delivery point
   [ ] affixed to the front door
2. **Refusal of Acceptance**
   by [ ] addressee [ ] substitute addressee [ ] ___________
   [ ] Delivery left behind at the delivery point
   [ ] Deposit announced verbally
3. **Deposit**
   [ ] at the local authority of ___________________
   [ ] at __________________________________
   Start of pickup deadline ____________________

[signature]
____________________________________
Delivery agent

**Form 6 pertaining to Section 22, Service of Process Act (GeoForm 32)**

Version 19.732/33 – I 8/94

| **Acceptance Confirmation** | |
|---|---|
| Date March 9, 2026 | [ ] Addressee<br>[ ] Authorized representative for SSb letters for service of process through municipal bodies<br>[ ] Housemates of the delivery point<br>[ ] Employer } of the addressee<br>[ ] Employee } of the addressee<br>[x] Landlord |
| Signature<br>[signature] | |

Dr. Lucia Zieder [handwritten]

____________________________________
Local Authority