UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-00220 |

## DECLARATION OF LIANA DAVIS

1. My name is Liana Davis. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I am the plaintiff in this litigation, and I submit this declaration in support of the plaintiff's status report of April 9, 2026.

4. I have produced all of the text messages between myself and Christopher Cooprider that are in my possession, custody, or control, with the exception of approximately nine irrelevant photographs that my attorney redacted before production.

5. I have produced all of the text messages between myself and Jackie Samuelson that are in my possession, custody, or control.

6. I have produced all responsive text messages between myself and Yvonne Yakopovich that are in my possession, custody, or control. The only text messages that I exchanged with Ms. Yakopovich that discuss Mr. Cooprider or my pregnancies took place between April 1, 2025, and April 7, 2025. The remaining text messages that I exchanged with Ms. Yakopovich are non-responsive and non-discoverable.

7.  I have produced all other responsive communications requested by Mr. Cooprider's attorneys in Request for Production No. 2.

8.  I have never destroyed or spoliated evidence on Christopher Cooprider's phone.

9.  I have never "blackmailed" Mr. Cooprider by threatening to post intimate audio recordings of him on Facebook.

10. I did not send to Mr. Cooprider the message that appears on page 3 of the status report that Mr. Cooprider's attorneys filed on April 7, 2026.

11. I did not "destroy" my text messages with Yvonne Yakopovich, because all of those previously deleted texts have been recovered with Decipher. Nothing has been "destroyed." I have every text message that I have ever exchanged with Ms. Yakopovich in my possession, custody, and control.

12. I have produced all text messages that I exchanged with Ms. Yakopovich between April 1, 2025, and April 7, 2025, and those are the only responsive and relevant text messages that I have ever exchanged with Ms. Yakopovich.

13. Mr. Cooprider's attorneys claim that I was "offended" when they pointed out an alleged "discrepancy" in the production of my text messages with Ms. Yako-povich. I have never communicated with Mr. Cooprider's attorneys, and their claim that I was "offended" is false and fabricated. I was not "offended" by their reaction to my document production, and I never expressed sentiments of offense to them or to anyone else.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Signed by:

*Liana Davis*

330405A4516E41A...

Dated: April 9, 2026                                    LIANA DAVIS