**From:** **Jonathan Mitchell** jonathan@mitchell.law 📎
**Subject:** Re: Davis v. Cooprider, No. 2:25-cv-00220 (S.D. Tex.)
**Date:** March 30, 2026 at 3:31 PM
**To:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, bmoscowitz bmoscowitz@thompsoncoe.com
**Cc:** Talcott Franklin tal@tfpc.me

Counsel:

As you have seen in tge response that I filed earlier today, our position is that Ms. Davis has fully produced the text messages that you have requested and that your motion to compel is therefore moot.

If you disagree with that, please tell us immediately what Ms. Davis has failed to produce in response to your discovery requests.

—Jonathan

> On Mar 30, 2026, at 2:41 PM, Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov> wrote:
>
> Mr. Mitchell,
>
> The Court will reset the motion hearing for **April 14, 2026, at 10:00 a.m.** The Court encourages the parties to continue to engage to resolve this dispute. The parties must notify the Court no later than **April 13, 2026, at 10:00 a.m.**, of their respective positions regarding any outstanding productions.
>
> Thank you,
>
>
>
> Arlene Rodriguez Clancy
> Case Manager to United States District Judge David S. Morales
> United States Courthouse
> 1133 N. Shoreline Blvd.
> Corpus Christi, TX 78401
> Tel: (361) 888-3142
> DD: (361) 888-3369
>
> ---
>
> **From:** Jonathan Mitchell <jonathan@mitchell.law>
> **Sent:** Monday, March 30, 2026 4:30 PM
> **To:** Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov>
> **Subject:** Davis v. Cooprider, No. 2:25-cv-00220 (S.D. Tex.)
>
> **CAUTION - EXTERNAL:**

Dear Ms. Rodriguez:

I live on the west coast and will need to fly to Corpus Christi early tomorrow morning for the hearing scheduled for April 1, 2026. If Judge Morales intends or is willing to move the hearing date, would it be possible to let us know by the end of today?

Thank you for considering this.


—Jonathan



-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.


---------------------------
Jonathan F. Mitchell
Mitchell Law PLLC

111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**