From: **Beth Klein** beth@bethklein.com 📎
Subject: RE: Davis v. Cooprider, No. 2:25-cv-00220 (S.D. Tex.)
Date: April 2, 2026 at 6:36 AM
To: Jonathan Mitchell jonathan@mitchell.law, Mikal Watts mikal@wattsllp.com, bmoscowitz bmoscowitz@thompsoncoe.com
Cc: Talcott Franklin tal@tfpc.me

Jonathan,

I advised you on several occasions that my schedule and personal responsibilities are intense at this time.  Telling the Court that we are "refusing" to cooperate 72 hours after your production is inaccurate.  We are currently reviewing the 3000 plus text messages and other evidence that you finally provided at 3:12 am Monday morning.

We will be able to discuss the issues with respect to RFP 2 on Monday, April 6.  This gives the Defense five business days -- a reasonable time to review and respond.  Plaintiff will then have seven business days before the hearing to act.  Your client had six months to provide this evidence.  She responded only after the Court ordered her to do so.    It is our position that Davis is not reliable to provide responses to discovery. She deleted incriminating evidence in her divorce case and this one.

The texts between Yvonne and Davis are obviously mid-conversation.   There is a malicious prosecution claim against Ms. Davis.  Please produce all responsive texts.

Please be prepared to discuss the following on the 6th:

1.      Why the audio recordings taken by Ms. Davis on April 5 are not unbroken and continuous.
2.      Your client's proposal for the protective order for the blacked-out photos?  I offered an attorney's eyes-only agreement on March 26.

Thank you.


**Beth Klein**
303-448-8884
beth@bethklein.com
Documentary  Website
350 Market Street, Suite 310 Basalt CO  81621



_____

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Wednesday, April 1, 2026 11:40 PM

**To:** Beth Klein <beth@bethklein.com>; Mikal Watts <mikal@wattsllp.com>; bmoscowitz <bmoscowitz@thompsoncoe.com>
**Cc:** Talcott Franklin <tal@tfpc.me>
**Subject:** Re: Davis v. Cooprider, No. 2:25-cv-00220 (S.D. Tex.)

Counsel:

I'm following up on our e-mail of March 30, which you have not responded to. The Court instructed us to "continue to engage to resolve this dispute."

This is now the third time that I have asked you to identify what documents Ms. Davis has failed to produce in response to your discovery requests. You have ignored each of our previous requests, even though Ms. Klein accused us of providing "incomplete" discovery responses in the e-mail that she sent at 10:39 a.m. central time on March 30, 2026. You cannot accuse us of providing "incomplete" discovery responses and then hide the ball by refusing to tell us what you regard as "incomplete" in the documents that we produced.

If you do not respond to this e-mail by 6:00 p.m. central time on April 2, 2026, then I will file a notice with the court attaching our unanswered e-mails and informing the court that you are refusing to cooperate or answer our e-mails.

—Jonathan

> On Mar 30, 2026, at 3:31 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> Counsel:
>
> As you have seen in the response that I filed earlier today, our position is that Ms. Davis has fully produced the text messages that you have requested and that your motion to compel is therefore moot.
>
> If you disagree with that, please tell us immediately what Ms. Davis has failed to produce in response to your discovery requests.
>
> —Jonathan

On Mar 30, 2026, at 2:41 PM, Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov> wrote:

Mr. Mitchell,

The Court will reset the motion hearing for **April 14, 2026, at 10:00 a.m.** The Court encourages the parties to continue to engage to resolve this dispute. The parties must notify the Court no later than **April 13, 2026, at 10:00 a.m.**, of their respective positions regarding any outstanding productions.

Thank you,

<image001.png>

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Monday, March 30, 2026 4:30 PM
**To:** Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov>
**Subject:** Davis v. Cooprider, No. 2:25-cv-00220 (S.D. Tex.)

CAUTION - EXTERNAL:

Dear Ms. Rodriguez:

I live on the west coast and will need to fly to Corpus Christi early tomorrow morning for the hearing scheduled for April 1, 2026. If Judge Morales intends or is willing to move the hearing date, would it be possible to let us know by the end of today?

Thank you for considering this.

—Jonathan

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC

Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and
legally privileged. This information is intended only for the
use of the individual or entity to whom it was sent as indicated
above. If you are not the intended recipient, any
disclosure, copying, distribution, or action taken in reliance on
the contents of the information contained in this electronic mail
message is strictly prohibited. If you have received
this message in error, please delete it immediately, and call
(512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–
CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

**CAUTION - EXTERNAL EMAIL:** This email originated outside the
Judiciary. Exercise caution when opening attachments or clicking on
links.

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged.
This information is intended only for the use of the individual or entity to
whom it was sent as indicated above. If you are not the intended recipient,
any disclosure, copying, distribution, or action taken in reliance on the
contents of the information contained in this electronic mail message is
strictly prohibited. If you have received this message in error, please delete
it immediately, and call (512) 686-3940 to let me know that you received

it immediately, and call (512) 686-3940 to let me know that you received
it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–
CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged.
This information is intended only for the use of the individual or entity to whom it
was sent as indicated above. If you are not the intended recipient, any
disclosure, copying, distribution, or action taken in reliance on the contents of
the information contained in this electronic mail message is strictly prohibited. If you
have received this message in error, please delete it immediately, and call (512) 686-
3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION /
ATTORNEY WORK PRODUCT**