**From:** **Beth Klein** beth@bethklein.com
**Subject:** Monday April 6
**Date:** April 3, 2026 at 9:36 PM
**To:** Jonathan Mitchell jonathan@mitchell.law, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com

I have been reminded that folks are taking April 6 off for family and observances.

Let me know what time on April 7 you would like to deal with the problems at hand

Beth Klein
Mobile response