**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: Monday April 6
**Date:** April 7, 2026 at 11:01 AM
**To:** Beth Klein beth@bethklein.com
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com



Beth:

Is now a good time to discuss the discovery issues?

—Jonathan

> On Apr 3, 2026, at 9:36 PM, Beth Klein <beth@bethklein.com> wrote:
>
> I have been reminded that folks are taking April 6 off for family and observances.
>
> Let me know what time on April 7 you would like to deal with the problems at hand
>
> Beth Klein
> Mobile response

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**