**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Fwd: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report
**Date:** April 7, 2026 at 11:45 AM
**To:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com
**Cc:** Talcott Franklin tal@tfpc.me

Beth:

We were supposed to confer on April 6 or 7 about these discovery disputes. Filing this document unilaterally and without conferring with us is discourteous and violates Rule 37(a)(1), which requires parties to confer in good faith before asking a court to compel discovery.

Please withdraw this filing so we can confer as required by Rule 37(a)(1) about the issues you raise. Also please let us know what times you are available today to confer.


—Jonathan



**47 - STATUS REPORT by Christopher ...**
328 KB


Begin forwarded message:

**From:** DCECF_LiveDB@txs.uscourts.gov
**Subject: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report**
**Date:** April 7, 2026 at 11:28:03 AM PDT
**To:** DC_Notices@txsd.uscourts.gov


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered by Klein, Beth on 4/7/2026 at 1:28 PM CDT and filed on 4/7/2026

**Case Name:** Davis v. Cooprider et al
**Case Number:** 2:25-cv-00220

**Filer:**                   Christopher Cooprider
**Document Number:**47

Docket Text:
**STATUS REPORT by Christopher Cooprider, filed. (Attachments: # (1) Exhibit A Summary of Authorities) (Klein, Beth)**


**2:25-cv-00220 Notice has been electronically mailed to:**

Barry A Moscowitz     bmoscowitz@thompsoncoe.com, everweij@thompsoncoe.com

Beth Ann Klein     beth@kleinfrank.com

Blake Anthony Green     blakeg@corpuschristitx.gov, BeaV@corpuschristitx.gov, CarinaLV@corpuschristitx.gov, EricaDL@corpuschristitx.gov, liliac@corpuschristitx.gov

Cassie J. Dallas     cdallas@thompsoncoe.com, jsullivan@thompsoncoe.com

Jonathan Franklin Mitchell     jonathan@mitchell.law

Mikal C Watts     efilemcwatts@wattsguerra.com, cindy@wattsllp.com, rickholstein@mac.com

William L. Mennucci     bmennucci@thompsoncoe.com, cbenoit@thompsoncoe.com, kmartinez@thompsoncoe.com

**2:25-cv-00220 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=4/7/2026] [FileNumber=46141854-0
] [340ae15328779d0126fedb7f12105288f33b1fab9ce04c7a910e26904100af6488c
38c9df9603d88ad2781311b825600fe3c1009d588ff041a5bbe5550c10854]]
**Document description:**Exhibit A Summary of Authorities
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=4/7/2026] [FileNumber=46141854-1
] [aabe1d2196a4caaedea80af0dd17ce5b24ea80e60a0449fb2b0a223aa72781c1170
74abd50b915bb97985d84c56d4928d47ba4de3844bc6a5343f6de502befa5]]


---------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**