From: **Beth Klein** beth@bethklein.com
Subject: Re: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report
Date: April 7, 2026 at 4:12 PM
To: Jonathan Mitchell jonathan@mitchell.law
Cc: Mikal Watts mikal@wattsllp.com, Barry Moscowitz BMoscowitz@thompsoncoe.com, Franklin Talcott tal@tfpc.me

Last week we asked you for specific times today so that everyone could work on and clear their schedule.   You didn't respond.

Now you want to zoom/call when the offices in Texas are closed and mine is also closed.

Nonetheless, you may call my cell before 6 pm mountain to verbally confer.


Beth Klein
Mobile response

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Tuesday, April 7, 2026 4:28:40 PM
**To:** Beth Klein <beth@bethklein.com>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Barry Moscowitz <BMoscowitz@thompsoncoe.com>; Franklin Talcott <tal@tfpc.me>
**Subject:** Re: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report


We should confer over phone or Zoom. That is clearly what the Court expects from us and what Rule 37(a)(1) requires.

What times are you available to confer?

> On Apr 7, 2026, at 3:25 PM, Beth Klein <beth@bethklein.com> wrote:
>
>
> We are conferring with all counsels' eyes on.
>
> Beth Klein
> Mobile response

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Tuesday, April 7, 2026 4:21:24 PM
**To:** Beth Klein <beth@bethklein.com>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
**Subject:** Re: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report

> When would you like to confer? I thought we were supposed to confer on April 7.

> On Apr 7, 2026, at 3:11 PM, Beth Klein <beth@bethklein.com> wrote:

Jonathan

Given Davis's continuous material destruction of evidence, we believe that preserving the data for all
Parties for a later examination is the best remedy.  We are not going to play "catch me if you can" games anymore.  This is a preservation request.  It's a very fair resolution, and it ensures that evidence will be Available for court supervised examination at another time.

If you disagree, then oppose the
Motion.  Your communications do not address the seriousness of your clients conduct and the threat to a fair resolution she has created.

Thank you.

Beth Klein
Mobile response

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Tuesday, April 7, 2026 4:02:59 PM
**To:** Beth Klein <beth@bethklein.com>; Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>
**Cc:** Talcott Franklin <tal@tfpc.me>
**Subject:** Re: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report

Beth:

The document that you filed today is asking the court to "appoint a forensics expert to create a mirror image of Davis's cell phone." It also asks the Court to "enter orders to compel discovery," although you do not say what discovery you are asking the Court to compel.

You are requesting additional remedies from the Court that you did not ask for in the motion to compel that you filed on March 27, 2026. You are obligated to confer with us in good faith under Rule 37(a)(1) before requesting those remedies from the Court.

You have never served a discovery request for Ms. Davis's phone, nor have you asked us to turn over Ms. Davis's phone to a forensics expert. You cannot ask the Court to compel discovery that you have never sought from us.

Even apart from Rule 37, it is beyond discourteous for you to file this status report without conferring with us. The judge's instructions, as conveyed in Ms. Clancy's e-mail of March 30, 2026, clearly envisioned that we would confer and attempt to resolve our disagreements before notifying the Court of our respective positions.

Your e-mails of April 2 and April 3 led me to believe that you intended to confer with us on April 7, and I e-mailed you this morning to arrange a time to confer. To unilaterally file a document such as this when you indicated that you intended to confer with us on April 7 does not exhibit respect or courtesy to opposing counsel.

Please reconsider your stance and withdraw the document that you filed at 12:29 p.m. mountain time. If you do not withdraw the document, then I will file a motion to strike.

Also please let me know when you are available to confer today.


—Jonathan


On Apr 7, 2026, at 12:36 PM, Beth Klein <beth@bethklein.com> wrote:

Jonathan,

The pleading is a Status Report with respect to a Motion to Compel invited by the Court in Doc. 36.  This is our position, and we are advising the Court of our position.   The Motion to Compel was filed on *March 27, 2026*.  Claiming that there has been no conferral for this Motion after months of negotiations, a hearing, a filed motion is specious.

If you wish to agree to the relief to have mirror images made, please select one of the experts and prepare a stipulation to replace the Status Report and Supplement.    If you have a proposed Protective Order for the lewd images that Davis created and redacted, please forward a draft.

Thank you.
**Beth Klein**
303-448-8884
beth@bethklein.com
Documentary  Website
350 Market Street, Suite 310 Basalt CO  81621
<image001.png>


**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Tuesday, April 7, 2026 12:45 PM
**To:** Beth Klein <beth@bethklein.com>; Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>
**Cc:** Talcott Franklin <tal@tfpc.me>
**Subject:** Fwd: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report

Beth:

We were supposed to confer on April 6 or 7 about these discovery disputes. Filing this document unilaterally and without conferring with us is discourteous and violates Rule 37(a)(1), which requires parties to confer in good faith before asking a court to compel discovery.

Please withdraw this filing so we can confer as required by Rule 37(a)(1) about the issues you raise. Also please let us know what times you are available today to confer.


—Jonathan



Begin forwarded message:

**From:** DCECF_LiveDB@txs.uscourts.gov
**Subject: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Status Report**
**Date:** April 7, 2026 at 11:28:03 AM PDT
**To:** DC_Notices@txsd.uscourts.gov


**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered by Klein, Beth on 4/7/2026 at 1:28 PM CDT and filed on 4/7/2026

**Case Name:**        Davis v. Cooprider et al
**Case Number:**      2:25-cv-00220
**Filer:**            Christopher Cooprider
**Document Number:** 47

## Docket Text:
## STATUS REPORT by Christopher Cooprider, filed. (Attachments: # (1) Exhibit A Summary of Authorities) (Klein, Beth)

### 2:25-cv-00220 Notice has been electronically mailed to:

Barry A Moscowitz
  bmoscowitz@thompsoncoe.com, everweij@thompsoncoe.com

Beth Ann Klein      beth@kleinfrank.com

Blake Anthony Green
  blakeg@corpuschristitx.gov, BeaV@corpuschristitx.gov, CarinaLV@corpuschristitx.gov, EricaDL@corpuschristitx.gov, liliac@corpuschristitx.gov

Cassie J. Dallas
  cdallas@thompsoncoe.com, jsullivan@thompsoncoe.com

Jonathan Franklin Mitchell      jonathan@mitchell.law

Mikal C Watts
  efilemcwatts@wattsguerra.com, cindy@wattsllp.com, rickholstein@mac.com

William L. Mennucci
  bmennucci@thompsoncoe.com, cbenoit@thompsoncoe.com, kmartinez@thompsoncoe.com

### 2:25-cv-00220 Notice has not been electronically mailed to:

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=4/7/2026]
[FileNumber=46141854-0
]
[340ae15328779d0126fedb7f12105288f33b1fab9ce04c7a910e2690
4100af6488c
38c9df9603d88ad2781311b825600fe3c1009d588ff041a5bbe5550c1
0854]]
**Document description:**Exhibit A Summary of Authorities
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=4/7/2026]
[FileNumber=46141854-1
]
[aabe1d2196a4caaedea80af0dd17ce5b24ea80e60a0449fb2b0a223
aa72781c1170
74abd50b915bb97985d84c56d4928d47ba4de3844bc6a5343f6de50
2befa5]]


----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged.
This information is intended only for the use of the individual or entity to whom it
was sent as indicated above. If you are not the intended recipient, any
disclosure, copying, distribution, or action taken in reliance on the contents of
the information contained in this electronic mail message is strictly prohibited.
If you have received this message in error, please delete it immediately, and call
(512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–
CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are confidential and legally privileged. This information is intended only for the use of the individual or entity to whom it was sent as indicated above. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**