IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-220 |
| | § | |
| CHRISTOPHER COOPRIDER, AID | § | |
| ACCESS GMBH & REBECCA GOMPERTS, | § | |
| | § | |
| *Defendants*. | § | |

**PROPOSED ORDER ON DEFENDANT CHRISTOPHER COOPRIDER'S RESPONSE
TO NON-PARTY CITY OF CORPUS CHRISTI'S POLICE DEPARTMENT'S
MOTION TO QUASH SUBPOENA AND MOTION FOR PROTECTIVE ORDER**

On _____, 2026, the Court heard Non-Party City of Corpus Christi's Police

Department's ("CCPD") Motion to Quash Subpoena and Motion for Protective Order for CCPD's

Custodian of Record and Defendant Christopher Cooprider's ("Defendant") Response to Non-

Party City of Corpus Christi's Police Department's Motion to Quash Subpoena and Motion for

Protective Order (the "Motion"). All parties appeared by and through their respective attorneys of

record. After considering the Motion and the arguments of counsel, the Court finds that the Motion

should be GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that the CCPD's Custodian of

Records produce a copy of every audio recording of all verbal communications between Michael

Manzano and Liana Davis, Jacqulyn Samuelson, and/or any other person taken in connection with

Case Number 2504060017, as outlined in Defendant's Subpoena Duces Tecum.

SIGNED and ENTERED this ____ day of _____, 2026

_____
United States District Judge