IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-220 |
| | § | |
| CHRISTOPHER COOPRIDER, AID | § | |
| ACCESS GMBH & REBECCA GOMPERTS, | § | |
| | § | |
| *Defendants*. | § | |

**PROPOSED ORDER ON DEFENDANT CHRISTOPHER COOPRIDER'S RESPONSE TO NON-PARTY CITY OF CORPUS CHRISTI'S POLICE DEPARTMENT'S MOTION TO QUASH SUBPOENA OF DETECTIVE MICHAEL MANZANO AND MOTION FOR PROTECTIVE ORDER**

On _____, 2026, the Court heard Non-Party City of Corpus Christi's Police Department's ("CCPD") Motion to Quash Subpoena and Motion for Protective Order for the deposition of Michael Manzano and Defendant Christopher Cooprider's ("Defendant") Response to Non-Party City of Corpus Christi's Police Department's Motion to Quash Subpoena and Motion for Protective Order (the "Motion"). All parties appeared by and through their respective attorneys of record. After considering the Motion and the arguments of counsel, the Court finds that the Motion should be GRANTED.

It is therefore, ORDERED, ADJUDGED AND DECREED that the deposition of Detective Michael Manzano be taken on June 1, 2026 at 800 North Shoreline Blvd., Suite 2000, NT, Corpus Christi, Texas 78401, at 11:00 a.m.

SIGNED and ENTERED this _____ day of _____, 2026

_____
United States District Judge