UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

### PARTIES' JOINT STATUS REPORT

**Defendant's statement**: Since January 15, 2026 Defendant has pursued complete and accurate responses to RFP 2 with *no exceptions*. On March 11, 2026 the Court ordered that Plaintiff produce her telephone communications by March 25, 2026 by 5:00 pm with *no exceptions*. The Plaintiff did not comply by the deadline and has claimed that only extraction was ordered, not actual production.

After the deadline Plaintiff produced communications with two of the ten witnesses. A Motion to Compel was filed on March 27, 2026 at 3:00 pm. After the motion was filed, Plaintiff produced approximately 13,000 texts between herself and Cooprider. On March 29, 2026 Plaintiff claims she "found" messages from Yvonne Yakopovich she had deleted. Conferral continued, and during live conferral Defendant made it clear that all communications from *all witnesses* listed in RFP 2 must be produced and that Defendant would not play "catch me if you can." Defendant indicated that Plaintiff was unreliable and a preservation of her phone data was necessary. To shut down this discovery, Plaintiff submitted a false declaration to the Court Doc 50-2. (Contrast the Declaration of Liana Davis with Exhibits A audio recording of Liana Davis deleting texts to gain advantage in her child custody proceedings, and Exhibits B, C, and D Rule

1006 summaries of her texts that she produced in discovery.)  On April 11, 2026 Defendant reminded Plaintiff to produce communications with Casey Pyle, Magistrate Madrigal, Devin Davis Liana Davis's husband, Marshall a/k/a Marshall Allen Bowling (the man who impregnated Davis twice in 2025), Ami Amoroso, Mary Anna Ziarko, Jackie Samuelson after April 6, 2025 and Yvonne Yakopovich after April 7, 2025. In response to shut down discovery, Plaintiff claimed that she would file a declaration that she has fully complied. She has not complied. See Exhibit E, email from Devin Davis, concerning Cooprider and this case which caused Mr. Davis to cease communications with the Defense -- another example of manipulating witnesses and a communication that Plaintiff has withheld.

Defendant requests that the issues of Plaintiff refusing to produce communications after April 7, 2025 and concerning her September 2025 miscarriage be heard. Defendant further requests sanctions for receiving discovery after the Motion to Compel was filed. Finally, Defendant requests that a mirror image of Ms. Davis's cell phone be taken to preserve the evidence held by Plaintiff.

**Plaintiff's Statement**: Ms. Davis has attached a declaration attesting that she has fully complied with each component of RFP No. 2. *See* Exhibit 2. Ms. Davis also contends that none of the issues mentioned in paragraphs 1–6 of Ms. Klein's list (Exhibit 6) are properly before the Court. Mr. Cooprider's attorneys never conferred with Mr. Mitchell about these any of these supposed "missing communications" before filing their motion to compel on March 27, 2026. *See* Fed. R. Civ. P. 37(a)(1); Mitchell Decl. ¶¶ 7–10 (attached as Exhibit 1). The only discovery that Mr. Cooprider's attorneys had claimed was missing during their previous conferrals with Mr. Mitchell involved: (1) Ms. Davis's text messages with Mr. Cooprider; (2) Ms. Davis's text messages with Jackie Samuelson; and (3) Ms. Davis's text messages with Yvonne Yakopovich. *Id.* at ¶ 8. In addition, Mr. Cooprider's attorneys did not mention or discuss any of these issues in their motion to compel, or in the status report that they filed on April 7, 2026.

Dated: April 14, 2026

Respectfully submitted.

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
   *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law


*Counsel for Plaintiff*

 /s/ Mikal C. Watts 
MIKAL C. WATTS
   *Attorney-in-Charge*
Texas Bar No. 20981820
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

*Counsel for Defendant
Christopher Cooprider*

JOINT STATUS REPORT

## CERTIFICATE OF SERVICE

I certify that on April 14, 2026, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

*Counsel for Defendant Christopher Cooprider*

    /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff*