UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
FILED

*April 14, 2026*

Nathan Ochsner, Clerk of Court

Liana Davis,                                    *

                    Plaintiff,                  *

v.                                              *        Case No. 2:25-cv-220

                                                *
Christopher Cooprider,                          *
Aid Access GmbH, &                              *
Rebecca Gomperts,                               *

                    Defendants.                 *

## DECLARATION OF CHRISTOPHER COOPRIDER

I, Christopher Cooprider am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

1.      Exhibit A for the Hearing to be held on April 15, 2026 is a true and accurate digital copy of the conversation between Liana Davis and me that I recorded on my phone that was reliable and operating properly. This has not been altered, there have been no changes, additions or deletions to the recording. I have had possession of the original recording since the date it was made, and I made a copy which has been disclosed at CR 00001, and Exhibit to the Answer and Counterclaim, and I have made this copy for the Court.

- 1 -

- 2 -

2.     The two voices that are captured on the recording are that of myself and Liana Davis.  I am familiar with her voice having known her for six months prior to the date of the recording submitted as Exhibit A.

3.     The conversations captured on the recording submitted as Exhibit A took place in the upstairs master bedroom of Lianna Davis' home located at 6329 Oso parkway, Corpus Christi, TX 78414.

4.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.


Date: April 14 , 2026.

_____
Chris Cooprider