UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Liana Davis,

               Plaintiff,

v.                                                                    Case No. 2:25-cv-220

Christopher Cooprider; Aid Access
GmbH; Rebecca Gomperts,

               Defendants.

**DEFENDANT'S SUPPLEMENTAL STATUS REPORT**

Exhibit E was not attached to the Joint Status Report, despite rqeuest. After review of Plaintiff's Affidavit, Exhibits F and G are submitted for review since they contradict statements made under oath by Liana Davis. Plaintiff objects to the Court reviewing Exhibits F and G.

April 14, 2026

               Respectfully submitted,

               BETH KLEIN, PC

               By:    */s/ Beth A. Klein*
                      Beth A. Klein

               BETH KLEIN, P.C.
               Colorado Bar No. 17477
               S.D. Tex. I.D. No. 3934133
               beth@bethklein.com
               350 Market Street, Suite 310
               Basalt, Colorado 81621
               Telephone: (303) 448-8884

               WATTS LAW FIRM LLP
               Texas State Bar No. 20981820

Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE

ATTORNEYS FOR
CHRISTOPHER COOPRIDER

## CERTIFICATE OF SERVICE

I certify that on April 14, 2026 I SERVED the foregoing via ECF on all counsel of record.

*/s/ Beth A. Klein*
Beth A. Klein