**Devin Davis**
last seen Sat 9:52 AM

11:40 AM ✓✓

**January 9, 2026**

This is one more courtesy to let you know that you will be receiving a variety of documents from my other attorney, Jonathan Mitchell, in the very near future. Possibly as early as today, if he has not already sent certain things. We have been holding back quite a bit of paperwork for 8 months now until after property was settled in the spirit of keeping the peace (for the sake of the children, of course).

Discovery in my federal civil lawsuit- the suit that you and your attorney described as "bogus"- is in full swing and I now know everything. Everything. I have read every last word of every text message/ WhatsApp message between you/ Cooprider/Samuelson/others over many months through the present, seen every surveillance photo and video taken and shared, am aware of all collaboration that took place, etc. All of it. And discovery is on a continuous basis, so this is ongoing.

11:50 AM