**3/21/2025 12:35 PM**
iPhone (14122957136)



**3/21/2025 12:35 PM**
iPhone (14122957136)

My sister sent me this. According to The Internet, it's not uncommon for the heart rate to be in the 90s this early. Idk

Davis004607

**3/21/2025 12:36 PM**
iPhone (14122957136)



**3/21/2025 12:36 PM**
iPhone (14122957136)

Also from my dear sister lol.

**3/21/2025 12:37 PM**
iPhone (14122957136)

Me speaking: Thanks again for coming this morning. It meant a lot.

**3/21/2025 12:37 PM**

Chris Cooprider [Next Door] (7208408617)

Wow sounds like she really wants you to get child support money 👍

1451

**Davis004608**