**4/4/2025 4:14 PM**

Chris Cooprider [Next Door] (7208408617)

You've cramped like this before and nothing came out

**4/4/2025 4:14 PM**
iPhone (14122957136)

Loved "Sure you're still fine"

**4/4/2025 4:14 PM**
iPhone (14122957136)

Liked "You've cramped like this before and nothing came out"

**4/4/2025 4:50 PM**
iPhone (14122957136)

My sister thinks I need to take the kids and go to the ER. I'm trying not to panic.

**4/4/2025 4:50 PM**
iPhone (14122957136)

In her words, "They will much prefer a baby bro/sis over a carnival. Priorities."

**4/4/2025 4:55 PM**

Chris Cooprider [Next Door] (7208408617)

Do what you gotta do

**4/4/2025 4:55 PM**
iPhone (14122957136)

I do NOT want to do that.

**4/4/2025 4:55 PM**
iPhone (14122957136)

I'm just so freaked out.

**4/4/2025 4:55 PM**

Chris Cooprider [Next Door] (7208408617)

I think you'll be fine

1962

Davis005119