UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION


Case No. 2:25-cv-220


Liana Davis,

Plaintiff,

v.

Christopher Cooprider; Aid Access GmbH; Rebecca Gomperts,

Defendants.

---

## JOINT MOTION FOR STIPULATED PROTECTIVE ORDER

_____

The parties, through counsel, hereby file this Joint Motion for Entry of a Stipulated

Protective Order. The Parties have conferred and agreed to the terms of the Stipulated

Protective Order and have attached the Order hereto for the Court's consideration ("Exhibit

A").  This Protective Order is for good cause to protect against the discovery and dissemination

of confidential information or information which will improperly annoy, embarrass or oppress

any party, witness, or person providing discovery in this case. The Parties respectfully request

that the Court enter the attached Order.

1

/s/ *Jonathan F. Mitchell*
Jonathan F. Mitchell
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701

/s/ *Beth Klein*
Beth Klein
Colorado Bar No.  17477
S.D. Tex. Bar No. 3934133
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado  81621
Email beth@bethklein.com
Phone 303-448-8884

-   **AND –**
Mikel C. Watts
*Attorney-in-Charge*
Texas State Bar No. 20981820
Federal Bar ID: #12419
Mikel@wattsllp.com
WATTS LAW FIRM, LLP
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
  **AND –**
Barry A. Moscowitz
Texas State Bar No. 24004830
Federal Bar ID No. 31054
bmoscowitz@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel.

/s/ *Beth Klein*
Beth Klein

2