UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, et al. | * | |
| Defendants. | * | |

**<u>FRCP 29(B) MOTION FOR SHORTENED TIME TO RESPOND TO ESI DISCOVERY, TO COMPEL PRODUCTION OF DAVIS'S DEVICES AND ACCESS TO HER iCLOUD AND REQUEST FOR DISCOVERY HEARING</u>**

COMES NOW Counter-Plaintiff Christopher Cooprider ("COOPRIDER") and files his FRCP 29(b) Motion for Shortened Time to Response to ESI Discovery and Request for Discovery Hearing.  Undersigned counsel certifies that she conferred with opposing counsel who could not agree to this relief.

1.     This matter is well-known to the Court, and COOPRIDER'S counsel's work and the labored history of the Court's intervention to obtain discovery responses from Liana Davis ("DAVIS") are well- documented.  Briefly,

- On March 11, 2026, a Pre-Motion Conference was held in order to obtain the Response to Request for Production No. 2 **which had been pending since September 2025**, communications between DAVIS and certain individuals.   A Minute Order set a deadline of **March 25, 2026** at 3:00 pm Central Time - two weeks to provide the communications.  DAVIS did not comply.

- **March 27, 202**6 a Motion to Compel was Filed.

- On March 27, 2026, March 30, 2026, and April 8, 2025 partial texts were received after the Motion to Compel was on record.

- **April 10, 2026** Status Report were filed.  DAVIS signed Declarations claiming all communications had been produced.

- **April 14, 2026** A Status Hearing was finally held (after moving the hearing for the convenience of DAVIS) during which preservation of cell phones by making mirror

1

images of the devices was agreed upon by counsel for the Parties and believed to be an oral order of the Court.

- **April 28, 2026** A Status Report indicating that Liana Davis was uncooperative was filed with the Court:

  The parties have agreed to George Vasiliou as a joint expert to extract the data from both parties' telephones.  Mr. Vasiliou will secure the data and securely hold it until further ESI orders/direction are received. The extraction is scheduled for May 1, 2026, and Mr. Vasiliou will have both parties bring their phones to him. (Location TBD) The serial number, make and model number of Ms. Davis's telephones has been requested and is pending. A proposed joint protective order has been circulated, and comments from Plaintiff are pending.

- **May 4, 2026**  A Protective Order was agreed and filed.  The Court entered the Order with modifications.   Geroge Vasiliou ("Expert") signed the Protective Order Addendum.

- **May 4 – May 11, 2026** DAVIS will not cooperate with producing her phone or other devices claiming that there is not a written Court Order.  Mitchell and Klein worked on stipulations to make the production bilateral, efficient and fair to appease DAVIS.  The production is expanded to phones and computers so that the Expert will only make one trip.  DAVIS refused.  No stipulation was signed.  Last draft attached as Exhibit A.

- **May 11, 2026** Expert arrived in Corpus Cristi and Cooprider provided his phone and computers to the Expert without delay.  DAVIS continues delay tactics and refuses to produce her computer. Next DAVIS demands that a phone be purchased for her to use while her I-phone is copied despite the fact that she has a phone available at her home with her live in boyfriend.  DAVIS insists that the Expert go to her house to pick up her phone and deliver it to her.  DAVIS demands that the Expert return the phone in the middle of the night if it is complete.  Davis refuses to produce her computer against recommendation of her attorney.   See Exhibit B.

- **May 12, 2026**  Expert makes mirror image of DAVIS's phone and stays up all night to alert DAVIS when her phone is complete.  In checking to make sure all data was copied; Expert notes that 54 GB of I Messages TEXT message data is on DAVIS's iCloud and not on iPhone **and cannot be accessed**.  Expert notes that unusually large chunks of data have been moved and becomes concerned about the preservation of the evidence.



2.      A subpoena was served on Verizon to obtain meta data.  A MOTION TO ENFORCE NON-PARTY SUBPOENA was filed when Verizon did not respond . [Docket No. 62].  After filing the Motion Verizon notified COOPRIDER'S Counsel that the meta data prior to May 4, 2026 was permanently gone.  Docket No. 62 is Moot.

3.      The importance of full responses to discovery from DAVIS is critical.  Her DEVICES and iCloud may be the sole source of the evidence.  Time is of the essence.  DAVIS's deposition is set for May 28, 2026.  Expert reports are due August 1, 2026.

4.      Additional text messages with YVONNE YAKOPOVICH were provided on May 11, 2026 that DAVIS has sworn under oath twice did not exist.  See Docket 42- 2 and Docket 50-2.  Included in those text messages are communications from DAVIS's own family law lawyer that DAVIS disclosed to YVONNE YAKOPOVICH.  **DAVIS's own lawyer advised DAVIS to get criminal defense counsel for DAVIS's potential criminal liability in the death of Baby Joy.**



9:11                                    LTE

< Back    **Emergency Pleadi...**   ∧   ∨

Melissa also spoke to the detective who is investigating the abortion case (she has known him for many years) and he had concerns as well, seemingly more about you than Mr. Cooprider. I believe the female neighbor (not sure if she was in the affidavit or if she was mentioned in my conversation with Melissa) is going to testify in court against you as well.

It was also revealed to me that Mr. Davis has been in contact with Mr. Cooprider. I was a bit surprised by that revelation but, it sounds like they've been talking for a while. In fact, Mr. Davis was the one who gave Mr. Cooprider the information to contact the amicus and that first contact was actually weeks ago. It sounds like if we get to a hearing, they may both tell similar stories of you mixing alcohol and prescription pills while watching the kids.

Again, I have no idea what Melissa is going to do or how much more she has that wasn't in the affidavit and wasn't told to me.

You probably need to pay for a consult to discuss your case with a criminal defense attorney. That may be something you want to do ASAP so that once we know Melissa's next move, we know what we can/can't have you testify about related to Mr. Cooprider and your baby. Melissa repeated some of what Mr. Cooprider said and it sounds like he's suggesting you were complicit and even offered to abort the baby if he lied to her. With the new Texas laws concerning abortion, it's possible you could end up facing criminal charges if the investigation ends up moving in that direction.

            



Nueces County is fairly liberal so they might not prosecute anything related to the death of your baby but, there's a chance and I'd hate to have you testify yourself into jail time on accident in whatever hearing happens next.

I have to get back to my mediation now, if anything new happens we will let you know.

Sincerely,

**Dylan Pearcy, Attorney**

Law Offices of S. Dylan Pearcy, PLLC
*Serving Clients Statewide*

**Primary Phone:** 210-686-4878
**Fax:** 210- 783-9238
**Email:** Dylan@SouthTexasJustice.com

**Primary Office Address:** 503 Avenue A, #1119, San Antonio, TX 78215
**Rockport Office Address:** 1806 Harbor Drive, Rockport, TX 78382
**Kerrville Office Address:** 144 Fairway Drive, Ste. C, Kerrville TX 78028

**Web:** www.SouthTexasJustice.com

***CONFIDENTIAL***

THE INFORMATION CONTAINED IN THIS DOCUMENT IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INTENDED RECIPIENT. BOTH THE INTENDED RECIPIENT AND AGENT RESPONSIBLE FOR DELIVERING IT TO THE INTENDED RECIPIENT ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.



5.      Critical texts between DAVIS and Ami Amoroso, her sister on April 3, 2025, two days before the event at issue, when DAVIS was experiencing severe front and back cramping indicative of a miscarriage and urged to go to the ER are claimed to be "**gone**."

6.      The delay and misdirection caused by DAVIS have been astonishing -- and expensive.  Undersigned counsel has spent an extraordinary amount of time on this simple matter and has lost money on air travel ticket changes.  The delay should no longer be tolerated, and it is abundantly clear that DAVIS is an untrustworthy gatekeeper of evidence.

7.      On May 13, 2026, COOPRIDER served ESI discovery on DAVIS, and redacted copy is attached as Exhibit C (a fully copy has been provided to Chambers).  The only action required of DAVIS is to turn over her computers and provide access to her iCloud.  Otherwise, all searches for the ESI will be conducted by the Expert.   There is significant risk that the evidence DAVIS possesses will be moved to an inaccessible location, altered or destroyed.

8.      Plaintiff requests that DAVIS be ordered to immediately produce all DEVICES and access to her iCloud as defined in the ESI requests.  Plaintiff further requests that the forensic expert be immediately permitted to conduct the ESI searches on the limited data extracted from DAVIS's iPhone and analyze the movement of chunks of data.

WHEREFORE, Pursuant to FRCP 29(b) COOPRIDER requests that the production of all DEVICES and access to the iCloud be ordered for preservation imaging, and that the Expert be ordered to immediately extract the ESI from the mirror image of DAVIS's phone as requested, and

that a hearing be held.  For these reasons, COOPRIDER respectfully requests this relief and a discovery hearing.

May 14, 2026

Respectfully submitted,

BETH KLEIN, PC

By:    */s/ Beth A. Klein*
       Beth A. Klein

BETH KLEIN, P.C.
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE

ATTORNEYS FOR
CHRISTOPHER COOPRIDER

## CERTIFICATE OF SERVICE

I certify that on May 14, 2026 I SERVED the foregoing via ECF on all counsel of record.

*/s/ Beth A. Klein*
Beth A. Klein