UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

**STIPULATION AND PROPOSED ORDER**

The parties agree and stipulate as follows:

1. Christopher Cooprider will produce any and all cell phones, tablets, and personal computers that he used between November 1, 2024, and the present, to George Vasiliou on Tuesday, May 11, 2026 at 4:00 pm at the Hyatt Place, 6773 S Padre Island Dr, Corpus Christi, TX 78412.  Cooprider designates all data recovered from these devices as "Confidential" under the Protective Order entered in this matter.

2. Liana Davis will produce any and all cell phones, tablets and personal computers that she used between November 1, 2024, and the present, to George Vasiliou on Monday, May 11, 2026  at 5:00 pm.  These devices will be picked up, and a phone will be purchased and provided to Davis while the extraction occurs.   Davis designates all data recovered from these devices as "Confidential" under the Protective Order entered in this matter.

3. Both parties will provide all passwords and pins, including passwords to any cloud storage and/or back-up systems such as Google to Mr. Vasiliou when they produce their devices.  Both parties will be available if Mr. Vasiliou needs additional codes to recover any data.

4.    Both parties will permit Mr. Vasiliou all of the time that he requires to prepare the mirror images.

5.    Both parties will retrieve their devices, examine them, and certify that they have received all of their devices in good working order when the process is complete.  Mr. Vasiliou will contact each party and provide a specific time to retrieve their devices so that the parties will not encounter each other.

6.    Mr. Vasiliou will extract and preserve the data on these devices for future searches and ESI examinations.

7.    Mr. Vasiliou has signed Exhibit A to the Protective Order.

8.    Mr. Vasiliou will make mirror images of the drives of the devices.  He will secure and securely hold the data evidence as a custodian for the duration of the case.  At the conclusion of the case, Mr. Vasiliou will destroy all of the data evidence and passwords and will provide a certification of destruction.

9.  Mr. Vasiliou will not examine or search the data evidence until he is provided with either a stipulation  signed by both parties or an order of the Court..

10.  Mr. Vasiliou will provide a statement for his time and travel expenses, and these costs will be shared equally.

11.  Mr. Vasiliou purchased a phone for Davis, and Davis is responsible for this cost.

A proposed order is attached to this stipulation.

| | |
|---|---|
| */s/ Jonathan F. Mitchell* | */s/ Beth Klein* |
| Jonathan F. Mitchell | Beth Klein |
| *Attorney-in-Charge* | *Attorney for Defendant* |

- **AND –**
Mikel C. Watts
*Attorney-in-Charge*
Texas State Bar No. 20981820
Federal Bar ID: #12419
Mikel@wattsllp.com
WATTS LAW FIRM, LLP
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
**AND –**
Barry A. Moscowitz
Texas State Bar No. 24004830
Federal Bar ID No. 31054
bmoscowitz@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system and served on all counsel.

/s/ *Beth Klein*
Beth Klein

stipulation and proposed order                                                      Page 1 of 1