**From:** Beth Klein
**Sent:** Tuesday, May 12, 2026 6:48 AM
**To:** Jonathan Mitchell <jonathan@mitchell.law>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>
**Subject:** One more try

Jonathan

Can you try one more time to convince Davis to let her laptop get copied tonight?   I know you have done a heroic lift already just to get the phone.

Does she really want to be painted as an evidence destroyer and hider?     I have started the motion and with all the new evidence in the latest text drop -- it's so damning.

We need all of her communications with her friend at the pregnancy center and the network listed in the RFPs.  I think there are emails - not only texts.  It looks like there are more emails with Detective Mancuso that we don't have.     We still need her communications with Ami Amaroso and her mom.  She's been stalking Chris and having her friends stalk him. We need all of those communications.

I hate this kind of litigation.  Please let her know that her decision will have long term consequences. I want to give you the best chance to resolve this.

We need to take the depositions of Ami Amoroso in Georgia, her mom in Corpus, and her friend at the pregnancy center.   Maybe we can knock out 2 the week of May 28?


Beth Klein
Mobile response

**From:** Beth Klein
**Sent:** Tuesday, May 12, 2026 1:25 PM
**To:** Jonathan Mitchell <jonathan@mitchell.law>
**Cc:** Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>
**Subject:** RE: One more try

We have screenshots of texts with Ami Amoroso on ==April 3== where Liana discusses that she believes she may be ==miscarrying and is told to go to the ER==.  We have no emails at all, but there are emails in the production from yesterday.  We don't have any communications Anna Ziarko who she was communicating with on April 5 around midnight, Jana Pinson who is her friend at the Pregnancy Center… The RFP's are attached.

Is her computer an Apple because all the text and emails should copy to all devices and not necessarily get deleted simultaneously. Maybe we can recover the ones that are gone.

The only thing I can say is that hiding evidence never, ever goes well in the long run.

**Beth Klein**
303-448-8884
beth@bethklein.com
Documentary  Website
350 Market Street, Suite 310 Basalt CO  81621



**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Tuesday, May 12, 2026 12:04 PM
**To:** Beth Klein <beth@bethklein.com>
**Cc:** Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>
**Subject:** Re: One more try

I will call her and try. If there's anything that you think would help persuade her, please let me know.

Do you have any e-mails that she sent to the individuals mentioned below that we failed to produce? If so I will let her know that. All of the e-mails should be on her phone though.

Please let me know if you think there are any communications that we failed to produce. I have gone through the Yvonne Yakopovich texts carefully and I'm confident that we've produced all responsive communications.

**From:** Beth Klein
**Sent:** Sunday, May 10, 2026 3:30 PM
**To:** Jonathan Mitchell <jonathan@mitchell.law>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Talcott Franklin <tal@tfpc.me>
**Subject:** RE: draft stipulation and proposed order
**Importance:** High

Mr. Vasiliou will be in Corpus Cristi starting on Monday. My client will bring his devices to Mr. Vasiliou on Monday. Ms. Davis must bring her devices on Tuesday, May 12, 2026.

The updated Stip is attached with the addresses.  The Stip is bilateral and addresses all concerns raised.

I have been emailing, texting and calling to get this resolved.  If I don't hear from you tonight, I will file this as an emergency motion Monday AM and ask that my version be made a Court order.

Thank you.

**Beth Klein**
303-448-8884
beth@bethklein.com
Documentary  Website
350 Market Street, Suite 310 Basalt CO  81621

