UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT
OF TEXAS
CORPUS CHRISTI DIVISION

Liana Davis,                             *
                                         *
             Plaintiff,                  *
                                         *
v.                          *            Case No. 2:25-cv-220
                                         *
Christopher Cooprider,                   *
Aid Access GmbH, &                       *
Rebecca Gomperts,                        *
                                         *
             Defendants.     *           *

## DEFENDANT CHRISTOPHER COOPRIDER'SFOURTH SET OF PRODUCTION OF DOCUMENTS TO PLAINTIFF LIANA DAVIS

**PROPOUNDING PARTY:    DEFENDANT CHRISTOPHER COOPRIDER**

**RESPONDING PARTY:     PLAINTIFF LIANA DAVIS**

YOU ARE HEREBY REQUESTED, pursuant to Rule 34 of the Federal Rules of Civil Procedure, to produce your current I-phone, all phones you have used between 1/1/2025 and the present and all computers you have used between 1/1/2025 and the present and ICloud remote storage("DEVICES") for inspection of the following the designated electronically stored information The following data sources on cell phones and laptops shall be collected and collection must be forensically sound (write-blocked imaging, hash verification).  A Motion will be filed to request immediate inspection of the DEVICES.

| Source / Application | Data Types to Collect | Notes |
|---|---|---|
| Native SMS/iMessage (iOS) | Message content, timestamps, read receipts, deleted messages (via forensic tool) | Requires Cellebrite/GrayKey or equivalent; iCloud backup may preserve deleted msgs |

| Source / Application | Data Types to Collect | Notes |
|---|---|---|
| Android SMS/RCS | Message content, timestamps, delivery status, deleted messages | Varies by carrier; forensic extraction recommended |
| WhatsApp | Messages, attachments, call logs, group chats, deleted messages | Both device and cloud backup (Google Drive/iCloud) to be collected |
| Snapchat | Snaps, messages, My Eyes Only (if accessible) | Ephemeral; forensic extraction only; subpoena Snap Inc. for server-side data |
| Instagram DMs | Direct messages, shared media | Subpoena Meta; also check device cache |
| Facebook Messenger | Messages, calls, media | Subpoena Meta; device and cloud |
| Signal | Messages (if unencrypted backup exists), call logs | End-to-end encrypted; server-side subpoena unlikely to yield content |
| Email (all accounts) | Sent/received/deleted, attachments | Gmail, Outlook, Apple Mail; include all accounts on device |
| Browser History / Search | Search queries, visited URLs, autofill data | Incognito/private mode may limit; forensic tool may recover |
| Notes / Reminders Apps | Apple Notes, Google Keep, Samsung Notes, etc. | Check for drafts, deleted notes |
| Calendar / Scheduling Apps | Appointments, event details, reminders | Cross-reference with pharmacy visits, doctor appointments |
| Health / Fitness Apps | Apple Health, Fitbit, cycle tracking apps | May document physical symptoms, menstrual tracking |
| Photos / Videos | Images, videos, screenshots, metadata (GPS, timestamp) | EXIF data critical; cloud photo libraries |

| Source / Application | Data Types to Collect | Notes |
|---|---|---|
| Voicemails / Call Logs | All incoming/outgoing/missed calls | Include carrier CDRs via subpoena |
| Cloud Storage | iCloud Drive, Google Drive, Dropbox, OneDrive | May contain backup of deleted messages and files |
| Laptop – All of above | Browser history, email clients, iMessage (Mac), downloaded files, trash | Mirror forensic image required; hash verification |

## COLLECTION AND FORENSIC METHODOLOGY

### A. Forensic Imaging Requirements

1. All cell phones and laptops shall be imaged using forensically sound methods that prevent alteration of the original evidence.
2. Acceptable tools include: Cellebrite UFED, Magnet AXIOM, GrayKey (for locked iOS), Oxygen Forensic Detective, FTK, EnCase, or court-approved equivalent.
3. A full physical extraction (not logical only) shall be performed where technically feasible to recover deleted data.
4. MD5 and SHA-256 hash values shall be documented for all forensic images and produced with collections.
5. Chain of custody documentation shall accompany all devices from seizure through production.

### B. Mobile Device – Specific Collection Steps

1. Document device make, model, OS version, serial number, IMEI, and phone number before imaging.
2. Disable cloud sync and enable airplane mode prior to imaging to prevent remote wipe.
3. Collect from: internal storage, SIM card, SD card (if present), and linked cloud accounts.
4. Attempt recovery of deleted messages, deleted call logs, and deleted application data.
5. Collect app-specific containers for all messaging, email, browser, and health applications identified in Section IV.

## C. Laptop / Computer – Specific Collection Steps

1. Full forensic image of hard drive (and SSD) using write blocker.
2. Collect browser history, downloads folder, trash/recycle bin (including deleted items), email client data files (.pst, .ost, .mbox), and cloud sync folders.
3. Recover deleted files using forensic tool file carving capabilities.
4. Document all user accounts on the device.
5. For Mac: collect iMessage database (~/Library/Messages/chat.db), Notes, and iCloud-synced data.

## PRODUCTION SPECIFICATIONS

| Item | Specification |
| --- | --- |
| Production format – text messages | Native format (e.g., .db, .plist) AND human-readable PDF/HTML export with metadata intact |
| Production format – emails | Native .eml or .msg with full headers; PDF with metadata for review |
| Production format – documents | Native format (Word, PDF, Excel); no conversion that strips metadata |
| Metadata fields required | Custodian, file name, file path, date created, date modified, date last accessed, file size, MD5/SHA-1 hash, author, application |
| De-duplication | Global de-duplication permitted; produce de-duplication log identifying all family members |
| Load file | Concordance/DAT load file with image cross-reference (.opt) for document review platform |
| Bates numbering | Sequential; prefix DAVIS INSPECTION # |

## EXCLUSIONS

1.    All COMMUNICATIONS between Liana Davis and Jonathan Mitchell, her attorney in this matter are excluded from production, as long as they have not been provided to third parties and the privilege waived. █████████ and email jonathan@mitchell.law domain www.mitchell.law

**2.    All COMMUNICATIONS between Liana Davis and S. Dylan Pearcy, her family law attorney are excluded from production, as long as they have not been provided to third parties and the privilege waived. Domain www.dylanpearcylaw.com**

**3.    All COMMUNICATIONS between Liana Davis and Talcott Franklin tal@tfpc.me domain wwwtfpc.me are excluded from production as long as they have not been provided to third parties and the privilege waived.**

## DEFINITIONS

The definitions below are incorporated into EACH request for production (the "Requests").

1.    "YOU" AND "YOUR" means Plaintiff LIANA DAVIS Cell phone number 4███████ & Email L███████ and two hidden emails on ICloud.

2.    "COMMUNICATION(S)" the terms "communication" and "communicate" refer to any method used to transmit or exchange information, concepts, or ideas (whether verbal or nonverbal) including oral, written, typed, or electronic transmittal of any type of information or data, by the use of words, silence, numbers, symbols, images, or depictions, from one person or entity to another person or entity.

3.    "DOCUMENT(S)" the terms "document" and "documents" refer to any electronically stored information—including writings, drawings, graphs, charts, photographs, sound recordings, images, and other data or data compilations—stored in any medium from which information can be obtained **not** transmitted from one person or entity to another person or entity.

**Request No. 1**   Produce all DEVICES for extraction of all COMMUNICATIONS and DOCUMENTS in native format between YOU and any other person or entity from January 1, 2025 to the present, excluding your attorneys, using the following words. Boolean connectors (OR, AND) and proximity operators (w/5, w/10) should be used as indicated. All searches should be case-insensitive.

| Category | Search Terms / Keywords |
|---|---|
| Abortion-inducing medication | misoprostol OR mifepristone OR miso OR "abortion pill" OR "Plan B" OR "morning after" OR RU-486 OR methotrexate OR cytotec OR "terminate pregnancy" OR "end pregnancy" OR "medication abortion" OR pills OR pill OR "internet pills" |
| Ingestion | Poisoned OR "put in my drink" OR bitter OR diarrhea OR spoons OR "anything in my drink" OR swallow OR swallowing Or Weird OR drink OR "internet pills" OR "empty pill bottle" OR "poison control" OR crushed OR put alcohol" OR rinsed OR spiked OR "funny taste" OR "bitter taste" Or stirring OR "closing a container" OR stir OR stirred OR "next to my purse" OR "dog out" OR "go to the ER" OR "unknown amount of" OR "intentionally delaying" OR "spoon stirring" OR "mixed into my drink" |
| Pregnancy / Complications | pregnant OR pregnancy OR "test" OR "positive" OR "negative" OR "missed period" OR "OB" OR "OBGYN" OR "prenatal" OR ultrasound OR miscarriage OR "bleeding" OR "February 2, 2025" OR "ovulation strips" OR ultrasound OR hCG OR weeks OR puke OR puking OR bump OR geriatric OR weeks OR baby OR OB/GYN OR Gyno OR obstetrician OR "obstetrician's office" OR "home test" |
| Cover-up | "don't tell" OR "keep quiet" OR "can't know" OR "nobody knows" OR "haven't told" OR "just between us" OR secret OR hide OR cover OR "get rid" OR "take care of it" OR blackmail Or delete OR deleting OR destroy OR lied OR lied OR lying OR record OR recorded OR recordings OR wipe OR discovery OR "do not use his name in texts" OR "March 24, 2025" |
| Physical / emotional reactions | sick OR cramping OR cramp OR bleeding OR pain OR "didn't feel well" OR "felt off" OR scared OR hospital OR ER OR "urgent care" OR "called the doctor" OR clampy OR chlamydia OR gush OR gushing OR terminate OR fever OR temperature OR temp OR discharge OR "bail on me" OR disrespectful |
| Health Conditions | Progesterone OR temperature OR temp OR burning OR "burning up" OR geriatric OR STI OR chlamydia OR antibiotic OR insert OR "red bull" OR pre-workout OR migraine OR "not eating" OR "being sick could have hurt it?" OR pain OR inflammation OR "chronic pain" OR "pain level" OR alcohol OR "grown-up drink" OR booze OR buzzed OR drunk OR "if it's alive" OR "online patient portal" |

| Category | Search Terms / Keywords |
|---|---|
| Wrongful Prosecution | USMJ OR police OR Mancuso OR DA OR "District Attorney" OR prosecute OR "Marines Family Advocacy Program" or FAP or "Police Chief" or "Pregnancy Center of Coastal Bend" or NCIS OR scrubbing OR "legal hold" OR criminal charges" OR sanctions OR murderer OR murder OR "violent crime" OR nail OR rip OR military benefits" OR CCPD OR "post on Facebook" OR "felony charges" OR UCMJ OR Crime OR 2504060017 OR "Crime Victim's Compensation Fund" OR CVC OR "Bertha Aguas" OR "slap him" OR "shut him up" OR "take his medicine" OR "destroy" |
| Pregnancy Termination | Miscarriage OR gush OR gushing OR "gushing blood" OR cramp OR cramping OR emergency OR killed OR Poison OR pain OR murder OR "soaking OR "soaking pads" OR clots OR "passing clots"" OR death OR blood OR bleeding OR abandon OR abandoned OR abandoning OR drugged OR "poor baby" OR "hot chocolate" OR "barely eating" OR "high impact" OR expel OR expelling OR faked OR "lost a whole pint" OR "bleeding out" OR alcohol OR "pile of blood" OR "sitting here in a pile" OR "heart rate" OR "history of hemorrhaging" OR "likely-deceased embryo"OR "code red" OR OR "fucking code red" dizzy OR tampons OR PTSD OR "cause of death" OR "unhealthy pregnancy" OR "not taking prescribed medication" OR "no way to say" OR spotting OR "stomach cramps" |
| People | "Jana Pinson" OR Coop OR Chris OR Christopher OR Cooprider OR obstetrician OR melissa OR madrigal OR "Ami Amoroso" OR Voldemort OR "he who must not be named" OR trophy OR "The Shittiest Human" OR "failure of a man" OR "orange pubes" OR "ginger pubes"OR "baby killer" OR asshole OR "stupid fucking asshole" |
| Comments concerning this lawsuit with third parties | Lawsuit OR Answer OR "suing me" OR "I may lose" OR discovery OR "want my phone" OR "want my computer" OR "won't produce my computer without a court order" OR bogus OR "how will I pay" |

Request No. 2 Produce all DEVICES for extraction of all COMMUNICATIONS in native format between YOU and YVONNE YAKOPOVICH  Cell phone number 7▮ from 4/1/2025 to the present.

Request No. 3  Produce all DEVICES for extraction of all COMMUNICATIONS in native format between YOU and AMI AMOROSO from 1/1/2025 to the present.

Request No. 4  Produce all DEVICES for extraction of all COMMUNICATIONS in native format between YOU and ANNA ZIARO from 1/1/2025 to the present.

Request No. 5 Produce all DEVICES for extraction of all COMMUNICATIONS in native format between YOU and JANA PINSON from 1/1/2025 to the present.

Request No. 6 Produce all DEVICES for extraction of all COMMUNICATIONS and in native format between YOU and THE PREGNANCY CENTER OF COASTAL BEND from 1/1/2025 to the present.

Request No. 7 Produce all DEVICES for extraction of all COMMUNICATIONS between YOU and MARK LEE DICKSON from 1/1/2025 to the present.

Request No. 8 Produce all DEVICES for extraction of all COMMUNICATIONS between YOU and KRISTY LOESEL (814) 823-4615  from 1/1/2025 to the present.

Request No. 9  Produce all DEVICES for extraction of all COMMUNICATIONS between YOU and ROMY SATERY FROM 1/1/2025 to the present.

Request No. 10  Produce all DEVICES for retrieval and extraction of all COMMUNICATIONS between YOU and any person between 5:00 am on 4/4/2025 and midnight 4/7/2025.

Request No. 11 Produce all DEVICES for retrieval and extraction of all internet searches related to pregnancy, abortion, Texas abortion law, prosecution, poisoning, toxicology, abortion medication, Chris Cooprider (including his job, his hours, his status with the Marines, his property, his rentals, his activities, and his location), "taste of misoprostol," "misoprostol dissolve," "alcohol cover the flavor," "dose Xanax"

Request No. 12  Produce all DEVICES for retrieval and extraction of your location data for 4/1/2025 to 4/7/2025.

Request No. 13  Produce all DEVICES for retrieval and extraction of audio recordings of YOU having sex with Defendant.

Request No. 14 Produce all DEVICES YOU used to record Defendant on April 5 and April 6, 2025 for extraction of all audio and video recordings you made on April 5 and April 6, 2025.

Request No. 15 Produce all DEVICES for an analysis of data deletion, data loss, and data movement since 1/1/2025.

Request No. 16 Produce all DEVICES for an analysis of all menstruation, fertility and/or sexual activity tracking apps for the dates 1/1/2025 to 4/1/2025.

Request No. 17 Produce all DEVICES for an analysis of a work out tracking apps for the dates 1/1/2025 to 4/5/2025.

Request No. 18 Produce all DEVICES for retrieval and extraction of all voice memos, notes, calendar events, and reminders created between 1/1/2025 and 5/1/2025.

May 13, 2026                          Respectfully submitted,

                                      BETH KLEIN, P.C.

                                      By:     /s/ Beth Klein
                                      Beth Klein
                                      Colorado Bar No. 17477
                                      S.D. Tex. I.D. No. 3934133
                                      beth@bethklein.com
                                      350 Market Street, Suite 310
                                      Basalt, Colorado 81621
                                      Telephone: (303) 448-8884

Mikal C. Watts
WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE FOR CHRISTOPHER COOPRIDER

Barry A. Moscowitz
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 24004830
Federal Bar ID No. 31054
bmoscowitz@thompsoncoe.com
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2026, a copy of the foregoing discovery request was sent via email to all counsel of record.

/s/ *Beth Klein*
Beth Klein