United States District Court
Southern District of Texas
**ENTERED**
May 14, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Defendant Christopher Cooprider's emergency discovery motion. (D.E. 66). After review, the Court **GRANTS** the motion. (D.E. 66). The Court **ORDERS** Plaintiff to produce and/or provide access to her phone, computer(s), iCloud account, and any other personal device or account that may contain text messages or emails (e.g., an iPad, any external hard drives containing backups) **no later than May 15, 2026, at 3 p.m. CST**. The devices and access shall be provided as defined in the ESI requests, and subject to the process described in the proposed stipulation provided by Defendant Cooprider, (D.E. 66-1). The purpose of this Order is to allow for merits discovery as well as discovery regarding spoliation of evidence. The Court **ORDERS** the Parties to file a joint status report **on or before May 18, 2026**, updating the Court regarding the status of compliance with this Order. The Court will then determine whether a hearing is necessary.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
May 14, 2026