**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: Status Report
**Date:** May 18, 2026 at 1:27 PM
**To:** Beth Klein beth@bethklein.com
**Cc:** Moscowitz, Barry bmoscowitz@thompsoncoe.com



Counsel:

The Court ordered us to file a joint status report. Please redraft this as a joint status report that presents a balanced and neutral presentation of the events of the last few days and that removes the ad hominem attacks on my client and me.

If you would like me to edit the report, please let me know.


—Jonathan


> On May 18, 2026, at 12:09 PM, Beth Klein <beth@bethklein.com> wrote:
>
>
> **Beth Klein**
> 303-448-8884
> beth@bethklein.com
> Documentary  Website
> 350 Market Street, Suite 310 Basalt CO  81621
> <image001.png>
>
>
>
> <Status Report v.vj.docx>


----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:

This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**