UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana DAVIS, | | * |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, et al. | * | |
| Defendants. | * | |

**SECOND MOTION TO COMPEL PRODUCTION OF DAVIS'S CELL PHONE USED TO RECORD THE EVENING OF APRIL 5, 2025**

COMES NOW Counter-Plaintiff Christopher Cooprider ("COOPRIDER") and files his FRCP 37(B) SECOND MOTION TO COMPEL PRODUCTION OF DAVIS'S CELL PHONE USED TO RECORD THE EVENING OF APRIL 5, 2025 and REQUEST FOR SANCTIONS.

1.     Once again Defendant is forced to seek the Court's intervention to obtain discovery from Liana Davis (”DAVIS")  On May 14, 2026 DAVIS was ordered to produce ALL of her electronic devices to the Defense for immediate ESI inspection. Specifically undersigned counsel requested in writing that DAVIS produce the cell phone she used to record Cooprider the night of the alleged event, April 5, 2025.  Davis produced one of two.

2.     **Certificate of Conferral**:   When confronted with this failure, Plaintiff's counsel did not have any explanation, and no offer was made to produce the phone.

3.     On the night of the alleged incident, DAVIS kept a second phone hidden in her purse and carried it around her house.  Throughout the night DAVIS manually

1

turned the recording on and off -- choosing what she wanted to record.  Instead of producing this key piece of evidence so the original audio recording with the date and time stamp could be examined for the timeline, the second phone remained in a drawer or closet at her house.   DAVIS cannot recall the time line of the night, and her story has changed dramatically after she has worked with "consulting experts." DAVIS will not abide by this Court's Orders, and she did not produce this phone that should have this original recording with the time stamps unaltered.

4.     This is a pattern of abuse.  After obtaining a Court Order on May 14, 2026 that permitted the ESI inspection to proceed immediately, a copy of the Court Order was served on Geroge Vasiliou.   Ms. Vasiliou searched for texts for key individuals listed the ESI and found that the texts were absent on the one phone that was produced.  All texts between DAVIS and Ami Amoroso, her sister  are "**gone**."

5.     Mr. Vasiliou also conducted a search as ordered May 14, 2026 specifically in Paragraph 18 of the  ESI.  During this search he found Exhibit 40.  This document contains two notes that DAVIS wrote to herself.  "Just Breathe" and "You Don't Deserve This." These are confessions DAVIS wrote to herself .  The relevance is apparent.  Exhibit 40 is filed with Chambers at the request of Plaintiff's counsel who has accused the Defense of obtaining this document ILLEGALLY and UNLAWFULLY despite an Order in place for the exact process which was followed. This document is "Confidential" under the Protective Order in place and the protocols incorporated in the May 14, 2026 Order mandating the production of the devices at issue here.

6.     DAVIS simply will not comply with court orders and has engaged in discovery abuse.

WHEREFORE, Pursuant to FRCP 37(b) COOPRIDER requests that DAVIS be sanctioned and that a determination be made that Exhibit 40 was properly located by the procedures set forth in the ESI Request and Order.

May 29, 2026

Respectfully submitted,

BETH KLEIN, PC

By:     */s/ Beth A. Klein*
          Beth A. Klein

BETH KLEIN, P.C.
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE

ATTORNEYS FOR
CHRISTOPHER COOPRIDER

**CERTIFICATE OF SERVICE**

3

I certify that on May 14, 2026 I SERVED the foregoing via ECF on all counsel of record.

/s/ Beth A. Klein
Beth A. Klein

4