UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

## PLAINTIFF'S MOTION TO FILE EXHIBIT UNDER SEAL

Plaintiff Liana Davis respectfully asks this Court for permission to file Exhibit 40 from her deposition under seal. Exhibit 40 is a "forensic examination report" of Ms. Davis's iPhone that George Vasiliou prepared and provided to Mr. Cooprider's legal team before Ms. Davis's deposition of May 28, 2026. This report contains content from the Notes app on Ms. Davis's iPhone, including verbatim excerpts of notes that Ms. Davis had written and kept on that app. Mr. Vasiliou and Mr. Cooprider's attorneys obtained these data and produced this report in violation of the Court's order of May 14, 2026, so neither they nor the public should have access to this private information on Ms. Davis's phone. Ms. Davis respectfully asks the Court to seal this exhibit.

Respectfully submitted.

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
   *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: June 2, 2026                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 2, 2026, I served this document through CM/ECF upon:

Mikal C. Watts
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

Beth Klein
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

*Counsel for Defendant Christopher Cooprider*

 /s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff*