# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

Liana Davis                                     §
                                                §
v.                                              §          Case No.: 2:25-cv-00220
                                                §
Christopher Cooprider, et al                    §

### NOTICE  OF VIDEO TELECONFERENCE SETTING

Parties are advised that a video teleconference has been scheduled before **United States District Court Judge David S. Morales** for the following date and time:

**June 2, 2026 at 4:00 p.m. (Central)**

**Re: Motion Conference**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

Date: June 2, 2026                      **BY ORDER OF THE COURT**

                                        Nathan Ochsner, Clerk of Court
                                        By :  /s/ Arlene Rodriguez Clancy
                                        Case Manager to Judge David S. Morales
                                        Tel.: 361-888-3369