**Messages exported from: iPhone (14122957136)**
**With: Yvonne (7248587419)**
2/19/2025 2:30 PM to 4/1/2025 2:46 PM
PDF generated on 4/8/2026 using Decipher TextMessage

**2/19/2025 2:30 PM (Read 2/19/2025 2:39 PM)**
iPhone (14122957136)



**2/19/2025 2:30 PM (Read 2/19/2025 2:39 PM)**
iPhone (14122957136)

I got the promotion I applied for back in August!!! The University Committee and Provost voted in favor of me, and the President accepted the recommendation. I'm gna be a FULL PROFESSOR BABY!!!!! That is the highest rank that one can have in academia unless they enter administration and it comes with a 5-digit raise. 💰

**2/19/2025 2:41 PM (Viewed 2/19/2025 2:43 PM)**
Yvonne (7248587419)

Next up, Department Chair.

**2/19/2025 2:41 PM (Viewed 2/19/2025 2:43 PM)**
Yvonne (7248587419)

Congratulations!

**2/19/2025 8:06 PM (Viewed 2/19/2025 8:14 PM)**
Yvonne (7248587419)

Will you or someone else be home around 330 p.m. tomorrow?

Davis005290

**2/19/2025 8:14 PM (Read 2/19/2025 8:14 PM)**
iPhone (14122957136)

> Yes, I will be home at that exact time but not 15 minutes before or after.

**2/19/2025 8:16 PM (Viewed 2/19/2025 8:26 PM)**
Yvonne (7248587419)

Uhmm... OK. Then I will schedule your delivery for 2:40-3:00 p.m. so that it is there when you pop in at 3:30

**2/19/2025 8:21 PM (Viewed 2/19/2025 8:26 PM)**
Yvonne (7248587419)

And pretend it comes with a huge "CONGRATULATIONS" banner and a bunch of balloons lolllll

**2/19/2025 8:27 PM (Read 2/19/2025 8:27 PM)**
iPhone (14122957136)

> Oh my gosh! You are so sweet as always, even after all these years! I can't wait.

**2/19/2025 8:27 PM (Viewed 2/19/2025 8:34 PM)**
Yvonne (7248587419)

🖤      to "Oh my gosh! You are so sweet as always, even after all these years! I can't wait."

**2/19/2025 8:28 PM (Viewed 2/19/2025 8:34 PM)**
Yvonne (7248587419)

Of, course! This is a big deal and I wanted to send my well wishes somehow

**2/19/2025 8:28 PM (Viewed 2/19/2025 8:34 PM)**
Yvonne (7248587419)

Plus you've got a birthday coming up lol

**2/20/2025 2:34 PM**
Yvonne (7248587419)

Your order has been successfully delivered 😊

2

Davis005291

**2/20/2025 2:35 PM (Read 2/20/2025 2:35 PM)**
iPhone (14122957136)

> I just got it!!! 🧁 Thank you so so so much, I will never forget these wonderful things you do for me even after all these years and when we haven't seen each other in a while! It means the absolute world to me.

**2/20/2025 2:35 PM**

Yvonne (7248587419)

🖤 to "I just got it!!! 🧁 Thank you so so so much, I will never forget these wonderful things you do for me even after all these years and when we haven't seen each other in a while! It means the absolute world to me."

**2/20/2025 2:35 PM**

Yvonne (7248587419)

Enjoy!

**2/20/2025 2:36 PM**

Yvonne (7248587419)

And congrats again on being one of the youngest people I know to be selected for promotion to full professor

**2/20/2025 2:36 PM**

Yvonne (7248587419)

We've sure come a long way since our IUP tower dancing days

**2/20/2025 2:36 PM (Read 2/20/2025 2:37 PM)**
iPhone (14122957136)



3

Davis005292

**2/20/2025 2:36 PM (Read 2/20/2025 2:36 PM)**
iPhone (14122957136)

> Hahaha I'll never forget the Tower of Power at the bar!

**2/20/2025 2:37 PM**

Yvonne (7248587419)

> I got an email from our faculty coordinator today that my promotion package to associate professor has successfully been submitted for the BOR review in May

**2/20/2025 2:37 PM**

Yvonne (7248587419)

> Those cupcakes look amazing!!!

**2/20/2025 2:38 PM (Viewed 2/20/2025 2:39 PM)**

Yvonne (7248587419)

> Here's what's in the box

**2/20/2025 2:38 PM (Viewed 2/20/2025 2:39 PM)**

Yvonne (7248587419)

> **Delivery Address**
> 6329 Oso Pkwy, Corpus Christi, TX 78414, USA
>
> 2  Lemon Cupcake
>
> 2  Pink Vanilla Cupcake
>
> 2  Birthday Cake Cupcake
>
> 2  Strawberry Cupcake
>
> 2  Cookies & Cream Cupcake
>
> 1  Red Velvet Cupcake
>
> 1  Peanut Butter Cup Cupcake

**2/20/2025 2:39 PM (Read 2/20/2025 3:18 PM)**
iPhone (14122957136)

> That helps! Thank you!

4

Davis005293

**2/20/2025 9:51 PM (Read 2/21/2025 4:42 AM)**
iPhone (14122957136)

> I had my first cupcake. It was delicious. You are the sweetest friend in the world and I want everyone to know how much credit you deserve.

**2/21/2025 4:42 AM (Viewed 2/21/2025 4:47 AM)**

Yvonne (7248587419)

🖤 to "I had my first cupcake. It was delicious. You are the sweetest friend in the world and I want everyone to know how much credit you deserve. "

**3/30/2025 7:08 PM (Viewed 3/30/2025 7:09 PM)**

Yvonne (7248587419)

I'm sorry, I'm that total asshole friend who forgot to wish you HAPPY BIRTHDAY like 2 weeks ago 🙈 Please forgive me

**3/30/2025 7:10 PM (Read 3/30/2025 7:23 PM)**
iPhone (14122957136)

> It's fine! Thank you! ☘️ 🌈 ❄️

**3/30/2025 7:23 PM (Viewed 3/30/2025 7:24 PM)**

Yvonne (7248587419)

🖤 to "It's fine! Thank you! ☘️ 🌈 ❄️ "

5

Davis005294

**4/1/2025 11:36 AM (Read 4/1/2025 11:54 AM)**
iPhone (14122957136)



**4/1/2025 11:36 AM (Read 4/1/2025 11:54 AM)**
iPhone (14122957136)

On my way to Baltimore for a conference. Here was a pic from baby's first flight! ✈️    Seems momentous since dad is a pilot lol 👨‍✈️

**4/1/2025 11:54 AM (Viewed 4/1/2025 11:55 AM)**

Yvonne (7248587419)

Baltimore!!!! That's only 2 hours on the Beltway away from me haha

**4/1/2025 11:55 AM**

Yvonne (7248587419)

Navy or Marine Corps? Or is he a civilian?

**4/1/2025 11:56 AM (Read 4/1/2025 11:56 AM)**
iPhone (14122957136)

Haha come visit me in my hotel! I won't have a vehicle.

6

Davis005295

**4/1/2025 11:56 AM (Read 4/1/2025 11:56 AM)**
iPhone (14122957136)

> Marine Corps. He just finished his 4th flight school. Winging ceremony is in a couple of weeks.

**4/1/2025 11:56 AM (Read 4/1/2025 11:56 AM)**
iPhone (14122957136)

> He's also a former professional tennis player and current pro pickleball player lol

**4/1/2025 11:56 AM**

Yvonne (7248587419)

> Get that baby some TRICARE benefits and do not settle for less.

**4/1/2025 11:56 AM (Read 4/1/2025 11:56 AM)**
iPhone (14122957136)

> Are they good?

**4/1/2025 11:57 AM (Read 4/1/2025 11:57 AM)**
iPhone (14122957136)

> I was just gonna put the baby on my health insurance.

**4/1/2025 11:57 AM**

Yvonne (7248587419)

> Yes, girl. I pay next to nothing for my kids healthcare.

**4/1/2025 11:57 AM (Read 4/1/2025 11:57 AM)**
iPhone (14122957136)

> What does your husband do again? Sorry, it's been a minute.

**4/1/2025 11:57 AM (Viewed 4/1/2025 11:58 AM)**

Yvonne (7248587419)

> Like Nate's hernia surgery and 4 day stay in pediatric ICU cost me $25.

7

Davis005296

**4/1/2025 11:58 AM (Read 4/1/2025 11:58 AM)**
iPhone (14122957136)

> Dang.

**4/1/2025 11:59 AM**

Yvonne (7248587419)

And we nothing for health insurance premiums. The plan we have me and the kids on does have a $150 deductible but after that I only have co-pays for specialists and those are $27 ish

**4/1/2025 12:00 PM**

Yvonne (7248587419)

So we spend like $200 on the kids health care every year. Rx coverage is also really good should you need something for baby

**4/1/2025 12:00 PM (Viewed 4/1/2025 12:01 PM)**

Yvonne (7248587419)

My husband was a C130 pilot in the Marine Corps and now he does project management stuff for the Marine Corps recruiting command

**4/1/2025 2:30 PM (Viewed 4/1/2025 2:32 PM)**

Yvonne (7248587419)

Like I guess I understand if Dad doesn't want to raise a baby because it somehow "ruins" his life plans... but dude needs to buck up and make sure that baby has Healthcare and education benefits that they are entitled to

**4/1/2025 2:30 PM (Viewed 4/1/2025 2:32 PM)**

Yvonne (7248587419)

Or he should have worn a condom.

**4/1/2025 2:30 PM (Viewed 4/1/2025 2:32 PM)**

Yvonne (7248587419)

Because honestly with him being active duty military you could have him court marshaled for skimming on his parental duties given this was consensual adult sex

8

Davis005297

**4/1/2025 2:30 PM (Viewed 4/1/2025 2:32 PM)**

Yvonne (7248587419)

There is also a dental plan that costs the service member pennies that covers dental cleanings and preventive care (assuming that is all you will need for baby until s/he is older)

**4/1/2025 2:30 PM (Viewed 4/1/2025 2:32 PM)**

Yvonne (7248587419)

If you need some help navigating that part, please reach out. My cousin went through this with her baby daddy (and now they are engaged) and I have a network of Marine Spouses I can reach out to who have either been in similar situations or know someone who has and they can help us figure out what benefits the baby is entitled to and what responsibilities the service member has (even if he doesn't want custody of the child)

**4/1/2025 2:30 PM (Viewed 4/1/2025 2:32 PM)**

Yvonne (7248587419)

And if he tries ghosting you once he moves to NC, we can hunt him down lol

**4/1/2025 2:33 PM (Read 4/1/2025 2:33 PM)**
iPhone (14122957136)

This all really helps, thank you.

**4/1/2025 2:33 PM (Read 4/1/2025 2:33 PM)**
iPhone (14122957136)

Just landed in Baltimore.

**4/1/2025 2:34 PM (Read 4/1/2025 2:34 PM)**
iPhone (14122957136)

Tell me more about getting court marshaled?

**4/1/2025 2:34 PM (Read 4/1/2025 2:34 PM)**
iPhone (14122957136)

I will be in Texas and he will be in NC. So what would "skimming on his parental duties" look like?

Davis005298

**4/1/2025 2:38 PM**

Yvonne (7248587419)

I am not sure what legal implications it would have if you have a custody agreement where you have sole custody of the baby and he waives his parental rights for the child (idk is that a thing?), but, assuming he has some legal responsibility to the child, should he ghost you and not take care of entering the child in the Defense Eligibility Enrollment Reporting System (DEERS) so that the baby can recieve medical benefits, then I believe you can court marshal his a$$. It's military court. And nobody wants to be court marshalled.

**4/1/2025 2:39 PM (Viewed 4/1/2025 2:40 PM)**

Yvonne (7248587419)

I know the last thing you want is more court after divorce proceedings, but from my understanding the military can basically punish him for not doing his parental duties

**4/1/2025 2:40 PM (Read 4/1/2025 2:40 PM)**
iPhone (14122957136)

You mean beyond paying child support?

**4/1/2025 2:40 PM**

Yvonne (7248587419)

Yes.

**4/1/2025 2:40 PM (Read 4/1/2025 2:40 PM)**
iPhone (14122957136)

He already agreed to that

**4/1/2025 2:40 PM (Read 4/1/2025 2:40 PM)**
iPhone (14122957136)

I'm not sure what more can be realistically expected of him since we will live halfway across the country from each other

**4/1/2025 2:40 PM**

Yvonne (7248587419)

Get it in writing.

10

Davis005299

**4/1/2025 2:41 PM (Read 4/1/2025 2:41 PM)**
iPhone (14122957136)

> I have it in text. He agree to take the DNA test and knows he will have to pay child support. He's not dumb, he wouldn't ruin his own life trying to avoid that.

**4/1/2025 2:41 PM (Viewed 4/1/2025 2:42 PM)**

Yvonne (7248587419)

In addition to child support, the child should have medical benefits and be acknowledged as a dependent of an active duty service member (and maybe retiree later in life?)

**4/1/2025 2:42 PM**

Yvonne (7248587419)

Good that he is smart and wouldn't risk his military career over not providing you with the financial (and medical benefits for the child) support you are entitled to

**4/1/2025 2:43 PM (Read 4/1/2025 2:43 PM)**
iPhone (14122957136)

> I just don't know what more he could be expected to physically do other than pay child support and apparently enroll the child in these programs you're talking about. I don't know what other parenting tasks might be expected of him given the distance.

**4/1/2025 2:44 PM**

Yvonne (7248587419)

That would probably be it. But if for some reason once he moves to NC he doesn't follow through, then you can file with the military legal and they will hunt him down and make sure he pays child support and does whatever else he needs to do for the child, legally

**4/1/2025 2:45 PM (Read 4/1/2025 2:45 PM)**
iPhone (14122957136)

> Oh yeah, I am in no way concerned that I have recourse. He would be the easiest person to track down.

Davis005300

**4/1/2025 2:45 PM (Viewed 4/1/2025 2:46 PM)**

Yvonne (7248587419)

Like, they are much better at enforcing a parents legal obligations than civilian court

**4/1/2025 2:45 PM (Viewed 4/1/2025 2:46 PM)**

Yvonne (7248587419)

😂 to "Oh yeah, I am in no way concerned that I have recourse. He would be the easiest person to track down."

**4/1/2025 2:46 PM**

Yvonne (7248587419)

I'm sorry if all that was confusing or overwhelming for you.

**4/1/2025 2:46 PM**

Yvonne (7248587419)

You've already got a lot to think about and deal with without me complicating things

74 total messages and 4 total images.

Davis005301