**Messages exported from: iPhone (14122957136)**
**With: Yvonne (7248587419)**
4/9/2025 12:00 AM to 4/14/2026 11:59 PM
PDF generated on 4/14/2026 using Decipher TextMessage

**4/9/2025 12:56 PM (Read 4/9/2025 12:58 PM)**
iPhone (14122957136)

> I just spoke with the Marines Family Advocacy Program (FAP) team for over an hour. There were 3 people on the call, including a victims advocate, a case manager, and a supervisor. They have the ability to issue sanctions on Chris separately from the police department or NCIS. I let it rip.

**4/9/2025 2:16 PM (Read 4/9/2025 2:38 PM)**
iPhone (14122957136)

> This just in from the executive director of Pregnancy Center of the Coastal Bend. Although it goes against my personal convictions, this lady has been helping me make connections with powerful pro-life entities who can take Chris down:
>
> I have two people reaching out to the district attorney (DA) to put a fire under this case. The DA is calling the police chief. Attorney general can't do anything unless the DA gives it to him. Just got a response from the DA: "On it"

**4/9/2025 6:53 PM (Read 4/9/2025 7:29 PM)**
iPhone (14122957136)

> Just when I couldn't feel any lower, the lab I went to for that gender test on Saturday (a mere hours before The Horrible Thing happened) just called me. It was a girl. 🤍 👶 🎀 I was hoping it would be a girl more than anything and had even picked out a name- Joy. 💔

**4/9/2025 8:04 PM (Viewed 4/9/2025 8:11 PM)**
Yvonne (7248587419)

> 🫨 to "Just when I couldn't feel any lower, the lab I went to for that gender test on Saturday (a mere hours before The Horrible Thing happened) just called me. It was a girl. 🤍 👶 🎀 I was hoping it would be a girl more than anything and had even picked out a name- Joy. 💔 "

**4/9/2025 8:05 PM (Viewed 4/9/2025 8:11 PM)**
Yvonne (7248587419)

> I'm sorry, I know it's hard.

Davis005315

**4/9/2025 8:06 PM (Viewed 4/9/2025 8:11 PM)**

Yvonne (7248587419)

I will say a prayer for Joy tomorrow at church

**4/9/2025 8:23 PM (Read 4/10/2025 4:30 AM)**
iPhone (14122957136)

I am gushing bright red blood, which is not what I need to be doing. I need to be passing clots. I am soaking pads right now.

**4/10/2025 11:56 AM (Read 4/10/2025 11:58 AM)**
iPhone (14122957136)



**4/10/2025 12:04 PM (Viewed 4/10/2025 12:10 PM)**

Yvonne (7248587419)

It's definitely a lot going on all at once. Take it one step at a time. You will survive.

**4/10/2025 6:07 PM (Read 4/10/2025 6:42 PM)**
iPhone (14122957136)

THE AMICUS ATTORNEY JUST SHOWED UP AT CHRIS' HOUSE AND IS TALKING TO HIM! There is no worse "worst nightmare." I am in more of a panic than I have ever been in my entire life.

**4/11/2025 6:58 AM (Read 4/11/2025 7:46 AM)**
iPhone (14122957136)

An hour after she went to his house, Chris and the Amicus Attorney went to Jackie's house TOGETHER

Davis005316

**4/11/2025 5:24 PM (Viewed 4/11/2025 6:01 PM)**

Yvonne (7248587419)

Well, nothing to do about what others say or do, but you can continue to be a rock star mom and do the best for your kids that you can! Your heart will shine through. Hopefully there is a fair outcome after all of this

**4/14/2025 11:14 AM (Viewed 4/14/2025 11:19 AM)**

Yvonne (7248587419)

Hey, I was digging holes and landscaping. How are you doing? Had the bleeding stopped? Fever subsided?

**4/14/2025 11:54 AM**

Yvonne (7248587419)

Saw this on FB and thought of you 🤭

3

Davis005317

**4/14/2025 11:54 AM**

Yvonne (7248587419)



**4/14/2025 8:12 PM (Read 4/14/2025 8:23 PM)**
iPhone (14122957136)

CPS is here. Been talking to them for over 3 hours. Interviewed me, interviewed my kids, inspected my house, I had to sign a bunch of releases, they're about to interview my mom. This is all because of Chris.

**4/14/2025 8:41 PM (Viewed 4/14/2025 9:06 PM)**

Yvonne (7248587419)

Oof. Sounds like a long day. They need to leave so the kids (and you) can get some rest! I do hope you are starting to recovery physically from the trauma. The rest will take a while, but too will get better

4

Davis005318

**4/14/2025 10:04 PM (Read 4/15/2025 4:33 AM)**

iPhone (14122957136)



8

Davis005319

**4/14/2025 10:04 PM (Read 4/15/2025 4:33 AM)**
iPhone (14122957136)



**4/14/2025 10:04 PM (Read 4/15/2025 4:33 AM)**
iPhone (14122957136)

> To catch you up, this is from earlier today. So the amicus attorney called CPS on me after talking to Chris and Jackie on Thursday (and apparently it wasn't her first time with Chris), and then went with decision number 1 before even getting their report. She didn't actually care about the condition of the children, the house, or about me. Her mind was already made up.

**4/15/2025 6:19 AM (Viewed 4/15/2025 6:48 AM)**
Yvonne (7248587419)

> Wow. There is a lot to this story and I'm sorry your family has to go through this. Nobody is perfect and hopefully all parties will see the love you pour into your children and there is a reasonable outcome to all of this.

9

Davis005320

**4/15/2025 6:49 AM (Read 4/15/2025 7:00 AM)**
iPhone (14122957136)

It's just insanity. Whatever I've done or whatever Chris is presenting to the Amicus Attorney, it's in bad faith and it's not enough for me to lose my children. I definitely haven't told him to lie to her.



**4/15/2025 6:49 AM (Read 4/15/2025 7:00 AM)**

**Davis005321**

**4/16/2025 2:55 AM (Read 4/16/2025 4:43 AM)**
iPhone (14122957136)

> Omg I just thought of something! I don't know how to bring this up to the detective, but now that I know that Devin and Chris have teamed up, I sincerely wonder if Devin had anything to do with Chris abandoning me in the middle of the night on 4/5/25 instead of picking up my mom and taking me to the ER. This was the exact same weekend that Devin had suddenly decided he did not want to pick up the children at any times other than what our temporary orders say from now on (in other words, zero bonus time with the children), and it would also explain why Chris became unresponsive after he left my house when he initially agreed to help me. It would make perfect sense if Chris had left my house, called Devin, and Devin told him not to go pick up my mom and to just let this play out to see how I would handle it. Devin was probably hoping I would leave the children or make some other mistake so that he could crack down on me and say I left them unsupervised. What do you think?

**4/16/2025 5:16 AM (Viewed 4/16/2025 6:53 AM)**

Yvonne (7248587419)

It sounds like speculation

Davis005322

**4/16/2025 9:59 AM (Read 4/16/2025 10:22 AM)**
iPhone (14122957136)



**4/16/2025 9:59 AM (Read 4/16/2025 10:22 AM)**
iPhone (14122957136)

I received this email from the detective assigned to the criminal investigation with Chris as the offender. My thoughts in no particular order: 1) Chris has attorNEYS? (plural?!) Dang. He's not playing. 🈂️ 2) Nothing about this email suggests what my family law attorney told me on Monday about how the detective is more concerned with me at this point and how I should consult with a criminal defense attorney myself ASAP or risk doing time in prison. My attorney got that info secondhand from the amicus attorney who clearly hates me, but still, why would he scare the crap out of me like that? I know detectives routinely lie to people as part of their job and would never let on if they were in fact about to prosecute me, but what do you think? I do not think I am at risk of getting arrested based on this.

**Davis005323**

**4/16/2025 2:19 PM (Read 4/16/2025 2:31 PM)**

iPhone (14122957136)



Ms. Davis,

I have a call into Emma, I'll let you know what she says.

I think Melissa is following the evidence and it seems Mr. Cooprider has video and messages to back up at least some of his claims. I understand how this has all been blown out of proportion but, I'm biased towards you as a client. She is NOT biased towards anyone, and he has evidence and a second witness to back up what he's telling her. We can't provide evidence to prove a negative, all we can do is hope your testimony is more credible than Mr. Cooprider and whoever else is there to testify against you.

My job is to defend you, advocate for you, AND to be honest with you. I personally don't think you've been accused of anything that warrants taking your kids away but, I'm not going to pretend these allegations aren't serious. If the judge reads the motion and decides to treat the request for a restraining order as an emergency, it's highly likely you'll TEMPORARILY lose the kids. I'm certainly optimistic about our ability to reverse that injustice in a hearing but, I won't know until the hearing what Mr. Cooprider has to use against you so I can't tell you how it will turn out. For example, does he have texts where you ask him to buy alcohol and bring it over? Does he have video of you passed out? Does he have evidence of emotional instability?

I'm 110% on your side regardless of what happens but, I'm not going to pretend this is not a very

Davis005324

**4/16/2025 2:19 PM (Read 4/16/2025 2:31 PM)**
iPhone (14122957136)



**4/16/2025 2:19 PM (Read 4/16/2025 2:31 PM)**
iPhone (14122957136)

This just in from my attorney. He replied back with this after I sent him an email essentially begging him to provide me with some kind of reassurance that he is on my side and that there will be any justice in this madness, because it just wasn't coming through from him. He is thinking I will lose the kids temporarily, and he goes on to say it will take 10s of thousands to get this straightened out properly. So it's official: BEST case scenario, Chris's retaliation is literally costing me 10s of thousands of dollars and trauma that I will never get over. More than I have spent on this family law case this far in the past year. Worst case, all that, plus I lose my children and my home, because I won't be able to afford my home without child support or WORSE- if I have to start paying Devin child support. I just desperately want my happy life with my children back. I had that just two weeks ago. And now it's

Davis005325

being taken away after I experienced so much loss. I need a GoFundMe, or a massive donation from a benefactor.

**4/16/2025 3:41 PM**

Yvonne (7248587419)

I'm sorry I am slow to respond. It's a lot to unpack and I don't necessarily have the time and energy to dedicate to it. I am very sympathetic to your situation and cannot imagine being in your shoes. I don't have advice but to keep doing the best for your kids and cherish every moment with them. Some things are out of your control but you can control what happens when you are with them. I hope you can come to a settlement quickly to save any further financial or emotional distress.

**4/16/2025 3:42 PM (Read 4/16/2025 3:46 PM)**
iPhone (14122957136)

I completely understand. I don't expect you or others to respond to every little thing. It's so beyond my ability to process, and it's evolving so rapidly, I am just sending it to those who have been supportive of me in the past couple of weeks. I can stop sending you updates for sure if it's too much.

**4/16/2025 3:46 PM (Viewed 4/16/2025 3:57 PM)**

Yvonne (7248587419)

🖤     to "I completely understand. I don't expect you or others to respond to every little thing. It's so beyond my ability to process, and it's evolving so rapidly, I am just sending it to those who have been supportive of me in the past couple of weeks. I can stop sending you updates for sure if it's too much."

**4/16/2025 5:25 PM (Read 4/16/2025 5:30 PM)**
iPhone (14122957136)

I still have your flowers by the way, and I still smell them every day. They are still good! Have very much been brightening my house.

17

Davis005326

can't say I wouldn't have done the exact same thing if the roles were reversed, but how embarrassing. I do still have to live in this town when all of this blows over one day. People aren't going to forget this.

**4/21/2025 5:36 PM (Read 4/21/2025 5:54 PM)**
iPhone (14122957136)



**4/21/2025 5:36 PM (Read 4/21/2025 5:54 PM)**
iPhone (14122957136)

Nice try, Chris & Devin. Too bad this doesn't get me my children back though. It doesn't matter what CPS says, because the restraining order was the amicus attorney's decision, and she is not getting rid of that without the hearing on May 1. Also, they got Ciel's name wrong. Nice.

**4/21/2025 5:56 PM (Viewed 4/21/2025 5:57 PM)**

Yvonne (7248587419)

🖤 to a photo

**4/21/2025 5:57 PM**

Yvonne (7248587419)

Glad to see those allegations were "ruled out"

Davis005327

is what this has come to. Not sure what he's trying to get out of it.

**5/11/2025 1:16 PM (Read 5/11/2025 1:17 PM)**
iPhone (14122957136)

File attachment with MIME type: image/png

**5/11/2025 1:18 PM (Viewed 5/11/2025 1:24 PM)**
Yvonne (7248587419)

Same to you! I hope you were able to have a nice weekend with the kids, despite the chaos.

**5/11/2025 1:25 PM (Read 5/11/2025 2:00 PM)**
iPhone (14122957136)

They are still here. We are going to the pool. I did think of baby Joy today though. I would have been 13 weeks yesterday. Probably would have started announcing more widely about her.

**5/11/2025 2:01 PM (Viewed 5/11/2025 2:02 PM)**
Yvonne (7248587419)

👥 to "They are still here. We are going to the pool. I did think of baby Joy today though. I would have been 13 weeks yesterday. Probably would have started announcing more widely about her."

**5/14/2025 12:10 AM (Read 5/14/2025 4:31 AM)**
iPhone (14122957136)

Happy happy birthday Yvonne! 🥳 🎂 🎈 🎁

**5/14/2025 12:11 AM (Read 5/14/2025 4:31 AM)**
iPhone (14122957136)

I hope you have a wonderful day! I will not forget the nice things you did for me and the way you showed up for me this winter and spring. Namely, the cupcakes for my promotion, and helping me to properly report Joy's father.

29

Davis005328

**5/14/2025 4:31 AM (Viewed 5/14/2025 4:32 AM)**

Yvonne (7248587419)

🖤    to "Happy happy birthday Yvonne! 🥳 🎂 🔎 🎁 "

**5/14/2025 4:32 AM**

Yvonne (7248587419)

Thank you! 😊

**5/15/2025 1:25 AM (Read 5/15/2025 4:49 AM)**
**iPhone (14122957136)**



**5/15/2025 1:25 AM (Read 5/15/2025 4:49 AM)**
**iPhone (14122957136)**

Well, well, well. A former colleagues of mine who is an avid tennis player came across this Facebook post and sent it to me: Look who apparently got himself a 2nd job just days after finding out he's on a legal hold and will be in Corpus Christi indefinitely? I wonder if it was to stay busy and do something

30

Davis005329

productive in the wake of his ruined career, or to fund that expensive criminal defense attorney of his...maybe both.

**5/15/2025 3:04 PM (Read 5/15/2025 3:28 PM)**
iPhone (14122957136)

What's funny is, he's back to doing what he did for 7 years after graduating from college before joining the Marines (which he did in order to get on a long-term career path): Coaching tennis here and there.

**5/16/2025 3:21 PM (Read 5/16/2025 3:25 PM)**
iPhone (14122957136)

My hCG level is 3. Officially not pregnant anymore. No more weekly blood draws.

Davis005330

**5/24/2025 5:02 AM (Read 5/24/2025 5:02 AM)**
iPhone (14122957136)



Good morning everyone,

We have a few updates for the junior squads and the Tuesday live balls with Chris:

Monday, Wednesday, and Thursday Junior Programs will be coached by Ronald Elizondo

Tuesday Junior Programs will be coached by Daniel Pino

Tuesday Live Balls will be coached by Ronald Elizondo

👍 3

👍 Like    💬 Comment    ⊘ Send    ↪ Share

HEB Tennis Center                ...

**5/24/2025 5:02 AM (Read 5/24/2025 5:02 AM)**
iPhone (14122957136)

Well this is interesting. Just a few weeks after Chris got hired as a coach by the HEB Tennis Center, it seems they quietly gave his classes away to other coaches. I am extremely curious as to why. Obviously, I'm secretly hoping it's because they somehow found out that he has potential criminal charges coming for a violent crime.

**5/24/2025 5:07 AM**

Yvonne (7248587419)

Or his Command found out and told him no

**5/24/2025 5:07 AM (Read 5/24/2025 5:07 AM)**
iPhone (14122957136)

Ah, that makes sense.

45

Davis005331

**5/25/2025 4:15 PM (Read 5/25/2025 4:19 PM)**

iPhone (14122957136)



Davis005332

**5/25/2025 4:15 PM (Read 5/25/2025 4:19 PM)**
iPhone (14122957136)



**5/25/2025 4:15 PM (Read 5/25/2025 4:19 PM)**
iPhone (14122957136)

> This was served to Chris today. I have two different lawyers who have teamed up pro bono to go after Chris.

**5/25/2025 4:22 PM (Read 5/25/2025 4:23 PM)**
iPhone (14122957136)

> Devin will be receiving the same letter maybe next week since he may have been involved. Please keep that on the down low.

**5/26/2025 3:47 PM (Read 5/26/2025 3:59 PM)**
iPhone (14122957136)

> To clarify, these two lawyers are going after Chris in a civil suit while we wait on the criminal investigation to play out.

Davis005333

50

**2/15/2026 8:27 PM (Read 2/16/2026 5:52 AM)**
iPhone (14122957136)



**2/15/2026 8:27 PM (Read 2/16/2026 5:52 AM)**
iPhone (14122957136)

A little bowling ball is on her way! 🎳 Joy Lielle Bowling- coming down the lane in August 2026. We can't wait to meet our bundle of JOY!

**2/15/2026 8:30 PM (Read 2/16/2026 5:52 AM)**
iPhone (14122957136)

That ultrasound was taken at 7 weeks- I am now 13 weeks, so she actually looks human and less like a white blob on a screen now. I have not announced this news widely yet (my mother and boss still don't know), so please keep it relatively quiet. 🤫

**2/16/2026 6:06 AM (Viewed 2/16/2026 8:06 AM)**

Yvonne (7248587419)

Wow! Congrats! I take it Marshall's last name is Bowling?

**2/16/2026 8:07 AM (Read 2/16/2026 8:08 AM)**
iPhone (14122957136)

Thank you! Yes, it's Bowling. 🎳

Davis005334

**2/19/2026 2:12 PM (Read 2/19/2026 2:22 PM)**
iPhone (14122957136)

> Made it to my second trimester! 14 weeks today. 🌼

**2/19/2026 2:22 PM**

Yvonne (7248587419)

Congrats! How are you feeling?

**2/19/2026 2:23 PM (Read 2/19/2026 2:31 PM)**
iPhone (14122957136)

> Definitely tired and nauseous, but it's also the first pregnancy I've had over the age of 35 lol. Maybe it's normal to feel this way as a geriatric pregnant woman.

**2/19/2026 2:32 PM**

Yvonne (7248587419)

😆 to "Definitely tired and nauseous, but it's also the first pregnancy I've had over the age of 35 lol. Maybe it's normal to feel this way as a geriatric pregnant woman."

**2/19/2026 2:32 PM**

Yvonne (7248587419)

Were you nauseous with the previous pregnancies?

**2/19/2026 2:32 PM**

Yvonne (7248587419)

Ice cold water with lemon helped me when I had a geriatric pregnancy

**2/19/2026 2:33 PM (Read 2/19/2026 2:37 PM)**
iPhone (14122957136)

> Yes, but I didn't need to literally start every day with a ginger ale and Nutrigrain bar or risk puking. It was more of a random thing with the other pregnancies. Something would trigger me maybe every few weeks, I would puke, and then it would be over.

106

Davis005335

**2/19/2026 2:34 PM (Read 2/19/2026 2:37 PM)**
iPhone (14122957136)

Also, I had no trouble swallowing pills before. I take a few different medications, and it's hit or miss as to whether I will puke while trying to take them, or puke shortly after taking them and wonder if I should take another pill.

**2/19/2026 2:34 PM (Read 2/19/2026 2:37 PM)**
iPhone (14122957136)

I was also wondering if it was the progesterone that I was on until 12 weeks. I figured that was exacerbating my symptoms, but I haven't taken it in two weeks now and they have persisted.

**2/19/2026 2:41 PM (Read 2/19/2026 3:23 PM)**
iPhone (14122957136)

File attachment with MIME type: audio/mp4

**2/19/2026 2:41 PM (Read 2/19/2026 3:23 PM)**
iPhone (14122957136)

Here is her heartbeat at my last appt at 10 weeks. This was my OB using the doppler.

**2/19/2026 2:42 PM (Read 2/19/2026 3:23 PM)**
iPhone (14122957136)

File attachment with MIME type: image/heic

107

Davis005336

**2/19/2026 2:42 PM (Read 2/19/2026 3:23 PM)**
iPhone (14122957136)



**2/19/2026 2:42 PM (Read 2/19/2026 3:23 PM)**
iPhone (14122957136)



**2/19/2026 2:42 PM (Read 2/19/2026 3:23 PM)**
iPhone (14122957136)

Here are my monthly bump photos so far from December, January, and February.

Davis005337

108

**2/19/2026 3:24 PM (Viewed 2/19/2026 3:28 PM)**

Yvonne (7248587419)

No offense but that's what my belly looked like after taquitos on Tuesday night 🤣🤣🤣🤣 but I noticed it's the same dress as your other pregnancies too!

**2/19/2026 3:29 PM (Read 2/19/2026 3:34 PM)**
iPhone (14122957136)

Yes, it's the exact same shirt! It's a stretchy long shirt. Everyone thinks it's a dress.

**2/24/2026 1:27 PM (Read 2/24/2026 1:28 PM)**
iPhone (14122957136)

File attachment with MIME type: audio/mp4

**2/24/2026 1:27 PM (Read 2/24/2026 1:28 PM)**
iPhone (14122957136)

I had an OB/GYN appt today- here is baby girl's heartbeat at 14 weeks!

**3/9/2026 7:34 PM (Read 3/9/2026 7:36 PM)**
iPhone (14122957136)



109

**Davis005338**

**3/9/2026 7:34 PM (Read 3/9/2026 7:36 PM)**
iPhone (14122957136)

16 weeks! My mom finally knows. Kids don't know yet. And I haven't officially announced to the world yet.

**3/12/2026 6:55 PM (Read 3/12/2026 7:18 PM)**
iPhone (14122957136)



Davis005339

**3/12/2026 6:55 PM (Read 3/12/2026 7:18 PM)**
iPhone (14122957136)



**3/12/2026 6:55 PM (Read 3/12/2026 7:18 PM)**
iPhone (14122957136)

Almost a year later, Chris Cooprider finally moved out! No more murderer next door! He is still the owner of the house, but at least he's not living there.

**3/16/2026 7:23 PM (Read 3/16/2026 7:37 PM)**
iPhone (14122957136)



**3/16/2026 7:23 PM (Read 3/16/2026 7:37 PM)**
iPhone (14122957136)

Well life just gets more and more interesting. I went to a local pregnancy center today for a free non-medical ultrasound (the director and I have become friends over the last year). My favorite photo that I got out of it was of the baby propping

111

Davis005340

her legs and feet up on her sister's head like an ottoman. You read that correctly. 👶👶👹

**3/16/2026 7:39 PM (Viewed 3/16/2026 7:45 PM)**

Yvonne (7248587419)

😲 to "Well life just gets more and more interesting. I went to a local pregnancy center today for a free non-medical ultrasound (the director and I have become friends over the last year). My favorite photo that I got out of it was of the baby propping her legs and feet up on her sister's head like an ottoman. You read that correctly. 👶👶👹 "

**3/16/2026 7:40 PM (Viewed 3/16/2026 7:45 PM)**

Yvonne (7248587419)

Could be why your first trimester symptoms were more intense too.

**3/16/2026 7:40 PM (Viewed 3/16/2026 7:45 PM)**

Yvonne (7248587419)

And... Happy Birthday!!! What a gift 🎁

**3/16/2026 7:40 PM (Viewed 3/16/2026 7:45 PM)**

Yvonne (7248587419)

When is your next OB appt?

**3/16/2026 7:41 PM (Viewed 3/16/2026 7:45 PM)**

Yvonne (7248587419)

And your OB has taken an ultrasound yet? Because I think they should have noticed two

**3/16/2026 7:44 PM (Viewed 3/16/2026 7:45 PM)**

Yvonne (7248587419)

Although, if it was early in the first trimester it can happen

**3/16/2026 7:46 PM (Read 3/16/2026 7:47 PM)**
iPhone (14122957136)

Somehow this was not detected during any of my first THREE prenatal appointments at my OB/GYN's office, including an early ultrasound at 7 weeks!!!

Davis005341

**3/16/2026 7:46 PM (Read 3/16/2026 7:47 PM)**
iPhone (14122957136)

> And I would not have found out for a few more weeks if I didn't \*happen\* to know someone who owns a crisis pregnancy center who let me come in for a "model sono" for teaching purposes! I would have found out at the anatomy ultrasound on March 31!

**3/16/2026 7:46 PM (Read 3/16/2026 7:47 PM)**
iPhone (14122957136)

> They should both be girls. I had chromosomal testing done twice earlier on, and both times it said it was a girl. A quick Google search tells me that if even one of them was a boy, it would have said boy.

**3/16/2026 7:50 PM**

Yvonne (7248587419)

> A quick Google search told me it was possible to miss one twin on first trimester ultrasound due to positioning…. if one is behind the other, or on the other side of the placenta, or if they share an amniotic sac

**3/16/2026 7:50 PM**

Yvonne (7248587419)

> Alex is quickly getting outnumbered

**3/16/2026 7:52 PM (Read 3/16/2026 7:52 PM)**
iPhone (14122957136)

> It's funny, I always wanted identical twin girls. My whole life, since I was a kid.

**3/16/2026 7:52 PM**

Yvonne (7248587419)

> How has Marshall been with this?

113

Davis005342

**3/16/2026 7:52 PM (Read 3/16/2026 7:52 PM)**
iPhone (14122957136)

> They did say that they don't share a sac. As they put it, they have two different bedrooms. I'm wondering what the odds are that they are identical...

**3/16/2026 8:04 PM**

Yvonne (7248587419)

We're having a storm right now and our power is going out and on and out again so your messages may not come through (and mine may not go out).

**3/16/2026 8:04 PM (Read 3/16/2026 8:06 PM)**
iPhone (14122957136)

> Marshall is thrilled. He called his parents up and told them, then they both called me. They have never done that before and it was adorable. His mom told me she loved me before she hung up. 😎 We weren't even finished telling close friends and family I'm pregnant at all yet! My kids still don't know that I'm pregnant. So it's wild because now we are having to do a mix of calling people back to update them that there are two, and others are going to find out that I'm having twins from the get-go.

**3/16/2026 8:06 PM (Viewed 3/16/2026 8:07 PM)**

Yvonne (7248587419)

🖤      to "Marshall is thrilled. He called his parents up and told them, then they both called me. They have never done that before and it was adorable. His mom told me she loved me before she hung up. 😎 We weren't even finished telling close friends and family I'm pregnant at all yet! My kids still don't know that I'm pregnant. So it's wild because now we are having to do a mix of calling people back to update them that there are two, and others are going to find out that I'm having twins from the get-go."

**3/16/2026 8:26 PM (Read 3/17/2026 4:10 AM)**
iPhone (14122957136)

> And by God, so much is about to change. It's only been a few hours and already I'm thinking of how 1) not only am I having double the babies, but they are likely coming at least a month sooner. Twins don't go to 40 weeks- 36 is considered full term for twins, and they frequently come at 35 weeks or earlier. 2)

114

Davis005343

I'm likely going to have a major abdominal surgery for the first time instead of a normal birth since I'm pretty sure C-section is the standard for multiples. So I will have a longer, more painful, unprecedented recovery period with twice the babies depending on me. 3) The pumping.  OHhh the pumping and feeding. 4) I'm going to have far less help. My mom is 78 now and walks with a cane, and she can't even carry or stand up with one baby any more, so she won't be able to watch them long on her own. She is a lap grandma now. Devin is obviously not going to be here to help with the older 3. 5) I'm going to have to find a daycare that has room for TWO infants. It's a miracle these days to find a spot for one.

Aside from all of that, I swear I am super excited! 😆

**3/17/2026 4:14 AM (Viewed 3/17/2026 10:03 AM)**

Yvonne (7248587419)

If you've had all your other babies vaginally, I think with a supportive OB care team, you will be able to do so with twins as long as at least one of them is head down. But be prepared for an emergency c-section

**3/17/2026 4:15 AM (Viewed 3/17/2026 10:03 AM)**

Yvonne (7248587419)

Is Ciel 9 and Cali almost 8? You'd be surprised how much they'll be able to help! If not with the twins, keeping Alex in line!

**3/17/2026 4:16 AM (Viewed 3/17/2026 10:03 AM)**

Yvonne (7248587419)

Plus Marshall. He seems like he's happy, supportive, and wants to be involved

**3/17/2026 4:53 AM (Viewed 3/17/2026 10:03 AM)**

Yvonne (7248587419)

Happy Birthday 🎂 🥳 🎉 ☘️    ☘️ Happy St. Patrick's Day!

**3/17/2026 6:00 PM (Read 3/17/2026 6:00 PM)**
iPhone (14122957136)

Thank you!!! ☘️    🍀 ☘️

Davis005344

**3/17/2026 7:45 PM (Read 3/17/2026 7:47 PM)**
iPhone (14122957136)



**3/17/2026 7:45 PM (Read 3/17/2026 7:47 PM)**
iPhone (14122957136)

Even pregnant with twins, I still wear this shirt every year on my birthday! 15 years and counting if you can believe that!

**3/17/2026 7:47 PM (Viewed 3/17/2026 7:51 PM)**

Yvonne (7248587419)

😲 to "Even pregnant with twins, I still wear this shirt every year on my birthday! 15 years and counting if you can believe that! "

**3/17/2026 7:47 PM (Viewed 3/17/2026 7:51 PM)**

Yvonne (7248587419)

Wow when you say it like that... I feel ancient lollll

**3/17/2026 7:51 PM (Read 3/17/2026 7:52 PM)**
iPhone (14122957136)

*Whispers* We are ancient!

116

Davis005345

**3/19/2026 3:33 PM (Read 3/19/2026 3:38 PM)**
iPhone (14122957136)



**3/19/2026 3:33 PM (Read 3/19/2026 3:38 PM)**
iPhone (14122957136)

At my doctor's office right now. Was just supposed to be for a regular ultrasound followed by an appt with the OB, but since the twins are 18 weeks today they did a full-on anatomy ultrasound! Here is a video, pics incoming.

**3/19/2026 3:39 PM (Viewed 3/19/2026 3:43 PM)**
Yvonne (7248587419)

The way they are kicking each other.... are they sharing an amniotic sac?

**3/19/2026 4:32 PM (Read 3/19/2026 4:52 PM)**
iPhone (14122957136)

No, they fortunately have their own sacs.

**3/19/2026 4:32 PM (Read 3/19/2026 4:52 PM)**
iPhone (14122957136)

Apparently the chromosomal test I had done doesn't say what type of twins they are, and we can't tell from the ultrasound because it's still a little early. So now we have to find out if my insurance company will cover a different brand's chromosomal test (those things run in the thousands) so we can find out what type of twins they are. Otherwise, I have to go to an MFM to find out.

117

Davis005346

**3/19/2026 4:38 PM (Read 3/19/2026 4:52 PM)**
iPhone (14122957136)



**3/19/2026 4:38 PM (Read 3/19/2026 4:52 PM)**
iPhone (14122957136)



**3/19/2026 4:38 PM (Read 3/19/2026 4:52 PM)**
iPhone (14122957136)

Twin A and Twin B 👶 👶

**3/29/2026 8:17 PM (Read 3/29/2026 8:53 PM)**
iPhone (14122957136)

File attachment with MIME type: image/png

**3/29/2026 8:17 PM (Read 3/29/2026 8:53 PM)**
iPhone (14122957136)

Here is the video of my kids finding out that I'm pregnant and that it's twins! This was Wednesday.

**3/29/2026 8:21 PM (Read 3/29/2026 8:53 PM)**
iPhone (14122957136)

File attachment with MIME type: image/png

118

**Davis005347**

**3/29/2026 8:21 PM (Read 3/29/2026 8:53 PM)**
iPhone (14122957136)

> My oldest Ciel (9) is so precious. She was crying happy tears. Cali (7) is hilarious- "FIVE kids?!"

**3/30/2026 3:19 PM (Read 3/30/2026 4:08 PM)**
iPhone (14122957136)



Davis005348

**3/30/2026 3:19 PM (Read 3/30/2026 4:08 PM)**
iPhone (14122957136)



**3/30/2026 3:19 PM (Read 3/30/2026 4:08 PM)**
iPhone (14122957136)

The twins are identical!!! 🫶 👶 👶 🫶 I wanted identical twin girls my Entire. Life. What were the odds!

**4/5/2026 6:34 AM (Viewed 4/5/2026 7:28 AM)**

Yvonne (7248587419)

Happy Easter 🐣 🌷 🎊 🐰!

120

Davis005349