IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-220 |
| | § | |
| CHRISTOPHER COOPRIDER, AID | § | |
| ACCESS GMBH & REBECCA GOMPERTS, | § | |
| | § | |
| *Defendants*. | § | |

## DEFENDANT CHRISTOPHER COOPRIDER'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

**TO THE HONORABLE COURT:**

Defendant Christopher Cooprider ("Defendant") hereby gives notice that the following

person will appear as additional counsel for Defendant in the above-numbered and entitled cause:

Victoria L. Jimenez
Federal Bar No. 2522937
State Bar No. 24060021
vjimenez@thompsoncoe.com
Thompson, Coe, Cousins & Irons, L.L.P.
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210/Fax: (713) 403-8299

Defendant respectfully requests the above counsel be added to the service list in this case

and that the parties take notice of her entry of appearance and that she be copied on all notices,

correspondence, and other papers related to this suit.

**Notice of Appearance for Additional Counsel**                                                                 Page -1

Respectfully submitted,

*/s/ Victoria L. Jimenez*

Beth Klein
Colorado Bar No.  17477
S.D. Tex. Bar No. 3934133
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado  81621
Email beth@bethklein.com
Phone 303-448-8884

**-    AND –**

Mikel C. Watts
Texas State Bar No. 20981820
Federal Bar ID: #12419
Mikel@wattsllp.com
WATTS LAW FIRM, LLP
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501

-    **AND –**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By:   */s/ Victoria L. Jimenez*

Barry A. Moscowitz
Federal Bar No. 31054
State Bar No. 24004830
bmoscowitz@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
Telephone: (214) 871-8200
Fax: (214) 871-8209

Victoria L. Jimenez
Federal Bar No. 2522937
State Bar No. 24060021
vjimenez@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Fax: (713) 403-8299

**ATTORNEYS FOR DEFENDANT
CHRISTOPHER COOPRIDER**

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

*/s/ Victoria L. Jimenez*

Victoria L. Jimenez