United States District Court
Southern District of Texas
**ENTERED**
June 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court are Defendant Christopher Cooprider's motion to compel discovery, motion to enforce third party subpoena, and motion for sanctions. (D.E. 38); (D.E. 62); (D.E. 69). After review, the Court **DENIES as moot** Defendant Cooprider's motions. (D.E. 38); (D.E. 62); (D.E. 69).

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
         June 5th, 2026

1 / 1