UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the plaintiff Liana Davis.

Respectfully submitted.

/s/ John C. Sullivan
JOHN C. SULLIVAN
Texas Bar No. 24083920
S|L Law PLLC
610 Uptown Boulevard, Suite 2000
Cedar Hill, Texas 75104
(469) 523-1351 (phone)
(469) 613-0891 (fax)
john.sullivan@the-sl-lawfirm.com

Dated: June 5, 2026

*Counsel for Plaintiff*

APPEARANCE OF COUNSEL

## CERTIFICATE OF SERVICE

I certify that on June 5, 2026, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

BARRY MOSCOWITZ
Thompson Coe
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8275
(214) 909-7236

*Counsel for Defendant Christopher Cooprider*

    /s/ John C. Sullivan
JOHN C. SULLIVAN
*Counsel for Plaintiff*