United States District Court
Southern District of Texas
**ENTERED**
June 08, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REFERRING MOTIONS TO QUASH SUBPOENA

Before the Court are non-party City of Corpus Christi Police Department's ("CCPD")

motions to quash subpoena. (D.E. 43); (D.E. 44). Pursuant to 28 U.S.C. § 636, the Court now

**REFERS** CCPD's motions to quash subpoena to Magistrate Judge Jason Libby for resolution.

(D.E. 43); (D.E. 44). This Order also prospectively refers all procedural matters related to the

instant motions to Judge Libby.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
June 2̶7̶, 2026