UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

               Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

               Defendants.

Case No. 2:25-cv-220

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

     I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the plaintiff Liana Davis.

                              Respectfully submitted.

                             */s/ Cliff P. Riley*
                             Cliff P. Riley
                             Texas Bar No. 24094915
                             S|L Law PLLC
                             610 Uptown Boulevard, Suite 2000
                             Cedar Hill, Texas 75104
                             (805) 428-3304 (phone)
                             cliff.riley@slfirm.com

Dated: June 8, 2026               *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that on June 8, 2026, I served this document through CM/ECF upon:

Mikal C. Watts
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

Beth Klein
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

Barry Moscowitz
Thompson Coe
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8275
(214) 909-7236

*Counsel for Defendant Christopher Cooprider*

         */s/ Cliff P. Riley*
         Cliff P. Riley
         *Counsel for Plaintiff*