UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

                    Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

                    Defendants.

Case No. 2:25-cv-220

### PLAINTIFF'S STATUS REPORT

The parties are attempting to negotiate a stipulated agreement to appoint a new forensics expert and provide Ms. Davis's second cell phone to that expert. The Court ordered the parties to negotiate and notify the Court of their progress by 12:00 P.M. on June 9, 2026. Ms. Davis respectfully submits this report in accordance with the Court's instructions.

The parties have exchanged proposals but have not yet reached agreement. The parties are still negotiating over the following issues:

1.    Mr. Cooprider's legal team wants Russell Chozick to serve as the forensics expert. Mr. Mitchell is willing to have Mr. Chozick serve as the expert only if he agrees to accept a court appointment and report directly to the Court, and if he executes a sworn affidavit attesting that he has no prior relationship with any of the parties or attorneys in this case. Mr. Mitchell has reached out to Mr. Chozick to discuss whether he would be willing to agree to those conditions but has not yet heard back from him.

2.    Mr. Mitchell wants the agreed-upon forensics expert to be appointed by the Court and report directly to the Court. Mr. Cooprider's attorneys are resisting that provision of Mr. Mitchell's draft stipulation.

3.    Mr. Cooprider's legal team is insisting that that stipulation compel Ms. Davis to turn over not only her second iPhone but "all devices containing potentially relevant electronic data, images, information, metadata, etc.," including "children's toys" in her home that "have recording technology." *See* Exhibit 3. Mr. Mitchell is unwilling to agree to that because Mr. Cooprider has not served a discovery request of that breadth, and Mr. Mitchell would object if he did. The RFPs that Mr. Cooprider served on May 13, 2026, refer to Ms. Davis's "current I-phone, all phones you have used between 1/1/2025 and the present and all computers you have used between 1/1/2025 and the present and ICloud remote storage." The motion for sanctions that Mr. Cooprider filed on May 29, 2026, refers only to Ms. Davis's second iPhone that was mentioned during her deposition, and the Court's minute-entry order that was sent yesterday at 11:23 A.M. instructs the parties to confer on the "process for extraction of the second phone and a new expert." Mr. Mitchell regards these demands for children's toys as a last-minute attempt to move the goalposts and sabotage the possibility of agreement. Mr. Mitchell wants the stipulation limited to the production of the second cell phone and the appointment of a forensics expert.

Mr. Moscowitz e-mailed Mr. Mitchell at 11:34 A.M. this morning with some concessions, and Mr. Mitchell believes that there is a reasonable chance that the parties will reach agreement (or something close to a complete agreement) by the end of the week. Ms. Davis therefore respectfully asks the Court to allow the parties to continue negotiating until close of business on June 12, 2026, to see if a stipulated agreement and proposed order can be reached.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: June 9, 2026                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 9, 2026, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

*Counsel for Defendant*
*Christopher Cooprider*

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
*Counsel for Plaintiff*