

**From:** **Jonathan Mitchell** jonathan@mitchell.law 📎
**Subject:** revised proposed draft stipulation
**Date:** June 11, 2026 at 2:41 PM
**To:** Moscowitz, Barry BMoscowitz@thompsoncoe.com, Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Talcott Franklin tal@tfpc.me, Jimenez, Victoria VJimenez@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com, Dupen, Craig CDupen@thompsoncoe.com
**Cc:** damon.oconnell@trustarray.com

Counsel:

Attached are my edits to the draft stipulation that Barry circulated on June 9. I have attached both redline and clean versions. Comments and proposed edits are welcome.

I have cc'd Damon O'Connell of Array (Mr. Chozick's company) on this e-mail. Damon, you are welcome to offer edits in redline to the proposed stipulation.

—Jonathan



**Davis v. Cooprider
Joint Status Report ...**
72 KB

**Davis v. Cooprider
Joint Status Report ...**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**