UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

### PARTIES' STIPULATION AND PROPOSED ORDER

The parties stipulate and respectfully ask the Court to order as follows:

1. The parties agree and recommend to the Court that Russell Chozick of Array be appointed by the Court to serve as a neutral custodian of the previously collected and still to-be-collected electronic data evidence.[1] The data previously collected by forensics expert George Vasiliou has all been preserved as collected, and Mr. Vasiliou is sending the imaged data to Austin, Texas so that the transfer to Mr. Chozick may be immediately facilitated once the Court has approved. Mr. Cooprider's attorneys will bear the costs, if any, incurred by the need to transfer these data.

2. Mr. Chozick will report directly to the Court and will secure and securely hold the data evidence as a custodian for the duration of the case or until he is released by the Court. At the conclusion of the case, which is defined as either: (a) the moment a final judgment or final decision of this Court becomes final either by the conclusion of appellate review or when the time for seeking appellate review expires; or (b) the moment at which the parties dismiss all pending claims and/or counterclaims as part of a settlement or a voluntary withdrawal of the claims, Mr. Chozick will destroy all of the data evidence and passwords and will provide a certification of destruction.

3. The parties or their attorneys or representatives may communicate with the court-appointed forensics expert about scheduling the transfer of data

---

1. Mr. Chozick's firm is located in Austin, Texas and has no prior relationship with the parties in this case.

**Deleted:** approved

**Deleted:** The agreed upon forensics expert

**Deleted:** such time as

**Deleted:** or she

**Deleted:** either

**Formatted:** Font color: Text 1

**Deleted:** a final appealable Order from this Court or a final Order from either the Fifth Circuit Court of Appeals or the United States Supreme Court

**Deleted:** the agreed upon forensics expert

**Deleted:** agreed upon

**Deleted:** and was selected as convenient for Ms. Davis to travel in order to be present and facilitate access to the data maintained in her cloud-based services. Due to Ms. Davis's device and Apple security settings, no remote downloads can be performed without her physical presence…

from George Vasiliou, arranging for the collection of electronic devices, or other procedural matters related to the transfer of data or collection of electronic devices provided counsel of record are copied on any such communication, but they must include opposing counsel and the Court on all such communications.

4. Under no circumstance may the parties or their attorneys or representatives communicate with the court-appointed forensics expert or his company unless the opposing party's counsel and the Court are notified and included on the communications and the Court approves the proposed communication in advance.

5. Under no circumstance may the court-appointed forensics expert examine or search the data evidence unless he: (a) receives a signed ESI order of the Court; and (b) notifies the Court and counsel for each party before examining or searching any of the data evidence pursuant to a signed ESI order of the Court.

6. Under no circumstance may the parties or their attorneys or representatives access or attempt to access the data evidence held by the court-appointed forensics expert unless the opposing party's counsel and the Court are notified and the Court approves the requested access in advance. The court-appointed forensics expert must notify the Court and counsel for each party if anyone accesses or attempts to access the data evidence in his possession, custody, or control.

7. Ms. Davis will provide to the agreed upon forensics expert the cell phone used to record Mr. Cooprider on the night of April 5, 2025. Ms. Davis will provide this phone, and any other device containing potentially relevant electronic data, images, information, metadata, etc. within seven (7) days of this Order.

**Deleted:** .

**Deleted:** 4

**Deleted:** agreed upon

**Deleted:** is provided with

**Deleted:** O

**Deleted:** .

**Deleted:** ¶

**Deleted:** 6

**Deleted:** all containing potentially relevant electronic data, images, information, metadata, etc., including but not limited to

**Deleted:** three

**Deleted:** 3

**Deleted:** 7.→ Ms. Davis will cooperate fully and timely in accommodating the parties' reasonable requests to provide the agreed upon forensics expert with the necessary passwords, two-step security protocol approvals, and so forth to access, retrieve, mirror, secure, and securely hold all potentially relevant data stored on any cloud-based accounts including social media sites, email service providers, data storage providers, etc. ¶
¶
8.→ Ms. Davis and Ms. Davis's attorneys and representatives must provide certification by June 12, 2026 that they have completed a full search of all Ms. Davis's devices to identify, preserve, and produce all such devices containing discoverable electronic data, under the penalty of sanctions.[2] ¶

Dated: June 8, 2026                         Respectfully submitted.

 /s/ Jonathan F. Mitchell             /s/ Mikal C. Watts
JONATHAN F. MITCHELL                 MIKAL C. WATTS
  *Attorney-in-Charge*                 *Attorney-in-Charge*
Texas Bar No. 24075463               Texas Bar No. 20981820
S.D. Tex. Bar No. 1133287            Watts Law Firm LLP
Mitchell Law PLLC                    811 Barton Springs #725
111 Congress Avenue, Suite 400       Austin, Texas 78704
Austin, Texas 78701                  (512) 479-0500 (phone)
(512) 686-3940 (phone)               (512) 479-0501 (fax)
                                     mikal@wattsllp.com
(512) 686-3941 (fax)
jonathan@mitchell.law                *Counsel for Defendant*
                                     *Christopher Cooprider*
*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

I certify that on June 12, 2026, I served this document through CM/ECF upon:

**Deleted:** June 11, 2026

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

*Counsel for Defendant*
*Christopher Cooprider*

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff*