**From:** **Damon O'Connell** Damon.OConnell@trustarray.com
**Subject:** RE: revised proposed draft stipulation
**Date:** June 12, 2026 at 10:12 AM
**To:** Jonathan Mitchell jonathan@mitchell.law, Moscowitz, Barry BMoscowitz@thompsoncoe.com, Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Talcott Franklin tal@tfpc.me, Jimenez, Victoria VJimenez@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com, Dupen, Craig CDupen@thompsoncoe.com
**Cc:** Russell Chozick Russell.Chozick@trustarray.com

Jonathan,

Thank you for sharing the edits to the draft stipulation. After reviewing, my only suggestion would be to remove Russell Chozick's name and instead use Array, LLC as the company. This adjustment helps clarify that there are several team members involved who will be handling the matter, rather than a single individual.

Please let me know if you have any questions or need further input.

Best regards,
Damon



**Damon O'Connell**
**VP of Business Development**
**M 512.653.7387**
trustArray.com

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Thursday, June 11, 2026 4:41 PM
**To:** Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Beth Klein <beth@bethklein.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Dupen, Craig <CDupen@thompsoncoe.com>
**Cc:** Damon O'Connell <Damon.OConnell@trustarray.com>
**Subject:** revised proposed draft stipulation

You don't often get email from jonathan@mitchell.law. Learn why this is important

Counsel:

Attached are my edits to the draft stipulation that Barry circulated on June 9. I have attached both redline and clean versions. Comments and proposed edits are welcome.

I have cc'd Damon O'Connell of Array (Mr. Chozick's company) on this e-mail. Damon, you are welcome to offer edits in redline to the proposed stipulation.


—Jonathan



----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**