UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

                    Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

                    Defendants.

Case No. 2:25-cv-00220

### DECLARATION OF JONATHAN F. MITCHELL

1.    My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2.    I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.    I represent plaintiff Liana Davis in this litigation, and I submit this declaration in support of the plaintiff's status report of June 12, 2026.

4.    The documents attached as Exhibits 1 through 10 to this motion are authentic copies of e-mails that I sent or received between May 28, 2026, and June 12, 2026.

5.    The factual assertions made in the status report are truthful and within my personal knowledge.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Dated: June 12, 2026

*Jonathan F. Mitchell*

JONATHAN F. MITCHELL