UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

### PLAINTIFF'S MOTION TO FILE EXHIBIT UNDER SEAL

Plaintiff Liana Davis respectfully asks this Court for permission to file the transcript of her deposition under seal. The deposition was tainted by questions from Mr. Cooprider's attorney that were based on data that that had been unlawfully obtained from Ms. Davis's iPhone. This Court has already found that Cooprider's lawyers and forensics expert George Vasiliou violated its order of May 14, 2026, by accessing and examining data on Ms. Davis's iPhone. The deposition transcript should remain sealed until the Court resolves the extent to which Mr. Vasiliou and Cooprider's lawyers improperly accessed material and information on Ms. Davis's iPhone and other devices.

Ms. Davis also asks the Court to order the parties to designate and treat Ms. Davis's deposition transcript as "highly confidential — attorneys' eyes only" until the full extent of the violations committed by Mr. Vasiliou and Mr. Cooprider's legal team are uncovered and appropriate remedies are imposed.

We will be filing the deposition transcript separately as ECF No. 86.

Respectfully submitted.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: June 14, 2026                    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on June 14, 2026, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

BARRY MOSCOWITZ
VICTORIA JIMENEZ
OLIVER HAMBY
Thompson Coe LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 (phone)
(214) 871-8209 (fax)
bmoscowitz@thompsoncoe.com
vjimenez@thompsoncoe.com
ohamby@thompsoncoe.com

*Counsel for Defendant Christopher Cooprider*

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
*Counsel for Plaintiff*