United States District Court
Southern District of Texas
**ENTERED**
June 15, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

LIANA DAVIS,                              §
                                         §
        Plaintiff,                       §
                                         §
v.                                       §        CIVIL ACTION NO. 2:25-CV-00220
                                         §
CHRISTOPHER COOPRIDER, *et al.*,         §
                                         §
        Defendants.                      §

## ORDER

Before the Court are Plaintiff Liana Davis's motion to seal exhibit, (D.E. 71), and motion to seal deposition transcript of Liana Davis. (D.E. 85). On May 5, 2026, the Court granted in part the Parties' motion for protective order. (D.E. 64). Pursuant to the Protective Order, (D.E. 65), to file a document under seal, the Parties may move the Court to file under seal any documents that meet the standard for sealing judicial records articulated by the Fifth Circuit in *June Medical Services, L.L.C. v. Phillips*, 22 F.4th 512 (5th Cir. 2022). Plaintiff's motions do not address the standard for sealing as articulated in *June Medical Services, L.L.C. See generally* (D.E. 71); (D.E. 85). Accordingly, the Court **DENIES without prejudice** Plaintiff's motion to seal exhibit, (D.E. 71), and motion to seal deposition transcript of Liana Davis, (D.E. 85).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: San Diego, California
        June 15th, 2026

1 / 1