UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, | * | |
| Aid Access GmbH, & | * | |
| Rebecca Gomperts, | * | |
| | * | |
| Defendants. | * | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME UNTIL JULY 1, 2026 TO RESPOND TO  PLAINTIFF'S MOTION TO REQUIRE PRODUCTION OF COMMUNICATIONS AND DOCUMENTS**

Counter-Plaintiff Christopher Cooprider ("COOPRIDER")  requests until July 1,  2026 to respond to Plaintiff's Motion To Require Production of Communications and Documents.

1.      Plaintiff filed her Motion to Require Production on June 14, 2026, and the response is due on  June 28, 2026.

2.      On June 17, 2026, Plaintiff filed her Renewed Motion to Seal the deposition of Liana Davis.  The response to this Motion is due on July 1, 2026,

3.      These motions are repetitive and involve the same general factual and legal analysis.

4.      Defendant requests until July 1, 2026 to file his Response to Request Production of Communications and Documents so that the two responses can be coordinated.

5.      Undersigned Counsel conferred, and this motion is unopposed.

WHEREFORE, for the foregoing reasons, Defendant requests to and including July 1, 2026 to file his Response.

1

Respectfully submitted,
WATTS LAW FIRM LLP

By: /s/ Mikal C. Watts
Mikal C. Watts
WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE FOR CHRISTOPHER COOPRIDER

Beth A. Klein
BETH KLEIN, P.C.
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

Barry A. Moscowitz
Texas State Bar No. 24004830
Federal Bar ID No. 31054
bmoscowitz@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

CERTIFICATE OF SERVICE

I certify that on June 22, 2026 I SERVED the foregoing via ECF on all counsel of record.

/s/ Beth A. Klein
Beth A. Klein

2