United States District Court
Southern District of Texas
**ENTERED**
June 23, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## **ORDER**

Before the Court is Defendant Christopher Cooprider's unopposed motion for extension of time. (D.E. 91). Defendant requests leave to file his response to Plaintiff's motion to require production, (D.E. 84), and renewed motion to seal, (D.E. 88). (D.E. 91, p. 1). After review, the Court **GRANTS** Defendant's motion. (D.E. 91). Defendant may file a response, if any, to Plaintiff's motion to require production and renewed motion to seal **on or before July 1, 2026.** The Court further **SETS** a hearing to discuss Plaintiff's motions, (D.E. 84); (D.E. 88), before the undersigned on **July 9, 2026, at 10:00 a.m.**[1]

SO ORDERED.

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
        June 23rd, 2026

---

[1] Parties may access the hearing via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Meeting ID: 161 544 4251
Password: 020679