CAUSE NO. _____

| | | |
|---|---|---|
| IN THE MATTER OF | § | IN THE JUSTICE COURT |
| | § | |
| | § | |
| Marshall Bowling, and | § | |
| Liana Davis | § | PRECINCT 2, PLACE 2 |
| RESPONDENTS | § | |
| | § | |
| | § | NUECES COUNTY, TEXAS |

## APPLICATION FOR PEACE BOND

I, Applicant Danny Cooprider, submit this application for a Peace Bond to be posted by Respondents Marshall Bowling and Liana Davis. Applicant has reason to believe and does believe based upon specific recent behavior, acts, attempts, or threats which are specifically detailed below that Respondents have threatened to commit and are about to commit an offense against Applicant's person or property as described:

INCIDENT # 1: September 24, 2025 starting at approximately 07:08 p.m. (see video) Marshall Bowling made numerous threats and vulgarities, including:

07:09 p.m. *I know exactly where you live … 07:19 p.m. Where's your wife at, back home by herself?*

07:10 p.m. *I'll find you … away from this house.*

07:11 p.m. *I'll come find you.*

07: 11 p.m. *You better wipe that smile off your face.*

07:12 p.m. *I'll be in contact real soon.*

07:16 p.m. *I'll see you away from this house.*

07:17 p.m. *Fuck off and go fuck yourself douchebag.*

07:18 p.m. *Go back in your house before you get involved in something you shouldn't.*

07:18 p.m. *Shut the fuck up dude.*

Marshall also approached several times briskly in a physically intimidating manner. (see video at 07:10 p.m. and 07:18 p.m.)

Incident concluded at 07:19 p.m. with my returning to the garage where I'd been working before this began.

Corpus Christi Police called and arrived at 07:43 p.m. Report Number 2509039642. Officers V. Fabie (15223) and J. Unruh (19573). Police were shown the security cameras and their placement. They were explicitly asked if they saw any problem or anything illegal about the cameras and stated they are lawful.

Liana Davis, property owner, arrived at 07:45 p.m.

Marshall Bowling departed at 07:49 p.m.

CCPD concluded their interview with me and attempted to speak to Bowling who had already departed.

INCIDENT # 2: September 26, 2025 starting at approximately 03:12 p.m. (see video). Davis taking videos of security camera placements around the entirety of the property, including while I was working to tidy up the appearance. She has done this (taking videos) on numerous occasions while appearing to be talking with others at the same time. Our property, and indeed our safety, is already jeopardized by Davis and her filing of unfounded legal claims drawing national attention. This danger is what led to heightened security measures being installed. Now she is 'casing' the property to identify any spots where there may be vulnerabilities and apparently communicating those to others.

Corpus Christi Police were summoned (Report number 2509044433).

<u>Address/Phone Number/Email of Respondents:</u>  6329 Oso Parkway, Corpus Christi, TX 78414 / (512) 825-6430

Physical Description of Respondents:

<u>Subject # 1:</u> Marshall Bowling Sex: Male Age: 44 Height: 5' 9" Weight:  180 lbs.

Hair *(color & length)*: Dark Medium length          Eye Color: Unknown

Other identifying information: 2002-2006 White GMC Yukon XL, TX Lic: TLS 2087.

Relationship of Applicant to Respondent *(check one)*:

☐ None ☐ Spouse ☐ Parent  ☐ Friend  ☐ Adult ☐ Child   XX Neighbor


<u>Subject # 2:</u> Liana Davis Sex: Female Age: 37 Height: 5' 5" Weight:  120 lbs.

Hair *(color & length)*: Blonde Medium length              Eye Color: Unknown

Other identifying information: White Mitsubishi SUV.

Relationship of Applicant to Respondent *(check one)*:

☐ None ☐ Spouse ☐ Parent  ☐ Friend ☐ Adult ☐ Child    XX Neighbor

_____          _____

Applicant's Signature                                     Date

6325 Oso Parkway, Corpus Christi, TX 78414 / (303) 378-8161
Address & Phone Number

dhcooprider@gmail.com
Email

**SWORN TO AND SUBSCRIBED** before me on _____, 20_____.


_____

CLERK OF THE JUSTICE COURT OR NOTARY