# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | |
|---|---|
| **Liana Davis** ) | |
| _Plaintiff_ ) ) ) | |
| v. ) ) | Civil Action No. 2:25-cv-220 |
| ) ) | |
| **Christopher Cooprider; Aid Access GmbH; Rebecca Gomperts** ) ) ) ) | |
| _Defendant_ | |

## AFFIDAVIT OF SERVICE

I, Veronica Escamilla, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 3, 2026, at 12:18 pm. I delivered these documents to MARY ANNA ZIARKO in Nueces County, TX on July 3, 2026 at 7:40 pm at 7122 Premont Dr, Apt F102, Corpus Christi, TX 78414-3159 by personal service by handing the following documents to an individual identified as MARY ANNA ZIARKO.

SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION, NOTICE OF VIDEO TAPED REAL-TIME DEPOSITION OF MARY ANNA ZIARKO, and Witness Fee Check in the amount of $57.69

Race: White, Sex: Female, Est. Age: 65+, Hair: Orange, Glasses: N, Est. Weight: 220 lbs to 240 lbs, Est. Height: 5' to 5' 3".
Geolocation of Serve: https://google.com/maps?q=27.6746883333,-97.3544616667
Photograph: See Exhibit 1
Total Cost: $213.46

My name is Veronica Escamilla, I am 18 years of age or older, and my address is PO Box 71313, Corpus Christi, TX 78467, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Veronica Escamilla*

Executed in

Nueces County

TX    on    7/6/2026    .

Veronica Escamilla
+1 (361) 933-6017
Certification Number: PSC-27336
Expiration Date: 9/30/2027







Exhibit 1c)