# UNITED STATES DISTRICT COURT

for the
Southern District of Texas

| | |
|---|---|
| **Liana Davis** ) | |
| ) | |
| *Plaintiff* ) | |
| ) | |
| v. ) | Civil Action No. 2:25-cv-220 |
| ) | |
| **Christopher Cooprider; Aid Access GmbH; Rebecca** ) | |
| **Gomperts** ) | |
| ) | |
| *Defendant* | |

## AFFIDAVIT OF SERVICE

I, Veronica Escamilla, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 3, 2026, at 12:18 pm. I delivered these documents to Jeffrey "Jeff" Sparks in Nueces County, TX on July 6, 2026 at 6:01 pm at 3801 Holland Dr., Corpus Christi, TX 78418 by personal service by handing the following documents to an individual identified as Jeffrey "Jeff" Sparks.

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

Additional Description:
No facial hair.
Race: White, Sex: Male, Est. Age: 25-34, Hair: Brown, Glasses: Y, Est. Weight: 160 lbs to 180 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=27.6232513826,-97.3039591017
Photograph: See Exhibit 1

Total Cost: $150.00

My name is Veronica Escamilla, I am 18 years of age or older, and my address is PO Box 71313, Corpus Christi, TX 78467, and USA.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *Veronica Escamilla*

Executed in

Nueces County                                    ,

TX         on     7/7/2026                    .

Veronica Escamilla
+1 (361) 933-6017
Certification Number: PSC-27336
Expiration Date: 9/30/2027



Exhibit 1a)