## Attestation Regarding a Requested Use or Disclosure of Protected Health Information Potentially Related to Reproductive Health Care

*The entire form must be completed for the attestation to be valid.*

| Name of person(s) or specific identification of the class of persons to receive the requested PHI. |
|---|
| BARRY A. MOSCOWITZ , through Magna Legal Services as his/her designated record retrieval agent. |

| Name or other specific identification of the person or class of persons from whom you are requesting the use or disclosure. |
|---|
| PREGNANCY CENTER OF COASTAL BEND |

| Description of specific PHI requested, including name(s) of individual(s), if practicable, or a description of the class of individuals, whose protected health information you are requesting. |
|---|
| Any and all medical records (excluding billing records), from 11/01/2024 to present for treatment and/or injury,including but not limited to records regarding the patient's conditions and treatments, doctor's notes,evaluations, office notes, progress notes, correspondence with other physicians, therapists, hospitalsand/or healthcare providers, physical therapy records, lab reports, radiology reports, all other diagnosticreports, prescriptions, referrals to other health care providers, claims, worker's compensation records,hospital records, therapists' records, patient information forms, patient insurance forms, intake forms,litigation files, handwritten notes, letters of protection, telephone messages, nurses' notes, every suchrecord, including but not limited to, those existing in electronic or magnetic form, includingcorrespondence in the possession, custody or control of the said witness and every such records towhich the witness may have access. Including but not limited to records from 13725 Northwest Blvd, Corpus Christi, TX.<br>PERTAINING TO: LIANA DAVIS DOB: 03/17/1988 |

I attest that the use or disclosure of PHI that I am requesting is not for a purpose prohibited by the HIPAA Privacy Rule at 45 CFR 164.502(a)(5)(iii) because of one of the following (check one box):

☒ The purpose of the use or disclosure of protected health information is **not** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care or to identify any person for such purposes.

☐ The purpose of the use or disclosure of protected health information **is** to investigate or impose liability on any person for the mere act of seeking, obtaining, providing, or facilitating reproductive health care, or to identify any person for such purposes, but the reproductive health care at issue was **not lawful** under the circumstances in which it was provided.

I understand that I may be subject to criminal penalties pursuant to 42 U.S.C. 1320d-6 if I knowingly and in violation of HIPAA obtain individually identifiable health information relating to an individual or disclose individually identifiable health information to another person.

*Signature of the person requesting the PHI*
/s/ BARRY A. MOSCOWITZ                    Date      March 2, 2026

*If you have signed as a representative of the person requesting* PHI*, provide a description of your authority to act for that person.*

*Magna Legal Services is authorized by the requesting attorney or insurance company, who has engaged us to submit this attestation as part of their record retrieval request.*

*This attestation document may be provided in electronic format, and electronically signed by the person requesting protected health information when the electronic signature is valid under applicable Federal and state law.*

**MAGNA**
*RecordTrak*
MAGNA LEGAL SERVICES COMPANY

*  4   7   5   6   7   5   .   2   8   *

C-JS26

651 Allendale Road
P. O. Box 61591
King of Prussia, PA  19406

Phone:      (800) 305-9900
Fax:          (610) 354-8946
Custodial portal:  www.recordtrak.com/portal
Email:      rcu@magnals.com

March 2, 2026

**MEDICAL RECORDS**
**PREGNANCY CENTER OF COASTAL BEND**
**6133 ENNIS JOSLIN ROAD**
**CORPUS CHRISTI TX  78412**

**RT#.Tag:  475675.28**

**Re:**   **LIANA DAVIS**
        6329 OSO PARKWAY
        CORPUS CHRISTI, TX 78414

SS #:      ###-##-6483
DOB:      03/17/1988      DOD:    / /

Dear Record Custodian:

Attached is **a subpoena** requiring you to furnish the following materials.

Any and all medical records (excluding billing records), from 11/01/2024 to present for treatment and/or injury,including but not limited to records regarding the patient's conditions and treatments, doctor's notes,evaluations, office notes, progress notes, correspondence with other physicians, therapists, hospitalsand/or healthcare providers, physical therapy records, lab reports, radiology reports, all other diagnosticreports, prescriptions, referrals to other health care providers, claims, worker's compensation records,hospital records,  therapists' records, patient information forms, patient insurance forms, intake forms,litigation files, handwritten notes, letters of protection, telephone messages, nurses' notes, every suchrecord, including but not limited to, those existing in electronic or magnetic form, includingcorrespondence in the possession, custody or control of the said witness and every such records towhich the witness may have access. Including but not limited to records from 13725 Northwest Blvd, Corpus Christi, TX.

[**IMPORTANT:**
- Contact **within 7 days of receipt** of this document with a page count and pricing for approval.    **DO NOT COPY OR SEND PRIOR TO APPROVAL**.

# Upload responses to www.recordtrak.com/portal

- **Responses will not be accepted without completed and signed certification page(s)**.
- If records can't be uploaded through our portal, please fax to the fax number listed above or mail paper copies to the address listed above.
- Include your Federal Tax ID number on all invoices.
- Refer to **File # 475675 and tag 28** on all correspondence.

Sincerely,

*Records Representative*
**Phone: (800) 305-9900**

USDC-TX-S

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

LIANA DAVIS,

_____
*Plaintiff*

v.

CHRISTOPHER COOPRIDER; AID ACCESS GmbH, REBECCA
GOMPERTS,

_____
*Defendant*

)
)
)
)
)
)
)

Civil Action No. 2:25-cv-220

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

**To** PREGNANCY CENTER OF COASTAL BEND
_____
*(Name of person to whom this subpoena is directed)*

✔ Testimony:  YOU ARE COMMANDED to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must promptly confer in good faith with the party serving this subpoena about the following matters, or those set forth in an attachment, and you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about these matters:

| Place: | Date and Time: |
|---|---|
| 6133 Ennis Joslin Road<br>Corpus Christi TX  78412 | March 19, 2026  10:00 AM<br>or 14 days after service, whichever date is later |

The deposition will be recorded by this method:    Written Questions

✔ *Production:*  You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:

> All records/materials on attached Exhibit A.
> As an alternative to production at the place indicated below please mail records to:
> **RecordTrak** 651 Allendale Road, P. O. Box 61591,  King of Prussia, PA  19406

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  March 2, 2026
_____

*CLERK OF COURT*

OR

/S/ BARRY A. MOSCOWITZ SB# 24004830

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Defendant(s)

| BARRY A. MOSCOWITZ SB# 24004830,<br>THOMPSON, COE, COUSINS & IRONS, LLP | 700 N. PEARL STREET, 25TH FLOOR, DALLAS, TX  75201,<br>bmoscowitz@thompsoncoe.com, (214) 871-8200 |
|---|---|

### Notice to the person who issues or requests this subpoena

If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action(Page 3)

## Federal Rule of Civil Procedure 45 (c), (d), (e), and (g) (Effective 12/1/13)

**(c) Place of Compliance.**

 **(1)** *For a Trial, Hearing, or Deposition.* A subpoena may command a person to attend a trial, hearing, or deposition only as follows:
   **(A)** within 100 miles of where the person resides, is employed, or regularly transacts business in person; or
   **(B)** within the state where the person resides, is employed, or regularly transacts business in person, if the person
      **(i)** is a party or a party's officer; or
      **(ii)** is commanded to attend a trial and would not incur substantial expense.

 **(2)** *For Other Discovery.* A subpoena may command:
   **(A)** production of documents, electronically stored information, or tangible things at a place within 100 miles of where the person resides, is employed, or regularly transacts business in person; and
   **(B)** inspection of premises at the premises to be inspected.

**(d) Protecting a Person Subject to a Subpoena; Enforcement.**

 **(1)** *Avoiding Undue Burden or Expense; Sanctions.* A party or attorney responsible for issuing and serving a subpoena must take reasonable steps to avoid imposing undue burden or expense on a person subject to the subpoena. The court for the district where compliance is required must enforce this duty and impose an appropriate sanction—which may include lost earnings and reasonable attorney's fees—on a party or attorney who fails to comply.

 **(2)** *Command to Produce Materials or Permit Inspection.*
   **(A)** *Appearance Not Required.* A person commanded to produce documents, electronically stored information, or tangible things, or to permit the inspection of premises, need not appear in person at the place of production or inspection unless also commanded to appear for a deposition, hearing, or trial.
   **(B)** *Objections.* A person commanded to produce documents or tangible things or to permit inspection may serve on the party or attorney designated in the subpoena a written objection to inspecting, copying, testing, or sampling any or all of the materials or to inspecting the premises—or to producing electronically stored information in the form or forms requested. The objection must be served before the earlier of the time specified for compliance or 14 days after the subpoena is served. If an objection is made, the following rules apply:
      **(i)** At any time, on notice to the commanded person, the serving party may move the court for the district where compliance is required for an order compelling production or inspection.
      **(ii)** These acts may be required only as directed in the order, and the order must protect a person who is neither a party nor a party's officer from significant expense resulting from compliance.

 **(3)** *Quashing or Modifying a Subpoena.*
   **(A)** *When Required.* On timely motion, the court for the district where compliance is required must quash or modify a subpoena that:
      **(i)** fails to allow a reasonable time to comply;
      **(ii)** requires a person to comply beyond the geographical limits specified in Rule 45(c);
      **(iii)** requires disclosure of privileged or other protected matter, if no exception or waiver applies; or
      **(iv)** subjects a person to undue burden.
   **(B)** *When Permitted.* To protect a person subject to or affected by a subpoena, the court for the district where compliance is required may, on motion, quash or modify the subpoena if it requires:
      **(i)** disclosing a trade secret or other confidential research, development, or commercial information; or

   **(ii)** disclosing an unretained expert's opinion or information that does not describe specific occurrences in dispute and results from the expert's study that was not requested by a party.
   **(C)** *Specifying Conditions as an Alternative.* In the circumstances described in Rule 45(d)(3)(B), the court may, instead of quashing or modifying a subpoena, order appearance or production under specified conditions if the serving party:
      **(i)** shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship; and
      **(ii)** ensures that the subpoenaed person will be reasonably compensated.

**(e) Duties in Responding to a Subpoena.**

 **(1)** *Producing Documents or Electronically Stored Information.* These procedures apply to producing documents or electronically stored information:
   **(A)** *Documents.* A person responding to a subpoena to produce documents must produce them as they are kept in the ordinary course of business or must organize and label them to correspond to the categories in the demand.
   **(B)** *Form for Producing Electronically Stored Information Not Specified.* If a subpoena does not specify a form for producing electronically stored information, the person responding must produce it in a form or forms in which it is ordinarily maintained or in a reasonably usable form or forms.
   **(C)** *Electronically Stored Information Produced in Only One Form.* The person responding need not produce the same electronically stored information in more than one form.
   **(D)** *Inaccessible Electronically Stored Information.* The person responding need not provide discovery of electronically stored information from sources that the person identifies as not reasonably accessible because of undue burden or cost. On motion to compel discovery or for a protective order, the person responding must show that the information is not reasonably accessible because of undue burden or cost. If that showing is made, the court may nonetheless order discovery from such sources if the requesting party shows good cause, considering the limitations of Rule 26(b)(2)(C). The court may specify conditions for the discovery.

 **(2)** *Claiming Privilege or Protection.*
   **(A)** *Information Withheld.* A person withholding subpoenaed information under a claim that it is privileged or subject to protection as trial-preparation material must:
      **(i)** expressly make the claim; and
      **(ii)** describe the nature of the withheld documents, communications, or tangible things in a manner that, without revealing information itself privileged or protected, will enable the parties to assess the claim.
   **(B)** *Information Produced.* If information produced in response to a subpoena is subject to a claim of privilege or of protection as trial-preparation material, the person making the claim may notify any party that received the information of the claim and the basis for it. After being notified, a party must promptly return, sequester, or destroy the specified information and any copies it has; must not use or disclose the information until the claim is resolved; must take reasonable steps to retrieve the information if the party disclosed it before being notified; and may promptly present the information under seal to the court for the district where compliance is required for a determination of the claim. The person who produced the information must preserve the information until the claim is resolved.

**(g) Contempt.**
The court for the district where compliance is required—and also, after a motion is transferred, the issuing court—may hold in contempt a person who, having been served, fails without adequate excuse to obey the subpoena or an order related to it.

For access to subpoena materials, see Fed. R. Civ. P. 45(a) Committee Note (2013).

**EXHIBIT A**

RE: LIANA DAVIS, vs. CHRISTOPHER COOPRIDER; AID ACCESS GmbH, REBECCA GOMPERTS,
CASE NO: 2:25-cv-220
RECORDTRAK FILE #: 475675 Tag#: 28
LOCATION: PREGNANCY CENTER OF COASTAL BEND(MED)
RECORDS PERTAIN TO: LIANA DAVIS  DOB: 03/17/1988  SSN: ###-##-6483


Any and all medical records (excluding billing records), from 11/01/2024 to present for treatment and/or injury,including but not limited to records regarding the patient's conditions and treatments, doctor's notes,evaluations, office notes, progress notes, correspondence with other physicians, therapists, hospitalsand/or healthcare providers, physical therapy records, lab reports, radiology reports, all other diagnosticreports, prescriptions, referrals to other health care providers, claims, worker's compensation records,hospital records,  therapists' records, patient information forms, patient insurance forms, intake forms,litigation files, handwritten notes, letters of protection, telephone messages, nurses' notes, every suchrecord, including but not limited to, those existing in electronic or magnetic form, includingcorrespondence in the possession, custody or control of the said witness and every such records towhich the witness may have access. Including but not limited to records from 13725 Northwest Blvd, Corpus Christi, TX.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

LIANA DAVIS,
     Plaintiff(s),

v.

CHRISTOPHER COOPRIDER; AID ACCESS GmbH,
REBECCA GOMPERTS,
     Defendant(s).

§
§
§
§
§
§
§
§

CIVIL ACTION NO. 2:25-CV-220

## DIRECT QUESTIONS TO BE PROPOUNDED TO THE WITNESS

**Custodian of Records for:** PREGNANCY CENTER OF COASTAL BEND

**Records Pertaining to:** LIANA DAVIS

          DOB: 03/17/1988   SSN#: 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

**Type of Records:**

Any and all medical records (excluding billing records), from 11/01/2024 to present for treatment and/or injury,including but not limited to records regarding the patient's conditions and treatments, doctor's notes,evaluations, office notes, progress notes, correspondence with other physicians, therapists, hospitalsand/or healthcare providers, physical therapy records, lab reports, radiology reports, all other diagnosticreports, prescriptions, referrals to other health care providers, claims, worker's compensation records,hospital records, therapists' records, patient information forms, patient insurance forms, intake forms,litigation files, handwritten notes, letters of protection, telephone messages, nurses' notes, every suchrecord, including but not limited to, those existing in electronic or magnetic form, includingcorrespondence in the possession, custody or control of the said witness and every such records towhich the witness may have access. Including but not limited to records from 13725 Northwest Blvd, Corpus Christi, TX.

1.    Please state your full name.

    ANSWER_____

2.    Please state by whom you are employed, business address and phone number

    ANSWER_____

3.    What is the title of your position or job?

    ANSWER_____

4.    Are the medical records, outlined in the subpoena duces tecum, pertaining to the above-named person, in your custody or subject to your control, supervision or direction?

    ANSWER_____

5.    Are you able to identify these medical records as the originals or true copies of the originals?

    ANSWER_____

6.    Please hand to the Officer/Notary Public taking this deposition copies of the medical or radiology records mentioned in Question No. 4.  Have you complied? If not, why?

ANSWER_____

7.   Are the copies which you have handed to the Officer Notary Public taking this deposition true and correct copies of all such medical records?

ANSWER_____

8.   Were such medical records kept in the regular course of business of this facility?

ANSWER_____

9.   Please state whether or not it was the regular course of business of the above-mentioned facility for a person with knowledge of the acts, events, conditions, opinion, or diagnoses, recorded to make the record or to transmit information thereof to be included in such record

ANSWER_____

10.  Were the medical records made by nurses, doctors and other employees or representatives made at or near the time when the acts, events, conditions. courses of treatment, diagnoses and other information contained therein occurred, were observed or rendered, or made reasonably soon thereafter?

ANSWER_____

_____
WITNESS (Custodian of Records)

Before me, the undersigned authority, on this day personally appeared _____,
known to me to be the person whose name is subscribed to the foregoing instrument in the capacity therein stated, who being first duly sworn, stated upon his/her oath that the answers to the foregoing questions are true and correct.  I further certify that the records attached hereto are exact duplicates of the original records.

SWORN TO AND SUBSCRIBED before me this _____ day of _____, 20_____.

_____
NOTARY PUBLIC

My Commission Expires: _____

475675.28

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

LIANA DAVIS,                                         §
                                                    §
    *Plaintiff(s),*                               §
                                                    §
v.                                                  §      CIVIL ACTION NO. 2:25-CV-220
                                                    §
                                                    §
                                                    §
CHRISTOPHER COOPRIDER; AID ACCESS GmbH,             §
REBECCA GOMPERTS,                                   §
                                                    §
    *Defendant(s).*

**AFFIDAVIT**

Records pertaining to: LIANA DAVIS

Type of Records:  Any and all medical records (excluding billing records), from 11/01/2024 to present for treatment and/or injury,including but not limited to records regarding the patient's conditions and treatments, doctor's notes,evaluations, office notes, progress notes, correspondence with other physicians, therapists, hospitalsand/or healthcare providers, physical therapy records, lab reports, radiology reports, all other diagnosticreports, prescriptions, referrals to other health care providers, claims, worker's compensation records,hospital records,  therapists' records, patient information forms, patient insurance forms, intake forms,litigation files, handwritten notes, letters of protection, telephone messages, nurses' notes, every suchrecord, including but not limited to, those existing in electronic or magnetic form, includingcorrespondence in the possession, custody or control of the said witness and every such records towhich the witness may have access. Including but not limited to records from 13725 Northwest Blvd, Corpus Christi, TX.

      BEFORE the undersigned authority, personally appeared _____ who, being by me duly sworn, deposed as follows:

My name is _____. I am over 18 years of age, of sound mind, capable of making this affidavit, and personally acquainted with the facts stated herein.

I am the Custodian of Records of PREGNANCY CENTER OF COASTAL BEND

Attached hereto is/are _____ page(s) records pertaining to _____.
Attached hereto is/are _____ CD(s) of records/materials pertaining to _____.

      These records are compiled and maintained by PREGNANCY CENTER OF COASTAL BEND in the regular course of business and it was in the regular course of business of PREGNANCY CENTER OF COASTAL BEND for an employee or representative or doctor with personal knowledge of the act, event, condition, opinion, or diagnosis, recorded in said records to personally make the memorandum or record entries, or to transmit or dictate the data to be transcribed and included in such memorandum or records.  All entries into the records were made at or near the time of the act, event, condition, opinion, or diagnosis recorded therein or reasonably soon thereafter.

The records attached hereto are the originals or exact duplicates of the original.

      _____
                          Affiant

SWORN TO AND SUBSCRIBED before me on the _____ day of _____ 20_____.

_____

Notary Public

_____

Notary's Printed Name

475675.28

RT#: **475675**

RECORDS PERTAIN TO:  **LIANA DAVIS**

| | | | |
|---|---|---|---|
| **LIANA DAVIS,** | : | COURT: | **Usdc - Southern District Of Texas** |
| vs. | : | TERM: | |
| **CHRISTOPHER COOPRIDER; AID** | : | DOCKET: | **2:25-cv-220** |
| **ACCESS GmbH, REBECCA GOMPERTS,** | | | |

**NOTICE FOR PURPOSE OF COPYING RECORDS**

TO:    JONATHAN F. MITCHELL
MITCHELL LAW PLLC
111 CONGRESS AVENUE
SUITE 400
AUSTIN, TX  78701

March 2, 2026
Attorney for  *Plaintiff*

Please take notice that on behalf of  *BARRY A. MOSCOWITZ, attorney for Defendant,* RecordTrak intends to serve a subpoena identical to the one(s) attached to this notice.

IF YOU WISH TO PURCHASE COPIES OF THE RECORDS, <u>PLEASE CONTACT RECORDTRAK FOR</u> <u>PRICING</u> <u>AND</u> **FAX** **THIS CORRESPONDENCE BY March 19, 2026 TO (610) 992-1405 OR REPLY THROUGH OUR WEB SITE AT RecordTrak.com.**

TX - Jessica Saldivar 210.319.1094
***RECORDTRAK***
651 Allendale Road
P. O. Box 61591
King of Prussia, PA 19406



| | |
|---|---|
| | 651 Allendale Road |
| | P. O. Box |
| | 61591 King of Prussia, PA 19406 |
| Phone: | (800) 220-1291 |
| Fax: | (610) 354-8946 |
| Custodial portal: | www.recordtrak.com/portal |
| Email: | rcu@magnals.com |

March 20, 2026

### *HIPAA STATEMENT OF ASSURANCE*
### *PURSUANT TO 45 CFR 164.512*

In the matter of:  LIANA DAVIS, vs. CHRISTOPHER COOPRIDER; AID ACCESS GmbH, REBECCA GOMPERTS,

Re: PREGNANCY CENTER OF COASTAL BEND(MED) (RT #: 475675 Tag: 28)

Pertaining to: LIANA DAVIS   DOB: 03/17/1988 SSN: ###-##-6483

This statement Serves to confirm that we have complied with the requirements of 45 CFR 164.512 (e)(1)(iii).

Written notice of the request for protected medical information was given to the plaintiff's attorney who is authorized to accept all legal notices to the plaintiff in this matter on
03/02/2026. (copy attached)

The notice included sufficient information to permit the individual to raise an objection.

The time for the individual to raise objections to the court has elapsed without objection or all objections have been resolved.

/s/ BARRY A. MOSCOWITZ

BARRY A. MOSCOWITZ24004830
THOMPSON, COE, COUSINS &
IRONS, LLP
700 N. PEARL STREET 25TH
FLOOR
DALLAS, TX 75201
(214) 871-8200

*Attorney for Defendant(s)*

(RT #: 475675 Tag: 28)