Civil Action No. 2:25-cv-220

| | | |
|---|---|---|
| LIANA DAVIS, | § | UNITED STATES DISTRICT COURT |
| | § | |
| | § | |
| vs. | § | for the |
| | § | |
| | § | |
| CHRISTOPHER COOPRIDER; AID ACCESS | § | SOUTHERN DISTRICT OF TEXAS |
| GmbH, REBECCA | § | |
| GOMPERTS, | | |

## <u>AFFIDAVIT OF EVENTS</u>

My name is Jessica Saldivar, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am a Client Representative for Magna Legal Services, located at 651 Allendale Road, King of Prussia, PA 19406.

On or about 02/19/2026, we were contacted by KENNA OFLANNIGAN, a paralegal with Thompson Coe, Cousins, & Irons LLP to obtain medical, billing and radiology records for PREGNANCY CENTER OF COASTAL BEND

On March 2nd, 2026, the Subpoena was hand served and it was also served via certified mail to PREGNANCY CENTER OF COASTAL BEND

On March 5th, 2026, we confirmed that request was received.

On March 13th, 2026, we called custodian, they did not answer, we left voicemail.

On March 16th, 2026, we called custodian, call got disconnected. We resent request via fax.

On March 23rd, 2026, we called custodian, there was no answer. We left voicemail.

On March 31st, 2026, we called custodian. We were transferred to medical records custodia, there was no answer, we left voicemail.

On April 3rd, 2026, we followed up with custodian, there was no response , we resent request.

On April 22nd, 2026, we called custodian, we were advised they were working on request and would give us a call back.

On April 30th, 2026, we called custodian, they stated they could not locate request. We advised of all the previous times request was sent. They disconnected our phone call. We resent request.

On May 19th, 2026, we called custodian, they stated they could not locate request. They disconnected call before we could speak about the issue.

On June 10th, 2026, we followed up, we were able to speak to a different custodian who stated they were working on request.

On June 19th, 2026, affidavits of events was created.

*Jessica Saldivar*

**Jessica Saldivar**

SUBSCRIBED AND SWORN TO BEFORE ME by the above-named Affiant this 19th day of June 2026, to certify which witness my hand and seal of office.

AMBER DAWN ORTEGA
Notary Public, State of Texas
Comm. Expires 11-10-2027
Notary ID 134642118

_____
NOTARY PUBLIC, STATE OF TEXAS