Civil Action No. 2:25-cv-220

| | | |
|---|---|---|
| **LIANA DAVIS,** | § | **UNITED STATES DISTRICT COURT** |
| | § | |
| | § | |
| **vs.** | § | **for the** |
| | § | |
| | § | |
| **CHRISTOPHER COOPRIDER; AID ACCESS** | § | **SOUTHERN DISTRICT OF TEXAS** |
| **GmbH, REBECCA** | § | |
| **GOMPERTS,** | | |

## <u>AFFIDAVIT OF EVENTS</u>

My name is Jessica Saldivar, I am of sound mind, capable of making this affidavit and personally acquainted with the facts herein stated:

I am a Client Representative for Magna Legal Services, located at 651 Allendale Road, King of Prussia, PA 19406.

On or about 02/19/2026, we were contacted by KENNA OFLANNIGAN, a paralegal with Thompson Coe, Cousins, & Irons LLP to obtain billing records for CORPUS CHRISTI MEDICAL CENTER - BAY AREA

On March 2nd, 2026, the Subpoena was hand served and it was also served via certified mail to CORPUS CHRISTI MEDICAL CENTER - BAY AREA.

On March 16, 2026, we confirmed that request was received.

On March 23rd, 2026, we called custodian, they did not answer, we left voicemail.

On April 15th, 2026, we called custodian, call got disconnected. We called another phone number; custodian stated their billing records are now handled by chartswap.

On April 28th, 2026, we uploaded request to Chartswap.

On May 4th, 2026, we followed up with custodian, there was no response.

On May 18th, 2026, we followed up with custodian, there was no response

On June 3rd, 2026, we were advised by custodian that there was an error and to re-upload request. We re-uploaded requests on their portal.

On June 4th, 2026, we confirmed request was received and processed by Chartswap.

On June 8th, 2026, request is still being processed, they gave us estimated time frame for July, 7th 2026.

On June 10th, 2026, we followed up, we asked if we can request completed earlier. They advised they would try but could not confirm.

On June 15th, 2026, we followed up with custodian, there was no response.

On June 19th, 2026, affidavits of events was created.

*Jessica Saldivar*

**Jessica Saldivar**

SUBSCRIBED AND SWORN TO BEFORE ME by the above-named Affiant this 19th day of June, 2026, to certify which witness my hand and seal of office.

AMBER DAWN ORTEGA
Notary Public, State of Texas
Comm. Expires 11-10-2027
Notary ID 134642118

_____
NOTARY PUBLIC, STATE OF TEXAS