**From:** Beth Klein beth@bethklein.com 📎
**Subject:** - 5/28/2026 @ 9:00AM - Videotaped Depo: Liana Davis - Davis vs. Cooprider, et al. EXHIBIT LINK
**Date:** May 27, 2026 at 5:14 PM
**To:** David Marroquin depovideodirect@gmail.com, Jonathan Mitchell jonathan@mitchell.law, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Joshua Tolin joshua@veritasmilitarylaw.com
**Cc:** Sylvia Kerr skerrcsr@yahoo.com

Ms. Kerr, Mr. Marroquin and counsel:

Here is the link to the Exhibits 1 – 48 for tomorrow's deposition.

https://we.tl/t-6yxcuxBsTFnfAqwZ

**Beth Klein**
Phone 303-448-8884
beth@bethklein.com
Fax 720-307-2816
Documentary  Website
350 Market Street, Suite 310 Basalt CO  81621



—————————————  BETH 🍂 KLEIN  —————————————

**From:** David Marroquin <depovideodirect@gmail.com>
**Sent:** Wednesday, May 27, 2026 2:54 PM
**To:** Waco Calendar <wacocalendar@crcnational.com>
**Cc:** Beth Klein <beth@bethklein.com>; Sylvia Kerr <skerrcsr@yahoo.com> <skerrcsr@yahoo.com>
**Subject:** Re: **PLEASE CONFIRM** Confirmation - 5/28/2026 @ 9:00AM - Videotaped Depo: Liana Davis - Davis vs. Cooprider, et al.

Received.  Thank you

AbkDavid Marroquin
361.434.2469

On Wed, May 27, 2026 at 3:52 PM Waco Calendar <wacocalendar@crcnational.com> wrote:

Hi Beth,

I have copied them on this email.

Thank you,

 ASSOCIATED COURT REPORTERS

*Alexandria Wiley – Calendar Specialist*
*425 Austin Avenue, Suite 1206*
*Waco, Texas 76701*

*Waco, Texas 76701*
*(254) 753-3330*
*(800) 340-5881*
*scheduling@acrtx.com*
*www.acrtx.com*

---

**From:** Beth Klein <beth@bethklein.com>
**Sent:** Wednesday, May 27, 2026 3:45 PM
**To:** Waco Calendar <wacocalendar@crcnational.com>
**Subject:** RE: **PLEASE CONFIRM** Confirmation - 5/28/2026 @ 9:00AM - Videotaped Depo: Liana Davis - Davis vs. Cooprider, et al.

How do I get the exhibits to the reporter and videographer?

**Beth Klein**
Phone 303-448-8884
beth@bethklein.com
Fax 720-307-2816
Documentary  Website
350 Market Street, Suite 310 Basalt CO  81621

BETH KLEIN

---

**From:** Beth Klein <beth@bethklein.com>
**Sent:** Tuesday, May 26, 2026 9:38 AM
**To:** Waco Calendar <wacocalendar@crcnational.com>
**Subject:** Re: **PLEASE CONFIRM** Confirmation - 5/28/2026 @ 9:00AM - Videotaped Depo: Liana Davis - Davis vs. Cooprider, et al.

Yes

Beth Klein
Mobile response

---

**From:** Waco Calendar <wacocalendar@crcnational.com>
**Sent:** Tuesday, May 26, 2026 9:20:58 AM
**To:** Beth Klein <beth@bethklein.com>
**Subject:** RE: **PLEASE CONFIRM** Confirmation - 5/28/2026 @ 9:00AM - Videotaped Depo: Liana Davis - Davis vs. Cooprider, et al.

Just for confirmation, you would like to add zoom?

 ASSOCIATED COURT REPORTERS

*Alexandria Wiley – Calendar Specialist*
*425 Austin Avenue, Suite 1206*
*Waco, Texas 76701*
*(254) 753-3330*
*(800) 340-5881*
*scheduling@acrtx.com*
*www.acrtx.com*

---

**From:** Beth Klein <beth@bethklein.com>
**Sent:** Tuesday, May 26, 2026 9:50 AM
**To:** Waco Calendar <wacocalendar@crcnational.com>
**Subject:** Re: **PLEASE CONFIRM** Confirmation - 5/28/2026 @ 9:00AM - Videotaped Depo: Liana Davis - Davis vs. Cooprider, et al.

Confirmed.

We also need a link for a lawyer who will sign in from Hawaii

Because the despondent is pregnant with twins, this deposition may go into a second day.

Thank you

Beth Klein

Mobile response

---

**From:** Waco Calendar <wacocalendar@crcnational.com>
**Sent:** Tuesday, May 26, 2026 8:42:46 AM
**To:** Beth Klein <beth@bethklein.com>
**Subject:** **PLEASE CONFIRM** Confirmation - 5/28/2026 @ 9:00AM - Videotaped Depo: Liana Davis - Davis vs. Cooprider, et al.



**Confirmation** ASSOCIATED COURT REPORTERS

**425 Austin Avenue, Suite 1206**
**Waco, TX 76701**
254-753-3330
800-340-5881
scheduling@acrtx.com
www.acrtx.com

| Job No. | 196617 | Scheduled Date | 2/5/2026 |
|---|---|---|---|
| ATTN | Beth Klein | Attorney | Beth Klein |

| Firm | Beth Klein, P.C.<br>350 Market Street, Suite 310<br>Basalt, CO 81621<br>303-448-8884 |
|---|---|

This email is being sent as confirmation of the following scheduled assignment.

| Style of Case | Davis vs. Cooprider, et al. |
|---|---|
| Witness(es) | Liana Davis |

| Job Date | 5/28/2026 | Time | 9:00AM Central Standard Time |
|---|---|---|---|

| Location | Hartline Barger, LLP<br>800 North Shoreline Boulevard, Suite 2000 North Tower<br>Corpus Christi, TX 78401<br>361-866-8000 |
|---|---|
| Services | VIDEO + REALTIME |
| Remarks | Late Cancellation Fee may apply if a job is cancelled after the close of business one business day prior to scheduled date.<br><br>If we have scheduled an interpreter, Late Cancellation Fee may apply if a job is cancelled less than 24 hours in advance per interpreting services industry standards. |

Alexandria Wiley - Calendar Specialist
425 Austin Avenue, Suite1206
Waco, Texas 76701

(254) 753-3330