UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

## PLAINTIFF'S INITIAL DISCLOSURES UNDER RULE 26(a)(1)

Plaintiff Liana Davis makes these initial disclosures in accordance with Fed. R. Civ. P. 26(a)(1):

1.   "The name and, if known, the address and telephone number of each individual likely to have discoverable information—along with the subjects of that information—that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment," Fed. R. Civ. P. 26(a)(1)(A)(i).

| Name, Address, and Phone Number | Connection with Case and Summary |
|---|---|
| Liana Davis <br> c/o Jonathan F. Mitchell <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 | Plaintiff with knowledge of the facts and circumstances related to the plaintiff's allegations. |
| Mary Anna Ziarko <br> c/o Jonathan F. Mitchell <br> Mitchell Law PLLC <br> 111 Congress Avenue, Suite 400 <br> Austin, Texas 78701 <br> (512) 686-3940 | Mother of plaintiff who was left waiting outside her apartment for Cooprider to pick her up shortly after midnight on April 6, 2025, and who had to take an Uber to Ms. Davis's house when Cooprider no-showed. |

| | |
|---|---|
| Any Lab Test Now<br>5417 Everhart Road<br>Corpus Christi, Texas 78411<br>(361) 400-0707 | Laboratory that has medical records of Ms. Davis in its possession |
| Christine Canterbury, MD<br>7111 South Padre Island Drive<br>Corpus Christi, Texas 78412<br>(361) 851-5000 | Ms. Davis's OB/GYN who has medical records of Ms. Davis in her possession |
| Corpus Christi Women's Clinic<br>7111 S. Padre Island Drive<br>Corpus Christi, Texas 78412<br>(361) 851-5000 | OB/GYN clinic where Dr. Canterbury practices that has medical records of Ms. Davis in its possession |
| Corpus Christi Medical Center Bay Area<br>7101 S. Padre Island Drive<br>Corpus Christi, Texas 78412<br>(361) 761-1000 | Hospital where Ms. Davis was treated after the poisoning that has medical records of Ms. Davis in her possession |
| Pregnancy Center of Coastal Bend<br>6133 Ennis Joslin Road<br>Corpus Christi, Texas 78412<br>(361) 991-2008 | Pregnancy resource center that can attest that Ms. Davis had every intent of carrying her pregnancy to term and giving birth to her unborn daughter. |
| Jackie Samuelson<br>6321 Oso Parkqay<br>Corpus Christi, Texas 78414<br>(585) 729-9588 | Neighbor of Ms. Davis who drove her to the hospital after the poisoning when Cooprider abandoned Ms. Davis after promising to take her to the hospital. |
| Casey Pyle<br>6522 Paddington Drive<br>Corpus Christi, Texas 78414<br>(361) 960-5978 | Friend of Ms. Davis who will debunk many of the false claims that appear in Cooprider's responsive pleading |
| Kristy Loesel<br>6813 Mets Court<br>Corpus Christi, Texas 78414<br>(814) 823-4615 | Friend of Ms. Davis who stayed with her during her hospitalization in the emergency room and witnesses her condition and medical care. |

2.    "A copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment," Fed. R. Civ. P. 26(a)(1)(A)(ii).

Exhibits 1–43 to the plaintiff's complaint will be used to support Ms. Davis's claims and defenses in this case. Ms. Davis has additional text messages and communications between her and Cooprider in her possession that may also be used to support her claims and defenses.

3.    "A computation of each category of damages claimed by the disclosing party—who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered," Fed. R. Civ. P. 26(a)(1)(A)(iii).

Ms. Davis is claiming the following categories of damages: (a) Compensatory damages for all medical expenses resulting from Ms. Davis's hospitalization and emergency-room visit after Cooprider poisoned her and her unborn child with misoprostol; (b) Compensatory damages for lost companionship and loss of consortium resulting from Cooprider's murder of Ms. Davis's unborn child; (c) Compensatory damages for the mental anguish and emotional distress that Ms. Davis suffered on account of Cooprider's murder of her unborn child; (d) Compensatory damages for the pain and suffering that Ms. Davis and her unborn child experienced as the result of Cooprider's decision to poison Ms. Davis and murder her unborn child with misoprostol; (e) Compensatory damages for lost income that would have been earned by Ms. Davis's unborn child; (f) Exemplary damages under section 71.009 of the Texas Civil Practice and Remedies Code, as Cooprider's poisoning of Ms. Davis and her unborn child was a "wilful act" within the meaning of the statute.

4. "[F]or inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment," Fed. R. Civ. P. 26(a)(1)(A)(iii).

None.

Respectfully submitted.

 /s/ Jonathan F. Mitchell 
Jonathan F. Mitchell
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: October 4, 2025                    *Counsel for Plaintiff Liana Davis*

## CERTIFICATE OF SERVICE

I certify that on October 4, 2025, I served this document by e-mail upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff Liana Davis*

PLAINTIFF'S INITIAL DISCLOSURES