# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| **Liana Davis** | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) ) | Civil Action No. 2:25-cv-220 |
| **Christopher Cooprider; Aid Access GmbH; Rebecca Gomperts** | ) ) ) ) ) | |
| *Defendant* | | |

## AFFIDAVIT OF SERVICE

I, William Scott, state:

I am not a party to or interested in the outcome of this suit.

I received the following documents on July 8, 2026, at 4:45 pm. I delivered these documents to AMI AMOROSO in ▮▮▮▮▮▮▮▮▮▮▮ on July 13, 2026 at 7:17 pm at ▮▮▮▮▮▮▮▮▮ 30809-7480 by personal service by handing the following documents to an individual identified as AMI AMOROSO.

SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION
NOTICE OF VIDEO TAPED DEPOSITION OF AMI AMOROSO

Race: White, Sex: Female, Est. Age: 45-54, Hair: Brown, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Photograph: See Exhibit 1
Total Cost: $180.00

My name is William Scott, I am 18 years of age or older, and my address is ▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

/s/ *William Scott*
_____

William Scott
███████████████

Executed in

Lincoln County _____ ,

GA _____ on ___ 7/14/2026 _____ .



Exhibit 1a)