**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
|        Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, | * | |
| Aid Access GmbH, & | * | |
| Rebecca Gomperts, | * | |
|        Defendants. | * | |

**ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM**

COME NOW the parties, and the Court having considered Defendant CHRISTOPHER COOPRIDER'S MOTION FOR LEAVE TO FILE AMENDED COUNTERCLAIM (the "Motion"), and the Court, having considered the Motion, the Response, the Reply thereto, and the evidence and arguments of counsel, is of the opinion that

1.  The Motion should be GRANTED.

2.  It is therefore Ordered, Adjudged and Decreed that the Motion should be GRANTED.

3.  Amendment to the Counterclaim shall be filed on or before this Court's previously scheduled deadline of August 17, 2026 for the amendment of pleadings.

SIGNED this _____ day of _____, 2026.

_____
Hon. David Morales
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

6