UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

## PLAINTIFF LIANA DAVIS'S OPPOSED MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT

Plaintiff Liana Davis respectfully moves for leave to file a first amended complaint. *See* Fed. R. Civ. P. 15(a)(2). The proposed amended complaint makes two (and only two) changes.

First. The amended complaint will add two additional Aid Access entities as named defendants. Discovery has revealed that Mr. Cooprider's payments for the abortion-inducing drugs that he received were made to "Aid Access B.V." rather than "Aid Access GmbH." *See* Exhibit 2; Mitchell Decl. ¶ 4 (attached as Exhibit 1). Aid Access B.V. is a separate and distinct corporate entity from Aid Access GmbH, so it should be included as a named defendant on the wrongful-death claim. Ms. Davis's counsel has also learned that the sole shareholder of Aid Access B.V. is another corporation called Access and More B.V. *See* Exhibit 3; Mitchell Decl. ¶ 5. Access and More B.V.'s sole shareholder is defendant Rebecca Gomperts. *See* Exhibit 4; Mitchell Decl. ¶ 5. Access and More B.V., as the sole shareholder of Aid Access B.V., should also be added to the lawsuit as a named defendant.

Second. Ms. Davis will be adding claims under Texas's HB 7 for statutory damages, permanent injunctive relief, and costs and attorneys' fees against each of the Aid Access defendants (Aid Access GmbH, Aid Access B.V., Access and More B.V., and Rebecca Gomperts). *See* Tex. Health & Safety Code § 171A.051(a)(2); *id.* at § 171A.101(a)(2); *id.* at 171A.104(a) (authorizing Ms. Davis to sue as a qui tam relator and seek relief against any person or entity that mails, transports, delivers, prescribes, or provides an abortion-inducing drug to any person or location in Texas on or after December 4, 2025). Aid Access has mailed abortion pills into Texas many times since HB 7 took effect on December 4, 2025. *See* Mitchell Decl. ¶ 6. Ms. Davis is entitled to recover statutory damages for each of the Aid Access defendants' violations of HB 7, as well as an injunction that will restrain them from sending abortion-inducing drugs into Texas.

The proposed amended complaint makes no changes to the allegations or claims against defendant Christopher Cooprider.

A court should "freely give leave" to amend a complaint "when justice so requires." Fed. R. Civ. P. (a)(2). Leave to amend is appropriate because Ms. Davis and her attorneys were not aware that Cooprider's payments were made to Aid Access B.V. rather than Aid Access GmbH at the time they filed suit, and they learned of this only after Mr. Cooprider produced his PayPal receipts in discovery. *See* Mitchell Decl. ¶ 7. In addition, Texas's HB 7 was not in effect when Ms. Davis originally filed suit on August 11, 2025, so Ms. Davis could not bring her HB 7 claims against the Aid Access defendants at that time. Justice requires allowing Ms. Davis to pursue her wrongful-death and HB 7 claims against the full panoply of Aid Access defendants who were complicit in the murder of her unborn child.

We have conferred with Mr. Cooprider's attorneys and they oppose this motion. We have attached a redlined copy of the proposed amended complaint as Exhibit 5 and a clean copy as Exhibit 6.

## CONCLUSION

Ms. Davis's motion for leave to file a first amended complaint should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
  *Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: July 25, 2026                *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on July 25, 2026, I served this document through CM/ECF upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

BARRY MOSCOWITZ
VICTORIA JIMENEZ
OLIVER HAMBY
Thompson Coe LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 (phone)
(214) 871-8209 (fax)
bmoscowitz@thompsoncoe.com
vjimenez@thompsoncoe.com
ohamby@thompsoncoe.com

*Counsel for Defendant Christopher Cooprider*

 /s/ Jonathan F. Mitchell 
JONATHAN F. MITCHELL
*Counsel for Plaintiff*