UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-220 |

### Order Granting Plaintiff Liana Davis's Opposed Motion For Leave To File A First Amended Complaint

The Court GRANTS plaintiff Liana Davis's motion for leave to file a first amended complaint. Ms. Davis shall file her first amended complaint with seven (7) days of this Court's order.

Dated: _____

_____
David S. Morales
United States District Judge