UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-00220 |

**DECLARATION OF MARY ANNA ZIARKO**

1.     My name is Mary Anna Ziarko. I am over the age of 18 and fully competent in all respects to make this declaration.

2.     I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.     I am the mother of Liana Davis, the plaintiff in this litigation, and I submit this declaration in support of the motion to quash the subpoena that was served on me.

4.     I am 78 years old and will turn 79 on August 11, 2026.

5.     I have been disabled and unable to drive for nearly 40 years. I became disabled in 1988 when I suffered a three-centimeter pelvic separation while giving birth to Liana, which left me unable to drive. I can walk only with a cane and very slowly. I have used a cane on account of a stroke that I suffered in 2011. I have collected Social Security Disability benefits.

6.     I am currently suffering from fibromyalgia, a painful and chronic nerve condition that causes widespread musculoskeletal pain, fatigue, sleep disturbances, and

cognitive difficulties. I also suffer from a separate and severe sleep disorder that was recently diagnosed.

7.    In addition to the fibromyalgia, I am also suffering from severe arthritis. These conditions leave me in constant pain every day.

8.    More recently, I have been afflicted with a stomach infection as well as severe anemia, which required me to undergo a blood transfusion earlier this year because my iron was critically low. This has left me in an exceedingly weakened state.

9.    I also have a history of strokes and high blood pressure. My blood pressure can get very high and cause strokes, especially in a stressful and potentially traumatic situation such as a deposition.

10.   I am not in a condition to travel to and sit for a deposition that could last for as long as seven hours. It could possibly give me another scope.

11.   It is difficult for me to sit for anything. Recently, I wasn't feeling well enough to attend a birthday party at Liana's home.

12.   I am also in difficult financial straits. My only sources of income are Social Security and a small pension. Because I cannot drive, I must budget for transportation to choose which doctor's appointments I can afford to travel to. Paying for travel to and from the deposition will impose financial hardship.

13.   I was not even aware of this lawsuit until I was served with the subpoena.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Dated: 7/25/2026

Signed by:

MARY ANNA ZIARKO