UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br> Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br> Defendants. | Case No. 2:25-cv-00220 |

## DECLARATION OF LIANA DAVIS

1.    My name is Liana Davis. I am over the age of 18 and fully competent in all respects to make this declaration.

2.    I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.    I am the named plaintiff in this litigation, and I submit this declaration in support of the motion to quash the subpoena that was served on my mother, Mary Anna Ziarko.

4.    My mother is 78 years old, disabled, and in exceedingly frail health.

5.    She is currently suffering from fibromyalgia, a painful and chronic nerve condition that causes widespread musculoskeletal pain, fatigue, sleep disturbances, and cognitive difficulties. She also suffers from severe arthritis. These conditions leave her in constant pain every day of her life.

6.    More recently, my mother has been afflicted with a stomach infection as well as severe anemia, which required her to undergo a blood transfusion earlier this year because her iron was critically low. She also has a history of strokes and high blood pressure.

7. My mother is in no condition to travel to and sit for a deposition that could last for as long as seven hours.

8. I have intentionally concealed my pregnancy with Mr. Cooprider and the death of our daughter from my mother, because I do not wish to traumatize her by telling her that she has a previously unknown granddaughter who was murdered by her own father. I am worried that revealing these facts would jeopardize her health and even her life given the especially frail condition that she is currently in.

9. I am seriously concerned that my mother could die from being subjected to the stress and strain of a deposition conducted by Mr. Cooprider's attorneys, as well as the trauma of learning that she had a previously unknown granddaughter who was murdered in the womb.

10. To the best of my knowledge, my mother knows nothing about Mr. Cooprider or whether he poisoned me with misoprostol. I have not even told my mother about this lawsuit.

11. The subpoena that Mr. Cooprider's attorneys served on my mother demands that she produce "text messages, email messages, and voice mails between you & Liana Davis." All of the requested text messages and email messages can be obtained from my devices, which I have turned over to Array. I have not deleted any text messages or emails that were exchanged between my mother and me on or after January 1, 2025.

12. I have never left any voicemails with my mother that "concern Liana Davis's pregnancies in 2025 and 2026, Christopher Cooprider, the events of April 5–6, 2025, Marshall Bowling, Jeffrey Sparks, abortion medication, & this lawsuit." I rarely leave voicemails with my mother because she almost always answers the phone when I call, and I have never left any voicemails pertaining to any of the topics listed in Mr. Cooprider's subpoena.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Signed by:

Liana Davis

330405A4516E41A...

Dated: 7/25/2026

LIANA DAVIS