UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-00220

### DECLARATION OF JONATHAN F. MITCHELL

1. My name is Jonathan F. Mitchell. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I represent plaintiff Liana Davis in this litigation, as well as nonparty Mary Anna Ziarko, and I submit this declaration in support of Ms. Ziarko's motion to quash subpoena.

4. The document attached as Exhibit 4 to this motion is an authentic copy of the subpoena that Mr. Cooprider's attorneys served on Ms. Ziarko.

5. The document attached as Exhibit 5 to this motion is an authentic copy of an e-mail that I sent to Mr. Cooprider's attorneys on June 15, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Dated: July 25, 2026

JONATHAN F. MITCHELL