**From: Jonathan Mitchell** jonathan@mitchell.law
**Subject:** depositions of Ami Amoroso and Mary Anna Ziarko
**Date:** June 14, 2026 at 2:29 AM
**To:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Hamby, Oliver ohamby@thompsoncoe.com, Jimenez, Victoria vjimenez@thompsoncoe.com, Dupen, Craig cdupen@thompsoncoe.com
**Cc:** Talcott Franklin tal@tfpc.me, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com

Counsel:

If you issue subpoenas to depose either Ms. Amoroso or Ms. Ziarko, then we will move to quash the subpoenas and seek protective orders. Neither of these individuals has information or knowledge relevant to the case, and your efforts to depose family members of Ms. Davis who have no knowledge of Cooprider's actions is an act of harassment.

Ms. Davis testified that her mother knows nothing about her pregnancy with Cooprider or the alleged murder, and Ms. Davis concealed the pregnancy and the death of her unborn child from her elderly mother because "[s]he's 78 years old with a history of stroke. She has high blood pressure. I am her only child, really her only immediate family. I have deep concerns for her ·health and how that would affect her at her age." Davis Dep. 63:21–24.

Your insistence on deposing a frail, 78-year-old woman who has no knowledge of this lawsuit or what happened to her daughter is nothing short of cruelty. The deposition will reveal devastating information about her murdered grandaughter that Ms. Davis has kept from her mother for the sake of her health and well-being. Please reconsider your decision to seek this deposition.

If you decide to issue the subpoenas despite our request, please be sure to schedule the deposition in a manner that leaves time for us to seek relief from the Court.


—Jonathan


----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842


**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**