UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

|  |  |
|---|---|
| **Liana Davis**,<br><br>       Plaintiff,<br><br>v.<br><br>**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,<br><br>       Defendants. | Case No. 2:25-cv-220 |

### ORDER GRANTING NONPARTY MARY ANNA ZIARKO'S MOTION TO QUASH SUBPOENA

The motion to quash the subpoena served on nonparty Mary Anna Ziarko is GRANTED.

Dated: _____

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE