UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| **Liana Davis**, <br><br>         Plaintiff, <br><br> v. <br><br> **Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**, <br><br>         Defendants. | Case No. 2:25-cv-00220 |

## DECLARATION OF AMY AMOROSO

1.    My name is Amy Amoroso. I am over the age of 18 and fully competent in all respects to make this declaration.

2.    I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3.    I am the half-sister of Liana Davis, the plaintiff in this litigation, and I submit this declaration in support of the motion to quash the subpoena that was served on me.

4.    I am Ms. Davis's half-sister through our father. We did not grow up together and never met until both of us were adults.

5.    I live in Georgia and have not seen Ms. Davis in over three years.

6.    I have no knowledge relevant to whether Ms. Davis's pregnancy loss was the result of poisoning by Mr. Cooprider.

7.    I have no recollection of any conversations or communications that I might have had with Ms. Davis on April 3, 2025, or April 4, 2025.

8.    I have little recollection of any other conversations or communications that I might have had with Ms. Davis about her pregnancy with Mr. Cooprider.

9.   I delete the text messages on my iPhone once a week, with the exceptions of my text messages with my fiancé. I therefore have no text messages that I have sent to or received from Liana Davis within my possession, custody, or control.

10.   I have no e-mails that I have sent to or received from Liana Davis within my possession, custody, or control.

11.   I have only two voicemails from Ms. Davis that postdate January 1, 2025. The first of these e-mails was sent on February 2, 2026, and the full text of that voicemail reads as follows:

> Hey, it's me. Um, I'm on my way to work and I'll be teaching and then I do have that court hearing today. It was not canceled, so it's totally frivolous, and I have no idea what they could be possibly asking for at this point, but it will be the 1st time I've ever taken the stand at court, and only the 2nd hearing I've ever attended period, so feel free to uh call back in the next 10 minutes, otherwise I'm gonna be totally busy until it's over. I'm sorry um, but yeah, I'm scared. I've no clue how today's gonna wind up. Okay, bye.

I took a screenshot of the transcript of that voicemail, and it appears in Exhibit 2 to this motion.

12.   The second of these e-mails was sent on March 16, 2026, and the full text of that voicemail says:

> Hey, it's me. I'm on my way home right now and I have big news. Um, I'm like in shock right now. It's actually good news but uh yeah. Not the voicemail variety. I definitely want to tell you so call me back when you can. Okay bye.

I took a screenshot of the transcript of that voicemail, and it appears in Exhibit 2 to this motion. The "big news" that Ms. Davis refers to in this voicemail is that she had recently learned that she was pregnant with twins.

13.   I am currently caring for my fiancé who recently suffered an accident at work in which he lost part of his foot, broke his ankle on both sides, and fractured his

foot in multiple places. He was hospitalized for three weeks and is now at home receiving antibiotics.

14.   I spend five hours per day administering antibiotics to my fiancé through a picc line (a home IV). I wake up at 5:30 A.M. each day to prepare the antibiotics then administer the first infusion at 6:00 A.M. The infusion process lasts for more than an hour and I must stay in the house with him during that first infusion, which ends at approximately 7:15 A.M. I also must administer two more infusions each day. The second infusion runs from 2:00 P.M. – 3:15 P.M. The third infusion runs from 10:00 P.M. – 11:15 P.M.

15.   In addition to the thrice-a-day infusions, I must also drive and accompany my fiancé to three or four medical appointments each week. Every week we must visit: (1) The infectious-disease specialists, who examine the wound, study his labs, and determine whether any changes need to be made to his antibiotics; (2) The orthopedic surgeon, who will determine whether and to what extent he can put weight on the injured foot and how the fractures are healing; (3) The wound-care specialists, who must ensure that the wound is healing properly and that we are cleaning it properly, as well determine what treatments it needs to continue healing; (4) The infusion center, which changes the dressing for my fiancé's picc line each week. Each of these weekly medical appointments requires a half-hour drive each way, as well as the appointment itself (which typically lasts for 30 minutes), plus time spent in the waiting room.

16.   I must also help my fiancé when he takes a shower because he can't put weight on his injured foot.

17.   In addition to caring for my severely injured fiancé, I have two small children that I care for and for which I have approximately 90% custody.

18.   I am also getting married to my fiancé on August 1, 2026. I am in the midst of preparing for the wedding and have family coming into town this week for it.

19. I also hold a part-time job in addition to her current family responsibilities.

20. Forcing me to sit for a deposition under these circumstances imposes extreme burdens. I would have to find and train another person to administer infusions to my fiancé and transport and accompany him to his medical appointments.

21. I would also need to find someone to care for my children, as my fiancé is currently disabled while he recovers from her injury and my ex-husband works full time.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Dated: 7/26/2026

Signed by:

6E55D4A3EEBA492...

AMY AMOROSO