

**LD**

**Liana** ›

Feb 2, 2026 at 09:48

00:00 ⬭━━━━━━━━━ -00:36

Transcript

Hey, it's me. Um, I'm on my way to work and I'll be teaching and then I do have that court hearing today. It was not canceled, so it's totally frivolous, and I have no idea what they could be possibly asking for at this point, but it will be the 1st time I've ever taken the stand at court, and only the 2nd hearing I've ever attended period, so feel free to uh call back in the next 10 minutes, otherwise I'm gonna be totally busy



Favorites    Recents    Contacts    Keypad    Voicemail

19:12                                    5G



Feb 2, 2026 at 09:48

LD

00:00   ⬤   Liana ⟩   -00:36

Transcript

Hey, it's me. Um, I'm on my way to work and I'll be teaching and then I do have that court hearing today. It was not canceled, so it's totally frivolous, and I have no idea what they could be possibly asking for at this point, but it will be the 1st time I've ever taken the stand at court, and only the 2nd hearing I've ever attended period, so feel free to uh call back in the next 10 minutes, otherwise I'm gonna be totally busy until it's over. I'm sorry um, but yeah, I'm scared. I've no clue how today's gonna wind up. Okay, bye.



19:12                                         5G



**LD**

**Liana** ›

Mar 16, 2026 at 18:05

00:00 ⬤————————————— -00:23

## Transcript

Hey, it's me. I'm on my way home right now and I have big news. Um, I'm like in shock right now. It's actually good news but uh yeah. Not the voicemail variety. I I definitely want to tell you so call me back when you can. Okay bye.


Favorites


Recents


Contacts


Keypad


Voicemail  127