UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

        Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

        Defendants.

Case No. 2:25-cv-220

### ORDER GRANTING NONPARTY AMI AMOROSO'S MOTION TO QUASH SUBPOENA

The motion to quash the subpoena served on nonparty Ami Amoroso is GRANTED.

Dated: _____

_____
DAVID S. MORALES
UNITED STATES DISTRICT JUDGE