UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, | * | |
| Aid Access GmbH, & | * | |
| Rebecca Gomperts, | * | |
| | * | |
| Defendants. | * | |

**ORDER DENYING NON-PARTY MARY ANNY ZIARKO'S MOTION TO QUASH SUBPOENA**

On July 3, 2026, Defendant Christopher Cooprider ("Defendant') subpoenaed Non-Party Mary Anna Ziarko to testify at a deposition. On July 25, 2026, Non-Party Mary Anna Ziarko filed a Motion to Quash Subpoena (the "Motion"). Having considered the Motion, responses if any, and arguments of counsel, if any, the Court finds that the Motion should be **DENIED** and Non-Party Mary Anna Ziarko should appear to testify at a deposition.

It is therefore **ORDERED** that Non-Party's Motion is, in all things, **DENIED**.

SIGNED this _____ day of ________________________ , 2026.

______________________________
United States District Judge