UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Cooprider,<br>Aid Access GmbH, &<br>Rebecca Gomperts,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 2:25-cv-220 |

**DECLARATION OF CRAIG DUPEN**

I, Craig Dupen am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

1. I am an attorney for Christopher Cooprider in this case, and I submit this declaration alongside Cooprider's Response to Non-Party Amy Amoroso's Motion to Quash Subpoena [Dkt. 110].

2. The document attached as Exhibit 2 to Cooprider's Response to Non-Party Amy Amoroso's Motion to Quash Subpoena is an authentic copy of an excerpted page from Cooprider's document production in this case of text messages between Cooprider and Plaintiff Liana Davis.

3. The documents attached as Exhibits 3 and 4 to Cooprider's Response to Non-Party Amy Amoroso's Motion to Quash Subpoena are authentic copies of emails sent between my co-counsel Beth Klein and fact witness Amy Amoroso regarding scheduling her deposition.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are rue and correct.

/s/ *Craig Dupen*
Craig Dupen