| | | | | |
|---|---|---|---|---|
| Received | 4/4/25 3:59 PM | Liana Davis (+14122957136) | 14122957136 | Liked “Yeah i called and they said it's at the lab. The results should be in by tomorrow morning. Apparently that labs IT shut down this past Monday and Tuesday,  so they've been having issues” |
| Received | 4/4/25 4:03 PM | Liana Davis (+14122957136) | 14122957136 | I'm scared. I'm on my way to an outdoor carnival with my kids all by myself and I will be on my feet in the heat for the next 4 hours. Tell me it's gonna be OK. |
| Sent | 4/4/25 4:05 PM | Liana Davis (+14122957136) | | You'll be fineee |
| Received | 4/4/25 4:05 PM | Liana Davis (+14122957136) | 14122957136 | I'm scared of miscarrying in public when I'm alone a 25 minute drive from u. |
| Received | 4/4/25 4:06 PM | Liana Davis (+14122957136) | 14122957136 | FYI, I will be at Windsor Park Elementary school on Alameda |
| Sent | 4/4/25 4:08 PM | Liana Davis (+14122957136) | | You've done everything you could to not miscarry.. |
| Sent | 4/4/25 4:08 PM | Liana Davis (+14122957136) | | I'm sure it'll be fine |
| Received | 4/4/25 4:09 PM | Liana Davis (+14122957136) | 14122957136 | Questioned “You've done everything you could to not miscarry..” |
| Received | 4/4/25 4:10 PM | Liana Davis (+14122957136) | 14122957136 | What do you mean to not miscarry? |
| Received | 4/4/25 4:10 PM | Liana Davis (+14122957136) | 14122957136 | I actually stopped taking the progesterone a week ago. |
| Received | 4/4/25 4:11 PM | Liana Davis (+14122957136) | 14122957136 | Even tho they didn't tell me I had to do this, I just wanted to wait until a week past when I took the antibiotics before reaching up there. ☝ 💊 |
| Received | 4/4/25 4:11 PM | Liana Davis (+14122957136) | 14122957136 | I was honestly too grossed out to put the pill up there. |
| Received | 4/4/25 4:12 PM | Liana Davis (+14122957136) | 14122957136 | Now that you know I haven't been taking that, do you think I should be worried? |
| Sent | 4/4/25 4:14 PM | Liana Davis (+14122957136) | | Sure you're still fine |
| Sent | 4/4/25 4:14 PM | Liana Davis (+14122957136) | | You've cramped like this before and nothing came out |
| Received | 4/4/25 4:14 PM | Liana Davis (+14122957136) | 14122957136 | Loved “Sure you're still fine” |
| Received | 4/4/25 4:14 PM | Liana Davis (+14122957136) | 14122957136 | Liked “You've cramped like this before and nothing came out” |
| Received | 4/4/25 4:50 PM | Liana Davis (+14122957136) | 14122957136 | My sister thinks I need to take the kids and go to the ER. I'm trying not to panic. |
| Received | 4/4/25 4:50 PM | Liana Davis (+14122957136) | 14122957136 | In her words, "They will much prefer a baby bro/sis over a carnival. Priorities." |
| Sent | 4/4/25 4:55 PM | Liana Davis (+14122957136) | | Do what you gotta do |
| Received | 4/4/25 4:55 PM | Liana Davis (+14122957136) | 14122957136 | I do NOT want to do that. |
| Sent | 4/4/25 4:55 PM | Liana Davis (+14122957136) | | I think you'll be fine |
| Received | 4/4/25 4:55 PM | Liana Davis (+14122957136) | 14122957136 | I'm just so freaked out. |
| Received | 4/4/25 4:55 PM | Liana Davis (+14122957136) | 14122957136 | Loved “I think you'll be fine ” |