From : ami.marie@myyahoo.com
To : beth@bethklein.com
Sent : 7/13/2026 7:10PM
Subject : Re: Subpoena from Christopher Cooprider

You don't often get email from ami.marie@myyahoo.com. Learn why this is important

Ok, well to try to sort things, my fiance was victim of a terrible work injury 3 weeks ago and has a lot of medical follow ups after 3 weeks in hospital that I have to transport him to (he cannot drive yet). In addition to that I am a working single mom of two and lastly have houseguests coming in that week for our wedding on 8/1. Is there anyway to accelerate things? I'm not trying to be uncooperative, but I have a ton going on right now.

As for evidence, I don't have any to provide, as this all happened over a year ago. I'm happy to give testimony to the best of my memories.

Thank you
Amy Amoroso

Sent from my iPhone

On Jul 13, 2026, at 20:03, Beth Klein <beth@bethklein.com> wrote:

1. We need to collect all the evidence that we have requested in the subpoena. This requires you to appear at the location to turn over the evidence. Ms. Davis' attorney is copied, and he may have objections.
2. I am fine with you appearing for questioning remotely.
3. We can work on dates, but this must be coordinated with all counsel and scheduling is tight.

Thank you

Beth Klein
Via mobile

---

**From:** Amy Amoroso <ami.marie@myyahoo.com>
**Sent:** Monday, 13 July 2026 17:46:08
**To:** Beth Klein <beth@bethklein.com>
**Subject:** Subpoena from Christopher Cooprider

You don't often get email from ami.marie@myyahoo.com. Learn why this is important

Ms. Klein,

I received a subpoena from Christopher Cooprider this evening for 27 July 2026. It offers the option of Zoom. I am requesting this option due to scheduling. Additionally, if we could

do this sooner than later, I would appreciate it.

Thank you,
Amy Amoroso