From : ami.marie@myyahoo.com
To : beth@bethklein.com
Sent : 7/20/2026 5:22PM
Subject : Re: Your deposition

Thank you. That is wonderful news as my life is all over the place right now.

Have a good night!
Amy amoroso
Sent from my iPhone

On Jul 20, 2026, at 15:47, Beth Klein <beth@bethklein.com> wrote:

Good afternoon Amy,

The Court is considering a motion about your deposition scheduled for July 27, 2026. At this time, it is off calendar until we get a ruling.

**Beth Klein**
Phone 303-448-8884
beth@bethklein.com
Fax 720-307-2816
Documentary Website
350 Market Street, Suite 310 Basalt CO 81621
<image001.png>