UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Cooprider,<br>Aid Access GmbH, &<br>Rebecca Gomperts,<br><br>Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | Case No. 2:25-cv-220 |

**ORDER DENYING NON-PARTY AMY AMOROSO'S MOTION TO QUASH SUBPOENA**

On July 8, 2026, Defendant Christopher Cooprider ("Defendant') subpoenaed Non-Party Amy Amoroso to testify at a deposition. On July 27, 2026, Non-Party Amy Amoroso filed a Motion to Quash Subpoena (the "Motion") [Dkt. 110]. Having considered the Motion, responses if any, and arguments of counsel, if any, the Court finds that the Motion should be **DENIED** and Non-Party Amy Amoroso should appear to testify at a deposition.

It is therefore **ORDERED** that Non-Party's Motion is, in all things, **DENIED**.

SIGNED this _____ day of ________________________ , 2026.

________________________________
United States District Judge