IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-220 |
| | § | |
| CHRISTOPHER COOPRIDER, AID ACCESS GMBH & REBECCA GOMPERTS, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT CHRISTOPHER COOPRIDER'S MOTION TO SEAL EXHIBIT TO RSPONSE TO NON-PARTY MARY ANNA ZIARKO'S MOTION TO QUASH SUBPOENA**

Defendant Christopher Cooprider files this Motion to Seal his Exhibit 1 to his Response to Non-Party Mary Anna Ziarko's Motion to Quash Subpoena [Dkt. 113], and in support thereof, will respectfully show the following:

1. As this Court is aware, although sealing documents placed into the judicial record is generally disfavored, the Court may undertake an analysis balancing the public's common law right of access against the interests favoring non-disclosure. *See June Med. Servs. v. Phillips*, 22 F.4th 512, 521 (5th Cir. 2022). Here, Defendant Cooprider seeks to file under seal one specific exhibit referenced in support of his recently filed Response to Non-Party Mary Anna Ziarko's Motion to Quash Subpoena [Dkt. 113]. The exhibit at issue is a declaration by another non-party, Devin Davis, disagreeing with and refuting aspects of Ms. Ziarko's and Plaintiff Liana Davis's contentions as to Ms. Ziarko's health. In particular, the declaration and its attached exhibits and incorporated media include sensitive and identifying information about Devin and Liana Davis's minor children. The declaration has very narrow relevance only to the limited issue of whether Ms. Ziarko's deposition should be permitted to go forward, and little to no relevance to the broader merits of this case.

Accordingly, the strong minor child privacy interests at issue fully outweigh the minimal public interest in disclosure of this information/materials.

## PRAYER

WHEREFORE, Defendant Christopher Cooprider respectfully requests this Court maintain under seal Cooprider's Exhibit 1 to Docket No. 113, which Defendant Cooprider has separately filed under seal via the ECF system under Docket No. 114. Defendant also requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Craig Dupen*

BETH KLEIN, P.C.
Beth Klein
Colorado Bar No. 17477
S.D. Tex. Bar No. 3934133
350 Market Street, Suite 310
Basalt, Colorado 81621
Email beth@bethklein.com
Phone 303-448-8884

**- AND –**

WATTS LAW FIRM, LLP
Mikal C. Watts
Texas State Bar No. 20981820
Federal Bar ID: #12419
Mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501

**- AND –**

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Barry A. Moscowitz
Federal Bar No. 31054
State Bar No. 24004830
bmoscowitz@thompsoncoe.com

Craig Dupen
Federal Bar No. 1144807
State Bar No. 24065177
cdupen@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
Telephone: (214) 871-8200
Fax: (214) 871-8209

Victoria L. Jimenez
Federal Bar No. 2522937
State Bar No. 24060021
vjimenez@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Fax: (713) 403-8299

**ATTORNEYS FOR DEFENDANT CHRISTOPHER COOPRIDER**

**CERTIFICATE OF SERVICE**

I hereby certify that on August 18, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By: /s/ *Craig Dupen*
Craig Dupen