United States District Court
Southern District of Texas
**ENTERED**
August 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court is in receipt of the parties' email correspondence regarding its meeting with Array scheduled for August 21, 2026, at 11:00 a.m. The Court **ORDERS** Array to send a summary of the meeting via email to the Court's case manager and the attorneys **no later than 3:00 p.m. on August 21, 2026**. Counsel for the parties **SHALL** provide Array with a copy of this Order.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
August 20, 2026