United States District Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

The Court is in receipt of the parties' voluminous email correspondence regarding ongoing discovery disputes. The Court **ORDERS** the parties to file a joint submission **on or before August 26, 2026, at 12:00 p.m.** addressing the items below. The joint submission **SHALL** contain **no more than a half page** of argument per party, per item:

1. What devices, if any, Plaintiff has failed to provide to Array;
2. The status of the parties' negotiation of an ESI order;
3. The status of any objections to the Vasiliou production, *see* (D.E. 101, p. 1);
4. Array's failure to comply with the Court's August 20, 2026 Order, including whether the August 21, 2026 meeting between Array and the parties took place;
5. A status update on the iCloud download, which the parties appear to be working towards;
6. Any other outstanding discovery issues.

The Court further **ORDERS** counsel for Defendant to inform the Court's case manager upon receipt of Plaintiff's payments for her portion of the Array invoices. The Court will set a discovery conference, if necessary, after reviewing the parties' joint submission.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
August 24, 2026