United States District Court
Southern District of Texas
**ENTERED**
August 24, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's motion for leave to amend. (D.E. 108). Defendants did not file a response.[1] After review, the Court **GRANTS** the motion. (D.E. 108). The Court **INSTRUCTS** the Clerk of Court to file Plaintiff's First Amended Complaint, (D.E. 108-6), as a separate docket entry.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
August 24th, 2026

[1] Counsel for Defendant Cooprider indicated, via email, that he is not opposed to amendment so long as the trial setting is unaffected, and so long as counsel for Plaintiff does not delay service of newly joined Defendants.