UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, | * | |
| Aid Access GmbH, & | * | |
| Rebecca Gomperts, | * | |
| | * | |
| Defendants. | * | |

## RESPONSES TO REQUESTS FOR ADMISSION

**Request for Admission No. 1**: You are a citizen of Arizona.

**RESPONSE**: ADMIT

**Request for Admission No. 2**: You are the biological father of the unborn child that Liana Davis conceived in early 2025.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny.

**Request for Admission No. 3**: You wanted Liana Davis to abort the unborn child that she conceived in early 2025.

**RESPONSE**: Objection. Vague and ambiguous as to the phrase "she conceived in early 2025."

**Request for Admission No. 4**: You asked Liana Davis to abort the unborn child that she conceived in early 2025.

**RESPONSE**: : Objection. Vague and ambiguous as to the phrase "she conceived in early 2025." Liana Davis lied to Cooprider that she was pregnant in "early 2025" when she knew that she was not.

**Request for Admission No. 5**: You ordered abortion-inducing drugs in February of 2025.

**RESPONSE**: ADMIT.

**Request for Admission No. 6**: You ordered abortion-inducing drugs from Aid Access in February of 2025.

**RESPONSE**: ADMIT

**Request for Admission No. 7**: You ordered abortion-inducing drugs from Aid Access in February of 2025 after you saw and used a link to Aid Access's website that appeared on a website called Plan C Pills (https://www.plancpills.org).

**RESPONSE**: ADMIT

**Request for Admission No. 8**: You ordered abortion-inducing drugs in February of 2025 with the intent of giving them to Liana Davis.

**RESPONSE**: ADMIT.

**Request for Admission No. 9**: You ordered abortion-inducing drugs in February of 2025 for the purpose of terminating Liana Davis's pregnancy.

**RESPONSE**: Objection. Liana Davis was not pregnant when the abortion-inducting drugs were ordered. Therefore, no termination of any pregnancy could have occurred. DENY.

**Request for Admission No. 10**: You intended for the abortion-inducing drugs that you ordered in February of 2025 to be used to terminate Liana Davis's pregnancy.

**RESPONSE**: Objection. Liana Davis was not pregnant when the abortion-inducting drugs were ordered. Therefore, no termination of any pregnancy could have occurred. DENY.

**Request for Admission No. 11**: The abortion-inducing drugs that you ordered in February of 2025 arrived at your house on or about February 11, 2025.

**RESPONSE**: ADMIT.

**Request for Admission No. 12**: You sent a text message to Liana Davis on February 11, 2025, at 7:52 a.m. central time, that said "The pills just got here."

**RESPONSE**: ADMIT

**Request for Admission No. 13**: After you texted Liana Davis on February 11, 2025, at 7:52 a.m. central time, to inform her that "The pills just got here," Ms. Davis responded to your text with a thumbs-down emoji.

**RESPONSE**: ADMIT

**Request for Admission No. 14**: You showed Liana Davis the receipt for your purchase of the abortion-inducing drugs.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny.

**Request for Admission No. 15**: The receipt for your purchase of the abortion-inducing drugs indicates that you purchased the drugs from Aid Access.

**RESPONSE**: ADMIT

**Request for Admission No. 16**: On or about February 18, 2025, you brought some or all of the abortion-inducing drugs that you had purchased to Liana Davis's house.

**RESPONSE**: ADMIT

**Request for Admission No. 17**: On or about February 18, 2025, you asked Liana Davis to terminate her pregnancy with some or all of the abortion-inducing drugs that you had purchased.

**RESPONSE**: Objection. On or about February 18, 2025, Liana Davis was not pregnant.

**Request for Admission No. 18**: The mifepristone and misoprostol that you ordered were prescribed to "Chris Cooprider."

**RESPONSE**: ADMIT

**Request for Admission No. 19**: The mifepristone pill that you ordered was in a blister pack when it arrived at your house.

**RESPONSE**: ADMIT

**Request for Admission No. 20**: You removed the mifepristone pill from its blister pack.

**RESPONSE**: DENY.

**Request for Admission No. 21**: You accompanied Liana Davis to her ultrasound appointment on March 21, 2025.

**RESPONSE**: ADMIT

**Request for Admission No. 22**: You communicated with Devin Paul Davis.

**RESPONSE**: ADMIT

**Request for Admission No. 23**: By April 5, 2025, you knew that you would be unable to persuade Liana Davis to terminate her pregnancy.

**RESPONSE**: DENY.

**Request for Admission No. 24**: You made no attempts to persuade Liana Davis to terminate her pregnancy on April 5, 2025.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny.

**Request for Admission No. 25**: You made no attempts to persuade Liana Davis to terminate her pregnancy on April 4, 2025.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny.

**Request for Admission No. 26**: You made no attempts to persuade Liana Davis to terminate her pregnancy on April 3, 2025.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny.

**Request for Admission No. 27**: You made no attempts to persuade Liana Davis to terminate her pregnancy on April 2, 2025.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny.

**Request for Admission No. 28**: When you arrived at Liana Davis's house on the evening of April 5, 2025, your silver truck was parked in your garage.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny. I do not recall whether my truck was in the garage, street, or driveway.

**Request for Admission No. 29**: When you arrived at Liana Davis's house on the evening of April 5, 2025, your silver truck was parked in your driveway.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny. I do not recall whether my truck was in the garage, street, or driveway.

**Request for Admission No. 30**: When you arrived at Liana Davis's house on the evening of April 5, 2025, your silver truck was parked on the street on which you and Ms. Davis lived.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny. I do not recall whether my truck was in the garage, street, or driveway.

**Request for Admission No. 31**: When you arrived at Liana Davis's house on the evening of April 5, 2025, you brought some or all of the abortion-inducing drugs that you had purchased from Aid Access.

**RESPONSE**: DENY.

**Request for Admission No. 32**: Alcohol was mixed into the hot chocolate that Liana Davis drank on the evening of April 5, 2025.

**RESPONSE**: ADMIT.

**Request for Admission No. 33**: At or shortly before 12:12 a.m. on April 6, 2025, you promised Liana Davis that you would drive to her mother's residence and return to Ms. Davis's house with her mother.

**RESPONSE**: DENY.

**Request for Admission No. 34**: You were aware that Liana Davis's mother was unable to drive when you told Ms. Davis that you would drive to her mother's residence shortly after midnight on April 6, 2025.

**RESPONSE**: DENY.

**Request for Admission No. 35**: You left Liana Davis's house at approximately 12:12 a.m. on April 6, 2025.

**RESPONSE**: Pursuant to F.R.C.P. 36(a)(4) I do not have sufficient information to admit or deny. I do not recall the time.

**Request for Admission No. 36**: Liana Davis sent you a text message at approximately 12:12 a.m. on April 6, 2025, with the address for her mother's residence.

**RESPONSE**: ADMIT

**Request for Admission No. 37**: The text message that Liana Davis sent you at approximately 12:12 a.m. on April 6, 2025, contained the address "7122 Premont Drive Apt F102."

**RESPONSE**: ADMIT

**Request for Admission No. 38**: You were aware that Liana Davis was bleeding when you left her house at approximately 12:12 a.m. on April 6, 2025.

**RESPONSE**: ADMIT.

**Request for Admission No. 39**: You were aware that Liana Davis was in need of medical care when you left her house at approximately 12:12 a.m. on April 6, 2025.

**RESPONSE**: DENY.

**Request for Admission No. 40**: You were aware that Liana Davis was in danger of losing her pregnancy when you left her house at approximately 12:12 a.m. on April 6, 2025.

**RESPONSE**: DENY.

**Request for Admission No. 41**: You never picked up Liana Davis's mother on April 6, 2025.

**RESPONSE**: ADMIT

**Request for Admission No. 42**: You never drove to Liana Davis's mother's residence on April 6, 2025.

**RESPONSE**: ADMIT

**Request for Admission No. 43**: You never drove to the Foxfire Condominiums on April 6, 2025.

**RESPONSE**: ADMIT

**Request for Admission No. 44**: You never drove on Premont Street between 12:12 a.m. central time and 1:00 a.m. central time on April 6, 2025.

**RESPONSE**: ADMIT

**Request for Admission No. 45**: You never drove anywhere between 12:12 a.m. central time and 1:00 a.m. central time on April 6, 2025.

**RESPONSE**: DENY.

**Request for Admission No. 46**: Liana Davis called your cell-phone number five times after you left her house on April 6, 2026, at approximately each of the following times: 12:2., at 12:22 , at 12:26, at 12:39 and at 12:45.

**RESPONSE**: ADMIT

**Request for Admission No. 47**: You did not answer or return any of the phone calls that Liana Davis made to you on April 6, 2026.

**RESPONSE**: ADMIT

**Request for Admission No. 48**: Liana Davis sent you a series of text messages on April 6, 2025, which appear in Exhibit 36 of the complaint (ECF No. 1).

**RESPONSE**: ADMIT

**Request for Admission No. 49**: You did not respond to any of the text messages that Liana Davis sent to you in Exhibit 36 of the complaint until 12:44 a.m. on April 6, 2025.

**RESPONSE**: ADMIT

**Request for Admission No. 50**: At approximately 1:01 a.m. on April 6, 2025, Liana Davis sent you a text message that said: “Where did you go? You aren’t home. Did you even go out to find my mom?”

**RESPONSE**: ADMIT

**Request for Admission No. 51**: You never responded to the text message that Liana Davis sent to you at approximately 1:01 a.m. on April 6, 2025, which said: "Where did you go? You aren't home. Did you even go out to find my mom?"

**RESPONSE**: ADMIT

**Request for Admission No. 52**: At approximately 1:24 a.m. on April 6, 2025, Liana Davis sent you a text message that said: "I am at the hospital in the ER."

**RESPONSE**: ADMIT

**Request for Admission No. 53**: You never responded to the text message that Liana Davis sent to you at approximately 1:24 a.m. on April 6, 2025, which said: "I am at the hospital in the ER."

**RESPONSE**: ADMIT

**Request for Admission No. 54**: You never returned to Liana Davis's house on April 6, 2025, after you left her house at approximately 12:12 a.m. that day.

**RESPONSE**: ADMIT

**Request for Admission No. 55**: You never returned to your house on April 6, 2025, after you left Liana Davis's house at approximately 12:12 a.m. that day, until after 1:00 a.m. on April 6, 2025.

**RESPONSE**: DENY.

**Request for Admission No. 56**: You never returned to your house on April 6, 2025, after you left Liana Davis's house at approximately 12:12 a.m. that day, until after 1:30 a.m. on April 6, 2025.

**RESPONSE**: DENY.

**Request for Admission No. 57**: You never returned to your house on April 6, 2025, after you left Liana Davis's house at approximately 12:12 a.m. that day, until after 2:00 a.m. on April 6, 2025.

**RESPONSE**: DENY.

**Request for Admission No. 58**: You did not have any flights scheduled for April 6, 2025.

**RESPONSE**: DENY. Please see Disclosed Documents Bate Stamp CR000826 NAVLIR 4/6/2025 CR000826 - 827 FlightGrade 4/6/2025

**Request for Admission No. 59**: You did not have any flights on April 6, 2026.

**RESPONSE**: Please see Disclosed Documents Bate Stamp CR000825 NAVLIR 4/6/2025 CR000826 - 827 FlightGrade 4/6/2025

**Request for Admission No. 60**: You have no evidence that Liana Davis initiated or proposed the idea of holding the "night of trust" that occurred on April 5, 2025, as you allege in paragraphs 14 and 71 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 61**: You have no evidence that Liana Davis knew that she was not pregnant on February 3, 2025, as you allege in paragraphs 13 and 24 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 62**: You have no evidence that Liana Davis knowingly lied about her pregnancy status to Cooprider, as you allege in paragraphs 13 and 24 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 63**: You have no evidence that Liana Davis poisoned Devin Paul Davis, as you allege in paragraph 16 of your answer.

**RESPONSE**: Objection, this Requests misquotes paragraph 16 of the Answer.

**Request for Admission No. 64**: You have no evidence that Liana Davis has ever drunk alcohol in the presence of her children, as you allege in paragraph 18 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 65**: You have no evidence that Liana Davis has ever been "drunk" while taking care of her children, as you allege in paragraph 18 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 66**: You have no evidence that Liana Davis has ever been "late to pick up her kids . . . from school," as you allege in paragraph 18 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 67**: You have no evidence that Liana Davis has ever taken Vyvanse, as you allege in paragraph 19 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 68**: You have no evidence that Liana Davis asked you to order abortion-inducing drugs, as you allege in paragraph 27 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 69**: You have no evidence that Liana Davis "suggested to others that she wanted COOPRIDER to order the pills," as you allege in paragraph 29 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 70**: You have no evidence that "on February 21, 2025, DAVIS faked taking the first of the three pills, and on February 23, 2025, DAVIS faked taking the two other pills," as you allege in paragraph 34 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 71**: On March 5, 2025, you told the Corpus Christi police that Liana Davis "took abortion pills."

**RESPONSE**: ADMIT

**Request for Admission No. 72**: You have no evidence that Liana Davis "took abortion pills" on or shortly before March 5, 2025, as you told the Corpus Christi police.

**RESPONSE**: DENY. On February 21 and 23, Liana Davis lied that she had taken abortion pills and that she was in the process of aborting her baby. On

March 5, 2025, Liana Davis lied that she was "code red" and sitting in a "pile of blood." I relayed the information provided by Liana Davis to the Corpus Christi police.

**Request for Admission No. 73**: You have no evidence that Liana Davis deleted material from your phone, as you allege in paragraph 74 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 74**: You have no evidence that Liana Davis “prepared” hot chocolate “together” with you on the night of April 5, 2025, as you allege in paragraph 75 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 75**: While the hot chocolate was being prepared in the kitchen on the night of April 5, 2025, there were at least some moments when Liana Davis was not present in the kitchen while you were preparing the hot chocolate.

**RESPONSE**: DENY.

**Request for Admission No. 76**: You have no evidence that Liana Davis “put alcohol in her [hot chocolate]” on the night of April 5, 2025, as you allege in paragraph 76 of your answer.

**RESPONSE**: DENY.

**Request for Admission No. 77**: On April 7, 2025, at approximately 10:36 a.m. central time, Liana Davis sent you a text message and asked, “How many pills did you give me, Chris? Was it all 10?”

**RESPONSE**: ADMIT.

**Request for Admission No. 78**: On April 7, 2025, at approximately 10:36 a.m. central time, you texted Ms. Davis and said: “You consented multiple times.”

**RESPONSE**: ADMIT.

**Request for Admission No. 79**: You have no evidence that Liana Davis ever “consented” to taking abortion pills.

**RESPONSE**: DENY.

**Request for Admission No. 80**: You have no evidence that Liana Davis "drank alcohol heavily while pregnant," as you allege in paragraph 127 of your answer.

**RESPONSE**: DENY.

November 20, 2025

Respectfully submitted,

BETH KLEIN, P.C.

By: _/s/ Beth Klein_
Beth Klein
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

Mikal C. Watts
WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE FOR CHRISTOPHER COOPRIDER

James "Rick" Holstein
LAW OFFICE OF RICK HOLSTEIN, PLLC
Texas State Bar No. 09915150 Federal I.D. No. 426800
rickholstein@mac.com
P.O. Box 331655
Corpus Christi, TX 78463
Telephone: (361) 883-8649

Cassie J. Dallas
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 24074105
Federal Bar ID No. 1512089
cdallas@thompsoncoe.com

Barry A. Moscowitz
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 24004830
Federal Bar ID No. 31054
bmoscowitz@thompsoncoe.com
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

William L. Mennucci
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 00788042
Federal Bar ID No. 18172
bmennucci@thompsoncoe.com
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 708-8200
Facsimile: (512) 708-8777

ATTORNEYS FOR CHRISTOPHER COOPRIDER

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20 , 2025, a copy of the foregoing discovery request was sent via email to all counsel of record.

/s/ *Beth Klein*
Beth Klein