UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-00220

## DECLARATION OF LIANA DAVIS

1. My name is Liana Davis. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I am the named plaintiff in this litigation, and I submit this declaration in support of the reply brief in support of the motion to quash the subpoena that was served on my mother, Mary Anna Ziarko.

4. Devin Davis did not carry out a custody exchange on June 25, 2026, and his claim in his declaration that we carried out custody exchange on June 25, 2026, is false. *See* Devin Davis Decl., ECF No. 114. at ¶ 4. Devin had custody of the children for five more days after June 25, 2026, and no exchange of custody occurred on that June 25, 2026.

5. Devin Davis's claim that I placed the "sole care" of our three children with my mother when I was hospitalized on July 15, 2026, is false. *See* Devin Davis Decl., ECF No. 114. at ¶ 5. When I was hospitalized and giving birth to my twins, I left my children in the care of no fewer than three adults: Marshall Bowling (the father of our

twins), Mr. Bowling's mother, and Ms. Ziarko. Mr. Bowling's father also stopped by the house during this time to assist. At no time during this hospitalization did I leave my children in the "sole care" of my mother.

6. All of the text messages that I have exchanged with my mother on April 5–6, 2026, are retrievable from the cell phone that I previously turned over to Array LLC.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Signed by:
Liana Davis
330405A4516E41A...

Dated: 8/24/2026

LIANA DAVIS