**From:** **Beth Klein** beth@bethklein.com
**Subject:** Request for Discovery Hearing
**Date:** August 17, 2026 at 2:44 PM
**To:** Arlene Clancy arlene_rodriguezclancy@txs.uscourts.gov
**Cc:** Jonathan Mitchell jonathan@mitchell.law, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Hamby, Oliver ohamby@thompsoncoe.com, Dupen, Craig cdupen@thompsoncoe.com, Jimenez, Victoria vjimenez@thompsoncoe.com

BK

---

Dear Ms. Clancy,

We need a discovery hearing on the following matters:

1. Plaintiff's intentional wall of obstruction of discovery and intentional Failure and Refusal to
   1. abide by the July 10, 2026 Court Order to produce all devices as defined by the Mary 14, 2026 order with a non -complying certification (Order paragraph 11.)
   2. cooperate or communicate in any way or to download the 53 GB of text data on Davis's iCloud. (Order paragraph 6)
   3. Cooperate or communicate in any way to negotiate an ESI order (Order paragraph 8)
   4. Provide any objections whatsoever to the Vasiliou production received by Plaintiff on July 16, 2026 – constituting a complete waiver of all objections. (Order paragraph 3)
   5. Providing materially false and misleading declarations to the Court in connection with the Motions to Quash the depositions of Ziarko and Amoroso.
   6. Failure to pay 50% of the costs of Array and Vasiliou. (May 14 Order and July 10, 2026 Order, paragraph 2)

Thank you.

**Beth Klein**
Phone 303-448-8884
beth@bethklein.com
Fax 720-307-2816
Documentary Website
350 Market Street, Suite 310 Basalt CO 81621

BETH KLEIN