

**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: Request for Discovery Hearing
**Date:** August 17, 2026 at 3:13 PM
**To:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Hamby, Oliver ohamby@thompsoncoe.com, Dupen, Craig cdupen@thompsoncoe.com, Jimenez, Victoria vjimenez@thompsoncoe.com
**Cc:** John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com, Talcott Franklin tal@tfpc.me

Counsel:

How did we fail to "produce all devices as defined by the Mary 14, 2026 order"? We turned over the second phone to Array LLC. And we provided the required certifications (attached) and e-mailed them to Ms. Clancy.

You never once complained to us about our production or certification before you e-mailed Ms. Clancy and falsely accused of violating the Court's order.

Tell us NOW how the production and certifications were supposedly noncompliant.

—Jonathan

**Liana Davis Declaration ...**
Downloading...

**JFM Declaration.pdf**
Downloading...

> On Aug 17, 2026, at 2:44 PM, Beth Klein <beth@bethklein.com> wrote:
>
> Dear Ms. Clancy,
>
> We need a discovery hearing on the following matters:
>
> 1. Plaintiff's intentional wall of obstruction of discovery and intentional Failure and Refusal to
>     1. abide by the July 10, 2026 Court Order to produce all devices as defined by the Mary 14, 2026 order with a non -complying certification (Order paragraph 11.)
>     2. cooperate or communicate in any way or to download the 53 GB of text data on Davis's iCloud. (Order paragraph 6)
>     3. Cooperate or communicate in any way to negotiate an ESI order (Order paragraph 8)
>     4. Provide any objections whatsoever to the Vasiliou production received by Plaintiff on July 16, 2026 – constituting a complete waiver of all objections. (Order paragraph 3)
>     5. Providing materially false and misleading declarations to the Court in connection with the Motions to Quash the depositions of Ziarko and

Amoroso.

6. Failure to pay 50% of the costs of Array and Vasiliou. (May 14 Order and July 10, 2026 Order, paragraph 2)

Thank you.

**Beth Klein**
Phone 303-448-8884
beth@bethklein.com
Fax 720-307-2816
Documentary Website
350 Market Street, Suite 310 Basalt CO 81621
BETH KLEIN

-----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**