**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: Conferrals and Unprofessional Conduct
**Date:** August 19, 2026 at 1:04 AM
**To:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry bmoscowitz@thompsoncoe.com, Hamby, Oliver ohamby@thompsoncoe.com, Dupen, Craig cdupen@thompsoncoe.com, Jimenez, Victoria vjimenez@thompsoncoe.com
**Cc:** John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com, Talcott Franklin tal@tfpc.me



Beth:

The e-mails that you attached do not say a single word about items (a), (c), (d), or (e) in the e-mail that you sent to Ms. Clancy on August 17, 2026, at 4:44 p.m.

I have reviewed my e-mails and you never conferred with us about any of those four topics before you went running to the Court accusing us of discovery misconduct.

You must confer with your opposing counsel and provide him an opportunity to resolve the matter before asking the court to intervene a discovery dispute. That is basic professional courtesy and it is required by Rule 37(a)(1).

So I am requesting that you confer with us now. Tell us exactly:

(1) How Ms. Davis failed to "abide by the July 10, 2026 Court Order to produce all devices as defined by the May 14, 2026 order";

(2) How Ms. Davis's certifications failed to comply with the Court's order?

(3) How we failed to "cooperate or communicate in any way to negotiate an ESI order."

(4) What is "false and misleading" in the Ziarko and Amoroso declarations?

You have never raised any of these issues in any previous communication with us.

—Jonathan

> On Aug 17, 2026, at 4:39 PM, Beth Klein <beth@bethklein.com> wrote:
>
> Jonathan,
>
> Here are three of the many conferral emails concerning ESI, objections, bill payment, etc.. starting in June.
>
> **Beth Klein**
> Phone 303-448-8884
> beth@bethklein.com
> Fax 720-307-2816
> Documentary Website
> 350 Market Street, Suite 310 Basalt CO 81621

BETH KLEIN

On Aug 17, 2026, at 2:54 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:

Ms. Clancy:

Ms. Klein has not conferred with me about the items on this list. I respectfully ask that the Court wait until Ms. Klein satisfies her meet-and-confer obligations before scheduling a hearing.

—Jonathan

> On Aug 17, 2026, at 2:46 PM, Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov> wrote:
>
> Hello,
>
> Received – I will advise Chambers of your request.
>
> Respectfully,
>
> <image002.png>
>
> ---
>
> **From:** Beth Klein <beth@bethklein.com>
> **Sent:** Monday, August 17, 2026 4:44 PM
> **To:** Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov>
> **Cc:** Jonathan Mitchell <jonathan@mitchell.law>; Mikal Watts <mikal@wattsllp.com>; Moscowitz, Barry <bmoscowitz@thompsoncoe.com>; Hamby, Oliver <ohamby@thompsoncoe.com>; Dupen, Craig <cdupen@thompsoncoe.com>; Jimenez, Victoria <vjimenez@thompsoncoe.com>
> **Subject:** Request for Discovery Hearing
>
> **CAUTION - EXTERNAL:**
>
> Dear Ms. Clancy,
>
> We need a discovery hearing on the following matters:
>
> 1. Plaintiff's intentional wall of obstruction of discovery and intentional Failure and Refusal to
>    1. abide by the July 10, 2026 Court Order to produce all devices as defined by the Mary 14, 2026 order with a non -complying certification (Order paragraph 11.)
>    2. cooperate or communicate in any way or to download the 53 GB of text

data on Davis's iCloud. (Order paragraph 6)

3. Cooperate or communicate in any way to negotiate an ESI order (Order paragraph 8)
4. Provide any objections whatsoever to the Vasiliou production received by Plaintiff on July 16, 2026 – constituting a complete waiver of all objections. (Order paragraph 3)
5. Providing materially false and misleading declarations to the Court in connection with the Motions to Quash the depositions of Ziarko and Amoroso.
6. Failure to pay 50% of the costs of Array and Vasiliou. (May 14 Order and July 10, 2026 Order, paragraph 2)

Thank you.

**Beth Klein**
Phone 303-448-8884
beth@bethklein.com
Fax 720-307-2816
Documentary Website
350 Market Street, Suite 310 Basalt CO 81621
<image003.png>

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

**Email 2.pdf**

**Email 3.pdf**

**Email conferral 1.pdf**