

**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Fwd: Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Order
**Date:** August 24, 2026 at 11:12 PM
**To:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Barry Moscowitz bmoscowitz@thompsoncoe.com, Oliver Hamby ohamby@thompsoncoe.com, Victoria Jimenez vjimenez@thompsoncoe.com, Craig Dupen cdupen@thompsoncoe.com
**Cc:** Talcott Franklin tal@tfpc.me, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com

---

Counsel:

In preparation of the joint submission that is due in less than 48 hours:

(1) Tell us IMMEDIATELY what devices you think Ms. Davis has failed to provide to Array. Ms. Klein's e-mail to Ms. Clancy accuses us of failing to provide devices and you have never identified what those devices are even though I asked you about this days ago. Tell us what those devices are or withdraw your accusation.

(2) Please send a draft ESI order for us to review.

(3) I have already explained our stance on the Vasiliou production.

(4) I recommend that we e-mail Array and remind them that they need to produce the report that Judge Morales ordered. I think we could draft the report for them as long as both sides agree to the contents of the draft before sharing it with Array, but let me know if you disagree.

(5) I don't think there is anything further for the Court to resolve regarding the iCloud download. If you disagree please let us know.

(6) Please let us know if there are other discovery issues. I am considering mentioning Cooprider's waiver of the attorney–client privilege that we flagged in the discovery requests that we served yesterday. If you disagree that he waived privilege then we might want to ask the Court to resolve that dispute now.

—Jonathan

**118 - ORDERJoint Submission Date ...**
66 KB

> Begin forwarded message:
>
> **From:** DCECF_LiveDB@txs.uscourts.gov
> **Subject:** **Activity in Case 2:25-cv-00220 Davis v. Cooprider et al Order**
> **Date:** August 24, 2026 at 12:38:09 PM PDT
> **To:** DC_Notices@txsd.uscourts.gov
>
> **This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**SOUTHERN DISTRICT OF TEXAS**

## Notice of Electronic Filing

The following transaction was entered on 8/24/2026 at 2:38 PM CDT and filed on 8/24/2026

| | |
|---|---|
| **Case Name:** | Davis v. Cooprider et al |
| **Case Number:** | 2:25-cv-00220 |
| **Filer:** | |
| **Document Number:** | 118 |

**Docket Text:**
**ORDERJoint Submission Date 8/26/2026 by 12:00 p.m. (Signed by Judge David S Morales) Parties notified. (arc2)**

**2:25-cv-00220 Notice has been electronically mailed to:**

Barry A Moscowitz bmoscowitz@thompsoncoe.com, dmckenzie@thompsoncoe.com, everweij@thompsoncoe.com, KOFlannigan@thompsoncoe.com, LSflowers@thompsoncoe.com, ohamby@thompsoncoe.com, pdurrwachter@thompsoncoe.com, Rgoss@thompsoncoe.com, vjimenez@thompsoncoe.com, wking@thompsoncoe.com

Beth Ann Klein beth@bethklein.com

Blake Anthony Green blakeg@corpuschristitx.gov, BeaV@corpuschristitx.gov, CarinaLV@corpuschristitx.gov, EricaDL@corpuschristitx.gov, liliac@corpuschristitx.gov

Cassie J. Dallas cdallas@thompsoncoe.com, jsullivan@thompsoncoe.com

Clifford Paul Riley Cliff.Riley@slfirm.com, DocketDA@dykema.com, KLowery@dykema.com

Craig Douglas Dupen cdupen@thompsoncoe.com, wking@thompsoncoe.com

John Clay Sullivan john.sullivan@the-sl-lawfirm.com, lshults@morganlewis.com

Jonathan Franklin Mitchell jonathan@mitchell.law

Mikal C Watts mikal@wattsllp.com, cindy@wattsllp.com, rickholstein@mac.com

Victoria Lynn Jimenez vjimenez@thompsoncoe.com, dmckenzie@thompsoncoe.com

William L. Mennucci bmennucci@vkv.law

**2:25-cv-00220 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=8/24/2026] [FileNumber=47399044-0] [9332ba32aed922a445dc5c0798c2e6d78bc1e9eced118b5d2a48a1c954f7bee114
32ea64e422700cdfaf72360a782bb069dfc2d14e7d74fabc369151dfce2a7d]]

-----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**