

**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** draft ESI order
**Date:** August 26, 2026 at 8:45 AM
**To:** Dupen, Craig CDupen@thompsoncoe.com
**Cc:** Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry BMoscowitz@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, Jimenez, Victoria VJimenez@thompsoncoe.com, Franklin Talcott tal@tfpc.me, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com

---

Counsel:

I have attached a draft ESI order that appears on Judge Charles Eskridge's website. We can use this as a starting point for our discussions.

—Jonathan

**Standard-E-Discovery-Order.docx**
18 KB

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**