**Dupen, Craig**

| | |
|---|---|
| **From:** | Dupen, Craig |
| **Sent:** | Tuesday, July 21, 2026 10:32 AM |
| **To:** | Beth Klein; Jonathan Mitchell |
| **Cc:** | Moscowitz, Barry; Mikal Watts; Talcott Franklin; Jimenez, Victoria; Hamby, Oliver; John C. Sullivan; Cliff P. Riley |
| **Subject:** | RE: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850] |

Jonathan,

Array address confirmed below—as we discussed with the Court yesterday, I'm also happy to hop on a call with you to them if you would like to discuss any additional logistics for this transfer (and also accessing Ms. Davis's cloud data).

In terms of hammering out an ESI order on search parameters, scope, etc. and resolving some of the pending objections and ESI discovery requests or getting the Court to rule on those, it might be easiest as a first step if we just had a call to talk through what we can agree on? I'm fairly open tomorrow morning or Thursday if you have some time.

Thanks,

THOMPSON COE EST 1951 75 YEARS
Craig Dupen • Partner
700 North Pearl Street, 25th Floor, Dallas, TX 75201
o: 214-880-2703
bio • vCard • web

---

**From:** Damon O'Connell <Damon.OConnell@trustarray.com>
**Sent:** Tuesday, July 21, 2026 10:16 AM
**To:** Dupen, Craig <CDupen@thompsoncoe.com>; Beth Klein <beth@bethklein.com>; Jonathan Mitchell <jonathan@mitchell.law>
**Cc:** Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Arlene Clancy <arlene_rodriguezclancy@txs.uscourts.gov>; Forensics <forensics@trustarray.com>
**Subject:** RE: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850]

That is the correct address. If you wanted to be very clear, please use this address:

Array
ATTN: Forensics - **46960**
5508 US Hwy 290 West
Suite 350
Austin, TX 78735

Best regards,

Damon

**Damon O'Connell**
**VP of Business Development**
**M 512.653.7387**
trustArray.com

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

---

**From:** Dupen, Craig <CDupen@thompsoncoe.com>
**Sent:** Tuesday, July 21, 2026 10:11 AM
**To:** Damon O'Connell <Damon.OConnell@trustarray.com>; Beth Klein <beth@bethklein.com>; Jonathan Mitchell <jonathan@mitchell.law>
**Cc:** Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Arlene Clancy <arlene_rodriguezclancy@txs.uscourts.gov>; Forensics <forensics@trustarray.com>
**Subject:** RE: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850]

Hello Damon,

Thanks for your email—just to clarify though, until a further order from the Court with some additional direction as to the proper scope, search terms, time frames, etc. Array is only supposed to preserve the data from the devices (please see #8 and #9 for instance in the attached order). We will endeavor to work with the Court to get that next order finalized in the near future. Also, Plaintiff's counsel needs to send you an additional cell phone from Ms. Davis. Could you please confirm that they can send that phone to the address:

Array
ATTN: Forensics
5508 US Hwy 290 West
Suite 350
Austin, TX 78735

Jonathan, I'll reach out to you separately so we can get the ball rolling on the ESI order again.

Thanks,

THOMPSON
EST COE 1951
75 YEARS

Craig Dupen • Partner
700 North Pearl Street, 25th Floor, Dallas, TX 75201
o: 214-880-2703
bio • vCard • web

**From:** Damon O'Connell <Damon.OConnell@trustarray.com>
**Sent:** Monday, July 20, 2026 12:26 PM
**To:** Beth Klein <beth@bethklein.com>; Jonathan Mitchell <jonathan@mitchell.law>
**Cc:** Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Dupen, Craig <CDupen@thompsoncoe.com>; Arlene Clancy <arlene_rodriguezclancy@txs.uscourts.gov>; Forensics <forensics@trustarray.com>
**Subject:** RE: Davis v Cooprider) 10017249

We have received one laptop, and it was imaged and released. We received a hard drive last week via Fedex, but the contents of the drive have not been reviewed. I would like to get a scoping call together with my team. Would you mind sharing some dates and times you all would be available to discuss?

Best regards,

Damon

**Damon O'Connell**
**VP of Business Development**
**M 512.653.7387**
trustArray.com

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

**From:** Beth Klein <beth@bethklein.com>
**Sent:** Thursday, July 16, 2026 8:25 PM
**To:** Jonathan Mitchell <jonathan@mitchell.law>; Jessica White <Jessica.White@trustarray.com>; Damon O'Connell <Damon.OConnell@trustarray.com>; Russell Chozick <Russell.Chozick@trustarray.com>
**Cc:** Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Dupen, Craig <CDupen@thompsoncoe.com>; Arlene Clancy <arlene_rodriguezclancy@txs.uscourts.gov>
**Subject:** Davis v Cooprider) 10017249

I am confirming that the following evidence has been delivered:

1. To Array. Davis Phone No 1, Cooprider Phone and 2 computer mirror images.
2. To Mitchell. The Davis Phone No. 1 extraction.

Beth Klein
Via mobile

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Thursday, 16 July 2026 19:01:46
**To:** Jessica White <Jessica.White@trustarray.com>; Damon O'Connell <Damon.OConnell@trustarray.com>; Russell Chozick <Russell.Chozick@trustarray.com>
**Cc:** Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Beth Klein <beth@bethklein.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Dupen, Craig <CDupen@thompsoncoe.com>; Arlene Clancy <arlene_rodriguezclancy@txs.uscourts.gov>
**Subject:** Re: Invoice from Array - Beth Klein (Davis v Cooprider) 10017249

Jessica:

Thank you helping us finalize the contract.

I am still waiting for instructions from Array on how Ms. Davis should provide her second cell phone for forensics imaging. Judge Morales ordered us to certify that the device had been provided to array no later than tomorrow, July 1, 2026.

—Jonathan

> On Jul 15, 2026, at 11:19 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> Jessica:
>
> I’m following up on this. Judge Morales ordered us to finalize and execute the contract on or before Friday, July 17, 2026.
>
> My client also needs to provide her second cell phone to Array LLC by July 17, 2026. Please let us know how we should provide that device.
>
> Thank you for considering this.
>
> —Jonathan

On Jul 11, 2026, at 7:09 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:

Jessica:

I have added my address and contact information in redline to this document. I have also attached a copy of Judge Morales's order of July 10, 2026, which appoints Array LLC as custodian of the data.

We will need to arrange for my client (Liana Davis) to deliver her second cell phone to Array for imaging. The judge imposed a deadline of July 17, 2026, for us to deliver the phone. Please let me know how we should provide the phone to Array.

Please let me know if you need anything further from me.

—Jonathan

<AMENDED AND RESTATED SERVICE AGREEMENT.docx>
<101 - ORDER granting in part and denying in part [70] Motion for Protective Order (7.10.2026) (CLEAN).pdf>

On Jun 17, 2026, at 3:17 PM, Jessica White <Jessica.White@trustarray.com> wrote:

Beth, Barry, Jonathan,

I created a draft Amended and Restated Service Agreement to reflect the new billing arrangement. To finalize the draft, I have a few questions:

- **Jonathan**: Please add Mitchell Law PLLC's office address for the agreement
- **Beth**: Confirmation that you will remain responsible for any outstanding invoices for work performed prior to the effective date
- **All:**
  * Preferred effective date for the billing changeover.
  * project authority – will Array take direction from Beth Klein's firm or will you all collaborate for

direction? Take a look at #6 for the two options or edit as you see fit.

The attached draft names Thompson Coe and Mitchell Law as the financially responsible parties, with Array issuing separate invoices to each firm for its 50% share.

Please feel free to provide edits to more accurately reflect the terms, this is just a starting doc. If you prefer to meet to discuss, I'm happy to set something up.

Thank you,

Jessica

**Jessica White**
**Associate General Counsel**
**trustArray.com**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

<AMENDED AND RESTATED SERVICE AGREEMENT.docx>

-----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you

are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**