**Dupen, Craig**

---

| | |
|---|---|
| **From:** | Jake Nee <Jake.Nee@trustarray.com> |
| **Sent:** | Friday, August 21, 2026 1:32 PM |
| **To:** | Jonathan Mitchell |
| **Cc:** | Dupen, Craig; Beth Klein; Austin Juarez; Damon O'Connell; Moscowitz, Barry; Mikal Watts; Talcott Franklin; Jimenez, Victoria; Hamby, Oliver; John C. Sullivan; Cliff P. Riley; Arlene Clancy; Forensics |
| **Subject:** | Re: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850] |

Hi Jonathan,

After doing some further testing with iCloud and our forensics tools, our forensic tools are not able to collect the messaging data directly from iCloud due to changes on Apple's part. This has been a challenge across the industry recently and is consistent across multiple forensic tools.

If the reasoning for collecting from iCloud is to ensure all available messaging data is captured, we would recommend reviewing the iCloud settings on the iPhone to see if her messages were being saved to iCloud. If message syncing is not enabled, then all messages would be stored locally on her mobile device, and a separate iCloud collection would be duplicative. The device is currently off and we will need to turn on and unlock the device in order to confirm whether or not these settings are enabled.

If iCloud message syncing is enabled, the alternate method we recommend is to restore the backup to a blank iPhone here in our lab, due to the limitations with collecting directly from iCloud. We would then perform an extraction from the lab iPhone.

Please let us know if there are any questions or if you would like us to join a call this afternoon to discuss this collection strategy further.

Thanks,
Jake

**Jake Nee**
**Forensics Project Manager**
[trustArray.com](trustArray.com)

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Friday, August 21, 2026 2:05 PM
**To:** Jake Nee <Jake.Nee@trustarray.com>
**Cc:** Dupen, Craig <CDupen@thompsoncoe.com>; Beth Klein <beth@bethklein.com>; Austin Juarez <victor.juarez@trustarray.com>; Damon O'Connell <Damon.OConnell@trustarray.com>; Moscowitz, Barry

<BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov>; Forensics <forensics@trustarray.com>
**Subject:** Re: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850]

Ms. Davis is possibly available at 2:30-3:00 central time. Does that work for everyone else?

On Aug 18, 2026, at 1:30 PM, Jake Nee <Jake.Nee@trustarray.com> wrote:

Hi Craig and Jonathan,

I will circulate an invite to the broader group for this Friday at 11am central. Please let us know if this time no longer works.

Thanks,
Jake

**Jake Nee**
**Forensics Project Manager**
**trustArray.com**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

---

**From:** Dupen, Craig <CDupen@thompsoncoe.com>
**Sent:** Tuesday, August 18, 2026 1:18 PM
**To:** Jake Nee <Jake.Nee@trustarray.com>; Jonathan Mitchell <jonathan@mitchell.law>; Beth Klein <beth@bethklein.com>
**Cc:** Austin Juarez <victor.juarez@trustarray.com>; Damon O'Connell <Damon.OConnell@trustarray.com>; Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov>; Forensics <forensics@trustarray.com>
**Subject:** RE: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850]

Jake and Jonathan,

How about we lock in 2pm central on Thursday, or 11am central on Friday?

Thanks,

<image001.png>

Craig Dupen • Partner
700 North Pearl Street, 25th Floor, Dallas, TX 75201
o: 214-880-2703
bio • vCard • web

---

**From:** Jake Nee <Jake.Nee@trustarray.com>
**Sent:** Tuesday, August 18, 2026 10:31 AM
**To:** Dupen, Craig <CDupen@thompsoncoe.com>; Jonathan Mitchell <jonathan@mitchell.law>; Beth Klein <beth@bethklein.com>
**Cc:** Austin Juarez <victor.juarez@trustarray.com>; Damon O'Connell <Damon.OConnell@trustarray.com>; Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov>; Forensics <forensics@trustarray.com>
**Subject:** Re: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850]

Hi Craig and Jonathan,

Thank you for providing your availabilities this week. Once we have a time that works for all of the law firms involved, we will circulate a meeting invite.

Thanks,
Jake

**Jake Nee**
**Forensics Project Manager**
**trustArray.com**

This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 USC 2510, and its disclosure is strictly limited to the recipient intended by the sender of this message. This communication may contain confidential and privileged material for the sole use of the intended recipient and receipt by anyone other than the intended recipient does not constitute a loss of the confidential or privileged nature of the communication. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender by return electronic mail and delete all copies of this communication.

---

**From:** Dupen, Craig <CDupen@thompsoncoe.com>
**Sent:** Tuesday, August 18, 2026 11:29 AM
**To:** Jonathan Mitchell <jonathan@mitchell.law>; Beth Klein <beth@bethklein.com>
**Cc:** Jake Nee <Jake.Nee@trustarray.com>; Austin Juarez <victor.juarez@trustarray.com>; Damon O'Connell <Damon.OConnell@trustarray.com>; Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; Talcott Franklin <tal@tfpc.me>; Jimenez, Victoria <VJimenez@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>; Arlene Clancy <Arlene_RodriguezClancy@txs.uscourts.gov>; Forensics <forensics@trustarray.com>
**Subject:** RE: Davis v Cooprider) 10017249 [IMAN-TCLAW.FID2728850]

Jake and Jonathan,