UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

Liana Davis,

Plaintiff,

v. Case No. 2:25-cv-220

Christopher Cooprider,
Aid Access GmbH, &
Rebecca Gomperts,

Defendants.

## DEFENDANT'S RESPONSES TO FIRST SET OF REQUESTS FOR PRODUCTION

Defendant responds as follows:

**Request for Production No. 1**: A copy of any and all documents that mention, describe, or pertain or relate to your efforts to obtain abortion-inducing drugs, including but not limited to any receipts relating to your purchases of abortion-inducing drugs.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents.

Overbroad. Proportionality. Relevance. The time frame of January 1, to April 5, 2025 is the time frame relevant to this matter. Subject to the foregoing see CR001775 – 1783. See also Plaintiff's Complaint, Exhibits 5, 6, 7 and 8.

**Request for Production No. 2**: A copy of any and all documents that mention, describe, or pertain or relate any of the abortion-inducing drugs that you obtained in 2025, including but not limited to any receipts relating to your purchases of abortion-inducing drugs.

**RESPONSE:** Subject to the foregoing, see Response to Request No. 1.

**Request for Production No. 3**: A copy of any and all documents that mention, describe, or pertain or relate to your flight schedule on April 6, 2025.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR000825 NAVLIR 4/6/2025 CR000826 - 827 FlightGrade 4/6/2025

**Request for Production No. 4**: A copy of any and all documents describing or mentioning the vehicle identification number (VIN) of any motor vehicles that you have owned, possessed or driven since January 1, 2025, including the silver Toyota Tacoma that you drove during 2025.

**RESPONSE**: Please see CR001784.

**Request for Production No. 5**: A copy of any and all documents that mention, describe, or pertain or relate to any purchases that you made between 12:01 a.m. central time on April 6, 2025, and 2:00 a.m. central time on April 6, 2025, including any receipts or any credit-card or debit-card or bank statements pertaining or relating to such purchases

**RESPONSE**: None.

**Request for Production No. 6**: A copy of any and all text messages and/or e-mails that you sent or received between 12:01 a.m. central time on April 6, 2025, and 2:00 a.m. central time on April 6, 2025.

**RESPONSE**: Please see Plaintiff's Complaint, Exhibits 37-41, CR00747 - 750, CR001500 – 1501, and CR001791 – 1793.

**Request for Production No. 7**: A copy of any and all documents that mention, describe, or pertain or relate to any phone calls that you made between 12:01 a.m. central time on April 6, 2025, and 2:00 a.m. central time on April 6, 2025, as well as any phone calls that were made or attempted by individuals trying to call you between 12:01 a.m. central time on April 6, 2025, and 2:00 a.m. central time on April 6, 2025, including records of these calls that appear on your cell phone.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. None.

**Request for Production No. 8**: A copy of any and all documents that mention, describe, or pertain or relate to your whereabouts between 12:01 a.m. central time on April 6, 2025, and 2:00 a.m. central time on April 6, 2025, as well as any phone calls that were made or attempted by individuals trying to call you between 12:01 a.m. central time on April 6,

2025, and 2:00 a.m. central time on April 6, 2025, including records of these calls that appear on your cell phone.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents.

Please see Plaintiff's Complaint, Exhibits 37-41, CR00747 - 750, CR001500 – 1501, and CR001791 – 1793.

**Request for Production No. 9**: A copy of any and all documents that mention, describe, or pertain or relate to your sleep schedule between 12:01 a.m. central time on April 6, 2025, and 11:59 a.m. central time on April 6, 2025, including but not limited to any records of your sleep stored in any type of app or device including a fitbit or Apple watch.

**RESPONSE**: None.

**Request for Production No. 10**: A copy of any and all documents that mention, describe, or pertain or relate to any pregnancy or pregnancies that Liana Davis had or allegedly had after November of 2024.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR00001 to CR003947.

**Request for Production No. 11**: A copy of any and all documents that mention, describe, or pertain or relate to any termination or alleged termination of a pregnancy that Liana Davis had or allegedly had after November of 2024.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR00001 to CR003947.

**Request for Production No. 12**: A copy of any and all documents that mention, describe, or pertain or relate to your efforts to persuade Liana Davis to terminate any pregnancy that she had or allegedly had after November of 2024.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see Exhibits to Plaintiff's Complaint, CR0006-000793, CR001015 – 1061, CR001062 – 1582, CR001785 – 1904, and CR002107 - 3006.

**Request for Production No. 13**: A copy of any and all documents that mention, describe, or pertain or relate to your desire for Liana Davis to terminate any pregnancy that she had or allegedly had after November of 2024.

**RESPONSE: RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR00001 to CR003947.

**Request for Production No. 14**: Any and all communications you have had with any person, whether it be by letter, memo, document, text, email, social media, or any other method of communication, that mention, describe, or pertain or relate to your efforts to obtain abortion-inducing drugs. This includes communications with your attorneys, and if you wish to assert privilege over those communications please produce a privilege log as described in the instructions.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents.

Overbroad. This request is not limited in time. Please see Disclosed Documents Bate Stamp CR0006-000793 and CR001775 – 1783.

**Request for Production No. 15**: Any and all communications you have had with any person, whether it be by letter, memo, document, text, email, social media, or any other method of communication, that mention, describe, or pertain or relate to the abortion-inducing drugs that you obtained in 2025. This includes communications with your attorneys, and if you wish to assert privilege over those communications please produce a privilege log as described in the instructions.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and

every communication they have had with their client and all work product documents. See Response to Request Nos. 1 and 14.

**Request for Production No. 16**: Any and all communications you have had with any person, whether it be by letter, memo, document, text, email, social media, or any other method of communication, that mention, describe, or pertain or relate to your flight schedule on April 6, 2025. This includes communications with your attorneys, and if you wish to assert privilege over those communications please produce a privilege log as described in the instructions.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see Disclosed Documents Bate Stamp CR000825 NAVLIR 4/6/2025 CR000826 - 827 FlightGrade 4/6/2025

**Request for Production No. 17**: Any and all communications you have had with any person, whether it be by letter, memo, document, text, email, social media, or any other method of communication, that mention, describe, or pertain or relate to your whereabouts between 12:01 a.m. central time on April 6, 2025, and 2:00 a.m. central time on April 6, 2025. This includes communications with your attorneys, and if you wish to assert privilege over those communications please produce a privilege log as described in the instructions.

**RESPONSE**: See Response to Request No. 8 and CR001935

**Request for Production No. 18**: Any and all communications you have had with any person, whether it be by letter, memo, document, text, email, social media, or any other method of communication, that mention, describe, or pertain or relate to Liana Davis, any pregnancy or pregnancies that she had between November of 2024 through May of 2025, and/or any termination of a pregnancy that Liana Davis had or allegedly had between November of 2024 through May of 2025. This includes communications with your attorneys, and if you wish to assert privilege over those communications please produce a privilege log as described in the instructions.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR00001 to 3951.

**Request for Production No. 19**: Any and all communications you have had with any of the following individuals, whether it be by letter, memo, document, text, email, social media, or any other method of communication, that mention, describe, or pertain or relate to

Liana Davis, any pregnancy or pregnancies that she had between November of 2024 through May of 2025, and/or any termination of a pregnancy that Liana Davis had between November of 2024 through May of 2025:

(a) Daniel Cooprider (father of defendant Christopher Cooprider);
(b) Devin Paul Davis;
(c) Jacqulyn Samuelson;
(d) The person that you to described to Ms. Davis as your "girlfriend" who resides in Mexico City;
(e) Any person serving in the United States military in any capacity, including your commanding officers, flight instructors, schedulers, or administrators; and/or
(f) Alexander Simak.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please See CR001000 - 1014
CR001015 - 1061
CR001062 - 1582
CR001583 – 1713
CR001785 – 1904
CR002106
CR002107 - 3006
CR003007 - 3849
CR003850
CR003851
CR003852
CR003853
CR003854
CR003855 - 3911
CR003912
CR003913
CR003914
CR003915
CR003916
CR003917
CR003918
CR003919
CR003920
CR003921
CR003922
CR003923

CR003924
CR003925
CR003926
CR003927
CR003928
CR003929
CR003930
CR003931
CR003932
CR003933
CR003934
CR003935
CR003936
CR003937
CR003938
CR003939
CR003940
CR003941
CR003942
CR003943
CR003944
CR003945
CR003946
CR003948
CR003949 - 3951

**Request for Production No. 20**: Any and all documents and/or communications showing that Liana Davis initiated or proposed the idea of holding the "night of trust" that occurred on April 5, 2025, as you allege in paragraphs 14 and 71 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Subject to the foregoing , all communications in my possession at this time have been disclosed. Please see CR00707 – 741 in which Davis writes: "Now we can bang like it's the last day on earth." "Finger me" "Keep booze in a bag low on your side" I have Swiss Miss" "In fact, mine is marshmallow LOVERS." "To really kick off this evening of trust building, I need something simple from you, and I'd like it to be sincere…" "I have a favor to ask you tonight…Can you please uninstall/remove my daughter's car seat…" "You weren't gonna skip out on a push present, now were you?" "Can be anything Jewelry, gift certificate for a massage, or whatever the woman wants. Can be something small. "What are you wearing, boo? Jammies? I'm rusty on how we do Chris overs. Which is the term that I just coined and what I am totally calling them from now on."

**Request for Production No. 21**: Any and all documents and/or communications showing that Liana Davis knew that she was not pregnant on February 3, 2025, as you allege in paragraphs 13 and 24 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR002583.

**Request for Production No. 22**: Any and all documents and/or communications showing that Liana Davis knowingly lied about her pregnancy status to Cooprider, as you allege in paragraphs 13 and 24 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR00006 - 793 and CR002106 – 3006.

**Request for Production No. 23**: Any and all documents and/or communications showing that Liana Davis poisoned Devin Paul Davis, as you allege in paragraph 16 of your answer.

**RESPONSE**: Objection. This request misstates paragraph 16 of my Answer. Paragraph 16 states:

In December 2024, DAVIS was a married woman with three children in the midst of a contentious child custody battle. Her ex-husband had moved out of their marital home because, unknown to COOPRIDER, DAVIS's husband claimed that DAVIS had tried to poison him. Her husband made a police report for aggravated assault, alleging that she had poisoned him. DAVIS, of course had her own version of events:4
DAVIS:
(16:57) … there somewhere on some sergeant's desk, **there is a police report for aggravated assault with a deadly weapon, and I'm facing twenty years in prison?** (17:09) If I never told you that, that is how fucked my situation is. (17:12) Fortunately, **he tried to claim that I poisoned him and he went and filed a police report on me saying I drugged him**. . .

Please CR001984 and CR002039 to 2105.

**Request for Production No. 24**: Any and all documents and/or communications showing that Liana Davis drank alcohol in the presence of her children, as you allege in paragraph 18 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see Disclosed Documents Bate Stamp CR0006-000793 and CR001934 – 2038.

- Has been drinking w/kids
- Not a capable mother-can't handle the things
- Casey Pyle-new friend does
- Had Ciel and Cali went to spend the night at Casey Pyle's House
- So Chris could come over
- Casey gave the girls a bath
- Talks to strange men on the internet
- *Drunk* taking care of the kids
- Between Christmas and Feb 1 or 2 took pe of kids in bouncy house
- Late to pick up kids everyday from school
- (check attendance of kids) My note to me.
- Liana-deletes *things* left and right
- Vyvance asked for pain meds

**Request for Production No. 25**: Any and all documents and/or communications showing that Liana Davis has ever been "drunk" while taking care of her children, as you allege in paragraph 18 of your answer.

**RESPONSE**: Please see Response to Request No. 24

**Request for Production No. 26**: Any and all documents and/or communications showing that Liana Davis has been "late to pick up her kids every day from school," as you allege in paragraph 18 of your answer.

**RESPONSE**: See Response to Request for Production No. 24.

**Request for Production No. 27**: Any and all documents and/or communications showing that Liana Davis has taken Vyvanse, as you allege in paragraph 19 of your answer.

**RESPONSE:** OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. This request misstates paragraph 19 of the Answer. Please see Response to Request No. 24.

**Request for Production No. 28**: Any and all documents and/or communications showing that Liana Davis asked you to order abortion-inducing drugs, as you allege in paragraph 27 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see CR0006-000793 and Response to Request No. 24.

**Request for Production No. 29**: Any and all documents and/or communications showing that Liana Davis "suggested to others that she wanted COOPRIDER to order the pills," as you allege in paragraph 29 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see Response to Request No. 28.

**Request for Production No. 30**: Any and all documents and/or communications showing that "on February 21, 2025, DAVIS faked taking the first of the three pills, and on February 23, 2025, DAVIS faked taking the two other pills," as you allege in paragraph 34 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see Disclosed Documents Bate Stamp CR00777.

**Request for Production No. 31**: Any and all documents and/or communications showing that "on February 21, 2025, DAVIS faked taking the first of the three pills, and on February 23, 2025, DAVIS faked taking the two other pills," as you allege in paragraph 34 of your answer.

**RESPONSE**: Response to Request No. 30.

**Request for Production No. 32**: Any and all documents and/or communications showing that Liana Davis "took abortion pills" on or shortly before March 5, 2025, as you told the Corpus Christi police.

**RESPONSE**: See Response to Request No. 30.

**Request for Production No. 33**: Any and all documents and/or communications showing that Liana Davis deleted material from your phone, as you allege in paragraph 74 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see transcript and real time recording of Liana Davis deleting documents from my phone attached as Exhibit 23 and 24 to the Answer and Counterclaim.

**Request for Production No. 34**: Any and all documents and/or communications showing that Liana Davis "prepared" hot chocolate "together" with you on the night of April 5, 2025, as you allege in paragraph 75 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Liana Davis is in possession of her "secret" audio recording of the events of April 5, 2025 which she has not disclosed or produced in its entirety.

**Request for Production No. 35**: Any and all documents and/or communications showing that Liana Davis "put alcohol in her [hot chocolate] drink" on the night of April 5, 2025, as you allege in paragraph 76 of your answer.

**RESPONSE**: See Response to Request No. 34.

**Request for Production No. 36**: Any and all documents and/or communications that mention, describe, or pertain or relate to the time that you went to sleep after leaving Liana Davis's house at approximately 12:12 a.m. on April 6, 2025.

**RESPONSE**: Please see CR001785 - 1904

**Request for Production No. 37**: Any and all documents and/or communications showing that Liana Davis "consented" to taking abortion pills, as you claim in the text message that you sent to Ms. Davis on April 7, 2025, at approximately 10:36 a.m. central time.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see Disclosed Documents Bate Stamp CR0006-000793 and CR001934 - 2038.

**Request for Production No. 38**: Any and all documents and/or communications showing that Liana Davis "drank alcohol heavily while pregnant," as you allege in paragraph 127 of your answer.

**RESPONSE**: OBJECTION. Attorney client and work product privilege are asserted for all communications that post-date the retention of counsel for criminal defense on April 7, 2025 and civil defense to this action on August 11, 2025. It is overburdensome to ask that all law firms retained by Cooprider to defend him produce a privilege log listing each and every communication they have had with their client and all work product documents. Please see Disclosed Documents Bate Stamp CR001934 - 2038

December 15, 2025

Respectfully submitted,

BETH KLEIN, P.C.

By: /s/ *Beth Klein*
Beth Klein
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

Mikal C. Watts
WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE FOR CHRISTOPHER COOPRIDER

James "Rick" Holstein
LAW OFFICE OF RICK HOLSTEIN, PLLC
Texas State Bar No. 09915150 Federal I.D. No. 426800
rickholstein@mac.com
P.O. Box 331655
Corpus Christi, TX 78463
Telephone: (361) 883-8649

Cassie J. Dallas
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 24074105
Federal Bar ID No. 1512089
cdallas@thompsoncoe.com
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

Barry A. Moscowitz
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 24004830
Federal Bar ID No. 31054
bmoscowitz@thompsoncoe.com
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

William L. Mennucci
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 00788042
Federal Bar ID No. 18172
bmennucci@thompsoncoe.com
2801 Via Fortuna, Suite 300
Austin, Texas 78746
Telephone: (512) 708-8200
Facsimile: (512) 708-8777

ATTORNEYS FOR CHRISTOPHER COOPRIDER

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2025, a copy of the foregoing discovery request was sent via email to all counsel of record.

/s/ *Beth Klein*
Beth Klein