[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

4/7/25, 10:40 AM - ilse alejandra: ok baby
4/7/25, 10:40 AM - ilse alejandra: Don’t scare me 👀
4/7/25, 10:44 AM - Chris: Well I'm not happy about this
4/7/25, 10:45 AM - ilse alejandra: ok baby, i dont know what happened
4/7/25, 10:49 AM - Chris:
4/7/25, 11:28 AM - ilse alejandra: I want a hug of my baby
4/7/25, 11:34 AM - Chris: Me too babyyy
4/7/25, 11:34 AM - Chris: I am soo sorry this happened
4/7/25, 11:36 AM - ilse alejandra: I know baby
4/7/25, 11:37 AM - Chris: I feel like the worst bf to ever exist
4/7/25, 11:37 AM - Chris: I'm the worst person
4/7/25, 11:37 AM - ilse alejandra: No baby, you couldn’t know
4/7/25, 11:37 AM - Chris: I never ever wanted to do something like this to you baby
4/7/25, 11:37 AM - Chris: I feel terrible
4/7/25, 11:38 AM - ilse alejandra: I know baby
4/7/25, 11:38 AM - ilse alejandra: No baby, dont feel that way
4/7/25, 11:38 AM - ilse alejandra: You couldn’t know
4/7/25, 11:39 AM - ilse alejandra: Is good that we know now, because if we don’t know this fast, can be bad for my eggs
4/7/25, 11:40 AM - ilse alejandra: And I know you are a good man, and I know you are not going to cheat or something for this to happen again
4/7/25, 11:41 AM - ilse alejandra: We were with different people, we just have half year talking and 3 months dating… is ok, you couldn’t know
4/7/25, 12:03 PM - Chris: I agree with everything you said baby
4/7/25, 12:03 PM - Chris: But i can't help but still feel responsible and feel bad
4/7/25, 12:20 PM - ilse alejandra: I know baby
4/7/25, 12:21 PM - ilse alejandra: I just want you to know that I’m not mad at all I’m just worried and sad, but I still care about you and te quiero mucho ♥
4/7/25, 12:38 PM - Chris: Appreciate that baby
4/7/25, 12:43 PM - ilse alejandra: Im going to work, we talk later
4/7/25, 12:43 PM - Chris: Alright baby
4/7/25, 12:43 PM - Chris: I'm sorry
4/7/25, 12:43 PM - Chris: I miss you
4/7/25, 12:43 PM - Chris: I care about you sooo much baby
4/7/25, 12:44 PM - Chris: More than anybody else
4/7/25, 12:48 PM - ilse alejandra: I know baby
4/7/25, 12:48 PM - ilse alejandra: I miss you too
4/7/25, 12:48 PM - ilse alejandra: a loooot
4/7/25, 12:53 PM - ilse alejandra: today more
4/7/25, 12:53 PM - ilse alejandra: i need your hugs
4/7/25, 12:55 PM - Chris: Wish i could baby
4/7/25, 12:55 PM - Chris: I wish i could just hold you alllll day today and tell you how sorry i am this happened
4/7/25, 12:58 PM - ilse alejandra: I’m glad is not something worse baby
4/7/25, 12:59 PM - ilse alejandra: Im feeling a lot of things at the same time, I’m still on my period
4/7/25, 1:00 PM - Chris: Yaaa that's a good point 🤷‍♂️
4/7/25, 1:00 PM - Chris: Still is not good at all
4/7/25, 1:00 PM - ilse alejandra: I know baby, I know
4/7/25, 1:00 PM - ilse alejandra: But it was fast

[redacted]
4/7/25, 3:09 PM - ilse alejandra: Baby, I thought it was something worse you wanted to talk to me about, yeah... is not good, but yeah
4/7/25, 3:11 PM - Chris: Worse?!
4/7/25, 3:11 PM - Chris: An sti is pretty dang important baby

4/7/25, 3:12 PM - ilse alejandra: Yes, something that could seriously damage our relationship
[redacted]
4/7/25, 3:17 PM - Chris: Baby my neighbor lady is obsessed with me! She's tried to have sex with me manyyyy times
4/7/25, 3:18 PM - Chris: And she lies to the neighbors here and tell them that. But everybody knows she's crazy
4/7/25, 3:18 PM - Chris: Also she has been asking me for your name and information... which is very weird
4/7/25, 3:19 PM - Chris: Obviously i never do anything with this lady
4/7/25, 3:19 PM - ilse alejandra: the one how has kids?
4/7/25, 3:20 PM - Chris: But i worry she would do the same thing to you
4/7/25, 3:21 PM - ilse alejandra: but she doesnt know how i am haha
4/7/25, 3:21 PM - Chris: She knows i have a gf
4/7/25, 3:22 PM - Chris: She wants to find you
4/7/25, 3:22 PM - Chris: And lie about me
4/7/25, 3:23 PM - ilse alejandra: Baby, why didn't you tell me before?
4/7/25, 3:24 PM - Chris: Because she's crazy
4/7/25, 3:24 PM - Chris: I don't talk to her anymore
4/7/25, 3:26 PM - ilse alejandra: And that's why you deleted me from fb baby?
4/7/25, 3:37 PM - Chris: Not the first time or two that happened
4/7/25, 3:37 PM - Chris: On my birthday i did delete so that she could not find you
4/7/25, 3:38 PM - Chris: I should have told you about this crazy person then
4/7/25, 3:39 PM - ilse alejandra: yeah
4/7/25, 3:42 PM - ilse alejandra: If you didn't do anything, why didn't you tell me instead of doing that? especially after telling you everything I told you?
4/7/25, 3:42 PM - ilse alejandra: we're supposed to be able to tell each other whatever
4/7/25, 3:48 PM - Chris: Yes that is completely what i should've done
4/7/25, 3:49 PM - Chris: I made a poor decision. I was under a looot of stress from flight school and crazy lady. And i made the dumb quick decision to do that instead of communicating properly with my partner
4/7/25, 3:53 PM - ilse alejandra: I dont want to talk this right now, I feel stressed, sad and now mad and confused
4/7/25, 3:54 PM - ilse alejandra: Right now I can't manage my emotions and I don't want to say anything anymore
4/7/25, 4:06 PM - ilse alejandra: It just makes me wonder why you deleted me and not her? When I'm your girlfriend and she's the "problem"... It doesn't make sense
4/7/25, 4:13 PM - Chris: I did delete her
4/7/25, 4:13 PM - Chris: And her multiple fake accounts
4/7/25, 4:14 PM - Chris: Baby i told you about this lady a long time ago
4/7/25, 4:14 PM - Chris: She is going through a divorce and she has 3 kids and life is tough for her
4/7/25, 4:14 PM - Chris: I helped build her kids bicycles for Christmas
4/7/25, 4:15 PM - Chris: I blocked her a while ago but she still tries to bother me

4/7/25, 4:15 PM - Chris: And i did not want you to get involved with her. Just like I'm sure you don't want me to get involved with your ex
4/7/25, 4:16 PM - Chris: I never did anything with this crazy lady
4/7/25, 4:22 PM - ilse alejandra: Is not the same… I had a 5 year relationship with this guy, he did a lot of things, it was difficult for me to talk about all of that because I know I still have things from that relationship that I don't want to be in ours… she is just your crazy neighbor
4/7/25, 4:24 PM - Chris: You're right baby and I'm sorry i did that and that brought up many bad emotions from social media
4/7/25, 4:24 PM - Chris: I want us to get through this baby
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]
4/9/25, 11:59 AM - ilse alejandra: yesterday I forgot to ask you, what is going to happen with the fb thing?
4/9/25, 12:02 PM - Chris: Mmm i think I'm going to make a new fb
4/9/25, 12:02 PM - Chris: I never use that old fb anyways
4/9/25, 12:02 PM - ilse alejandra: Why baby?
4/9/25, 12:03 PM - Chris: Why not
4/9/25, 12:03 PM - Chris: Then i don't have to worry about crazy lady or her friends stalking me
4/9/25, 12:03 PM - ilse alejandra: I don't know haha you already told me what happened 🤷‍♀
4/9/25, 12:04 PM - ilse alejandra: Baby, they are going to do it any way if they want you
4/9/25, 12:04 PM - ilse alejandra: Want to*
4/9/25, 12:05 PM - Chris: Ya true 🤷‍♂🤷‍♂
4/9/25, 12:06 PM - ilse alejandra: You have ig too, private, you can do the same with fb
4/9/25, 12:17 PM - ilse alejandra: baby, they don't try to see things on ig?
4/9/25, 12:19 PM - Chris: I don't know...
4/9/25, 12:19 PM - Chris: Not sure crazy lady has ig 🤷‍♂
4/9/25, 12:21 PM - ilse alejandra: baby, don't worry, if she doesn't have something, she is just going to tell stories
4/9/25, 12:21 PM - ilse alejandra: And if she thinks that with that I'm going to believe her, she is wrong
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

4/10/25, 6:56 AM - Chris: 😚😚
4/10/25, 8:56 AM - ilse alejandra: Buenos días baby
4/10/25, 8:56 AM - ilse alejandra: 😚😚
4/10/25, 10:48 AM - Chris: I have bad news
4/10/25, 10:48 AM - Chris: Fucked up news
4/10/25, 10:48 AM - ilse alejandra: what baby?
4/10/25, 10:49 AM - ilse alejandra: 👀
4/10/25, 10:49 AM - ilse alejandra: What happened?
4/10/25, 10:51 AM - ilse alejandra: baby?
4/10/25, 10:52 AM - Chris: I am not allowed to graduate tomorrow 😤
4/10/25, 10:52 AM - ilse alejandra: Why?!
4/10/25, 10:53 AM - Chris: Because my neighbor called the police and made a fake report against me
4/10/25, 10:54 AM - Chris: And because there is a police report with my name on it the military has to wait for it to finish
4/10/25, 10:54 AM - Chris: Crazy neighbor said i have been harassing her, even though i haven't talked to her for 2 months
4/10/25, 10:55 AM - Chris: Think she doesn't want me to move and is trying to keep me here. But now she's going to get in trouble with the law
4/10/25, 10:55 AM - Chris: This is fked up baby. So bad from her
4/10/25, 10:55 AM - ilse alejandra: Im soooo mad right now
4/10/25, 10:55 AM - ilse alejandra: 😤
4/10/25, 10:56 AM - Chris: I'm more mad
4/10/25, 10:56 AM - Chris: One day from graduation!
4/10/25, 10:56 AM - Chris: 1 day!
4/10/25, 10:56 AM - Chris: Now i have to tell my family and friends to cancel their flights and hotels
4/10/25, 10:57 AM - Chris: The police will see how crazy she is and she's going to get in trouble for this
4/10/25, 10:57 AM - ilse alejandra: baby! Wtf!!?
4/10/25, 10:59 AM - ilse alejandra: And what is going to happen?
4/10/25, 11:03 AM - ilse alejandra: You have to wait, but, another month for your graduation?
4/10/25, 11:03 AM - Chris: I have had meetings with my bosses boss today about this crap
4/10/25, 11:03 AM - Chris: They told me i have to wait until the police close the report
4/10/25, 11:03 AM - Chris: And that could take weeks or it could take months
4/10/25, 11:04 AM - Chris: So now i can't see you until this is over also
4/10/25, 11:04 AM - Chris: 😤😠
4/10/25, 11:04 AM - ilse alejandra: 😰
4/10/25, 11:04 AM - Chris: This crazy lady just wants to hurt me or bother me any way she can think
4/10/25, 11:04 AM - Chris: Allll because i was nice to her for a couple weeks
4/10/25, 11:04 AM - Chris: Fkkkkkk
4/10/25, 11:05 AM - Chris: I'm not being nice to random people anymore
4/10/25, 11:05 AM - ilse alejandra: awww baby 🥺
4/10/25, 11:05 AM - ilse alejandra: 😭😭😭😭😭😭😭😭😭
4/10/25, 11:07 AM - Chris: It's sooo bad i have to cancel on many people now
4/10/25, 11:07 AM - Chris: I'm soo mad right now

[redacted]
4/10/25, 4:19 PM - Chris: I'm still madddd about my situation right now
4/10/25, 4:19 PM - Chris: Hope you are having a good time
4/10/25, 4:19 PM - ilse alejandra: I know baby
4/10/25, 4:19 PM - ilse alejandra: I want to give you space
4/10/25, 4:20 PM - ilse alejandra: And let you know that I’m here
4/10/25, 4:20 PM - ilse alejandra: 😚😚
4/10/25, 4:20 PM - Chris: Wish i could see you soon
4/10/25, 4:21 PM - ilse alejandra: 🥹 me too baby
4/10/25, 4:21 PM - ilse alejandra: I hate that I don’t have my visa
4/10/25, 4:21 PM - Chris: Alll i can do now is wait and be patient...
4/10/25, 4:21 PM - Chris: Haha me too
4/10/25, 4:21 PM - Chris: But it will happen, eventually
4/10/25, 4:22 PM - Chris: I'm a simple man. I Just want my girl with me. Then I'm happy
4/10/25, 4:22 PM - ilse alejandra: I know baby
4/10/25, 4:22 PM - ilse alejandra: I feel sad, I can’t imagine how you feel
4/10/25, 4:22 PM - Chris: Combination of emotions
4/10/25, 4:23 PM - ilse alejandra: Baby, I remember when you told me about you doing the bikes I had a bad feeling, but I didn’t tell you because I didn’t want you to feel that I was jealous or something, next time, I will tell you
4/10/25, 4:24 PM - Chris: Hahha thanks
4/10/25, 4:24 PM - ilse alejandra: But not a bad feeling about you, about the situation
4/10/25, 4:24 PM - Chris: I was just trying to be nice....
4/10/25, 4:24 PM - ilse alejandra: I know baby
4/10/25, 4:24 PM - Chris: And now this woman is obsessed with me! And causing problems!
4/10/25, 4:25 PM - Chris: It suckss
4/10/25, 4:25 PM - ilse alejandra: When you came you wanted to help 5 strangers haha I know you are that nice guy
4/10/25, 4:26 PM - ilse alejandra: I don’t like this lady to be obsessed with my man 😤
4/10/25, 4:26 PM - ilse alejandra: Im the only one how can be obsessed with my baby
4/10/25, 4:26 PM - ilse alejandra: <Media omitted>
4/10/25, 4:26 PM - Chris: Hhahahah Ya!!!!
4/10/25, 4:27 PM - Chris: I don't know whyyy she is obsessed with me
4/10/25, 4:27 PM - ilse alejandra: Baby, you are handsome and nice, I can understand a little bit

4/10/25, 4:27 PM - Chris: Soooo??
4/10/25, 4:27 PM - ilse alejandra: But a little because my baby is just flirting with me
4/10/25, 4:27 PM - ilse alejandra: 🙈
4/10/25, 4:28 PM - Chris: Why she makes my life miserable?
4/10/25, 4:28 PM - ilse alejandra: Because she is not ok baby
4/10/25, 4:28 PM - Chris: And call the police? and lie?
4/10/25, 4:28 PM - Chris: It's terrible
4/10/25, 4:28 PM - ilse alejandra: I know baby 🥺
4/10/25, 4:28 PM - Chris: I felt like shitt today telling my friends to cancel their flights one day before
4/10/25, 4:29 PM - Chris: Like I'm the bad person for telling them that
4/10/25, 4:29 PM - Chris: 😭😭😭😭😭😭😭😭
4/10/25, 4:29 PM - Chris: Sooo mad at this crazy person
4/10/25, 4:30 PM - ilse alejandra: No baby
4/10/25, 4:30 PM - ilse alejandra: You're not the bad person here
4/10/25, 4:30 PM - ilse alejandra: I know baby
4/10/25, 4:30 PM - Chris: But i feel like shit
4/10/25, 4:30 PM - Chris: You know what i mean
4/10/25, 4:30 PM - Chris: ?
4/10/25, 4:33 PM - ilse alejandra: I know baby
4/10/25, 4:33 PM - ilse alejandra: But is not your fault
4/10/25, 4:34 PM - ilse alejandra: You didn't do nothing
4/10/25, 4:34 PM - ilse alejandra: You just want to finish your flight school and come to Mexico to see your girlfriend <This message was edited>
4/10/25, 4:36 PM - Chris: Exactly
4/10/25, 4:36 PM - Chris: Why this stupid crap is happening to me if i do nothing wrong
4/10/25, 4:36 PM - Chris: Whyy
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]
4/11/25, 9:37 AM - ilse alejandra: Baby you are soooo sweet!! 😍
4/11/25, 9:38 AM - Chris: Apparently I'm too sweet to my neighbor..........
4/11/25, 9:38 AM - Chris: 😭😭😭😭
4/11/25, 9:39 AM - Chris: But it's fine. I Just have to wait a little longer until i can see you again baby
4/11/25, 9:39 AM - ilse alejandra: I want to pull out her hair 😭😭😭😭😭
4/11/25, 9:40 AM - ilse alejandra: I never did something like that before, but it looks nice in my head right now
4/11/25, 9:41 AM - ilse alejandra: 😒 I don't want to wait
4/11/25, 9:41 AM - Chris: It is kind of sad though.  Because I'm going to be much more cautious about being nice to people now
[redacted]

[redacted]
4/11/25, 10:43 AM - Chris: Baby how you decide to be soo sweet with me lately
4/11/25, 10:43 AM - Chris: I love it
4/11/25, 10:51 AM - ilse alejandra: Because you make me feel good, I know you are a little mad about your crazy neighbor, and you are always sweet with me
4/11/25, 11:06 AM - ilse alejandra: I’m mad about your neighbor too baby, but is you and me against that, so I prefer to be sweet with my baby and have happy talks 🙈
4/11/25, 11:10 AM - Chris: Very good point baby
4/11/25, 11:10 AM - Chris: It's ALWAYS me and you against the problem
4/11/25, 11:10 AM - Chris: ALWAYS
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]
5/15/25, 10:30 AM - ilse alejandra: Babyyyyyyyy
5/15/25, 10:30 AM - ilse alejandra: I’m listening a podcast hahaha and it says what I said to you about your neighbor 😂
5/15/25, 10:31 AM - Chris: What???
5/15/25, 10:32 AM - ilse alejandra: <Media omitted>
5/15/25, 10:33 AM - ilse alejandra: <Media omitted>
5/15/25, 10:37 AM - Chris: Now i know what to watch out for
5/15/25, 10:37 AM - ilse alejandra: 😂
5/15/25, 10:37 AM - ilse alejandra: Yeah
5/15/25, 10:38 AM - ilse alejandra: We Mexicans have a saying “my man is not your psychologist”
5/15/25, 10:39 AM - ilse alejandra: Because we woman flirt with that, make the men we like help us to make a connection
5/15/25, 10:39 AM - ilse alejandra: And you don’t even know it
5/15/25, 10:39 AM - ilse alejandra: 😜
5/15/25, 10:41 AM - Chris: Soo sneaky
5/15/25, 10:41 AM - Chris: Ya men don't play those mind games
5/15/25, 10:41 AM - Chris: We are more simple

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

8/13/25, 9:37 PM - Chris: hate that i put through this when i care so much about you
8/13/25, 9:39 PM - ilse alejandra: It's crazy to think that another woman was

carrying your child, thinking that in the future I would be the only one to have your child inside me, I thought there was no way you could be in a situation like that, I got into this relationship thinking that you couldn't, under any circumstances, see another woman... I wanted to be the only one, I never wanted to imagine you in this life with anyone else and you made me feel like there was no human way anyone could take my place even for a second… I'm confuse because I love you, and I want to give you other chance, the last chance… but it hurts like hell to think that can exist those situations again

[redacted]

[redacted]

8/14/25, 7:11 AM - Chris: Hate when they say she was my gf..

[redacted]

[redacted]
8/14/25, 4:24 PM - ilse alejandra: Is she founds me, I will tell you
8/14/25, 4:24 PM - ilse alejandra: I hope she doesn’t
8/14/25, 4:24 PM - ilse alejandra: She doesn’t even know my name
8/14/25, 4:28 PM - Chris: No she doesn't
8/14/25, 4:31 PM - Chris: She asked me soooo many times trying to find you
8/14/25, 4:35 PM - ilse alejandra: And my name is no easy
8/14/25, 4:35 PM - ilse alejandra: so, i dont think she can find me
8/14/25, 4:37 PM - Chris: Hahah ya your name is not easy
[redacted]

[redacted]
8/14/25, 6:57 PM - ilse alejandra: I’m starting to ask myself what she has that I don’t? what I didn’t give u? I know the answer, but I’m starting to picture different kind of persons in my mind
8/14/25, 6:58 PM - Chris: Whaaaat. She doesn't give anything
8/14/25, 6:58 PM - ilse alejandra: I don’t even want to know who is she
8/14/25, 6:58 PM - Chris: You are 10000x's a better person
8/14/25, 6:59 PM - Chris: more beautiful, and our chemistry is wayy better than anybody I've been with before
8/14/25, 6:59 PM - Chris: Please don't think for one second that woman does anything better than you
8/14/25, 7:00 PM - Chris: That was my mistake. Mine. Not yours
[redacted]

[redacted]

[redacted]

[redacted]
8/15/25, 9:58 PM - Chris: I talked with a lawyer today
8/15/25, 9:58 PM - Chris: But she is only going to help
8/15/25, 9:58 PM - Chris: I still have to find a lawyer
8/15/25, 10:00 PM - Chris: We should be careful about talking about the legal stuff, because I'm going to have to share allll my messages from people i talked about legal stuff with
8/15/25, 10:00 PM - Chris: it will become required to show those things in court
8/15/25, 10:02 PM - ilse alejandra: Ok ok
8/15/25, 10:03 PM - ilse alejandra: Then we talk about those things in other moments
8/15/25, 10:04 PM - Chris: 👍👍
[redacted]

[redacted]

[redacted]
8/17/25, 10:32 AM - ilse alejandra: I beeen reading about having an abortion at home, and yeah you can have placenta still in you body with parts of the baby, buuuuut… having sex is the worst idea for a woman on that condition, you can have an infection in the uterus out of that, you can't have sex in 2-3 weeks if you had an abortion… This infection can lead to complications such as infertility, or it can be fatal
8/17/25, 10:33 AM - Chris: Nice.... I'm extra stupid
8/17/25, 10:34 AM - ilse alejandra: Baby, I don't like when you talk to yourself like that
8/17/25, 10:35 AM - ilse alejandra: I didn't know it for sure, but I was sure that sex is not the solution for that
8/17/25, 10:36 AM - ilse alejandra: and I don't know if that can help
8/17/25, 10:36 AM - Chris: Sperm is a prostoglandin
8/17/25, 10:37 AM - Chris: And that helps open the cervix from what Google told me
8/17/25, 10:39 AM - ilse alejandra: Yeah baby… but that works for sex or take out a missing condom 👀
8/17/25, 10:40 AM - ilse alejandra: Not for abortion, that's dangerous
8/17/25, 10:40 AM - Chris: Baby never say abortion again
8/17/25, 10:41 AM - ilse alejandra: Ok 👀
8/17/25, 10:41 AM - Chris: My crazy neighbor did NOT have an abortion

8/17/25, 10:41 AM - Chris: it was a miscarriage. That's very important difference
8/17/25, 10:42 AM - ilse alejandra: I know it was a miscarriage baby, but she lie to you with that and you thought that she was having that
8/17/25, 10:43 AM - ilse alejandra: She lie to you so she can keep you somehow
8/17/25, 10:44 AM - Chris: Yaa..
8/17/25, 10:44 AM - Chris: i was naive enough to believe her
8/17/25, 10:45 AM - ilse alejandra: Yeah 😳
8/17/25, 10:47 AM - ilse alejandra: I feel so worried
8/17/25, 10:48 AM - ilse alejandra: I want my baby to be ok with everything, not just with me, you're a good man baby, I know that
8/17/25, 10:50 AM - Chris: Not good enough 😔
8/17/25, 10:51 AM - ilse alejandra: Mi amoooor
8/17/25, 10:51 AM - ilse alejandra: Don't say that
8/17/25, 10:54 AM - ilse alejandra: You didn't want to hurt me, you wanted to help her, she lie to you, you thought it was the only option in the moment, you didn't think clear obviously, but you wanted to continue and be calm in our relationship <This message was edited>
8/17/25, 10:56 AM - Chris: Yeah at least you understand my intentions. I'm glad for that
8/17/25, 10:57 AM - Chris: But even with good intentions bad things happened
8/17/25, 10:58 AM - ilse alejandra: Yeah baby, but that doesn't mean you are a bad guy
8/17/25, 10:59 AM - Chris: Ya i just want you and me to be good baby
8/17/25, 10:59 AM - Chris: i care about you sooo much
8/17/25, 10:59 AM - ilse alejandra: I know that mi amor
8/17/25, 11:01 AM - ilse alejandra: You didn't hurt me because you wasn't thinking of me, you where thinking of me, you wanted to be out of that situation and you did it because in the moment you thought it was a solution because she make you think that <This message was edited>
8/17/25, 11:02 AM - Chris: Yeahhh i wanted nothing to do with that woman
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]
9/6/25, 11:46 AM - Chris: The military has officially said that i did no crime and they are no longer looking at me
9/6/25, 11:46 AM - Chris: So i will be allowed to Wing soon
9/6/25, 11:46 AM - Chris: And move to North Carolina
9/6/25, 11:46 AM - ilse alejandra: <Media omitted>
9/6/25, 11:46 AM - ilse alejandra: <Media omitted>
9/6/25, 11:47 AM - ilse alejandra: That’s really good news!!
9/6/25, 11:47 AM - ilse alejandra: Im so happy for you mi amor!
9/6/25, 11:47 AM - ilse alejandra: Now I’m crying
9/6/25, 11:48 AM - ilse alejandra: 🙈
9/6/25, 11:49 AM - ilse alejandra: <Media omitted>
9/6/25, 11:49 AM - ilse alejandra: <Media omitted>
9/6/25, 11:58 AM - Chris: Yeah that's very good news
9/6/25, 11:58 AM - Chris: It does not mean that everything is finished though
9/6/25, 11:58 AM - Chris: Crazy lady and get lawyer are still trying to come after me
9/6/25, 11:58 AM - ilse alejandra: I know but at least you can do your work
9/6/25, 11:58 AM - Chris: Buttttt this sends a veryyyy strong message
9/6/25, 11:59 AM - ilse alejandra: Yeah, that’s why I’m happy baby
9/6/25, 11:59 AM - ilse alejandra: And because you are going to be able to do you

job ♥
9/6/25, 11:59 AM - ilse alejandra: And that also means that you plans can continue
9/6/25, 12:01 PM - ilse alejandra: She is not a lady at all
9/6/25, 12:08 PM - ilse alejandra: <Media omitted>
9/6/25, 12:11 PM - Chris: Hahahhah
9/6/25, 12:21 PM - Chris: Baby I'm happy that i can finally get back to work
9/6/25, 12:21 PM - Chris: and do my job
9/6/25, 12:21 PM - Chris: And also i can move away from Crazy person
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]nt my baby sooo bad this morning 😩 I had a nightmare, I want your hugs
9/13/25, 8:22 AM - Chris: What happened in your nightmare?
9/13/25, 8:27 AM - ilse alejandra: The crazy woman find me and it was in my house trying to convence me that you did what she says and I just wanted her to go, but because she start notice that I will not believe her, she start braking things and I

feelt so stressed and I wake up
9/13/25, 8:28 AM - ilse alejandra: I dont know her, and in my dream she doesn’t have a face, but it was her 🤷‍♀
9/13/25, 8:35 AM - Chris: Fuckkkkkkk
9/13/25, 8:35 AM - Chris: That's terrible
9/13/25, 8:35 AM - Chris: and annoying
9/13/25, 8:36 AM - Chris: This crazy lady is causing you stress....
9/13/25, 8:43 AM - Chris: Well if it makes you feel any better, now the problem is her crazy lawyer
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]ed>
9/23/25, 8:17 AM - Chris: 😘😘😘😘😘😘😘😘😘
9/23/25, 8:18 AM - Chris: Baby I'm stressed
9/23/25, 8:18 AM - ilse alejandra: Why mi amor?
9/23/25, 8:19 AM - Chris: i think it's possible i could get in trouble for a law i had no idea existed

9/23/25, 8:19 AM - ilse alejandra: 🥺
9/23/25, 8:19 AM - ilse alejandra: How?
9/23/25, 8:20 AM - ilse alejandra: In trouble how?
9/23/25, 8:20 AM - Chris: I will tell you later baby
9/23/25, 8:20 AM - Chris: I'm going in to work now
9/23/25, 8:21 AM - ilse alejandra: awww baby, I just want you to be ok 🥺
9/23/25, 8:21 AM - ilse alejandra: This year is going to be a stressful year
9/23/25, 8:23 AM - Chris: Yeah for sure
9/23/25, 8:24 AM - Chris: My lawyers say that everyone knows i didn't do what the crazy lady said. And we will win that
9/23/25, 8:25 AM - Chris: But there are other problems that will be difficult to defend
9/23/25, 8:26 AM - ilse alejandra: 🥺🥺🥺
9/23/25, 8:26 AM - ilse alejandra: I just want you to be ok
9/23/25, 8:26 AM - ilse alejandra: I just want to start my life with you baby
9/23/25, 8:26 AM - Chris: me tooooi
9/23/25, 8:27 AM - ilse alejandra: I just want the distance to be our big problem
9/23/25, 8:27 AM - ilse alejandra: I love you so much
9/23/25, 8:29 AM - Chris: i love you so much too baby
9/23/25, 8:29 AM - Chris: it sucks that my decisions from the past could maybe cause more problems
9/23/25, 8:32 AM - ilse alejandra: I hope none of this comes to anything bad, and it can be resolved in the best way possible
9/23/25, 8:33 AM - Chris: me too mi amor
9/23/25, 8:33 AM - Chris: my lawyers also told me that there will be good days and bad days as we go through this
9/23/25, 8:38 AM - ilse alejandra: Yeah
[redacted]

[redacted] 😚😚
[redacted]
9/24/25, 9:23 PM - Chris: Baby i have chisme
9/24/25, 9:23 PM - ilse alejandra: Tell meeee
9/24/25, 9:23 PM - ilse alejandra: <Media omitted>
9/24/25, 9:23 PM - Chris: Crazy lady bf was yelling at my dad outside. And we called the police on him
9/24/25, 9:23 PM - ilse alejandra: 👀👀👀
9/24/25, 9:24 PM - ilse alejandra: Why he was yelling to your dad?! <This message was edited>
9/24/25, 9:27 PM - Chris: Because he doesn't like the cameras we put up
9/24/25, 9:27 PM - Chris: He tried to say what we did is illegal haha

9/24/25, 9:28 PM - Chris: So we called the police and asked them and they said it was fine
9/24/25, 9:28 PM - ilse alejandra: Because he knows she is crazy
9/24/25, 9:28 PM - ilse alejandra: And she can do crazy things and that is going to be on camera
9/24/25, 9:29 PM - Chris: Yupppp
9/24/25, 9:30 PM - Chris: It's not going to be good for crazy lady
9/24/25, 9:32 PM - ilse alejandra: I just want you to be sooo far away from her
9/24/25, 9:32 PM - ilse alejandra: <Media omitted>
9/24/25, 9:39 PM - Chris: I've thought about moving out of my house...
9/24/25, 9:39 PM - Chris: so i can be far away
9/24/25, 9:39 PM - Chris: But that cost me money
[redacted]
9/24/25, 9:50 PM - Chris: i want all this craziness to be over so we can move on with our lives
9/24/25, 9:53 PM - ilse alejandra: Me too baby 🥺
9/24/25, 10:00 PM - ilse alejandra: I want my bf 🥺
9/24/25, 10:00 PM - ilse alejandra: I want all this to end and not be worried about it all the time
9/24/25, 10:01 PM - Chris: Ya exactly
[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]