Chris, on August 2nd, I will have been doing this for 33 years.. Pretty much all your life. You hired us to work for you. Please let us do that. I'll call you when i need something. i know this is tough. the not knowing. Just remember you can't control what she has said, or what she is saying now. This is the hard part. sit still. find something else to occupy your mind

We got you!