4/4/25, 10:49 AM - Messages and calls are end-to-end encrypted. Only people in this chat can read, listen to, or share them. Learn more.
4/4/25, 10:49 AM - Jackie Samuelson accepted your invite to join WhatsApp
4/4/25, 10:50 AM - Jackie Samuelson: Hey it's Jackie
4/4/25, 10:50 AM - Jackie Samuelson: Did this work
4/4/25, 10:50 AM - Chris: Look who finally joined
4/4/25, 10:50 AM - Jackie Samuelson: Haven't used WhatsApp since living in Spain
4/4/25, 10:50 AM - Chris: <Media omitted>
4/4/25, 10:51 AM - Chris: <Media omitted>
4/4/25, 10:51 AM - Chris: Audio is veryyy long. At minute 45 she asks me to lie under oath
4/4/25, 10:52 AM - Chris: and at 49 she admits to being drunk with the kids home
4/4/25, 10:58 AM - Jackie Samuelson: Just watched the video...
4/4/25, 10:58 AM - Jackie Samuelson: That was .... something
4/4/25, 10:58 AM - Chris: Ya she crazy
4/4/25, 10:58 AM - Jackie Samuelson: Good for you for keeping your composure 👏
4/4/25, 10:58 AM - Jackie Samuelson: What was she so desperate to show you a picture of lol
4/4/25, 10:58 AM - Chris: That was the night she called me 50+ times
4/4/25, 10:58 AM - Jackie Samuelson: The second one is downloading still
4/4/25, 10:59 AM - Chris: and i called the cops on her
4/4/25, 11:00 AM - Jackie Samuelson: Voice clip is playing. Waiting to be able to buffer to 49 minutes 😆
4/4/25, 11:01 AM - Jackie Samuelson: While that's loading.... Devin told me that Casey ended up going to buy the bottles for Alex yesterday 😳
4/4/25, 11:01 AM - Chris: hahaha of course
4/4/25, 11:01 AM - Chris: <Media omitted>
4/4/25, 11:02 AM - Chris: <Media omitted>
4/4/25, 11:03 AM - Jackie Samuelson: Out of sheer curiosity, what prompted you to realize you needed to record conversations? Was this after crazy home visit
4/4/25, 11:04 AM - Chris: That recording was from back in January
4/4/25, 11:05 AM - Chris: When she started asking me to delete things... that's what made me start recording haha
4/4/25, 11:05 AM - Chris: I'm going into fly now, going to have bad cell reception. I'll talk to ya later
4/4/25, 4:18 PM - Chris: I'm back. Did you get a chance to listen to audio and watch the video?
4/4/25, 4:33 PM - Jackie Samuelson: I did
4/4/25, 4:33 PM - Jackie Samuelson: She's .... something
4/4/25, 4:34 PM - Jackie Samuelson: Does she know that I know she took the abortion pills the first time?
4/4/25, 4:35 PM - Chris: Yeah she knows i told you about the pills
4/4/25, 4:37 PM - Jackie Samuelson: Was she big mad you told me
4/4/25, 4:37 PM - Chris: Ya kinda shocked

4/4/25, 4:37 PM - Jackie Samuelson: At least now she knows I've stopped talking to her (well another reason) for her continuous lying to my face
4/4/25, 4:38 PM - Jackie Samuelson: Probably why she won't look me in the eye when she's spotted me out
4/4/25, 4:38 PM - Chris: Yeah probably
4/4/25, 4:39 PM - Chris: Ohh she's apparently having cramping pains and slight bleeding right now.  And she's taking her kids to some carnival for the rest of the day
4/4/25, 4:39 PM - Jackie Samuelson: I'm dying to know if she recorded my conversations with her
4/4/25, 4:39 PM - Chris: For sure! She definitely still has them
4/4/25, 4:39 PM - Jackie Samuelson: Lovely.
4/4/25, 4:40 PM - Chris: She's worried about expelling the miscarriage while at a carnival with her kids... could you imagine if that actually happened..
4/4/25, 4:40 PM - Jackie Samuelson: Apologies for any shit talking about you before I knew what was really happening 🫠😳
4/4/25, 4:40 PM - Chris: No worries
4/4/25, 4:41 PM - Chris: If she expelled while at a carnival... that would be the most white trash thing i could imagine 😬
4/4/25, 4:42 PM - Jackie Samuelson: It's interesting she's willing to go to a carnival if she's feeling some way
4/4/25, 4:43 PM - Jackie Samuelson: I know you said you'd talk to her this weekend as an effort to chew some pills again... make sure you're recording your conversation so she can't accuse you of anything later
4/4/25, 4:43 PM - Jackie Samuelson: Zero trust to be had now
4/4/25, 4:44 PM - Chris: Hypocritical that she's "afraid of the pain" from taking pills. Yet is going through allllll this pain every day she's pregnant...
4/4/25, 4:47 PM - Jackie Samuelson: Hypocritical that she's been through the pain twice and is pretending like she hasn't
4/4/25, 4:47 PM - Chris: Yupp
4/4/25, 4:49 PM - Chris: What did you think of the audio?
4/4/25, 4:49 PM - Jackie Samuelson: I laughed when she asked if you were recording her and you said no
4/4/25, 4:49 PM - Chris: Pretty damning. Think i we'll be able to get some charges to stick to her
4/4/25, 4:49 PM - Jackie Samuelson: I didn't listen to all of it
4/4/25, 4:50 PM - Chris: hahahah i know.  She's so dumb. She was literally looking at the red recording dot
4/4/25, 4:55 PM - Jackie Samuelson: Does Devin have the full recording?
4/4/25, 4:55 PM - Jackie Samuelson: I didn't realize she full blown asked you to lie until today
4/4/25, 4:56 PM - Jackie Samuelson: That's worthy of the amicus attorney knowing
4/4/25, 4:59 PM - Chris: Yeah he does have the full recording
4/4/25, 4:59 PM - Chris: Think the amicus attorney will be upset that she admitted to drinking 4 times with the kids home
4/4/25, 5:00 PM - Chris: I'm in the process of finding a criminal lawyer to go after her for Conspiracy to

suborn perjury
4/4/25, 5:01 PM - Chris: And also go after her for taking pictures of me with my clothes off without my consent or knowing she was doing that
4/4/25, 5:03 PM - Jackie Samuelson: *cough cough* and the recording you having sex without consent
4/4/25, 5:04 PM - Chris: Yupp
4/4/25, 5:07 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:08 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:08 PM - Jackie Samuelson: Another admission of her recording...AND not being sober
4/4/25, 5:08 PM - Chris: THANK YOU
4/4/25, 5:09 PM - Chris: That is potentially huge
4/4/25, 5:09 PM - Chris: Bro.... she's such a loser...
4/4/25, 5:10 PM - Chris: so cringe and such a liar
4/4/25, 5:18 PM - Jackie Samuelson: Anything else you want me to deep dive and search for?
4/4/25, 5:19 PM - Jackie Samuelson: I bet an attorney would be more than willing to assist with whatever you want help with
4/4/25, 5:20 PM - Chris: Mmm if she ever talked about the photos she took of me
4/4/25, 5:24 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:25 PM - Jackie Samuelson: I remembered her calling sneaky pics of you her trophy 🙄
4/4/25, 5:25 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:26 PM - Chris: Unbelievable...
4/4/25, 5:26 PM - Chris: Thank you!
4/4/25, 5:27 PM - Chris: Did she show you others? Because i know she has others
4/4/25, 5:28 PM - Jackie Samuelson: I'll check
4/4/25, 5:28 PM - Jackie Samuelson: I think I'll need to open every picture we sent each other and scroll
4/4/25, 5:28 PM - Jackie Samuelson: Give me a few
4/4/25, 5:28 PM - Chris: Ok thanks
4/4/25, 5:28 PM - Chris: She showed me at least one or two more
4/4/25, 5:35 PM - Jackie Samuelson: I found a gem
4/4/25, 5:35 PM - Jackie Samuelson: You'll shit your pants
4/4/25, 5:36 PM - Jackie Samuelson:
4/4/25, 5:36 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:36 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:36 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:36 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:36 PM - Jackie Samuelson: Ready for the good shit
4/4/25, 5:36 PM - Jackie Samuelson: It's frightening
4/4/25, 5:36 PM - Chris: !!!!!!!!
4/4/25, 5:37 PM - Chris: She's sooo creepy

4/4/25, 5:37 PM - Chris: omg!!!!
4/4/25, 5:42 PM - Jackie Samuelson: Hold
4/4/25, 5:42 PM - Jackie Samuelson:
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:42 PM - Jackie Samuelson: <Media omitted>
4/4/25, 5:43 PM - Jackie Samuelson: She sent that the day she found out about your girlfriend
4/4/25, 5:48 PM - Chris: She wrote allll that up and sent it to you??
4/4/25, 5:48 PM - Chris: That explains a ton of her reasoning for doing things
4/4/25, 5:49 PM - Jackie Samuelson: Yes 🙄
4/4/25, 5:49 PM - Jackie Samuelson: I completely forgot about it
4/4/25, 5:49 PM - Chris: Explains a looooot
4/4/25, 5:49 PM - Chris: She is 100% trying to have a relationship with me
4/4/25, 5:50 PM - Chris: In the most fked up way possible
4/4/25, 6:05 PM - Jackie Samuelson: Absolutely
4/4/25, 6:05 PM - Jackie Samuelson: I just reread
4/4/25, 6:05 PM - Jackie Samuelson: This was seriously after your first time sleeping together I think
4/4/25, 6:06 PM - Chris: She really is obsessed with me
4/4/25, 6:06 PM - Chris: She is scary
4/4/25, 6:06 PM - Jackie Samuelson: I tried to warn youuuu
4/4/25, 6:07 PM - Jackie Samuelson: I should've just printed the list and posted it on your door 😆
4/4/25, 6:07 PM - Chris: She's willing to mess up her life and her 3 kids lives just in an attempt to be with me...
4/4/25, 6:07 PM - Chris: Honestly that would've scared me off instantly
4/4/25, 6:10 PM - Jackie Samuelson: Did you read all of it?
4/4/25, 6:10 PM - Chris: Yuppp
4/4/25, 6:11 PM - Chris: She's been trying to break up my current gf because she thinks then i will get with her...
4/4/25, 6:11 PM - Chris: She's psycho
4/4/25, 6:12 PM - Chris: This is great proof that I'm going to take to a Lawyer
4/4/25, 6:13 PM - Jackie Samuelson: Ever seen fatal attraction? Because that's the situation
4/4/25, 6:16 PM - Jackie Samuelson: Are you for sure getting a lawyer?
4/4/25, 6:19 PM - Chris: Yuppp

4/4/25, 6:20 PM - Chris: I have never disliked someone more than her
4/4/25, 6:20 PM - Chris: And her shady, terrible, illegal behavior
4/4/25, 6:45 PM - Jackie Samuelson: Good news is if you are making one last effort to reason with her, Devin has the kids this weekend
4/4/25, 6:46 PM - Chris: Ya i heard
4/4/25, 6:46 PM - Chris: 🤞🤞
4/4/25, 6:48 PM - Jackie Samuelson: You should show up and talk to her when Casey is trimming her palm trees this weekend
4/4/25, 6:48 PM - Jackie Samuelson: And talk loudly
4/4/25, 6:52 PM - Chris: Heyyyy how are you feeling after the abortion pills??
4/4/25, 6:55 PM - Jackie Samuelson: She cloned Devin's phone.... hopefully she didn't hack into yours too
4/4/25, 6:55 PM - Chris: She cloned it??
4/4/25, 6:56 PM - Chris: So can she see all the messages he receives??
4/4/25, 7:01 PM - Jackie Samuelson: She somehow got in and deleted shit off of his phone. I don't think she has yours... or else she would've worked overtime to correct things with me
4/4/25, 7:02 PM - Chris: And she would've contacted my gf by now
4/4/25, 7:27 PM - Jackie Samuelson: Absolutely
4/4/25, 7:27 PM - Jackie Samuelson: Is your girlfriend coming for your ceremony
4/4/25, 7:27 PM - Chris: Noo i wish
4/4/25, 7:30 PM - Jackie Samuelson: Is she trying to figure out how to move stateside?
4/4/25, 7:39 PM - Chris: Yeah she's working on her tourist visa now
4/4/25, 7:39 PM - Chris: She works mostly remotely so things could work smoothly
4/4/25, 8:23 PM - Chris: I'm soo grossed out that she took all those photos of me
4/4/25, 8:23 PM - Chris: Also what the heck did you tell her after seeing that weird shit??
4/4/25, 8:24 PM - Chris: That had to raise some red flags for you huh
4/4/25, 8:34 PM - Jackie Samuelson: I distinctly remember telling her right away that wasn't normal 😆
4/4/25, 8:36 PM - Chris: She actually has several screws loose up there
4/5/25, 9:30 AM - Chris: I tested positive for the chlamydia...
4/5/25, 9:42 AM - Jackie Samuelson: Fuuuuuck
4/5/25, 9:42 AM - Jackie Samuelson: You got the meds though right?
4/5/25, 9:42 AM - Jackie Samuelson: Now you need to have that conversation with your girlfriend 😱
4/5/25, 9:42 AM - Chris: Yeah I'm already taking them
4/5/25, 9:43 AM - Chris: I know...
4/5/25, 9:43 AM - Chris: I'm still not telling my gf about crazy lady though
4/5/25, 9:51 AM - Jackie Samuelson: How are you going to phrase this?
4/5/25, 9:51 AM - Chris: Well i probably got it from this girl a while ago
4/5/25, 9:52 AM - Chris: Like before i started dating my gf
4/5/25, 10:03 AM - Jackie Samuelson: Is Liana done being angry about it

4/5/25, 10:04 AM - Jackie Samuelson: Are you making your final hail Mary today with her
4/5/25, 10:04 AM - Chris: Yeahh wish me luck
4/5/25, 10:30 AM - Jackie Samuelson: I'd record the conversation and make it as clear as day to her....why does she want to have a baby with a man who doesn't want anything to do with her or the baby? Why did she take abortion pills in February but despite knowing your wishes to not be part of her/potential baby's life but won't do the same now? And say clearly that if she keeps the baby, you will establish paternity after baby is born & will handle insurance and child support via the courts. Don't let her paint you out to be a deadbeat financially.
4/5/25, 10:35 AM - Chris: Thanks, that's good stuff
4/5/25, 11:35 AM - Jackie Samuelson: What time are you going to talk to her
4/5/25, 11:40 AM - Chris: After the kids go to bed
4/5/25, 11:54 AM - Jackie Samuelson: Go during the day when the kids are gone
4/5/25, 11:56 AM - Chris: She asked me to come over at night and bring alcohol again
4/5/25, 11:57 AM - Chris: ANOTHER violation for her
4/5/25, 12:12 PM - Jackie Samuelson: Why
4/5/25, 12:12 PM - Jackie Samuelson: She is asking to drink alcohol?
4/5/25, 12:12 PM - Chris: Yupp
4/5/25, 12:12 PM - Chris: Weird right
4/5/25, 12:16 PM - Jackie Samuelson: So ....she's wanting to take pills then? Or are we just being dumb and drinking while pregnant
4/5/25, 12:17 PM - Chris: She hasn't said anything about wanting to take pills. So she's just being dumb
4/5/25, 12:21 PM - Jackie Samuelson: If you are recording and she drinks any alcohol...."Liana? Aren't you worried about the baby getting fetal alcohol syndrome?"
4/5/25, 12:25 PM - Chris: We agreed we are turning our phones off tonight..
4/5/25, 12:25 PM - Jackie Samuelson: Please don't do that
4/5/25, 12:25 PM - Jackie Samuelson: That is a very dangerous position for you
4/5/25, 12:26 PM - Jackie Samuelson: And you owe her absolutely nothing here
4/5/25, 12:26 PM - Jackie Samuelson: She's the only person who will benefit from this. It's not helpful to you in any way and she can easily accuse you of things
4/5/25, 12:27 PM - Jackie Samuelson: And it'll be your word versus her word
4/5/25, 1:52 PM - Chris: Want a laugh? From Crazy lady
4/5/25, 2:00 PM - Jackie Samuelson: Always
4/5/25, 2:04 PM - Chris: <Media omitted>
4/5/25, 2:07 PM - Jackie Samuelson: Don't do it
4/5/25, 2:07 PM - Jackie Samuelson: Please don't
4/5/25, 2:07 PM - Jackie Samuelson: These are the things she HAS to figure out
4/5/25, 2:07 PM - Jackie Samuelson: As a parent...she *needs* to figure this out on her own
4/5/25, 2:09 PM - Jackie Samuelson: The fire or police station can assist her

4/5/25, 2:10 PM - Jackie Samuelson: And since she doesn't have the kids back until 7pm, she has plenty of time to drive herself there and actually LEARN how to do it. Her oldest is 8. She's had 8 years to figure this shit out
4/5/25, 4:53 PM - Jackie Samuelson: Were you entirely too nice and helped her?
4/5/25, 4:58 PM - Chris: I told her to go to the fire department and get it done.  And i haven't heard back from her
4/5/25, 4:58 PM - Jackie Samuelson: King 👑
4/5/25, 5:01 PM - Chris: 😂
4/5/25, 5:17 PM - Jackie Samuelson: She'll just have Casey do it
4/5/25, 5:23 PM - Chris: Ya he's such a simp
4/5/25, 6:44 PM - Jackie Samuelson: And what booze did Little Miss Pregnant request you bring her tonight?
4/5/25, 6:46 PM - Chris: Some of my usual Dissarono
4/5/25, 6:46 PM - Chris: It's a drink i like to drink and usually have at the house
4/5/25, 7:53 PM - Jackie Samuelson: I'd strongly reconsider going to her house and not not record for your protection. It's suspicious that she's asking for you to bring alcohol with. She's going to spin something on you....you spiked her drink, you forced her to drink, etc.
4/5/25, 8:22 PM - Chris: I can't force her to drink when she asked for it
4/6/25, 12:51 AM - Jackie Samuelson: CHRISTOPHER
4/6/25, 12:51 AM - Jackie Samuelson: She was just banging on my door
4/6/25, 12:51 AM - Jackie Samuelson: Begging me to drive her to the hospital
4/6/25, 12:51 AM - Jackie Samuelson: Did she take pills
4/6/25, 12:51 AM - Chris: No
4/6/25, 12:52 AM - Chris: But i think she's having a miscarriage
4/6/25, 12:52 AM - Chris: She is trying to say that i drugged her
4/6/25, 12:52 AM - Chris: But i didn't
4/6/25, 12:52 AM - Jackie Samuelson: She was all hunched over
4/6/25, 12:53 AM - Chris: I have a flight in like 6 hours
4/6/25, 12:53 AM - Chris: I told her i have to go
4/6/25, 12:53 AM - Jackie Samuelson: I told you she'd do this!!!!
4/6/25, 12:54 AM - Chris: She is trying to blame me
4/6/25, 12:54 AM - Jackie Samuelson: I told her I'd bring her
4/6/25, 12:54 AM - Chris: For her having a miscarriage
4/6/25, 12:54 AM - Chris: She's going to tell you i did this to her...
4/6/25, 12:55 AM - Jackie Samuelson: She's waiting for her mom to come over
4/6/25, 12:55 AM - Chris: Can you record her accusing me of wild crap
4/6/25, 12:55 AM - Chris: I do feel bad for her. This is terrible timing!
4/6/25, 12:55 AM - Jackie Samuelson: What app?!
4/6/25, 12:56 AM - Jackie Samuelson: I freaking don't have room on my dang phone lol

4/6/25, 12:56 AM - Chris: go to the app store and type in voice recording
4/6/25, 12:56 AM - Chris: There is a bunch
4/6/25, 12:56 AM - Jackie Samuelson: Did she pull this shit with you tonight
4/6/25, 12:56 AM - Chris: Yupppp
4/6/25, 12:57 AM - Chris: I was with her as this started happening. That's why she is saying is suuuch a coincidence this happened when i came over
4/6/25, 12:58 AM - Chris: I can't call out of another flight. I'm on the border of finishing this week
4/6/25, 12:58 AM - Chris: I feel terrible
4/6/25, 12:59 AM - Jackie Samuelson: The car ride is either going to be silent or me losing my mind on her. There's no in-between
4/6/25, 12:59 AM - Jackie Samuelson: She knows I know everything right?
4/6/25, 1:00 AM - Chris: Can't believe this happened tonight of allll nights
4/6/25, 1:00 AM - Jackie Samuelson: And super shitty timing....Tucker is throwing up tonight 😳
4/6/25, 1:00 AM - Chris: Mmm i told her you and i don't talk a whole bunch haha
4/6/25, 1:00 AM - Chris: She hates that i talk to you
4/6/25, 1:00 AM - Chris: It's weird
4/6/25, 1:01 AM - Chris: Why doesn't she call an ambulance? I don't get it
4/6/25, 1:14 AM - Chris: How is she? Did she actually miscarry? Or false alarm?
4/6/25, 1:18 AM - Jackie Samuelson: Where you at
4/6/25, 1:18 AM - Jackie Samuelson: She is 100000% claiming you drugged her
4/6/25, 1:18 AM - Jackie Samuelson: With hot chocolate
4/6/25, 1:19 AM - Chris: I'm in bed
4/6/25, 1:19 AM - Chris: Are you driving her right now?
4/6/25, 1:20 AM - Chris: I did not drug her 🙄
4/6/25, 1:20 AM - Jackie Samuelson: <Media omitted>
4/6/25, 1:21 AM - Chris: She watched me make the hot chocolate
4/6/25, 1:21 AM - Jackie Samuelson: Not sure if any of that recorded
4/6/25, 1:21 AM - Chris: Yeah 15 minutes.  I'm listening
4/6/25, 1:24 AM - Jackie Samuelson: We are here at the ER. She's already back with someone getting an IV
4/6/25, 1:24 AM - Jackie Samuelson: Her mom is at the house
4/6/25, 1:25 AM - Jackie Samuelson: She said you were supposed to get her mom and ghosted her
4/6/25, 1:26 AM - Chris: I told her i needed to get ready for my flight
4/6/25, 1:26 AM - Chris: Not sure she heard me right
4/6/25, 1:27 AM - Jackie Samuelson: I fucking knew she'd do this to you
4/6/25, 1:27 AM - Chris: She sounds fine in the car with you
4/6/25, 1:27 AM - Chris: She's lieing about drinking alcohol!
4/6/25, 1:27 AM - Chris: She had like 3 shots worth of alcohol
4/6/25, 1:28 AM - Jackie Samuelson: I will ask them to run a tox screen on her before I go in and see her

4/6/25, 1:28 AM - Jackie Samuelson: I'm not staying the night by any means
4/6/25, 1:28 AM - Chris: For sure she has alcohol in her system right now
4/6/25, 1:28 AM - Jackie Samuelson: Get your rest. I'll let you know what transpires while I'm here
4/6/25, 1:29 AM - Chris: Thanks
4/6/25, 1:30 AM - Chris: She still won't admit to you that she took abortion pills earlier
4/6/25, 1:34 AM - Jackie Samuelson: She's going to be talking to the police
4/6/25, 1:34 AM - Chris: Of course....
4/6/25, 1:35 AM - Chris: She is soo scary
4/6/25, 1:36 AM - Jackie Samuelson: You need to call first
4/6/25, 1:39 AM - Chris: I'm calling them now
4/6/25, 1:46 AM - Jackie Samuelson: She said she has empty pill bottles with her
4/6/25, 1:46 AM - Jackie Samuelson: She has the one with your name in a box
4/6/25, 1:47 AM - Chris: That's old!
4/6/25, 1:47 AM - Chris: That's from February
4/6/25, 1:47 AM - Chris: That was one pill. Mifepristone
4/6/25, 1:48 AM - Chris: I got it because she agreed to take it
4/6/25, 1:50 AM - Jackie Samuelson: Did you call police
4/6/25, 1:51 AM - Chris: Yup
4/6/25, 1:51 AM - Chris: Waiting for an officer to call me back
4/6/25, 2:05 AM - Jackie Samuelson: They're calling poison control
4/6/25, 2:05 AM - Jackie Samuelson: Officer is in the rom
4/6/25, 2:06 AM - Chris: Fuck that is scary
4/6/25, 2:13 AM - Chris: Updates?
4/6/25, 2:15 AM - Jackie Samuelson: Nothing
4/6/25, 2:15 AM - Chris: I haven't gotten a call back
4/6/25, 2:18 AM - Chris: You know she's painting me out to be some monster
4/6/25, 2:22 AM - Jackie Samuelson: She's saying you gave her the miso
4/6/25, 2:22 AM - Chris: When? Tonight?
4/6/25, 2:22 AM - Chris: I didn't give her any pills
4/6/25, 2:23 AM - Chris: She watched me. She patted me down. There is noo way
4/6/25, 2:23 AM - Chris: What's the status of the pregnancy?
4/6/25, 2:23 AM - Jackie Samuelson: She's getting an ultrasound
4/6/25, 2:24 AM - Chris: ok
4/6/25, 2:24 AM - Chris: Is she ok?
4/6/25, 2:24 AM - Chris: She must be if she's throwing around accusations
4/6/25, 2:26 AM - Jackie Samuelson: She won't get the results right now they won't show her the screen or let her listen
4/6/25, 2:27 AM - Jackie Samuelson: She is absolutely throwing accusations

4/6/25, 2:27 AM - Jackie Samuelson: To everyone who will listen
4/6/25, 2:27 AM - Jackie Samuelson: She's saying you crushed them into the hot chocolate
4/6/25, 2:27 AM - Chris: Of course. I'm the monster now!
4/6/25, 2:27 AM - Jackie Samuelson: And you put alcohol in her drink
4/6/25, 2:27 AM - Jackie Samuelson: And you rinsed the cup out in her sink
4/6/25, 2:27 AM - Chris: Ha!! she asked for alcohol
4/6/25, 2:27 AM - Jackie Samuelson: Did you record?
4/6/25, 2:28 AM - Chris: No the phones were off
4/6/25, 2:28 AM - Chris: I did rinse the dirty dishes. That's what you do when you're a guest
4/6/25, 2:28 AM - Chris: I just put some water in them
4/6/25, 2:37 AM - Jackie Samuelson: She gave your address and had a picture of your license to give all your info
4/6/25, 2:50 AM - Jackie Samuelson: Not sure if I have service
4/6/25, 3:19 AM - Jackie Samuelson: She's pressing charges
4/6/25, 3:37 AM - Jackie Samuelson: She has a picture of your SS card
4/6/25, 4:05 AM - Jackie Samuelson: We need to chat on the phone when I am done here if you're up
4/6/25, 4:06 AM - Chris: ok
4/6/25, 4:06 AM - Jackie Samuelson: Did police come to you?
4/6/25, 4:07 AM - Chris: No
4/6/25, 4:07 AM - Chris: Are they going to?
4/6/25, 4:21 AM - Jackie Samuelson: Unknown on this end. She didn't get her ultrasound results. Charges potentially will be "endangering a pregnant person" or similar
4/6/25, 4:22 AM - Chris: Those are potentially felony charges
4/6/25, 4:23 AM - Chris: Are you going to be driving her home?
4/6/25, 4:23 AM - Chris: I'm scared
4/6/25, 4:23 AM - Jackie Samuelson: I'm leaving in a few
4/6/25, 4:24 AM - Chris: Did she get toxicology results back?
4/6/25, 4:24 AM - Chris: How is she spinning this against me
4/6/25, 4:29 AM - Jackie Samuelson: Not yet
4/6/25, 4:29 AM - Jackie Samuelson: That you crushed pills and spiked her drink with pills and alcohol
4/6/25, 4:29 AM - Chris: Of course!
4/6/25, 4:30 AM - Chris: I did no such thing
4/6/25, 4:30 AM - Chris: She starts bleeding and immediately blames me
4/6/25, 5:01 AM - Jackie Samuelson: What time do you leave for flight
4/6/25, 5:02 AM - Chris: I'm going to leave my house at 0700
4/6/25, 5:02 AM - Chris: Am i going to be arrested while driving to base?
4/6/25, 5:30 AM - Jackie Samuelson: Up?
4/6/25, 7:06 AM - Jackie Samuelson: Any word from her?

4/6/25, 7:06 AM - Chris: She's asking Devin for a ride home hahah
4/6/25, 7:07 AM - Chris: I asked how she's doing and is everything ok. Got no reply
4/6/25, 7:08 AM - Jackie Samuelson: There's no way she's keeping her composure on the ride home if he does bring her
4/6/25, 7:12 AM - Chris: I'm worried she might have also taken photos of my credit cards
4/6/25, 11:08 AM - Jackie Samuelson: 😳
4/6/25, 11:09 AM - Jackie Samuelson: She didn't come by here. So I have no idea if she's home or not yet
4/6/25, 12:26 PM - Chris: Pretty sure she is asleep
4/6/25, 1:08 PM - Jackie Samuelson: She came home and left again
4/6/25, 1:08 PM - Jackie Samuelson: Doing birthday stuff for Aubrey now
4/6/25, 1:09 PM - Chris: Ohh ya a
4/6/25, 1:09 PM - Chris: Happy Birthday Aubrey
4/6/25, 1:10 PM - Jackie Samuelson: She was smiling and happy driving by. No idea what is going on
4/6/25, 1:11 PM - Chris: Hahha weird
4/6/25, 1:11 PM - Chris: She's allll over the place
4/6/25, 1:16 PM - Chris: She went from "gushing blood" to laughing and smiling
4/6/25, 1:27 PM - Jackie Samuelson: Did the police call you back
4/6/25, 1:27 PM - Chris: Nooope
4/6/25, 1:27 PM - Chris: I just called again, and they said I'm in line for a call..
4/6/25, 2:06 PM - Jackie Samuelson: Did you talk to your CO or XO
4/6/25, 2:42 PM - Chris: Not yet, i will tomorrow when i fly with them
4/6/25, 3:08 PM - Jackie Samuelson: Stupid question... but if you do get arrested or whatever she's intending to happen, do you need me to call someone on your behalf
4/6/25, 3:08 PM - Jackie Samuelson: Did she say if she lost the baby or if all is well
4/6/25, 3:08 PM - Chris: I asked about the baby and i heard nothing
4/6/25, 3:09 PM - Chris: Yeah could you call my Dad; Dan Cooprider 3033788161
4/6/25, 3:11 PM - Jackie Samuelson: Will do. Does he know what's going on now?
4/6/25, 3:12 PM - Jackie Samuelson: If shit hits the fan, send me a text if police come to your door before you open the door so I can be on alert if needed
4/6/25, 3:14 PM - Chris: I haven't told him about last night yet
4/6/25, 3:14 PM - Chris: Thanks i will
4/6/25, 3:22 PM - Jackie Samuelson: Is she just ignoring you?
4/6/25, 3:22 PM - Chris: Seems like it right now
4/6/25, 3:22 PM - Chris: First time she's ever ignored me for this long
4/6/25, 4:13 PM - Jackie Samuelson: Fingers crossed she's not at the police station 😳
4/6/25, 4:13 PM - Chris: That's what Devin was just saying
4/6/25, 4:14 PM - Chris: She probably went over there, and they recommended that she not message me
4/6/25, 4:14 PM - Chris: Because that's what they told me when i called the cops on her

4/6/25, 4:43 PM - Jackie Samuelson: I wouldn't message anything else to her then because whatever you do or say is ammo for her at this point
4/6/25, 4:49 PM - Jackie Samuelson: When was the last time you heard from her
4/6/25, 4:49 PM - Chris: Last message from her was at 0930 this morning
4/6/25, 5:15 PM - Jackie Samuelson: I was so deliriously tired earlier...not sure if I relayed
4/6/25, 5:15 PM - Jackie Samuelson: "if he has criminal charges, he'll have to stay and won't be able to move to NC right?"
4/6/25, 5:16 PM - Chris: Yeahhh you told me she said that...
4/6/25, 8:01 PM - Jackie Samuelson: I'm thinking she's not following through on what she said she wanted to do if you still haven't been contacted
4/7/25, 10:28 AM - Chris: I have an update for you...
Long story short: Crazy is framing me for the Saturday night issue. She still had abortion pills that she didn't take
4/7/25, 10:29 AM - Chris: She is saying that "i left behind pills at her house"
4/7/25, 10:29 AM - Chris: That's what she told the police
4/7/25, 11:00 AM - Jackie Samuelson: Can she prove anything though? The nurse said (and I heard) that the pills likely wouldn't show on toxicology reports
4/7/25, 11:00 AM - Jackie Samuelson: She also admitted to me that she did not take progesterone suppository because she didn't want to do that while on the STD treatment....that very well could have caused a miscarriage to occur as well
4/7/25, 11:02 AM - Jackie Samuelson: Did police come and talk to you?
4/7/25, 11:11 AM - Chris: Not yet
4/7/25, 11:11 AM - Chris: I need to call you
4/7/25, 11:14 AM - Jackie Samuelson: I'm free for 10-15 more minutes
4/7/25, 11:14 AM - Jackie Samuelson: Going in for Aubreys birthday at school
4/7/25, 11:36 AM - Chris: "You have a lot to answer for. I am going to talk to the neighbors whose houses your truck was closest to and ask for their camera footage of you idling instead of going to get my mother so I could get medical care. Your actions are inexcusable."
4/7/25, 11:37 AM - Chris: She just said she's going to talk trash about me to the neighbors
4/7/25, 11:58 AM - Jackie Samuelson: That's harassment
4/7/25, 11:58 AM - Jackie Samuelson: Tell her you're retaining an attorney and will no longer be speaking to her
4/7/25, 11:59 AM - Jackie Samuelson: Also....I now know who was driving her
4/7/25, 11:59 AM - Jackie Samuelson: Mutual friend of ours
4/7/25, 11:59 AM - Jackie Samuelson: Just saw her at school
4/7/25, 11:59 AM - Jackie Samuelson: I'm curious as to what Allison is going to tell me about what Liana has told her
4/7/25, 12:02 PM - Chris: Thank you so much for helping me with this Jackie

4/7/25, 12:02 PM - Chris: You have no idea how grateful i am that you are helping me through potentially life ruining situation
4/7/25, 12:02 PM - Chris: I'm very thankful for you
4/7/25, 1:30 PM - Jackie Samuelson: I've got more info
4/7/25, 1:30 PM - Jackie Samuelson: And it's big
4/7/25, 1:31 PM - Jackie Samuelson: You free at 3:15?
4/7/25, 1:40 PM - Chris: Yeah I'm free at 3:15
4/7/25, 3:51 PM - Jackie Samuelson: She's in her garage
4/7/25, 3:51 PM - Jackie Samuelson: Doors not shut though
4/7/25, 3:53 PM - Chris: Wanna meet in the back yard?
4/7/25, 3:53 PM - Jackie Samuelson: Yes
4/7/25, 7:50 PM - Jackie Samuelson: She's out walking and pushing a stroller...not suffering apparently?
4/7/25, 7:54 PM - Chris: Haha ya i just saw too
4/7/25, 7:55 PM - Chris: Maybe she feels lighter on her feet?
4/7/25, 8:01 PM - Jackie Samuelson: The weight of the lies didn't stop the ponytail from swinging
4/7/25, 8:25 PM - Chris: <Media omitted>
4/7/25, 8:49 PM - Jackie Samuelson: I just gasped
4/7/25, 8:50 PM - Jackie Samuelson: That's just bananas
4/7/25, 8:50 PM - Jackie Samuelson: Why would she want to drink......if she was pregnant and loved the baby so much?
4/7/25, 8:51 PM - Chris: Right???
4/7/25, 8:51 PM - Chris: Maybe that might have had something to do with her miscarriage..
4/7/25, 8:52 PM - Chris: Probably not, but ya never know <This message was edited>
4/7/25, 8:53 PM - Chris: Feel free to share that with your friend whom shall not be named
4/8/25, 8:17 AM - Jackie Samuelson: You're joining us?
4/8/25, 8:18 AM - Jackie Samuelson: I'm leaving now
4/8/25, 8:18 AM - Chris: Yeah why not
4/8/25, 12:02 PM - Chris: Gave my investigator your phone number. He might call
4/8/25, 12:56 PM - Jackie Samuelson: I'll let you know if he does
4/8/25, 1:19 PM - Jackie Samuelson: To make sure Liana doesn't do anything wild....what is your guys first name so I can make sure it's a real person
4/8/25, 1:20 PM - Chris: Ozzie
4/8/25, 4:38 PM - Jackie Samuelson: Anything good with the investigator?
4/8/25, 4:39 PM - Chris: He said that ccpd has not yet assigned an investigator because the cop from the hospital has not finished filing the report yet
4/8/25, 4:39 PM - Jackie Samuelson: Interesting
4/8/25, 4:40 PM - Chris: I'm almost wondering if someone could talk to the cop from the hospital before he finishes filing 🤷‍♂

4/8/25, 4:41 PM - Jackie Samuelson: I don't know what would take this long for him to write it up
4/8/25, 4:42 PM - Chris: Laziness 🤷‍♂
4/8/25, 4:44 PM - Chris: I'm wondering if it's not officially filed, then can i continue training?
4/8/25, 4:47 PM - Jackie Samuelson: I'd absolutely bring that up immediately to your CO
4/8/25, 4:47 PM - Jackie Samuelson: Legally there's no reason to hold you if there's nothing pending
4/8/25, 4:47 PM - Jackie Samuelson: At least let you finish your final flight and postpone winging if needed
4/8/25, 4:48 PM - Jackie Samuelson: Or hold you after winging
4/8/25, 4:48 PM - Chris: He told me it's officially filed
4/8/25, 4:48 PM - Chris: Just not signed off by supervisor yet
4/8/25, 4:48 PM - Chris: He confused me
4/8/25, 4:50 PM - Jackie Samuelson: Will you be able to view it since you have the case number
4/8/25, 4:50 PM - Chris: Good question. I'm not sure how to do that
4/9/25, 11:17 AM - Jackie Samuelson: Are you surviving over there today
4/9/25, 11:18 AM - Chris: Yeah I'm thriving
4/9/25, 11:18 AM - Chris: I'm pretty much on paid vacation 😎
4/9/25, 11:18 AM - Chris: I'm just gonna be working out, fixing up the house, and gaming
4/9/25, 11:34 AM - Jackie Samuelson: Glass half full
4/9/25, 11:38 AM - Chris: Yeah i mean it sucks that i have to wait longer. But that's all this is going to be; a delay <This message was edited>
4/9/25, 12:10 PM - Chris: What would be bad, is if Crazy lady decides to continously file police reports against me and i don't get to Wing for a very long time
4/9/25, 1:04 PM - Jackie Samuelson: There's nothing else to file I don't think. She had her moment already 😳
4/9/25, 1:25 PM - Chris: She could keep filing false police reports. Just there being a police report with my name on it requires the military to put me on legal hold
4/9/25, 1:25 PM - Chris: So she could keep doing that....
4/9/25, 1:26 PM - Chris: She could try for harassment or something
4/9/25, 3:06 PM - Jackie Samuelson: I think your lawyer would quickly address that with her
4/9/25, 3:06 PM - Jackie Samuelson: Because that's just slanderous and falsifying police reports
4/9/25, 3:07 PM - Jackie Samuelson: Could you file harassment charges or a restraining order on her?
4/9/25, 3:08 PM - Jackie Samuelson: She's been silent ever since you retained an attorney?
4/9/25, 3:18 PM - Chris: I could still file a harassment charge against her for the night of the 53+ phone calls
4/9/25, 3:18 PM - Chris: But I'm worried that if i file for harassment, then she will also file harassment against me
4/9/25, 3:18 PM - Chris: Because i did send some mean text messages for a while..
4/9/25, 3:20 PM - Chris: She did send me one mean text after i told her not to talk with me
4/9/25, 3:31 PM - Jackie Samuelson: I saw a few of your zingers to her 😆

4/9/25, 3:31 PM - Jackie Samuelson: Ooooh. What did she say?
4/9/25, 3:31 PM - Jackie Samuelson: And more importantly did you respond?
4/9/25, 3:31 PM - Chris: <Media omitted>
4/9/25, 3:35 PM - Jackie Samuelson: What an odd thing to say 🫠
4/9/25, 3:35 PM - Jackie Samuelson: Did you respond
4/9/25, 3:36 PM - Chris: Nope
4/9/25, 3:36 PM - Chris: No response
4/9/25, 3:36 PM - Chris: She thinks I'll be treated badly while waiting this out 😂
4/9/25, 3:40 PM - Jackie Samuelson: You absolutely need to get a chair and sit in your front yard with a drink and book relaxing in the sunshine EVERY school day from 3:10 until 3:50 so she just sees you sitting there relaxing 😎
4/9/25, 3:41 PM - Jackie Samuelson: It will literally make her blood boil to see you sitting there, doing absolutely nothing
4/9/25, 3:41 PM - Chris: Ohh I'm planning on meeting the lawn at like 0600 tomorrow morning
4/9/25, 3:41 PM - Jackie Samuelson: Or if she's outside with her kids, grab a chair and sit in your driveway the entire time, enjoying the beautiful weather of course
4/9/25, 3:42 PM - Jackie Samuelson: Mow mine while you're at it
4/9/25, 3:42 PM - Chris: Mowing*
4/9/25, 3:42 PM - Jackie Samuelson: Lol
4/9/25, 3:42 PM - Chris: doing it early to bother her sleep
4/9/25, 3:51 PM - Jackie Samuelson: I love that
4/9/25, 4:38 PM - Jackie Samuelson: All jokes aside, i'm sorry you're dealing with all of this
4/9/25, 4:39 PM - Jackie Samuelson: And I'm sure your lawyer has dealt with similar accusations and knows how to navigate the process to get this moved along
4/9/25, 4:47 PM - Chris: This is what my investigator told me that helped me feel confident
4/9/25, 4:47 PM - Chris: <Media omitted>
4/9/25, 4:52 PM - Jackie Samuelson: That's great
4/9/25, 4:52 PM - Jackie Samuelson: I'd feel relieved just with that alone
4/9/25, 4:53 PM - Jackie Samuelson: Will he send a cease and desist to her to prevent her from continuing to be slanderous about you to neighbors/future tenants of yours?
4/9/25, 4:53 PM - Chris: No because he's focused on preventing just this current case
4/9/25, 4:54 PM - Chris: Which I'm fine with
4/9/25, 4:55 PM - Chris: The crazier she acts around the neighbors the better
4/9/25, 4:55 PM - Jackie Samuelson: Unsolicited advice....get a camera for your front door 🫠
4/9/25, 4:56 PM - Jackie Samuelson: It'll pick up and record her if she's close enough by so you could use that if needed
4/9/25, 4:56 PM - Chris: I already got one installed
4/9/25, 4:56 PM - Jackie Samuelson:

https://www.amazon.com/dp/B0CH45HPZT?ref=cm_sw_r_cso_fm_apan_dp_3XDM4BRRJD5TA7G0382K_2&ref_=cm_sw_r_cso_fm_apan_dp_3XDM4BRRJD5TA7G0382K_2&social_share=cm_sw_r_cso_fm_apan_dp_3XDM4BRRJD5TA7G0382K_2&starsLeft=1&skipTwisterOG=1
4/9/25, 4:57 PM - Jackie Samuelson: That's what we have and it's SO easy and the quality is great
4/9/25, 4:57 PM - Chris: I've got it hooked up and set up already
4/9/25, 4:57 PM - Jackie Samuelson: Smart thinking
4/9/25, 4:57 PM - Jackie Samuelson: How far down your driveway does it record?
4/9/25, 4:58 PM - Jackie Samuelson: She always used to ask me if my camera was recording us when we were in my driveway 🙄
4/9/25, 4:59 PM - Chris: Mine goes down my front porchway
4/9/25, 4:59 PM - Chris: No drive way
4/9/25, 4:59 PM - Chris: That's why I'm parking differently
4/9/25, 5:17 PM - Jackie Samuelson: Are you in the garage?
4/9/25, 5:18 PM - Jackie Samuelson: Also, whatever windows you can see from the street....keep the blinds closed 😳 she was so desperate to see inside your house
4/9/25, 5:23 PM - Chris: When??
4/9/25, 5:43 PM - Jackie Samuelson: Months ago
4/9/25, 5:43 PM - Jackie Samuelson: She used to ask me all the time if I could see in your house 🫠
4/9/25, 5:43 PM - Chris: Jeeeeeeeez
4/9/25, 5:44 PM - Chris: You have texts of her asking?
4/9/25, 5:58 PM - Jackie Samuelson: I'll check
4/9/25, 5:58 PM - Jackie Samuelson: And you what I realized...
4/9/25, 5:58 PM - Jackie Samuelson: She wanted you to go to the hospital with her Saturday night
4/9/25, 5:58 PM - Jackie Samuelson: What was she planning on doing?? Telling them with you in the room you drugged her??
4/9/25, 5:59 PM - Chris: Haha i know right
4/9/25, 5:59 PM - Chris: Probably hoping they would put me in hand cuffs there
4/9/25, 6:03 PM - Jackie Samuelson:
4/9/25, 6:03 PM - Jackie Samuelson: <Media omitted>
4/9/25, 6:03 PM - Jackie Samuelson: <Media omitted>
4/9/25, 6:06 PM - Chris: "totally not a stalker"
4/9/25, 6:08 PM - Jackie Samuelson: Totally
4/9/25, 6:09 PM - Chris: Don't know why she has always been soo obsessed with me
4/9/25, 6:10 PM - Chris: She is scary!
4/9/25, 6:10 PM - Chris: But somehow she is the victim
4/9/25, 6:10 PM - Chris: I found out what the official charge against me is
4/9/25, 6:10 PM - Jackie Samuelson: What?
4/9/25, 6:10 PM - Chris: Assault, pregnant person

4/9/25, 6:11 PM - Jackie Samuelson: But how can they prove it?
4/9/25, 6:11 PM - Jackie Samuelson: That's what I don't comprehend
4/9/25, 6:11 PM - Chris: <Media omitted>
4/9/25, 6:11 PM - Chris: Trying to look up evidence needed for it now
4/9/25, 6:15 PM - Jackie Samuelson: Well she did it as well if she was drinking while pregnant
4/9/25, 6:16 PM - Chris: <Media omitted>
4/9/25, 6:17 PM - Chris: geriatric pregnancy
4/9/25, 6:17 PM - Chris: There was no abortion. There was a miscarriage though
4/9/25, 6:18 PM - Chris: And those are 2 different things
4/9/25, 6:18 PM - Jackie Samuelson: I agree
4/9/25, 6:18 PM - Jackie Samuelson: Advanced maternal age, refusing to take progesterone suppository for a whole week, the clap on top of it
4/9/25, 6:19 PM - Chris: Sounds much more likely to be a miscarriage then some dude crushing abortion pills into her drink
4/9/25, 6:22 PM - Chris: And don't forget the fetus had problems from the beginning
4/9/25, 6:23 PM - Chris: Low heart beat and low progesterone levels
4/9/25, 6:25 PM - Chris: Aaand she had a 100 degree fever for 2 weeks
4/9/25, 6:25 PM - Jackie Samuelson: Do you have any of her records?
4/9/25, 6:25 PM - Jackie Samuelson: But she did flat out say you slipped her pills and alcohol.
4/9/25, 6:25 PM - Jackie Samuelson: So a he said she said
4/9/25, 6:26 PM - Chris: Yeah, i hope the investigator requires more than he said she said to go forward
4/9/25, 6:31 PM - Chris: Seems pretty obvious or very extremely likely she had a miscarriage naturally
4/9/25, 6:45 PM - Chris: That's like 5-6 things that point to naturally miscarriage right there
4/9/25, 6:51 PM - Jackie Samuelson: I agree. And I wonder if you went in person if she would've just claimed a miscarriage instead of drugging
4/9/25, 6:52 PM - Chris: Who knows 🤷‍♂
4/9/25, 6:52 PM - Chris: She was already accusing me while i was with her at her place
4/9/25, 6:57 PM - Jackie Samuelson: Like did she want a dramatic bonding experience with you at the hospital
4/9/25, 6:58 PM - Jackie Samuelson: A quick little trauma bond 👀
4/9/25, 6:58 PM - Chris: hahah no idea
4/9/25, 6:58 PM - Chris: But i told her multiple times i had a morning flight and i needed to go
4/9/25, 7:11 PM - Jackie Samuelson: Does this mean the report is finished and your investigator can get it
4/9/25, 7:12 PM - Chris: Think so
4/9/25, 7:12 PM - Chris: He said he's working on it
4/9/25, 7:49 PM - Chris: <Media omitted>
4/9/25, 7:49 PM - Chris: Crazy just sent me this
4/9/25, 7:49 PM - Chris: She got that tested last Thursday
4/9/25, 7:56 PM - Jackie Samuelson: Why the actual fuck would she contact you with that

4/9/25, 7:56 PM - Jackie Samuelson: Don't respond
4/9/25, 7:57 PM - Jackie Samuelson: And she was told not to contact you ..... So she contacts you?
4/9/25, 7:57 PM - Chris: Probably wants me to feel bad
4/9/25, 7:57 PM - Jackie Samuelson: Did you respond?
4/9/25, 7:57 PM - Chris: Nooope
4/9/25, 7:57 PM - Jackie Samuelson: I sincerely hope not
4/9/25, 7:57 PM - Jackie Samuelson: Good
4/9/25, 7:57 PM - Chris: She can't help herself
4/9/25, 7:57 PM - Chris: She's going crazy
4/9/25, 7:58 PM - Jackie Samuelson: Again.....whyyyyy would a woman, who accused you of drugging her, communicate with you about:

1) what she told the police
2) the gender of the baby she's accusing you of drugging her with and her losing
4/9/25, 7:59 PM - Jackie Samuelson: 3) communicate with you when she's been told not to communicate with you
4/9/25, 7:59 PM - Jackie Samuelson: Let the messages keep rolling on in and forward off to your attorney
4/9/25, 7:59 PM - Chris: Ya exactly
4/9/25, 7:59 PM - Chris: Not sure what she's trying to achieve
4/9/25, 8:00 PM - Chris: She still has not told me that she expelled it
4/9/25, 8:00 PM - Jackie Samuelson: Other than you saying you hired a lawyer, no other communication or response to her?
4/9/25, 8:01 PM - Jackie Samuelson: She truly can't help herself. And the fact you aren't responding or acknowledging her will drive her mad.
4/9/25, 8:01 PM - Chris: Nope
4/9/25, 8:02 PM - Chris: Ya it's great haha
4/9/25, 8:02 PM - Chris: Think i am gonna start sitting in my front yard from 3-3:45
4/9/25, 8:04 PM - Jackie Samuelson: I highly encourage it 😆
4/9/25, 8:04 PM - Jackie Samuelson: Because her seeing you will piss her off beyond measure
4/9/25, 8:04 PM - Jackie Samuelson: And likely you'll get messages rolling in
4/9/25, 8:05 PM - Jackie Samuelson: You're allowed to sit outside and enjoy the weather, especially since now you've got nothing but time ☀️🌴
4/9/25, 8:05 PM - Chris: Saw her today and she couldn't look at me. She literally walked sideways to not look at me
4/9/25, 8:06 PM - Jackie Samuelson: Well, she can't look at me either
4/9/25, 8:07 PM - Jackie Samuelson: Now that there's charges does this mean you'll get arrested? 😔
4/9/25, 8:07 PM - Chris: Charges?? There aren't charges yet
4/9/25, 8:08 PM - Chris: ccpd investigator still has to gather info
4/9/25, 8:08 PM - Jackie Samuelson: Ooooh. Is what you said what they WOULD charge you with if they have

evidence?
4/9/25, 8:08 PM - Chris: If he decides there's enough strong evidence for a case, then he will suggest ccpd charge me
4/9/25, 8:08 PM - Jackie Samuelson: CCPD investigator reallllllly should call me
4/9/25, 8:09 PM - Chris: I gave them your contact info and told them you were with her at the hospital
4/9/25, 8:10 PM - Jackie Samuelson: Did you tell them I have legit evidence of her obsession with you
4/9/25, 8:10 PM - Chris: My investigator told me i need to just chill out and relax
4/9/25, 8:10 PM - Chris: Yupp i gave them screenshots
4/9/25, 8:10 PM - Jackie Samuelson: Hard to chill, or relax with this shit happening
4/9/25, 8:10 PM - Jackie Samuelson: But, between 3-345 daily you'll be so chill and so relaxed in your driveway
4/9/25, 8:11 PM - Jackie Samuelson: With zero cares in the world 😎🌞🌴
4/9/25, 8:11 PM - Chris: Haha exactly
4/9/25, 8:12 PM - Jackie Samuelson: What's that Yvonne lady's last name? I'd like to continue my blocking rampage and make sure she can't have someone else attempting to look at any info of mine either
4/9/25, 8:12 PM - Chris: Not sure what her last name is..
4/9/25, 8:16 PM - Jackie Samuelson: I blocked her sister and Casey pile and her cousin Jon too
4/9/25, 8:17 PM - Chris: What is her sister's name?
4/9/25, 8:17 PM - Chris: and cousin?
4/9/25, 8:17 PM - Chris: I need to block
4/9/25, 8:45 PM - Jackie Samuelson: Ami Amoroso
4/9/25, 8:45 PM - Jackie Samuelson: Profile pic is her and two kids from the back
4/9/25, 8:46 PM - Chris: Update with crazy lady?
4/9/25, 8:46 PM - Jackie Samuelson: Cousin is John Orsini
4/9/25, 8:46 PM - Jackie Samuelson: There's an older and a younger
4/9/25, 8:46 PM - Jackie Samuelson: Allison told her to call Devin,she refused
4/9/25, 8:46 PM - Jackie Samuelson: "he has me blocked"
4/9/25, 8:46 PM - Chris: hahahha then deal with it herself
4/9/25, 8:48 PM - Jackie Samuelson: She hasn't knocked on my door and if she does, I'll call Devin myself sit outside with the kids or will take a video recording of myself until Devin arrives.
4/9/25, 8:48 PM - Chris: Nobody even wants to help take her to the ER
4/9/25, 8:48 PM - Chris: Have you told Devin what's going on?
4/9/25, 8:49 PM - Jackie Samuelson: I will not have her children in my home without a recording now. She's not having a Round 2 with me
4/9/25, 8:49 PM - Chris: Almost sounds like all the neighbors would rather let her call am ambulance than help her out.... kinda sad for her
4/9/25, 8:49 PM - Jackie Samuelson: I haven't. I'm not supposed to know what's going on
4/9/25, 8:49 PM - Jackie Samuelson: Allison offered to have the kids dropped at her (she has 4 of her own)

and Liana said no that too
4/9/25, 8:50 PM - Chris: Why doesn't crazy just uber her mom to the house. Then take an uber to the hospital??
4/9/25, 8:50 PM - Jackie Samuelson: So, it's not an emergency situation if she isn't taking her up on that offer too
4/9/25, 8:50 PM - Jackie Samuelson: Yup, another viable option.
4/9/25, 8:50 PM - Jackie Samuelson: But....we need a drama at all times
4/9/25, 8:51 PM - Chris: She is not very good at solving problems..
4/9/25, 8:51 PM - Jackie Samuelson: Everyone needs to know everything. Everyone needs a phone call. Everyone needs 20 texts. Everyone needs to offer solutions and provide endless sympathy
4/9/25, 8:53 PM - Jackie Samuelson: I will cackle like a witch on Halloween night making a potion if she calls you or messages you to ask for help
4/9/25, 8:54 PM - Chris: So true
4/9/25, 8:55 PM - Chris: That would be great. That should single handedly get the police report dropped
4/9/25, 9:10 PM - Jackie Samuelson: Anything dramatic out front yet?
4/9/25, 9:12 PM - Chris: Haven't seen anything yet
4/9/25, 9:19 PM - Jackie Samuelson: She's refusing to even text Devin
4/9/25, 9:19 PM - Jackie Samuelson: Friend isn't responding any longer
4/9/25, 9:19 PM - Jackie Samuelson: 😆
4/9/25, 9:19 PM - Chris: Hhahaha good
4/9/25, 9:19 PM - Chris: She's refusing her best options
4/9/25, 9:20 PM - Chris: She's probably worried that would look bad in her custody court
4/9/25, 9:24 PM - Jackie Samuelson: Friend just said "I wonder if her children are even safe with her"
4/9/25, 9:24 PM - Jackie Samuelson: She really didn't message you in desperation?
4/9/25, 9:25 PM - Chris: Nope no messages yet
4/9/25, 9:27 PM - Chris: That is a fair question given all the craziness going on with Liana right now
4/9/25, 9:31 PM - Jackie Samuelson: It truly must not be an emergency if she's not at a hospital right now
4/9/25, 9:32 PM - Chris: Ya maybe she just wants to drag another victim into her drama
4/10/25, 6:53 AM - Jackie Samuelson: I didn't get any updates at all
4/10/25, 6:54 AM - Chris: Morning
4/10/25, 6:54 AM - Jackie Samuelson: Hi 😆
4/10/25, 6:54 AM - Chris: So crazy didn't message or call you at all huh
4/10/25, 6:54 AM - Chris: Me either
4/10/25, 6:54 AM - Jackie Samuelson: Kidding, a neighbor went and got her mom
4/10/25, 6:54 AM - Jackie Samuelson: But the mutual friend got no other updates
4/10/25, 6:55 AM - Chris: A different mutual friend?
4/10/25, 6:55 AM - Jackie Samuelson: I'm curious if she drove herself or got an ambulance. My camera didn't get anything

4/10/25, 6:55 AM - Jackie Samuelson: Same friend. She messaged me literally 5 seconds after I sent the first message to you
4/10/25, 6:57 AM - Chris: Do you know who picked up her mom?
4/10/25, 6:58 AM - Chris: Also i find it weird she needed someone to go get her mom. When Saturday night she just ubered her mom to her place
4/10/25, 7:00 AM - Chris: Maybe crazy lady is afraid to talk to you after seeing us chat haha
4/10/25, 7:12 AM - Jackie Samuelson: No idea who got her mom.
4/10/25, 7:12 AM - Jackie Samuelson: Because she needs a drama.....she needed urgency from someone else to stop what they were doing with their own children, to get sucked in and feel compassion and compelled to help
4/10/25, 7:13 AM - Jackie Samuelson: And she's not getting the attention she's trying to get from people, so she's dragging a new person in
4/10/25, 7:14 AM - Chris: Yeah pretty sad and desperate by her
4/10/25, 7:14 AM - Chris: Also what she's doing is not what's best for her own kids <This message was edited>
4/10/25, 7:15 AM - Chris: She's a bad person and a bad parent..
4/10/25, 9:43 AM - Chris: Just reached out to Mel
4/10/25, 9:43 AM - Chris: She is going to schedule a time to come over to my place and talk
4/10/25, 9:59 AM - Jackie Samuelson: I love that for everyone
4/10/25, 10:01 AM - Chris: Mel said she's going to talk with Liana right after me.  And going to ask her again about her drinking to see if she will lie about it again
4/10/25, 10:03 AM - Jackie Samuelson: She needs to hear the clip you have about her asking you to lie and admitting she will lie under oath as well
4/10/25, 10:03 AM - Jackie Samuelson: Because that'll make ALL credibility go out the window for her
4/10/25, 10:04 AM - Chris: Yupppp
4/10/25, 10:04 AM - Chris: I'm going to play that for Mel 110% <This message was edited>
4/10/25, 11:11 AM - Jackie Samuelson: Is she trying to meet you this week?
4/10/25, 11:12 AM - Chris: Not sure yet, she had to run into a case while we were on the phone
4/10/25, 11:23 AM - Chris: I'm meeting with Mel today at 6pm at my house
4/10/25, 11:45 AM - Chris: Not sure if she will want to speak with you also. But i might bring you up to her
4/10/25, 11:45 AM - Chris: I guess be ready just in case she wants to chat 🤷♂
4/10/25, 11:58 AM - Jackie Samuelson: Please do bring me up, I'll be home by 6pm
4/10/25, 11:59 AM - Jackie Samuelson: I absolutely have things I'd like to add in to the conversation as well but was waiting for her to contact me. I've wanted to speak to her for months
4/10/25, 1:48 PM - Jackie Samuelson: Did you tell Devin?
4/10/25, 1:50 PM - Chris: Yeah i told him about Mel meeting today
4/10/25, 2:35 PM - Jackie Samuelson: Shall I be expecting you sitting outside from 3-345?
4/10/25, 2:58 PM - Chris: Yeah I'm headed to the front now

4/10/25, 3:21 PM - Jackie Samuelson: Going back out again? 😀
4/10/25, 3:21 PM - Chris: I saw her leave at like 3:14
4/10/25, 3:22 PM - Chris: Not sure how long it takes
4/10/25, 3:38 PM - Chris: Crazy lady at your door
4/10/25, 4:22 PM - Jackie Samuelson: I think she had the kids birthday cards with her
4/10/25, 4:22 PM - Jackie Samuelson: What I was trying to say without my two hearing....she gets Alex and Ciel and then comes home, stays for like 15-20 minutes and then has to go back to get Cali from the bus
4/10/25, 4:22 PM - Jackie Samuelson: Not efficient at all
4/10/25, 4:23 PM - Chris: Ahhhhh
4/10/25, 4:23 PM - Jackie Samuelson: And mention that to the amicus: school dismisses at 3:10, she is late EVERY day
4/10/25, 4:23 PM - Jackie Samuelson: She truly is never, ever, ever on time to get her children
4/10/25, 4:23 PM - Chris: Do you have kids at the same school?
4/10/25, 4:27 PM - Jackie Samuelson: Aubrey and Tucker go to the same one as Ciel and Alex (the one right up the street at the stop light)
4/10/25, 4:28 PM - Jackie Samuelson: Cali goes to a different school across town, but takes the bus and leaves from the school up the street
4/10/25, 4:29 PM - Chris: Weird... Whatever, none of my business
4/10/25, 5:49 PM - Jackie Samuelson: She's got her kids outside right now
4/10/25, 5:49 PM - Jackie Samuelson: So beautiful prepared that she's going to see Mel go into your house
4/10/25, 5:50 PM - Chris: Hahhah she's going to panic
4/10/25, 5:57 PM - Jackie Samuelson: I think she's there
4/10/25, 5:59 PM - Chris: She's talking to crazy lady now hahah
4/10/25, 8:09 PM - Jackie Samuelson: Well shit
4/10/25, 8:09 PM - Jackie Samuelson: That was.... hopefully helpful
4/10/25, 8:30 PM - Chris: I think that was very extremely good
4/10/25, 8:30 PM - Chris: She told me she would call and talk to the investigator on my case
4/10/25, 8:30 PM - Chris: That's huuuuge
4/10/25, 8:51 PM - Jackie Samuelson: I'm happy I mentioned the girls sleeping at Casey's house
4/10/25, 8:51 PM - Jackie Samuelson: That seemed to have struck a cord with Mel
4/10/25, 8:52 PM - Jackie Samuelson: Better talk to your attorney about a protective order 😳
4/10/25, 8:52 PM - Jackie Samuelson: I'm surprised she didn't message you knowing Mel was talking to you
4/10/25, 8:52 PM - Chris: Yaaa it definitely stuck out to Mel
4/10/25, 8:52 PM - Jackie Samuelson: She has to be spiraling out of control right now
4/10/25, 8:52 PM - Chris: Hahahahhah i know!
4/10/25, 8:53 PM - Chris: Can only imagine her crazy panic right now
4/10/25, 8:54 PM - Chris: Wonder if Allison will be getting panic texts from Liana
4/10/25, 9:01 PM - Jackie Samuelson: I'll see Allison tomorrow morning

4/10/25, 9:01 PM - Chris: Won't you see crazy also?
4/10/25, 9:03 PM - Jackie Samuelson: HOLD ON
4/10/25, 9:03 PM - Chris: ???
4/10/25, 9:04 PM - Jackie Samuelson: <Media omitted>
4/10/25, 9:04 PM - Jackie Samuelson: So, yes, she's panicking
4/10/25, 9:04 PM - Chris: 😂😂😂😂
4/10/25, 9:04 PM - Jackie Samuelson: I don't see Liana at school ever, Devin brings the kids and she never steps foot inside the building 😜
4/10/25, 9:05 PM - Chris: This brings me joy 😄
4/10/25, 9:06 PM - Chris: How does she go from "worst nightmare of my whole life" to, Only sausage no egg??????????
4/10/25, 9:10 PM - Jackie Samuelson: Oh, that was me hahaha
4/10/25, 9:10 PM - Jackie Samuelson: Allison asked me what kind of taco I want tomorrow when I'm volunteering
4/10/25, 9:10 PM - Chris: Ohhhh
4/10/25, 9:10 PM - Jackie Samuelson: She just copied and pasted what Liana said 😜
4/10/25, 9:10 PM - Chris: Is it cruel that i would love to hear more about Liana complaining
4/10/25, 9:11 PM - Jackie Samuelson: No, because I would as well
4/10/25, 9:11 PM - Jackie Samuelson: I guess we're both in the bus to hell with that
4/10/25, 9:11 PM - Chris: Ohhh well. I feel confident that we did the right thing
4/10/25, 9:14 PM - Jackie Samuelson: <Media omitted>
4/10/25, 9:16 PM - Chris: Okay so Liana spoke with the investigator for 2 hours today
4/10/25, 9:16 PM - Jackie Samuelson: Apparently
4/10/25, 9:16 PM - Chris: I'm imagining her just rambling on and on for 95% of that conversation
4/10/25, 9:16 PM - Jackie Samuelson: What in the world would take 2 hours
4/10/25, 9:16 PM - Jackie Samuelson: She talks too damn much
4/10/25, 9:16 PM - Chris: Her yapping and yapping
4/10/25, 9:17 PM - Chris: Yupp and it gets her in trouble
4/10/25, 9:17 PM - Jackie Samuelson: But that's me being a pot calling a kettle black
4/10/25, 9:17 PM - Jackie Samuelson: Because my dumb ass talked for like an hour
4/10/25, 9:17 PM - Chris: Alll good.  Mel took down a couple pages of notes
4/10/25, 9:37 PM - Jackie Samuelson: I'm genuinely surprised she isn't messaging you
4/10/25, 9:37 PM - Jackie Samuelson: I guarantee she messaged Mel a few times
4/10/25, 9:39 PM - Chris: Would love for her to start messaging me
4/10/25, 9:40 PM - Chris: Interesting how Mel wouldn't even go over to her place alone anymore
4/11/25, 7:10 AM - Chris: Morning,  Did ya hear anything about Liana acting crazy last night?
4/11/25, 7:50 AM - Jackie Samuelson: Did not
4/11/25, 7:51 AM - Jackie Samuelson: Oh to be a fly on the wall

4/11/25, 7:52 AM - Jackie Samuelson: It was interesting that her mom was still there yesterday
4/11/25, 7:52 AM - Jackie Samuelson: She probably is sick of taking Ubers every few days
4/11/25, 7:53 AM - Chris: Wasting her money on ubers
4/11/25, 7:53 AM - Chris: ... maybe she won't be able to afford designer close for this kids this month
4/11/25, 7:54 AM - Chris: <Media omitted>
4/11/25, 8:02 AM - Jackie Samuelson: That would be delightful if she did
4/11/25, 8:03 AM - Jackie Samuelson: And another delightful outcome if she files for the kids
4/11/25, 8:03 AM - Jackie Samuelson: I don't feel a single ounce of guilt..... nothing I said was fabricated or exaggerated, I have proof directly from the horse's mouth on everything
4/11/25, 8:04 AM - Jackie Samuelson: She's done this to herself and ultimately the children need someone else looking out for their well being
4/11/25, 8:04 AM - Chris: Yeah i feel exactly the same way
4/11/25, 8:05 AM - Chris: Liana thought she could trick others with her rehearsed lies, and it only made her stories less believable
4/11/25, 8:09 AM - Chris: I kind of got the impression that Mel is well connected in the local legal scene.
4/11/25, 8:09 AM - Chris: Do you know much about her?
4/11/25, 8:23 AM - Jackie Samuelson: She is a lawyer and a judge
4/11/25, 8:25 AM - Jackie Samuelson: And the custody is quite literally in her hands. Devin and Liana agreed to that. She's the decider.
4/11/25, 8:26 AM - Chris: Wow... didn't know that
4/11/25, 8:26 AM - Chris: I told Devin he can expect to get good news in the future
4/11/25, 8:52 AM - Jackie Samuelson: I hope so
4/11/25, 8:52 AM - Jackie Samuelson: And I hope it's a change that happens quick
4/11/25, 9:01 AM - Jackie Samuelson: I'm honestly surprised she didn't message you in a panic last night
4/11/25, 9:04 AM - Chris: Ya i guess she has at least a little self control
4/11/25, 9:04 AM - Chris: Hopefully she knows that if she does contact me it just makes things worse for her
4/11/25, 9:06 AM - Chris: Jackie you've been so helpful throughout this whole issue. Words can't describe how appreciative i am
4/11/25, 9:06 AM - Chris: Thank you Jackie
4/11/25, 2:34 PM - Jackie Samuelson: I'm just happy to share whatever I can to help out
4/11/25, 2:34 PM - Jackie Samuelson: I'm curious if she'll show face tonight at the festival
4/11/25, 2:46 PM - Chris: I'm sure she'll be there
4/11/25, 2:47 PM - Chris: I'm still curious if the pregnancy is no longer viable? or is it? Did she expel the fetus? Did she not?
4/11/25, 2:50 PM - Jackie Samuelson: Your investigator can probably figure that one by calling the CCPD investigator
4/11/25, 2:51 PM - Jackie Samuelson: If she blabbed for 2 hours, they likely have all the info
4/11/25, 2:57 PM - Chris: Scary thing is, I'm not even sure i Benevento what she tells the investigator

4/11/25, 2:58 PM - Chris: She's already lied to Mel at least twice..
4/11/25, 3:00 PM - Jackie Samuelson: I'm fairly certain the baby is gone. Might still have leftovers inside of her, but the baby isn't alive
4/11/25, 3:08 PM - Chris: If that's true,  then just sucks more for her 🤷‍♂
4/11/25, 3:24 PM - Jackie Samuelson: Devin said he just got a call that Mel is filing for emergency motions
4/11/25, 3:25 PM - Chris: HUUUUUUGE
4/11/25, 3:27 PM - Chris: That is going to be a show!
4/11/25, 3:28 PM - Chris: I'm glad we could help Devin out
4/11/25, 4:01 PM - Jackie Samuelson: She just stopped by to give me the kids' birthday cards
4/11/25, 4:02 PM - Chris: <Media omitted>
4/11/25, 4:03 PM - Jackie Samuelson: Tucker answered the door with me to eliminate a long drawn out conversation. But she did say she'll be at the festival at the school tonight 😳
4/11/25, 4:03 PM - Chris: Cooool
4/11/25, 4:03 PM - Chris: She has no idea she's about to lose the kids...
4/11/25, 4:09 PM - Jackie Samuelson: I'm not getting sucked in to a long drawn out conversation tonight 😭
4/11/25, 4:10 PM - Chris: 🤞 🤞
4/11/25, 8:05 PM - Chris: Is liana panicking about the emergency motion against her?
4/11/25, 8:39 PM - Jackie Samuelson: She doesn't know apparently
4/11/25, 8:39 PM - Jackie Samuelson: I saw her tonight but she didn't see me 🫢
4/11/25, 8:39 PM - Jackie Samuelson: Creepy Casey was indeed there and walking her kids around
4/11/25, 8:39 PM - Chris: Then her lawyer is very bad.  Because her lawyer has am obligation to inform her
4/11/25, 8:40 PM - Jackie Samuelson: Maybe he doesn't know yet?
4/11/25, 8:40 PM - Chris: I can see the emergency motion online
4/11/25, 8:40 PM - Chris: That's impossible
4/11/25, 8:54 PM - Jackie Samuelson: Show meeeeee
4/11/25, 8:54 PM - Jackie Samuelson: Don't be shy, sharing is caring
4/11/25, 8:58 PM - Jackie Samuelson: Is there a website you can see this?
4/11/25, 9:03 PM - Chris: <Media omitted>
4/11/25, 9:04 PM - Chris: Go to this link and search for Davis, Liana .....
https://portal-txnueces.tylertech.cloud/Portal/Home/Dashboard/29
4/11/25, 9:06 PM - Jackie Samuelson: Temporary restraining order?
4/11/25, 9:07 PM - Chris: Yuppp
4/11/25, 9:07 PM - Chris: Restraining order from her own kids
4/11/25, 9:08 PM - Jackie Samuelson: I can't see those things you screenshotted
4/11/25, 9:08 PM - Chris: Did you type in Davis, Liana?
4/11/25, 9:09 PM - Chris: And then scroll wayyy down
4/11/25, 9:09 PM - Jackie Samuelson: Let me try again. It only showed some stuff
4/11/25, 9:10 PM - Jackie Samuelson: Found it

4/11/25, 9:10 PM - Jackie Samuelson: Holy crap
4/11/25, 9:11 PM - Chris: I'm hoping to get my protective order in asap. If i can get the protective order then it might require her to move out of her house. So that she complies with the mandatory distance separated from me
4/11/25, 9:13 PM - Jackie Samuelson: She can't have a restraining order against her on her own kids right??
4/11/25, 9:13 PM - Chris: Yes she can
4/11/25, 9:13 PM - Jackie Samuelson: Did you ask the police about it
4/11/25, 9:13 PM - Chris: Do you know if she has a gun?
4/11/25, 9:13 PM - Chris: I'm a little worried
4/11/25, 9:13 PM - Jackie Samuelson: They don't
4/11/25, 9:13 PM - Jackie Samuelson: Well last I knew they don't
4/11/25, 9:14 PM - Chris: Cool
4/11/25, 9:14 PM - Chris: I also don't own a gun by the way
4/11/25, 9:15 PM - Chris: Liana can be restrained from her own kids, until their next court meeting. Which then will determine custody. After that meeting her restraining order will likely expire
4/11/25, 9:16 PM - Jackie Samuelson: Does Devin know all of this is showing now?
4/11/25, 9:17 PM - Jackie Samuelson: It's shocking to see
4/11/25, 9:17 PM - Jackie Samuelson: And I assume she knows it's there. but her attorney seems like a dud overall
4/11/25, 9:18 PM - Chris: Sounds like Liana does not know based off how you're describing her tonight 🤷‍♂🤷‍♂
4/11/25, 9:18 PM - Chris: But Mel is legally obligated to notify both parties when something like this happens
4/11/25, 9:19 PM - Chris: If Devins lawyer was notified, then I'm sure Liana's was also
4/11/25, 9:20 PM - Jackie Samuelson: If she for some reason contacts you, don't take the bait and respond. Let her continue her downward spiral
4/11/25, 9:20 PM - Chris: Ohh i blocked Liana
4/11/25, 9:21 PM - Jackie Samuelson: Blocked blocked on the phone?
4/11/25, 9:21 PM - Jackie Samuelson: I hope you can get a protective order issued because then if she shows up to bother you.....
4/11/25, 9:22 PM - Jackie Samuelson: A+ for you figuring out the court website info
4/11/25, 9:22 PM - Chris: Not only if she bothers me, if she talks about me in an unfavorable way. And i have proof of that, then she will be taken to jail
4/11/25, 9:23 PM - Chris: Protective orders,  from what I've read are no joke
4/11/25, 9:23 PM - Chris: Mel recommended i get one so..
4/11/25, 9:23 PM - Jackie Samuelson: Is it just as simple as going to the police station or do you need to get one at the court house?
4/11/25, 9:24 PM - Chris: I could pay my lawyer $2500 to do it for me
4/11/25, 9:24 PM - Chris: OR i could go to the county attorney office on Monday and continue filling it out

4/11/25, 9:24 PM - Chris: I already did the online application
4/11/25, 9:24 PM - Jackie Samuelson: Nope, you can make time lol
4/11/25, 9:25 PM - Jackie Samuelson: Did you talk to your attorney about this situation too?
4/11/25, 9:26 PM - Chris: The scary thing about a protective order in this situation, is that they usually require 100 meters of separation at allll times
4/11/25, 9:26 PM - Chris: Because that's not possible with us being neighbors....
4/11/25, 9:27 PM - Chris: They will require the other person to move out of their house
4/11/25, 9:27 PM - Chris: Legally required to move out of your own house
4/11/25, 9:28 PM - Jackie Samuelson: That's intense
4/11/25, 9:28 PM - Chris: Imagine Liana loses her kids AND gets told she needs to move out of her house within the same week
4/11/25, 9:28 PM - Jackie Samuelson: True definition of FAFO right there
4/11/25, 9:28 PM - Chris: That's why i was hoping she doesn't have a gun
4/11/25, 9:29 PM - Jackie Samuelson: 99.99% sure she does not
4/11/25, 9:30 PM - Jackie Samuelson: She wouldn't even know how to  use one either
4/11/25, 9:31 PM - Chris: Kind of impressed she managed to get a PhD... considering she struggles with just about everything else
4/11/25, 9:35 PM - Chris: Don't think she realizes that having Casey close to her and her kids is a bad look for her
4/11/25, 9:38 PM - Jackie Samuelson: Maybe Devin will move back in 😆
4/11/25, 9:38 PM - Chris: That would be soo funny
4/11/25, 9:46 PM - Jackie Samuelson: Bright side: you can unlock your social media again and not be panicked she'll find your girlfriend
4/11/25, 10:26 PM - Chris: Haha true, i already did that
4/12/25, 11:35 AM - Jackie Samuelson: Anything exciting happening in front of your neighbors house
4/12/25, 11:35 AM - Jackie Samuelson: Devin thinks things might change this weekend
4/12/25, 11:35 AM - Chris: Nothing to report yet
4/12/25, 11:35 AM - Chris: I don't really watch out front or keep tabs on her 🤷♂
4/12/25, 11:36 AM - Chris: I would like to be doing something in my front yard when the kids are removed from her. That might be a scene
4/12/25, 11:37 AM - Jackie Samuelson: I get a full view of the front from our play room 😆 so 90% of the day if I'm up front with the kids I can see it
4/12/25, 11:39 AM - Chris: Niice, so you'll have a good view of it
4/12/25, 11:39 AM - Chris: I'll have to be outside
4/12/25, 11:40 AM - Chris: Or if you don't mind... could i come over to your place when that craziness happens?
4/12/25, 11:40 AM - Jackie Samuelson: I'll have a chair waiting
4/12/25, 11:41 AM - Chris: Thanks

4/12/25, 11:41 AM - Chris: I'm really hoping i can get a protective order and into the system this Monday
4/12/25, 11:41 AM - Chris: asap
4/12/25, 12:38 PM - Jackie Samuelson: Has your CO or JAG followed up with you at all?
4/12/25, 12:42 PM - Chris: Yeah i talked briefly with my CO yesterday about things
4/12/25, 2:24 PM - Jackie Samuelson: Are they just having you phone muster?
4/12/25, 2:24 PM - Chris: Yuppp
4/12/25, 2:31 PM - Jackie Samuelson: A delightful time for that at least
4/12/25, 2:31 PM - Jackie Samuelson: I'm shocked she's not outside. We've been out here for a while
4/12/25, 2:31 PM - Chris: She's probably sleeping lol
4/12/25, 2:31 PM - Chris: She alwayssss sleeping
4/12/25, 2:55 PM - Chris: Maybe she's avoiding you now 🤷‍♂
4/12/25, 2:55 PM - Chris: Also every time i see her driving by, she watches your house like a Hawk!
4/12/25, 3:02 PM - Jackie Samuelson: Because I'm just that exciting of a person clearly
4/12/25, 3:32 PM - Chris: Can you see me standing in my front widow?
4/12/25, 3:32 PM - Chris: Like is it difficult to see me
4/12/25, 3:45 PM - Jackie Samuelson: I couldn't see you
4/12/25, 3:54 PM - Jackie Samuelson: Just saw your call. You good?
4/12/25, 3:54 PM - Jackie Samuelson: Or just need me to spy on you in the window? Lol
4/12/25, 3:54 PM - Chris: Hahha ya,  just wanted to see how difficult it is to see me in the front
4/12/25, 4:06 PM - Jackie Samuelson: Don't mind us creeping around
4/12/25, 4:07 PM - Jackie Samuelson: <Media omitted>
4/12/25, 4:07 PM - Jackie Samuelson: I think the den is under your bush in the front
4/12/25, 4:10 PM - Chris: Haha you're all good
4/12/25, 4:11 PM - Chris: Don't know how those bunnies stay alive..
4/12/25, 4:11 PM - Chris: Not sure what they're eating or drinking
4/12/25, 5:02 PM - Jackie Samuelson: Unrelated: Devin thinks the police will be the ones serving Liana the paperwork 😱
4/12/25, 5:02 PM - Jackie Samuelson: He said he's basically on standby to see what is happening
4/12/25, 5:03 PM - Chris: Ok
4/12/25, 5:03 PM - Chris: I think the lawyers still need to meet Monday to come up with a plan
4/12/25, 5:04 PM - Chris: Then they will serve her after that, so i think Tuesday or Wednesday she will get served with the restraining order
4/12/25, 5:04 PM - Chris: Monday her lawyer should tell her something big happened
4/12/25, 5:07 PM - Jackie Samuelson: Did you tell your lawyer about all of this
4/12/25, 5:07 PM - Jackie Samuelson: It sure helps show his discredibility
4/12/25, 5:07 PM - Chris: Yeah he's mostly up to date
4/12/25, 5:07 PM - Chris: Hers**??
4/12/25, 5:08 PM - Chris: Would be very ironic if Liana was ordered to move out of that house and Devin

moved back in with the kids
4/12/25, 5:08 PM - Jackie Samuelson: Hers*
4/12/25, 5:09 PM - Chris: Exciting couple of days ahead
4/12/25, 6:20 PM - Jackie Samuelson: I realized....
4/12/25, 6:20 PM - Jackie Samuelson: Looking at Liana's court shit
4/12/25, 6:20 PM - Jackie Samuelson: I bet I'm one of the "witnesses" for her as the petitioner
4/12/25, 6:21 PM - Chris: Would be funny if she tried calling you to testify on her behalf
4/12/25, 6:22 PM - Jackie Samuelson: I googled what the last motion was
4/12/25, 6:22 PM - Jackie Samuelson: My jaw is on the floor
4/12/25, 6:22 PM - Jackie Samuelson: <Media omitted>
4/12/25, 6:25 PM - Chris: Yaaaaaa Liana has no idea her world is about to flip upside down
4/12/25, 6:25 PM - Chris: Mel does not mess around
4/13/25, 12:07 PM - Jackie Samuelson: We're probably out of the house all day, it's up to you to give updates in the event anything goes down
4/13/25, 12:07 PM - Chris: Haha okay 🫡🫡
4/13/25, 3:10 PM - Jackie Samuelson: Casey is over being #1 helper
4/13/25, 3:10 PM - Jackie Samuelson: You should lurk in the front
4/13/25, 3:10 PM - Jackie Samuelson: Ruffle some feathers
4/13/25, 3:11 PM - Jackie Samuelson: 😆
4/13/25, 3:11 PM - Chris: Ha!! I do wonder what his deal is..
4/13/25, 3:12 PM - Jackie Samuelson: We are heading out again in a few, I was surprised to see him here
4/13/25, 3:14 PM - Chris: Ohh ya he's trimming her palm trees
4/13/25, 3:14 PM - Chris: He was supposed to do that last Saturday..
4/13/25, 3:14 PM - Chris: But she canceled him
4/13/25, 3:17 PM - Jackie Samuelson: After her "brutal assault" or whatever bullshit she said
4/13/25, 3:18 PM - Chris: Yeahhhh
4/13/25, 7:02 PM - Chris: Curious if Liana has said anything to your friend Alison in the last couple days 🤔
4/13/25, 8:21 PM - Jackie Samuelson: Just that her world was destroyed or something equally as dramatic
4/13/25, 8:23 PM - Jackie Samuelson: She has no idea what's going on most likely or else she'd be in the house crying
4/13/25, 8:23 PM - Jackie Samuelson: But Devin did say Ciel is sick with strep throat
4/13/25, 8:25 PM - Chris: Hmm wonder why her world was already destroyed...
4/13/25, 8:25 PM - Chris: oh well
4/13/25, 8:26 PM - Jackie Samuelson: Because you talked to the amicus
4/13/25, 8:26 PM - Chris: Oooohhhhhh
4/13/25, 8:27 PM - Chris: Just wait until she gets served..
4/14/25, 8:05 AM - Jackie Samuelson: Feeling brave with your truck outside? 😱

4/14/25, 8:08 AM - Chris: haha i left it outside because i was leaving early this morning
4/14/25, 8:09 AM - Chris: Going to the county attorney office now
4/14/25, 8:16 AM - Jackie Samuelson: Way to advocate for yourself. Good luck!
4/14/25, 8:17 AM - Chris: Thanks
4/14/25, 8:19 AM - Chris: I don't see the screen shot of when she asked you to wiggle my truck doors
4/14/25, 8:19 AM - Chris: Would you mind sending me that
4/14/25, 8:24 AM - Jackie Samuelson: Yes hold on
4/14/25, 8:25 AM - Jackie Samuelson: <Media omitted>
4/14/25, 8:26 AM - Chris: Thank you
4/14/25, 9:54 AM - Chris: Got am appointment to meet that county attorney next Friday....
4/14/25, 9:54 AM - Chris: I'm worried that takes too long...
4/14/25, 10:12 AM - Jackie Samuelson: What did they do today?
4/14/25, 10:12 AM - Jackie Samuelson: Just make that appointment?
4/14/25, 10:15 AM - Chris: Yupp
4/14/25, 10:15 AM - Chris: Just made the appointment to talk later come in and talk to that attorney
4/14/25, 10:24 AM - Jackie Samuelson: I'm sure if she does something extra stupid they can bump that appointment up
4/14/25, 10:24 AM - Jackie Samuelson: I'm assuming her moment to lose her mind will be if Mel's court order goes through this week
4/14/25, 10:28 AM - Chris: Yeahhh, I'm almost hoping she does something crazy
4/14/25, 10:28 AM - Chris: Devin should be there when it goes down and he should record everything
4/14/25, 3:15 PM - Jackie Samuelson: I need to call you
4/14/25, 3:16 PM - Chris:
4/14/25, 3:16 PM - Jackie Samuelson: In 5
4/14/25, 3:16 PM - Jackie Samuelson: Kids with me
4/14/25, 3:16 PM - Chris: ok
4/14/25, 4:48 PM - Jackie Samuelson: Sent off a bunch of texts
4/14/25, 4:54 PM - Chris: Thank you!
4/14/25, 5:51 PM - Jackie Samuelson: Did your lawyer say when they can coordinate with the detective?
4/14/25, 5:52 PM - Chris: No.....
4/14/25, 5:52 PM - Chris: He has not contacted him yet. And I'm kinda annoyed
4/14/25, 5:53 PM - Jackie Samuelson: It's all a hurry up and wait
4/14/25, 5:56 PM - Jackie Samuelson: Devin is probably climbing the walls with his wait
4/14/25, 5:56 PM - Chris: Hahha yeah he's excitedly waiting
4/14/25, 6:06 PM - Jackie Samuelson: I wonder if our names will be attached to whatever Mel is filling out
4/14/25, 6:06 PM - Chris: 🤷‍♂🤷‍♂
4/14/25, 6:06 PM - Chris: probably
4/14/25, 6:08 PM - Jackie Samuelson: Can't wait for her to start harassing me

4/14/25, 6:11 PM - Chris: How would she? You blocked her
4/14/25, 6:34 PM - Jackie Samuelson: True
4/15/25, 8:02 AM - Jackie Samuelson: The warpath is beginning
4/15/25, 8:03 AM - Chris: Why do you say that??
4/15/25, 8:03 AM - Jackie Samuelson: She said to Devin this morning "how are you and your friend next door doing?"
4/15/25, 8:03 AM - Jackie Samuelson: So she now knows you two have been talking 😱
4/15/25, 8:05 AM - Chris: Haha ya Devin told me about her comment this morning also
4/15/25, 8:05 AM - Chris: Ohhhh well, not much Liana can do about things now
4/15/25, 8:05 AM - Jackie Samuelson: I left a voicemail for Mel.... I'm curious if my name is going to be dropped, and if so, I want to know what I need to do to protect myself in the event she goes crazy
4/15/25, 8:07 AM - Jackie Samuelson: Who knows if she's going to have Casey spoof my number and do anything weird. Apparently he's an IT guy. Or say I am harassing her in some way somehow. Thank God I have security cameras to confirm when I am here
4/15/25, 8:08 AM - Chris: Ya you are worried... she has my fking social security number
4/15/25, 8:09 AM - Chris: She could take bank loans out with that info or sign up for alll kinds of crap
4/15/25, 8:24 AM - Jackie Samuelson: FOR FUCK SAKE
4/15/25, 8:24 AM - Jackie Samuelson: she told Mel that you and I are having an affair
4/15/25, 8:24 AM - Jackie Samuelson: 😆
4/15/25, 8:24 AM - Chris: Whaaaaat
4/15/25, 8:24 AM - Jackie Samuelson: Yes
4/15/25, 8:24 AM - Jackie Samuelson: I just talked to Mel to see how far my name is being brought into things
4/15/25, 8:25 AM - Chris: So she's lieing to Mel even more...
4/15/25, 8:25 AM - Jackie Samuelson: And she dropped that gem
4/15/25, 8:25 AM - Jackie Samuelson: She told her that Friday
4/15/25, 8:25 AM - Chris: Bro.....
4/15/25, 8:26 AM - Chris: Where does she get off spreading more and more lies
4/15/25, 8:27 AM - Chris: You might be able to go after defamation there, possibly
4/15/25, 8:28 AM - Chris: What did Mel say about that wild accusation?
4/15/25, 8:29 AM - Jackie Samuelson: She laughed when I said it's news to me I am now involved in a love square.
4/15/25, 8:29 AM - Jackie Samuelson: I am calling the detective
4/15/25, 8:29 AM - Chris: Liana just keeps shooting herself in the foot
4/15/25, 8:31 AM - Jackie Samuelson: Left him a voicemail
4/15/25, 8:31 AM - Jackie Samuelson: I am RAGING
4/15/25, 8:31 AM - Jackie Samuelson: How dare she
4/15/25, 8:32 AM - Chris: <Media omitted>

4/15/25, 8:32 AM - Chris: Here are the 4 things required to prove defamation
4/15/25, 8:33 AM - Chris: Ironic because I'm not even sure you and i have hugged before haha
4/15/25, 8:34 AM - Chris: There ya go, Liana is already trying to mess with your life now also
4/15/25, 8:34 AM - Chris: Welcome to the club
4/15/25, 8:40 AM - Jackie Samuelson: I just called Aaron, had him download the videos of her knocking on the door twice on hospital night as well as last Friday when she came to give the kids the cards
4/15/25, 8:40 AM - Jackie Samuelson: I told him the shortest summary of everything
4/15/25, 8:40 AM - Jackie Samuelson: So now he's mostly up to speed
4/15/25, 8:41 AM - Jackie Samuelson: "and this is precisely why I told you I didn't like that and you need to not be friends with her"
4/15/25, 8:41 AM - Jackie Samuelson: He hasn't liked her since May when we moved here
4/15/25, 8:41 AM - Chris: Well he was spot on with figuring people out
4/15/25, 8:42 AM - Jackie Samuelson: Since Day 1
4/15/25, 8:42 AM - Jackie Samuelson: I am furious.
4/15/25, 8:43 AM - Jackie Samuelson: This is unbelievable. I told Aaron now I'm contemplating a protective order against her as well.
4/15/25, 8:44 AM - Chris: I could help you with it
4/15/25, 8:44 AM - Jackie Samuelson: Yes please. How do we go about this?
4/15/25, 8:44 AM - Chris: Your husband isn't upset with me is he?
4/15/25, 8:44 AM - Jackie Samuelson: Because guess who has time? ME
4/15/25, 8:45 AM - Jackie Samuelson: Absolutely not. He's said she's crazy since Day 1. And he goes "am I surprised by any of this? No."
4/15/25, 8:45 AM - Chris: Like he knows there is absolutely ZERO validity to liana saying that
4/15/25, 8:45 AM - Jackie Samuelson: He knows
4/15/25, 8:45 AM - Jackie Samuelson: He laughed
4/15/25, 8:45 AM - Chris: Ok cool, because i don't want to do anything that would make yall feel uncomfortable
4/15/25, 8:46 AM - Chris: Sorry you're getting messed with now also
4/15/25, 8:46 AM - Jackie Samuelson: No no, it's all good.
4/15/25, 8:46 AM - Jackie Samuelson: And I want to file a protective order
4/15/25, 8:46 AM - Jackie Samuelson: Break it down for me
4/15/25, 8:46 AM - Chris: https://www.nuecesco.com/courts/county-attorney/protective-order
4/15/25, 8:47 AM - Chris: Check out that link, read it. There is an online application to fill out
4/15/25, 8:47 AM - Chris: After you finish the online application and email them whatever evidence you have
4/15/25, 8:48 AM - Chris: Then go in person to the county attorney office near downtown and set up a meeting with them
4/15/25, 8:49 AM - Chris: If you think Liana will stop trying to mess up your life with just this lie, unfortunately this will probably not be the end of her trying to mess with you also

4/15/25, 8:51 AM - Chris: Did you ask Mel if she thinks you should get a protective order? Because I'm not sure if you have enough grounds for it yet...
4/15/25, 8:51 AM - Chris: But I'm no lawyer 🤷‍♂
4/15/25, 8:55 AM - Jackie Samuelson: Talked to county attorney office
4/15/25, 8:56 AM - Jackie Samuelson: I am not eligible for protective order due to categories
4/15/25, 8:56 AM - Jackie Samuelson: But I can file a police report
4/15/25, 8:56 AM - Jackie Samuelson: And I will be
4/15/25, 8:56 AM - Jackie Samuelson: I need to go downtown
4/15/25, 8:56 AM - Chris: Why do you need to go downtown?
4/15/25, 8:56 AM - Chris: You can file a police report over the phone
4/15/25, 8:56 AM - Jackie Samuelson: Have to go to the big police station downtown she said
4/15/25, 8:57 AM - Chris: Alrightyy she knows better than i would i guess
4/15/25, 8:57 AM - Chris: Can Mel send you any proof that Liana said that to her? <This message was edited>
4/15/25, 9:03 AM - Jackie Samuelson: It was just a call
4/15/25, 9:03 AM - Jackie Samuelson: But the county attorney said that is sufficient enough that she told a judge
4/15/25, 9:04 AM - Jackie Samuelson: I'm waiting to hear back from the detective before going downtown. I'd like him to confirm if he was told the same,so I can also include him in there too
4/15/25, 9:05 AM - Chris: Yaa good idea
4/15/25, 9:06 AM - Chris: Dude Liana cannot help but burn every bridge she has
4/15/25, 9:20 AM - Jackie Samuelson: I talked to the detective. Liana did not inform him of that newest bullshit directly
4/15/25, 9:21 AM - Jackie Samuelson: But he has noted his record
4/15/25, 9:21 AM - Jackie Samuelson: And I made it very known that she lying to a judge now, there's a pattern of lying
4/15/25, 9:22 AM - Chris: Ok so he made a note that she might lie about that to him <This message was edited>
4/15/25, 9:31 AM - Jackie Samuelson: Yes
4/15/25, 10:47 AM - Jackie Samuelson: Are you home
4/15/25, 10:47 AM - Jackie Samuelson: I'm installing a third camera 😁
4/15/25, 10:47 AM - Chris: Yupp
4/15/25, 10:48 AM - Chris: Hahhha good for you
4/15/25, 10:48 AM - Chris: Facing her house?
4/15/25, 10:48 AM - Jackie Samuelson: Covering my driveway and yours
4/15/25, 10:49 AM - Chris: Thank you!
4/15/25, 11:02 AM - Jackie Samuelson: Can you help me drill it
4/15/25, 11:02 AM - Jackie Samuelson: I did it but it's upside down
4/15/25, 11:02 AM - Chris: Haha sure I'll try

4/15/25, 1:07 PM - Jackie Samuelson: <Media omitted>
4/15/25, 1:07 PM - Jackie Samuelson: Enjoy that tidbit
4/15/25, 1:10 PM - Chris: Amazing!!
4/15/25, 1:10 PM - Jackie Samuelson: So. There's that
4/15/25, 1:10 PM - Jackie Samuelson: What in the world is going on that I don't know about behind the scenes?
4/15/25, 1:11 PM - Chris: She could go to jail for the pictures and audio she took of me and shared with you
4/15/25, 1:11 PM - Chris: Mel told me she might be filing a motion for that illegal activity
4/15/25, 1:11 PM - Chris: So it sounds like Mel already did 🤷♂
4/15/25, 1:13 PM - Jackie Samuelson: Did she ever tell you she shared pictures to me?
4/15/25, 1:13 PM - Chris: Nope she never told me that
4/15/25, 1:13 PM - Jackie Samuelson: Not sure if I ever said it ...she did NOT send me the audio she recorded of you two having sex. She only told me about recording it
4/15/25, 1:13 PM - Chris: But she threatened to share them online and use that to hurt me
4/15/25, 1:14 PM - Jackie Samuelson: Well boom, that's the textbook definition of revenge porn right there
4/15/25, 1:14 PM - Chris: Because Liana sent you those photos, that is considered "sharing with a third party." and that was everything required to prove she did something illegal
4/15/25, 1:15 PM - Chris: Yuppp exactly
4/15/25, 1:15 PM - Chris: And calling them "trophies." 🤢🤢🤮
4/15/25, 1:16 PM - Jackie Samuelson: Allison said she'll call me when she's off the phone with her
4/15/25, 1:20 PM - Chris: <Media omitted>
4/15/25, 1:23 PM - Jackie Samuelson: WHAT. That is so incredibly helpful for you
4/15/25, 1:23 PM - Chris: Ya.... don't know how i didn't pick up on that earlier 🤦
4/15/25, 1:28 PM - Jackie Samuelson: <Media omitted>
4/15/25, 1:29 PM - Chris: Yupp i already highlighted that message you sent me
4/15/25, 2:49 PM - Chris: Updates from Allison?
4/15/25, 2:58 PM - Jackie Samuelson: Nothing else. Just that it ended up being 45 minutes of her rambling non stop and refusing to accept and faults
4/15/25, 2:59 PM - Jackie Samuelson: "she doesn't know why everyone is against her"
4/15/25, 3:00 PM - Chris: That is sooo unbelievable she can't recognize any fault of her own
4/15/25, 3:01 PM - Jackie Samuelson: And her mom is still at her house
4/15/25, 3:01 PM - Chris: Ohhh i didn't know that
4/15/25, 3:01 PM - Chris: Some old white dude just pulled into their driveway
4/15/25, 3:01 PM - Chris: To pick up her mom
4/15/25, 3:02 PM - Chris: Probably an uber
4/15/25, 3:06 PM - Jackie Samuelson: Oooooh. I assumed that was Liana bringing her mom to school to get the kids
4/15/25, 3:07 PM - Chris: Nope

4/15/25, 3:07 PM - Jackie Samuelson: She's of no use
4/15/25, 3:07 PM - Jackie Samuelson: Or....
4/15/25, 3:07 PM - Jackie Samuelson: She didn't want her mom to be here if she's served papers by the cops or if CPS shows up
4/15/25, 3:08 PM - Chris: Ya probably this
4/15/25, 3:45 PM - Chris: Did you know that Liana leaves her two small children unattended every day for 10-15 minutes around this time
4/15/25, 3:58 PM - Jackie Samuelson: She used to bring them. Does she not now?
4/15/25, 4:02 PM - Jackie Samuelson: Are you suuure?
4/15/25, 4:02 PM - Jackie Samuelson: Because Devin would love to know that
4/15/25, 4:02 PM - Chris: It's difficult for me to see inside the back of her car
4/15/25, 4:06 PM - Chris: Ya i can't see. I can't know for sure
4/15/25, 6:19 PM - Chris: Did your husband get a good laugh at our fked up camera
4/15/25, 6:48 PM - Jackie Samuelson: "that was really special. The duct tape looks nice"
4/15/25, 6:48 PM - Jackie Samuelson: 😳
4/15/25, 6:48 PM - Chris: Hahhha yaaaaa we botched it pretty good
4/16/25, 5:25 PM - Jackie Samuelson: Can you do Devin a solid tonight?
4/16/25, 5:26 PM - Jackie Samuelson: Liana is panicked because she's likely losing custody for a bit.....yet ....she's likely going to have Casey pick the girls up from gymnastics tonight and bring them home because she isn't capable of doing it apparently. If you see him in the driveway, can you snap a pic for him?
4/16/25, 5:27 PM - Jackie Samuelson: She deletes ring footage too quickly on him and he has zero record of him ever being at the house, despite numerous trips to the house over the last few weeks
4/16/25, 5:34 PM - Chris: Yeah I'll try
4/16/25, 5:34 PM - Chris: Do you know what time?
4/16/25, 5:34 PM - Chris: I won't be home until 8pm
4/16/25, 5:34 PM - Jackie Samuelson: Usually right around 7:30/8
4/16/25, 5:35 PM - Jackie Samuelson: I might be home in time from soccer to be on standby myself
4/16/25, 5:46 PM - Chris: I can take photos of him every time i see him over from now on
4/16/25, 8:32 PM - Chris: I didn't see anything tonight..
4/16/25, 8:32 PM - Chris: Any updates?
4/17/25, 5:49 AM - Jackie Samuelson: Nothing. She did however ask Devin at 4:40 if he was getting the kids from gymnastics, which he declined 😆
4/17/25, 9:42 AM - Jackie Samuelson: I did get an update 👀
4/17/25, 9:44 AM - Chris: Let's hear it!!
4/17/25, 9:44 AM - Chris: What you got?
4/17/25, 10:24 AM - Jackie Samuelson: She was basically told that she needs to stop over sharing with the detective, she's likely the point of investigation at this time, she needs to stop talking to the police directly or have a criminal defense lawyer with her.

4/17/25, 10:24 AM - Jackie Samuelson: Her lawyer also flat out asked her what evidence you have against her and that this looks bad
4/17/25, 10:34 AM - Chris:
4/17/25, 11:35 AM - Jackie Samuelson: Devin messaged that he has the order officially
4/17/25, 11:35 AM - Jackie Samuelson: He's getting the kids today
4/17/25, 11:38 AM - Chris: Let's fking gooo!!!
4/17/25, 11:39 AM - Chris: What does it say
4/17/25, 11:39 AM - Chris: Has she been served?
4/17/25, 11:40 AM - Chris: Hope that camera we put up on your garage is working
4/17/25, 11:53 AM - Jackie Samuelson: Not yet
4/17/25, 12:27 PM - Chris: Today might be the day she does something crazy..
4/17/25, 1:35 PM - Jackie Samuelson: She knows about the restraining order
4/17/25, 1:35 PM - Chris: Good she should have gotten served with it today
4/17/25, 1:36 PM - Chris: No more kids for her..
4/17/25, 1:37 PM - Chris: Did Liana tell Allison?
4/17/25, 1:38 PM - Jackie Samuelson: She did, her attorney messaged about it all and she then shared
4/17/25, 1:39 PM - Chris: She's so dumbb
4/17/25, 1:39 PM - Chris: Was she freaking out? I would assume
4/17/25, 1:46 PM - Jackie Samuelson: Yes
4/17/25, 1:46 PM - Jackie Samuelson: Did you call Mel?
4/17/25, 1:50 PM - Chris: Not yet, been very busy
4/17/25, 1:50 PM - Chris: Had another meeting with my CO
4/17/25, 2:50 PM - Jackie Samuelson: Anything great today?
4/17/25, 2:51 PM - Chris: Noting too big. He said that he's ready to return me to training; but he can Only do that if there is some indication that my accusations are getting dropped or will be soon
4/17/25, 5:00 PM - Jackie Samuelson: I hope your lawyer can get shit wrapped up ASAP
4/17/25, 5:00 PM - Jackie Samuelson: Just seems like the toxicology reports are needed
4/17/25, 5:02 PM - Chris: <Media omitted>
4/17/25, 7:37 PM - Chris: Ya Liana feels lonely in her house all alone?
4/17/25, 7:41 PM - Jackie Samuelson: Absolutely
4/17/25, 7:41 PM - Jackie Samuelson: Or she's sleeping
4/17/25, 7:43 PM - Chris: Did you hear their court date got moved up?
4/17/25, 7:43 PM - Chris: It's May 1st now
4/17/25, 8:26 PM - Jackie Samuelson: I did see that..I think the TRO could only be 2 weeks maximum
4/17/25, 8:28 PM - Chris: Ya think so too
4/17/25, 8:28 PM - Chris: Butttt, think this is good for Devin
4/17/25, 8:29 PM - Chris: I would laugh if Liana ends up having to pay him child support every month
4/18/25, 9:24 AM - Jackie Samuelson: I asked Devin, he said he's meeting with Mel to go over all the

questions today or tomorrow
4/18/25, 9:24 AM - Chris: Ooohhh exciting
4/18/25, 9:25 AM - Chris: I'm hoping Liana gets crushed at that custody case
4/18/25, 9:25 AM - Chris: Haven't seen her leave her house besides work
4/18/25, 10:09 AM - Jackie Samuelson: Despite all of the communication with her, I never actually knew her schedule.
4/18/25, 12:28 PM - Jackie Samuelson: Can you normally hear her when she's leaving?
4/18/25, 12:29 PM - Jackie Samuelson: I usually could if we were outside because one of the kids would be screaming
4/18/25, 12:29 PM - Chris: Nahh i have no idea when she's leaving
4/18/25, 12:29 PM - Chris: I can't hear anything from her place
4/18/25, 12:30 PM - Chris: I know that she works Mon, Wed, Fri. But Fri she's usually back home by like 10am
4/18/25, 12:30 PM - Chris: Tues and Thurs she "works remotely" so she just sleeps all day
4/18/25, 12:33 PM - Jackie Samuelson: She's probably enjoying so many naps now
4/18/25, 12:42 PM - Jackie Samuelson: It's been alluded that YOU are the one who's done all of this
4/18/25, 12:42 PM - Jackie Samuelson: Not her, or her actions
4/18/25, 12:42 PM - Jackie Samuelson: You, in entirety, are the reason for everything
4/18/25, 12:42 PM - Chris: Ha! Yeah I'm not surprised that she's said that
4/18/25, 12:42 PM - Jackie Samuelson: Forgot to share that joyous statement
4/18/25, 12:43 PM - Chris: She's always the victim
4/18/25, 12:43 PM - Chris: I can almost guarantee that if she would've just left me alone after December, then none of this would've happened to her
4/18/25, 12:44 PM - Chris: If she never falsely accused me of spiking her drink then things would be very different right now
4/18/25, 12:45 PM - Jackie Samuelson: *flashback to when I told her: this won't stop until someone is hurt or in jail*
4/18/25, 12:45 PM - Jackie Samuelson: Because whewwww
4/18/25, 12:45 PM - Jackie Samuelson: Called it
4/18/25, 12:46 PM - Chris: Yaa that was spot on
4/18/25, 12:46 PM - Chris: Just like you predicting that she would accuse me of spiking her drinks
4/18/25, 4:37 PM - Jackie Samuelson: Are you being asked to testify in two weeks
4/18/25, 5:03 PM - Chris: Nope
4/18/25, 5:03 PM - Chris: Not yet....
4/18/25, 5:14 PM - Jackie Samuelson: She's telling Allison you, Devin and a "third person" are (I'm assuming she means me) but I haven't been asked to either
4/18/25, 5:16 PM - Chris: Ya and that's cool with me. The less i have to interact with crazy lady the better
4/18/25, 5:16 PM - Chris: Oh wait, you're saying that i WILL be asked to testify

4/18/25, 5:17 PM - Chris: .... that's annoying
4/18/25, 5:17 PM - Jackie Samuelson: That's what she's telling Allison
4/18/25, 5:18 PM - Jackie Samuelson: She's beating around the bush asking Allison to be there as emotional support
4/18/25, 5:18 PM - Jackie Samuelson: Allison said she won't go if she's actually asked
4/18/25, 5:18 PM - Chris: hahhaha
4/18/25, 5:18 PM - Chris: Why does crazy lady alwaysssss need emotional support
4/18/25, 5:18 PM - Jackie Samuelson: Because she's unstable
4/18/25, 5:19 PM - Jackie Samuelson: And she wants to look like everyone is rallying around her and supports her
4/18/25, 5:19 PM - Jackie Samuelson: All about appearance
4/18/25, 5:21 PM - Chris: She's sooo fake
4/18/25, 5:21 PM - Chris: Like all the time
4/18/25, 5:21 PM - Chris: it's very cringey
4/19/25, 7:31 PM - Jackie Samuelson: I just saw a cop car as I walked into Aubrey's room 👀
4/19/25, 7:31 PM - Jackie Samuelson: Were they at your house
4/19/25, 7:32 PM - Jackie Samuelson: I saw them turning around in front of your house
4/19/25, 7:32 PM - Jackie Samuelson: And ....just saw Liana run by
4/19/25, 7:32 PM - Chris: No cops for me
4/19/25, 7:32 PM - Jackie Samuelson: Apparently 7:30 is an exciting time to be upstairs in my house
4/19/25, 7:32 PM - Chris: hahha yeah just saw her goofy run also
4/19/25, 7:33 PM - Jackie Samuelson: I was at Jenny's house, a few more doors down from you on the end
4/19/25, 7:34 PM - Jackie Samuelson: She flat out was like "you and Liana aren't friends anymore are you??"
4/19/25, 7:34 PM - Jackie Samuelson: I said nope, asked if she heard rumors about me and she said no
4/19/25, 7:34 PM - Chris: What did she hear about me??
4/19/25, 7:34 PM - Jackie Samuelson: She said she was considering inviting Liana and the kids to her easter egg hunting tomorrow and I was like "if you want to give Devin a call....."
4/19/25, 7:35 PM - Jackie Samuelson: And she quickly was like "DOES HEEEEE HAVE THE KIDS NOW???"
4/19/25, 7:35 PM - Jackie Samuelson: nothing about you, didn't discuss the situation, but she knew Liana was pregnant
4/19/25, 7:35 PM - Chris: Yaaaa he told me she's not even allowed to see the kids. Not look at them
4/19/25, 7:35 PM - Jackie Samuelson: But she quickly understood that Liana did something big for me to cut her off
4/19/25, 7:36 PM - Jackie Samuelson: You should sit outside in a chair and wait for her return back from her run
4/19/25, 7:36 PM - Jackie Samuelson: Reading a book and relaxing 😳
4/19/25, 7:36 PM - Chris: She called Jenny that Saturday night and asked her to drive her to the hospital
4/19/25, 7:37 PM - Chris: But Jenny said no

4/19/25, 7:42 PM - Chris: Did Devin send you the quick ring video of her looking rough?
4/19/25, 8:02 PM - Jackie Samuelson: He didn't
4/19/25, 8:02 PM - Jackie Samuelson: From today?
4/19/25, 8:02 PM - Chris: Yaa
4/19/25, 8:03 PM - Jackie Samuelson: She did tell him she'd share her location
4/19/25, 8:03 PM - Jackie Samuelson: I was like "homegirl has two phones"
4/19/25, 8:03 PM - Chris: Whyyyy
4/19/25, 8:03 PM - Chris: Nobody cares
4/19/25, 8:03 PM - Chris: https://ring.com/share/2a6bfbe1-07f2-4538-ad14-c3a1c51691e1
4/19/25, 8:04 PM - Chris: She has more than just 2
4/19/25, 8:05 PM - Chris: But 2 she uses primarily
4/19/25, 8:05 PM - Jackie Samuelson: The look to your driveway 🙃
4/19/25, 8:05 PM - Chris: I laughed at that too
4/19/25, 8:05 PM - Jackie Samuelson: You think she has more than 2??
4/19/25, 8:05 PM - Chris: She's shown me like 5
4/19/25, 8:22 PM - Jackie Samuelson: Whaaaat
4/19/25, 8:22 PM - Jackie Samuelson: Why would she have a collection of them
4/19/25, 8:22 PM - Jackie Samuelson: Is she paranoid
4/19/25, 8:24 PM - Chris: Most of the others are pretty old
4/20/25, 2:52 PM - Chris: Any chance you want an old Roomba?
4/20/25, 2:53 PM - Chris: I'm gonna toss mine. Haven't gotten it to work correctly in a while
4/20/25, 3:43 PM - Jackie Samuelson: I similarly tossed mine before moving here
4/20/25, 7:12 PM - Jackie Samuelson: If you need a laugh, look out your window in 2 minutes
4/20/25, 7:12 PM - Chris: What's happening
4/20/25, 7:16 PM - Chris: 😂😂😂😂😂
4/20/25, 7:33 PM - Jackie Samuelson: You didn't see me lol
4/20/25, 7:33 PM - Jackie Samuelson: I was in my costume
4/20/25, 7:33 PM - Chris: Ohh i saw!
4/20/25, 7:33 PM - Chris: That was funny
4/20/25, 7:46 PM - Jackie Samuelson: Jenny invited the kids for their egg hunt. Chaos today all around
4/20/25, 8:01 PM - Chris: Haha i can only imagine
4/20/25, 8:01 PM - Chris: Sounds super fun for the kids though. I can still remember hunting for eggs when i was little
4/20/25, 8:18 PM - Jackie Samuelson: Liana approached Aubrey when we were outside to give her birthday party invites for her kids
4/20/25, 8:18 PM - Jackie Samuelson: She didn't know I was out there
4/20/25, 8:18 PM - Jackie Samuelson: She could see Aaron but not me
4/20/25, 8:19 PM - Chris: So she only went up to Aubrey because she thought you weren't around hahah

4/20/25, 8:20 PM - Chris: A little presumptuous on her part assuming she will have the kids for their birthdays...😵‍💫
4/20/25, 8:20 PM - Chris: That's a little creepy...
4/20/25, 8:21 PM - Jackie Samuelson: Aaron looked directly at me like this when she saw her talking to Aubrey
4/20/25, 8:21 PM - Jackie Samuelson: 👀➡️👀➡️
4/20/25, 8:22 PM - Chris: Was that interaction as creepy and weird as it sounds?
4/20/25, 8:24 PM - Jackie Samuelson: Not too bad. But bold of her to approach my kids at all at this point
4/20/25, 8:25 PM - Chris: Yeah especially after spreading bullshit rumors about you
4/21/25, 6:18 PM - Jackie Samuelson: Devin said you and I are likely going to be asked to be in court next week 🙄
4/21/25, 6:47 PM - Jackie Samuelson: Can't wait to be like "yes your honor, I called Devin AND Chris both buttholes, but I take it back"
4/21/25, 7:13 PM - Chris: Haha ya he told me the same
4/21/25, 8:06 PM - Chris: Did Devin say in what capacity he's going to have you at his case?
4/21/25, 8:07 PM - Chris: Like what he will be asking you about
4/22/25, 7:44 AM - Jackie Samuelson: He didn't
4/22/25, 7:44 AM - Jackie Samuelson: I don't know if it'll be the attorneys asking us, or Mel
4/22/25, 2:07 PM - Jackie Samuelson: If youre planning on Buc Days events...the USO has PBR tickets for free and it'll get you into buc days too
4/22/25, 2:14 PM - Chris: What is Buc days?
4/22/25, 2:14 PM - Jackie Samuelson: The big festival downtown coming up
4/22/25, 2:15 PM - Jackie Samuelson: Rodeos, concerts, carnivals, parades, basically a good old country cowboy time
4/22/25, 2:58 PM - Chris: Ahh cool, thanks i didn't know anything about that
4/22/25, 4:57 PM - Jackie Samuelson: Did Mel or anyone reach out to you about court?
4/22/25, 4:58 PM - Jackie Samuelson: Nothing for me. And if it's actually happening, it'll be a major coordination on my part for my kids and school
4/23/25, 8:12 PM - Jackie Samuelson: Still nothing from Mel or either attorney today for me, anything for you?
4/23/25, 8:14 PM - Chris: Nope nothing
4/23/25, 8:15 PM - Chris: I'm a little worried about the timing of things because my CO told me he wants to put me back on the flight schedule next week
4/24/25, 5:32 AM - Jackie Samuelson: That's fantastic. If I don't hear anything by Monday, I'll have to be slightly difficult because I can't just make childcare happen when we don't have any family here and all of my friends have their own kids to get from school 🙄
4/24/25, 2:21 PM - Chris: I've got my meeting tomorrow for my protection order
4/24/25, 2:22 PM - Chris: Hopefully the county attorney agrees that i need one and we can get that going

4/24/25, 2:55 PM - Jackie Samuelson: I forgot it was this Friday!
4/24/25, 2:55 PM - Jackie Samuelson: What time is it at?
4/24/25, 2:55 PM - Chris: In the morning
4/24/25, 2:56 PM - Chris: I'm happy it's finally happening
4/24/25, 2:56 PM - Chris: Hope it goes through
4/24/25, 2:57 PM - Jackie Samuelson: Make sure to bring up her slanderous statements of telling the judge/lawyer/others in the neighborhood we are having an affair. That's additional harassment
4/24/25, 2:57 PM - Chris: Yupp
4/24/25, 2:58 PM - Chris: I think the big things will be the video of her at my door, the photos and audio she took of me, and her constant lies
4/24/25, 2:58 PM - Chris: She has lied to a Criminal Judge (Mel) multiple times now
4/24/25, 3:07 PM - Jackie Samuelson: As always, let him/her know they can reach me as needed
4/24/25, 3:07 PM - Jackie Samuelson: Anything from your attorney or investigator at all?
4/24/25, 3:08 PM - Chris: Nothing huge
4/24/25, 3:08 PM - Chris: Investigator has sent everything he's gathered to the district attorney for them to decide
4/24/25, 3:09 PM - Chris: He asked if i have screen shots of Liana agreeing to take the pills. And i kinda do..
4/24/25, 3:09 PM - Chris: The texts i had that were deleted were muuuch better
4/24/25, 3:19 PM - Jackie Samuelson: I'm so sad you deleted them
4/24/25, 3:20 PM - Chris: Ya....and the automatic back up was deleted for them...
4/24/25, 8:04 PM - Jackie Samuelson: Good luck tomorrow. I hope the attorney agrees with you
4/24/25, 8:04 PM - Chris: Thanks!
4/24/25, 8:04 PM - Chris: I can let you know how it goes after
4/25/25, 10:10 AM - Jackie Samuelson: Did you have your meeting 👀
4/25/25, 10:11 AM - Chris: Yes.... but the lady said that i don't qualify for the protection order because it does not look like I'm scared of her. It doesn't look like I'm scared of her because i continued to talk with her after all my evidence took place.....
4/25/25, 10:12 AM - Chris: I'm going to call and talk about it with my attorney today. He said that he would file it for me, but it would cost like $3K.....
4/25/25, 10:12 AM - Jackie Samuelson: Whaaaat
4/25/25, 10:13 AM - Jackie Samuelson: She is making false reports against you, spreading rumors about you, essentially you are the victim of abuse
4/25/25, 10:13 AM - Chris: I'm also talking with ccpd today and asking for 2 police reports. 1 for harassment; specifically the day she banged on my door and called a bunch
4/25/25, 10:14 AM - Chris: 2 will be for revenge porn
4/25/25, 10:14 AM - Chris: Yaa and i told the lady that, but she said there's not much she can do because i continued to talk with her

4/25/25, 10:17 AM - Jackie Samuelson: How frustrating
4/25/25, 10:18 AM - Chris: Yaaa. I'm thinking about coughing up the money for my lawyer to do it
4/25/25, 10:19 AM - Chris: I'm worried that if i file for harassment, then Liana will also make a police report for harassment against me
4/25/25, 10:19 AM - Chris: Because i sent her mean texts....😑
4/25/25, 10:20 AM - Jackie Samuelson: I think the biggest focus is the picture/audio and her calling you 53 times and showing up at your house
4/25/25, 10:26 AM - Jackie Samuelson: maybe unblock her and let her go crazy on you and use that as additional evidence of harassment?
4/25/25, 10:33 AM - Chris: She has not been texting me though..
4/25/25, 10:34 AM - Jackie Samuelson: If she's blocked, you might get a slew of messages if you unblock her
4/25/25, 10:34 AM - Jackie Samuelson: She told me at the hospital she'd been texting me for a month (but obviously I haven't seen them 🙃)
4/25/25, 10:35 AM - Jackie Samuelson: I was almost curious enough to unblock her and see if anything came through but I didn't lol
4/25/25, 10:35 AM - Chris: Did you get them after  you unblocked her??
4/25/25, 10:35 AM - Chris: I just did it and nothing happened
4/25/25, 10:41 AM - Jackie Samuelson: I never did unblock her
4/25/25, 10:43 AM - Jackie Samuelson: Wasn't about to give false hope to her that I was about to be nice and welcome her back into my life with open arms
4/25/25, 10:44 AM - Jackie Samuelson: I don't know if it would be any different if your attorney filed. Maybe ask him about a cease and desist letter so she stops talking about you to others
4/25/25, 11:42 AM - Chris: Yeah my attorney was saying that even if it does not get granted by a Judge. If he filed it, then we will be able to get her up on a stand in front of a Judge and be able to ask her allll kinds of questions
4/25/25, 11:42 AM - Jackie Samuelson: How embarrassing for her
4/25/25, 11:42 AM - Chris: Yupp
4/25/25, 11:43 AM - Chris: Butttt it will cost me thousands of dollars to do that....
4/25/25, 11:43 AM - Chris: <Media omitted>
4/25/25, 11:46 AM - Jackie Samuelson: So, it's approaching 4 weeks real soon then. She was told at the hospital that abortion pills wouldn't show up on toxicology anyway
4/25/25, 11:47 AM - Chris: Haha so she is knowingly just wasting everybody's time
4/25/25, 11:47 AM - Chris: Plus I'm not worried, because i didn't poison her
4/25/25, 11:49 AM - Jackie Samuelson: I wonder if your attorney called the hospital they could give a timeframe on results of toxicology. Obviously not the answer, just the timeframe for turnaround for the results
4/25/25, 11:54 AM - Chris: Ya I'm not sure
4/25/25, 11:54 AM - Chris: He didn't sound confident they would tell him anything when i asked him about

that and hippa
4/25/25, 8:22 PM - Chris: Did you hear Liana's PNC bank account has been put on Hold??
4/26/25, 4:48 AM - Jackie Samuelson: Devin texted. I am going to say she did so something to get kicked out of their banking system. Because if it was a simple "someone stole my account" situation, the general customer service number could've made a sister account within 5 minutes.
4/26/25, 6:53 AM - Chris: Yaa it's very weird.....
4/26/25, 6:54 AM - Chris: She talked to the bank and they said it won't be resolved very quickly...
4/26/25, 6:54 AM - Chris: To me that sounds like she's doing something fraudulent
4/26/25, 7:05 AM - Jackie Samuelson: Same thoughts. When someone stole my info, they froze my account and the money was transferred to a new account with Navy Federal....they didn't hold the money hostage
4/26/25, 7:15 AM - Chris: From what i understand a freeze is worse than a hold though
4/26/25, 11:24 AM - Jackie Samuelson: I'm convinced she scammed someone or has a judgement against her
4/26/25, 11:24 AM - Chris: Devin said he thinks she tried scamming someone also
4/26/25, 11:24 AM - Chris: Interesting yall think the same thing
4/26/25, 11:25 AM - Chris: I kinda wanna call up the Wells Fargo branch she opened up a new account with and tell them to watch out for her haha
4/28/25, 12:20 PM - Jackie Samuelson: Creepy Liana moment Saturday evening
4/28/25, 12:20 PM - Chris: What happened??
4/28/25, 12:21 PM - Jackie Samuelson: At Allison's kids party
4/28/25, 12:21 PM - Jackie Samuelson: Devin was there too
4/28/25, 12:22 PM - Jackie Samuelson: She is messaging him asking if he brought the kids and he didn't answer. Then asks again and he didn't answer
4/28/25, 12:22 PM - Chris: Thought liana had a restraining order and couldn't be near her kids?
4/28/25, 12:22 PM - Jackie Samuelson: She messages Allison asking if Devin is there with the kids and she didn't answer
4/28/25, 12:23 PM - Jackie Samuelson: Then messaged asking how are the kids and she's hasn't seen them in 9 days now and she didn't answer
4/28/25, 12:23 PM - Jackie Samuelson: And then she messaged a few minutes later basically alluding she knows the kids are there
4/28/25, 12:23 PM - Jackie Samuelson: So....the real question, did she drive by looking for Devin's car and saw it?
4/28/25, 12:24 PM - Jackie Samuelson: Because nobody else there knows her
4/28/25, 12:24 PM - Chris: Maybe she has a way to track Devin??
4/28/25, 12:24 PM - Chris: Maybe his phone
4/28/25, 12:26 PM - Chris: That is very creepy of her....
4/28/25, 12:27 PM - Jackie Samuelson: Very... Odd
4/28/25, 12:27 PM - Jackie Samuelson: I still haven't been asked to be at court this week
4/28/25, 12:27 PM - Chris: Devin was right when he said, she does weird things when she has a lot of free

time
4/28/25, 12:27 PM - Jackie Samuelson: Her friend was in town , not sure if she's still there or not
4/28/25, 12:27 PM - Chris: Me either.  No subpoena yet
4/28/25, 12:27 PM - Jackie Samuelson: I'm surprised my tires weren't slashed
4/28/25, 12:28 PM - Chris: At this point i would not be surprised if Liana tried putting gps trackers on all our cars
4/28/25, 12:30 PM - Jackie Samuelson: Jokes on her, I ride my bike more than I drive 😆🙃
4/28/25, 12:32 PM - Chris: I am soooo excited to have nothing to do with that crazy lady
4/28/25, 12:32 PM - Chris: She is an absolutely terrible terrible person
4/28/25, 5:06 PM - Jackie Samuelson: Anything from lawyers or Mel today?
4/28/25, 5:08 PM - Chris: Nope nothing yet
4/28/25, 6:45 PM - Jackie Samuelson: I'm thinking it's not actually happening.... or.... We aren't needed
4/28/25, 7:49 PM - Chris: Yeah I'm not sure.. Would be last minute if they subpoena us now
4/28/25, 7:50 PM - Chris: Only 2-3 days before
4/29/25, 1:00 PM - Jackie Samuelson: Slightly annoyed with court lol
4/29/25, 1:00 PM - Jackie Samuelson: Are you back to work this week?
4/29/25, 1:00 PM - Chris: Yupppp I'm back
4/29/25, 1:02 PM - Chris: Yaa same, there is never a convenient time to go in
4/29/25, 1:06 PM - Jackie Samuelson: Woooohoooooo
4/29/25, 1:06 PM - Jackie Samuelson: Are you flying?!
4/29/25, 1:07 PM - Chris: I'm supposed to tomorrow
4/29/25, 1:07 PM - Chris: And then do my last 2 flights on Thursday haha 😅
4/29/25, 1:07 PM - Chris: Gonna have to move that now..
4/29/25, 2:00 PM - Chris: Do you know if Liana still tells Allison everything she's thinking about?
4/29/25, 2:32 PM - Jackie Samuelson: Allison said she's beeen realllll quiet lately
4/29/25, 2:32 PM - Jackie Samuelson: She is going to be mortified to see both of us there at court
4/29/25, 2:33 PM - Jackie Samuelson: And I foresee it now "HES THE ONE WHO DRUGGGGGGGGEDDDDD MEEEEEE 😭😲😭"
4/29/25, 2:37 PM - Chris: Yeahh probably
4/29/25, 2:38 PM - Chris: She can't just accept that she miscarried on her own..
4/29/25, 2:38 PM - Chris: And she miscarried because she's old and unhealthy and didn't use the medicine prescribed to her
4/29/25, 2:45 PM - Jackie Samuelson: I would talk to Mel beforehand to make sure she doesn't allow Liana to embarrass you with a scene
4/29/25, 2:45 PM - Chris: Ya good idea
4/29/25, 3:34 PM - Jackie Samuelson: I vote for you going first
4/29/25, 3:35 PM - Chris: Hahhah I'm good with whatever happens
4/29/25, 3:35 PM - Chris: I don't mind going first
4/29/25, 3:40 PM - Jackie Samuelson: I just want to see her face when the front door video and asking you

and Coach you to lie audio gets played
4/29/25, 3:41 PM - Chris: Yeahhh that is going to be great
4/29/25, 3:42 PM - Chris: Feel like there is noooo way her lawyer hasn't already shared that with Liana
4/29/25, 3:45 PM - Jackie Samuelson: Does your girlfriend know any of the situation now?
4/29/25, 3:45 PM - Chris: Hellllllll no
4/29/25, 3:46 PM - Chris: I've told her that I'm waiting for the police to finish their report. And that crazy lady filed that report because she doesn't want me to leave and she's obsessed with me
4/29/25, 3:47 PM - Chris: Which is not a huuge stretch of the truth. But I'm never ever telling my gf i had sex with crazy lady or got her pregnant
4/29/25, 8:22 PM - Jackie Samuelson: It's true
4/30/25, 11:17 AM - Jackie Samuelson: So since you're back to flying.....is your legal drama over? 👀
4/30/25, 11:18 AM - Chris: Nope not yet
4/30/25, 11:18 AM - Chris: Not officially closed yet
4/30/25, 11:20 AM - Jackie Samuelson: Dang
4/30/25, 11:21 AM - Chris: Still waiting on toxicology
4/30/25, 12:33 PM - Jackie Samuelson: Might it be any court tomorrow
4/30/25, 12:33 PM - Chris: Devin is telling me hopefully not now
4/30/25, 12:34 PM - Chris: Also my lawyer told me not to go
4/30/25, 12:35 PM - Jackie Samuelson: Oh really?! Because of the other situation
4/30/25, 12:36 PM - Chris: Yeah he said i have absolutely nothing to gain here
4/30/25, 12:36 PM - Chris: Attending or testifying helps me in no way.  Can only hurt me
4/30/25, 12:37 PM - Jackie Samuelson: Can you get out of it if you've been subpoenaed? 😳
4/30/25, 12:37 PM - Chris: An electronic subpoena is not legally binding
4/30/25, 12:37 PM - Chris: They would have to serve it to me in person
4/30/25, 6:39 PM - Chris: Hey my lawyer was saying that sex with a married person is still against the ucmj
4/30/25, 7:02 PM - Jackie Samuelson: Even if divorce was already filed for months prior?
4/30/25, 7:03 PM - Jackie Samuelson: I thought I read that it changed where the SINGLE service member wouldn't be subject to UCMJ any longer if a civilian partner was married
4/30/25, 7:04 PM - Chris: I told him that a recent change was made and he said i was wrong 🤷‍♂️
4/30/25, 7:05 PM - Chris: I hope i can't get in trouble for that
4/30/25, 7:05 PM - Chris: I need to look up the exact code now
4/30/25, 7:05 PM - Jackie Samuelson: Is JAG trying to bring that against you now?
4/30/25, 7:33 PM - Chris: Don't think so
4/30/25, 7:34 PM - Chris: Have no idea what JAG is potentially bringing against me
4/30/25, 7:34 PM - Chris: They haven't contacted me at all
5/1/25, 7:59 AM - Jackie Samuelson: Happy last flight day!
5/1/25, 8:01 AM - Chris: I wish
5/1/25, 8:01 AM - Chris: They took me off the schedule because i told them i was getting subpoena'd

5/1/25, 8:01 AM - Chris: I'll probably finish on Monday or Tuesday now
5/1/25, 8:02 AM - Chris: I have some fun plans for liana today though
5/1/25, 8:12 AM - Jackie Samuelson: Dang it
5/1/25, 8:12 AM - Jackie Samuelson: And go on 👀
5/1/25, 8:12 AM - Jackie Samuelson: I support petty behavior from time to time 💅
5/1/25, 8:14 AM - Chris: <Media omitted>
5/1/25, 8:19 AM - Jackie Samuelson: 45-60 days???!! That seems shady. Like why in the world would they be holding her account hostage unless something illegal is going on?!
5/1/25, 8:20 AM - Jackie Samuelson: I'm sure the university would eventually find out about a federal investigation anyway 🤷‍♀
5/1/25, 8:21 AM - Chris: Yaa exactly. Sounds very shady
5/1/25, 8:22 AM - Chris: Mm it's not a Federal investigation it's just a ccpd investigation. But still, it is significant and the accusations are significant also
5/1/25, 8:25 AM - Jackie Samuelson: When did you file your report?
5/1/25, 8:25 AM - Chris: Last Friday
5/1/25, 8:28 AM - Chris: Its possible that they have not contacted Liana yet. But if i contact her Boss about things I'm sure he will contact her
5/1/25, 11:51 AM - Chris: ccpd is assigning the 2 police reports to investigators now. That's why nobody has been contacted before
5/1/25, 11:52 AM - Chris: I called and asked that they get assigned. And also messaged her boss. 👍👍
5/1/25, 12:03 PM - Chris: Did you hear the results of new custody order??
5/1/25, 12:03 PM - Chris: It's good for Devin
5/1/25, 12:25 PM - Jackie Samuelson: I did hear. It is good for the kids. I truly hope she sees this as an opportunity to better herself as well
5/1/25, 12:26 PM - Jackie Samuelson: Did she ever threaten to share pics/video/audio of you publicly?
5/1/25, 12:27 PM - Chris: Yeah threatened to share it on FB
5/1/25, 12:28 PM - Chris: Haa!! I wish she would do that also. But we both know she won't
5/1/25, 12:29 PM - Chris: In all likelyhood she's probably already looking for another guy to suck into her life and help her with things
5/1/25, 12:33 PM - Jackie Samuelson: I haven't seen Casey around at all, which I'm honestly surprised
5/1/25, 12:33 PM - Chris: Maybe her lawyer told her he is bad company to keep 🤷‍♂🤷‍♂
5/1/25, 12:38 PM - Jackie Samuelson: I bet the boss won't reach back to you
5/1/25, 12:38 PM - Jackie Samuelson: What did you say
5/1/25, 12:38 PM - Jackie Samuelson: 👀
5/1/25, 12:39 PM - Chris: Good afternoon ma'am,
My name is Chris Cooprider. I'm contacting you today because I thought it should be brought to your attention that one of your faculty is currently under investigation for 2 crimes. Ms. Liana Davis is currently being investigated by the CCPD for both Harassment and Felony Revenge Porn. These are serious

crimes that will likely be charged against her. Thought you should know about Ms. Davis and decide if she is ethically and morally the kind of person TAMUCC employs.
5/1/25, 12:39 PM - Chris: Also messaged her HR department head
5/1/25, 12:45 PM - Jackie Samuelson: That'll certainly get attention
5/1/25, 12:47 PM - Chris: Ya it should right 🤷‍♂️
5/1/25, 12:47 PM - Chris: Can't believe Mel said, "the lawyers reached an agreement to avoid Ms. Davis from going on the stand and embarrassing herself"
5/1/25, 12:47 PM - Chris: 😂😂😂😂😂😂
5/1/25, 12:51 PM - Jackie Samuelson: Is there any way your attorney can get their hands on the toxicology report since it's a legal issue you're involved in?
5/1/25, 12:51 PM - Chris: Don't think so
5/1/25, 12:52 PM - Chris: Pretty sure it's private personal info protected by hippa. Could only get it if we go to trial
5/1/25, 12:53 PM - Chris: I wonder if Liana is going to bitch and complain about today to Allison?
5/1/25, 12:55 PM - Jackie Samuelson: I'm sure she will if her boss calls about your message
5/1/25, 12:55 PM - Chris: You don't think she's going to be massively upset that Devin is now Primary over the kids?
5/1/25, 12:56 PM - Chris: And their custody orders basically reversed. Now she Only gets them every other weekend
5/1/25, 1:26 PM - Jackie Samuelson: True. Allison is working today, might get a rundown later
5/2/25, 7:49 AM - Chris: Have you heard anything from Liana? Any complaining about the new orders?
5/2/25, 7:54 AM - Jackie Samuelson: She's still blocked blocked out of my life. Only thing I've heard is via Allison and it was that she doesn't agree with anything but she signed because it was the only way she'd be able to see the kids
5/2/25, 7:55 AM - Chris: I almost think her lawyer did not tell her all the evidence against her
5/2/25, 7:55 AM - Chris: And she had no idea she actually looked
5/2/25, 8:16 AM - Jackie Samuelson: Did the police give you any timeframe for your investigation for your own report you made?
5/2/25, 8:22 AM - Chris: They did not
5/2/25, 8:23 AM - Chris: They just assigned the investigators yesterday
5/2/25, 8:23 AM - Chris: Liana drove by me on my run today and gave me the bird hahhah
5/2/25, 8:42 AM - Jackie Samuelson: Childish
5/2/25, 8:42 AM - Jackie Samuelson: Now, are you surprised by that? Likely not 😱
5/2/25, 8:43 AM - Chris: Nahhh i enjoyed it
5/2/25, 12:45 PM - Jackie Samuelson: Are you winging next week if your final flight is next week?
5/2/25, 12:46 PM - Chris: No.... have to wait for ncis to finish their investigation before i am allowed to wing
5/2/25, 1:01 PM - Jackie Samuelson: What a crock of shit

5/2/25, 1:02 PM - Chris: Yupppp very annoying
5/2/25, 1:09 PM - Jackie Samuelson: Is NCIS just waiting for CCPD to be done?
5/2/25, 1:10 PM - Chris: I think so
5/2/25, 1:10 PM - Chris: If charges are never filed with ccpd then there's not much for them to investigate
5/2/25, 2:25 PM - Jackie Samuelson: I feel bad
5/2/25, 2:25 PM - Jackie Samuelson: Devin said for tomorrow's party for Cali and Alex.... only 8 kids RSVPd, and that's including Aubrey and Tucker
5/2/25, 2:26 PM - Jackie Samuelson: Her personality has carried over and destroyed the kids social lives
5/2/25, 2:26 PM - Jackie Samuelson: I wonder who else she's blabbed to about everything other than Allison
5/2/25, 2:33 PM - Chris: Danggg that is sad for the kids
5/2/25, 2:34 PM - Chris: But good news is, this is the last birthday that she will mess up for own kids
5/2/25, 2:34 PM - Chris: Because she's no longer Primary custodian. I'm sure Devin will do a good job
5/2/25, 2:36 PM - Jackie Samuelson: She'll be there
5/2/25, 2:36 PM - Jackie Samuelson: So basically I'll be doing my best to avoid her entirely 🙄
5/2/25, 2:36 PM - Chris: Liana will be at the party?! Veryyyy interesting
5/2/25, 2:36 PM - Jackie Samuelson: Mmmhmmm
5/2/25, 2:36 PM - Chris: That's awkward asf
5/2/25, 2:37 PM - Chris: Whatever, I'm sure she's extra miserable now. Just leave her alone and let her be miserable at this point
5/2/25, 2:38 PM - Jackie Samuelson: I will not say a word to her
5/2/25, 2:39 PM - Jackie Samuelson: Allison won't be there
5/2/25, 2:39 PM - Jackie Samuelson: So I'll just stick with Aaron and Devin
5/2/25, 2:39 PM - Jackie Samuelson: And glare
5/2/25, 2:39 PM - Chris: Wonder who she'll try to chat with then....
5/2/25, 2:40 PM - Chris: Maybe she's told more people other than Allison and Mel that you're having an affair lol
5/3/25, 8:04 AM - Jackie Samuelson: Should we take bets on whether she'll try to talk to me today?
5/3/25, 8:04 AM - Chris: I bet she will try
5/3/25, 8:39 AM - Chris: Would be hilarious if Liana has nobody to talk with and she sits alone at her kids party
5/3/25, 8:45 AM - Jackie Samuelson: I'm looking forward to seeing who actually shows up
5/3/25, 8:45 AM - Jackie Samuelson: And if her mom talks to me I've got zero hesitation to say "yeah, I had to stop being friends when she started lying to everyone about everything"
5/3/25, 8:47 AM - Chris: Liana's mom will be there?
5/3/25, 8:49 AM - Jackie Samuelson: I'm sure, she was at Ciels party in December
5/3/25, 8:50 AM - Jackie Samuelson: Did Devin tell you she called the school and lied to them?
5/3/25, 8:50 AM - Chris: Whaaaat?
5/3/25, 8:50 AM - Chris: No, wtf did she say

5/3/25, 8:50 AM - Jackie Samuelson: She called and said the TRO was lifted and SHE was back to being the primary custody parent again
5/3/25, 8:50 AM - Jackie Samuelson: Is that not..... delusional?
5/3/25, 8:51 AM - Chris: wtfffff
5/3/25, 8:51 AM - Jackie Samuelson: So he of course emailed the custody documents immediately and informed Mel immediately too
5/3/25, 8:51 AM - Jackie Samuelson: Like lady, what are you planning here?
5/3/25, 8:51 AM - Chris: Send her to jail. Straight to jail
5/3/25, 8:52 AM - Chris: Liana would totally be the crazy lady that steals her kids away and takes them across the country
5/3/25, 8:53 AM - Chris: Especially now that she is not primary, and will have to pay Devin. I would worry about her "taking the kids for a road trip."
5/3/25, 11:15 AM - Jackie Samuelson: If you wanted to be the worst person in the world you could go run on the treadmill that's against the glass wall by the pool from 12-2 😀😀😀
5/3/25, 11:34 AM - Chris: At the athletic club?
5/3/25, 11:58 AM - Jackie Samuelson: Yes lol
5/3/25, 12:53 PM - Chris: Hahha i won't do that..
5/3/25, 12:53 PM - Chris: How is the party going?
5/3/25, 2:25 PM - Jackie Samuelson: Other than saying hello to her, it was fine
5/3/25, 2:25 PM - Jackie Samuelson: Ignored her entirely
5/3/25, 2:31 PM - Chris: Niiice, party went well then?
5/3/25, 2:31 PM - Chris: Kids were happy?
5/3/25, 2:53 PM - Jackie Samuelson: They were
5/3/25, 2:53 PM - Jackie Samuelson: Casey was there and he was FUCKING CREEPY
5/3/25, 2:53 PM - Jackie Samuelson: Others noticed
5/3/25, 2:58 PM - Chris: Eewwww
5/3/25, 2:58 PM - Chris: Glad Liana didn't do anything weird or crazy
5/3/25, 3:18 PM - Jackie Samuelson: So what are you getting Liana for mother's Day
5/3/25, 3:18 PM - Jackie Samuelson: Kidding
5/3/25, 3:18 PM - Jackie Samuelson: Don't beat me
5/3/25, 5:20 PM - Chris: 😂😂😂
5/3/25, 7:09 PM - Jackie Samuelson: She's parading up and down the side walk with Alex on his new bike
5/3/25, 7:15 PM - Chris: Hahha well maybe this experience has taught her to be more appreciative of the little time she gets with her kids now
5/3/25, 7:18 PM - Chris: Aaand she's pounding a redbull, because watching her kids is sooo difficult
5/3/25, 7:24 PM - Jackie Samuelson: So exhausting, 24 hours in.
5/3/25, 7:25 PM - Jackie Samuelson: Had to go to a party, where someone else decorated and delivered and served the food and cleaned up, and the father of the children swam and watched the kids. Unbelievable next

level exhaustion.
5/3/25, 7:27 PM - Chris: Don't worry, she has her "robust support system" out there to help her
5/3/25, 7:27 PM - Chris: 😂😂
5/3/25, 7:28 PM - Chris: Her poor old mom..
5/3/25, 7:32 PM - Jackie Samuelson: Mean girl moment....
5/3/25, 7:32 PM - Jackie Samuelson: She truly had no "friends" at the party
5/3/25, 7:35 PM - Jackie Samuelson: Like, at Aubrey and Tucker's party when shit hit the fan with 30 kids needing to be served pizza and cake, I had 6 friends without asking step in and grab plates and cut and pass and deliver, get kids drunk refills, carry 50+ gifts to my truck, etc.
5/3/25, 7:36 PM - Chris: Yeah that's normal i imagine. Because the parents of all the kids can at least get along and create a good experience for their kids together
5/3/25, 7:36 PM - Chris: But her...... I'm not surprised at all. She really truly is a terrible human being
5/3/25, 7:37 PM - Chris: And others pick up on that and keep their distance
5/3/25, 7:37 PM - Chris: .....except my dumbass 😑
5/3/25, 7:38 PM - Jackie Samuelson: She did yell at her kids for going through your front yard
5/3/25, 7:38 PM - Jackie Samuelson: At least she's respecting that boundary now
5/3/25, 7:39 PM - Jackie Samuelson: I don't recognize the car she's talking to now
5/3/25, 7:39 PM - Chris: Do you know the car she is talking to now?
5/3/25, 7:41 PM - Chris: If i was really petty, i would sit outside in my front lawn right now
5/3/25, 7:42 PM - Jackie Samuelson: I love that we were equally as nosy
5/3/25, 7:42 PM - Chris: hahahha ya
5/3/25, 8:34 PM - Jackie Samuelson: Did they con you into working at the air show this weekend or are you going for spectating?
5/3/25, 8:41 PM - Chris: Hahah nahh they didn't
5/3/25, 8:41 PM - Chris: But I'm helping some friends get through the gate.  Because they bought tickets but don't have anybody with a military id
5/3/25, 8:44 PM - Jackie Samuelson: We're going Friday and having the kids skip school to avoid the craziness of Saturday 😁
5/3/25, 9:06 PM - Chris: That's funny
5/4/25, 8:36 PM - Jackie Samuelson: <Media omitted>
5/4/25, 8:36 PM - Jackie Samuelson: Shocking, her face is buried in a phone
5/4/25, 8:44 PM - Chris: Surprised she's not downing a redbull
5/4/25, 8:45 PM - Chris: I love how everybody knows to watch out for her, document and record her, and not trust her with anything haha
5/4/25, 8:55 PM - Chris: The friend that took that picture knows how crazy Liana is right?
5/4/25, 8:58 PM - Jackie Samuelson: Yes 😁
5/5/25, 10:18 PM - Jackie Samuelson: That weird instagram dude Liana was chatting with showed up on my Facebook reels today

5/5/25, 10:18 PM - Jackie Samuelson: I wonder if she still messages him daily
5/5/25, 10:18 PM - Jackie Samuelson: 🙃
5/5/25, 10:19 PM - Jackie Samuelson: Because she's so special, he only has eyes for her and clearly does try to get other desperate women on the internet to talk to him or send him money
5/6/25, 4:21 AM - Chris: Wait did he ask her for money?? I didn't know that
5/6/25, 7:27 AM - Jackie Samuelson: I **think** that's how you get private videos
5/6/25, 7:43 AM - Chris: that's hilarious
5/6/25, 11:01 AM - Chris: That actually makes a lot of sense, when put in that context
5/6/25, 12:40 PM - Jackie Samuelson: Right? Like why out of nearly 1,000,000 followed would a middle aged, single, soon to be divorced, mother of 3, then pregnant, random woman in Corpus Christi who happened to message him on a thirst trap video of his be sooooo special to catch his eye?
5/6/25, 12:40 PM - Jackie Samuelson: Followers**
5/6/25, 12:47 PM - Chris: Ya makes soo much sense. Plus she has a history of spending money on silly things
5/6/25, 12:48 PM - Chris: That's probably why she tried to brag about that to me haha 😂
5/6/25, 12:48 PM - Chris: She acts like a dumb horny teenager i swear
5/6/25, 3:35 PM - Jackie Samuelson: She's pathetic and needs male validation 24/7. I guarantee she is only entering creepy Casey because she knows he's interested in her
5/6/25, 4:20 PM - Chris: Soo true. I think you have a better read on her than anyone. Like you understand her mind better than i do
5/6/25, 8:52 PM - Jackie Samuelson: I sent this to Devin and now we need younger and cooler eyes on it ...
5/6/25, 8:53 PM - Jackie Samuelson: <Media omitted>
5/6/25, 8:53 PM - Jackie Samuelson: What app is that they are messaging on?
5/6/25, 8:59 PM - Chris: Think that might be Signal
5/6/25, 8:59 PM - Chris: Based on the doodles in the background
5/6/25, 9:00 PM - Chris: Nvm...i think signal has changed since i used it before
5/6/25, 9:01 PM - Chris: It's 100% Telegram app
5/6/25, 9:02 PM - Chris: I'm curious why you recently got more interested in this guy that she's chatting with. Something happen?
5/6/25, 9:56 PM - Jackie Samuelson: Maybe why the bank is frozen?
5/7/25, 9:08 PM - Jackie Samuelson: Liana referred to you and I in a sentence to Devin as "the murderer and his mistress"
5/7/25, 9:09 PM - Chris: 🙄🙄🙄
5/7/25, 9:09 PM - Chris: Hahha ya he told me that also
5/7/25, 9:10 PM - Chris: And Liana is trying to convince Devin that she should still have primary custody of the kids
5/7/25, 9:12 PM - Jackie Samuelson: I told Devin I will be embarrassing Liana next time I see her outside having a neighbor party in the driveway 🤗
5/7/25, 9:12 PM - Jackie Samuelson: I will promptly be walking over to address everything, loudly

5/7/25, 9:13 PM - Jackie Samuelson: And if her mother is there, I'll do it again another day 🤗
5/7/25, 9:13 PM - Chris: You absolutely should
5/7/25, 9:13 PM - Chris: Call her out on her bs
5/7/25, 9:13 PM - Chris: She needs it
5/7/25, 9:13 PM - Jackie Samuelson: I'll gladly talk about the harassment, the abortion, the STD, the police reports, etc
5/7/25, 9:14 PM - Chris: I'll let you know when i see her out there
5/7/25, 10:01 PM - Jackie Samuelson: I'm calling her attorney tomorrow to ruffle feathers 🤗
5/7/25, 10:02 PM - Chris: Hellll yeahhhhh
5/7/25, 10:02 PM - Chris: ruffle some feathers
5/7/25, 10:04 PM - Jackie Samuelson: Likely it won't do anything whatsoever
5/7/25, 10:05 PM - Jackie Samuelson: But, hopefully it'll make a phone call to her occur that'll be like "you need to stop running your mouth about others"
5/7/25, 10:05 PM - Jackie Samuelson: Because I'll use the words defamatory and slanderous
5/7/25, 10:06 PM - Jackie Samuelson: AND if you don't mind...
5/7/25, 10:07 PM - Jackie Samuelson: I will drop my favorite phrase from my years of working in litigation claims...."joint and several" in reference to you, and your pending harassment charges with her
5/7/25, 10:08 PM - Chris: Absolutely use that if it will help
5/7/25, 10:12 PM - Chris: Hopefully her lawyer talking to her will help her stop running her mouth
5/7/25, 10:26 PM - Jackie Samuelson: Nothing from your lawyer?
5/7/25, 10:26 PM - Chris: Nahh nothing yet
5/7/25, 10:26 PM - Chris: Still waiting on toxicology report
5/7/25, 10:27 PM - Jackie Samuelson: Will it get to a point where they will close it if she refuses to send it in?
5/7/25, 10:27 PM - Chris: Yupp
5/7/25, 10:38 PM - Jackie Samuelson: Did they say how long that is?
5/7/25, 10:39 PM - Jackie Samuelson: Anything about your own reports against her?
5/7/25, 10:39 PM - Chris: Nahh nobody has given me a time line to expect for toxicology....
5/7/25, 10:39 PM - Chris: I'm going to call ccpd tomorrow and check the status of my reports on her
5/8/25, 7:11 AM - Jackie Samuelson: Good. I hope she has a less than stellar day 🎉
5/8/25, 7:32 AM - Chris: Liana is soo good at making people hate her haha
5/8/25, 8:13 AM - Jackie Samuelson: I called the attorney and nobody answered, I'm not leaving a voicemail so I'll just keep trying randomly throughout the day
5/8/25, 8:14 AM - Chris: Yeah it's too early in the day for them
5/8/25, 8:15 AM - Chris: I usually got right before lunch time
5/8/25, 12:10 PM - Chris: Any luck contacting her lawyers office?
5/8/25, 12:10 PM - Jackie Samuelson: I left a voicemail with her paralegal
5/8/25, 12:11 PM - Chris: Dang that's not going to get anywhere

5/8/25, 12:20 PM - Chris: My 2 police reports have been assigned to an investigator. I left a voice mail with that investigator
5/8/25, 1:15 PM - Jackie Samuelson: Fantastic
5/8/25, 1:22 PM - Jackie Samuelson: I ended up getting he direct number for her paralegal 😱 I'll try later and see if she actually answers
5/8/25, 1:23 PM - Chris: Now would probably be a good time. She should be back from lunch
5/8/25, 2:26 PM - Jackie Samuelson: I left a voicemail. Didn't give any info. Hopefully I get a call back lol
5/8/25, 2:26 PM - Jackie Samuelson: I'm here to ruin a day today
5/8/25, 2:27 PM - Jackie Samuelson: I am just bamboozled with the murderer and his mistress's retaliation claim now....
5/8/25, 2:28 PM - Jackie Samuelson: I swooped in and started sleeping with you after you got her pregnant? When exactly am I sleeping with you? Is Aaron aware? Are Aaron and you and myself in a throuple?
5/8/25, 2:28 PM - Jackie Samuelson: What exactly is the retaliation?
5/8/25, 2:29 PM - Jackie Samuelson: She's so controlling and micromanaging and manipulative and everything is calculated and planned and thought out and the lies are caked on lies and the stories are planned chapters ahead all the time
5/8/25, 2:30 PM - Jackie Samuelson: Because obviously the younger man wants to take the older divorced woman with the baggage of kids on and live happily ever after.....oh wait....that was her fantasy not mine
5/8/25, 2:35 PM - Jackie Samuelson: SHE IS SO DELUSIONAL I CANNOT COMPREHEND IT
5/8/25, 2:36 PM - Chris: She literally has so much time to come up with wild fantasies. And then practice rehersing her lies over and over
5/8/25, 2:36 PM - Chris: Yaaa i agree
5/8/25, 2:36 PM - Chris: Pretty sure she has Borderline personality disorder
5/8/25, 2:36 PM - Chris: Almost impossible for her to recognize her faults and when she makes mistakes <This message was edited>
5/8/25, 2:37 PM - Chris: Also her being a single child without a father plays a big role on her mindset I'm sure
5/8/25, 2:38 PM - Jackie Samuelson: It took all of my will power to not go bang on her door and have a Liana moment myself with her this morning
5/8/25, 2:38 PM - Jackie Samuelson: I can't give her the satisfaction of that
5/8/25, 2:38 PM - Chris: My lawyer told me today that the info is with the District attorney and they have some text messages that make my character not look good. But he's not worried about that, because she looks wayyyy worse
5/8/25, 2:38 PM - Chris: He didn't tell me we are waiting on toxicology, but I'm pretty sure we still are
5/8/25, 2:39 PM - Chris: He told me they are working to get the District attorney to drop the claims now
5/8/25, 2:39 PM - Jackie Samuelson: You said shitty things, and she said equally as shitty things. A wash if you ask me

5/8/25, 2:39 PM - Jackie Samuelson: But her behavior was next level
5/8/25, 2:40 PM - Chris: I agree, plus my lawyer has said multiple times that it's very clear she was mentally unstable
5/8/25, 2:40 PM - Chris: I hope you pop off on her one of these days. So far you've been allll bark and no bite haha
5/8/25, 2:41 PM - Chris: Obviously don't give her anything she could try to use legally against you. But she needs to feel mooore consequences
5/8/25, 2:41 PM - Jackie Samuelson: My only opportunity to have spoken with her solo was the car ride to the hospital and I wasn't about to drop that ball on you
5/8/25, 2:42 PM - Jackie Samuelson: Any other time I've seen here kids have been around. I will only talk to her on my property so my cameras are rolling away happily and there's zero expectations of privacy on my property
5/8/25, 2:42 PM - Chris: Ya goood point
5/8/25, 2:43 PM - Chris: Hmmm so how do we get her to a position where she's standing on your property and you can lay into her..
5/8/25, 2:44 PM - Jackie Samuelson: When she has the kids this weekend agat
5/8/25, 2:44 PM - Jackie Samuelson: Again
5/8/25, 2:45 PM - Chris: And she takes them for a walk
5/8/25, 2:45 PM - Jackie Samuelson: Unrelated: have you had scorpions in your house this week
5/8/25, 2:45 PM - Jackie Samuelson: I found TWO inside today
5/8/25, 2:46 PM - Jackie Samuelson: The one little asshole charged me like it had a vendetta against me 🦂🔪
5/8/25, 2:46 PM - Chris: Haha nope no scorpions yet
5/8/25, 2:46 PM - Jackie Samuelson: Sprinted clear across the room ready to fight
5/8/25, 2:47 PM - Chris: Haha i have battled some scorpions in my days living in Arizona
5/8/25, 2:47 PM - Chris: But not here yet
5/8/25, 2:48 PM - Jackie Samuelson: One got trapped in my vacuum and now it's thinking about it's poor life choices and the other met my shoe
5/8/25, 2:49 PM - Chris: If you wanna keep them out, you gotta spray the outside of your house
5/8/25, 2:50 PM - Chris: Put some chemicals near the weep holes
5/8/25, 2:54 PM - Jackie Samuelson: Zia and Paul have a bug guy come.. hopefully it's time for him to come back soon 🫠
5/8/25, 2:55 PM - Jackie Samuelson: I am just so perpetually annoyed with Liana and her treatment of others
5/8/25, 2:55 PM - Jackie Samuelson: And I'm not even involved
5/8/25, 2:55 PM - Jackie Samuelson: You're involved
5/8/25, 2:55 PM - Jackie Samuelson: Devin's involved
5/8/25, 2:56 PM - Jackie Samuelson: I'm just floating around like space junk because she dragged me into the orbit
5/8/25, 2:56 PM - Chris: Devin is amazed that she has gone so long and gotten away with doing soooo many

terrible things
5/8/25, 2:57 PM - Jackie Samuelson: I told him I was going to call and tell her lawyer what a shitbag liar she's being and he was thrilled
5/8/25, 2:57 PM - Jackie Samuelson: Because..... accountability
5/8/25, 2:58 PM - Jackie Samuelson: She never gets consequences
5/8/25, 2:58 PM - Chris: Yaa and she absolutely needs to! Especially for the illegal things she's done
5/8/25, 2:59 PM - Jackie Samuelson: I sincerely hope she has to leave the house and sell it
5/8/25, 3:00 PM - Chris: Me too
5/8/25, 3:00 PM - Chris: Get her out of here!!
5/8/25, 3:00 PM - Chris: She can go live with her mom haha
5/8/25, 4:20 PM - Chris: Does that lady know about crazy lady?
5/8/25, 5:23 PM - Jackie Samuelson: Now Jenny does
5/8/25, 5:23 PM - Jackie Samuelson: She knows everything
5/8/25, 5:55 PM - Jackie Samuelson: My world tour is now beginning 😱
5/8/25, 6:19 PM - Chris: Let's goo
5/8/25, 6:20 PM - Chris: Let the whole neighborhood know
5/8/25, 6:20 PM - Chris: Liana has to come up with outlandish wild lies. You just tell people the truth about her and that's bad enough
5/8/25, 6:20 PM - Jackie Samuelson: Andrea is next (pregnant lady across the street with the two little kids) and the French husband
5/8/25, 6:21 PM - Chris: Lets gooo
5/8/25, 6:21 PM - Chris: Pretty sure those are the 2 families Liana tried calling first the night she miscarried
5/8/25, 6:23 PM - Jackie Samuelson: I can't think of anyone else either
5/8/25, 6:24 PM - Jackie Samuelson: The attorney office didn't call me back, so I'm contemplating emailing him directly about her harassment of me
5/8/25, 6:24 PM - Chris: What did Andrea think or say after you shared with her?
5/8/25, 6:24 PM - Chris: That's annoying
5/8/25, 6:24 PM - Jackie Samuelson: And I need to make sure it is written perfectly because I know he'll send it to her 😆
5/8/25, 6:25 PM - Jackie Samuelson: Jenny is the one who was here, I didn't see Andrea. Jenny already had a feeling Liana was slightly crazy. I just confirmed it all
5/8/25, 6:26 PM - Chris: So she wasn't that surprised then?
5/8/25, 7:00 PM - Jackie Samuelson: Not one bit
5/8/25, 7:00 PM - Chris: hahahah
5/9/25, 7:40 AM - Jackie Samuelson: You going to the airshow today
5/9/25, 7:40 AM - Chris: Yupp
5/9/25, 7:40 AM - Chris: Are you

5/9/25, 7:43 AM - Jackie Samuelson: We are
5/9/25, 7:43 AM - Jackie Samuelson: Probably just showing up at 10 and hoping for the best
5/9/25, 7:43 AM - Jackie Samuelson: 🫠
5/9/25, 7:43 AM - Chris: You wanna see the schedule for the airshow
5/9/25, 7:44 AM - Chris: <Media omitted>
5/9/25, 7:45 AM - Chris: Opening ceremonies start at 1115
5/9/25, 1:22 PM - Jackie Samuelson: <Media omitted>
5/9/25, 1:23 PM - Chris: Hahha that's me!
5/9/25, 8:31 PM - Jackie Samuelson: <Media omitted>
5/9/25, 8:33 PM - Chris: Hahhahah
5/9/25, 8:33 PM - Chris: Liana already tried to baby trap one pilot
5/9/25, 8:39 PM - Chris: I thought the airshow was great today. How was it for yall?
5/9/25, 10:05 PM - Jackie Samuelson: It was awesome. The kids loved it. They were troopers. We got there at 9:30 and stayed until the end
5/9/25, 10:06 PM - Chris: That's a very looooong day
5/10/25, 11:56 AM - Chris: Do you think there is a way we could ask or find out if Liana got her toxicology report back?
5/10/25, 1:21 PM - Jackie Samuelson: I can ask Allison to ask her somehow without being obvious
5/10/25, 1:22 PM - Chris: Yeah I'm trying to think of any other way i could find out
5/10/25, 1:22 PM - Chris: That would be helpful
5/10/25, 1:22 PM - Chris: Also i recently thought of a way Liana really could've fked with me....
5/10/25, 1:23 PM - Chris: If she had taken some of her own Xanax and then told the police i drugged her with Xanax...It would show up on drug reports I'm sure
5/10/25, 1:24 PM - Chris: If she basically drugged herself and then told police it was me.. then what could i even do about that..
5/10/25, 2:25 PM - Jackie Samuelson: Thankfully she didn't say anything like that
5/11/25, 7:39 PM - Jackie Samuelson: Did you hear her newest bullshit that she was asking Devin for $50/week for groceries still..... despite him having the kids for 5 days a week?
5/11/25, 7:56 PM - Chris: Haha yeah he told me
5/11/25, 7:57 PM - Chris: And she still went to the carnival a 2nd time even though she says she is sooo strapped for money
5/11/25, 7:57 PM - Chris: She borrowed money from her mom for money
5/11/25, 8:25 PM - Chris: She makes $100k... allegedly. So i don't know where the money goes
5/12/25, 8:22 AM - Jackie Samuelson: She literally spends $50-60/pair on her kids matching jammies
5/12/25, 8:23 AM - Jackie Samuelson: Meanwhile, I'm a normal mother and shop the clearance rack at the end of a holiday for next year's sizes for $3 a pair instead 😆
5/12/25, 8:27 AM - Chris: Yeahhh she wants to act like she's always a victim of circumstance, so that others will treat her nicer and she wants the benefits of that. And she also wants to reap the benefits of buying

expensive things and using other people's money
5/12/25, 8:28 AM - Chris: Yet she's "super responsible"
5/12/25, 8:28 AM - Chris: Did you ever hear back from her lawyers office?
5/12/25, 8:49 AM - Jackie Samuelson: No, I'll call again and leave a very detailed voicemail today that I'll let them know they can certainly relay to her if they'd like to
5/12/25, 8:50 AM - Jackie Samuelson: Im sure they would anyway for due diligence
5/12/25, 8:57 AM - Chris: Sounds good
5/12/25, 8:57 AM - Chris: I still haven't heard from the investigator on my 2 cases
5/12/25, 9:48 AM - Chris: Do you know if tamucc is on summer break now?
5/12/25, 9:48 AM - Chris: Because crazy lady is not working today. She was waiting for me out front of her place and took a video of me driving away today
5/12/25, 9:49 AM - Jackie Samuelson: Not yet I don't think
5/12/25, 9:49 AM - Jackie Samuelson: That's harassment-ish if you ask me
5/12/25, 9:50 AM - Jackie Samuelson: I'd report that to your lawyer
5/12/25, 9:50 AM - Jackie Samuelson: What time did you leave
5/12/25, 9:50 AM - Jackie Samuelson: I left an hour or so ago and saw her car there, I wonder if she video taped me too lol
5/12/25, 9:51 AM - Jackie Samuelson: But, I went to the gym so at least there's video and digital proof of me there in the event I ever need to justify my actions to anyone for any reason 🤷‍♀
5/12/25, 9:53 AM - Chris: I left around 9:45am today if you wanna check your camera
5/12/25, 9:55 AM - Jackie Samuelson: I wonder what she's trying to do now
5/12/25, 9:55 AM - Jackie Samuelson: 🙄
5/12/25, 9:56 AM - Chris: Saaame
5/12/25, 9:56 AM - Chris: I wonder if she gotten tabernacle off the work schedule
5/12/25, 9:57 AM - Chris: Or maybe she doesn't need to work because it's finals week or something
5/12/25, 10:01 AM - Chris: Just looked it up, tamucc is on finals week. So she doesn't have much to do for work now
5/12/25, 10:01 AM - Chris: Lots of free time Liana is extra creepy
5/12/25, 12:18 PM - Jackie Samuelson: Neighbor favor needed
5/12/25, 12:18 PM - Jackie Samuelson: Do you have any toilet paper or paper towel tubes I can have 😃
5/12/25, 12:18 PM - Jackie Samuelson: Aubrey needs them for science experiments for school next week
5/12/25, 12:20 PM - Chris: <Media omitted>
5/12/25, 12:20 PM - Chris: I literally have 1
5/12/25, 12:21 PM - Jackie Samuelson: I'll take it 😃
5/12/25, 12:21 PM - Chris: well 1 that isn't crushed or nasty asf
5/12/25, 12:21 PM - Jackie Samuelson: I just dug some out of my recycling lol
5/12/25, 12:21 PM - Chris: lol
5/12/25, 12:21 PM - Chris: want me to meet you front of your place?

5/12/25, 12:21 PM - Jackie Samuelson: I'll walk over
5/12/25, 1:59 PM - Jackie Samuelson: Devin said she's not teaching again until June session
5/12/25, 1:59 PM - Jackie Samuelson: Be prepared for lots of time on her hands Liana
5/12/25, 1:59 PM - Jackie Samuelson: Now let's pray you're gone by then
5/12/25, 2:00 PM - Chris: Ok that's good to know
5/12/25, 2:02 PM - Chris: I finished flight school by the way!
5/12/25, 2:03 PM - Chris: Just waiting to be allowed to Wing officially now
5/12/25, 2:03 PM - Jackie Samuelson: Woooohoooooo 👏
5/12/25, 2:04 PM - Jackie Samuelson: So once the police drama is over with her? Is it as simple as winging and waiting for orders and hitting the road within a few weeks of that?
5/12/25, 2:05 PM - Chris: I think what should happen is the police close things out, then NCIS closes things out, and then I'm allowed to wing
5/12/25, 2:05 PM - Chris: And then leaving probably a month after that
5/12/25, 2:24 PM - Jackie Samuelson: I'd be bugging your attorney every few days to call the detective about closing out the case . No report....no case?
5/12/25, 2:25 PM - Chris: Truue. I'll bug them to bug the County Attorney
5/12/25, 2:29 PM - Jackie Samuelson: What did you do when you saw her video taping you
5/12/25, 2:29 PM - Jackie Samuelson: I would have had my moment of "why are you recording me? That's strange."
5/12/25, 2:30 PM - Chris: She only video taped me as i was driving away from her.  I had to look back at her and keep driving
5/12/25, 2:30 PM - Jackie Samuelson: Tracking your comings and goings, stalker.
5/12/25, 2:31 PM - Chris: I had to sign an NCO (no communication order) with the military about her
5/12/25, 2:31 PM - Chris: So I'm not supposed to communicate with her. If i do, then i can get in trouble
5/12/25, 2:31 PM - Jackie Samuelson: I'd have your phone on standby at ALL times so if she approaches you you can record immediately to cover your ass
5/12/25, 2:31 PM - Chris: The NCO expires on the 16th
5/12/25, 2:32 PM - Chris: Yea good point
5/12/25, 2:49 PM - Jackie Samuelson: She just makes me nervous all around
5/12/25, 3:37 PM - Jackie Samuelson: Allison said she hasn't mentioned toxicology report at all to her
5/12/25, 4:18 PM - Chris: Does Liana still mention me and our situation to Allison?
5/12/25, 4:23 PM - Jackie Samuelson: No, she's moved on to Devin and what a piece of shit deadbeat dad he is for not sending $50 when she has the kids 2 days and he has them 5 days a week
5/12/25, 4:23 PM - Jackie Samuelson: Last mention was basically once the TRO went through that it was retaliation from you and me, your mistress
5/12/25, 4:24 PM - Jackie Samuelson: And at that point she did name me to Allison
5/12/25, 4:26 PM - Jackie Samuelson: Devin should have said yes, I'll send you $50 for 2 days, but only when you send me $125 for 5 days

5/12/25, 4:27 PM - Chris: He should've asked Liana to pay him back for $150 she charged on his card for her Amazon prime movies hahah
5/12/25, 4:27 PM - Chris: That is sooo many movies she bought on his card
5/12/25, 4:29 PM - Chris: Does Allison have a favorite restaurant? Feel like we should get her a gift card for putting up with Liana for soo long
5/12/25, 4:31 PM - Jackie Samuelson: I forgot she was charging his account for movies 😆
5/12/25, 4:39 PM - Chris: That's a loooot of movies hahha
5/13/25, 10:50 PM - Jackie Samuelson: I realized why she might have been recording you...
5/13/25, 10:50 PM - Jackie Samuelson: Maybe she got word you called her boss
5/14/25, 6:06 AM - Chris: Why would that make her decide to record me??
5/14/25, 6:08 AM - Jackie Samuelson: Being dramatic
5/14/25, 6:10 AM - Chris: I would've thought that her boss and HR would've contacted her the same day i messaged them about it
5/14/25, 8:16 AM - Jackie Samuelson: Sure is a shame that my truck alarm is going to malfunction frequently when people are sleeping
5/14/25, 8:16 AM - Jackie Samuelson: 🤔
5/14/25, 8:16 AM - Jackie Samuelson: Funny how that happens from time to time
5/14/25, 8:17 AM - Jackie Samuelson: Also, didn't realize you were outside 😆
5/14/25, 8:17 AM - Chris: hahah ya that was Jenny's husband i think alarm went off
5/14/25, 8:17 AM - Chris: Very cool tree swing by the way.  Love that
5/14/25, 8:24 AM - Jackie Samuelson: Oh no, it was mine
5/14/25, 8:24 AM - Jackie Samuelson: Devin said Liana was texting him at like 4am so she is sleeping now probably
5/14/25, 8:25 AM - Jackie Samuelson: And somehow my truck alarm just decided to.....go off. All by itself. Shocking.
5/14/25, 8:26 AM - Chris: Danggg i should've taken the weed whacker out today
5/14/25, 8:26 AM - Jackie Samuelson: I think I will just be slightly menacing from now on
5/14/25, 8:26 AM - Jackie Samuelson: Jussssst enough of an inconvenience
5/14/25, 8:26 AM - Chris: I'm allll for it
5/14/25, 8:27 AM - Chris: I'll help too
5/14/25, 8:28 AM - Jackie Samuelson: Your AC might need tuning up with a wrench some morning if it goes out? lots of loud clanking usually gets it going 😆
5/14/25, 8:28 AM - Jackie Samuelson: The house surely could be pressure washed at 8am lol
5/14/25, 8:29 AM - Jackie Samuelson: 7:01am on a Sunday is acceptable according to city ordinance
5/14/25, 8:29 AM - Jackie Samuelson: So I've heard
5/14/25, 8:31 AM - Jackie Samuelson: You could always open an Etsy shop and make scrabble tiles that you need to saw as well everytime someone is outside in the neighborhood, could be anyone, nobody specifically 😆

5/14/25, 8:32 AM - Chris: I'll open and close by trash cans excessively loud in the morning hahaha
5/14/25, 8:32 AM - Jackie Samuelson: And I'm so dang proud of the swing. Sometimes I can do cool things. But the ropes, that's all Aaron and his boy scout glory lol
5/14/25, 8:33 AM - Chris: Tree swing is such a childhood core memory
5/14/25, 8:33 AM - Chris: Very cool
5/14/25, 5:19 PM - Jackie Samuelson: I am stirring the pot
5/14/25, 5:19 PM - Jackie Samuelson: But not naming names
5/14/25, 5:19 PM - Chris: I approve. Whatever it is
5/14/25, 5:20 PM - Chris: Let me know if i can help
5/14/25, 5:20 PM - Jackie Samuelson: <Media omitted>
5/14/25, 5:20 PM - Jackie Samuelson: Shared a funny video I saw online about how nobody spreads lies faster than someone who's scared about someone who knows the truth
5/14/25, 5:21 PM - Jackie Samuelson: She's not named, so I'm not harassing or bullying or being her favorite descriptive word...   abusive 🤗
5/14/25, 5:22 PM - Jackie Samuelson: But it's very obvious to those who know both of us that this is about her 😆
5/14/25, 5:22 PM - Chris: Love it
5/14/25, 5:22 PM - Chris: You still friends with her on FB?
5/14/25, 5:26 PM - Jackie Samuelson: Oh gosh no
5/14/25, 5:26 PM - Jackie Samuelson: She got booted the day we talked when I was bringing the kids to the beach on spring break 😆
5/14/25, 5:27 PM - Jackie Samuelson: I came home, took screenshots of what I needed to of her family members and blocked her and them too
5/14/25, 5:28 PM - Chris: Smart
5/14/25, 7:23 PM - Chris: Any chance your video camera can see into Liana's drive way??
5/14/25, 7:24 PM - Chris: Because my lawyer is asking me if i have proof that she video recorded me leaving my driveway
5/14/25, 7:24 PM - Chris: Or if you could get screenshots from the neighbors of Liana spreading lies about me and you. Then i can send that to my lawyer
5/14/25, 7:40 PM - Jackie Samuelson: It didn't record her recording you 🥺
5/14/25, 7:41 PM - Chris: Dangit
5/14/25, 8:07 PM - Jackie Samuelson: What are your lawyers working on? Showing her further harassment?
5/14/25, 8:08 PM - Chris: Yuppp
5/14/25, 8:08 PM - Jackie Samuelson: Good
5/14/25, 8:08 PM - Chris: I told them she's been spreading lies about me, flipped me off, and recorded me leaving my driveway
5/14/25, 8:09 PM - Jackie Samuelson: She needs to be held accountable for something sometime
5/14/25, 8:09 PM - Chris: Yeaa that's how Devin feels

5/14/25, 8:09 PM - Jackie Samuelson: They can verify easily with the amicus attorney since she flat out told her
5/14/25, 8:12 PM - Chris: Yeah i texted Mel and asked her
5/14/25, 8:12 PM - Chris: Waiting to hear back
5/14/25, 8:36 PM - Jackie Samuelson: What'd you say? 😀
5/14/25, 8:38 PM - Chris: Good evening Mrs. Madrigal,
Sorry to reach out to you so late. Did Liana ever lie to you and say that I was having an affair with Jackie?
5/14/25, 8:38 PM - Chris: I ask because my lawyer is asking me to prove that. If i have screenshots of that
5/15/25, 10:33 AM - Jackie Samuelson: Did she get back
5/15/25, 10:33 AM - Jackie Samuelson: I'll probably see our favorite human at the kids school picnic in an hour
5/15/25, 10:34 AM - Jackie Samuelson: I fully intend on glaring at her and making her feel awkward
5/15/25, 10:34 AM - Chris: She's lucky that she's even allowed to attend that
5/15/25, 10:35 AM - Chris: Especially when it's not even her day to have the kids
5/15/25, 10:35 AM - Chris: Devin was telling me something like custody orders might change again after the May 29th legal meeting
5/15/25, 10:37 AM - Jackie Samuelson: She is allowed to do school events but can't bring them home with her
5/15/25, 10:38 AM - Jackie Samuelson: I hope custody doesn't change for their sake
5/15/25, 10:38 AM - Chris: Me too
5/15/25, 10:38 AM - Chris: She 110% should be paying him
5/15/25, 10:39 AM - Chris: I'm curious to hear from Devin after that legal meeting
5/15/25, 10:45 AM - Jackie Samuelson: Did Mel text you back
5/15/25, 10:48 AM - Chris: Yes. She didn't find any text messages where Liana said those things only verbally.
5/15/25, 10:48 AM - Chris: Mel said she'll check her emails also 🤷‍♂
5/15/25, 10:49 AM - Chris: "She did not text me that, she verbally told me. I will review the voluminous emails I received as well "
5/15/25, 10:49 AM - Chris: I laughed at that one
5/15/25, 10:50 AM - Jackie Samuelson: She doesn't hide her dislike towards her one bit
5/15/25, 10:51 AM - Jackie Samuelson: She told me it was a verbal statement...but that was a few days after we both spoke with Mel, so maybe she bombarded Mel with messages or emails from that day 😳
5/15/25, 10:51 AM - Jackie Samuelson: Verbal defamation still is a no no
5/15/25, 10:54 AM - Jackie Samuelson: Has your lawyer flat out asked the detective how long they'll give Liana to turn over the results before closing the case out? If the results aren't available.....the hospital SHOULD be providing a written statement to someone saying "the results will take ## to ## weeks to come back" so that way there is a definitive end date
5/15/25, 10:54 AM - Chris: Ya but how do you prove it??.....

5/15/25, 10:55 AM - Chris: The investigator turned over all his findings to the District Attorney. So now it's up to the DA whether to pursue charges or close it out.
5/15/25, 10:55 AM - Jackie Samuelson: You'd think a judge's word would be enough. It's not your word, it's not mine, therefore it's not hearsay.
5/15/25, 10:55 AM - Chris: True
5/15/25, 10:55 AM - Jackie Samuelson: Well there we go .....hurry it up DA!!!
5/15/25, 10:55 AM - Jackie Samuelson: Hopefully it's quick
5/15/25, 10:56 AM - Chris: My lawyer told me that my case is not near the front of the line yet with the DA. So we are simply waiting 🤷‍♂🤷‍♂
5/15/25, 10:56 AM - Chris: He did say that time is my friend though
5/15/25, 10:56 AM - Jackie Samuelson: When was it turned over?
5/15/25, 10:57 AM - Chris: Don't know exactly, a couple weeks ago
5/15/25, 10:57 AM - Chris: We can still add evidence to my file though. For example; if i can get proof of her harassing me
5/15/25, 10:58 AM - Jackie Samuelson: Maybe if you spend more time outside when she has the kids she'll be more likely to bother you
5/15/25, 10:59 AM - Jackie Samuelson: She'll have the kids tonight, she's picking them up at 6, likely home by 6:20
5/15/25, 11:00 AM - Chris: Mm thank you
5/15/25, 11:00 AM - Jackie Samuelson: She'll have them this weekend too again
5/15/25, 11:00 AM - Jackie Samuelson: The more you're around, the more likely she'll lose her cool
5/15/25, 11:00 AM - Chris: <Media omitted>
5/15/25, 11:00 AM - Jackie Samuelson: Just have your phone handy
5/15/25, 11:01 AM - Chris: I'm going to whack some weeds early tomorrow morning
5/15/25, 11:01 AM - Jackie Samuelson: Allison said she's focused on Devin right now, not you.
5/15/25, 11:02 AM - Jackie Samuelson: But once whatever the DA makes a decision, I'm sure it'll switch back to you
5/15/25, 11:02 AM - Jackie Samuelson: And then back to me
5/15/25, 11:02 AM - Jackie Samuelson: And when you start to pack up to move she'll get real ugly towards both of us probably
5/15/25, 11:02 AM - Chris: <Media omitted>
5/15/25, 11:03 AM - Jackie Samuelson: ESPECIALLY if the DA drops everything she'll cry for a pity party for herself publicly
5/15/25, 11:05 AM - Chris: <Media omitted>
5/15/25, 1:06 PM - Jackie Samuelson: She did stand near me and opened her mouth like she was going to talk to me when I was talking to Allison, so I turned my back before she could speak
5/15/25, 1:07 PM - Jackie Samuelson: Not today Satan, not today
5/15/25, 1:08 PM - Chris: Haha hell yeahhhhhh

5/15/25, 1:08 PM - Chris: Great move
5/15/25, 1:08 PM - Chris: What did she do after you showed your back to her??
5/15/25, 1:15 PM - Jackie Samuelson: Stood there like a dog with her tail between her legs
5/15/25, 1:15 PM - Jackie Samuelson: Another friend who's a teacher witnessed it all and was snickering from the side
5/15/25, 1:16 PM - Jackie Samuelson: She waited until I walked away and then went up to talk to Allison. Saw her go up out of the corner of my eye.
5/15/25, 1:21 PM - Chris: That must've felt really good
5/15/25, 1:22 PM - Chris: I'm a little jealous of you. I'm still waiting for my moment of putting Liana in her place
5/15/25, 1:30 PM - Jackie Samuelson: I'll have another opportunity at the awards ceremony next week at school too
5/15/25, 1:31 PM - Jackie Samuelson: I am ALL about making her feel two inches tall in public
5/15/25, 1:31 PM - Jackie Samuelson: I did have a Ms. Social Butterfly Mom moment as she was standing there and it was funny. I literally ran into at least 15 friends right in front of her
5/15/25, 1:32 PM - Jackie Samuelson: Keep talking shit lady, it's not working. I actually have made friends. And somehow..... I've only been here a year. You've lived here 9 years
5/15/25, 1:32 PM - Jackie Samuelson: I told Devin I hope I see a for sale sign up on that lawn by July 1
5/15/25, 1:32 PM - Chris: I love how you are able to get at her in such a different way than me or Devin ever could
5/15/25, 1:33 PM - Jackie Samuelson: I don't know if she can afford the house without the 3.25% interest rate of his
5/15/25, 1:33 PM - Jackie Samuelson: Her income to debt ratio probably sucks because of her student loan debt
5/15/25, 1:34 PM - Chris: I kinda wish i had some money saved up right now. Because i would 100% talk with Devin about me just taking over his VA loan
5/15/25, 1:34 PM - Chris: I'm pretty that's doable
5/15/25, 1:34 PM - Chris: Supposedly she got $100k of student forgiven around the beginning of the year 🤷‍♂
5/15/25, 1:34 PM - Chris: But im not sure i trust her
5/15/25, 1:34 PM - Jackie Samuelson: Wouldn't that just be the cherry on top lol
5/15/25, 1:35 PM - Jackie Samuelson: I wish I was irresponsible and didn't pay my debts off. But no, my dumb ass paid off all $80,000 before I turned 30. LAME
5/15/25, 1:36 PM - Chris: Dangggg that's impressive
5/15/25, 1:38 PM - Chris: A VA Loan assumption is what it's called. Your family could do that if you wanted
5/15/25, 1:38 PM - Chris: I think it would be a steal to get that house at such a low rate
5/15/25, 1:38 PM - Jackie Samuelson: My friends picked on me for moving back home after college...I was living the dream, making all the money, paying off the loans, mom was making me meatloaf and my dad was doing my laundry lol and then I got married. Boom

5/15/25, 1:39 PM - Jackie Samuelson: We used up all the VA entitlement leftovers when we bought our CA house as our 2nd VA loan as a Tier 2. That house was 900k 🤢🤮
5/15/25, 1:40 PM - Jackie Samuelson: When it's time to sell that house, someone will be thrilled to do an assumption to get our rate on it
5/15/25, 1:40 PM - Chris: Ya the VA Loan assumption is a very cool tool
5/15/25, 1:41 PM - Jackie Samuelson: We have 3 houses left, sold out 4th late last summer
5/15/25, 1:41 PM - Chris: Very cool! That's pretty much exactly what i wanna do someday
5/15/25, 1:41 PM - Chris: You guys are ahead of me right now. But doing the same thing
5/15/25, 5:33 PM - Jackie Samuelson: Are you by chance getting texts from random numbers today?
5/15/25, 5:33 PM - Jackie Samuelson: Devin and myself both did today, but from different numbers / area codes
5/15/25, 5:33 PM - Jackie Samuelson: Seems.... coincidental if you ask me
5/15/25, 5:34 PM - Jackie Samuelson: Maybe I'm wearing a tinfoil hat 🤷‍♀️😆
5/15/25, 5:38 PM - Chris: I have not gotten any random texts today
5/15/25, 5:39 PM - Chris: That's weird.....
5/16/25, 11:31 AM - Jackie Samuelson: So if the DA has everything does that mean they aren't waiting for the toxicology report?
5/16/25, 11:32 AM - Jackie Samuelson: Or did she refuse to give it?
5/16/25, 11:41 AM - Chris: Mmm I'm not sure. I think they are waiting for the toxicology report, but I'm not sure
5/16/25, 11:42 AM - Chris: I have to wait for an available prosecutor to even look at my case. After they look at it, then they can decide to close it or press charges
5/16/25, 12:08 PM - Jackie Samuelson: Got it. That's so frustrating.
5/16/25, 12:10 PM - Chris: <Media omitted>
5/16/25, 12:14 PM - Jackie Samuelson: Could you call the hospital and play stupid and ask if a toxicology report was sent out on 4/6 how long would it take to get back? DON'T give your name and call from private (you do that by dialing *67 and then 1 (area code) then the full number)
5/16/25, 12:17 PM - Chris: <Media omitted>
5/16/25, 7:13 PM - Chris: FYI the mosquitos are extra deadly in the mornings hahah
5/16/25, 7:13 PM - Chris: They crushed me this morning when i tried to whack some weeds
5/17/25, 6:58 AM - Jackie Samuelson: Tucker went out to water his cucumber seedlings this morning and came in with at least 5 bites. Poor guy 😆
5/17/25, 7:07 AM - Chris: Poor guy, ya the mosquitos are vicious right now
5/17/25, 9:16 AM - Jackie Samuelson: Did Devin text you that Alex's teacher brought up concerns about liana's behavior with Alex at the picnic after I messaged him about her carrying Alex around like a baby at the picnic? 😆
5/17/25, 9:17 AM - Chris: Hahhahah that's hilarious
5/17/25, 9:18 AM - Chris: I hope he documented that and brings that up in their next legal meeting

5/17/25, 9:19 AM - Jackie Samuelson: Basically she said she babies him, it's alarming, his behavior is different when Liana is around, the teacher appreciates the independence Alex is showing since Devin has had him, etc, Liana was "visibility upset" to hear how well Alex has been doing at school
5/17/25, 9:20 AM - Jackie Samuelson: She truly is trying to keep him like a baby between the bottles, putting him in diapers for the less than 2 hours he's with her, crib, breastfeeding still, carrying him, putting him in the stroller
5/17/25, 9:20 AM - Jackie Samuelson: I told Devin to get the teacher to write a letter for court
5/17/25, 9:22 AM - Chris: Crazyyyy it's almost like the same thing we alllll have been saying this whole time
5/17/25, 9:23 AM - Chris: Every part of Liana's life is falling apart. I love it
5/17/25, 9:23 AM - Chris: She's being told that she's not even a good parent
5/17/25, 9:23 AM - Chris: That must've felt good for Devin to hear
5/17/25, 9:26 AM - Jackie Samuelson: Absolutely
5/17/25, 9:26 AM - Jackie Samuelson: Teacher was worried about her showing up for Field Day at school and ruining it for him
5/17/25, 9:28 AM - Chris: Sounds like a smart observant teacher
5/17/25, 9:29 AM - Chris: Devin seriously needs to document that
5/17/25, 9:29 AM - Chris: I'm learning just how important it is to document things you would like to bring up legally later
5/17/25, 9:29 AM - Jackie Samuelson: Isn't that just.....sad?
5/17/25, 9:30 AM - Jackie Samuelson: Others are noticing and concerned that she's going to ruin his fun at field day
5/17/25, 9:30 AM - Jackie Samuelson: Like, a childhood core memory of a potato sack race ruined because of your crazy mother trying to carry you
5/17/25, 9:31 AM - Jackie Samuelson: Pulling you to the size of a fun run to wipe your nose and force you to eat an applesauce pouch 😀
5/17/25, 9:33 AM - Chris: Yaa it really is sad and belittling for him as a kid
5/17/25, 9:33 AM - Chris: Liana has no idea that she is actually creating allll the things that caused her trauma growing up.
5/17/25, 9:34 AM - Chris: The way she treats her son is another example of how she has Daddy issues and doesn't know how to raise a man
5/17/25, 9:35 AM - Chris: She wants to raise a man child, which would probably cause the same trauma she went through to someone unlucky girl that ends up with Alex the man child
5/17/25, 9:36 AM - Chris: Once again she's creating her own problems and ruining her own life
5/17/25, 9:36 AM - Chris: She can't help herself...
5/17/25, 9:36 AM - Jackie Samuelson: Thrives off the drama
5/17/25, 9:37 AM - Chris: Yeah she creates negativity... and she only knows how to bring others Down...
5/17/25, 9:38 AM - Chris: She has no idea how to bring others Up, make others better or more confident

5/17/25, 9:38 AM - Chris: She's like a cancer on society
5/17/25, 9:39 AM - Chris: She gives nothing. She only takes
5/17/25, 9:39 AM - Jackie Samuelson: I have two birthday parties this weekend..... today's party is a teacher's son, sure would be a shame if she found out about Liana 🤗
5/17/25, 9:39 AM - Chris: Love it!!
5/17/25, 9:40 AM - Chris: Spread the truth about Liana
5/17/25, 9:40 AM - Jackie Samuelson: When I said I was on a warpath, I meant it
5/17/25, 9:40 AM - Jackie Samuelson: She doesn't get to fucking trash  people's names and get away with it
5/17/25, 9:40 AM - Jackie Samuelson: Guess who used to get bullied in school and never stood up for herself?
5/17/25, 9:41 AM - Jackie Samuelson: Guess who's an adult now and understands how to stand up for herself now?
5/17/25, 9:41 AM - Chris: Yeah you should be! Fortunately you have a cool husband that isn't bothered by Liana. But her lies about you could have seriously affected your whole family.....
5/17/25, 9:42 AM - Jackie Samuelson: Yup. If Aaron was a different man....her lies could've went s different way and ruined a 20 year relationship
5/17/25, 9:43 AM - Jackie Samuelson: I know this teacher, Tucker is friends with her son, I'm friends with Victoria. She's sort of figured out some of the situation from reading between the lines but now she wants the details lol
5/17/25, 9:44 AM - Chris: I hope that whole school learns the truth about crazy  Liana
5/18/25, 11:59 AM - Jackie Samuelson: Casey was at the birthday party I was at yesterday....
5/18/25, 11:59 AM - Jackie Samuelson: Didn't have a chance to stir the pot because he was a stage five clinger with Victoria and the other parents the entire time
5/18/25, 11:59 AM - Jackie Samuelson: He was actually..... nice to me
5/18/25, 11:59 AM - Jackie Samuelson: It was VERY strange
5/18/25, 11:59 AM - Jackie Samuelson: He knows who I am
5/18/25, 12:00 PM - Jackie Samuelson: He wasn't on his phone once. I figured he'd be frantically texting her back and forth to gossip about me
5/18/25, 12:00 PM - Jackie Samuelson: So now I'm wondering if they don't talk whatsoever. Because he hasn't been around at all. And I didn't see them talk at all at her kids party either
5/18/25, 12:02 PM - Chris: Hmmmmm 🤔
5/18/25, 12:02 PM - Chris: Sounds like a widow of opportunity to me
5/18/25, 12:18 PM - Jackie Samuelson: If I don't see him talking to her at the awards ceremony at school this week I will ABSOLUTELY approach him and ask him what is going on
5/18/25, 12:18 PM - Jackie Samuelson: And be beyond nosey
5/18/25, 12:18 PM - Jackie Samuelson: I'll be like "did you guys break up?"
5/18/25, 12:18 PM - Jackie Samuelson: And see what his facial expression is
5/18/25, 12:19 PM - Chris: Hahah and maybe he's mad at her for some reason. Maybe he could be friendly with us and share whatever info he has on her

5/18/25, 12:19 PM - Jackie Samuelson: And play stupid "oooooh. I thought you two were dating!! I stepped away from the friendship when she got out of line with Chris and started getting obsessed and making accusations against him and then I saw you come around and assumed you were dating and stepping up to help with the pregnancy"
5/18/25, 12:21 PM - Jackie Samuelson: I can absolutely work the I'm so confused and lost angle on this one with the following depending on where he goes with his answer "and then she started making freaking wild accusations against ME and that really was the end of it"
5/18/25, 12:28 PM - Chris: That could work out well. Maybe he has some good info on her. Probably not though..... he seems like a complete simp
5/18/25, 12:28 PM - Chris: Worth a try
5/18/25, 1:27 PM - Jackie Samuelson: CHRIS
5/18/25, 1:27 PM - Jackie Samuelson: 🚨🚨🚨🚨
5/18/25, 1:28 PM - Jackie Samuelson: Liana is a fucking stalker
5/18/25, 1:28 PM - Chris: What??
5/18/25, 1:28 PM - Jackie Samuelson: She knows you got a job as a tennis coach somehow
5/18/25, 1:29 PM - Jackie Samuelson: I am playing stupid with my conversation with Allison
5/18/25, 1:29 PM - Jackie Samuelson: <Media omitted>
5/18/25, 1:29 PM - Chris: ya that's weird
5/18/25, 1:29 PM - Chris: Not sure how Liana found out
5/18/25, 1:30 PM - Jackie Samuelson: Where are you coaching?
5/18/25, 1:30 PM - Jackie Samuelson: Are you on their website or something?
5/18/25, 1:30 PM - Chris: I'm coaching at the HEB tennis center down town
5/18/25, 1:31 PM - Chris: They do send out a mass email to drum up business
5/18/25, 1:31 PM - Jackie Samuelson: To who though?
5/18/25, 1:32 PM - Chris: I'll ask
5/18/25, 1:33 PM - Jackie Samuelson: This is next level creepy
5/18/25, 1:33 PM - Chris: I'm not surprised.....
5/18/25, 1:33 PM - Chris: Don't really care. Not much Liana can do with that info
5/18/25, 1:33 PM - Chris: Would be nice to know how she found that out about me..
5/18/25, 1:34 PM - Jackie Samuelson: I'll let you know if I find that one out
5/18/25, 1:34 PM - Jackie Samuelson: She is just....
5/18/25, 1:34 PM - Jackie Samuelson: Something
5/18/25, 1:35 PM - Chris: She's definitely creepy as fukk
5/18/25, 1:40 PM - Jackie Samuelson: <Media omitted>
5/18/25, 1:40 PM - Jackie Samuelson: Found you
5/18/25, 1:40 PM - Chris: Was hoping Liana would stop talking about me...
5/18/25, 1:41 PM - Jackie Samuelson: She must be googling you daily
5/18/25, 1:42 PM - Chris: 🙄🙄🙄

5/18/25, 1:42 PM - Chris: She does have lots of free time
5/18/25, 4:58 PM - Jackie Samuelson: Talked to Allison. She didn't say anything else other than she found your article
5/18/25, 5:00 PM - Chris: Ok kinda what we figured
5/18/25, 5:00 PM - Chris: Nothing malicious from Liana, but still creepy that she's still following me and talking about me
5/18/25, 5:01 PM - Chris: Like just leave me alone Liana.....
5/18/25, 5:07 PM - Jackie Samuelson: Just all the time on her hands
5/18/25, 9:27 PM - Chris: Someone pulled into crazy lady driveway
5/18/25, 9:27 PM - Chris: And they are chatting
5/18/25, 9:43 PM - Chris: 99% sure she got picked up for a date
5/18/25, 9:48 PM - Jackie Samuelson: A+ detective work
5/18/25, 9:49 PM - Jackie Samuelson: Devin just texted me
5/18/25, 9:49 PM - Chris: That poor dude has nooo idea what he's getting into haha
5/18/25, 9:49 PM - Jackie Samuelson: You should switch your camera to get a view of her driveway for the night when they come back
5/18/25, 9:50 PM - Chris: My camera is drilled into the brick. I can't
5/18/25, 9:50 PM - Chris: If i move my truck do you get a better angle?
5/18/25, 9:51 PM - Jackie Samuelson: It won't record it because it's not close enough
5/18/25, 9:51 PM - Jackie Samuelson: It records once it gets about halfway between your driveway and mine
5/18/25, 9:51 PM - Chris: Ahhhh ok
5/18/25, 9:51 PM - Chris: I'm tempted to text her and say; Have fun on your date, don't baby trap this guy
5/18/25, 9:52 PM - Jackie Samuelson: She must be on dating apps
5/18/25, 9:53 PM - Chris: That would be ironic.. since she got soo upset at Devin for being on one a long time ago
5/18/25, 9:53 PM - Jackie Samuelson: Poor Casey 💔🫠😆
5/18/25, 9:54 PM - Jackie Samuelson: Devin said he NEEDS to know Tuesday (or this weekend) if anyone is at the house when the kids are there
5/18/25, 9:54 PM - Jackie Samuelson: Especially before court hearing
5/18/25, 9:54 PM - Jackie Samuelson: So, we've been unofficially tasked
5/18/25, 9:55 PM - Chris: hahha he just told me the same
5/18/25, 9:55 PM - Chris: I'm on guard duty Tuesday 🫡
5/18/25, 9:56 PM - Jackie Samuelson: I told him I'll literally set an alarm and go outside hourly 🤗
5/18/25, 9:57 PM - Chris: I'm trying to think how i could install a camera on that side of the house tomorrow
5/18/25, 9:58 PM - Jackie Samuelson: What brand is yours?
5/18/25, 9:58 PM - Chris: Mine is Wyze
5/18/25, 10:01 PM - Jackie Samuelson: I'm perplexed where a date would be at 10pm on a Sunday

5/18/25, 10:01 PM - Jackie Samuelson: What is open besides Whataburger and that bitch doesn't even eat burgers.
5/18/25, 10:04 PM - Chris: Maybe a movie theater? 🤷‍♂
5/18/25, 10:04 PM - Chris: I'm 99% sure she's going to bring him into the house tonight. She's on her horny week of the month
5/18/25, 10:12 PM - Jackie Samuelson: Be the ultimate creeper you can be and snap a picture of his license plate if you see his vehicle back
5/18/25, 10:12 PM - Jackie Samuelson: What did he drive?
5/18/25, 10:12 PM - Jackie Samuelson: Stalker Mode..... Activate
5/18/25, 10:13 PM - Chris: <Media omitted>
5/18/25, 10:13 PM - Chris: white suv
5/18/25, 10:14 PM - Jackie Samuelson: You make me proud 🥹
5/18/25, 10:14 PM - Jackie Samuelson: This lady knows no peace
5/18/25, 10:15 PM - Chris: hahhah
5/18/25, 10:15 PM - Chris: Just wish i could get better quality
5/18/25, 10:16 PM - Chris: or if i had zoomed in on the plates
5/19/25, 6:16 AM - Jackie Samuelson: That car is there
5/19/25, 6:16 AM - Jackie Samuelson: Go take a picture
5/19/25, 6:17 AM - Chris: 👍
5/19/25, 6:19 AM - Jackie Samuelson: Try to get the plate lol
5/19/25, 6:19 AM - Jackie Samuelson: <Media omitted>
5/19/25, 6:20 AM - Jackie Samuelson: All I could get without being beyond obvious
5/19/25, 6:24 AM - Chris: Hey i called it, her having him stay over night because she's on her horny week
5/19/25, 6:33 AM - Jackie Samuelson: Just trying again for baby 4
5/19/25, 6:36 AM - Chris: Wonder if this could help my cases against her somehow..
5/19/25, 6:40 AM - Jackie Samuelson: Shows her wreck less behavior with speed of partners 😆
5/19/25, 6:44 AM - Chris: I'll bet ya she started the online dating profile after her school year finished. So like 2 weeks ago
5/19/25, 7:11 AM - Jackie Samuelson: "single mommy of 3, very mentally stable, I promise!"
5/19/25, 7:34 AM - Chris: Just my opinion here: I would think that if someone was soo emotionally attached to the pregnancy they just miscarried, then it would take some time to mentally be prepared for a new guy
5/19/25, 7:35 AM - Chris: This tells me that she cares more about sex and/or having another child than she did about having her recent pregnancy
5/19/25, 7:36 AM - Chris: Also i found the best word to describe Liana; a "Crybully"
5/19/25, 7:51 AM - Jackie Samuelson: Literally the most perfect descriptor
5/19/25, 7:56 AM - Jackie Samuelson: And i am wondering if it was truly about control...not so much about the baby
5/19/25, 7:58 AM - Jackie Samuelson: Because everything else is out of her control. But that situation, she

could control
5/19/25, 7:59 AM - Chris: Good point. She loves to be in control orc at an advantage. She acts sooo much differently when she thinks she's at an advantage
5/19/25, 8:00 AM - Jackie Samuelson: Only time she's confident
5/19/25, 8:00 AM - Jackie Samuelson: Otherwise she's meek
5/19/25, 8:02 AM - Chris: And she's such a jerk when she's like that
5/19/25, 8:02 AM - Chris: She was soo mean and rude to Devin before the recent legal changes
5/19/25, 8:51 AM - Jackie Samuelson: Got time to be outside
5/19/25, 8:51 AM - Jackie Samuelson: Devin said Liana SHOULD be leaving for Alex's awards ceremony
5/19/25, 8:51 AM - Jackie Samuelson: IF she's going
5/19/25, 8:51 AM - Chris: Sure, what's up
5/19/25, 8:51 AM - Jackie Samuelson: And not too busy
5/19/25, 8:51 AM - Jackie Samuelson: So her date should be leaving soon
5/19/25, 8:51 AM - Jackie Samuelson: Lol
5/19/25, 8:51 AM - Jackie Samuelson: Perhaps some yardwork?
5/19/25, 8:52 AM - Chris: Maybe I'll just sit in my car 🤷‍♂
5/19/25, 8:56 AM - Jackie Samuelson: Go team
5/19/25, 8:56 AM - Chris: There's a random duck in the drive way lol
5/19/25, 8:56 AM - Chris: <Media omitted>
5/19/25, 8:58 AM - Chris: Can you see me in the back seat of my truck?? Or is the tint good enough
5/19/25, 9:04 AM - Jackie Samuelson: Can't see you
5/19/25, 9:05 AM - Chris: Liana flips off my house when she comes outside haha
5/19/25, 9:06 AM - Chris: <Media omitted>
5/19/25, 9:06 AM - Jackie Samuelson: Duck down
5/19/25, 9:06 AM - Jackie Samuelson: She's about to leave
5/19/25, 9:08 AM - Jackie Samuelson: Or go inside real quick now
5/19/25, 9:08 AM - Jackie Samuelson: You can be seen now
5/19/25, 9:08 AM - Jackie Samuelson: It's brighter out with the sun
5/19/25, 9:09 AM - Chris: Can you see me now??
5/19/25, 9:13 AM - Jackie Samuelson: She just left
5/19/25, 9:41 AM - Jackie Samuelson: I didn't get a good look at him
5/19/25, 9:41 AM - Chris: Average dude. Brown hair
5/19/25, 9:42 AM - Chris: Looks to be about same age, maybe slightly younger than her
5/19/25, 9:42 AM - Chris: Clean shave and tight haircut, so possibly military..
5/19/25, 9:49 AM - Jackie Samuelson: NOOOOO
5/19/25, 9:50 AM - Jackie Samuelson: run dude ruuuuun
5/19/25, 9:50 AM - Jackie Samuelson: Ask your lawyer to run a plate check, express concerns that he's military and you're fearful of her using a military man as retaliation 😀

5/19/25, 9:54 AM - Chris: Hahhah nahhh that's too much for me
5/19/25, 9:57 AM - Chris: Honestly it could be kinda nice having her distracted with another dude. I Just wanna move and have nothing to do with her ever again. Hopefully she never wants anything to do with me either
5/19/25, 9:59 AM - Jackie Samuelson: Fingers crossed she gets knocked up and destroys someone else's life 🤞 🙃😂
5/19/25, 10:00 AM - Chris: hahhah omg that would be soo crazy
5/19/25, 10:00 AM - Chris: Really hoping they sell the house and she moves out soon
5/19/25, 10:00 AM - Chris: That will help things become soo nice and peaceful here
5/19/25, 12:15 PM - Jackie Samuelson: A not so surprising moment....
5/19/25, 12:15 PM - Jackie Samuelson: The school posted pics from the awards ceremony
5/19/25, 12:15 PM - Jackie Samuelson: I spotted liana's mom
5/19/25, 12:15 PM - Jackie Samuelson: Who clearly took a taxi to get there
5/19/25, 12:16 PM - Jackie Samuelson: Because no way Liana has enough time to drive to her apartment and then back to the school within 15 minutes
5/19/25, 12:16 PM - Chris: Sheeeesh Liana treats her mom like shitttt. Can't even pick her own mom up
5/19/25, 12:16 PM - Jackie Samuelson: At least she's predictable with her awful behavior
5/19/25, 12:17 PM - Jackie Samuelson: So now when I do see Casey this week at the awards ceremony I ABSOLUTELY will stir the pot and will say "any idea who Liana's boyfriend is?!"
5/19/25, 12:18 PM - Chris: Haha absolutely
5/19/25, 12:19 PM - Chris: Do you know who the guy was that slept over at her place Casey??
5/19/25, 12:19 PM - Jackie Samuelson: "I don't recognize her new boyfriend as a dad from school here ☺"
5/19/25, 1:31 PM - Chris: Hey did Liana ever talk with you about how much money i was making??
5/19/25, 1:31 PM - Chris: Devin said she was "foaming at the mouth" over it haha. But she never mentioned money to me
5/19/25, 1:55 PM - Jackie Samuelson: She was very excited after googling the pay chart
5/19/25, 1:56 PM - Jackie Samuelson: She assumed all military dudes were broke once (she was being reallllllly rude and condescending and she shut up when she realized Aaron was military lol, this was well before you were around) and I was like "nope, you can figure that shit out online"
5/19/25, 2:07 PM - Chris: Danggg she was targeting me for my money.....Devin was right again
5/19/25, 2:07 PM - Jackie Samuelson: Devin changed the ring password
5/19/25, 2:07 PM - Jackie Samuelson: I told him he should
5/19/25, 2:08 PM - Jackie Samuelson: I convinced him it was a good idea
5/19/25, 2:08 PM - Jackie Samuelson: She deleted footage from last night
5/19/25, 2:08 PM - Jackie Samuelson: She told him to change the angel
5/19/25, 2:08 PM - Jackie Samuelson: I said she keeps deleting shit that does not look good for her
5/19/25, 2:08 PM - Jackie Samuelson: Change the password and let her explain to the court that she constantly deleted things

5/19/25, 2:09 PM - Jackie Samuelson: It's this account. She doesn't need to have access to delete things
5/19/25, 2:09 PM - Jackie Samuelson: He can monitor the property and in the event an emergency happens, he has access to the footage
5/19/25, 2:09 PM - Jackie Samuelson: He pays the bill, not her
5/19/25, 2:12 PM - Chris: I agree with you
5/19/25, 2:12 PM - Chris: He pays for the Ring account right?
5/19/25, 2:12 PM - Jackie Samuelson: He does
5/19/25, 2:12 PM - Chris: There is Noooo reason she should have access and be able to delete things
5/19/25, 2:12 PM - Jackie Samuelson: Better to just do it and ask for forgiveness later from the judge
5/19/25, 2:13 PM - Jackie Samuelson: She's the one who can explain why she deletes footage
5/19/25, 2:13 PM - Chris: Ya exactly
5/19/25, 2:13 PM - Chris: If she has a problem with that, then use the Court assigned texting app to complain about it haha
5/19/25, 3:50 PM - Jackie Samuelson: She is apparently losing her mind already about the camera
5/19/25, 4:10 PM - Chris: Hahahhah
5/19/25, 4:10 PM - Chris: That new man is over there again right now
5/19/25, 4:33 PM - Chris: Devin said, this is the Let's get our story straight together meeting hahahah
5/19/25, 4:33 PM - Jackie Samuelson: Getting their stories straight
5/19/25, 4:33 PM - Jackie Samuelson: Surely need to get things lined up like she tried with you
5/19/25, 4:34 PM - Chris: Yeah except it's too early for this guy to know how crazy she is
5/19/25, 4:35 PM - Jackie Samuelson: I bet he's uninstalling the camera
5/19/25, 4:35 PM - Chris: Surely that is Not allowed
5/19/25, 4:35 PM - Jackie Samuelson: It's not
5/19/25, 4:36 PM - Jackie Samuelson: But she's arguing back and forth about it with him still
5/19/25, 4:37 PM - Chris: Haha love it
5/19/25, 4:37 PM - Chris: I'm so glad i saw that guy pull in last night
5/19/25, 4:41 PM - Chris: Poor dude has sex with Liana one night and immediately gets dragged into her crazy shittt 😂
5/19/25, 5:06 PM - Jackie Samuelson: Is he still there
5/19/25, 5:06 PM - Jackie Samuelson: She's such a.....wild person
5/19/25, 5:07 PM - Chris: Yupp he's still there
5/19/25, 5:07 PM - Chris: She's probably trauma dumping on him
5/19/25, 5:26 PM - Jackie Samuelson: 1000000%
5/19/25, 5:26 PM - Jackie Samuelson: And she's still arguing with Devin
5/19/25, 5:26 PM - Jackie Samuelson: Making herself look crazy and spending her time with this dude arguing with Devin instead of with him
5/19/25, 5:28 PM - Chris: She's soo crazy hahhaha
5/19/25, 5:29 PM - Chris: She turned off the wifi 😂😂😂😂😂😂

5/19/25, 5:54 PM - Jackie Samuelson: She put something on the lens
5/19/25, 5:54 PM - Chris: Devin should get it removed
5/19/25, 5:55 PM - Chris: Did you tell Devin?
5/19/25, 5:55 PM - Chris: Maybe take a photo somehow. So that Devin can prove she did that in court
5/19/25, 5:57 PM - Chris: I'm going to go take a photo of it
5/19/25, 6:04 PM - Jackie Samuelson: Don't go over there yet, call him and make sure it's up first
5/19/25, 6:04 PM - Jackie Samuelson: Don't get yourself in trouble for being on her property juuuuuust in case she took it off before she left
5/19/25, 6:06 PM - Chris:
5/19/25, 6:06 PM - Chris: <Media omitted>
5/19/25, 6:06 PM - Chris: <Media omitted>
5/19/25, 6:06 PM - Jackie Samuelson: What a brat
5/19/25, 6:07 PM - Chris: Just more evidence and proof of her doing things she shouldn't
5/19/25, 6:17 PM - Jackie Samuelson: Yup
5/19/25, 8:01 PM - Jackie Samuelson: Taking bets if lover Boy comes over again tonight lol
5/19/25, 8:06 PM - Chris: I well bet $10 he does not
5/19/25, 8:09 PM - Chris: If he does come over, then i will have to take a timestamped photo of his car in the driveway
5/19/25, 8:09 PM - Chris: Don't know how to time stamp my camera though....
5/19/25, 8:09 PM - Chris: time and date
5/20/25, 10:41 AM - Jackie Samuelson: Heyoooo. I'm with Cheyenne. Do you have an update on the title situation?
5/20/25, 10:42 AM - Chris: I'm working on finding another document to give to the company finding the title
5/20/25, 10:43 AM - Chris: I'm going to call the DMV and tell them I'm military and ask if they can give it to me
5/20/25, 4:01 PM - Jackie Samuelson: Liana has the kids tonight over night. That dude shouldn't be there. If he is, snap a few pics/videos and let Devin know
5/20/25, 4:19 PM - Chris: Ohh i will gladly do that
5/20/25, 8:14 PM - Jackie Samuelson: Anything good to report over there? 👀
5/20/25, 8:14 PM - Chris: Nahhhh
5/20/25, 8:15 PM - Chris: Nothing yet
5/20/25, 8:15 PM - Chris: Was trying to think if it might be possible for her to fit that guys car into the garage with hers....
5/20/25, 8:21 PM - Jackie Samuelson: I think they could fit side by side because devins used to fit in there too
5/20/25, 8:25 PM - Chris: If they did that then i wouldn't notice them...
5/21/25, 11:27 AM - Jackie Samuelson: Liana was just as stupid as I imagined she'd be this morning
5/21/25, 11:28 AM - Jackie Samuelson: I made direct eye contact at her and laughed

5/21/25, 11:28 AM - Jackie Samuelson: 🤗
5/21/25, 11:29 AM - Chris: What stupid thing was she doing this morning??
5/21/25, 11:37 AM - Jackie Samuelson: Awards ceremony at the school. I saw her walking up from her beloved handicapped spot. Barged through the line of parents waiting, didn't get a visitor pass the staff was handing out, and walked up to where her mom was already sitting. Again, in gym shorts and a tshirt
5/21/25, 11:37 AM - Jackie Samuelson: When it was Ciels turn, she rudely walked through the middle of the cafeteria where the tables were split, nevermind anyone else who wanted to record their child, here's liana's bleach blonde ponytail bouncing in your videos now, so she could be front and center
5/21/25, 11:37 AM - Jackie Samuelson: The world revolves around her
5/21/25, 11:45 AM - Chris: Why does Liana have a handicapped sticker??
5/21/25, 11:46 AM - Chris: Dude..... she's unbelievable......
5/21/25, 11:46 AM - Chris: She wants alllllll the nice things but is only willing to do the short cuts...
5/21/25, 11:48 AM - Jackie Samuelson: Because she's a system abuser
5/21/25, 11:48 AM - Jackie Samuelson: So handicapped
5/21/25, 11:48 AM - Jackie Samuelson: Yet.....runs
5/21/25, 11:48 AM - Jackie Samuelson: And goes to the trampoline park?
5/21/25, 11:48 AM - Jackie Samuelson: She got it because she has a "herniated disc" in her neck
5/21/25, 11:49 AM - Jackie Samuelson: Aka, she wanted handicapped parking at the university because of the heat lol
5/21/25, 11:49 AM - Chris: ohhh yaaaa
5/21/25, 11:49 AM - Chris: The I'm in constant pain excuse. Or I'm on pain management
5/21/25, 11:51 AM - Jackie Samuelson: She just likes drugs
5/21/25, 11:53 AM - Chris: I had an interesting text chat with Devin last night
5/21/25, 11:55 AM - Chris: This screamsss, Hey i have single child mentality and everything is about me or should be for me
5/21/25, 11:57 AM - Chris: Basically, i told Devin how i was surprised that Liana has not gotten in legal trouble before. And he felt like it was because He was always there to keep her in check and keep her from indulging her illegal impulses
5/21/25, 11:58 AM - Chris: But now it's just a matter of time before she does more and more illegal shit
5/21/25, 12:13 PM - Jackie Samuelson: I am CERTAIN she will do or say something to the wrong person and find herself in bad situation
5/21/25, 12:14 PM - Jackie Samuelson: She is always skirting the issue of legality/ethically wrong
5/21/25, 12:14 PM - Jackie Samuelson: I would personally love to know who her neck doctor is and call them and let them know that she is a faker
5/21/25, 12:21 PM - Chris: Yeaa i think it's just a matter of time before she fucks up too badly
5/21/25, 12:21 PM - Chris: I tried calling the investigator for the 2 reports i filed and the lady still does not answer my calls
5/21/25, 6:14 PM - Jackie Samuelson: I'm sure she's busy.... but still....even a call back to say "I'm

sorry, I'm busy but I am still reviewing everything" would be nice
5/21/25, 6:33 PM - Chris: <Media omitted>
5/21/25, 7:05 PM - Jackie Samuelson: What is she trying to accomplish by doing that? 🙄 Like....are you supposed to be intimidated by all 120 pounds of her?
5/21/25, 7:05 PM - Jackie Samuelson: I'd just turn around and stare back
5/21/25, 7:05 PM - Jackie Samuelson: But I also have zero fucks left
5/21/25, 7:06 PM - Chris: Yaa it's weird
5/21/25, 7:06 PM - Chris: Like maybe she thinks it's a small personal victory over me?? 🤷‍♂ She is standing her ground haha
5/21/25, 7:06 PM - Jackie Samuelson: My immature self has thought of a new way to annoy her when I see her outside when I'm outside.... loudly playing songs such as "I don't fuck with you" by big Sean, and "look what you made me do" by good old Taylor Swift
5/21/25, 7:07 PM - Jackie Samuelson: She seemed embarrassed when I looked at her and laughed
5/21/25, 7:08 PM - Jackie Samuelson: She looked down at the ground and scurried inside past the crowd of people
5/21/25, 7:09 PM - Chris: Good!
5/21/25, 7:09 PM - Chris: I hope you go 1000% Mean Girls on her
5/21/25, 7:09 PM - Chris: She's all around such a terrible terrible person
5/21/25, 7:27 PM - Jackie Samuelson: I messaged Devin that I've been horrifically sick all day
5/21/25, 7:27 PM - Jackie Samuelson: And I should go lick her door to handles
5/21/25, 7:28 PM - Jackie Samuelson: ...I am mean
5/21/25, 7:28 PM - Chris: hahhahha
5/21/25, 7:28 PM - Jackie Samuelson: 🙄
5/22/25, 9:36 AM - Chris: I've been reading about what people can do with a stolen social security number
5/22/25, 9:36 AM - Chris: And the first thing is financial fraud....
5/22/25, 9:37 AM - Chris: Who do we know that got my social and Also recently run into problems with their bank.....🤔
5/22/25, 9:40 AM - Chris: Also, my credit score went down 20 points randomly this last month. Lots of coincidences going on
5/22/25, 9:52 AM - Jackie Samuelson: Run a credit check on yourself
5/22/25, 9:53 AM - Jackie Samuelson: I think you can do a free one a year
5/22/25, 9:53 AM - Jackie Samuelson: And you'll see if she tried to open an account or do anything weird with your info
5/22/25, 9:59 AM - Chris: Everything looks fine
5/22/25, 9:59 AM - Chris: 😮‍💨
5/22/25, 10:16 AM - Jackie Samuelson: I'm still sick today. I still think I should go lick her door handles
5/23/25, 10:51 AM - Chris: New guy is over at Liana house right now
5/23/25, 10:51 AM - Chris: He parked on other side of the road

5/23/25, 10:51 AM - Chris: Plate is something like SMJ-1700
5/23/25, 1:54 PM - Jackie Samuelson: I thought that was his car
5/23/25, 1:54 PM - Jackie Samuelson: In still delirious from being sick
5/23/25, 1:55 PM - Jackie Samuelson: Did you let Devin know
5/23/25, 2:02 PM - Chris: Ya i messaged Devin
5/23/25, 2:02 PM - Chris: Did you want help bringing the trash cans in?
5/23/25, 2:04 PM - Jackie Samuelson: I dragged them in earlier and that's when I saw 😀
5/23/25, 2:04 PM - Jackie Samuelson: I was hopeful he learned his lesson about her being insane
5/23/25, 2:05 PM - Chris: You would think....
5/23/25, 2:05 PM - Chris: His problem now haha
5/23/25, 2:05 PM - Chris: Hopefully she ends up with this new guy and i never have to hear from her again
5/23/25, 2:12 PM - Jackie Samuelson: What a dream that would be
5/23/25, 2:24 PM - Jackie Samuelson: Is he still there or did he leave
5/23/25, 2:25 PM - Chris: His car is still there. Just parked on the near side of the street
5/23/25, 2:30 PM - Jackie Samuelson: I should go lick his door handles
5/23/25, 2:32 PM - Chris: Haha noooo
5/23/25, 2:32 PM - Chris: I want him to stick around
5/23/25, 2:33 PM - Chris: She can focus all her evil energies on him <This message was edited>
5/23/25, 2:34 PM - Chris: Then she can get knocked up and force herself onto some new guy. That would be phenomenal
5/23/25, 2:34 PM - Chris: And proves a pattern of behavior
5/23/25, 2:40 PM - Jackie Samuelson: I hope she does something SUPER unstable this weekend
5/23/25, 2:40 PM - Jackie Samuelson: Their mediation is next week
5/23/25, 2:41 PM - Chris: Already looks pretty bad that she put tape over the camera
5/23/25, 2:41 PM - Chris: Aaand the company said She is the person deleting videos..
5/23/25, 2:42 PM - Chris: But hey, that's between Devin and her. I hope he massacres that crazy lady through the legal system
5/23/25, 9:36 PM - Jackie Samuelson: Is someone in her driveway
5/23/25, 9:36 PM - Jackie Samuelson: I see lights on my camera
5/23/25, 9:37 PM - Chris: I just checked and don't see anything in her drive way
5/23/25, 9:37 PM - Chris: You got me excited haha
5/23/25, 9:38 PM - Jackie Samuelson: It's picking up lights reflecting across from her house 😀
5/23/25, 9:39 PM - Jackie Samuelson: <Media omitted>
5/23/25, 9:39 PM - Chris: Ahhhhh
5/23/25, 9:39 PM - Chris: That's weird
5/23/25, 9:39 PM - Chris: Look soooo bright in that camera
5/25/25, 6:07 PM - Jackie Samuelson: Is that car by her that dude
5/25/25, 6:07 PM - Jackie Samuelson: Also, guess who ended up in the hospital today on day 6 of my mystery

illness
5/25/25, 6:08 PM - Chris: Yeah that is new guys car
5/25/25, 6:08 PM - Jackie Samuelson: Weird. He actually likes to spend time with her
5/25/25, 6:08 PM - Jackie Samuelson: I'm sure she's in love after 3 times hanging out
5/25/25, 6:09 PM - Chris: 🤷‍♂️🤷‍♂️
5/25/25, 6:09 PM - Chris:
5/25/25, 6:09 PM - Chris: <Media omitted>
5/25/25, 6:09 PM - Chris: <Media omitted>
5/25/25, 6:10 PM - Chris: <Media omitted>
5/25/25, 6:11 PM - Chris: What's the name of that family wellness place you said might be giving her legal help?
5/25/25, 6:11 PM - Jackie Samuelson: WHAAAAT
5/25/25, 6:12 PM - Jackie Samuelson: Did you send that to Devin?
5/25/25, 6:12 PM - Chris: Ya Just did
5/25/25, 6:13 PM - Chris: I think Liana will be able to go after the company that sent me the abortion pills and maybe get paid out by them
5/25/25, 6:15 PM - Chris: Even though Liana agreed to take the pills. But then never took them. And never had them in her system. She's possibly going to make money out of this....
5/25/25, 6:17 PM - Jackie Samuelson: Did they actually hand deliver this
5/25/25, 6:27 PM - Jackie Samuelson: Your attorney will handle it. You don't need to send shit to this attorney.
5/25/25, 6:27 PM - Jackie Samuelson: You don't need to respond at all
5/25/25, 6:28 PM - Chris: They emailed and texted it to me
5/25/25, 6:28 PM - Jackie Samuelson: Lol..block them
5/25/25, 6:29 PM - Jackie Samuelson: She HAS to have a toxicology report for this to be thrown around
5/25/25, 6:29 PM - Chris: This is a civil lawsuit, which means Liana is trying to get paid here
5/25/25, 6:29 PM - Chris: Ya i feel like this letter is defamatory
5/25/25, 6:30 PM - Jackie Samuelson: She is absolutely trying to get money
5/25/25, 6:30 PM - Chris: Especially since i never did what she accussed me of
5/25/25, 6:30 PM - Jackie Samuelson: Your attorney will reply on your behalf
5/25/25, 6:30 PM - Chris: Yaa
5/25/25, 6:32 PM - Jackie Samuelson: I'd wipe all communication with Devin and me
5/25/25, 6:32 PM - Chris: Even though this letter says to NOT do exactly that
5/25/25, 6:32 PM - Chris: ??
5/25/25, 6:32 PM - Jackie Samuelson: He can't direct you to do anything, a judge can
5/25/25, 6:33 PM - Jackie Samuelson: He has no jurisdiction over you
5/25/25, 6:33 PM - Chris: Don't think we have anything to hide in our messages..
5/25/25, 6:33 PM - Jackie Samuelson: And you haven't been served because it wasn't hand delivered

5/25/25, 6:40 PM - Jackie Samuelson: You likely could counter sue for her interfering with your career
5/25/25, 6:42 PM - Chris: Yeah i think counter suits are common in these civil issues
5/25/25, 6:43 PM - Chris: I'm going to ask my lawyer to go after HER for wrongful death of the fetus. Because she was knowingly drinking alcohol while pregnant. And she stopped taking doctor recommended medicine for 10 days
5/25/25, 6:44 PM - Chris: THAT is what likely caused her miscarriage
5/25/25, 6:45 PM - Chris: Pretty sure civil suits like this usually get settled out of court between the insurance companies
5/25/25, 6:46 PM - Chris: But.... they probably means Liana will get paid thousands of dollars by doing this....
5/25/25, 6:46 PM - Jackie Samuelson: She has to have proof that pills were on her system
5/25/25, 6:46 PM - Jackie Samuelson: So unless she has a toxicology report.....
5/25/25, 6:46 PM - Jackie Samuelson: You ordering pills doesn't mean she gets money
5/25/25, 6:47 PM - Chris: Her lawyer is probably more focused on going after the company that mailed me the abortion pills that she didn't take
5/25/25, 6:48 PM - Jackie Samuelson: But still, she's not entitled to money for something you ordered
5/25/25, 6:48 PM - Chris: Will probably get that company to settle out of court
5/25/25, 6:48 PM - Jackie Samuelson: They weren't mailed to her, named to her
5/25/25, 6:48 PM - Jackie Samuelson: So unless she can prove via the toxicology report that those pills were in her system the hospital night.....
5/25/25, 6:49 PM - Chris: What was the name of the family center you think helped her legally?
5/25/25, 6:49 PM - Jackie Samuelson: Pregnancy resource center
5/25/25, 6:50 PM - Chris: Didn't you say they might help fund her?
5/25/25, 6:51 PM - Jackie Samuelson: I don't know if they do that
5/25/25, 6:56 PM - Chris: Then I'm curious how Liana is able to afford this lawyer
5/25/25, 6:56 PM - Jackie Samuelson: You just need to get your legal case wrapped up so you can get out of here and away from her
5/25/25, 6:57 PM - Chris: Yeahh, I want her to leave me alone
5/25/25, 6:59 PM - Jackie Samuelson: Tuesday morning call to your lawyer in your future
5/25/25, 6:59 PM - Jackie Samuelson: And to your investigator for your own case
5/25/25, 7:00 PM - Jackie Samuelson: Because if they're willing to take your case.....that's helpful for this now too
5/25/25, 7:16 PM - Chris: Ya for sure
5/25/25, 7:19 PM - Jackie Samuelson: Like what does she think she's going to get from you financially
5/25/25, 7:19 PM - Jackie Samuelson: Millions? Lol
5/25/25, 7:28 PM - Jackie Samuelson: If the DA throws your case out....I don't think there's much for this attorney to come after you for
5/25/25, 7:34 PM - Jackie Samuelson: Did you tell your dad this so he can rage along with you?

5/25/25, 7:39 PM - Chris: Yeah exactly. They have noooo case
5/25/25, 7:40 PM - Chris: Ya I've told my dad about this and we're talking about it
5/25/25, 8:05 PM - Jackie Samuelson: Is he big mad too
5/25/25, 8:07 PM - Chris: Mehhhh its not a huge deal
5/25/25, 8:07 PM - Chris: It's no not, not a problem. But it will likely resolve itself
5/25/25, 8:07 PM - Chris: Pretty sure she hired this lawyer recently...
5/25/25, 8:08 PM - Chris: I'm thinking under the guidance of her new man
5/25/25, 8:21 PM - Jackie Samuelson: It's just comical they sent it via text and email
5/25/25, 8:21 PM - Jackie Samuelson: She knows your address
5/25/25, 8:21 PM - Jackie Samuelson: And nothing is official until you're served
5/25/25, 8:21 PM - Jackie Samuelson: Have you ever been served?
5/25/25, 8:22 PM - Chris: Nope, not yet served
5/25/25, 8:22 PM - Jackie Samuelson: Someone will sit outside your home for hours waiting for you. So if you see a strange vehicle around, pull into your garage
5/25/25, 8:22 PM - Jackie Samuelson: I got served in college from a car accident
5/25/25, 8:23 PM - Jackie Samuelson: The dude stalked my parents house for a few weeks until I was home and then chased me down at 10 at night when I pulled in
5/25/25, 8:23 PM - Jackie Samuelson: If someone you don't know says "hey chris" don't acknowledge them 😂
5/26/25, 11:48 AM - Jackie Samuelson: You ok today?
5/26/25, 11:48 AM - Chris: Yeah I'm chilling
5/26/25, 11:48 AM - Chris: Nothing has changed much. Still waiting for the toxicology report
5/26/25, 11:52 AM - Jackie Samuelson: So it's really not ready yet?
5/26/25, 11:53 AM - Jackie Samuelson: I figured she had it but just wasn't turning it over
5/26/25, 11:53 AM - Chris: I don't know
5/26/25, 11:54 AM - Chris: If that's true then the criminal case will for sure get dropped
5/26/25, 11:54 AM - Chris: After that gets dropped, that new law firm will drop the case also
5/26/25, 11:54 AM - Chris: They won't go after a case they think they will lose
5/26/25, 11:55 AM - Jackie Samuelson: It's been almost 2 months...you'd think for sure it would be back by now
5/26/25, 11:56 AM - Chris: Ya you would think...
5/26/25, 11:56 AM - Chris: The only person that knows for sure about the toxicology is Liana
5/26/25, 11:57 AM - Chris: And i know that if there was damning evidence on there she would report it instantly
5/26/25, 11:57 AM - Chris: Or tell Allison about it haha
5/26/25, 11:58 AM - Chris: My only worry is that Liana finds a way to photo shop the report
5/26/25, 11:59 AM - Chris: Or, she pops some pills right before they took her blood
5/26/25, 12:10 PM - Jackie Samuelson: I know she would've told Allison immediately
5/26/25, 12:10 PM - Jackie Samuelson: She sent her the lawyer letter yesterday and she called me when she

saw it
5/26/25, 12:10 PM - Chris: hahha Liana is probably soo proud of it
5/26/25, 12:11 PM - Jackie Samuelson: If she photoshopped something, she'd get caught immediately by the police or hospital. They could go and ask the hospital to see the original and compare
5/26/25, 12:12 PM - Jackie Samuelson: Her boyfriend sure is making himself at home at her home
5/26/25, 12:12 PM - Chris: Yaa he is
5/26/25, 12:12 PM - Jackie Samuelson: My nosey bitch self is so curious if he's military too
5/26/25, 12:12 PM - Jackie Samuelson: She's dreaming of Tricare and BAH
5/26/25, 12:12 PM - Chris: Maybe she will tell Allison about this guy
5/26/25, 12:13 PM - Chris: When you were with Liana in the hospital. Do you remember if she asked for any kind of special tests done on her blood work?
5/26/25, 12:14 PM - Chris: Did the nurses say they would run a standard toxicology or something else?
5/26/25, 12:14 PM - Chris: That might be why it is taking so long
5/26/25, 12:16 PM - Jackie Samuelson: She didn't ask for anything special
5/26/25, 12:17 PM - Chris: Then i don't know why it's taking so long
5/26/25, 4:01 PM - Jackie Samuelson: I asked my friend if any word about the toxicology report.... haven't heard back from her yet
5/26/25, 4:02 PM - Chris: Thanks
5/26/25, 4:08 PM - Chris: Did Liana sound proud of herself when she messaged Allison?
5/26/25, 4:31 PM - Jackie Samuelson: I'm sure she did 🙄
5/26/25, 4:31 PM - Jackie Samuelson: Your lawyer will certainly be scratching his head about this one
5/27/25, 7:27 AM - Chris: I replied to the person that sent me that document.
5/27/25, 7:27 AM - Chris: Here's what i said
5/27/25, 7:27 AM - Chris: Good morning,
I'm surprised Mitchell Law PLLC would take on this case. You've probably been lied to by Liana Davis, whom has a history of lieing on legal documents and to legal officials. I will help clear up some facts and inform you of the factors that contributed to Ms. Davis having a naturally miscarriage. 1) She was considered a geriatric pregnancy; meaning higher risk of complications including miscarriage. 2) She knowingly and willingly was drinking alcohol while pregnant. 3) Her doctors prescribed progesterone pills because she was not producing enough progesterone naturally and she was told she needed that medicine in order to have a healthy pregnancy; she stopped taking those pills for 10 days in a row leading up to her miscarriage. 4) She had an STI while pregnant. 5) She had +100 degree fevers for 2 weeks in a row leading up to her miscarriage. 6) She thought that she was going to have a miscarriage the day before she actually had a miscarriage; she even wanted to go to the hospital.
You should have considered all of the facts before taking on a client such as Liana Davis.
5/27/25, 7:27 AM - Chris: You should contact Judge Madrigal; Liana's amicus attorney. She will vouche for Ms. Davis' honesty and good character.
[Name] Mel Madrigal Amicus Attorney

[Mobile] +1 361-816-6315
5/27/25, 9:44 AM - Jackie Samuelson: 😅
5/27/25, 9:44 AM - Jackie Samuelson: Mother of the Year 2025 skipped coming to her youngest child's field day.....the new boyfriend is more important I guess
5/27/25, 9:46 AM - Chris: Should make a record of her not going
5/27/25, 9:50 AM - Jackie Samuelson: I told Devin
5/27/25, 9:50 AM - Jackie Samuelson: Can you take a pic of his car if you're home
5/27/25, 9:51 AM - Jackie Samuelson: It's still there
5/27/25, 10:05 AM - Chris: Sure
5/27/25, 10:05 AM - Jackie Samuelson: Your lawyer is probably going to holler at you for responding to the text 😆
5/27/25, 10:08 AM - Chris: Ya maybe. But i only said facts. That law firm probably only know her biased side of things. They don't know what kind of a nightmare client she is <This message was edited>
5/27/25, 10:09 AM - Chris: They would not even take her case if they knew more of the facts
5/27/25, 10:10 AM - Chris: I didn't even mention how she is on a large amount of pain killers every day. And she is prescribed to take benzodiazepines every day
5/27/25, 11:21 AM - Jackie Samuelson: She did not show up for Ciels field day either
5/27/25, 11:21 AM - Jackie Samuelson: What a weenie
5/27/25, 11:21 AM - Jackie Samuelson: I was fucking hospitalized and I'm here 😆
5/27/25, 11:23 AM - Chris: Jeeeez that's just sad for her kids
5/27/25, 11:23 AM - Chris: Liana obviously cares more about having sex and being selfish than she does about being there for her own kids
5/27/25, 11:45 AM - Chris: Look what i found with a quick Google search...
5/27/25, 11:45 AM - Chris: <Media omitted>
5/27/25, 11:45 AM - Chris: <Media omitted>
5/27/25, 11:45 AM - Chris: Wow, imagine that....
5/27/25, 12:06 PM - Jackie Samuelson: Did you call your lawyer to tell him about the letter yet
5/27/25, 12:06 PM - Chris: Yeah i already told him. We have a meeting tomorrow
5/27/25, 12:07 PM - Chris: I feel like you are more worried about that new letter than i am haha
5/27/25, 12:23 PM - Jackie Samuelson: Because I'm Little Miss Anxiety
5/27/25, 12:24 PM - Jackie Samuelson: Is your lawyer local? I'm happy he can meet with you this quick
5/27/25, 12:24 PM - Chris: Yeah he's located in Corpus
5/27/25, 12:25 PM - Chris: Its so crazy that all this is happening because i was reluctantly giving into the idea of having a child with crazy lady. I tried to have a relaxing night together to build trust and build something between future parents. Then alll this BS happened
5/27/25, 12:32 PM - Jackie Samuelson: What a wild 18 years it would've been for you
5/27/25, 12:40 PM - Chris: That would've been Hell
5/27/25, 12:41 PM - Chris: Thank God she is dumb and caused her own miscarriage

5/27/25, 2:35 PM - Jackie Samuelson: Did the lawsuit lawyer respond to your text back?
5/27/25, 2:46 PM - Chris: Haha nah
5/27/25, 7:43 PM - Jackie Samuelson: I got a closer look at the boyfriend
5/27/25, 7:43 PM - Jackie Samuelson: Yikes
5/27/25, 7:49 PM - Chris: Really?? He's not a looker?
5/28/25, 7:46 AM - Jackie Samuelson: He's older than what I thought
5/28/25, 7:46 AM - Jackie Samuelson: Devin sent me a picture of her former sugar daddy...it wasn't him
5/28/25, 7:46 AM - Jackie Samuelson: Former sugar daddy did indeed send Liana thousands of dollars when they first moved here....she swears it was platonic. Riiiiiiight
5/28/25, 7:47 AM - Jackie Samuelson: So she was married and had a sugar daddy
5/28/25, 7:48 AM - Chris: What a morally wacky person she is
5/28/25, 7:48 AM - Jackie Samuelson: And ironically enough, he's a lawyer
5/28/25, 7:48 AM - Chris: That's just so gross
5/28/25, 7:49 AM - Jackie Samuelson: So, she wasn't lying to you when she said she had a sugar daddy 🙄
5/28/25, 7:49 AM - Chris: Ya I'm not surprised
5/28/25, 7:49 AM - Chris: It really is alll about money for her
5/28/25, 7:50 AM - Chris: She wanted to baby trap me because she knew i was leaving and would be forced to pay her child support
5/28/25, 7:51 AM - Chris: She never cared about the child. She just wanted more money
5/28/25, 7:55 AM - Chris: and now that she can't get money out of me that way, she's trying to get money out of me another way
5/28/25, 7:57 AM - Jackie Samuelson: What time is your lawyer meeting
5/28/25, 7:59 AM - Chris: 1030
5/28/25, 7:59 AM - Chris: i can let you know how it goes
5/28/25, 8:02 AM - Chris: Devin and his legal team think this is a, scare you and hope you settle tactic
5/28/25, 8:24 AM - Jackie Samuelson: I know it is
5/28/25, 8:24 AM - Jackie Samuelson: She's just looking for quick money from you
5/28/25, 12:37 PM - Jackie Samuelson: How was lawyer meeting?
5/28/25, 12:40 PM - Chris: <Media omitted>
5/28/25, 12:43 PM - Chris: My lawyer also said, that somehow if abortion pills do come up in the drug test, there is noo way to prove i gave them to her
5/28/25, 12:44 PM - Chris: For the record, i didn't even have abortion pills available to me because i threw them in the trash before this all happened
5/28/25, 1:58 PM - Jackie Samuelson: I'm at the school right now, I'll listen to that when I get home
5/28/25, 1:59 PM - Jackie Samuelson: You'll laugh with this....quite a teachers know of her drama and think she's on legit heavy drugs with her erratic behavior
5/28/25, 2:36 PM - Chris: Hahahha that's hilarious, it's clear to everybody how crazy she is
5/28/25, 2:46 PM - Jackie Samuelson: Just listened. That all makes sense

5/28/25, 2:46 PM - Jackie Samuelson: Hopefully the DA drops shit against you and then this gets dropped too
5/28/25, 2:46 PM - Chris: Ya hopefully
5/28/25, 2:47 PM - Chris: <Media omitted>
5/28/25, 2:47 PM - Chris: <Media omitted>
5/28/25, 3:08 PM - Jackie Samuelson: Liana must have blabbed about her pregnancy to quite a few people. The teacher I spoke with suuuure knew a lot about the situation (pregnant by military guy, not pregnant any longer, doesn't have primary custody of the kids
5/28/25, 8:36 PM - Chris: Sheeeesh why am i not surprised
5/28/25, 8:38 PM - Chris: She is on a roller coaster of drugs... Between the pain pills every day, ADHD meds every day, the lorazepam she is prescribed to take every day, and the 2-3 red bulls she consumes most days
5/28/25, 8:39 PM - Chris: That's on top of her diet that mostly consists of Cheez-its and gummy fruit snacks lol
5/29/25, 7:11 AM - Jackie Samuelson: <Media omitted>
5/29/25, 7:13 AM - Chris: Haha nope
5/29/25, 7:13 AM - Chris: He parked like that himself
5/29/25, 7:27 AM - Chris: Think he's probably some kind of teacher also since he has all these days of to spend with her
5/29/25, 7:31 AM - Jackie Samuelson: I think he's a professor too
5/29/25, 7:31 AM - Chris: Ya that makes sense to me
5/29/25, 8:17 AM - Jackie Samuelson: Interesting that her boyfriend is at her house for the legal stuff
5/29/25, 8:17 AM - Jackie Samuelson: Seems wildly inappropriate to me
5/29/25, 8:19 AM - Chris: Ya well he is allowing himself to get sucked into her crazy world
5/29/25, 8:19 AM - Chris: It's his poor decision
5/29/25, 8:20 AM - Chris: Not like it's going to help her against Devin tomorrow
5/29/25, 8:20 AM - Chris: Would not be surprised if she's doing some last minute cramming today
5/29/25, 8:21 AM - Jackie Samuelson: Today is the legal stuff
5/29/25, 8:21 AM - Jackie Samuelson: Like, in 9 minutes
5/29/25, 8:22 AM - Chris: Ohhhh
5/29/25, 8:22 AM - Chris: Thought it was the 30th
5/29/25, 8:22 AM - Chris: Are the doing it online?
5/29/25, 8:32 AM - Jackie Samuelson: Yes online
5/29/25, 9:06 AM - Chris: Once again, Liana is depending on Men to take care of her and do things for her...
5/29/25, 9:06 AM - Chris: What a surprise
5/29/25, 10:41 AM - Chris: The DA officially dropped my case today!
5/29/25, 10:41 AM - Chris: They will not be pressing charges because they found her claims to be "unfounded"
5/29/25, 11:10 AM - Jackie Samuelson: CONGRATULATIONS
5/29/25, 11:10 AM - Jackie Samuelson: I am so excited for you!!!!
5/29/25, 11:10 AM - Jackie Samuelson: Fuck that bitch

5/29/25, 11:10 AM - Jackie Samuelson: She can go to hell in a handbasket
5/29/25, 11:13 AM - Jackie Samuelson: What a massive relief
5/29/25, 11:14 AM - Jackie Samuelson: Now, get winged and get the hell out of here 👋👋
5/29/25, 11:18 AM - Chris: Thanks, it is great news knowing that i can start to move on with my life
5/29/25, 11:18 AM - Chris: Now i have to wait for NCIS to wrap things up and then I'm good to go
5/29/25, 11:19 AM - Chris: I do have an interesting decision to make though... whether or not i want to move forward with the Revenge Porn accusations
5/29/25, 11:23 AM - Jackie Samuelson: Move forward
5/29/25, 11:23 AM - Jackie Samuelson: Ruin her 🔥
5/29/25, 11:23 AM - Jackie Samuelson: She deserves it
5/29/25, 11:24 AM - Chris: Buttttt if i do that and the DA presses charges. Then i will be required to come back to Corpus possibly multiple times to testify and do other legal matters
5/29/25, 11:24 AM - Chris: And i really do want nothing to do with her ever again..
5/29/25, 11:25 AM - Jackie Samuelson: Who told you the charges were dropped? The DA themselves or your lawyer?
5/29/25, 11:26 AM - Jackie Samuelson: I'd move forward juuuuuust to see what happens and you could always drop it later (or request things be done via phone/zoom!!!) Scare her. She NEEDS to face some sort of accountability and be scared
5/29/25, 11:26 AM - Chris: The ccpd investigator called and told me. Said he talked with a prosecutor from the DA for 2 hours. They decided her accussations were unfounded
5/29/25, 11:47 AM - Jackie Samuelson: What is NCIS doing still?
5/29/25, 12:16 PM - Chris: The investigator said he will email the NCIS guy and inform him
5/29/25, 12:16 PM - Chris: I don't know what NCIS will do moving forward 🤷♂
5/29/25, 12:17 PM - Chris: Hopefully we can continue moving forward and they will just update some admin things and i can move on to doing my real job
5/29/25, 12:36 PM - Jackie Samuelson: I hope Liana is notified the case is being dropped when she's done with her court and she's double disappointed today
5/29/25, 12:36 PM - Jackie Samuelson: And that she has the day she deserves 🥰
5/29/25, 12:37 PM - Chris: Always made me laugh when she would say that crap
5/29/25, 12:41 PM - Jackie Samuelson: A favorite phrase of hers that was worth repeating
5/29/25, 12:52 PM - Chris: <Media omitted>
5/29/25, 1:12 PM - Jackie Samuelson: How wild that everything happened in the same day
5/29/25, 1:12 PM - Jackie Samuelson: The false police report might be hard to prove too
5/29/25, 1:15 PM - Chris: Ya....i might only be able to do harassment
5/29/25, 4:15 PM - Jackie Samuelson: Devin said court is going as expected...
5/29/25, 4:15 PM - Jackie Samuelson: She won't shut the fuck up
5/29/25, 4:15 PM - Jackie Samuelson: He has barely spoken
5/29/25, 4:15 PM - Chris: 😂😂😂😂

5/29/25, 4:15 PM - Chris: Are they still going????
5/29/25, 4:35 PM - Jackie Samuelson: Yes
5/29/25, 4:36 PM - Jackie Samuelson: She was fighting for primary custody
5/29/25, 4:36 PM - Jackie Samuelson: She conceded to 50/50
5/29/25, 4:38 PM - Jackie Samuelson: The mediator made a comment how it's interesting that Liana is "abused by everyone"
5/29/25, 4:38 PM - Jackie Samuelson: Observant 😀
5/29/25, 4:41 PM - Chris: I'm soo confused by their process
5/29/25, 4:41 PM - Chris: I thought Mel was the person in the middle of them helping them figure things out
5/29/25, 4:42 PM - Chris: But i guess that was only temporary?
5/29/25, 4:43 PM - Chris: Also, i tried calling the phone number that sent me that hold evidence letter. Turns out it is Jonathan Mitchells cell phone number haha
5/29/25, 4:43 PM - Jackie Samuelson: Hey Jonny boy, charges were dropped.. good luck MOFO
5/29/25, 4:44 PM - Jackie Samuelson: Mel was just temporary until things were finalized
5/29/25, 4:45 PM - Chris: I texted him, letting him know the false accusations were dismissed and labeled "unfounded"
5/29/25, 4:45 PM - Chris: But things still are not finalized...
5/29/25, 4:45 PM - Jackie Samuelson: I love that you did that lol
5/29/25, 4:46 PM - Chris: They have a "mediator" now? Someone who is like a middle man, to help them??
5/29/25, 4:46 PM - Jackie Samuelson: They just agreed on custody officially with the mediator and Mel was part of it too I think
5/29/25, 4:46 PM - Jackie Samuelson: Mediation for ALL the divorce things and custody too
5/29/25, 4:49 PM - Chris: Ok, i still have a lot to learn about those things
5/29/25, 4:50 PM - Chris: I'm honestly shocked she is even able to get 50/50 custody
5/29/25, 4:50 PM - Chris: I'm curious what Devin has done sooo wrong that warrants that
5/29/25, 4:57 PM - Jackie Samuelson: Texas is very "fair" with splitting time
5/29/25, 4:57 PM - Jackie Samuelson: He assumed it was going to go 50
5/29/25, 5:00 PM - Chris: I hope he would still fight hard to be the Primary custodian
5/29/25, 5:00 PM - Chris: Primary parent; whatever it's called
5/29/25, 5:11 PM - Chris: What if i try to file a civil suit against Liana for "wrongful death" 😲
5/29/25, 5:12 PM - Chris: She IS to blame for the miscarriage
5/29/25, 5:30 PM - Chris: You deleted this message
5/29/25, 6:29 PM - Jackie Samuelson: You probably could
5/29/25, 7:16 PM - Chris: My dad said the only issue with that is, paternity was never established so i probably don't even have the right to file that suit against her for that reason
5/29/25, 8:16 PM - Chris: Her new guy was drilling and doing work inside her garage today
5/29/25, 8:16 PM - Chris: I'm curious what she's having him work on in there
5/29/25, 8:16 PM - Chris: That's why her car is parked in the drive way

5/29/25, 8:21 PM - Jackie Samuelson: Ooooh. Interesting.
5/29/25, 8:22 PM - Jackie Samuelson: You've got better spying ability
5/29/25, 8:24 PM - Jackie Samuelson: Surprise home improvement for Devin? 😜
5/29/25, 9:02 PM - Chris: Got off the phone with Devin and he's in pretty good mood after the results of today 👍
5/30/25, 8:05 AM - Chris: I messaged Liana and pretty much offered an olive branch. We'll see if she finally agrees to leave me alone...
5/30/25, 8:05 AM - Chris: I sent her this:
5/30/25, 8:05 AM - Chris: Morning crazy lady,
Letting you know that as of yesterday afternoon, I requested both of my police reports against you be place on Inactive. At this time, I am not interested in going down that route or pursuing charges against you. I am also not interested in filing new police reports against you for Filing false evidence, Suborning perjury, or the multiple perjuries you've already committed. At this time, I do not want anything to do with any of that. I want to be left alone. You leave me alone and I will leave you alone. Have a good day.
5/30/25, 8:29 AM - Jackie Samuelson: Ooooh. I wonder if she will actually be kind or if she will choose violence
5/30/25, 8:30 AM - Jackie Samuelson: Does she know charges against you have been dropped?
5/30/25, 8:30 AM - Jackie Samuelson: Did the message actually go through or did she block you?
5/30/25, 8:31 AM - Chris: Yes, for sure she does. Because the investigator that told me said the he is obligated to tell her also
5/30/25, 8:31 AM - Chris: I got the double check marks. So I'm confident she received my message
5/30/25, 8:32 AM - Jackie Samuelson: You've said your part, whether she replies is up to her. I wouldn't message her anything else again and be done.
5/30/25, 8:35 AM - Chris: Yeah i made it pretty clear i just want to be left alone
5/30/25, 8:35 AM - Jackie Samuelson: I'm sure she won't back down, she wants money
5/30/25, 8:35 AM - Chris: Well that's why i let her know that if she continues to go after me then i will go after her. And that will cost her money
5/30/25, 8:36 AM - Chris: Devin told she is in at Least $15,000 of credit card debt at the moment
5/30/25, 8:36 AM - Chris: On top of her student loans and mortgage payments
5/30/25, 8:52 AM - Jackie Samuelson: I hope she doesn't twist this against you at all
5/30/25, 8:54 AM - Chris: How could she
5/30/25, 8:56 AM - Chris: Only thing she can attempt to go after me for is the civil suit. But that doesn't look good for her success
5/30/25, 8:59 AM - Chris: I'm sure she will show her new guy my message.  Seems like he's knowledgeable enough about the law, since he likely got her in touch with Jonathan Mitchell. New guy will hopefully see my message and be like, ok he wants to be left alone
5/30/25, 8:59 AM - Chris: Not sure how else she could possibly go after me at this point
5/30/25, 9:00 AM - Jackie Samuelson: True

5/30/25, 9:00 AM - Jackie Samuelson: Did you hear the group of kids sneaking through your side yard last night lol
5/30/25, 9:00 AM - Jackie Samuelson: Little brats left their half drank bottles of beers they stole from their dad's beer fridges all over but Aaron cleaned it all up
5/30/25, 9:01 AM - Chris: Yaa i heard them running around last night
5/30/25, 9:02 AM - Chris: I stepped outside on to my back patio and watch them for a minute and then they went away
5/30/25, 9:41 AM - Jackie Samuelson: Did she respond
5/30/25, 9:41 AM - Chris: Nahh not yet
5/30/25, 9:41 AM - Chris: Hopefully she never responds and never talks to me ever again 🙌
5/31/25, 3:21 PM - Chris: Do you know if Liana has been talking with Allison recently?
5/31/25, 4:45 PM - Jackie Samuelson: She hasn't
5/31/25, 4:46 PM - Jackie Samuelson: Last thing was just sharing about the lawsuit and then nothing else
5/31/25, 4:46 PM - Jackie Samuelson: What's up? 👀
5/31/25, 5:19 PM - Chris: Her Lawyer emailed me, telling me to not message Liana. And to please stopped texting him personally haha
5/31/25, 5:38 PM - Jackie Samuelson: I figured that would happen
5/31/25, 5:39 PM - Jackie Samuelson: She reported your message to him, probably as harassment
5/31/25, 6:11 PM - Jackie Samuelson: Go back and block her again so you aren't tempted to message her once more
5/31/25, 6:12 PM - Chris: The more i think about their case against me the more i dont know how they are supposed to convince others that i did what they accuse me of
5/31/25, 6:14 PM - Chris: I feel like this lawyers big reputation is doing allll the heavy lifting. But, the facts remain the same. That i didn't do it, and she is lieing
6/2/25, 7:23 PM - Chris: Got some good news today!
6/2/25, 7:23 PM - Chris: My lawyer has a son who specializes in civil suits..
6/2/25, 7:24 PM - Chris: And after talking about my case with his dad, this guy agreed to take my case against Liana for free!
6/4/25, 3:15 PM - Jackie Samuelson: That's amazing
6/5/25, 5:39 PM - Jackie Samuelson: Liana is at the new pool with her kids...
6/5/25, 5:40 PM - Jackie Samuelson: And her new boyfriend too
6/5/25, 5:40 PM - Jackie Samuelson: Making their public debut
6/5/25, 5:57 PM - Chris: How does he look
6/5/25, 7:26 PM - Jackie Samuelson: My friend didn't get a good picture
6/5/25, 7:26 PM - Jackie Samuelson: Where she was sitting it would've been obvious if she took a picture and her kids wouldn't cooperate to pretend pose near them 😆😆😆
6/5/25, 7:41 PM - Chris: Hahah well good for Liana
6/5/25, 7:42 PM - Chris: Not sure how she found this guy. But sounds like he's in it for the long term

6/5/25, 7:45 PM - Chris: Probably he's helping pay her legal fees, he's in public with her kids, he's fixing up her house, planting shrubs for her....
6/5/25, 7:45 PM - Chris: He's already done a lot
6/5/25, 7:58 PM - Jackie Samuelson: He planted shrubs?
6/5/25, 7:59 PM - Chris: Yeah only on the side of her back yard facing my house haha
6/5/25, 7:59 PM - Chris: And put in new motion sensor lights in the back yard
6/5/25, 8:21 PM - Jackie Samuelson: I was wondering what those fucking stupidly placed lights were
6/5/25, 8:23 PM - Jackie Samuelson: I hope she has her happily ever after and leaves everyone alone
6/5/25, 8:24 PM - Chris: Yessss exactly! 🙌
6/5/25, 8:25 PM - Chris: I'm a little annoyed that nothing that i file against her is going to stick to a charge.... but oh well. If she leaves me alone and never talks to me ever again that will be great
6/5/25, 8:30 PM - Jackie Samuelson: Any word about winging?
6/5/25, 8:32 PM - Chris: Not yet...
6/5/25, 8:32 PM - Chris: Waiting for NCIS to finish their stuff
6/5/25, 8:32 PM - Chris: I've been told it could take a while because they are very under manned
6/5/25, 9:15 PM - Jackie Samuelson: Bullshit to keep waiting
6/6/25, 6:08 PM - Jackie Samuelson: Have you seen that dudes car
6/6/25, 6:08 PM - Jackie Samuelson: I'm 90% that he parks in the garage
6/6/25, 6:08 PM - Jackie Samuelson: I think I saw him in her passenger seat yesterday...but his car was nowhere to be seen
6/6/25, 6:30 PM - Chris: Weirdddd
6/6/25, 6:30 PM - Chris: Maybe he already has keys to the house too lol
6/6/25, 7:07 PM - Jackie Samuelson: New roommate 😝
6/6/25, 7:08 PM - Chris: Maybe he will help her buy the house from Devin
6/6/25, 7:10 PM - Jackie Samuelson: I hope you're here to see the for sale sign get hammered into the ground
6/6/25, 7:11 PM - Jackie Samuelson: The house next to hers is listed and it's expensive. Good for Devin to have that comp for when it's sale time
6/6/25, 7:50 PM - Chris: IF it gets sold for listing value
6/9/25, 6:42 PM - Jackie Samuelson: When you list for rent, what is your pricing?
6/9/25, 6:43 PM - Chris: $2700 or 2800
6/9/25, 6:43 PM - Chris: Do you maybe know someone??
6/9/25, 7:14 PM - Jackie Samuelson: I've seen a few posts looking for July/August
6/9/25, 7:14 PM - Jackie Samuelson: So hopefully you're ready to bounce by then
6/9/25, 7:19 PM - Chris: 🤞🤞
6/9/25, 7:19 PM - Chris: I hope so
6/9/25, 7:20 PM - Chris: There is one meeting about me happening end of this week and another meeting next week. Hopefully i will know more after that
6/9/25, 7:48 PM - Jackie Samuelson: Bright side of the situation.... you've gotten a staycation for a few

months
6/9/25, 7:48 PM - Jackie Samuelson: Earned your pay and got to do whatever
6/9/25, 7:49 PM - Jackie Samuelson: But still, she sucks for getting you into this
6/9/25, 7:51 PM - Chris: Yeah it's been very chill just hanging out and not doing much and still getting paid..
6/9/25, 7:51 PM - Chris: I would rather be doing my job and moving on... but whatever 🤷‍♂
6/9/25, 7:51 PM - Chris: She's such a terrible person...i just heard her yelling at her cripple old dog
6/9/25, 7:55 PM - Jackie Samuelson: I noticed the boyfriend spent the night last night
6/9/25, 7:55 PM - Jackie Samuelson: Mind blowing
6/9/25, 7:56 PM - Chris: Yaa he must be allll in at this point
6/9/25, 7:58 PM - Chris: I would assume there's probably some screws loose with him too. Hopefully whatever kind of crazy he is, matches well with her crazy 🤷‍♂
6/9/25, 7:58 PM - Chris: There's no way a Normative person would stay with her after knowing her baggage
6/9/25, 7:58 PM - Jackie Samuelson: Facts
6/9/25, 7:58 PM - Jackie Samuelson: He'll find out soon enough
6/9/25, 7:59 PM - Jackie Samuelson: And you, Devin, Casey and myself will line the streets with banners that say "we could've warned you" and "we weren't the crazy ones"
6/9/25, 8:00 PM - Jackie Samuelson: She sent the kids to camps last week and this week too
6/9/25, 8:00 PM - Jackie Samuelson: She clearly missed them so much
6/9/25, 8:32 PM - Chris: Nothing says I love you, like gtfo and go to some camp haha
6/10/25, 4:28 PM - Jackie Samuelson: Had to get a new phone.... might've lost the messages from before
6/10/25, 4:28 PM - Chris: What! Nooo
6/10/25, 4:28 PM - Chris: You didn't back things up?
6/10/25, 4:32 PM - Jackie Samuelson: Like 95% of things saved
6/10/25, 4:32 PM - Jackie Samuelson: Catastrophic phone failure over here
6/10/25, 4:33 PM - Jackie Samuelson: Dropped the phone, cracked the outer screen, got water intrusion apparently on the inner screen (Google fold) and then it went to a sim card failure and then motherboard failure within 48 hours
6/11/25, 6:48 PM - Jackie Samuelson: Is dudes car still there
6/11/25, 7:19 PM - Chris: Yuppp
6/11/25, 7:19 PM - Chris: He's pretty much moved in at this point
6/13/25, 3:22 PM - Jackie Samuelson: Did they have their meeting about you
6/13/25, 3:22 PM - Chris: the 1st meeting yes
6/13/25, 3:22 PM - Chris: and it went very well
6/13/25, 3:22 PM - Chris: Next week they have the more important meeting 🤞
6/13/25, 3:33 PM - Jackie Samuelson: Is this basically to "release you" to the next phase
6/13/25, 3:37 PM - Chris: Pretty sure it's a meeting tu determine if i did anything wrong and IF OSTC will try charging me with anything

6/13/25, 3:38 PM - Chris: after that meeting i think it will be about moving me on to my next duty station and winging
6/13/25, 9:15 PM - Jackie Samuelson: Boyfriends name is Marshall
6/13/25, 9:15 PM - Chris: Oooohhhh
6/13/25, 9:15 PM - Chris: How did you find that out?
6/13/25, 9:15 PM - Chris: Girl gossip?
6/13/25, 9:30 PM - Jackie Samuelson: Ciel.ane Cali gossip to Devin lol
6/13/25, 9:30 PM - Jackie Samuelson: And Alex calls him lawn man because he does all the lawn work
6/13/25, 9:31 PM - Jackie Samuelson: And apparently he does EVERYTHING inside the house too
6/13/25, 9:31 PM - Jackie Samuelson: I'm attempting to stalk away and see if I can find him online as a professor at the university
6/13/25, 9:32 PM - Jackie Samuelson: I can't imagine what else he'd do for work that'd grant him the same time off as her
6/13/25, 9:32 PM - Chris: Perfect! She found the perfect guy for her
6/13/25, 9:33 PM - Chris: She can sit back and have everything done for her. Exactly how she wants it
6/13/25, 9:33 PM - Chris: Maybe now she'll finally stop obsessing over me
6/13/25, 9:34 PM - Chris: Everything?? Like he cooks and cleans for Liana and her kids?
6/13/25, 9:36 PM - Jackie Samuelson: Cali said everything 😀
6/13/25, 9:37 PM - Chris: That's so funny
6/17/25, 2:33 PM - Jackie Samuelson: So when's your next "what do we do with Chris?" meeting
6/17/25, 2:33 PM - Jackie Samuelson: And are you invited to them? 😀
6/17/25, 2:38 PM - Chris: I'm not invited to them... those are higher up meetings
6/17/25, 2:38 PM - Chris: I think the next one is today or tomorrow
6/17/25, 2:39 PM - Chris: I'm expecting to hear something from them soon
6/18/25, 11:17 AM - Jackie Samuelson: Have you seen Voldemort lately?
6/18/25, 11:17 AM - Jackie Samuelson: I swear she doesn't leave her house ever
6/18/25, 11:20 AM - Chris: I have not seen her in a while
6/18/25, 11:21 AM - Chris: Did see her like a week ago pulling out of her drive way. And i just smiled and waved haha
6/18/25, 5:01 PM - Chris: Mister Marshall is parking inside of the garage now
6/18/25, 5:01 PM - Chris: The dude is moved into the house haha
6/18/25, 6:13 PM - Jackie Samuelson: I figured he was parking in there
6/18/25, 6:13 PM - Jackie Samuelson: That is so fucking weird
6/18/25, 6:15 PM - Jackie Samuelson: And it's so unfair he's essentially living in a house Devin is paying half of
6/18/25, 6:15 PM - Chris: Yeahhh pretty fked up
6/18/25, 6:16 PM - Chris: What are the chances that Liana suddenly gets pregnant?
6/18/25, 6:18 PM - Jackie Samuelson: I would be willing to place a bet in Vegas she will be by 2026

6/18/25, 6:19 PM - Jackie Samuelson: She's fertile as fuck and refuses to be on birth control 🤦‍♀️
6/18/25, 6:19 PM - Chris: I would bet she will be pregnant Before 2026
6/18/25, 6:19 PM - Jackie Samuelson: And she wants a 4th kid
6/18/25, 6:19 PM - Jackie Samuelson: And this dude apparently does everything for her
6/18/25, 6:20 PM - Chris: He's perfect for her right now
6/18/25, 6:20 PM - Chris: She's going to want to lock him down 100% hahah
6/18/25, 7:17 PM - Jackie Samuelson: No "what do we do with Chris" meeting yet?
6/18/25, 7:17 PM - Jackie Samuelson: Also: is this something your lawyer has considered going after her legally for? Her false accusations delaying your career?
6/18/25, 7:31 PM - Chris: Not that i have heard. But they are letting me take a trip to Mexico
6/18/25, 7:33 PM - Chris: My lawyer is only focused on defense. I would have to pay additional fees to have him file "offensive" charges against her
6/18/25, 7:34 PM - Chris: I think when i texted her and told her that if she filed against me then i would go after her for False evidence and her multiple Perjuries. Think that keeps her from filing against me
6/18/25, 7:57 PM - Jackie Samuelson: When is your trip?
6/18/25, 8:20 PM - Chris: In a couple weeks
6/19/25, 7:31 PM - Jackie Samuelson: Is your girlfriend in Mexico City
6/19/25, 7:44 PM - Chris: Yupppp
6/27/25, 10:59 AM - Jackie Samuelson: Are you heading out of town for the 4th? If not, need an easy favor 😀
6/27/25, 11:01 AM - Chris: I'll be here
6/27/25, 11:02 AM - Chris: I'm flying the next day at 0700
6/27/25, 11:03 AM - Jackie Samuelson: Well shit, that won't work lol. I was going to ask you to be my trash can bitch
6/27/25, 11:04 AM - Chris: My roommate might be able to
6/27/25, 11:05 AM - Jackie Samuelson: Or can you task your roommate on my behalf lol
6/27/25, 11:05 AM - Jackie Samuelson: We're heading to our Mississippi house to do a rental turnover real quick 😀
6/27/25, 11:06 AM - Jackie Samuelson: Oh wait, you'll be here still
6/27/25, 11:06 AM - Jackie Samuelson: Can you be my trash bitch
6/27/25, 11:06 AM - Jackie Samuelson: We leave Thursday morning, so I just need you to roll them back up
6/27/25, 11:20 AM - Chris: Yeah that's no problem
6/27/25, 1:35 PM - Jackie Samuelson: Anything at all from the base about releasing you?
6/27/25, 2:00 PM - Chris: Nope, i haven't heard anything
6/27/25, 2:01 PM - Jackie Samuelson: 😤
6/27/25, 2:06 PM - Chris: Ya i know....
6/27/25, 6:20 PM - Jackie Samuelson: Mother dearest gets the kids back tonight
6/27/25, 6:26 PM - Chris: Mother of the year!
6/27/25, 7:07 PM - Chris: Every time i think of that crazy lady it bothers me...

6/28/25, 8:41 AM - Jackie Samuelson: Same. Truly she angers my soul
6/28/25, 8:41 AM - Jackie Samuelson: I've never had a person irritate me like her
6/28/25, 3:59 PM - Chris: I talked with Mel and i think I'm going to file accusations against Liana....
6/29/25, 7:56 AM - Jackie Samuelson: It's just baffling how nothing ever sticks against her
6/29/25, 7:57 AM - Jackie Samuelson: She continuously gets away with everything in life
6/29/25, 7:57 AM - Chris: Yeah it really is...
6/29/25, 7:57 AM - Jackie Samuelson: Devin messaged me that she had the audacity to say something to him about his girlfriend being around the kids
6/29/25, 7:58 AM - Chris: Meanwhile she has a new guy that moved into the house Devin still pays for
6/29/25, 7:58 AM - Jackie Samuelson: LADY YOUR BOYFRIEND OF FIVE DAYS WAS SPENDING THE NIGHT E EVERY NIGHT STARTING THE DAY YOU GOT CUSTODY BACK
6/29/25, 7:58 AM - Jackie Samuelson: I haven't seen his car around, but I assume he's parking in the garage now 😆
6/29/25, 7:59 AM - Chris: Yupp I've seen his car in the garage
6/29/25, 8:01 AM - Chris: When ccpd calls me back, I'm going for filing a false police report, falsifying evidence, identity theft, and obstruction of justice
6/29/25, 8:01 AM - Chris: Then i will probably follow that up with hiring a lawyer to go after her for defamation
6/29/25, 8:01 AM - Chris: through a civil suit
6/29/25, 8:06 AM - Jackie Samuelson: I am curious if you can go after her for *future* career issues you may run into
6/29/25, 8:06 AM - Jackie Samuelson: Because this 3 month hiccup may follow you
6/29/25, 8:07 AM - Jackie Samuelson: You'll likely have to explain this delay for every promotion board
6/29/25, 8:07 AM - Chris: Yeah that's a good point
6/29/25, 8:08 AM - Chris: and just having to explain that some crazy person accused me of spiking her drinks damages my reputation
6/29/25, 8:09 AM - Jackie Samuelson: Sure sounds like emotional stress to me 😉
6/29/25, 8:10 AM - Jackie Samuelson: And prolonged public and workplace embarrassment due to her false accusations
6/29/25, 8:10 AM - Chris: I'm also thinking that big named lawyer does not want to take her civil case anymore. Not after i told him the nanny reasons she naturally miscarried
6/29/25, 8:10 AM - Jackie Samuelson: It's extra funny to me because you receiving a text and an email was NOT being served
6/29/25, 8:11 AM - Chris: Ya and if i can get traction of the False police report accusation. then i will 100% go after civil defamation
6/29/25, 8:11 AM - Jackie Samuelson: She has your address,and he's a lawyer .....he knows better. You are not served until you are handed paperwork in person
6/29/25, 8:11 AM - Jackie Samuelson: And once you move..... 🤷‍♀️ Good luck finding you

6/29/25, 8:12 AM - Chris: True
6/29/25, 8:12 AM - Jackie Samuelson: Are you still thinking of renting the house
6/29/25, 8:12 AM - Chris: i would not be surprised if she hired a private investigator to follow me or find me
6/29/25, 8:13 AM - Chris: Yeah for sure I'm renting it when i leave
6/29/25, 8:13 AM - Jackie Samuelson: You honestly should change your number when you leave here
6/29/25, 8:13 AM - Jackie Samuelson: Or make it VERY clear to tenants to not any info about you to her
6/29/25, 8:18 AM - Chris: Ya good point
6/29/25, 8:43 AM - Jackie Samuelson: <Media omitted>
6/29/25, 8:43 AM - Jackie Samuelson: This made me cackle
6/29/25, 8:46 AM - Chris: Wait a minute..i never broke up with her
6/29/25, 8:46 AM - Chris: We were never together haha
6/29/25, 8:46 AM - Chris: Although she did lie on her documents and said i was her bf
6/29/25, 8:46 AM - Chris: Crazy how well Devin can read her
6/29/25, 8:56 AM - Jackie Samuelson: But apparently anytime you were anything less than ideal, she'd be a bear to him lol
6/29/25, 9:00 AM - Chris: Hahah interesting
6/29/25, 5:39 PM - Chris: Got a call back and they pretty much said I've got nothing.....
6/29/25, 5:40 PM - Chris: Because they deleted the case, there is no documentation
6/29/25, 6:48 PM - Jackie Samuelson: Of course she's getting away with things .... again
6/29/25, 6:48 PM - Chris: I don't get it
6/29/25, 6:48 PM - Chris: Mel told me i have a legit case. Yet the ccpd tell me it's not even worth investigating
7/3/25, 2:21 PM - Jackie Samuelson: So.... what's your thoughts on the belly
7/3/25, 2:21 PM - Jackie Samuelson: <Media omitted>
7/3/25, 2:22 PM - Chris: Hahhahah i told you it would happen before the end of the year
7/3/25, 2:23 PM - Chris: Wow!!!!! She just can't help but get pregnant
7/3/25, 2:25 PM - Chris: Aren't you supposed to give your body a couple months to recover after a pregnancy before having another pregnancy
7/3/25, 2:28 PM - Chris: That's soo crazy!
7/3/25, 2:39 PM - Jackie Samuelson: Do you think it looks like it too??
7/3/25, 2:40 PM - Chris: Yeahh, she's a tiny person. Her belly pooch shows very easily
7/3/25, 3:46 PM - Jackie Samuelson: How far was she there??
7/3/25, 4:43 PM - Jackie Samuelson: If you didn't leave town can you be my trash can bitch and bring them back up for me
7/3/25, 4:44 PM - Chris: I'll bring them in if you don't call me the trash can Bitch
7/3/25, 5:54 PM - Jackie Samuelson: Trash Can King 👑
7/3/25, 5:54 PM - Chris: Haha ok better

7/3/25, 7:17 PM - Jackie Samuelson: Thank youuuu
7/3/25, 7:17 PM - Chris: You're welcome
7/8/25, 8:17 AM - Jackie Samuelson: When do you get back to town? Need me to be your trash can lady
7/8/25, 8:22 AM - Chris: Appreciate that, i might
7/8/25, 8:22 AM - Chris: My roommate should be able to do that
7/8/25, 8:40 AM - Jackie Samuelson: Let me know!
7/9/25, 4:00 PM - Jackie Samuelson: Your roommate put your trash out
7/9/25, 4:02 PM - Chris: Perfect
7/12/25, 11:51 AM - Jackie Samuelson: When do you make your grand return to town
7/12/25, 11:52 AM - Jackie Samuelson: I'm hosting a movie night again for my friends and their tiny humans and I'm wondering if Voldemort will be delusional enough to show up
7/12/25, 11:55 AM - Jackie Samuelson: And your roommate sucks. Where does your trash can need to be rolled to. It's still at the street? I'm going to just put it by your garage for now so you don't get in trouble
7/12/25, 11:56 AM - Chris: Sheeesh ya he's kinda an idiot sometimes
7/12/25, 11:56 AM - Chris: My cans go on the side of the house next to Voldemort
7/12/25, 11:56 AM - Chris: I get back on the 20th
7/12/25, 11:57 AM - Chris: You think she would try to show up uninvited??!
7/12/25, 12:01 PM - Jackie Samuelson: A big trip. Good for you. You deserve this
7/12/25, 12:02 PM - Jackie Samuelson: She's home so I'll move it over there if I see her leave today
7/12/25, 12:02 PM - Jackie Samuelson: Who knows. I bet the kids will beg her to come
7/12/25, 12:02 PM - Jackie Samuelson: There's going to be like 20-25 kids. They'll absolutely hear/see us
7/12/25, 12:03 PM - Chris: I would totally tell her NO if she tried to come over
7/12/25, 12:03 PM - Jackie Samuelson: And I of course am extra, so I bought stuff to make ice cream sundaes for all the kids. I'll gladly give her kids ice cream. And then all of my friends will stare at her
7/12/25, 12:03 PM - Chris: Your kids don't know how good they've got it hahah
7/12/25, 12:03 PM - Chris: Sounds amazing for the kiddos
7/12/25, 12:04 PM - Jackie Samuelson: I am actually dyinggggg to see her in person so I can see if she actually has a belly
7/12/25, 12:04 PM - Chris: She definitely does..i saw her in the backyard on July 4th. It's still small, but i think it's definitely a pregnant belly
7/12/25, 12:05 PM - Jackie Samuelson: Devin gets the kids back in a few days, and then he's heading out of town for 2 weeks with them. And then I'm taking the kids to NY soon too. I have successfully avoided her the entire summer.
7/12/25, 12:08 PM - Chris: Is that going to be the first trip Devin gets to take without needing permission??!
7/12/25, 12:10 PM - Jackie Samuelson: Yes!!
7/12/25, 12:35 PM - Chris: Hell yaaa, I'm happy for him
7/14/25, 4:42 PM - Jackie Samuelson: Absolutely unrelated to anything: but when you come back and mow the

grass, please be careful of Tucker's cucumbers. He has been working so hard on growing them and they're starting to creep outside of the fence lol
7/14/25, 4:42 PM - Jackie Samuelson: <Media omitted>
7/14/25, 4:43 PM - Jackie Samuelson: There's three plants
7/14/25, 6:43 PM - Chris: Ahhh ok, thanks for the heads up
7/14/25, 6:43 PM - Chris: I'll avoid them
7/21/25, 8:46 AM - Jackie Samuelson: You back?
7/21/25, 8:47 AM - Jackie Samuelson: I'm assuming you have like zero food in the house 😀 I'm just about to head out...I made some Hawaiian roll french toast casserole for breakfast....want some?! I can bring you a plate!
7/21/25, 9:09 AM - Chris: Yup I'm back! and i got official orders to NC!
7/21/25, 9:09 AM - Chris: I'll be officially out of here probably end of October
7/21/25, 9:11 AM - Jackie Samuelson: Woooohoooooo
7/21/25, 9:11 AM - Jackie Samuelson: Final countdown
7/21/25, 9:12 AM - Jackie Samuelson: She can eat a bag of shit 🤭
7/21/25, 9:13 AM - Jackie Samuelson: Hopefully you'll get the satisfaction of seeing a for sale sign go up in her front yard before you need to put a for rent sign up in yours
7/21/25, 9:15 AM - Jackie Samuelson: Or better yet.... just advertising solely under the radar on military sites and hopefully get it rented within needing to publicly list on Zillow so she has no idea what is happening until a moving truck shows or she sees a uhaul in your driveway
7/21/25, 9:17 AM - Chris: Yeah that would be ideal to get it rented through military people
7/21/25, 9:18 AM - Chris: Have you heard if Devin and her have had the legal meeting about their assets??
7/21/25, 9:18 AM - Jackie Samuelson: It's supposed to be before 8/31
7/21/25, 9:19 AM - Jackie Samuelson: Not sure of the date
7/21/25, 9:19 AM - Jackie Samuelson: I don't think he has a final date yet
7/21/25, 9:19 AM - Chris: Ahhh ok, there is still time
7/21/25, 9:20 AM - Jackie Samuelson: But his nightmare should be over financially next month
7/21/25, 9:20 AM - Jackie Samuelson: If Voldemort is indeed knocked up by this dude, I wouldn't be shocked if THEY buy the house off Devin via refinance
7/21/25, 9:20 AM - Jackie Samuelson: He seems to like the crazy
7/21/25, 9:21 AM - Jackie Samuelson: Since you've been gone, he's been doing who knows what in the garage almost daily
7/21/25, 9:21 AM - Jackie Samuelson: Devin has the kids in South Carolina through the end of the month
7/21/25, 9:21 AM - Chris: New guy seems all in
7/21/25, 9:22 AM - Jackie Samuelson: Glutton for punishment
7/21/25, 9:22 AM - Chris: Maybe she found someone who is equally as crazy as her and they match up well
7/21/25, 9:22 AM - Chris: .... probably not. But hopefully it goes well for them
7/21/25, 9:24 AM - Jackie Samuelson: When does your roommate PCS

7/21/25, 9:24 AM - Jackie Samuelson: Also....is his girlfriend pregnant?
7/21/25, 9:45 AM - Chris: Yuppp his gf is pregnant also haha
7/21/25, 9:46 AM - Chris: Something about my house... the guys keep getting girls pregnant haha
7/21/25, 9:46 AM - Chris: Him and his gf are interesting.... but that's a whole nother story
7/21/25, 9:55 AM - Jackie Samuelson: 👀
7/21/25, 10:00 AM - Chris: Hahha you wanna hear the gossip about that?
7/21/25, 10:07 AM - Jackie Samuelson: They getting married or what? Is she crazy?
7/21/25, 10:08 AM - Chris: Short version; my roommate is an idiot! and he screwed up his life. Because he's having a kid with a girl he plans to break up with
7/21/25, 10:08 AM - Chris: She is very immature
7/21/25, 10:08 AM - Jackie Samuelson: She always stares at me and the kids with a look of disgust lol
7/21/25, 10:08 AM - Chris: She's a very toxic individual
7/21/25, 10:09 AM - Chris: negative about everything
7/21/25, 10:09 AM - Jackie Samuelson: Oh no 🥺 he's always adorable and opens the door for her and it's cute
7/21/25, 10:09 AM - Jackie Samuelson: She sits there like a bitch like she expects it to happen though lol
7/21/25, 10:09 AM - Chris: Yeaaa he is pretty immature himself. But at least more mature than her
7/21/25, 10:10 AM - Jackie Samuelson: Is she from here?
7/21/25, 10:10 AM - Chris: Yeah exactly. She expects to be spoiled and treated like she's allll that. But she just sucks
7/21/25, 10:10 AM - Jackie Samuelson: When is he hitting the road?
7/21/25, 10:10 AM - Chris: Yup she's born and raised in crusty Corpus
7/21/25, 10:11 AM - Chris: Probably in about 3-4 months he'll be leaving
7/24/25, 3:05 PM - Chris: You wanna hear some BS..
7/24/25, 7:03 PM - Jackie Samuelson: That Liana is in Hawaii right now?
7/24/25, 7:03 PM - Jackie Samuelson: That her boyfriend built a coffin for her dying dog that her mother is watching while she's in Hawaii
7/24/25, 7:03 PM - Jackie Samuelson: That the dumb bitch had some guy make a GoFundMe me for her legal fees but she's on a vacation in Hawaii
7/24/25, 7:04 PM - Jackie Samuelson: Because that's definitely some BS 🥰
7/24/25, 7:04 PM - Chris: Haha what? is that true?
7/24/25, 7:04 PM - Jackie Samuelson: She sure as fuck is
7/24/25, 7:04 PM - Chris: hahah what a joke
7/24/25, 7:04 PM - Chris: where is she getting money?
7/24/25, 7:04 PM - Chris: Can you see how much money she's made on GoFundMe?
7/24/25, 7:05 PM - Jackie Samuelson: <Media omitted>
7/24/25, 7:05 PM - Jackie Samuelson: Only $244
7/24/25, 7:05 PM - Jackie Samuelson: She isn't named in the GoFundMe, she's anonymous in it. But 1000000% it is for her. She sent the link to a friend who sent it to me lol

7/24/25, 7:06 PM - Jackie Samuelson: But what's your BS
7/24/25, 7:06 PM - Jackie Samuelson: I love that people send me shit about her. She truly has no peace and I'm here for it
7/24/25, 7:06 PM - Chris: She doesn't look pregnant in the photos
7/24/25, 7:07 PM - Jackie Samuelson: She doesn't
7/24/25, 7:08 PM - Chris: I had a meeting with my XO today. He told me that the board met about me and was about to close things out and let me go on my way. But supposedly her lawyer provided new evidence or filled some new accusation against me. So now there is another investigation going on and i have to wait longer....
7/24/25, 7:09 PM - Jackie Samuelson: Whaaaat
7/24/25, 7:09 PM - Jackie Samuelson: What now
7/24/25, 7:10 PM - Chris: Ya... annoying
7/24/25, 7:10 PM - Jackie Samuelson: You have a right to know what she's accusing you of so you can defend yourself
7/24/25, 7:10 PM - Chris: Supposedly the lawyer filed something against me about 2 weeks ago
7/24/25, 7:10 PM - Jackie Samuelson: She's such a legit nut job
7/24/25, 7:10 PM - Chris: Yeah I'm going to call ccpd tomorrow and ask for a copy of the police report
7/24/25, 7:10 PM - Jackie Samuelson: Which lawyer? Civil or criminal
7/24/25, 7:11 PM - Chris: My XO doesn't know
7/24/25, 7:11 PM - Chris: But this may open things up for me to file against her
7/24/25, 7:17 PM - Jackie Samuelson: Why can't she just move on with her life
7/24/25, 7:17 PM - Jackie Samuelson: She's just so miserable
7/24/25, 7:18 PM - Jackie Samuelson: Call your lawyer first thing, I'm sure he knows what is going on
7/24/25, 7:18 PM - Chris: For real..
Just leave me alone
7/24/25, 7:18 PM - Chris: I already contacted him
7/24/25, 7:19 PM - Chris: Said he hasn't heard anything, but he'll look into it
7/24/25, 7:19 PM - Jackie Samuelson: So....you're again.... stuck here?
7/24/25, 7:20 PM - Chris: Ya a little while longer...
7/24/25, 7:20 PM - Chris: Time to go on another trip to Mexico haha
7/24/25, 7:21 PM - Chris: I was almost cleared to move on.....
7/24/25, 7:23 PM - Jackie Samuelson: Absolutely wild
7/24/25, 7:23 PM - Jackie Samuelson: Time to call her work and make an anonymous accusation against her lol
7/24/25, 7:27 PM - Chris: Have you heard anything from your friends that talk with crazy lady?
7/24/25, 7:33 PM - Jackie Samuelson: Absolutely nothing
7/24/25, 7:33 PM - Chris: Weird. I have no idea what new evidence the lawyer guy could have provided
7/24/25, 8:10 PM - Chris: No idea where Crazy is getting the money...
7/24/25, 8:11 PM - Chris: Devin said she has at least $25,000 in credit cards debt
7/24/25, 8:11 PM - Chris: Plus her student loan debts

7/24/25, 8:11 PM - Chris: This new dude must be paying a lot!
7/25/25, 7:40 AM - Chris: I'm going to email her boss and HR today and send them the "Trophy" pics and get admitting to recording our sex without my knowing
7/26/25, 12:39 PM - Jackie Samuelson: Aaron said you mowed over Tucker's cucumber plants 💔
7/26/25, 12:42 PM - Jackie Samuelson: There will be tears when we get back to town and he sees 😭
7/26/25, 12:42 PM - Chris: ohhh fuck!
7/26/25, 12:42 PM - Chris: I'm so sorry!
7/26/25, 12:43 PM - Chris: Omg..... I'm sorry
7/26/25, 12:47 PM - Jackie Samuelson: Hopefully it'll recover, he didn't get to pick any yet but they're almost ready
7/26/25, 12:50 PM - Chris: I completely forgot
7/26/25, 12:50 PM - Chris: Could i buy him new cucumber seeds or help him grow new ones?
7/26/25, 12:50 PM - Chris: fkk i feel bad for mowing my own lawn now
7/29/25, 9:49 PM - Chris: <Media omitted>
7/29/25, 9:52 PM - Chris: <Media omitted>
7/30/25, 6:40 AM - Jackie Samuelson: Lawyer info?
7/30/25, 6:40 AM - Jackie Samuelson: Did you find out what "new info" she has shared to mess with your life now
7/30/25, 6:41 AM - Chris: The photos are from what i plugged into chatgpt
7/30/25, 6:41 AM - Chris: My lawyer reached out to ccpd but has not heard anything back yet
7/30/25, 6:42 AM - Chris: Mel said she would reach out to ccpd also
7/30/25, 6:44 AM - Jackie Samuelson: But why would the base know something that your lawyer or the police wouldn't
7/30/25, 6:44 AM - Jackie Samuelson: That makes absolutely zero sense
7/30/25, 6:44 AM - Jackie Samuelson: Like ......as if she's lying
7/30/25, 6:45 AM - Chris: 100%
7/30/25, 6:46 AM - Jackie Samuelson: Did you have your lawyer call the base and tell them absolutely nothing has crossed their desk for new filing?
7/30/25, 6:47 AM - Jackie Samuelson: Like, your lawyer and CCPD would know if something was happening.....the base wouldn't 😀
7/30/25, 6:47 AM - Jackie Samuelson: I wish I was in town to give dirty looks and meddle
7/30/25, 6:47 AM - Jackie Samuelson: She's getting the kids back today or tomorrow I think
7/30/25, 6:47 AM - Chris: ncis supposedly was told by ccpd
7/30/25, 6:48 AM - Chris: I haven't seen her or Marshall
7/30/25, 6:48 AM - Chris: I've been told it's not a good look for me to try filing accusations against her until Afterr this blows over. So that's what I'm going to do
7/30/25, 6:58 AM - Jackie Samuelson: She's in Hawaii
7/30/25, 6:58 AM - Jackie Samuelson: I assume he is too

7/31/25, 3:36 PM - Jackie Samuelson: Did she come back yet?
7/31/25, 3:38 PM - Chris: Haven't seen her yet 🤷‍♂
8/3/25, 9:48 AM - Jackie Samuelson: Any sightings?
8/3/25, 9:48 AM - Jackie Samuelson: We are back and I'm ready to mildly inconvenience her
8/3/25, 9:51 AM - Chris: Hahha nahh no sightings in a while
8/3/25, 9:52 AM - Chris: Shes hiding in her house
8/3/25, 1:42 PM - Jackie Samuelson: I officially ditched CCAC so I won't casually run into her there either any more
8/3/25, 1:43 PM - Jackie Samuelson: Likely won't see her at school either since 2/3 of her kids are going to a different school and just Alex is at the one up the street
8/3/25, 1:44 PM - Chris: Didn't she only go to CCAC for the kids gymnastics?
8/3/25, 1:44 PM - Chris: Lord knows she doesn't workout
8/3/25, 1:45 PM - Chris: I'm hoping to join you in the,  never see Liana ever again club
8/3/25, 2:09 PM - Jackie Samuelson: I think so. I never actually saw her working out
8/3/25, 2:09 PM - Jackie Samuelson: I joined crunch. It's literally $130/month cheaper 😎
8/3/25, 2:18 PM - Chris: Haha yaa and a little closer
8/5/25, 9:38 AM - Jackie Samuelson: Heard from a birdie that the "new" information might not actually be new.....
8/5/25, 9:38 AM - Jackie Samuelson: Seems to be that she's just stirring the pot by bringing up the civil lawsuit information again
8/5/25, 9:39 AM - Jackie Samuelson: So that might simply be all she's doing, ruffling feathers by mentioning the civil suit in hopes that delays you.....  Again.
8/5/25, 9:40 AM - Jackie Samuelson: But a civil suit isn't a criminal investigation 🤷‍♀
8/5/25, 10:28 AM - Chris: That's very interesting
8/5/25, 10:29 AM - Chris: Because my XO was told by NCIS that an investigation was re-opened
8/5/25, 10:30 AM - Chris: It might be possible that my xo was told some wrong info. Because what you are hearing sounds like something crazy lady would do
8/5/25, 10:32 AM - Chris: How confidant are you in that source?
8/5/25, 10:37 AM - Chris: You think Liana somehow contacted NCIS and told them there is a civil suit against me?
8/5/25, 1:18 PM - Jackie Samuelson: It's a friend of hers that relayed some info to me.
8/5/25, 1:18 PM - Jackie Samuelson: Your lawyer still hasn't heard anything?
8/5/25, 1:20 PM - Chris: Nope My lawyer and Mel have not heard anything from the investigator to the case
8/5/25, 4:46 PM - Jackie Samuelson: Friend who knows Liana but Liana doesn't know them..... saw Liana at the pool just now....
8/5/25, 4:47 PM - Jackie Samuelson: Friend reports she thinks she saw a baby bump
8/5/25, 5:12 PM - Chris: 😂😂
8/5/25, 5:36 PM - Chris: I went into ccpd today to try to get a a copy of the original report and they

couldn't find it in their records....
8/5/25, 5:37 PM - Chris: Asked my lawyer to help me look up the original report tomorrow
8/5/25, 6:42 PM - Jackie Samuelson: Well that's.... Odd
8/6/25, 7:03 AM - Chris: If your friend got that in writing from Liana, that would be helpful. Because that is criminal and if there is evidence then i could pursue it
8/6/25, 12:09 PM - Chris: You've been so great, just like in general
8/6/25, 12:10 PM - Chris: Said you enjoy coffee gift cards right?
8/6/25, 1:56 PM - Jackie Samuelson: Coffee is the way to my heart
8/6/25, 2:23 PM - Chris: Starbucks?
8/6/25, 4:21 PM - Jackie Samuelson: Ooooh. Sure!
8/6/25, 4:21 PM - Jackie Samuelson: What was with the moving truck? 👀
8/6/25, 4:28 PM - Chris: New dishwasher
8/6/25, 4:28 PM - Chris: The pump on my old one went out
8/6/25, 4:37 PM - Jackie Samuelson: I swear to God appliances all break before it's time to move out
8/6/25, 4:37 PM - Jackie Samuelson: Better you dealing with it than a whiney tenant though
8/6/25, 4:38 PM - Jackie Samuelson: Devin said final mediation for him isn't until 11/5 🫠
8/6/25, 4:39 PM - Jackie Samuelson: Looks like she gets to live an easier life for a few more months
8/6/25, 4:40 PM - Chris: She keeps getting away with bs
8/6/25, 4:43 PM - Jackie Samuelson: Always. And I don't get it
8/6/25, 4:43 PM - Jackie Samuelson: Devin said he's going to the school event Friday for Alex ..... she'll be there too.....so he'll get to lay eyes on her and her maybe bump himself up close and personal
8/6/25, 4:46 PM - Chris: That will be interesting
8/6/25, 4:46 PM - Chris: Has Devin given Alex a haircut yet haha?
8/6/25, 4:49 PM - Chris: Was your friend texting Liana when she said she was stirring the pot just to keep me here longer?
8/6/25, 5:08 PM - Jackie Samuelson: No, friend was just guessing Liana was doing that
8/6/25, 5:21 PM - Chris: Oohhhh just guessing....
8/6/25, 5:22 PM - Chris: Dangg well i have not been able to get anything definitive from the police department
8/6/25, 5:23 PM - Jackie Samuelson: It seems like she's blowing smoke up everyone's ass.... doesn't seem right the base is holding you if there's nothing actually happening
8/6/25, 5:27 PM - Chris: It's not right
8/6/25, 5:29 PM - Chris: It's crazy that nobody can seem to tell me if the investigation is re-opened or not
8/7/25, 8:39 PM - Jackie Samuelson: Also, unblocked Liana for the first time ever since March in an attempt to snoop on Facebook....but I must have unfriended her first before I blocked her because we aren't FB friends any longer 😆
8/7/25, 8:39 PM - Jackie Samuelson: HOWEVER.....
8/7/25, 8:40 PM - Jackie Samuelson: Apparently once you block someone you can't reblock them for 48 hours

8/7/25, 8:40 PM - Jackie Samuelson: So, let's see if she notices that I've unblocked her 😮‍💨
8/7/25, 8:43 PM - Chris: haha
8/7/25, 8:53 PM - Jackie Samuelson: I'm mildly annoyed by this stalking fail
8/7/25, 8:53 PM - Chris: hahha well i guess you don't see the messages that were blocked
8/7/25, 9:09 PM - Jackie Samuelson: I can't see any messages from before on Facebook which is weird
8/7/25, 9:09 PM - Jackie Samuelson: But that might also be because I got a new phone?
8/7/25, 9:09 PM - Jackie Samuelson: Kidding. They just loaded
8/7/25, 9:09 PM - Jackie Samuelson: It took a bit
8/11/25, 8:19 AM - Jackie Samuelson: Saw her this morning... Couldn't tell if there was a bump but she was looking rough otherwise
8/11/25, 8:37 AM - Chris: Probably not used to waking up at a normal time haha
8/11/25, 10:05 AM - Chris: You wanna see some real bullshit...
8/11/25, 10:06 AM - Chris: Liana went to a media outlet and lied about the story
8/11/25, 10:06 AM - Chris: https://thefederalist.com/2025/08/11/man-allegedly-murdered-his-unborn-baby-by-spiking-her-moms-hot-cocoa-with-abortion-drug/
8/11/25, 10:08 AM - Jackie Samuelson: Oh. My. God.
8/11/25, 10:08 AM - Jackie Samuelson: CHRIS
8/11/25, 10:08 AM - Jackie Samuelson: Did your lawyer see this
8/11/25, 10:09 AM - Chris: Not yet, i sent it to them
8/11/25, 10:12 AM - Chris: There is a lot of false information in there
8/11/25, 10:14 AM - Jackie Samuelson: JAG, your CO and probably the base public affairs officer should be called
8/11/25, 10:19 AM - Jackie Samuelson: Who sent that to you?
8/11/25, 10:28 AM - Chris: My dad found it. But i got an email from a writer at the Washington Post
8/11/25, 10:29 AM - Chris: The lady from the Washington Post asked if i would like to say anything
8/11/25, 10:34 AM - Jackie Samuelson: Change your email and phone number today
8/11/25, 10:58 AM - Chris: Ya i might have to potentially
8/11/25, 11:09 AM - Jackie Samuelson: So what did your boss say
8/11/25, 11:11 AM - Chris: Don't talk with anybody except my lawyer
8/11/25, 11:11 AM - Chris: Washington Post and NBC NY have tried contacting me today
8/11/25, 11:11 AM - Chris: 😳😳
8/11/25, 11:14 AM - Jackie Samuelson: Well your boss and lawyer should talk then lol
8/11/25, 11:16 AM - Jackie Samuelson: Can JAG handle the media stuff on your behalf?
8/11/25, 11:17 AM - Chris: Ya I'm not sure
8/11/25, 12:47 PM - Jackie Samuelson: The end of the article is interesting
8/11/25, 12:47 PM - Jackie Samuelson: Basically a roundabout way of saying you or the online pill company could pay her off

8/11/25, 12:50 PM - Jackie Samuelson: And now I see this is what the CO could have been alluding to about something else was filed?
8/11/25, 12:50 PM - Jackie Samuelson: Maybe there were whispers that a public piece was being written
8/11/25, 12:50 PM - Jackie Samuelson: This news source has a Facebook page too 🫠
8/11/25, 12:50 PM - Chris: Yaa i now know exactly what was filed as new evidence
8/11/25, 12:52 PM - Jackie Samuelson: Oh dear. What? Texts?
8/11/25, 12:53 PM - Chris: I found the civil suit that has been filed
8/11/25, 12:53 PM - Chris: its 70ish pages long
8/11/25, 12:53 PM - Jackie Samuelson: You also have evidence too. So, you'll have your time and day in court as well
8/11/25, 12:53 PM - Jackie Samuelson: How in the world did you find it?
8/11/25, 12:57 PM - Chris: My dad paid for a service that found it
8/11/25, 1:05 PM - Jackie Samuelson: Bad news
8/11/25, 1:05 PM - Jackie Samuelson: The lawsuit is full-blown online....it's linked in a different news article
8/11/25, 1:05 PM - Jackie Samuelson: https://cdn01.dailycaller.com/wp-content/uploads/2025/08/abortionlawsuit.pdf
8/11/25, 1:06 PM - Jackie Samuelson: https://dailycaller.com/2025/08/11/major-online-abortion-provider-aid-access-wrongful-death-lawsuit/
8/11/25, 1:06 PM - Jackie Samuelson: Other news sites are picking the article up???
8/11/25, 1:14 PM - Chris: Yeah I've been contacted by The Washington Post and NBC NY already today
8/11/25, 1:25 PM - Jackie Samuelson: What a frenzy
8/11/25, 1:25 PM - Jackie Samuelson: Are you working today
8/11/25, 1:26 PM - Chris: I was but I'm home now
8/11/25, 1:31 PM - Chris: I've made my social media as private as possible. I might have to change my phone number potentially..
8/11/25, 1:35 PM - Jackie Samuelson: It's on the tennis site isn't it? Reporters will find it
8/11/25, 1:37 PM - Chris: That's a very good point, thank you
8/11/25, 2:19 PM - Jackie Samuelson: You're showing up all over Facebook now 😭
8/11/25, 2:20 PM - Chris: For what? In what way?
8/11/25, 2:20 PM - Jackie Samuelson: The lawsuit was shared on a local page
8/11/25, 2:20 PM - Jackie Samuelson: <Media omitted>
8/11/25, 2:21 PM - Jackie Samuelson: This dude's post randomly was on my feed and the entire lawsuit is there on his page
8/11/25, 2:22 PM - Chris: Well i guess we see how involved public interest gets
8/11/25, 2:26 PM - Jackie Samuelson: On the bright side... I was referred to as the gracious neighbor 💅
8/11/25, 2:27 PM - Jackie Samuelson: But for real, I hope your lawyer is doing whatever he can. I hope JAG and the PAO are fielding calls.

8/11/25, 2:35 PM - Chris: It's a well organized smear campaign by her lawyer. But this doesn't change the fact; that i did not spike her drink with abortion pills and i didn't do anything like that
8/11/25, 2:47 PM - Jackie Samuelson: Give it to me straight......are you ok mentally right now?
8/11/25, 2:48 PM - Jackie Samuelson: Do I need to be worried about you?
8/11/25, 2:49 PM - Jackie Samuelson: Because this is a lot
8/11/25, 2:49 PM - Jackie Samuelson: And I'm naturally a worrier
8/11/25, 3:06 PM - Chris: I'm stressed for sure. But I'm doing alright. I'm working things out
8/11/25, 3:06 PM - Chris: I'm taking action
8/11/25, 4:53 PM - Chris: Already got my first harassment on FB haha
8/11/25, 4:56 PM - Jackie Samuelson: Nooo
8/11/25, 4:56 PM - Jackie Samuelson: By who?!
8/11/25, 4:56 PM - Chris: <Media omitted>
8/11/25, 4:57 PM - Chris: There is going to be more after Washington Post writes something
8/11/25, 4:57 PM - Jackie Samuelson: Ooooof. It'd be great to respond back with something super shitty Liana did or said, but, I know you can't 🙃
8/11/25, 4:57 PM - Jackie Samuelson: What did your attorney say?
8/11/25, 4:58 PM - Chris: Having a meeting with him tomorrow
8/11/25, 4:58 PM - Jackie Samuelson: Maybe "deactivate" FB for a few weeks?
8/11/25, 4:58 PM - Jackie Samuelson: Your girlfriend is going to find out about all of this sooner than later now I'm sure 🥴
8/11/25, 4:59 PM - Chris: I'm probably going to have to pay him more now. And the investigator for my attorney said that charges are more likely to be filed now
8/11/25, 4:59 PM - Chris: Yaa I'm not sure how I'm going to address that
8/11/25, 5:00 PM - Jackie Samuelson: More charges?
8/11/25, 5:00 PM - Jackie Samuelson: Or re-opening?
8/11/25, 5:01 PM - Chris: More likely to charge the original accusation
8/11/25, 5:42 PM - Jackie Samuelson: To what? 🙃🙄
8/11/25, 6:46 PM - Jackie Samuelson: Oooof. One website is calling you her boyfriend
8/11/25, 6:50 PM - Chris: Is there a new article?
8/11/25, 6:51 PM - Chris: The Independent, just tried to contact me
8/11/25, 7:04 PM - Jackie Samuelson: It's on NBC news
8/11/25, 7:04 PM - Chris: jeeeeez
8/11/25, 7:04 PM - Jackie Samuelson: Like, literal NBC
8/11/25, 7:04 PM - Jackie Samuelson: https://www.nbcnews.com/news/us-news/texas-woman-sues-marine-claiming-spiked-drink-abortion-pills-rcna224297
8/11/25, 7:05 PM - Jackie Samuelson: And then yahoo, aol, etc. picked it up from NBC
8/11/25, 7:05 PM - Chris: Dang
8/11/25, 7:05 PM - Jackie Samuelson: Deactivate FB or whatever other social media you have

8/11/25, 7:06 PM - Jackie Samuelson: People are getting nasty online
8/11/25, 7:06 PM - Jackie Samuelson: Or change your name so people can't search you?
8/11/25, 7:07 PM - Chris: I will ride it out
8/11/25, 7:08 PM - Chris: I'm not going to let false accusations and a bunch of keyboard warriors bother me
8/11/25, 7:09 PM - Jackie Samuelson: The article said 10 pills
8/11/25, 7:10 PM - Jackie Samuelson: Did the pack even come with 10 pills?
8/11/25, 7:20 PM - Chris: It came with 12
8/11/25, 7:20 PM - Chris: And because she had only 2 the whole time. She's claiming the other 10 were used
8/11/25, 7:21 PM - Chris: So far I'm not getting harassed online 🤷‍♂
8/11/25, 7:26 PM - Jackie Samuelson: If the blood work didn't confirm anything... I'm not comprehending what they are doing here
8/11/25, 7:26 PM - Jackie Samuelson: You have evidence of harassment
8/11/25, 7:26 PM - Jackie Samuelson: Were you nasty with your words? Sure.
8/11/25, 7:26 PM - Jackie Samuelson: Did she also say abhorrent things to you? Yes. Did she say things just to make you mad? Also yes.
8/11/25, 7:27 PM - Jackie Samuelson: Like what charges could they be dreaming of
8/11/25, 7:27 PM - Jackie Samuelson: She's the one who called you dozens of times in a row numerous times
8/11/25, 7:28 PM - Chris: Yaa the Facts speak for themselves
8/11/25, 7:28 PM - Chris: Potentially in the future i might be able to go after people for harassment and defamation
8/11/25, 7:34 PM - Jackie Samuelson: I successfully recovered all of my messages when I got my new phone. So ...if that is needed later by a lawyer...
8/11/25, 7:35 PM - Chris: Sweeet
8/12/25, 11:57 AM - Jackie Samuelson: Did you have your meeting?
8/12/25, 12:29 PM - Chris: Not yet
8/12/25, 12:33 PM - Jackie Samuelson:
https://www.liveaction.org/news/woman-sues-father-abortion-pill-wrongful-death/?fbclid=IwQ0xDSwMIWe9leHRuA2FlbQIxMQABHlp8qIjBwgpvkGMJ3lSozVCMqTQVlJILXz5FvyXyxV0MgP74BtAfPC9d1LMj_aem_sH8ktkYJiRkkq5f2VpfwYw
8/12/25, 12:33 PM - Jackie Samuelson: Your license is on the internet....
8/12/25, 12:33 PM - Jackie Samuelson: Well, a redacted picture of it, with liana's hand
8/12/25, 12:35 PM - Jackie Samuelson: And now her name has been removed, as per her request
8/12/25, 12:52 PM - Chris: Ya.... i saw that
8/12/25, 12:52 PM - Chris: Very annoying
8/12/25, 1:06 PM - Jackie Samuelson: Odd that her name can be removed....but not yours
8/12/25, 1:07 PM - Chris: Not sure it's legal to post personal info like drivers license and social without sometimes consent..
8/12/25, 1:07 PM - Jackie Samuelson: You can be crucified publicly, but she can be protected
8/12/25, 1:07 PM - Jackie Samuelson: How did she even get your license and SS card

8/12/25, 1:07 PM - Chris: Yaa unfortunately that's the state of our current political climate. Men are automatically assumed guilty and bad
8/12/25, 1:08 PM - Chris: She went into my wallet when i left it down stairs
8/12/25, 1:08 PM - Jackie Samuelson: Is that not theft if personal information?
8/12/25, 1:53 PM - Jackie Samuelson: Good luck with lawyer stuff
8/12/25, 1:53 PM - Jackie Samuelson: Hopefully he's got a master plan of action
8/12/25, 1:57 PM - Chris: Thanks
8/12/25, 4:20 PM - Jackie Samuelson: Checking in 👀
8/12/25, 4:22 PM - Chris: I'm alive and well
8/12/25, 4:22 PM - Chris: Making good progress
8/12/25, 4:23 PM - Chris: I might be moving on base just to avoid crazy people trying to come find me 😅
8/12/25, 4:25 PM - Jackie Samuelson: I mean, the lodge is on the ocean
8/12/25, 4:25 PM - Jackie Samuelson: So, great views
8/12/25, 4:26 PM - Jackie Samuelson: I was wondering if neuces county has public records for property sales.... aka....crazy people could find you
8/12/25, 4:26 PM - Jackie Samuelson: And the article said neighbor of hers
8/12/25, 4:26 PM - Jackie Samuelson: So, process of elimination
8/12/25, 4:26 PM - Jackie Samuelson: Did attorney suggest it?
8/12/25, 4:27 PM - Chris: My potential new civil attorney
8/12/25, 4:27 PM - Chris: She has not agreed to represent me officially yet. But i like a lot of her ideas
8/12/25, 4:27 PM - Jackie Samuelson: A new attorney? 😱
8/12/25, 4:27 PM - Chris: Yupp
8/12/25, 4:27 PM - Jackie Samuelson: Better equipped?
8/12/25, 4:28 PM - Chris: I already had a criminal attorney. Now that a suit is filed against me civily i need a lawyer to represent me on that side
8/12/25, 4:29 PM - Chris: Mm she has some big ideas
8/12/25, 4:31 PM - Jackie Samuelson: Shall I be expecting a call from her to look through my texts with neighbor dearest? 🤓
8/12/25, 4:35 PM - Chris: Yaaa that's inevitable now
8/12/25, 5:03 PM - Jackie Samuelson: Figured 🤣 I don't think her attorney will be messaging
8/12/25, 5:04 PM - Chris: Hahah probably not
8/12/25, 5:04 PM - Chris: Apparently her lawyer has pissed off a lot of people
8/12/25, 5:51 PM - Jackie Samuelson: Oooooh. Go on
8/12/25, 5:51 PM - Jackie Samuelson: New lawyer?
8/12/25, 5:53 PM - Jackie Samuelson: I'm honestly wondering if the lawyer released all of this stuff without telling her he was doing it (because why else would she be asking for her name to be redacted?) I don't think she thought it would be nationally picked up
8/12/25, 5:55 PM - Jackie Samuelson: And it is interesting that your texts were part of the lawsuit

filing....with my lawsuit, absolutely NO evidence was part of the filing. That was all later as part of discovery and interrogatories, you don't put biased information out there as part of the filing and into public record to taint potential jury (aka, this lawyer might not even want this in front of a jury and is doing this solely for a media circus and for a money shake down and public shaming due to the political issue at stake here)
8/12/25, 5:55 PM - Jackie Samuelson: Nosey if your potential lawyer and current lawyer think the same
8/12/25, 6:04 PM - Chris: Ya everybody can see it's clearly a political agenda for her lawyer
8/12/25, 6:05 PM - Chris: I'll hear more from my new lawyer tomorrow
8/12/25, 6:05 PM - Chris: She has some bigg plans
8/12/25, 6:06 PM - Jackie Samuelson: Well I hope the plans involve a public rebuttal on another national news network lol
8/12/25, 6:06 PM - Jackie Samuelson: My flabbers are gasted
8/12/25, 6:07 PM - Jackie Samuelson: I imagine she's going to be a recluse in her house
8/12/25, 6:07 PM - Jackie Samuelson: And won't come outside now for weeks
8/12/25, 6:11 PM - Chris: I don't really care what she does moving forward. But she and her lawyer have stepped into a giant pile of shit with this one
8/12/25, 6:11 PM - Chris: There will be counter suits
8/12/25, 6:20 PM - Jackie Samuelson: Fo sho
8/12/25, 6:20 PM - Jackie Samuelson: She won't look your way ever again, guaranteed
8/12/25, 6:20 PM - Chris: That's all i ever wanted
8/12/25, 6:21 PM - Jackie Samuelson: She couldn't help herself with flipping you off 🙄
8/12/25, 6:23 PM - Jackie Samuelson: Are you definitely heading to the barracks?
8/12/25, 6:23 PM - Jackie Samuelson: Is your roommate still in the house? I haven't noticed his car around
8/12/25, 6:26 PM - Chris: Not 100% on moving out yet. But i think my lawyer is going to insist on it
8/12/25, 6:27 PM - Chris: Yaa he's still around for at least another 6 weeks
8/12/25, 6:30 PM - Jackie Samuelson: If he/she says it, do it. They know best.
8/12/25, 6:30 PM - Jackie Samuelson: She isn't doing this to get money from you
8/12/25, 6:31 PM - Jackie Samuelson: She's trying to get money from that company
8/12/25, 6:32 PM - Jackie Samuelson: But it's getting blood from a stone at this point probably. You ordered it, with your credit card, from your phone or computer, sent to your address, her name isn't affiliated at all with the company. It's...odd
8/12/25, 6:33 PM - Chris: The lawyer wants to go after the company. Liana wants money
8/12/25, 6:33 PM - Jackie Samuelson: It's throwing spaghetti at the wall to see what sticks
8/12/25, 6:34 PM - Chris: That's her strategy in general
8/12/25, 6:34 PM - Jackie Samuelson: And I don't see why they'd pay her a penny because she wasn't part of the process of ordering/receiving and there's no proof of consumption by her
8/12/25, 6:34 PM - Jackie Samuelson: Also, Baby Joy
8/12/25, 6:34 PM - Jackie Samuelson: Named after the fact

8/12/25, 6:35 PM - Jackie Samuelson: She told you the gender from the blood work results after the miscarriage happened
8/12/25, 6:36 PM - Chris: Yupppp just to make things more emotional
8/12/25, 6:36 PM - Chris: Paternity was never established
8/12/25, 6:36 PM - Chris: Dont know 100% it was mine
8/12/25, 6:50 PM - Jackie Samuelson: I didn't even think about that 😱
8/12/25, 6:50 PM - Jackie Samuelson: .....and interesting how Casey popped into the scene immediately after
8/12/25, 6:50 PM - Jackie Samuelson: .....and Marshall immediately after
8/12/25, 6:50 PM - Jackie Samuelson: 🤷‍♀️
8/12/25, 6:50 PM - Jackie Samuelson: And if she's indeed pregnant again 🤔
8/12/25, 6:51 PM - Jackie Samuelson: Inappropriate messaging with men online
8/12/25, 6:51 PM - Jackie Samuelson: Cough cough thane Rivers
8/12/25, 6:52 PM - Chris: Also i gave her the abortion meds when she was NOT pregnant
8/12/25, 9:43 PM - Jackie Samuelson: Devin did message me something I forgot about
8/12/25, 9:43 PM - Jackie Samuelson: I have the video of her knocking on my door..... twice, the night of the hospital
8/12/25, 9:43 PM - Jackie Samuelson: It's saved on my desktop
8/12/25, 9:43 PM - Jackie Samuelson: Also the article claims she was hemmorgharing
8/12/25, 9:44 PM - Jackie Samuelson: There was no blood on my truck seat
8/12/25, 9:44 PM - Jackie Samuelson: I saw the pad at the hospital, it was not soaked
8/12/25, 9:44 PM - Chris: Yeahh you are probably going to be an important witness
8/12/25, 9:45 PM - Chris: And that's good evidence
8/12/25, 9:45 PM - Jackie Samuelson: If your attorney wants details from me, they need to call me before I forget things lol
8/12/25, 9:45 PM - Chris: hahah alright
8/12/25, 9:46 PM - Jackie Samuelson: At least to get me to ramble shit and take notes for now
8/12/25, 9:46 PM - Jackie Samuelson: Especially the hospital night. Everything else is documented via texts.
8/12/25, 9:47 PM - Jackie Samuelson: I don't have the drive to the hospital recording saved directly any more, it was on my old phone, but I did email it to the CCPD investigator so he has it.
8/12/25, 9:48 PM - Chris: i have that recording on our chats
8/13/25, 3:17 PM - Jackie Samuelson: So, new lawyer hired or what
8/13/25, 3:23 PM - Chris: Not yet. She's very busy
8/13/25, 3:30 PM - Jackie Samuelson: Is she local or same city as her lawyer?
8/13/25, 3:30 PM - Chris: She's out of state
8/13/25, 3:39 PM - Jackie Samuelson: She sounds fancy 💅
8/13/25, 3:40 PM - Jackie Samuelson: Familiar with her lawyer and his antics?
8/13/25, 3:40 PM - Chris: Yup, she's not a fan 🤷‍♂️
8/13/25, 3:46 PM - Jackie Samuelson: I think we see why

8/14/25, 9:45 AM - Chris: Are you able to see the date of when Liana texted you about wiggling my car doors?
8/14/25, 10:28 AM - Jackie Samuelson: Hold
8/14/25, 10:30 AM - Jackie Samuelson: <Media omitted>
8/14/25, 10:31 AM - Jackie Samuelson: I don't know how to see the date of it? It's not breaking down the date of messages
8/14/25, 10:31 AM - Jackie Samuelson: I'll keep trying to see if I can narrow it down
8/14/25, 10:32 AM - Jackie Samuelson: February 20
8/14/25, 10:32 AM - Chris: Thank you!
8/14/25, 10:34 AM - Jackie Samuelson:
8/14/25, 10:34 AM - Jackie Samuelson: <Media omitted>
8/14/25, 10:34 AM - Jackie Samuelson: <Media omitted>
8/14/25, 10:34 AM - Jackie Samuelson: Her admitting SHE had the pills, again
8/14/25, 10:35 AM - Chris: And it was BEFORE she was pregnant
8/14/25, 10:35 AM - Chris: What are the dates of those?
8/14/25, 10:36 AM - Jackie Samuelson: Still February 20, later in the day, I was ignoring her all day because she made me mad after she asked me to touch your truck and I said no🙄
8/14/25, 10:37 AM - Jackie Samuelson: <Media omitted>
8/14/25, 10:57 AM - Jackie Samuelson: Anything else specific you can think of?
8/14/25, 11:16 AM - Chris: I'll let you know.  Thanks
8/14/25, 3:17 PM - Jackie Samuelson: Paw Patrol is indeed there
8/14/25, 3:18 PM - Jackie Samuelson: Saw him in the garage just now and his dog wandering outside with no leash lol
8/14/25, 3:20 PM - Chris: Ohh jeez he's a no leash guy...
8/14/25, 3:20 PM - Chris: That's a law suit waiting to happen
8/14/25, 3:25 PM - Jackie Samuelson: Hurry, go get bit
8/14/25, 3:26 PM - Chris: 😂
8/14/25, 3:43 PM - Jackie Samuelson: I was just scrolling tiktok....
8/14/25, 3:43 PM - Jackie Samuelson: .....
8/14/25, 3:43 PM - Jackie Samuelson: And you're there
8/14/25, 3:43 PM - Jackie Samuelson: https://www.tiktok.com/t/ZTHs3pQfw4hBn-PzFWY/
8/14/25, 3:56 PM - Jackie Samuelson: You have the biggest self control in the world right now
8/14/25, 4:03 PM - Chris: Haha why do you say that?
8/14/25, 4:04 PM - Chris: Sure i would like to tell reporters my side of the story... but it would not change anything
8/14/25, 4:16 PM - Jackie Samuelson: Well you haven't done anything to end up on an episode of Snapped yet
8/14/25, 4:17 PM - Chris: no idea what Snapped is
8/14/25, 4:17 PM - Chris: i just googled it. hahaha
8/14/25, 4:18 PM - Chris: I lock up my whole house at night, every night. Just in case

8/14/25, 4:18 PM - Chris: Because she is soo crazy she might try to do something to me or my house
8/14/25, 4:22 PM - Jackie Samuelson: Park in the garage 😀
8/14/25, 4:22 PM - Jackie Samuelson: I've been waiting for your tired to be slashed and windshield to be smashed
8/14/25, 4:23 PM - Jackie Samuelson: Truly surprised her boyfriend hasn't approached you as of yet
8/14/25, 4:24 PM - Chris: Yaa 🤷‍♂ i think he's a smart dude
8/14/25, 6:11 PM - Jackie Samuelson: <Media omitted>
8/14/25, 6:11 PM - Jackie Samuelson: ICU for days....
8/14/25, 6:11 PM - Jackie Samuelson: She went on a work trip a day later, did she not?
8/14/25, 6:12 PM - Chris: I don't think she went on a trip. I think she went back and forth to the hospital and her house getting toxicology reports
8/14/25, 6:13 PM - Chris: That comment by KAM is spot on. Some smart people out there
8/14/25, 6:15 PM - Jackie Samuelson: Some people are actually smart and realistic
8/14/25, 6:22 PM - Chris: Yeah it's surprising
8/15/25, 8:46 AM - Jackie Samuelson: it appears there is a safety stand down happening today about your incident 😵
8/15/25, 8:47 AM - Chris: Ohh jeez
8/15/25, 9:12 AM - Jackie Samuelson: <Media omitted>
8/15/25, 9:13 AM - Jackie Samuelson: Thought you'd enjoy the middle comment
8/15/25, 9:13 AM - Jackie Samuelson: Someone sent me that screenshot
8/15/25, 9:15 AM - Chris: Ha!!! that's amazing
8/15/25, 9:18 AM - Jackie Samuelson: So that person must know Devin
8/15/25, 9:18 AM - Jackie Samuelson: I don't recognize the picture
8/15/25, 9:21 AM - Chris: Or just knows Liana from her kids school haha
8/15/25, 10:03 AM - Chris: Was that on ig?
8/15/25, 10:11 AM - Jackie Samuelson: It was. She saw it on NotInRegz
8/15/25, 10:12 AM - Chris: Trying to find the comment but can't
8/15/25, 10:14 AM - Jackie Samuelson: There's so many comments. I just looked up the post.. almost 2000 😀
8/15/25, 10:15 AM - Chris: Yaa... it's a popular one
8/15/25, 2:30 PM - Chris: Are you able to send me a copy of your Camera from the night Liana came over and knocked on your door
8/15/25, 2:41 PM - Jackie Samuelson: I'm looking
8/15/25, 2:41 PM - Jackie Samuelson: Aaron saved it but I don't know where
8/15/25, 8:31 PM - Chris: Any luck getting the video?
8/16/25, 8:56 AM - Jackie Samuelson: They're super long, 3 minutes each
8/16/25, 9:01 AM - Chris: Ha! 3 minutes is not that long
8/16/25, 9:01 AM - Chris: Are you able to send them to me on WhatsApp? or email?
8/16/25, 9:01 AM - Chris: my email is chriscooprider0@gmail.com

8/16/25, 9:03 AM - Jackie Samuelson: They're on the computer not my phone 🫠
8/16/25, 9:04 AM - Jackie Samuelson: I'll see if Aaron can figure out how to compress it smaller for emailing
8/16/25, 9:06 AM - Chris: Thank you. That video is important evidence
8/16/25, 9:12 AM - Jackie Samuelson: Does your lawyer have a Dropbox established?
8/16/25, 9:13 AM - Jackie Samuelson: If she sends me a link I can load it there easy
8/16/25, 9:14 AM - Jackie Samuelson: I had to do that with all of our stuff. We had over 300 pages of evidence and probably 250+ pictures and 30+ videos lol
8/16/25, 9:16 AM - Chris: I will ask
8/16/25, 9:16 AM - Chris: I don't know how dropbox works. Do you need a link? or invite? or what??
8/16/25, 9:21 AM - Jackie Samuelson: She'd make basically a Google drive-like account for you/others to share documents/pictures/videos into
8/16/25, 9:22 AM - Jackie Samuelson: Unsolicited advice because I'm apparently a lawsuit champion: you're going to want to get ALL of your conversations from her into a word document 🥴 start doing that now
8/16/25, 9:23 AM - Jackie Samuelson: From Facebook messenger, you can "order" your chat history to be sent to you from a certain date range as a link and then you'll need to copy/paste into a document
8/16/25, 9:23 AM - Chris: Should i ask for a dropbox link for you?
8/16/25, 9:23 AM - Jackie Samuelson: It'll take a week or so for them to produce that link
8/16/25, 9:24 AM - Jackie Samuelson: Your lawyer can just make one general Dropbox probably and then send me the link as an "add only" and not grant me any viewing capacity
8/16/25, 9:26 AM - Jackie Samuelson: If it comes from me to her directly through a drop box or similar concept site, they can't accuse you of tampering or editing it somehow
8/16/25, 9:26 AM - Jackie Samuelson: (that's why we had to do it that way for our lawsuit too lol)
8/16/25, 9:27 AM - Chris: Hmm ok 🤷‍♂
8/16/25, 9:27 AM - Jackie Samuelson: Is the lawyer officially your lawyer? I hope she is
8/16/25, 9:29 AM - Jackie Samuelson: And if she tells me what she needs evidence wise from my texts I'll start making a word document too of things that will be of interest 😬
8/16/25, 9:29 AM - Jackie Samuelson: *cough cough Liana's manifesto of her obsession with you cough cough*
8/16/25, 9:30 AM - Chris: hahah ya that might be helpful to start
8/16/25, 9:30 AM - Jackie Samuelson: I randomly remembered her over analyzing if she should invite you to thanksgiving with her family too
8/16/25, 9:31 AM - Jackie Samuelson: Were you two doing activities at that point already
8/16/25, 9:31 AM - Jackie Samuelson: Or was that wishful thinking on her part
8/16/25, 9:31 AM - Chris: This lawyer hasn't officially agreed to represent me yet.  But we do have a signed attorney- client privilege letter. I'm sending this lawyer alllll of the info from my side of the story
8/16/25, 9:31 AM - Chris: No! We definitely were not doing anything in November
8/16/25, 10:21 AM - Chris: Lawyer said you can email it to him and his paralegal will get it to Dropbox
8/16/25, 10:22 AM - Chris: mikal@wattsllp.com

8/16/25, 7:35 PM - Jackie Samuelson: I'll try to figure out emailing it!
8/16/25, 7:36 PM - Jackie Samuelson: Can you by chance see someone's yard
8/16/25, 8:06 PM - Chris: Ya why?
8/16/25, 8:16 PM - Jackie Samuelson: Perhaps an update if you see a very large hole being dug and a coffin going into the ground for the dog
8/16/25, 8:17 PM - Jackie Samuelson: The eldest child found the dog this morning 😭
8/16/25, 8:23 PM - Chris: Ahhhh that explains it. Ya they are burying it now
8/16/25, 8:33 PM - Jackie Samuelson: Where in the yard
8/16/25, 8:34 PM - Chris: Close to the back patio
8/16/25, 8:34 PM - Jackie Samuelson: Ooof that's a weird spot
8/16/25, 8:34 PM - Jackie Samuelson: Hopefully it doesn't smell 😬
8/16/25, 8:34 PM - Chris: Like 8 feet North/northWest
8/16/25, 8:36 PM - Jackie Samuelson: Devi said it seemed to be a large casket....so it'll be a big hole
8/17/25, 10:52 AM - Chris: Is it against the HOA to bury dead animals?
8/17/25, 1:20 PM - Jackie Samuelson: Check your bi laws
8/17/25, 1:20 PM - Jackie Samuelson: I bet it is 🤣
8/17/25, 1:56 PM - Jackie Samuelson: I was wondering the same
8/17/25, 1:56 PM - Jackie Samuelson: Because I don't see how it could be
8/17/25, 1:56 PM - Jackie Samuelson: The plots here are small and well.... rotting animals smell 🫢🥴
8/17/25, 1:57 PM - Jackie Samuelson: Could be allowed***
8/17/25, 1:57 PM - Jackie Samuelson: Can you see how big the hole is?
8/17/25, 1:58 PM - Chris: I could go take a picture
8/17/25, 2:06 PM - Jackie Samuelson: With your luck she'd catch you doing that
8/17/25, 2:08 PM - Chris: So? I'm allowed to take photos of public areas
8/17/25, 2:11 PM - Jackie Samuelson: Factual statement
8/17/25, 2:12 PM - Chris: She came out of her garage yesterday and started video recording my roommates mom... as she was going for a morning walk
8/17/25, 2:12 PM - Chris: Liana is paranoid hahah
8/17/25, 2:24 PM - Jackie Samuelson: Probably thought it was your mom
8/17/25, 2:28 PM - Jackie Samuelson: Also...if you happened to be outside taking pictures from the front or the back surely you're getting pictures for real estate purposes for advertising the home and you'll of course be editing out any "private or personal information" of any of your "neighbors" before posting publicly if you're ever questioned or harassed by any of those neighbors who would dare to approach you, whether it's the homeowner or their romantic partner 😇
8/18/25, 2:25 PM - Jackie Samuelson: Did you check and see if a dog friend is allowed to be 6 feet under in the yard
8/18/25, 2:26 PM - Jackie Samuelson: Also: did they actually bury her 6 feet under? Because you really do need to dig a grave deep enough or else it'll be problematic. I grew up on a farm and we buried horses and

everything lol
8/18/25, 6:20 PM - Chris: What is Caseys full name?
8/18/25, 6:21 PM - Jackie Samuelson: Pyle
8/18/25, 6:21 PM - Jackie Samuelson: https://www.facebook.com/share/19aWZ19b4L/
8/18/25, 6:22 PM - Chris: Do you remember when he took them to seaworld
8/18/25, 6:23 PM - Jackie Samuelson: Hmmm....let me deep dive in messages
8/18/25, 6:23 PM - Jackie Samuelson: Hold
8/18/25, 6:28 PM - Jackie Samuelson: You might need to ask Devin that one...when my old phone died, some of my Facebook messenger conversations didn't transfer over onto the new phone for some reason and his is one of them. When I searched the conversation it only went to early June.
8/18/25, 6:43 PM - Jackie Samuelson: <Media omitted>
8/18/25, 6:43 PM - Jackie Samuelson: It was in my regular messages
8/18/25, 6:44 PM - Jackie Samuelson: Spring break was mid March
8/18/25, 6:44 PM - Jackie Samuelson: <Media omitted>
8/18/25, 6:46 PM - Jackie Samuelson: He sent me that message 3/29
8/18/25, 6:52 PM - Chris: I'm on the phone right now, why I'm asking questions
8/18/25, 6:52 PM - Chris: Do you remember the date she asked you to try to open my car doors
8/18/25, 7:06 PM - Jackie Samuelson: 2/20
8/18/25, 7:43 PM - Chris: Thanks
8/18/25, 8:39 PM - Chris: Do you know a lady named Kristy?
8/18/25, 9:06 PM - Jackie Samuelson: I don't
8/18/25, 9:06 PM - Jackie Samuelson: That doesn't ring a bell as a local friend?
8/18/25, 9:06 PM - Jackie Samuelson: Where'd you hear that name
8/18/25, 9:07 PM - Chris: Looking through text, Liana said Kristy stayed with her 8am-12 at the hospital that day. And drove her home and her mom
8/18/25, 9:08 PM - Jackie Samuelson: <Media omitted>
8/18/25, 9:08 PM - Jackie Samuelson: Searched messages. Cali's friends mom
8/18/25, 9:09 PM - Jackie Samuelson: She came and watched the kids once because Liana needed to get her nails done because you stressed her out so much one weekend day 🙄
8/18/25, 9:11 PM - Jackie Samuelson: <Media omitted>
8/18/25, 9:13 PM - Jackie Samuelson: <Media omitted>
8/18/25, 9:14 PM - Jackie Samuelson: This woman knew the anniversary of her damn first period 🥴
8/19/25, 10:18 AM - Chris: I'm gonna be asking you for some information today
8/19/25, 10:18 AM - Chris: Putting together a lot of things these next couple days per my lawyers instructions
8/19/25, 10:23 AM - Chris: What is Liana's sisters name?
8/19/25, 11:02 AM - Jackie Samuelson: Amy
8/19/25, 11:02 AM - Chris: Last name?

8/19/25, 11:03 AM - Chris: Do you know if Liana has multiple numbers associated with her multiple phones?
8/19/25, 11:03 AM - Chris: Or are they alll under one phone number?
8/19/25, 11:06 AM - Jackie Samuelson: It's under Ami Marie
8/19/25, 11:06 AM - Jackie Samuelson: <Media omitted>
8/19/25, 11:06 AM - Jackie Samuelson: That's the profile picture
8/19/25, 11:06 AM - Jackie Samuelson: I can't share the link, I have her blocked, so I had to screenshot from my blocked folder
8/19/25, 11:11 AM - Jackie Samuelson: No, her old phone is a dead phone
8/19/25, 11:17 AM - Chris: Do you know which FB profile pic is Ami Marie
8/19/25, 11:19 AM - Jackie Samuelson: The one I just sent
8/19/25, 12:01 PM - Chris: Do you know Jenny's last name and phone number?
8/19/25, 12:06 PM - Jackie Samuelson: Jenny doesn't know any of the info at all
8/19/25, 12:07 PM - Jackie Samuelson: She's just a playdate friend. She's never been privvy to any of the info ever except the call the hospital night but she didn't answer
8/19/25, 12:08 PM - Jackie Samuelson: (she only knows things from me venting after the fact when things went down after I blocked her)
8/19/25, 12:09 PM - Chris: Alright, I'll make a note of that. I think my lawyers would still like to chat with her, maybe about Lianas character and reputation
8/19/25, 12:10 PM - Jackie Samuelson: I'll ask her if she's on with that. But I'm not giving her information unless she says so.
8/19/25, 12:10 PM - Jackie Samuelson: Allison will be a firm no, that I know for a fact
8/19/25, 12:11 PM - Jackie Samuelson: She won't get involved with any of this whatsoever because of her job
8/19/25, 12:12 PM - Chris: Well that's a bummer about Allison
8/19/25, 12:13 PM - Jackie Samuelson: Her info would probably come via a witness list from liana's side
8/19/25, 12:14 PM - Chris: That's a good point. If someone does not want to be contacted then obviously i respect that
8/19/25, 12:14 PM - Jackie Samuelson: But she was....not told the truth
8/19/25, 12:15 PM - Jackie Samuelson: She heard one sided info
8/19/25, 12:16 PM - Chris: My lawyers asked me to provide the names of neighbors. so I'll provide names, but I'll tell my lawyers Allison and Jenny don't want to get involved
8/19/25, 12:20 PM - Jackie Samuelson: Jenny's last name is Butt
8/19/25, 2:45 PM - Jackie Samuelson: Your cement fountain is knocked over?
8/19/25, 2:45 PM - Chris: Yaa the wind knocked it over
8/19/25, 2:46 PM - Jackie Samuelson: <Media omitted>
8/19/25, 2:46 PM - Jackie Samuelson: What in the world? 🤣
8/19/25, 2:48 PM - Jackie Samuelson: It's so calm outside lol
8/19/25, 2:48 PM - Chris: it Was windy
8/19/25, 2:48 PM - Chris: So windy i moved my truck inside

8/21/25, 7:49 AM - Jackie Samuelson: Are you ever up when she leaves in the morning with the kids at 7ish
8/21/25, 7:58 AM - Chris: I'm awake, but i never see her 🤷‍♂️
8/21/25, 2:26 PM - Chris: Will Aaron be able to upload your ring video to that flash drive sometime tomorrow?
8/21/25, 3:23 PM - Jackie Samuelson: He'll be home tomorrow night
8/21/25, 3:24 PM - Chris: okey dokey
8/21/25, 7:27 PM - Chris: Do you know Liana's ig name?
8/21/25, 7:41 PM - Jackie Samuelson: No, never found her there
8/23/25, 7:46 AM - Chris: When yall get a chance today, could i get that video from yall
8/23/25, 2:01 PM - Jackie Samuelson: Yes, sorry. Aaron got in super late last night. Let me go bug him real quick.
8/23/25, 2:09 PM - Jackie Samuelson: I'll send to your gmail
8/23/25, 2:09 PM - Chris: Perfect,  thank you
8/23/25, 2:09 PM - Jackie Samuelson: What's your email again
8/23/25, 2:09 PM - Chris: Chriscooprider0@gmail.com
8/23/25, 2:10 PM - Jackie Samuelson: That's a zero at the end of the email?
8/23/25, 2:10 PM - Chris: yes
8/23/25, 2:13 PM - Chris: if it's too big to send in email.  You can use Wetransfer.com
8/23/25, 2:21 PM - Jackie Samuelson: Send to lawyer too?
8/23/25, 2:21 PM - Chris: Sure, just to make sure i "can't tamper" with it
8/23/25, 2:22 PM - Chris: Her email is Beth@bethklein.com
8/23/25, 2:22 PM - Jackie Samuelson: What is his email again
8/23/25, 2:22 PM - Jackie Samuelson: Ooooh. Hers.
8/23/25, 2:23 PM - Jackie Samuelson: Hmmm, it might not let me send it to her via google drive, but I'll try.
8/23/25, 2:24 PM - Chris: Could also send it to Mikal@wattsllp.com
8/23/25, 2:30 PM - Jackie Samuelson: Sent. Should be both videos attached...let me know if the sound didn't work. They're each 3 minutes long and I didn't compress them or anything.
8/23/25, 3:01 PM - Chris: Thank you! i got them
8/23/25, 3:01 PM - Chris: do you still have the recording from driving her?
8/23/25, 3:43 PM - Jackie Samuelson: That I don't have the original of, got lost in the abyss of my old phone dying
8/23/25, 3:45 PM - Jackie Samuelson: I have the email I sent to the detective at CCPD with the attachment of it I could forward?
8/23/25, 3:45 PM - Chris: That should work
8/23/25, 3:45 PM - Jackie Samuelson: That way it's another "original" from me
8/23/25, 3:50 PM - Chris: 👍👍
8/26/25, 5:02 PM - Jackie Samuelson: Have you made a decision about renting out your house?

8/26/25, 5:07 PM - Chris: I would like to rent it out whenever i move out. But i don't know when I'll be moving out
8/26/25, 5:25 PM - Jackie Samuelson: I saw someone looking for a house in October 👀
8/26/25, 5:26 PM - Chris: Dangg. Ya i need to see if on base housing is available
8/26/25, 5:27 PM - Jackie Samuelson: Is there a barracks on base?
8/26/25, 5:27 PM - Chris: No but there are some houses available for families
8/26/25, 5:28 PM - Jackie Samuelson: Is lawyer "suggesting" it?
8/26/25, 5:28 PM - Chris: Yupp
8/26/25, 5:29 PM - Jackie Samuelson: I don't think they'll give you a house since you don't have any Dependas
8/26/25, 5:29 PM - Jackie Samuelson: Whyyyyyy do you have to stay here? I just don't get it
8/26/25, 5:34 PM - Chris: Yaa they won't let me Wing until ncis is finished again
8/26/25, 5:35 PM - Chris: Think my situation is trending in a good direction with regards to ncis
8/26/25, 5:36 PM - Chris: My timeframe is uncertain which is my problem finding renters. Wish they could tell me exactly when
8/26/25, 8:34 PM - Jackie Samuelson: It's mind blowing how she gets normalcy and you get scrutiny and uncertainty
8/26/25, 8:36 PM - Chris: That might change 🤷‍♂
8/31/25, 7:47 AM - Chris: Morning! Could you give me a quick call when you get a chance today
8/31/25, 4:24 PM - Jackie Samuelson: I noticed the garbage cans on my side now 🤣
8/31/25, 4:25 PM - Jackie Samuelson: If you move the green one over to the opposite side of the blue if there's room people won't be able to see it from the street if you're worried about that
8/31/25, 4:27 PM - Chris: Haha yeahh. I'm honestly worried about Lianna going crazy after my legal reply and she tries to retaliate and harm me...
8/31/25, 4:27 PM - Chris: 😳😳
8/31/25, 4:36 PM - Jackie Samuelson: Same
8/31/25, 4:36 PM - Jackie Samuelson: Are your lawyers releasing anything I shared with you
8/31/25, 4:36 PM - Chris: Yes they are
8/31/25, 4:36 PM - Jackie Samuelson: (that she'd know came directly from me)
8/31/25, 4:36 PM - Chris: Probably
8/31/25, 4:36 PM - Jackie Samuelson: Screenshots?
8/31/25, 4:37 PM - Jackie Samuelson: Is my name being put out there?
9/2/25, 2:56 PM - Jackie Samuelson: Did you hit the road out of your house yet
9/2/25, 2:56 PM - Jackie Samuelson: I had Aaron's promotion decorations installed last night
9/2/25, 2:56 PM - Jackie Samuelson: He panicked and took them down
9/2/25, 2:56 PM - Jackie Samuelson: He was worried someone would fuck with them lol
9/2/25, 2:57 PM - Chris: I'm traveling tomorrow
9/2/25, 2:57 PM - Chris: Did he promote to O-5??

9/2/25, 2:57 PM - Chris: Commander?
9/2/25, 2:58 PM - Chris: Yeah... in about 24 hours from now things are probably going to be very different
9/2/25, 3:44 PM - Jackie Samuelson: He did today!
9/2/25, 3:55 PM - Chris: Dangggggg he's kind of a big deal
9/2/25, 3:59 PM - Jackie Samuelson: Occasionally
9/3/25, 9:02 AM - Jackie Samuelson: So what time shall we be expecting to make popcorn today?
9/3/25, 9:04 AM - Chris: No idea when the media will start doing their thing today.. not sure
9/3/25, 12:56 PM - Jackie Samuelson: Her boyfriend just left and stared at me
9/3/25, 12:57 PM - Jackie Samuelson: What a weirdo
9/4/25, 5:58 PM - Jackie Samuelson: <Media omitted>
9/4/25, 5:59 PM - Jackie Samuelson: Definitely something in there???
9/4/25, 7:22 PM - Jackie Samuelson: I saw her again. It's happening lol
9/4/25, 8:11 PM - Chris: What's happening??
9/4/25, 8:13 PM - Chris: Still can't tell if she's pregnant or not
9/4/25, 8:17 PM - Jackie Samuelson: Appears so
9/4/25, 8:17 PM - Jackie Samuelson: It's a big bump in person
9/4/25, 8:17 PM - Jackie Samuelson: <Media omitted>
9/4/25, 8:18 PM - Jackie Samuelson: Screenshot from Devin
9/4/25, 8:18 PM - Chris: Woahhhhh!! That definitely looks like she's pregnant
9/4/25, 8:19 PM - Chris: Bet it was middle of May conception. Meaning she got pregnant the 1st or 2nd day she met Marshall
9/4/25, 8:19 PM - Chris: That's wildddd!
9/4/25, 8:20 PM - Chris: Have you seen any weird activity around the house?
9/4/25, 8:22 PM - Jackie Samuelson: Nothing whatsoever
9/4/25, 8:23 PM - Jackie Samuelson: Did papers get filed?
9/4/25, 8:24 PM - Chris: Yup officially filled yesterday. A few articles written about it so far
9/4/25, 8:25 PM - Chris: If you'd like, i can send you the entire response
9/4/25, 8:26 PM - Chris: it's 99 pages long. A lot of legal talk, but a looot of bad stuff for her
9/4/25, 8:27 PM - Jackie Samuelson: Sure do want to see lol
9/4/25, 8:27 PM - Jackie Samuelson: Send me articles too
9/4/25, 8:27 PM - Jackie Samuelson: Bedtime reading materials
9/4/25, 8:33 PM - Chris: <Media omitted>
9/4/25, 8:33 PM - Chris: This was a draft that had a few changes made to it
9/4/25, 8:34 PM - Chris: https://substack.com/@bethklein/note/c-152177770?r=1qeoav&utm_medium=ios&utm_source=notes-share-action
9/4/25, 8:34 PM - Chris: https://www.autonomynews.co/texas-man-accused-of-putting-abortion-pills-in-partners-drink-claims-she-made-it-up-countersues-for-100-million/

Whole different 'spin' on things now...
9/4/25, 8:35 PM - Chris:
https://www.houstonchronicle.com/politics/texas/article/abortion-lawsuit-spiked-drink-21030413.php
9/4/25, 8:35 PM - Chris:
https://www.propublica.org/article/texas-funding-anti-abortion-crisis-pregnancy-centers
9/4/25, 9:00 PM - Jackie Samuelson: Whewwww
9/4/25, 9:15 PM - Jackie Samuelson: I read the suit
9/4/25, 9:15 PM - Jackie Samuelson: Wowsers
9/4/25, 9:15 PM - Jackie Samuelson: That was.....eye opening
9/4/25, 9:15 PM - Jackie Samuelson: I didn't realize a lot of things 😬
9/4/25, 9:15 PM - Chris: Ohh really??
9/4/25, 9:16 PM - Jackie Samuelson: Also my man, you tossed my under the bus the night of the hospital 😆😆😆😆
9/4/25, 9:16 PM - Jackie Samuelson: Ya turd
9/4/25, 9:16 PM - Chris: I didn't have a say in that unfortunately.. i tried
9/4/25, 9:17 PM - Jackie Samuelson: IDGAF
9/4/25, 9:17 PM - Jackie Samuelson: You needed your ass saved
9/4/25, 9:17 PM - Chris: The people who know the situation would know it was you already. But people who don't know us have no idea it was you
9/4/25, 9:18 PM - Jackie Samuelson: She obviously knows I was texting you or talked to you after
9/4/25, 9:18 PM - Jackie Samuelson: So whatever
9/4/25, 9:18 PM - Jackie Samuelson: That's why she tried to spread lies about me
9/4/25, 9:18 PM - Jackie Samuelson: We already weren't friends so truly, i don't care one damn bit
9/4/25, 9:19 PM - Chris: Yupp she already tried messing with your life
9/4/25, 9:19 PM - Jackie Samuelson: She is painted exactly as she is with this
9/4/25, 9:19 PM - Jackie Samuelson: Is the suit published publicly?
9/4/25, 9:20 PM - Jackie Samuelson: Because if it is and a few people who know her saw it randomly by a complete chance.... what a shame 🤷‍♀
9/4/25, 9:21 PM - Chris: Yes it is officially filed and available to the public
9/4/25, 9:22 PM - Jackie Samuelson: Which article should someone click on to stumble upon it
9/4/25, 9:25 PM - Chris: Mmmm any of the ones i sent you. None of them are damning towards her
9/5/25, 8:00 AM - Chris: Do you remember Liana suggesting to you that i purchase abortion pills?
9/5/25, 8:00 AM - Chris: Do you remember her talking at all about who should buy the pills?
9/5/25, 9:06 AM - Jackie Samuelson: Not at all. She never talked about that to me
9/5/25, 8:32 PM - Jackie Samuelson: I was subbing at the school today....
9/5/25, 8:33 PM - Jackie Samuelson: A friend approached me and asked if I saw your news article lol
9/5/25, 8:33 PM - Jackie Samuelson: So, the word is spreading 🙃

9/5/25, 8:34 PM - Chris: Ooooohhhh
9/5/25, 8:34 PM - Chris: How did they feel about the story?
9/5/25, 8:34 PM - Chris: Who's side are they on?
9/5/25, 8:39 PM - Jackie Samuelson: Yours
9/5/25, 8:39 PM - Jackie Samuelson: Lol
9/5/25, 8:40 PM - Jackie Samuelson: This friend received a play by play after shit hit the fan when I realized what was really happening before I knocked on your door
9/5/25, 8:41 PM - Jackie Samuelson: I needed advice on how to approach you without you thinking I was a weirdo but you thought I was a weirdo because you didn't listennnnn😆
9/5/25, 8:43 PM - Chris: Yaa back when i thought you were going to try i convince me to be with Liana 😂😂😂
9/5/25, 8:43 PM - Chris: I think anybody with a brain and a pulse can see that Liana's story is full of shit
9/5/25, 8:45 PM - Jackie Samuelson: "hey, so, she's obsessed with you and I'm worried about everyone's behavior right now" 😬
9/5/25, 8:51 PM - Jackie Samuelson: So what exactly do you do now? Sit back and wait to see who wins the pissing match between lawyers?
9/5/25, 8:52 PM - Jackie Samuelson: Waiting to see if her lawyer files a response? Requests a trial now that he sees you aren't taking it up the pooper and are fighting back?
9/5/25, 8:53 PM - Chris: Hahha now we move onto Discovery
9/5/25, 8:53 PM - Chris: Both parties begin collecting more information
9/5/25, 8:56 PM - Jackie Samuelson: I can't believe she wants to move forward 😳
9/5/25, 8:56 PM - Jackie Samuelson: She has to be mortified
9/5/25, 8:57 PM - Jackie Samuelson: Anything moving along with NCIS closing out?
9/5/25, 8:58 PM - Chris: Mm i haven't heard anything with NCIS. But I'm sure it's progressing along
9/5/25, 8:58 PM - Chris: You should know that alllll of the messages between you and i will be given to Liana and her Lawyer
9/5/25, 8:59 PM - Chris: So just think of our conversations as if a third party is here with us
9/5/25, 8:59 PM - Chris: 🤷♂
9/5/25, 9:05 PM - Jackie Samuelson: Even this?
9/5/25, 9:05 PM - Chris: Yeah pretty sure
9/5/25, 9:06 PM - Chris: Depends on what her lawyer asks for
9/5/25, 9:06 PM - Jackie Samuelson: Alrighty. No more then. Because I cannot deal with her level of unstable.
9/5/25, 9:06 PM - Jackie Samuelson: She's out to ruin lives.
9/5/25, 9:07 PM - Chris: That's something I'd like my lawyers to bring to at some point
9/5/25, 9:07 PM - Jackie Samuelson: I will not participate in providing ANY of my information or conversations to her legal team
9/5/25, 9:07 PM - Chris: About how Liana already tried to ruin your life by lieing about you
9/5/25, 9:08 PM - Jackie Samuelson: I will however participate and speak with your legal team

9/5/25, 9:09 PM - Chris: That says a lot about her mindset and what she does to people
9/5/25, 9:09 PM - Jackie Samuelson: Anything I've said or shared has been truthful, however, she is unstable and she will be vengeful and I am legitimately fearful for mine and my family's safety
9/5/25, 9:10 PM - Jackie Samuelson: So please by all means, go ahead and take a screenshot of that sentiment and send to your legal team right now
9/5/25, 9:11 PM - Jackie Samuelson: I absolutely wouldn't put it past her to go on a psychotic rampage and legitimately come and make an attempt to murder me, my husband or my children
9/5/25, 9:11 PM - Jackie Samuelson: I have ALL of the damning evidence against her for your case
9/5/25, 9:11 PM - Chris: Yeah I'm worried about her doing something crazy like that to me
9/5/25, 9:12 PM - Chris: I'm going to be setting up more cameras at my house
9/5/25, 9:12 PM - Jackie Samuelson: I sincerely hope a trial happens after we PCS out of Texas so she has absolutely no idea where we live for my own privacy reasons
9/5/25, 9:12 PM - Chris: And I'm probably going to put up a temporary fence
9/5/25, 9:12 PM - Chris: Our trial is scheduled for next September
9/5/25, 9:13 PM - Chris: Will you be gone by then?
9/5/25, 9:14 PM - Jackie Samuelson: I'm not sure. Orders could change due to the promotion.
9/5/25, 9:16 PM - Chris: Hmm well i can ask my team if they can do anything about security for you
9/5/25, 9:17 PM - Chris: Also be sure to express your concerns to Liana's lawyer whenever he asks for your
9/5/25, 9:17 PM - Jackie Samuelson: Is her lawyer saying they're going to contact me?
9/5/25, 9:19 PM - Chris: They will serve you with "discovery"
9/5/25, 9:19 PM - Chris: Think it will be a random person serving you papers
9/5/25, 9:19 PM - Chris: After that I'm not sure how things proceed
9/5/25, 9:19 PM - Jackie Samuelson: Do I need a damn lawyer?
9/5/25, 9:20 PM - Chris: Probably depends on what information they ask to get from you
9/5/25, 9:20 PM - Chris: No not that I've been told
9/5/25, 9:23 PM - Jackie Samuelson: Lovely
9/5/25, 9:40 PM - Jackie Samuelson: I definitely would like to speak with your lawyers in the event I am served by her lawyer. I don't want to be in a position where I need to be dropping a retainer because of this lol
9/5/25, 9:42 PM - Chris: I'll make it happen then
9/5/25, 9:45 PM - Jackie Samuelson: Is it a guess by your lawyer for me to be served or were they told lol
9/5/25, 9:46 PM - Chris: Just a guess right now
9/5/25, 9:46 PM - Chris: But they will 100% be told before it happens
9/5/25, 9:46 PM - Jackie Samuelson: Fascinating how she can delete information and pictures and texts and videos and her ring camera footage....yet....she can potentially have her lawyer demand things from others so she knows what she's up against?
9/5/25, 10:03 PM - Chris: I assume she knows what she's up against
9/5/25, 10:03 PM - Chris: Her lawyer has an obligation to inform her

9/6/25, 3:36 AM - Jackie Samuelson: That's what discovery is ....when your evidence is all shared to each other
9/6/25, 3:38 AM - Jackie Samuelson: (that you're officially submitting to court as evidence to be used as your exhibits to defend yourself or provide information to be used against her, not entire private conversations that aren't being used. That's abusive and an overstep)
9/6/25, 3:41 AM - Jackie Samuelson: We submitted our discovery and interrogatories over a year ago to all the other lawyers to review, we still haven't had our court hearing. Absolutely nobody is allowed full conversations that are irrelevant and outside of the scope of the evidence you are submitting.