**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** your assertions of attorney-client privilege in response to our previous discovery written requests
**Date:** August 29, 2026 at 1:48 PM
**To:** O'Flannigan, Kenna KOFlannigan@thompsoncoe.com
**Cc:** john.sullivan@the-sl-lawfirm.com, cliff.riley@slfirm.com, Talcott Franklin tal@tfpc.me, Beth Klein beth@bethklein.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry BMoscowitz@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com , Dupen, Craig CDupen@thompsoncoe.com, McKenzie, Davina DMcKenzie@thompsoncoe.com, Verweij, Beth EVerweij@thompsoncoe.com



Counsel:

You asserted attorney-client privilege and work-product privilege for many of our previous requests for production.

Those assertions of privilege appear in your responses to RFP Nos. 1, 2, 3, 7, 8, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 37, 38, 39, and 40. I have attached your previous responses to this e-mail.

As you have seen in our recently served discovery requests, Mr. Cooprider has waived attorney-client privilege by repeatedly disclosing his communications with his attorneys to Jackie Samuelson, Ilse Fragoso, and others.

We are therefore asking to you to immediately produce all documents and communications over which you previously asserted attorney-client privilege or work-product privilege.

We also ask you to produce a privilege log for any documents or communications over which you continue to assert attorney-client privilege or work-product privilege, so that the Court can assess whether these documents or communications fall with the scope of the waiver.

If you disagree with our assertions of waiver, or if you unwilling to produce these requested documents or communications or produce the requested privilege log, please let us know by 12:00 p.m. central time on Monday, August 31. I will then e-mail Ms. Clancy to request a discovery hearing.

—Jonathan

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not

the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

**20251215 Responses to 1st Set RFP.pdf**
239 KB

**20251215 Defendant Responses to 2nd S...**
211 KB