**From:** **Beth Klein** beth@bethklein.com
**Subject:** Re: Responses to Requests for Production [IMAN-TCLAW.FID2728850]
**Date:** August 29, 2026 at 6:51 PM
**To:** Jonathan Mitchell jonathan@mitchell.law, Jimenez, Victoria vjimenez@thompsoncoe.com
**Cc:** Mikal Watts mikal@wattsllp.com, Moscowitz, Barry BMoscowitz@thompsoncoe.com, Dupen, Craig CDupen@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, O'Flannigan, Kenna KOFlannigan@thompsoncoe.com

Jonathan,

On Saturday at 5 pm mountain time and 6 pm central time, when all offices as closed on a weekend, you demanded a response to a complex issue with an unreasonable dea

We will consider your demands, analyze them and response in 14 days.  Your artificial deadline is rejected.

Your continuous unprofessional conduct and gamesmanship are noted and will again be reported to the court.

Be well.

Get Outlook for iOS

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Sent:** Saturday, 29 August 2026 14:36:16
**To:** Jimenez, Victoria <vjimenez@thompsoncoe.com>
**Cc:** Mikal Watts <mikal@wattsllp.com>; Beth Klein <beth@bethklein.com>; Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Dupen, Craig <CDupen@thompsoncoe.com>; Hamby, Olivei
**Subject:** Re: Responses to Requests for Production <media omitted> [IMAN-TCLAW.FID2728850]

Counsel:

I know you're busy but we really need those missing attachments produced soon. Cooprider's deposition is scheduled for October 5 and we will need 30 days to serve any written discovery dema

Can you please give us a estimate of when you think you can produce them?

—Jonathan

> On Aug 26, 2026, at 3:19 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> Counsel:
>
> There are still many missing attachments from the <media omitted> in Cooprider's WhatsApp chat with Jackie Samuelson.
>
> See pages CR001868 onward.
>
> Could you please produce these at your earliest convenience? I have attached the full transcript for your convenience.
>
> —Jonathan
>
> <CR001785 to 1904 Jackie Samuelson WhatsApp (CLEAN).pdf>
>
>> On Jul 23, 2026, at 5:04 AM, Jimenez, Victoria <vjimenez@thompsoncoe.com> wrote:
>>
>> Good morning Jonathan,
>>
>> Below is a link to documents in response to Davis's requests for production. These are the attachments and <media omitted> items that you could not see. We have only inc time to Bates label. We tried to Bates label the attachment with the corresponding Bates number. For example, and example only, if the line of texts was Bates labeled CR00 we labeled CR001818a and CR001818b. Hope this makes sense.
>>
>> This FTP site will expire after 14 days.
>>
>> https://share.thompsoncoe.com/login
>>
>> Username: 15583.002D
>> Password: gT&Yd62Ko8
>>
>> In completing our review, we did notice some of the attachments were missing. Those include the following:
>> CR001800a & b
>> CR001807a & b
>> CR001813a
>> CR001818a & c
>> CR001835a
>> CR001851a
>> CR001853a
>> CR001860a
>> CR001867c
>> We will get this to our client asap so that he can provide these missing attachments. Sorry for the delay.
>>
>> <image001.png>
>>
>> Victoria Jimenez • Of Counsel
>> 4400 Post Oak Parkway, Suite 1000, Houston, TX 77027
>> o: 832-482-2860
>> bio • vCard • web
>>
>> **Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unauthorize destroy the original and all copies of the message. Thank you.
>>
>> Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and cannot any matters addressed herein.

> ----------------------------
> Jonathan F. Mitchell
> Mitchell Law PLLC
> 111 Congress Avenue, Suite 400
> Austin, Texas 78701
> (512) 686-3940 (phone)
> (512) 686-3941 (fax)
> jonathan@mitchell.law
> papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842
>
> **CONFIDENTIALITY NOTICE**:
> This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary
> distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete i
>
> **PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary,
distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**