

**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** request for discovery hearing (2)
**Date:** August 30, 2026 at 1:28 PM
**To:** Beth Klein beth@bethklein.com, Jimenez, Victoria vjimenez@thompsoncoe.com, Mikal Watts mikal@wattsllp.com, Moscowitz, Barry BMoscowitz@thompsoncoe.com, Dupen, Craig CDupen@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, O'Flannigan, Kenna KOFlannigan@thompsoncoe.com
**Cc:** Talcott Franklin tal@tfpc.me, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com

---

Counsel:

We also need you to turn over Mr. Cooprider's unredacted communications with Ilse Fragoso to the Court for in-camera inspection. This needs to be done soon so that the Court can complete its i

Also, please let us know when you intend to produce the missing attachments in Mr. Cooprider's WhatsApp chat with Jackie Samuelson. The attachments from page CR001868 onward have not b

I will be mentioning these issues in my e-mail to Ms. Clancy tomorrow but I am hopeful that we can resolve them without court involvement.

—Jonathan

> On Aug 30, 2026, at 1:20 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> Counsel:
>
> As you are aware, the discovery deadline in this case is October 15 and Mr. Cooprider's deposition has been scheduled for October 5.
>
> I e-mailed you yesterday with a request to meet and confer about Mr. Cooprider's waivers of attorney-client privilege before I e-mail Ms. Clancy and ask for a discovery hearing. Ms. Klein wrote September 12, 2026.
>
> It should be obvious to you that we cannot wait 14 days for you to respond to our meet-and-confer request given the looming discovery deadline and the October 5 deposition date for Mr. Coop discovery hearing. And if the Court were to approve our request to file a motion to compel, the briefing would not be completed until well after the discovery deadline.
>
> Ms. Klein's insistence on waiting 14 days before responding to our meet-and-confer request is untenable and abusive. We therefore intend to e-mail Ms. Clancy shortly after 12:00 p.m. central tim
>
> In the meantime, please begin producing documents and communications over which you previously asserted privilege to the extent they fall within Mr. Cooprider's waivers of the attorney-clie privilege despite Mr. Cooprider's waivers.
>
> —Jonathan
>
>> On Aug 29, 2026, at 6:58 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>>
>> I didn't set a "deadline" in the e-mail below, Beth. I politely asked you and your colleagues when you will be able to produce the missing attachments that should have been produced months a
>>
>> As for the waiver of attorney-client privilege, we need to move quickly because the discovery deadline is set for October 15, and Cooprider's deposition is set for October 5. If you would like to Cooprider's deposition?
>>
>> Your client's waiver of the attorney-client privilege is indisputable and you should immediately produce responsive documents and communications that fall within the scope of the waiver.
>>
>>> On Aug 29, 2026, at 6:51 PM, Beth Klein <beth@bethklein.com> wrote:
>>>
>>> Jonathan,
>>>
>>> On Saturday at 5 pm mountain time and 6 pm central time, when all offices as closed on a weekend, you demanded a response to a complex issue with an unreasonable
>>>
>>> We will consider your demands, analyze them and response in 14 days. Your artificial deadline is rejected.
>>>
>>> Your continuous unprofessional conduct and gamesmanship are noted and will again be reported to the court.
>>>
>>> Be well.
>>>
>>> Get Outlook for iOS
>>>
>>> ---
>>>
>>> **From:** Jonathan Mitchell <jonathan@mitchell.law>
>>> **Sent:** Saturday, 29 August 2026 14:36:16
>>> **To:** Jimenez, Victoria <vjimenez@thompsoncoe.com>
>>> **Cc:** Mikal Watts <mikal@wattsllp.com>; Beth Klein <beth@bethklein.com>; Moscowitz, Barry <BMoscowitz@thompsoncoe.com>; Dupen, Craig <CDupen@thompsoncoe.com>; Hamby, C
>>> **Subject:** Re: Responses to Requests for Production <media omitted> [IMAN-TCLAW.FID2728850]
>>>
>>> Counsel:
>>>
>>> I know you're busy but we really need those missing attachments produced soon. Cooprider's deposition is scheduled for October 5 and we will need 30 days to serve any written discovery c
>>>
>>> Can you please give us a estimate of when you think you can produce them?
>>>
>>> —Jonathan
>>>
>>>> On Aug 26, 2026, at 3:19 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>>>>
>>>> Counsel:
>>>>
>>>> There are still many missing attachments from the <media omitted> in Cooprider's WhatsApp chat with Jackie Samuelson.
>>>>
>>>> See pages CR001868 onward.

Could you please produce these at your earliest convenience? I have attached the full transcript for your convenience.

—Jonathan

<CR001785 to 1904 Jackie Samuelson WhatsApp (CLEAN).pdf>

On Jul 23, 2026, at 5:04 AM, Jimenez, Victoria <vjimenez@thompsoncoe.com> wrote:

Good morning Jonathan,

Below is a link to documents in response to Davis's requests for production. These are the attachments and <media omitted> items that you could not see. We have only some time to Bates label. We tried to Bates label the attachment with the corresponding Bates number. For example, and example only, if the line of texts was Bates labe omitted>, we labeled CR001818a and CR001818b. Hope this makes sense.

This FTP site will expire after 14 days.

https://share.thompsoncoe.com/login

Username: 15583.002D
Password: gT&Yd62Ko8

In completing our review, we did notice some of the attachments were missing. Those include the following:
CR001800a & b
CR001807a & b
CR001813a
CR001818a & c
CR001835a
CR001851a
CR001853a
CR001860a
CR001867c
We will get this to our client asap so that he can provide these missing attachments. Sorry for the delay.

<image001.png>
Victoria Jimenez • Of Counsel
4400 Post Oak Parkway, Suite 1000, Houston, TX 77027
o: 832-482-2860
bio • vCard • web

**Confidentiality Notice:** This e-mail message is for the sole use of the intended recipient(s) and may contain confidential and privileged information exempt from disclosure under applicable law. Unautl destroy the original and all copies of the message. Thank you.

Tax Advice Disclosure: Any U.S. federal tax advice contained in this communication, including any attachment(s), unless expressly stated otherwise, was and is not intended or written to be used, and ca any matters addressed herein.

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is propri distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please de

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is propriet distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please dele

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprieta
distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delet

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary
distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete i

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE:**
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary,
distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**