UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-220

# PLAINTIFF LIANA DAVIS'S THIRD SET OF WRITTEN DISCOVERY TO DEFENDANT CHRISTOPHER COOPRIDER

To: Defendant Christopher Cooprider, through his attorney of record Mikal C. Watts, 811 Barton Springs #725, Austin, Texas 78704, sent by e-mail to mikal@wattsllp.com

Plaintiff Liana Davis is serving her third set of written discovery upon defendant Christopher Cooprider ("Cooprider"). This third set of written discovery includes interrogatories, requests for production, and requests for admission.

## I. Instructions For Interrogatories

Please take notice that plaintiff Liana Davis is serving written interrogatories upon defendant Christopher Cooprider. The federal rules of civil procedure require Cooprider to submit his answers in writing and under oath, and to serve those answers on Ms. Davis's attorney. The interrogatories must be: (i) answered separately and fully in writing under oath on the basis of all available information; (ii) signed by the person answering them; and (iii) served on Ms. Davis's attorney within thirty (30) days after service of the interrogatories, unless the Court extends the time for answering. *See* Fed. R. Civ. P. 33(b). If there is insufficient space for a complete answer to any interrogatory, please identify and complete the answer on an additional page.

Each answer must be as complete and straightforward as the information reasonably available to you, including the information possessed by your attorneys or agents, permits. If an interrogatory cannot be answered completely, answer it to the extent possible. If you are asserting a privilege or making an objection to an interrogatory, you must specifically assert the privilege or state the objection in your written response. If you cannot answer the following interrogatory in full, after exercising due diligence to secure the information to do so, so state, and answer to the extent possible, specifying your inability to answer the remainder, and stating whatever information or knowledge you have concerning the unanswered portion.

Cooprider is required to supplement his responses consistent with Rule 26(e) of the federal rules of civil procedure.

## II. Instructions For Requests For Production

Please take notice that plaintiff Liana Davis is serving requests for production upon defendant Christopher Cooprider. Cooprider is required to respond to each request for production in compliance with Rule 34 of the federal rules of civil procedure, and must produce for inspection or copying the requested documents and tangible things that are within his possession, custody, or control. Cooprider must produce the requested documents and tangible things on or before May 18, 2026, and bring them to the offices of Mitchell Law PLLC, located at 111 Congress Avenue, Suite 400, Austin, Texas, 78701, or some other location mutually agreed upon by the parties.

Cooprider is required to supplement his responses consistent with Rule 26(e) of the federal rules of civil procedure. Cooprider must produce his responses in accordance with the following instructions:

1. Cooprider must produce for inspection and copying of all responsive documents in his possession, custody, or control, wherever located, including all documents in the possession, custody, or control of Cooprider's officers, directors, principals, partners, employees, agents, representatives, consultants, attorneys, accountants, investigators, and representatives.

2. Any non-identical copy of a document, including copies with notes, highlighting, comments, or marginalia of any nature, and drafts, must be identified and produced as a separate document.

3. If there are no documents responsive to a category in this inspection demand, please state so in writing.

4. For each document that Cooprider declines to make available for inspection and copying on the grounds of privilege or the attorney work-product rule, provide the following information:

a. State the date on which the document was created;
b. State the title of the document;
c. Briefly describe the nature and contents of the document;
d. Identify each person or entity that received a copy of the document or to whom the document or its contents were disclosed;
e. Identify the privilege or rule that Cooprider contends protects the document from disclosure; and
f. Identify each fact on which Cooprider bases his contention that the privilege or rule identified in its response applies.

5. If any material is redacted from a document, indicate that in the response to the inspection demand and state the basis for each redaction.

6. Please produce the original of each document and all its copies, if any copy is other than identical to the original, in the order called for in the categories listed below.

7. If, for any reason, any of the documents, objects, or tangible things to be produced pursuant to these inspection demands has been destroyed, lost, or otherwise disposed of, state for each category the following information:

a. A description of the document, object, or tangible thing to be produced. If the destroyed, lost, or otherwise disposed of item is a document, identify the document by date, drafter, recipient, and subject matter.

b. The date the document, object or tangible thing was lost, destroyed, or disposed of.

c. All persons who have knowledge of the loss, destruction, or disposal.

d. If the loss, destruction, or disposal related to an object or tangible thing, identify all documents that relate or refer to the loss, destruction, or disposal.

8. Produce documents in their native format where applicable.

9. If a document is responsive to a request for production and is in Cooprider's control, but not in Cooprider's possession or custody, identify all persons with possession or custody.

10. Unless otherwise stated below, the relevant time period for these requests for production is November 1, 2024, through the present.

## III. Instructions For Requests For Admission

Please take notice that plaintiff Liana Davis is serving requests for admission upon defendant Christopher Cooprider. The Texas Rules of Civil Procedure require Cooprider to serve his responses upon Ms. Davis's attorney within thirty (30) days after the service of these requests. *See* Fed. R. Civ. P. 36(a).

If you deny any request for admission, your denial must fairly respond to the substance of the matter. Any qualified denial must must specify the part admitted and qualify or deny the rest. You may assert lack of knowledge or information as a reason for failing to admit or deny only if the party states that it has made reasonable inquiry and that the information it knows or can readily obtain is insufficient to enable it to

admit or deny. In answering these requests for admission, please ensure that your responses comply with Rule 36 of the federal rules of civil procedure.

If any request for admission is withheld by reasons of a claim of privilege, or because it relates to any document being withheld by reason of a claim of privilege, please furnish a privilege log within seven (7) days of service of these requests identifying each such document for which privilege is claimed, together with the following information with respect to each document or admission: (a) author; (b) recipient; (c) sender; (d) indicated or blind copies; (e) date; (f) general subject matter; (g) basis on which the privilege is claimed; and (h) the request for production to which such document relates.

Cooprider is required to supplement his responses consistent with Rule 26(e) of the federal rules of civil procedure.

## IV. Definitions For Written Discovery

The following definitions apply to each of these discovery requests:

- The terms “**Cooprider**,” “**you**,” and “**your**” refer to defendant Christopher Cooprider, and any agent or person acting or purporting to act for or on his behalf, whether authorized to do so or not.

- The term “**abortion**” includes any act of act of using, prescribing, administering, procuring, or selling any instrument, medicine, drug, or any other substance, device, or means with the purpose to terminate the pregnancy of a woman, with knowledge that the termination by any of those means will with reasonable likelihood cause the death of a living human being in the womb.

- The terms “**abortion-inducing drug**” and “**abortion-inducing drugs**” include mifepristone, misoprostol, and any drug or medication that is used to terminate the life of an unborn child.

- The term “**Android device**” includes any device (including a smartphone, tablet, or smartwatch) that runs the Google Android operating system.

- The terms "**communication**" and "**communicate**" refer to any method used to transmit or exchange information, concepts, or ideas (whether verbal or nonverbal) including oral, written, typed, or electronic transmittal of any type of information or data, by the use of words, silence, numbers, symbols, images, or depictions, from one person or entity to another person or entity.

- The term "**computer**" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device.

- The term "**document**" refers to the act of noting, recording, or preserving any type of information, data, or communication, without regard to the method used to note, record, or preserve such information, data, or communication. The term includes any e-mail or text message.

- The term "**drug-induced abortion**" includes any abortion performed with mifepristone, misoprostol, or any other drug or medication that is intended to terminate the life of an unborn child.

- The term "**entity**" means any legal entity inquired about (other than a natural person) including a partnership, professional association, joint venture, corporation, governmental agency, or other form of legal entity.

- The term "**human being**" includes any individual member of the species homo sapiens at any stage of development beginning at fertilization.

- The terms "**identify**" and "**identity**," when used in connection with a natural person, require disclosure of that person's full name, present or last known address, present or last known telephone number, and present or last known e-mail address. When used in connection with a legal entity, the terms require disclosure of its legal name, its address, and telephone number.

- The terms "**implement**" and "**implementation**" refer to any method, process, or action used to put a decision or plan into effect or achieve a goal or obligation.

- The term "**information**" refers to and includes documents, records, communications, facts, ideas, data, observations, opinions, photographs, slides, video recordings, audio recordings, and tangible and intangible items and evidence of any kind or sort.

- The terms "**killing**" and "**murder**" include abortion, as well as any act that intentionally terminates the life of a human zygote, embryo, fetus, or unborn child.

- The terms "**person**" and "**persons**" mean any legal entity inquired about, whether a natural person, partnership, sole proprietorship, professional association, joint venture, corporation, governmental agency, or other form of legal entity.

- The term "**record**" means letters, words, sounds, or numbers, or the equivalent of letters, words, sounds, or numbers, that have been written, recorded, documented, or received by:

  (A) handwriting;
  (B) typewriting;
  (C) printing;
  (D) photostat;
  (E) photograph;
  (F) magnetic impulse;
  (G) mechanical or electronic recording;
  (H) digitized optical image; or
  (I) another form of data compilation.

- The term "**record**" also includes any communication, including an e-mail or text-message communication.

- The term "**reproduction**" means an accurate and complete counterpart of an original document or record produced by:

  (A) production from the same impression or the same matrix as the original;
  (B) photograph, including an enlargement or miniature;
  (C) mechanical or electronic re-recording;
  (D) chemical reproduction;
  (E) digitized optical image; or
  (F) another technique that accurately reproduces the original.

- The term "**third party**" means any person, persons, or entity other than the plaintiffs or the attorneys of record for the plaintiffs.

- The term "**unborn child**" includes an individual organism of the species homo sapiens in any stage of gestation from fertilization until live birth.

- The terms "**woman**" and "**women**" include any person whose biological sex is female, including any person with XX chromosomes and any person with a uterus, regardless of any gender identity that the person attempts to assert or claim.

- The terms "**and**" and "**or**," when used in these definitions and in the discovery requests, include the conjunction "and/or."

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: April 16, 2026

*Counsel for Plaintiff Liana Davis*

## CERTIFICATE OF SERVICE

I certify that on April 16, 2026, plaintiff Liana Davis's third set of written discovery to defendant Christopher Cooprider was served by e-mail upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff Liana Davis*

## INTERROGATORIES

**Interrogatory No. 1**: On page CR001003, which Mr. Cooprider produced in discovery and is attached these discovery requests, there appears a message that was sent on or about August 15, 2025, which reads as follows: "Babe, there's something I need to tell you. I saw the news story, and it's all lies. This woman and I had a fling in October—before I even met you. It was a terrible mistake, and I ended things as soon as I met you. She couldn't handle it and started threatening to destroy my life. I had no idea she was pregnant, and I swear on everything I didn't do what she's accusing me of. The miscarriage happened months ago, but she's dragging it up now to make it look like I cheated on you. She's desperate to ruin us. I'm so sorry you're caught in this mess, and I'll do whatever it takes to fix it."

Identify the individual referred to as "Babe" in this message.

## REQUESTS FOR PRODUCTION

**Request for Production No. 41**: On page CR001003, which Mr. Cooprider produced in discovery and is attached these discovery requests, there appears a text message that was sent on or about August 15, 2025, which reads as follows: "Babe, there's something I need to tell you. I saw the news story, and it's all lies. This woman and I had a fling in October—before I even met you. It was a terrible mistake, and I ended things as soon as I met you. She couldn't handle it and started threatening to destroy my life. I had no idea she was pregnant, and I swear on everything I didn't do what she's accusing me of. The miscarriage happened months ago, but she's dragging it up now to make it look like I cheated on you. She's desperate to ruin us. I'm so sorry you're caught in this mess, and I'll do whatever it takes to fix it."

Produce any and all communications you have had with the individual referred to as "Babe" in this message on CR001003, whether it be by letter, memo, document, text, email, social media, or any other method of communication, that mention, describe, or pertain or relate to Liana Davis, this lawsuit, the topic of abortion or abortion-inducing drugs, any pregnancy or pregnancies that Liana Davis had between November of 2024 through May of 2025, and/or any termination of a pregnancy that Liana Davis had between November of 2024 through May of 2025.

Please produce any text messages in a format that allows the reader to see attachments and images.

**Request for Production No. 42**: Mr. Cooprider previously produced a large number of text messages in response to our first set of requests for production. If you have not already done so, please produce those each of those previously produced text messages in a format that allows the reader to see attachments and images.

## REQUESTS FOR ADMISSION

**Request for Admission No. 81**: Ilse Fragoso is the person referred to as "Babe" in the message that appears on page CR001003 in the document attached to these discovery requests, which was sent on or about August 15, 2025, and which reads as follows: "Babe, there's something I need to tell you. I saw the news story, and it's all lies. This woman and I had a fling in October—before I even met you. It was a terrible mistake, and I ended things as soon as I met you. She couldn't handle it and started threatening to destroy my life. I had no idea she was pregnant, and I swear on everything I didn't do what she's accusing me of. The miscarriage happened months ago, but she's dragging it up now to make it look like I cheated on you. She's desperate to ruin us. I'm so sorry you're caught in this mess, and I'll do whatever it takes to fix it."

**RESPONSE**:

| | | | | |
|---|---|---|---|---|
| Sent | Aug 15, 2025 10:03:48 AM | Alex Simak (+17244337237) | | Pheew ok cool |
| Received | Aug 15, 2025 9:46:34 AM | Alex Simak (+17244337237) | Alex Simak | It was just about CRM, not about you at all |
| Sent | Aug 15, 2025 8:50:12 AM | Alex Simak (+17244337237) | | 🙄🙄 |
| Received | Aug 15, 2025 8:50:08 AM | Alex Simak (+17244337237) | Alex Simak | It’s probably about the solos |
| Received | Aug 15, 2025 8:49:49 AM | Alex Simak (+17244337237) | Alex Simak | “Hey guys, just a quick reminder not to put abortion pills in a girls drink” |
| Sent | Aug 15, 2025 8:49:17 AM | Alex Simak (+17244337237) | | 👍 |
| Received | Aug 15, 2025 8:49:05 AM | Alex Simak (+17244337237) | Alex Simak | I’ll let you know |
| Sent | Aug 15, 2025 8:48:36 AM | Alex Simak (+17244337237) | | Heard a rumor it's about my situation... |
| Received | Aug 15, 2025 8:48:22 AM | Alex Simak (+17244337237) | Alex Simak | The flight schedule is IP/IP only |
| Received | Aug 15, 2025 8:48:04 AM | Alex Simak (+17244337237) | Alex Simak | Safety meeting in the range today |
| Sent | Aug 15, 2025 8:47:28 AM | Alex Simak (+17244337237) | | Is there a safety stand down today?? |

| | | | | |
|---|---|---|---|---|
| Received | Aug 12, 2025 8:35:50 PM | Alex Simak (+17244337237) | Alex Simak | Babe, there's something I need to tell you. I saw the news story, and it's all lies. This woman and I had a fling in October—before I even met you. It was a terrible mistake, and I ended things as soon as I met you. She couldn't handle it and started threatening to destroy my life. I had no idea she was pregnant, and I swear on everything I didn't do what she's accusing me of. The miscarriage happened months ago, but she's dragging it up now to make it look like I cheated on you. She's desperate to ruin us. I'm so sorry you're caught in this mess, and I'll do whatever it takes to fix it. |
| Sent | Aug 11, 2025 12:33:40 PM | Alex Simak (+17244337237) | | I'm coming over to the tw-4 building now |
| Received | Aug 11, 2025 11:55:18 AM | Alex Simak (+17244337237) | Alex Simak | That's fine with me, I've got to study forms |
| Sent | Aug 11, 2025 11:47:45 AM | Alex Simak (+17244337237) | | I'm gonna be a little while |
| Received | Aug 11, 2025 11:46:44 AM | Alex Simak (+17244337237) | Alex Simak | I'll bum a ride home whenever you're done if you're able to, plz |
| Received | Aug 10, 2025 4:26:51 PM | Alex Simak (+17244337237) | Alex Simak | Just did, sorry bro. I completely forgot through all my instrument flights |
| Sent | Aug 10, 2025 4:26:47 PM | Alex Simak (+17244337237) | | All good |
| Sent | Aug 10, 2025 4:26:38 PM | Alex Simak (+17244337237) | | 👍👍 |
| Sent | Aug 10, 2025 4:25:34 PM | Alex Simak (+17244337237) | | Dude you still haven't paid rent this month have you |
| Received | Aug 4, 2025 12:30:28 PM | Alex Simak (+17244337237) | Alex Simak | I'm in the sim building |
| Received | Aug 4, 2025 12:09:36 PM | Alex Simak (+17244337237) | Alex Simak | Sounds good, I just got here. Will check tsharp, print out grade sheets, other admin bullshit |