| Type | Date | Name / Number | Sender | Content |
|---|---|---|---|---|
| Received | Sep 10, 2025 7:10:19 PM | Alex Simak (+17244337237) | Alex Simak | Of course, I love you 💜 😘 |
| Sent | Sep 10, 2025 4:40:58 PM | Alex Simak (+17244337237) | | Thanks |
| Received | Sep 10, 2025 4:35:51 PM | Alex Simak (+17244337237) | Alex Simak | Jk jk<br>I like:<br>Padre Pizzeria (Personal Favorite)<br>Grimaldis |
| Received | Sep 10, 2025 4:35:10 PM | Alex Simak (+17244337237) | Alex Simak | Papa John’s |
| Sent | Sep 10, 2025 4:34:34 PM | Alex Simak (+17244337237) | | Hey what are the good pizza places you like around town? I'm gonna grab some with my dad |
| Received | Sep 5, 2025 7:03:06 PM | Alex Simak (+17244337237) | Alex Simak | No, I just noticed your door was open and wanted to double check |
| Sent | Sep 5, 2025 7:02:53 PM | Alex Simak (+17244337237) | | Anything odd happened around the house? |
| Sent | Sep 5, 2025 7:02:40 PM | Alex Simak (+17244337237) | | Yeah briefly. I'm staying at an airbnb for a couple days |
| Received | Sep 5, 2025 7:01:21 PM | Alex Simak (+17244337237) | Alex Simak | Did you come home? |
| Received | Sep 2, 2025 4:12:19 PM | Alex Simak (+17244337237) | Alex Simak | Hooyah |
| Sent | Sep 2, 2025 4:10:35 PM | Alex Simak (+17244337237) | | Don't forget about rent |
| Received | Aug 21, 2025 4:05:22 PM | Alex Simak (+17244337237) | Alex Simak | Nothing, I was just curious as to what you were listening to lol 😆 |

| | | | | |
|---|---|---|---|---|
| Sent | Aug 21, 2025 4:04:13 PM | Alex Simak (+17244337237) | | What's up? |
| Received | Aug 17, 2025 10:59:51 AM | Alex Simak (+17244337237) | Alex Simak | She walked out of her garage |
| Sent | Aug 16, 2025 11:26:57 PM | Alex Simak (+17244337237) | | Did crazy like come out of her house just to video record her walking? |
| Received | Aug 16, 2025 11:26:18 PM | Alex Simak (+17244337237) | Alex Simak | 😂 |
| Sent | Aug 16, 2025 11:26:11 PM | Alex Simak (+17244337237) | | Would be funny if your godmother did it again |
| Received | Aug 16, 2025 11:26:11 PM | Alex Simak (+17244337237) | Alex Simak | It’s going to appear in court and she’s going to claim something crazy |
| Received | Aug 16, 2025 11:25:40 PM | Alex Simak (+17244337237) | Alex Simak | She got some more evidence against your ass |
| Sent | Aug 16, 2025 11:25:32 PM | Alex Simak (+17244337237) | | Ha! she's paranoid |
| Received | Aug 16, 2025 11:25:18 PM | Alex Simak (+17244337237) | Alex Simak | Yeah she did |
| Sent | Aug 16, 2025 11:25:04 PM | Alex Simak (+17244337237) | | Like crazy lady got out her phone and recorded her? |
| Sent | Aug 16, 2025 11:24:49 PM | Alex Simak (+17244337237) | | wtfff |
| Received | Aug 16, 2025 11:24:23 PM | Alex Simak (+17244337237) | Alex Simak | Yesterday, crazy lady video taped my godmother walking by yesterday |

| | | | | |
|---|---|---|---|---|
| Sent | Aug 15, 2025 10:03:48 AM | Alex Simak (+17244337237) | | Pheew ok cool |
| Received | Aug 15, 2025 9:46:34 AM | Alex Simak (+17244337237) | Alex Simak | It was just about CRM, not about you at all |
| Sent | Aug 15, 2025 8:50:12 AM | Alex Simak (+17244337237) | | 🙄🙄 |
| Received | Aug 15, 2025 8:50:08 AM | Alex Simak (+17244337237) | Alex Simak | It’s probably about the solos |
| Received | Aug 15, 2025 8:49:49 AM | Alex Simak (+17244337237) | Alex Simak | “Hey guys, just a quick reminder not to put abortion pills in a girls drink” |
| Sent | Aug 15, 2025 8:49:17 AM | Alex Simak (+17244337237) | | 👍 |
| Received | Aug 15, 2025 8:49:05 AM | Alex Simak (+17244337237) | Alex Simak | I’ll let you know |
| Sent | Aug 15, 2025 8:48:36 AM | Alex Simak (+17244337237) | | Heard a rumor it's about my situation... |
| Received | Aug 15, 2025 8:48:22 AM | Alex Simak (+17244337237) | Alex Simak | The flight schedule is IP/IP only |
| Received | Aug 15, 2025 8:48:04 AM | Alex Simak (+17244337237) | Alex Simak | Safety meeting in the range today |
| Sent | Aug 15, 2025 8:47:28 AM | Alex Simak (+17244337237) | | Is there a safety stand down today?? |

| | | | | |
|---|---|---|---|---|
| Received | Aug 12, 2025 8:35:50 PM | Alex Simak (+17244337237) | Alex Simak | Babe, there's something I need to tell you. I saw the news story, and it's all lies. This woman and I had a fling in October—before I even met you. It was a terrible mistake, and I ended things as soon as I met you. She couldn't handle it and started threatening to destroy my life. I had no idea she was pregnant, and I swear on everything I didn't do what she's accusing me of. The miscarriage happened months ago, but she's dragging it up now to make it look like I cheated on you. She's desperate to ruin us. I'm so sorry you're caught in this mess, and I'll do whatever it takes to fix it. |
| Sent | Aug 11, 2025 12:33:40 PM | Alex Simak (+17244337237) | | I'm coming over to the tw-4 building now |
| Received | Aug 11, 2025 11:55:18 AM | Alex Simak (+17244337237) | Alex Simak | That's fine with me, I've got to study forms |
| Sent | Aug 11, 2025 11:47:45 AM | Alex Simak (+17244337237) | | I'm gonna be a little while |
| Received | Aug 11, 2025 11:46:44 AM | Alex Simak (+17244337237) | Alex Simak | I'll bum a ride home whenever you're done if you're able to, plz |
| Received | Aug 10, 2025 4:26:51 PM | Alex Simak (+17244337237) | Alex Simak | Just did, sorry bro. I completely forgot through all my instrument flights |
| Sent | Aug 10, 2025 4:26:47 PM | Alex Simak (+17244337237) | | All good |
| Sent | Aug 10, 2025 4:26:38 PM | Alex Simak (+17244337237) | | 👍👍 |
| Sent | Aug 10, 2025 4:25:34 PM | Alex Simak (+17244337237) | | Dude you still haven't paid rent this month have you |
| Received | Aug 4, 2025 12:30:28 PM | Alex Simak (+17244337237) | Alex Simak | I'm in the sim building |
| Received | Aug 4, 2025 12:09:36 PM | Alex Simak (+17244337237) | Alex Simak | Sounds good, I just got here. Will check tsharp, print out grade sheets, other admin bullshit |

| | | | | |
|---|---|---|---|---|
| Sent | Aug 4, 2025 12:08:07 PM | Alex Simak (+17244337237) | | Ordering food now, should be at the sim building in 20 minutes |
| Sent | Aug 4, 2025 11:29:59 AM | Alex Simak (+17244337237) | | 👍👍 |
| Received | Aug 4, 2025 11:26:26 AM | Alex Simak (+17244337237) | Alex Simak | Awesome, much appreciated bro. |
| Sent | Aug 4, 2025 11:26:12 AM | Alex Simak (+17244337237) | | Then i can come over to the sim building |
| Sent | Aug 4, 2025 11:26:03 AM | Alex Simak (+17244337237) | | Sure, i will need to grab lunch at panda first |
| Received | Aug 4, 2025 11:25:01 AM | Alex Simak (+17244337237) | Alex Simak | Do you mind sticking around and helping me VR my checkride? |
| Sent | Aug 4, 2025 11:24:49 AM | Alex Simak (+17244337237) | | What's up? |
| Sent | Aug 4, 2025 11:24:46 AM | Alex Simak (+17244337237) | | Around noon, so like 30ish minutes |
| Received | Aug 4, 2025 10:19:19 AM | Alex Simak (+17244337237) | Alex Simak | Hey bro, what time do you get off work today? |
| Sent | Aug 3, 2025 8:46:30 PM | Alex Simak (+17244337237) | | Nope i didn't touch it |
| Received | Aug 3, 2025 8:45:46 PM | Alex Simak (+17244337237) | Alex Simak | Also, it’s hot af in the house. Did you shut the A/C off for the weekend while we were gone? |
| Received | Aug 3, 2025 8:37:59 PM | Alex Simak (+17244337237) | Alex Simak | Yeah, he was |

| | | | | |
|---|---|---|---|---|
| Sent | Aug 3, 2025 8:37:51 PM | Alex Simak (+17244337237) | | Was he very fast tempo? like in general |
| Sent | Aug 3, 2025 8:37:04 PM | Alex Simak (+17244337237) | | 👍 to “Yeah, it was fun. I guess the grades don’t matter but I man it sucks seeing below MIF’s. Whatever, pass/complete” |
| Received | Aug 3, 2025 8:36:26 PM | Alex Simak (+17244337237) | Alex Simak | Yeah, it was fun. I guess the grades don’t matter but I man it sucks seeing below MIF’s. Whatever, pass/complete |
| Sent | Aug 3, 2025 8:35:45 PM | Alex Simak (+17244337237) | | You enjoyed your cross country though? |
| Sent | Aug 3, 2025 8:34:56 PM | Alex Simak (+17244337237) | | Ha!!! what an asshole |
| Received | Aug 3, 2025 8:26:13 PM | Alex Simak (+17244337237) | Alex Simak | Bro, LtCol Norman was cool to fly with but he absolutely wrecked me with bad grades |
| Sent | Jul 22, 2025 1:24:06 PM | Alex Simak (+17244337237) | | You lucky dawg |
| Received | Jul 22, 2025 1:23:28 PM | Alex Simak (+17244337237) | Alex Simak | Brooooo, got Jeremy Taylor again tomorrow |
| Sent | Jul 20, 2025 6:06:09 PM | Alex Simak (+17244337237) | | Okay |
| Received | Jul 20, 2025 6:02:52 PM | Alex Simak (+17244337237) | Alex Simak | You’re good, I’ll just chill in the parking lot |
| Sent | Jul 20, 2025 5:54:56 PM | Alex Simak (+17244337237) | | I'm landing a little late. Maybe 6:20 now |
| Received | Jul 20, 2025 11:23:20 AM | Alex Simak (+17244337237) | Alex Simak | Anything for you, dear. |

| | | | | |
|---|---|---|---|---|
| Sent | Jul 20, 2025 11:16:52 AM | Alex Simak (+17244337237) | | Thanks for picking me up |
| Sent | Jul 20, 2025 11:16:42 AM | Alex Simak (+17244337237) | | Think if you get to the airport around 6:10ish i should have my luggage by then tonight |
| Sent | Jul 19, 2025 10:48:00 AM | Alex Simak (+17244337237) | | Thanks man |
| Received | Jul 19, 2025 10:43:14 AM | Alex Simak (+17244337237) | Alex Simak | Yes I can! |
| Sent | Jul 19, 2025 9:32:11 AM | Alex Simak (+17244337237) | | Are you able to pick me up from the airport at 6pm tomorrow? |
| Sent | Jul 12, 2025 11:57:41 AM | Alex Simak (+17244337237) | | Did you put the cans back |
| Sent | Jul 9, 2025 3:53:28 PM | Alex Simak (+17244337237) | | 👍 to “I hope you’re enjoying Mexico” |
| Received | Jul 9, 2025 3:24:41 PM | Alex Simak (+17244337237) | Alex Simak | I hope you’re enjoying Mexico |
| Sent | Jul 9, 2025 3:24:25 PM | Alex Simak (+17244337237) | | thanks |
| Received | Jul 9, 2025 3:22:39 PM | Alex Simak (+17244337237) | Alex Simak | I took out the one bag of garbage |
| Sent | Jul 9, 2025 3:19:29 PM | Alex Simak (+17244337237) | | 👍 to “I’ll do it right now” |
| Received | Jul 9, 2025 3:19:15 PM | Alex Simak (+17244337237) | Alex Simak | I’ll do it right now |

| | | | | |
|---|---|---|---|---|
| Sent | Jul 9, 2025 3:18:59 PM | Alex Simak (+17244337237) | | Can you take out the trash cans tomorrow. Garbage pick up day tomorrow |
| Sent | Jul 4, 2025 10:45:43 PM | Alex Simak (+17244337237) | | See you in the morning |
| Sent | Jul 4, 2025 11:10:00 AM | Alex Simak (+17244337237) | | Perfect, thanks |
| Received | Jul 4, 2025 10:59:18 AM | Alex Simak (+17244337237) | Alex Simak | I'll take you tomorrow |
| Sent | Jun 26, 2025 3:44:28 PM | Alex Simak (+17244337237) | | The GOAT of sim instructors |
| Received | Jun 26, 2025 3:43:49 PM | Alex Simak (+17244337237) | Alex Simak | Jeremy Taylor, what a dude |
| Sent | Jun 23, 2025 2:13:30 PM | Alex Simak (+17244337237) | | Niiiice |
| Received | Jun 23, 2025 2:13:16 PM | Alex Simak (+17244337237) | Alex Simak | I finally got a win |
| Received | Jun 11, 2025 12:27:03 PM | Alex Simak (+17244337237) | Alex Simak | I'll be there shortly after 1 |
| Sent | Jun 11, 2025 11:07:53 AM | Alex Simak (+17244337237) | | You gonna be around the house today? Would like to borrow your ipad for 30 mins |
| Sent | May 28, 2025 4:16:31 PM | Alex Simak (+17244337237) | | Yeah I'm at tennis. I'll be back in 20 ish |
| Received | May 28, 2025 4:05:51 PM | Alex Simak (+17244337237) | Alex Simak | Did you leave? |

| | | | | |
|---|---|---|---|---|
| Sent | May 13, 2025 8:52:48 AM | Alex Simak (+17244337237) | | Hell yeahh |
| Received | May 13, 2025 8:52:36 AM | Alex Simak (+17244337237) | Alex Simak | I’m laser focused |
| Sent | May 13, 2025 8:52:28 AM | Alex Simak (+17244337237) | | Stay focused |
| Sent | May 13, 2025 8:52:21 AM | Alex Simak (+17244337237) | | Don't worry about that yet, it's TBD. Weather can change |
| Received | May 13, 2025 8:50:08 AM | Alex Simak (+17244337237) | Alex Simak | I appreciate it bro, winds look like they’ll be out of limits for my solo |
| Sent | May 13, 2025 8:17:32 AM | Alex Simak (+17244337237) | | Good luck today 👍 |
| Received | May 6, 2025 8:55:04 PM | Alex Simak (+17244337237) | Alex Simak | Solo* |
| Received | May 6, 2025 8:54:58 PM | Alex Simak (+17244337237) | Alex Simak | But I am safe to sooo |
| Received | May 6, 2025 8:54:47 PM | Alex Simak (+17244337237) | Alex Simak | Of course bro, why do you think I checkrode? |
| Sent | May 6, 2025 8:45:33 PM | Alex Simak (+17244337237) | | How did your check go? |
| Sent | May 6, 2025 8:40:29 PM | Alex Simak (+17244337237) | | I'm going to bed early tonight, so if yall come back late can yall be quiet? |
| Received | Apr 30, 2025 7:51:00 AM | Alex Simak (+17244337237) | Alex Simak | Heeeyyy, that’s not very nice |

| | | | | |
|---|---|---|---|---|
| Sent | Apr 30, 2025 7:45:10 AM | Alex Simak (+17244337237) | | Thought so too... maybe they are giving me the Simak treatment |
| Received | Apr 30, 2025 7:30:07 AM | Alex Simak (+17244337237) | Alex Simak | Damn, I though they were pushing you through this week |
| Sent | Apr 30, 2025 7:29:48 AM | Alex Simak (+17244337237) | | Not flying unfortunately. Not on the schedule |
| Received | Apr 30, 2025 7:29:22 AM | Alex Simak (+17244337237) | Alex Simak | When is your flight today? I want to see you on wheels watch |
| Sent | Apr 22, 2025 11:29:08 AM | Alex Simak (+17244337237) | | Unreal.. |
| Received | Apr 22, 2025 11:28:59 AM | Alex Simak (+17244337237) | Alex Simak | Yes |
| Sent | Apr 22, 2025 11:28:51 AM | Alex Simak (+17244337237) | | Canceled? |
| Received | Apr 22, 2025 11:28:35 AM | Alex Simak (+17244337237) | Alex Simak | I hate flight school |
| Sent | Apr 13, 2025 9:29:01 PM | Alex Simak (+17244337237) | | I really hope she's not telling you she's pregnant |
| Sent | Apr 13, 2025 9:28:29 PM | Alex Simak (+17244337237) | | Whatever you do, DO NOT HAVE SEX WITH HER |
| Sent | Apr 13, 2025 9:28:15 PM | Alex Simak (+17244337237) | | Bro if she told you she is pregnant AFTER you broke up, then that is a lie |
| Sent | Apr 13, 2025 9:21:11 PM | Alex Simak (+17244337237) | | Is she?!?!?! |

| | | | |
|---|---|---|---|
| Sent | Apr 13, 2025 9:14:27 PM Alex Simak (+17244337237) | | 🙏🙏🙏🙏🙏 |
| Sent | Apr 13, 2025 9:14:18 PM Alex Simak (+17244337237) | | Don't tell me she's pregnant |
| Received | Apr 13, 2025 9:14:04 PM Alex Simak (+17244337237) | Alex Simak | I haven’t been completely honest lately |
| Sent | Apr 13, 2025 9:14:04 PM Alex Simak (+17244337237) | | 😂 to “Yeah, we’ve got some things we need to talk about” |
| Received | Apr 13, 2025 9:13:55 PM Alex Simak (+17244337237) | Alex Simak | Yeah, we’ve got some things we need to talk about |
| Sent | Apr 13, 2025 9:13:46 PM Alex Simak (+17244337237) | | Brother........... Don't tell me............. |
| Sent | Apr 13, 2025 9:13:12 PM Alex Simak (+17244337237) | | Do i hear Gabi??!??! |
| Sent | Apr 9, 2025 10:25:54 PM Alex Simak (+17244337237) | | 👍 to “Just finished up” |
| Received | Apr 9, 2025 10:25:09 PM Alex Simak (+17244337237) | Alex Simak | Just finished up |
| Sent | Apr 9, 2025 10:07:15 PM Alex Simak (+17244337237) | | Sheeeeesh tell those Rangers to land already |
| Received | Apr 9, 2025 10:06:58 PM Alex Simak (+17244337237) | Alex Simak | Yeah 😔 |
| Sent | Apr 9, 2025 10:06:50 PM Alex Simak (+17244337237) | | You still on duty?? |

| | | | | |
|---|---|---|---|---|
| Received | Mar 24, 2025 5:57:04 PM | Alex Simak (+17244337237) | +17244337237 | What's up |
| Received | Mar 24, 2025 5:56:59 PM | Alex Simak (+17244337237) | +17244337237 | Yeah |
| Sent | Mar 24, 2025 5:56:43 PM | Alex Simak (+17244337237) | | You awake? |
| Received | Mar 24, 2025 12:39:09 PM | Alex Simak (+17244337237) | +17244337237 | 🤣 |
| Sent | Mar 24, 2025 12:38:56 PM | Alex Simak (+17244337237) | | The "power tower" 😂😂😂 |
| Received | Mar 24, 2025 12:38:39 PM | Alex Simak (+17244337237) | +17244337237 | I also finished the power tower |
| Received | Mar 24, 2025 12:38:21 PM | Alex Simak (+17244337237) | +17244337237 | I appreciate it, I realized when I got home I didn't have my pub bag |
| Sent | Mar 24, 2025 12:37:54 PM | Alex Simak (+17244337237) | | I got it |
| Received | Mar 24, 2025 12:32:48 PM | Alex Simak (+17244337237) | +17244337237 | If you enter the TW-4 BLDG from the sim side of the building, go up the staircase, turn left and go halfway down the hall, stucon is to the right |
| Received | Mar 24, 2025 12:31:54 PM | Alex Simak (+17244337237) | +17244337237 | It's to the right of the Briefing Room 12 room |
| Received | Mar 24, 2025 12:31:37 PM | Alex Simak (+17244337237) | +17244337237 | It's halfway down the hallway |
| Sent | Mar 24, 2025 12:16:57 PM | Alex Simak (+17244337237) | | Sure, where is stucon for vt-28? |

| | | | | |
|---|---|---|---|---|
| Received | Mar 24, 2025 12:09:18 PM | Alex Simak (+17244337237) | +17244337237 | Hey bro, I left my Brown pub bag in STUCON. When you finish your event, could you grab it for me plz? |
| Sent | Mar 23, 2025 9:45:24 AM | Alex Simak (+17244337237) | | haha i should get a bird feeder for him |
| Received | Mar 23, 2025 9:44:58 AM | Alex Simak (+17244337237) | +17244337237 | Larry bird is back |
| Sent | Oct 11, 2024 1:12:26 PM | Alex Simak (+17244337237) | | Yupp that's the pile |
| Sent | Jun 21, 2024 3:33:35 PM | Alex Simak (+17244337237) | | "Jack's wings" with ranch sauce |
| Received | Jun 21, 2024 3:31:44 PM | Alex Simak (+17244337237) | +17244337237 | Np, any wing preferences? |
| Sent | Jun 21, 2024 3:28:22 PM | Alex Simak (+17244337237) | | Thanks man, the"house special" or "all meat" sounds good to me |
| Received | Jun 21, 2024 3:27:04 PM | Alex Simak (+17244337237) | +17244337237 | Lmk if you have any requests |
| Received | Jun 21, 2024 3:26:59 PM | Alex Simak (+17244337237) | +17244337237 | https://bandjspizza.com/wp-content/uploads/2021/11/To-Go-Menu.pdf |
| Received | Jun 20, 2024 11:29:45 AM | Alex Simak (+17244337237) | +17244337237 | Got it |
| Sent | Jun 20, 2024 11:28:39 AM | Alex Simak (+17244337237) | | I don't have a toaster |
| Sent | Jun 19, 2024 12:16:21 PM | Alex Simak (+17244337237) | | Sweeet I'm at home so I'll see ya |

| | | | | |
|---|---|---|---|---|
| Received | Jun 19, 2024 12:15:36 PM | Alex Simak (+17244337237) | +17244337237 | I’m arriving at 6325 Oso Pkwy, Corpus Christi soon. |
| Received | Jun 13, 2024 12:04:29 PM | Alex Simak (+17244337237) | +17244337237 | I passed the test the last 3 days of remedial, I class back up this Friday |
| Sent | Jun 13, 2024 12:03:54 PM | Alex Simak (+17244337237) | | Did ya pass the swim this week? |
| Received | Jun 7, 2024 12:25:26 PM | Alex Simak (+17244337237) | +17244337237 | Should be, I know I can do it. It's just a technique thing |
| Sent | Jun 7, 2024 12:22:52 PM | Alex Simak (+17244337237) | | Yeah so the training will be easy for ya then |
| Received | Jun 7, 2024 12:21:54 PM | Alex Simak (+17244337237) | +17244337237 | I'm comfortable doing th strokes now, it's just blowing into a tube that I need to work on |
| Sent | Jun 7, 2024 12:18:02 PM | Alex Simak (+17244337237) | | Was it the swimming that got ya? |
| Sent | Jun 7, 2024 12:17:55 PM | Alex Simak (+17244337237) | | Allll good bro, you get here when ya get here |
| Received | Jun 7, 2024 12:11:42 PM | Alex Simak (+17244337237) | +17244337237 | I failed a training evolution today so I’ll be down here one more week |
| Sent | May 31, 2024 12:34:33 PM | Alex Simak (+17244337237) | | Perfect |
| Received | May 30, 2024 1:34:19 PM | Alex Simak (+17244337237) | +17244337237 | You're good bro, as long as I still have a room when I move |
| Sent | May 30, 2024 1:33:38 PM | Alex Simak (+17244337237) | | Hey! Haven't forgot about ya, have been very busy traveling and away from areas with internet. |

| | | | | |
|---|---|---|---|---|
| Sent | May 24, 2024 6:41:13 PM | Alex Simak (+17244337237) | | Maybe that'll work out well |
| Received | May 24, 2024 6:35:26 PM | Alex Simak (+17244337237) | +17244337237 | Ooof, that's probably close to when I'll class up for primary |
| Sent | May 24, 2024 6:35:18 PM | Alex Simak (+17244337237) | | But that's because of usmc Osprey issues |
| Sent | May 24, 2024 6:35:00 PM | Alex Simak (+17244337237) | | Yeah appreciate that. I've been told I'm probably not classing up for advanced until October! |
| Received | May 24, 2024 6:34:04 PM | Alex Simak (+17244337237) | +17244337237 | Of course man. I don't know if you've classes up for advanced yet, so I wanted to wait until the weekend to ask you in the case that you've been busy |
| Sent | May 24, 2024 6:32:57 PM | Alex Simak (+17244337237) | | Forgot about writing the lease haha been busy. I'll send that to ya in an email and when ya get chance sign it and send email back |
| Received | May 24, 2024 6:32:42 PM | Alex Simak (+17244337237) | +17244337237 | Emailing* |
| Received | May 24, 2024 6:32:35 PM | Alex Simak (+17244337237) | +17244337237 | Thanks, will you be mailing a lease agreement soon? |
| Sent | May 24, 2024 6:31:48 PM | Alex Simak (+17244337237) | | Sweeet, good luck on the check. I'll mentally plan on expecting in about 3 weeks ish. We'll keep in touch as it gets closer |
| Received | May 24, 2024 6:30:29 PM | Alex Simak (+17244337237) | +17244337237 | Hey bro, just wanted to check in the lease agreement? Currently waiting for my checkride, and then I'll be down with physio probably two weeks after and be on my way down to corpus. |