United States District Court
Southern District of Texas
**ENTERED**
September 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff's motion to set premotion hearing. (D.E. 130). After review, the Court **GRANTS** the motion. (D.E. 130). The Court will hear argument regarding the issues raised in Plaintiff's motion, (D.E. 130), at the premotion conference set for September 10, 2026, at 1:00 p.m. Defendant may file a response addressing the issues raised in Plaintiff's motion, (D.E. 130), **on or before September 8, 2026, at 12:00 p.m.**

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Berkeley, California
September 3, 2026