IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS,<br><br>*Plaintiff*,<br><br>V.<br><br>CHRISTOPHER COOPRIDER, AID ACCESS GMBH & REBECCA GOMPERTS,<br><br>*Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:25-CV-220 |

**DEFENDANT CHRISTOPHER COOPRIDER'S ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Christopher Cooprider files this Answer to Plaintiff's First Amended Complaint, and in support thereof, would respectfully show the following:

1. On August 24, 2026, the Court granted (Dkt. No. 119) Plaintiff's Motion for Leave to Amend (Dkt. No. 108) and instructed the Clerk of Court to file Plaintiff's First Amended Complaint, which was ultimately entered as a corrected amended complaint (Dkt. No. 123). The amended complaint added two separately named entities related to the alleged medication provider defendants and new claims for relief against the various medication provider defendants—but admittedly made no changes to the allegations or claims against Defendant Cooprider. *See* Pl's Mtn for Leave (Dkt. No. 108) at 2.

2. Accordingly, in response to Plaintiff's First Amended Complaint, Defendant Cooprider relies upon, refers back, and incorporates as if fully set forth herein his original answer (Dkt. No. 7). For clarity and the Court's convenience, Defendant Cooprider notes that due to the amended complaint's numbering changes, the paragraph references in his specific Rule 8(b)(1)(B)

responses to Plaintiff's allegations on pages 75-89 of his original answer should be considered revised as follows:

a. Paragraphs 7-11 of the First Amended Complaint were added/revised from the Original Complaint. They are all directed towards and relate to other defendants, and Defendant Cooprider is without sufficient information to admit or deny the allegations in paragraphs 7-11 and as a result denies the same.

b. Paragraphs 12-89 of the First Amended Complaint are unchanged from the Original Complaint's paragraphs 8-85, with the amended paragraphs all now numbered exactly 4 numerals higher each. Defendant Cooprider relies upon, refers back, and incorporates as if fully set forth herein his original answers to those allegations with the appropriate numerical changes.

c. Paragraphs 90-94 of the First Amended Complaint were added from the Original Complaint. They are all directed towards and relate to other defendants, and Defendant Cooprider is without sufficient information to admit or deny the allegations in paragraphs 90-94 and as a result denies the same.

d. Paragraph 95 of the First Amended Complaint was revised from the Original Complaint to add claims for relief against the medication provider defendants. Defendant Cooprider continues to deny that he is legally responsible "to pay nominal, compensatory, and punitive damages for the wrongful death of Ms. Davis's unborn child," nor to pay for any "other relief that the Court may deem just, proper, or equitable."

Respectfully submitted,

*/s/ Craig Dupen*

BETH KLEIN, P.C.
Beth Klein
Colorado Bar No. 17477
S.D. Tex. Bar No. 3934133
350 Market Street, Suite 310
Basalt, Colorado 81621
Email beth@bethklein.com
Phone 303-448-8884

**- AND –**

WATTS LAW FIRM, LLP
Mikal C. Watts
Texas State Bar No. 20981820
Federal Bar ID: #12419
Mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501

**- AND –**

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Barry A. Moscowitz
Federal Bar No. 31054
State Bar No. 24004830
bmoscowitz@thompsoncoe.com
Craig Dupen
Federal Bar No. 1144807
State Bar No. 24065177
cdupen@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
Telephone: (214) 871-8200
Fax: (214) 871-8209

Victoria L. Jimenez
Federal Bar No. 2522937
State Bar No. 24060021
vjimenez@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000

Houston, Texas 77027
Telephone: (713) 403-8210
Fax: (713) 403-8299

**ATTORNEYS FOR DEFENDANT CHRISTOPHER COOPRIDER**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By: /s/ *Craig Dupen*
Craig Dupen