UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis | § | |
| | § | |
| v. | § | Case No.: 2:25-cv-00220 |
| | § | |
| Christopher Cooprider et al | § | |

**NOTICE OF VIDEO TELECONFERENCE RE-SETTING**

Parties are advised that a video teleconference has been rescheduled before **United States District Court Judge David S. Morales** for the following date and time:

**September 10, 2026 at 1:30 p.m. (Central)**

**Re: Pre-Motion Conference**

Join ZoomGov Meeting
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679

Date: September 10, 2026

**BY ORDER OF THE COURT**

Nathan Ochsner, Clerk of Court
By : /s/ Arlene Rodriguez Clancy
Case Manager to Judge David S. Morales
Tel.: 361-888-3369