UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, | * | |
| Aid Access GmbH, & | * | |
| Rebecca Gomperts, | * | |
| | * | |
| Defendants. | * | |

**FIFTH SUPPLEMENTAL DISCLOSURE OF DOCUMENTS AND THINGS**

Defendant Christopher Cooprider ("COOPRIDER"), through his attorneys, provides the following 5th supplemental disclosures pursuant to Federal Rules of Civil Procedure 26(a)(1).

**Fed. R. Civ. P. 26(a)(1)(ii)—A copy—or description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment. See Exhibit A. Document Link.**

*https://we.tl/t-mq8k0VUURWkfJPCJ*

*/s/ Beth Klein*
Beth Klein
Colorado Bar No. 17477
S.D. Tex. Bar No. 3934133
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
Email beth@bethklein.com
Phone 303-448-8884

Barry A. Moscowitz
THOMPSON, COE, COUSINS & IRONS, LLP
Texas State Bar No. 24004830

Federal Bar ID No. 31054
bmoscowitz@thompsoncoe.com
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
Telephone: (214) 871-8200
Facsimile: (214) 871-8209

Mikal C. Watts
WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE FOR
CHRISTOPHER COOPRIDER

**CERTIFICATE OF SERVICE**

I hereby certify that on July 7, 2026, a copy of the foregoing pleading was served through email to all counsel of record.

/s/ *Beth Klein*
Beth Klein

EXHIBIT A – GLOBAL INDEX OF DISCLOSED DOCUMENTS AND PRIVILEGE LOG

| **Date Produced** | **Bates No.** | **Description** |
|---|---|---|
| 9/9/2025 Initial Discl | CR000001 | February 3, 2025 recording of DAVIS's request of COOPRIDER that he clean his phone. (produced natively) |
| 9/9/2025 Initial Discl | CR000001A | Transcript to CR0000001 |
| 9/9/2025 Initial Discl | CR000002 | Recording of March 21, 2025 Ultrasound. (produced natively) |
| 9/9/2025 Initial Discl | CR000002B | Transcript of Ultrasound Recording |
| 9/9/2025 Initial Discl | CR000003 | Ultrasound Analysis (produced natively) |
| 9/9/2025 Initial Discl | CR000003C | Transcript of Ultrasound Analysis |
| 9/9/2025 Initial Discl | CR000004 | Audio Recording dated April 5, 2025, sent by DAVIS to COOPRIDER (produced natively) |
| 9/9/2025 Initial Discl | CR000005 | Video of DAVIS March 5, 2025 and Transcript of that Video (video produced natively) |
| 9/9/2025 Initial Discl | CR000006 | 788 Screen Shots |
| 9/9/2025 Initial Discl | CR000033 | Text from DAVIS to COOPRIDER, March 21, 2025 |
| 9/9/2025 Initial Discl | CR000034 | Screen Shots of texts from DAVIS to COOPRIDER, sent in prior to Feb. 25, 2025, and re-sent on March 21, 2025 |
| 9/9/2025 Initial Discl | CR000034 | Screen Shots of texts on February 24, 2025 |
| 9/9/2025 Initial Discl | CR000036 | Text from DAVIS to COOPRIDER, dated February 24, 2025 |
| 9/9/2025 Initial Discl | CR000037 | Text from DAVIS to COOPRIDER, dated April 4, 2025 |
| 9/9/2025 Initial Discl | CR000046 | Text from DAVIS to COOPRIDER, April 4, 2025 |
| 9/9/2025 Initial Discl | CR000058 | Text from DAVIS to COOPRIDER, March 22, 2025 |
| 9/9/2025 Initial Discl | CR000065 | Text from DAVIS to COOPRIDER, March 22, 2025 |
| 9/9/2025 Initial Discl | CR000078 | Text from DAVIS to COOPRIDER dated March 22, 2025 |
| 9/9/2025 Initial Discl | CR000132 | Text Message from DAVIS to COOPRIDER dated March 24, 2025 |
| 9/9/2025 Initial Discl | CR000135 | Text from DAVIS to COOPRIDER dated March 24, 2025 |
| 9/9/2025 Initial Discl | CR000187 | Text from DAVIS to COOPRIDER dated March 25, 20 |

| | | |
|---|---|---|
| 9/9/2025 Initial Discl | CR000192 | Text from DAVIS to COOPRIDER, March 25, 2025 |
| 9/9/2025 Initial Discl | CR000194 | Screen shot dated March 25, 2025 |
| 9/9/2025 Initial Discl | CR000199 | Text from DAVIS to COOPRIDER, March 25, 2025 |
| 9/9/2025 Initial Discl | CR000200 | Text from DAVIS to COOPRIDER, March 25, 2025 |
| 9/9/2025 Initial Discl | CR000201 | Text from DAVIS to COOPRIDER, March 25, 2025 |
| 9/9/2025 Initial Discl | CR000203 | Text from DAVIS to COOPRIDER, March 25, 2025 |
| 9/9/2025 Initial Discl | CR000235.5 | Screen Shot |
| 9/9/2025 Initial Discl | CR000249 | Text from DAVIS to COOPRIDER, forwarding DAVIS texts with "Nick," March 26, 2025, 12:21:28 PM |
| 9/9/2025 Initial Discl | CR000274.5 | Screen Shot |
| 9/9/2025 Initial Discl | CR000327 | Text from DAVIS to COOPRIDER, March 26, 2025 |
| 9/9/2025 Initial Discl | CR000328 | Text from DAVIS to COOPRIDERE dated March 26, 2025 |
| 9/9/2025 Initial Discl | CR000405 | Text from DAVIS to COOPRIDER dated March 28, 2025 |
| 9/9/2025 Initial Discl | CR000416 | Texts from DAVIS to COOPRIDER, March 29, 2025 |
| 9/9/2025 Initial Discl | CR000537 | Excerpt of Text from DAVIS to COOPRIDER, March 31, 2025 |
| 9/9/2025 Initial Discl | CR000680 | Text from DAVIS to COOPRIDER, April 4, 202 |
| 9/9/2025 Initial Discl | CR000683 | Text Messages from DAVIS to COOPRIDER, dated April 4, 2025 |
| 9/9/2025 Initial Discl | CR000708 | Screenshot from Text of DAVIS to COOPRIDER, April 4, 2025 |
| 9/9/2025 Initial Discl | CR000752 | Excerpts of Text Messages from DAVIS to COOPRIDER from nights of April 6-7, 2025 |
| 9/9/2025 Initial Discl | CR000778 | Text from DAVIS to COOPRIDER dated April 7, 2025 |
| 9/9/2025 Initial Discl | CR000784 | Text from DAVIS to COOPRIDER dated April 7, 2025 |
| 9/9/2025 Initial Discl | CR000794 | Video of DAVIS approaching Neighbor's Door on two occasions. April 5, 2025 (produced natively) |
| 9/9/2025 Initial Discl | CR000795 | 2024-FAM-3927-A Case Summary |
| 9/9/2025 Initial Discl | CR000796 | Audio File #18 and Transcript (audio produced natively) |

| | | |
|---|---|---|
| 9/9/2025 Initial Discl | CR000799 | ER Motion for TRO04112025 |
| 9/9/2025 Initial Discl | CR000804 | Amicus Affidavit In Support Extraordinay Relief. |
| 9/9/2025 Initial Discl | CR000810 | Order Granting TRO and Setting TO Signed |
| 9/9/2025 Initial Discl | CR000814 | Agreed Order Signed 012025_AND IN THE INTEREST OF CIEL CELESTE DAVIS, CALI SUMMER |
| 9/9/2025 Initial Discl | CR000824 | Recording of Jackie O. taking DAVIS to ER (produced natively) |
| 9/9/2025 Initial Discl | CR000825 | NAVLIR 4/6/2025 |
| 9/9/2025 Initial Discl | CR000826 | FlightGrade 4/6/2025 |
| 9/9/2025 Initial Discl | CR000828 | Trophy Pics |
| 9/9/2025 Initial Discl | CR000832 | Obsession Files |
| 9/9/2025 Initial Discl | CR000841 | Audio #1 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000843 | Audio #2 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000844 | Audio #3 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000847 | Audio Recording, March 25, 2025 (produced natively) |
| 9/9/2025 Initial Discl | CR000853 | Audio #4 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000855 | Audio #5 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000856 | Audio #6 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000865 | Audio #7 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000873 | Audio #8 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000885 | Audio #9 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000891 | Audio #10 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000905 | Audio #12 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000916 | Audio #13 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000932 | Audio #14 and transcript (produced natively) |

| | | |
|---|---|---|
| 9/9/2025 Initial Discl | CR000951 | Audio #15 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000966 | Audio #16 and transcript (produced natively) |
| 9/9/2025 Initial Discl | CR000972 - 999 | Audio #17 and transcript (produced natively) |
| 1st Supp Discl | CR001000 - 1014 | Alex Simak Texts |
| 1st Supp Discl | CR001015 - 1061 | Jackie Samuelson Texts |
| 1st Supp Discl | CR001062 - 1582 | Cooprider's texts from Jan 1 to April 30 |
| 1st Supp Discl | CR001583 - 1713 | Dan Cooprider Texts |
| PRIVILEGE LOG | CR001713 - 1774 | Attorney Client Privilege Communications and Work Product After Attorney Retention |
| 1st Supp Discl | CR001775 - 1783 | purchase and shipment of the medicine |
| 1st Supp Discl | CR001784 | Chris's VIN doc for his truck. |
| 1st Supp Discl | CR001785 - 1904 | Chris's WhatsApp Chat with Jackie Samuelson |
| 1st Supp Discl | CR001905 - 1918 | Insurance Declaration Page |
| 1st Supp Discl | CR001919 - 1922 | Reservation of Rights Progressive |
| 1st Supp Discl | CR001923 - 1933 | Any Lab Text Now Response to Subpoena |
| 1st Supp Discl | CR001934 - 2038 | Madrigal's Response to Subpoena |
| 1st Supp Discl | CR002039 - 2105 | Open Records Requests (Redactions from Agency) |
| 1st Supp Discl | CR002106 | Dan Cooprider Text |
| 1st Supp Discl | CR002107 - 3006 | Samuelson Response to Subpoena Messages with Liana 9 12 2025 |
| 1st Supp Discl | CR003007 - 3849 | Devin Davis Response to Subpoena Liana Davis Text Messages with Devin Davis |
| 1st Supp Discl | CR003850 | Samuelson Response to Subpoena Video JS Return Home from bringing LD to hospital (produced natively) |
| 1st Supp Discl | CR003851 | Samuelson Response to Subpoena LD initial approach to door to request ride to hospital (produced natively) |
| 1st Supp Discl | CR003852 | Samuelson Response to Subpoena LD second approach to door and JS exiting home to drive to hospital (produced natively) |
| 1st Supp Discl | CR003853 | Samuelson Response to Subpoena LD visit to home to deliver birthday gift to children a few days after (produced natively) |

| | | |
|---|---|---|
| 1st Supp Discl | CR003854 | Samuelson Response to Subpoena Personal Recording from JS device of drive to hospital with LD (produced natively) |
| 1st Supp Discl | CR003855 - 3911 | Devin Davis Response to Subpoena Whats App |
| 1st Supp Discl | CR003912 | Devin Davis Response to Subpoena Don Melrose |
| 1st Supp Discl | CR003913 | Devin Davis Response to Subpoena AUD-20250330-WA0000 |
| 1st Supp Discl | CR003914 | Devin Davis Response to Subpoena IMG-20250401-WA0000 |
| 1st Supp Discl | CR003915 | Devin Davis Response to Subpoena IMG-20250403-WA0000 |
| 1st Supp Discl | CR003916 | Devin Davis Response to SubpoenaIMG-20250403-WA0001 |
| 1st Supp Discl | CR003917 | Devin Davis Response to Subpoena IMG-20250404-WA0000 |
| 1st Supp Discl | CR003918 | Devin Davis Response to Subpoena IMG-20250411-WA0000 |
| 1st Supp Discl | CR003919 | Devin Davis Response to Subpoena IMG-20250414-WA0000 |
| 1st Supp Discl | CR003920 | Devin Davis Response to Subpoena IMG-20250419-WA0000 |
| 1st Supp Discl | CR003921 | Devin Davis Response to Subpoena IMG-20250424-WA0000 |
| 1st Supp Discl | CR003922 | Devin Davis Response to Subpoena IMG-20250501-WA0001 |
| 1st Supp Discl | CR003923 | Devin Davis Response to Subpoena IMG-20250519-WA0000 |
| 1st Supp Discl | CR003924 | Devin Davis Response to Subpoena IMG-20250519-WA0002 |
| 1st Supp Discl | CR003925 | Devin Davis Response to Subpoena IMG-20250519-WA0003 |
| 1st Supp Discl | CR003926 | Devin Davis Response to Subpoena IMG-20250519-WA0004 |
| 1st Supp Discl | CR003927 | Devin Davis Response to Subpoena IMG-20250519-WA0005 |
| 1st Supp Discl | CR003928 | Devin Davis Response to Subpoena IMG-20250519-WA0006 |
| 1st Supp Discl | CR003929 | Devin Davis Response to Subpoena IMG-20250523-WA0000 |
| 1st Supp Discl | CR003930 | Devin Davis Response to Subpoena IMG-20250525-WA0000 |
| 1st Supp Discl | CR003931 | Devin Davis Response to Subpoena IMG-20250525-WA0001 |
| 1st Supp Discl | CR003932 | Devin Davis Response to Subpoena IMG-20250703-WA0000 |

| | | |
|---|---|---|
| 1st Supp Discl | CR003933 | Devin Davis Response to Subpoena IMG-20250727-WA0000 |
| 1st Supp Discl | CR003934 | Devin Davis Response to Subpoena IMG-20250808-WA0002 |
| 1st Supp Discl | CR003935 | Devin Davis Response to Subpoena IMG-20250808-WA0003 |
| 1st Supp Discl | CR003936 | Devin Davis Response to Subpoena IMG-20250901-WA0000 |
| 1st Supp Discl | CR003937 | Devin Davis Response to Subpoena IMG-20250901-WA0001 |
| 1st Supp Discl | CR003938 | Devin Davis Response to Subpoena PTT-20250425-WA0000 |
| 1st Supp Discl | CR003939 | Devin Davis Response to Subpoena PTT-20250523-WA0002 |
| 1st Supp Discl | CR003940 | Devin Davis Response to Subpoena PTT-20250525-WA0002 |
| 1st Supp Discl | CR003941 | Devin Davis Response to Subpoena PTT-20250808-WA0000 |
| 1st Supp Discl | CR003942 | Devin Davis Response to Subpoena VID-20250327-WA0000 |
| 1st Supp Discl | CR003943 | Devin Davis Response to Subpoena VID-20250501-WA0000 |
| 1st Supp Discl | CR003944 | Devin Davis Response to Subpoena VID-20250518-WA0000 |
| 1st Supp Discl | CR003945 | Devin Davis Response to Subpoena VID-20250519-WA0001 |
| 1st Supp Discl | CR003946 | Devin Davis Response to Subpoena VID-20250523-WA0001 |
| 1st Supp Discl | CR003947 | News Report that OBGYN believes this was a natural miscarriage https://www.kristv.com/news/local-news/in-your-neighborhood/corpus-christi/trial-date-set-for-woman-who-claims-marine-spiked-her-drink-with-abortion-pills?brid=N1Mf2rKbGdEuKq_OCxma6A |
| 1st Supp Discl | CR003948 | Lt Col Grell Communications |
| 1st Supp Discl | CR003949 - 3951 | Lt. Col Dunsworth Communications |
| May 27, 2026 Email | CR005180-005197 | CCPD Investigation |
| 3rd Suppl Disclosures | CR005198 | Screen Shot dated March 25, 2025 Period Conception |
| 3rd Suppl Disclosures | CR005199 | Screen Shot Period |
| 3rd Suppl Disclosures | CR005200 | Prescription Zithromax |
| 3rd Suppl Disclosures | CR005201-005222 | DWQ Any Lab Test Now Records |

| | | |
|---|---|---|
| 3rd Suppl Disclosures | CR005223-005244 | DWQ Any Lab Test Now Bills |
| May 27, 2026 Email | CR005245-005420 | DWQ Corpus Christi Women's Clinic |
| 3rd Suppl Disclosures | CR005421 | Davis Data |
| 3rd Suppl Disclosures | CR005422 | Davis Data |
| May 27, 2026 Email | CR005423-005433 | Exhibit 40 Report |
| 3rd Suppl Disclosures | CR005434 | Davis IMG 1440 |
| 3rd Suppl Disclosures | CR005435 | Davis IMG 1441 |
| 3rd Suppl Disclosures | CR005436 | Davis IMG 1442 |
| 3rd Suppl Disclosures | CR005437-005438 | Medical Records Summary of Chlamydia Diagnosis and Treatment |
| 3rd Suppl Disclosures | CR005439 | STD Report on Liana Davis to the State of Texas |
| 3rd Suppl Disclosures | CR005440 | Burner Phone Message to Ami Amoroso |