UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-220

## PLAINTIFF'S MOTION FOR PRE-MOTION CONFERENCE

Plaintiff Liana Davis respectfully moves for a pre-motion conference on each the following three issues.

1. On September 17, 2026, Mr. Cooprider's attorneys designated two expert witnesses, Stacey L. Hail and Roberta L. Krueger, and served their expert reports on Ms. Davis. *See* Docket Entry 136. Ms. Davis wishes to designate one or more rebuttal experts, but the Court's scheduling order of November 13, 2025 (Docket Entry 29), does not provide a timetable for designating rebuttal experts.

Ms. Davis's attorney e-mailed Mr. Cooprider's legal team on September 17, 2026, and asked if they would agree on a timetable for designating rebuttal experts that the parties could jointly propose to the Court. Mr. Mitchell wrote:

> We intend to designate one or more rebuttal experts, but the Court's scheduling order does not provide a deadline for designating rebuttal experts. May we confer on a timetable for designating rebuttal experts and propose it to the Court?

Exhibit 1. On September 18, 2026, Mr. Watts wrote back and said: ""We will not agree . . . to your desire to designate experts after your deadline to do so has passed." Exhibit 2.

Ms. Davis therefore respectfully requests a pre-motion conference with the Court before moving to amend the scheduling order to provide for designation of rebuttal experts.

2. Aid Access B.V. still has not been served, and Ms. Davis needs to take discovery from Aid Access B.V. before this case goes to trial. Ms. Davis anticipates that Aid Access B.V. will designate its own experts in an attempt to rebut Ms. Davis's wrongful-death claim. Given that, Ms. Davis believes that it would be more efficient to stay expert discovery until service is effectuated on Aid Access B.V. and fact discovery with respect to Aid Access is completed.

Ms. Davis continues to believe that fact discovery with respect to Mr. Cooprider should close on October 15 or shortly thereafter. But she respectfully requests a pre-motion conference before moving to amend the scheduling order to stay expert discovery until Aid Access B.V. is served and Aid Access designates its expert witnesses.

3. This case cannot go to trial until Aid Access B.V. is served and Ms. Davis has taken discovery from Aid Access B.V. Mr. Cooprider's legal team insisted on moving ahead with fact discovery before Aid Access was served, and Ms. Davis accommodated Mr. Cooprider's desire to move quickly into discovery. But Ms. Davis is suing both Mr. Cooprider and Aid Access for wrongful death, and Aid Access's liability for wrongful death depends on whether Mr. Cooprider poisoned Ms. Davis with misoprostol.

Mr. Davis therefore respectfully requests a pre-motion conference before moving to stay the trial date and trial-related deadlines until service is effectuated on Aid Access B.V. and discovery is taken.

We have conferred with Mr. Cooprider's lawyers on these matters and they oppose any changes to the scheduling order, as well as any stay of the trial date or trial-related deadlines. *See* Exhibit 2. They have asked us to mark them as opposed to this motion for a pre-trial conference. *See id.*

## CONCLUSION

Ms. Davis's motion for a pre-motion conference should be granted.

Respectfully submitted.

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Attorney-in-Charge*
Texas Bar No. 24075463
S.D. Tex. Bar No. 1133287
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: September 22, 2026

*Counsel for Plaintiff Liana Davis*

## CERTIFICATE OF SERVICE

I certify that on September 22, 2026, I served this document through CM/ECF upon:

Mikal C. Watts
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

Beth Klein
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

Barry Moscowitz
Victoria Jimenez
Oliver Hamby
Thompson Coe LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 (phone)
(214) 871-8209 (fax)
bmoscowitz@thompsoncoe.com
vjimenez@thompsoncoe.com
ohamby@thompsoncoe.com

*Counsel for Defendant Christopher Cooprider*

/s/ Jonathan F. Mitchell
Jonathan F. Mitchell
*Counsel for Plaintiff Liana Davis*