

**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** expert discovery
**Date:** September 17, 2026 at 10:44 PM
**To:** O'Flannigan, Kenna KOFlannigan@thompsoncoe.com, Moscowitz, Barry BMoscowitz@thompsoncoe.com, Jimenez, Victoria VJimenez@thompsoncoe.com, Dupen, Craig CDupen@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, Verweij, Beth EVerweij@thompsoncoe.com, Mikal Watts mikal@wattsllp.com, Beth Klein beth@bethklein.com, McKenzie, Davina DMcKenzie@thompsoncoe.com
**Cc:** John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com, Talcott Franklin tal@tfpc.me

---

Counsel:

I need to confer with you about several issues regarding expert discovery in light of the expert reports that you served earlier today.

(1) We intend to designate one or more rebuttal experts, but the Court's scheduling order does not provide a deadline for designating rebuttal experts. May we confer on a timetable for designating rebuttal experts and propose it to the Court?

(2) Aid Access B.V. still has not been served, and we need to take discovery from Aid Access B.V. before this case goes to trial. I expect that Aid Access B.V. will designate its own experts in an attempt to rebut Ms. Davis's wrongful-death claim. Given that, it would be more efficient in our view to stay expert discovery until service is effectuated on Aid Access B.V. and fact discovery with respect to Aid Access is completed. I think we can (and should) close fact discovery with respect to Mr. Cooprider on October 15 or shortly thereafter.

(3) This case cannot go to trial until Aid Access B.V. is served and we have taken discovery from Aid Access B.V. You insisted on moving ahead with fact discovery before Aid Access was served, and I accommodated your request. But Ms. Davis is suing both Mr. Cooprider and Aid Access for wrongful death, and Aid Access's liability for wrongful death depends on whether Mr. Cooprider poisoned Ms. Davis with misoprostol. So we need to discuss staying the trial date and related deadlines until service is effectuated on Aid Access and discovery is taken.

Please let me know when you are available to confer on these issues.

—Jonathan

-----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is

proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**