IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-220 |
| | § | |
| CHRISTOPHER COOPRIDER, AID ACCESS GMBH & REBECCA GOMPERTS, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**

On this day, came on for consideration Plaintiff Liana Davis' Motion to Compel. Having considered the Motion, any timely filed response and arguments of counsel, the Court is of the opinion that it should be and is hereby DENIED.

SIGNED this ________ day of ___________________, 2026.

______________________________
JUDGE PRESIDING