United States District Court
Southern District of Texas
**ENTERED**
September 30, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's motion to set premotion hearing. (D.E. 137). After review, the Court **GRANTS** the motion. (D.E. 137). The Court **ORDERS** the parties to appear before the undersigned via Zoom[1] **on October 7, 2026, at 10:30 a.m.** for a premotion hearing. Defendant may file a response addressing the issues raised in Plaintiff's motion, (D.E. 137), **on or before October 5, 2026, at 12:00 p.m.**

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
September 30, 2026

[1] Parties may access the hearing, if necessary, via the following link:
https://www.zoomgov.com/j/1615444251?pwd=R3g5ZnBwdVpvVkFCUlBVS211UXZ4QT09
Dial by your location
+1 669 254 5252 US (San Jose)
+1 646 828 7666 US (New York)
Meeting ID: 161 544 4251
Password: 020679