**From:** **Mikal Watts** mikal@wattsllp.com
**Subject:** Re: discovery deadline
**Date:** October 2, 2026 at 6:23 PM
**To:** Jonathan Mitchell jonathan@mitchell.law, Beth Klein beth@bethklein.com, Jimenez, Victoria vjimenez@thompsoncoe.com, bmoscowitz BMoscowitz@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, Dupen, Craig CDupen@thompsoncoe.com, McKenzie, Davina DMcKenzie@thompsoncoe.com, Verweij, Beth EVerweij@thompsoncoe.com, O'Flannigan, Kenna KOFlannigan@thompsoncoe.com
**Cc:** Talcott Franklin tal@tfpc.me, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com

You can.

---

**From:** Jonathan Mitchell <jonathan@mitchell.law>
**Date:** Friday, October 2, 2026 at 2:14 PM
**To:** Beth Klein <beth@bethklein.com>; Jimenez, Victoria <vjimenez@thompsoncoe.com>; Mikal Watts <mikal@wattsllp.com>; bmoscowitz <BMoscowitz@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; Dupen, Craig <CDupen@thompsoncoe.com>; McKenzie, Davina <DMcKenzie@thompsoncoe.com>; Verweij, Beth <EVerweij@thompsoncoe.com>; O'Flannigan, Kenna <KOFlannigan@thompsoncoe.com>
**Cc:** Talcott Franklin <tal@tfpc.me>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>
**Subject:** discovery deadline

Counsel:

Because we have agreed to depose Cooprider after the October 15 discovery deadline, I think we should seek permission from the Court to extend the discovery deadline for this purpose at the hearing scheduled for next Wednesday.

I am planning to a short motion for pre-motion conference with the Court today, asking the Court to consider at the hearing next Wednesday whether to grant permission for us to depose Mr. Cooprider after the October 15 discovery deadline. Please let me know if I can mark you as unopposed.

The motion is only asking the Court to consider our request at the hearing next week.

—Jonathan

-----------------------------
Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.

**PRIVILEGED AND CONFIDENTIAL — ATTORNEY–CLIENT COMMUNICATION / ATTORNEY WORK PRODUCT**