

**From:** **Jonathan Mitchell** jonathan@mitchell.law
**Subject:** Re: Cooprider deposition
**Date:** October 16, 2026 at 2:13 PM
**To:** Beth Klein beth@bethklein.com
**Cc:** Mikal Watts mikal@wattsllp.com, Jimenez, Victoria vjimenez@thompsoncoe.com, bmoscowitz BMoscowitz@thompsoncoe.com, Hamby, Oliver OHamby@thompsoncoe.com, Dupen, Craig CDupen@thompsoncoe.com, McKenzie, Davina DMcKenzie@thompsoncoe.com, Verweij, Beth EVerweij@thompsoncoe.com, O'Flannigan, Kenna KOFlannigan@thompsoncoe.com, Talcott Franklin tal@tfpc.me, John C. Sullivan john.sullivan@the-sl-lawfirm.com, Cliff P. Riley cliff.riley@slfirm.com

Please let me know by 6:00 p.m. central time today whether you will agree to reschedule Cooprider's deposition. If you refuse, then I will file a motion with the Court.

> On Oct 16, 2026, at 2:10 PM, Jonathan Mitchell <jonathan@mitchell.law> wrote:
>
> I don't want to depose Cooprider until after we have all the written discovery to which we are entitled. I also need adequate time to review what you've produced before the deposition, as well as time to file any follow-up motions to compel if your production is inadequate.
>
> Please propose some new times for the deposition in November or December.
>
>> On Oct 16, 2026, at 2:04 PM, Beth Klein <beth@bethklein.com> wrote:
>>
>> We will not agree to any extension for the expert designations.
>>
>> We will see if we can get any responsive documents to you by Monday.
>>
>> **Beth Klein**
>> Phone 303-448-8884
>> beth@bethklein.com
>> Fax 720-307-2816
>> Documentary Website
>> 350 Market Street, Suite 310 Basalt CO 81621
>> <image001.png>
>>
>> **From:** Jonathan Mitchell <jonathan@mitchell.law>
>> **Sent:** Friday, October 16, 2026 3:00 PM
>> **To:** Mikal Watts <mikal@wattsllp.com>; Beth Klein <beth@bethklein.com>; Jimenez, Victoria <vjimenez@thompsoncoe.com>; bmoscowitz <BMoscowitz@thompsoncoe.com>; Hamby, Oliver <OHamby@thompsoncoe.com>; Dupen, Craig <CDupen@thompsoncoe.com>; McKenzie, Davina <DMcKenzie@thompsoncoe.com>; Verweij, Beth <EVerweij@thompsoncoe.com>;

O'Flannigan, Kenna <KOFlannigan@thompsoncoe.com>
**Cc:** Talcott Franklin <tal@tfpc.me>; John C. Sullivan <john.sullivan@the-sl-lawfirm.com>; Cliff P. Riley <cliff.riley@slfirm.com>
**Subject:** Cooprider deposition

Counsel:

(1) Given Judge Morales's order today on waiver, I would like to reschedule Mr. Cooprider's deposition until after you have produced the required documents and communications and privilege log. Please let us know when you intend to comply with the order and what dates after that time will work for the deposition.

(2) Judge Morales ruled in his order today that we may designate our rebuttal expert on October 19, which is three days from today. Would you be willing to consent to a 14-day extension of this deadline?

—Jonathan

-----------------------------

Jonathan F. Mitchell
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law
papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=791842

**CONFIDENTIALITY NOTICE**:
This e-mail and any attachments are intended only for the use of the individual or entity to whom it was sent as indicated above. This communication may contain information that is proprietary, privileged, confidential or otherwise legally exempt from disclosure. If you are not the intended recipient, any disclosure, copying, distribution, or action taken in reliance on the contents of the information contained in this electronic mail message is strictly prohibited. If you have received this message in error, please delete it immediately, and call (512) 686-3940 to let me know that you received it. Thank you.