UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Aid Access B.V.**; **Access and More B.V.**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-220

## NOTICE OF DEPOSITION OF CHRISTOPHER COOPRIDER

Please take notice that pursuant to Rule 30(b)(1), plaintiff Liana Davis, by and through her counsel of record, will take the deposition upon oral examination of Christopher Cooprider, at 9:00 A.M. central time on October 5, 2026, before a notary public or other person authorized by law to administer oaths. The deposition will take place at the law offices of Hartline Barger LLP, 800 North Shoreline Boulevard, Suite 2000, North Tower, Corpus Christi, Texas. The deposition will be recorded by stenographic means and videotaped. You are invited to attend and cross-examine

Respectfully submitted.

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

Dated: September 3, 2026

*Counsel for Plaintiff Liana Davis*

## CERTIFICATE OF SERVICE

I certify that on September 3, 2026, I served this document by e-mail upon:

MIKAL C. WATTS
Watts Law Firm LLP
811 Barton Springs #725
Austin, Texas 78704
(512) 479-0500 (phone)
(512) 479-0501 (fax)
mikal@wattsllp.com

BETH KLEIN
Beth Klein, P.C.
350 Market Street, Suite 310
Basalt, Colorado 81621
(303) 448-8884 (phone)
beth@bethklein.com

BARRY MOSCOWITZ
VICTORIA JIMENEZ
OLIVER HAMBY
Thompson Coe LLP
700 North Pearl Street, 25th Floor
Dallas, Texas 75201
(214) 871-8200 (phone)
(214) 871-8209 (fax)
bmoscowitz@thompsoncoe.com
vjimenez@thompsoncoe.com
ohamby@thompsoncoe.com

*Counsel for Defendant Christopher Cooprider*

/s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Plaintiff Liana Davis*