United States District Court
Southern District of Texas
**ENTERED**
October 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Plaintiff's motion for premotion conference. (D.E. 143). Plaintiff asks the Court to set a premotion hearing on two issues: (1) postponing Defendant's deposition pending production of additional documents; and (2) requesting that the Court extend her deadline under Rule 26 to designate a rebuttal expert. (D.E. 143, p. 1–4). After review, the Court declines to set a hearing at this time. Defendant **SHALL** file a response to Plaintiff's motion, (D.E. 143), **on or before October 20, 2026, at 10:00 a.m.**

The Court further **CLARIFIES** that it has not yet ordered Defendant to produce any additional documents to Plaintiff. The Court's order addressing discovery matters, (D.E. 142), orders Defendant to submit a revised privilege log and the documents or communications listed therein to the Court for in camera review.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 19, 2026