United States District Court
Southern District of Texas
**ENTERED**
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

# ORDER

Before the Court is Plaintiff's motion for premotion conference. (D.E. 143). Plaintiff asks the Court to set a premotion hearing on two issues: (1) postponing Defendant's deposition pending production of additional documents; and (2) requesting that the Court extend her deadline under Rule 26 to designate a rebuttal expert. (D.E. 143, p. 1–4). Defendant is opposed, arguing: (1) Defendant's deposition should proceed as scheduled and may be re-opened later if the Court orders Defendant to produce additional documents; and (2) Plaintiff has not shown good cause to extend her deadline to designate a rebuttal expert under Rule 26. (D.E. 145).

After reviewing the parties' briefs, the Court **RULES** that Defendant's deposition may proceed as scheduled. The deposition may be re-opened following the Court's resolution of the outstanding attorney-client privilege issues. As to Plaintiff's deadline to designate a rebuttal expert, the Court **GRANTS** Plaintiff's request for an extension. Plaintiff may designate a rebuttal expert **on or before October 26, 2026.** The Court cautions Plaintiff's counsel that no further extensions will be granted absent good cause.

The Court **DENIES as moot** Plaintiff's motion for premotion conference. (D.E. 143).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
October 20, 2026