UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-220

# REBUTTAL EXPERT REPORT OF DR. WILLIAM LILE, D.O., FACOG

1. I have been retained by plaintiff Liana Davis to review and rebut the expert reports submitted by defendant Christopher Cooprider. I make this Rule 26 rebuttal report to address opinions set forth in the expert reports of Stacey L. Hail, MD, FACMT, dated August 25, 2026 (the "Hail report"), and Roberta L. Krueger, M.D., dated September 17, 2026 (the "Krueger report").

2. I am a board certified in obstetrics and gynecology and have practiced for more than 30 years. I have overseen more than 5,000 pregnancies, including triplets and quadruplets, and delivered more than 5,000 babies. I have also treated more than 200 miscarriages. I served as a hospital OB/GYN Department Chair and as an instructor with both the University of Florida and Florida State Medical School OB/GYN residency programs. A full description of my experience and my curriculum vitae are attached to this report as Exhibit A.

3. I have extensive knowledge of and experience with mifepristone and misoprostol, as I serve as one of the medical advisors for the Abortion Pill Reversal Network. Our network has documented over 8,000 successful reversals of attempted

drug-induced abortions. I have personally attempted abortion-pill reversal 28 times and succeeded 22 of those 28 times, resulting in both healthy moms and healthy babies. My work in abortion-pill reversal requires expertise and understanding of the mechanisms of both mifepristone and misoprostol.

4. I have not testified as an expert at trial or by deposition in any other case during the previous four years.

5. I am being compensated at a rate of $1,000/hour for my study and testimony in this case.

6. In forming my opinions in this case, I have reviewed and considered the complaint, Ms. Davis's medical records, the expert reports of Dr. Hail and Dr. Krueger, the text messages exchanged between Ms. Davis and Mr. Cooprider, and I have spoken with and interviewed Ms. Davis.

7. Dr. Hail opines that Ms. Davis "experienced early pregnancy failure between 03/15/2025 and 04/06/2025," which Dr. Hail attributes to "infection (e.g., chlamydia), advanced maternal age and low progesterone." Hail Report at 8. Dr. Hail also opines that Ms. Davis's "clinical presentation is inconsistent with acute misoprostol toxicity. More likely than not, [Ms. Davis] was not poisoned by misoprostol on or around 4/5–6/2025 as she was not manifesting ANY of the objective signs or symptoms associated with a misoprostol overdose." *Id*. Each of these opinions is baseless.

## I. Dr. Hail's Opinion That Ms. Davis "Experienced Early Pregnancy Failure" Is Baseless

8. To begin, Dr. Hail's opinion that Ms. Davis "experienced early pregnancy failure between 03/15/2025 and 04/06/2025"[1] is meaningless. Everyone in this case agrees that Ms. Davis suffered an early pregnancy loss "between" March 15, 2025, and April 6, 2025. Ms. Davis's medical records show that her unborn child was alive during her ultrasound of March 21, 2025. *See* DavisMedicalRecords0002–0004

1. Hail Report at 8.

(attached as Exhibit B). Ms. Davis's records also show that her pregnancy had failed on or before April 6, 2026, the date on which Ms. Davis arrived at the emergency room. *See* DavisMedicalRecords0037–0053. The parties are disputing the *cause* of the "early pregnancy loss" that occurred "between 03/15/2025 and 04/06/2025." An opinion that Ms. Davis "experienced early pregnancy failure between 03/15/2025 and 04/06/2025" simply repeats what everyone already knows, and does nothing to show that Ms. Davis never ingested misoprostol. Nor does it show that the alleged misoprostol ingestion had nothing to do with the subsequent miscarriage, as Mr. Cooprider's experts are claiming.

9. If Dr. Hail meant to say that she believes that Ms. Davis's pregnancy loss was caused by the "other risk factors" that she mentions in her report ("infection (e.g., chlamydia), advanced maternal age and low progesterone"),[2] she has no basis on which to support that opinion. To begin, Dr. Hail is board certified in emergency medicine and medical toxicology. She is not an OB-GYN and has no expertise in whether or the extent to which infection, chlamydia, advanced maternal age, or low progesterone cause or contribute to miscarriages.

10. In addition, her report contains no analysis of these supposed "risk factors" or any attempt to quantify the risk that each of these factors presented to Ms. Davis's pregnancy. Nor does it contain citations of any relevant medical literature to support an opinion that Ms. Davis's pregnancy loss was caused by factors other than the ingestion of misoprostol.

11. The only "infections" that Dr. Hail mentions in her report are chlamydia and Salmonella typhi. But peer-reviewed medical literature shows that a *Chlamydia trachomatis* infection during pregnancy—even if untreated—poses very little direct

2. Hail Report at 8.

risk to the life of the unborn child (fetal death or stillbirth),[3] although an untreated *Chlamydia trachomatis* infection may increase the risk of certain obstetric and neonatal complications (such as premature rupture of membranes, preterm birth, low birth weight, and vertical transmission causing neonatal conjunctivitis or pneumonia).

12. Large-scale epidemiological studies demonstrate that *Chlamydia trachomatis* infection in pregnant women is not associated with an increased risk of infant or fetal death (Blas et al., 2007). Systematic reviews evaluating screening and treatment in pregnancy emphasize that the primary risks of chlamydia relate to labor complications and neonatal infections acquired during passage through the birth canal rather than intrauterine fetal mortality (Adachi et al., 2021). Furthermore, standard antibiotic treatment (such as oral azithromycin) during routine prenatal care safely and effectively eradicates the infection, mitigating these risks (Adachi et al., 2021). Ms. Davis promptly received antibiotic treatment for this infection and tested negative for chlamydia on April 4, 2025.

13. It is my opinion that Dr. Hail cannot opine that chlamydia caused or contributed to Ms. Davis's pregnancy loss when she ignores the peer-reviewed medical literature showing that chlamydia infections are not associated with an increased risk of infant or fetal death. (Blas et al., 2007). It is also my opinion, based on this peer-reviewed medical literature, that the chlamydia infection more likely than not played no role in the pregnancy loss that Ms. Davis suffered of April 5–6, 2026.

---

3. *See* Adachi, K.N., Nielsen-Saines, K., & Klausner, J.D. (2021). Chlamydia trachomatis screening and treatment in pregnancy to reduce adverse pregnancy and neonatal outcomes: A review. *Frontiers in Public Health*, *9*, 531073, available at https://doi.org/10.3389/fpubh.2021.531073; Blas, M.M., Canchihuaman, F.A., Alva, I. E., & Hawes, S. E. (2007). Pregnancy outcomes in women infected with Chlamydia trachomatis: a population-based cohort study in Washington State. *Sexually Transmitted Infections*, *83*(4), 314–318. https://doi.org/10.1136/sti.2006.022665

14. Dr. Hail's report also claims that Ms. Davis was "diagnosed with Salmonella typhi during this time." Hail Report at 5. Dr. Hail bases this assertion not on anything in Ms. Davis's medical records, but on "text messages" exchanged between Ms. Davis and Mr. Cooprider. I have reviewed the text messages between Ms. Davis and Mr. Cooprider, and Dr. Hail's claim that Ms. Davis was "diagnosed with Salmonella typhi" is an outright falsehood. On March 29, 2025, Ms. Davis sent the following text message to Mr. Cooprider:

> The one thing I tested positive for on the febrile panel was for *antibodies for* salmonella typhi, the bacteria that causes typhoid fever. 🥧 However, the treatment for that is a azithromycin, which I just had two rounds of.

Davis004901 (attached as Exhibit C). A positive test for Salmonella typhi *antibodies* does not indicate an active typhoid fever infection; it merely shows that the patient's immune system has encountered the bacteria or a related trigger**.** This could be the sign of a remote or past infection, previous exposure to the bacteria, or a past typhoid vaccination, meaning that the patient has immunity rather than an active illness.

15. It is my opinion that Dr. Hail cannot opine that Ms. Davis was diagnosed with Salmonella typhi, or that this supposed diagnosis of Salmonella typhi caused or contributed to Ms. Davis's pregnancy loss, because Dr. Hail cannot equate Ms. Davis's text message about her positive test for the bacteria's *antibodies* with an actual diagnosis of Salmonella typhi or an active typhoid fever infection. And given that Dr. Hail relies on entirely on Ms. Davis's text messages rather than her medical records, she has no basis for opining that Ms. Davis was "diagnosed with Salmonella typhi" during her pregnancy.

16. Dr. Hail also cites Ms. Davis's "advanced maternal age" as a factor that (in her opinion) contributed to her pregnancy loss. *See* Hail Report at 8. But Dr. Hail cites no empirical evidence or peer-reviewed medical literature involving the risks of miscarriage in a 37-year-old woman. Nor does she attempt to explain why she believes

Ms. Davis's pregnancy loss was caused by her "advanced maternal age." In reality, the vast majority of pregnancies carried by 37-year-old women are successful,[4] and although the risk of miscarriage increases with age, the risk of miscarriage at age 37 remains stable and modest. The estimated miscarriage risks are approximately 11% at age 34 and 13% at age 37.

17. It is my opinion that Dr. Hail has no basis for opining that Ms. Davis's pregnancy loss was attributable to her age rather than the ingestion of misoprostol. Dr. Hail did not cite, analyze, or consider anything in Ms. Davis's medical records that would indicate that her pregnancy was in trouble on account of her advanced age. Having reviewed Ms. Davis's medical records, it is my opinion that Ms. Davis's age, more likely than not, did not cause or contribute to her pregnancy loss given my review of her progesterone and serial beta-human chorionic gonadotropin measurements, all of which are consistent with a healthy pregnancy. *See* ¶ 38, *infra*.

18. Finally, Dr. Hail cites what she describes as "low progesterone." Hail Report at 8. Once again, Dr. Hail does not base this assessment on anything that appears in Ms. Davis's medical records, but on a text message that Ms. Davis sent to Mr. Cooprider and the brute fact that Ms. Davis had been "prescribed progesterone 200mg by mouth nightly." *Id*. Dr. Hail does not even analyze the progesterone measurements that appear throughout Ms. Davis's medical records. She has no basis for opining that Ms. Davis had "low progesterone" during her pregnancy.

19. I have reviewed Ms. Davis's medical records and her recorded progesterone levels, and there is nothing about her progesterone levels (or anything else in her medical records) that would indicate that she was carrying anything other than a

---

4. See Nybo Andersen, A.-M., Wohlfahrt, J., Christens, P., Olsen, J., & Melbye, M. (2000). Maternal age and fetal loss: Population based register linkage study. BMJ, 320(7251), 1708–1712. https://doi.org/10.1136/bmj.320.7251.1708.

healthy pregnancy. Ms. Davis's records show that on March 21, 2025, her progesterone level was recorded as 14.7 ng/mL. *See* DavisMedicalRecords0010 (attached as Exhibit B). On March 24, 2025, Ms. Davis's progesterone measured at 13.9 mg/ML. *See* DavisMedicalRecords0016. On March 26, 2025, her progesterone measured at 31.9 ng/mL. *See* DavisMedicalRecords0019. On April 7, 2025, her progesterone was at 13.9 ng/mL.

20. Ms. Davis's progesterone readings of 14.7 ng/mL on March 21, 2025, and 13.9 mg/ML on March 24, 2025, are not at all troubling or indicative of an unhealthy or at-risk pregnancy. A progesterone level hovering in the mid-teens (13–14 ng/mL) sits comfortably within the broad acceptable range typically seen during early first-trimester tracking. Nor does the small shift from 14.7 ng/mL to 13.9 ng/mL over a three-day period present cause for concern. A change of that small a size is considered a minor fluctuation rather than a dramatic drop. In addition, all blood tests have a small margin of technical variance (assay variability), and a minor difference of less than 1 ng/mL between two separate lab draws often falls within normal testing variation. More importantly, the increase in progesterone from 13.9 ng/mL on March 24, 2025, to 31.9 ng/mL on March 26 is very reassuring, and the subsequent decrease to 13.9 ng/mL on April 7 would indicate a dramatic and sudden change in the wellbeing of the baby and pregnancy. There is nothing in Ms. Davis's March progesterone levels before April 6, 2025, that suggests a nonviable pregnancy, and there is nothing about her progesterone levels that could support a claim that her baby had died before Ms. Davis ingested the allegedly tainted drink on April 5, 2025.

21. Dr. Hail is also wrong to treat the mere fact that Ms. Davis was prescribed 200 mg of oral progesterone nightly as a sign of an unhealthy, doomed, or failing pregnancy. Prescriptions for supplemental progesterone are quite common and are used as preventive measures to improve live birth rates. It is a standard tool used across modern obstetrics to optimize outcomes.

22. It is my opinion that Dr. Hail cannot opine that low progesterone caused or contributed to Ms. Davis's pregnancy loss when she has not even bothered to analyze the progesterone levels that appear in Ms. Davis's medical records. It is also my opinion that Ms. Davis's progesterone levels and the other data that appear in Ms. Davis's medical records (such as the serial beta-hCG measurements) indicate a healthy pregnancy.

23. It also my opinion that the sudden pregnancy loss that Ms. Davis experienced on April 5, 2025, was caused by the ingestion of misoprostrol and was not the result of a natural miscarriage, as Mr. Cooprider's experts claim. A natural miscarriage is almost always preceded by symptoms such as vaginal bleeding and lower abdominal or back pain, and Ms. Davis reports that she did not experience these natural-miscarriage symptoms in the days preceding April 6, 2026.

## II. Dr. Hail's Opinion That Ms. Davis "Was Not Poisoned By Misoprostol" Is Baseless

24. Dr. Hail offers a separate opinion that Ms. Davis's "clinical presentation is inconsistent with acute misoprostol toxicity. More likely than not, [Ms. Davis] was not poisoned by misoprostol on or around 4/5-6/2025 as she was not manifesting ANY of the objective signs or symptoms associated with a misoprostol overdose." Hail Report at 8.

25. Once again, this opinion is meaningless. "Acute misoprostol toxicity" occurs when someone ingests or absorbs a dose *far* beyond the standard therapeutic range, typically in the range of 3–8 mg (the normal treatment dosage is 200–800 mcg, or .2–.8 mg). Ms. Davis does not need to show that she suffered from "acute misoprostol toxicity" in response to Mr. Cooprider's alleged actions. The issue is whether Ms. Davis ingested any amount of misoprostol on April 5, 2025, that caused or contributed to her pregnancy loss. An opinion that Ms. Davis did not exhibit symptoms of

"acute misoprostol toxicity" is not an opinion that Ms. Davis ingested *no* misoprostol on the night of April 5, 2025.

26. For the same reason, Dr. Hail's opinion that Ms. Davis did not exhibit symptoms of a "misoprostol overdose" does nothing to defeat Ms. Davis's claim that Mr. Cooprider caused her pregnancy loss by mixing misoprostol into her drink. A "misoprostol overdose" results when a patient takes a dosage that far exceeds the recommended amount, and no one knows the exact number of pills that Mr. Cooprider put into Ms. Davis's hot chocolate. Ms. Davis found an orange bottle with one mifepristone pill that had been removed from its blister pack, along with two misoprostol pills. Because Mr. Cooprider has ordered a package from Aid Access that included one mifepristone pill and 12 misoprostol pills Dr. Hail assumes that Mr. Cooprider must have put all 10 of the remaining misoprostol pills in the drinks that Ms. Davis consumed that night (or else none at all),[5] but she has no basis for that assumption.

27. Dr. Hail also has no basis for assuming that "LD did not ingest mifepristone since the single tablet of mifepristone was recovered after the incident." Hail Report at 7. Mr. Cooprider ordered *two* packages of abortion pills from Aid Access, one on February 6, 2025, and the other on February 24, 2025. The orange bottle that Ms. Davis discovered in her house on April 6, 2025, had one mifepristone pill and two misoprostol pills inside. The second mifepristone pill that Mr. Cooprider ordered has never been accounted for, so Dr. Hail cannot assume that the allegedly tainted drink that Ms. Davis consumed on the night of April 5, 2025, had no mifepristone.

28. Dr. Hail has no basis for opining that the "reported timeline is inconsistent with acute misoprostol toxicity,"[6] even one accepts Dr. Hail's unwarranted assumption

5. *See* Hail Report at 7 ("LD alleges she was poisoned with ten tablets of 200 mcg misoprostol, or 2mg.").

6. Hail Report at 7.

that the allegedly tainted drink contained misoprostol without any mifepristone. According to the text messages, Cooprider arrived at Ms. Davis's house shortly after 9:30 P.M. on April 5, 2025. After Mr. Cooprider's arrival, Ms. Davis then drank two cups of hot chocolate that Mr. Cooprider had prepared for her. Ms. Davis discovered that she was bleeding around 11:30 P.M. or 11:45 P.M. that night, approximately 30 minutes after she *finished* drinking the *second* cup of hot chocolate. This timeline is entirely consistent with Ms. Davis's claim that Mr. Cooprider caused her pregnancy loss by lacing her hot chocolate with misoprostol. When misoprostol is administered orally and swallowed, its effects may begin within approximately 8 to 10 minutes and uterine contraction strength may reach a maximum within approximately 20 to 30 minutes, as supported by the applicable route-specific pharmacologic evidence.[7] Peer-reviewed pharmacokinetic studies demonstrate that when misoprostol is administered orally and swallowed, it is rapidly absorbed into the bloodstream, with plasma concentrations rising quickly within minutes of ingestion (Tang et al., 2002). Specifically, pharmacokinetic evaluations note that peak plasma concentrations can occur within 12 to 14 minutes, falling comfortably within the 8–10 minute absorption window (Krugh, 2024; Tang et al., 2002).

29. Dr. Hail cites a study to support her assertion that "[w]hen misoprostol is used alone, the time to onset of bleeding varies by several hours, with one study demonstrating that 90% of patients start bleeding after 3–6 hours." Hail Report at 4 (citing Jayaweera, R. et al. *Medication Abortion Safety and Effectiveness With Misoprostol Alone*. JAMA Network Open; 2023; 6:10). But the participants in that study took misoprostol sublingually, vaginally, or buccally, as misoprostol is supposed to be

7. *See* Krugh, M. (2024). *Misoprostol*. StatPearls Publishing. https://www.ncbi.nlm.nih.gov/books/NBK539873; Tang, O.S., Schweer, H., Seyberth, H.W., Lee, S.W., & Ho, P.C. (2002). Pharmacokinetics of different routes of administration of misoprostol. *Human Reproduction*, *17*(2), 332–336. https://doi.org/10.1093/humrep/17.2.332

administered. A patient who takes misoprostol orally and swallows it will have a faster reaction to the drug.

30. It is my opinion that the reported timeline is consistent with Ms. Davis's claim that her pregnancy loss was caused by drinking a beverage laced with misoprostol shortly before the bleeding began. It is also my opinion that Ms. Davis's pregnancy loss was more likely than not caused by swallowing misoprostol that had been dissolved in the drinks that Mr. Cooprider prepared for her on the night of April 5, 2025, given the absence of anything in her medical records prior to April 6, 2026, that would indicate that her pregnancy was at risk, and given that she began bleeding shortly after consuming the allegedly tainted beverages.

31. Dr. Hail's claims that Ms. Davis lacked symptoms of "acute misoprostol overdose" are meaningless. *See* Hail Report at 8. The studies that Dr. Hail cites involved patients who took extreme overdoses of misoprostol beyond the 10 or even 22 misoprostol pills that Mr. Cooprider might have smuggled into Ms. Davis's hot chocolate. *See id.* at 4 (citing studies in which patients overdosed on as many as 12 mg, 8 mg, 6.6 mg, 6 mg, 3mg–8mg, and 2.4 mg per day for over three days).[8] The supposed absence of similar symptoms in Ms. Davis suggests only that she did not ingest misoprostrol in the extreme amounts described in these studies of misoprostol overdose.

32. More importantly, the "side effects" of the "therapeutic" use of misoprostol that Dr. Hail describes, such as nausea, vomiting, diarrhea, headache, and fever,[9] are far from universal. Symptoms such as nausea and diarrhea occur in only 30% to 50% of individuals who take misoprostol as part of an abortion regimen. The reported

8. Each misoprostol pill contains 0.2 mg.

9. *See* Hail Report at 4 ("Common side effects from therapeutic use [of misoprostol] are abdominal pain, nausea, vomiting, diarrhea, headache, and fever.").

percentage of patients who experience a fever after taking misoprostol varies considerably across clinical literature, typically ranging from 8% to upwards of 40%, depending on the total dosage, the route of administration (such as sublingual vs. vaginal or oral), and the timing of temperature monitoring.[10] Headaches are rarer still, occurring in approximately 1% to 10% of patients. Ms. Davis experienced severe abdominal cramping and pain only a few hours after drinking the allegedly tainted hot chocolate, which is a symptom that occurs in 100% of patients who take misoprostol for abortion, and the timeline of her pain is entirely consistent with her claim that she unknowingly ingested misoprostol when she drank the hot chocolate between 10:00 P.M. and 11:00 P.M. on the night of April 5, 2025.[11] The absence of other symptoms that afflict some but not most of the patients who take misoprostol does not undermine, let alone discredit, Ms. Davis's claim that her pregnancy loss was caused by misoprostol ingestion.

33. Finally, Dr. Hail has no basis for opining that "it seems unfeasible that 10 tablets of misoprostol could be rapidly dissolved and ingested unnoticed by the consumer." Hail Report at 7. Misoprostol tablets are very soluble in water and can dissolve easily if crushed and stirred. Dr. Hail also has no basis for assuming that Mr. Cooprider used all 10 of the misoprostol tablets that were missing from the orange bottle that Ms. Davis discovered that night, or that Mr. Cooprider mixed all 10 of those misoprostol tablets into a single drink. Mr. Cooprider prepared and served *two* cups of hot chocolate for Ms. Davis on the night of April 5, 2025, so it is possible

10. *See, e.g.*, L.C.A. Esba et al., *Misoprostol-Induced Fever and Unnecessary Antibiotic Prescribing: A Retrospective Study*, Infect Dis Ther (2023) 12:2259–2268 https://doi.org/10.1007/s40121-023-00865-3.

11. *See* Friedlander et al., *The experience of pain in real-time during medication abortion*, Contraception. 2022 Jun:110:71–75. https://doi.org/10.1016/j.contraception.2022.03.003.

that he mixed some of the misoprostol tablets on the first drink and others into the second.

34. It is my opinion that Dr. Hail cannot opine that Ms. Davis never ingested any misoprostol on the night of April 5, 2025, when her analysis is limited to whether Ms. Davis exhibited symptoms of "acute misoprostol toxicity." It is also my opinion that Ms. Davis's pregnancy loss was more likely than not caused by ingesting misoprostol shortly before she started bleeding between 11:30 P.M. and 11:45 P.M. on the night of April 5, 2025, rather and was not the result of a natural miscarriage, as Dr. Hail is attempting to claim, as Ms. Davis's medical records do not indicate that her pregnancy was unhealthy or at risk, and Ms. Davis did not experience any of the symptoms of a natural miscarriage in the days leading up to April 6, 2026.

## III. Dr. Krueger's Opinion That Ms. Davis Had "An Unhealthy Pregnancy" Is Baseless

35. Dr. Krueger opines that Ms. Davis's pregnancy loss was attributable to "an unhealthy pregnancy" rather than the ingestion of misoprostol. *See* Krueger Report at 3 ("[I]t is my opinion that the plaintiff, L Davis had an unhealthy pregnancy which resulted in a first trimester loss."). Dr. Krueger bases this opinion on four factors. First, she notes that the baby's heart rate at the ultrasound of March 21, 2025, was 98 beats per minute, and that an "average heart rate" for an embryo at that stage of gestation should be 100–120 beats per minute. *See id.* at 4. Second, she claims that Ms. Davis had an "abnormally slow" rise of hCG levels between March 21, 2025, and March 26, 2025. *See id.* Third, she claims that Ms. Davis's level of progesterone was "low." *See id.* Fourth, she notes that Ms. Davis was 37 years old. *See id.* None of this indicates an "unhealthy pregnancy" or suggests that Ms. Davis suffered a natural miscarriage rather than a misoprostol-induced abortion.

36. A fetal heart rate that is clocked at 98 beats per minute in an early intrauterine pregnancy measuring 5 weeks and 6 days does not show or even suggest that Ms.

Davis had an "unhealthy pregnancy" that ended with a natural miscarriage. In my experience delivering more than 5,000 babies during my medical career, a fetal heart rate in the 90s in an early intrauterine pregnancy measuring 5 weeks and 6 days usually increases to a rate of 120 to 149 beats per minute on a follow-up ultrasound approximately one week later. It does not indicate that the pregnancy is doomed or that the patient is likely to miscarry.

37. Dr. Krueger cites no empirical evidence or medical literature indicating that an embryo with a heartbeat of 98 beats per minute at 5 weeks at 6 days is unlikely to survive. Her observation that an "average heart rate at this gestational age is 100-120 bpm"[12] does nothing to show that the embryonic heartbeat caused or contributed to Ms. Davis's pregnancy loss.

38. Dr. Krueger is also mistaken to describe Ms. Davis's hCG levels as a "sign of a failing pregnancy." Krueger Report at 4. It is very reassuring to have a beta quantitative of 17,250 on March 24, 2025, rise to 30,068 on April 6, 2025. *See* DavisMedicalRecords0017, DavisMedicalRecords0049. Something dramatic and catastrophic occurred that caused the beta quant level to so quickly descend from 30,068 on April 6, 2025, to 12,307 on April 7, 2025. *See* DavisMedicalRecords0049, DavisMedicalRecords0023. On April 15, 2025, it had decreased to 560. *See* DavisMedicalRecords0027. On April 22, 2025, it was 123 and on May 7, 2025, it was essentially a negative pregnancy test with a value of only eight. DavisMedicalRecords0029, DavisMedicalRecords0030. It is my opinion that these changes and sudden drops in the Ms. Davis's hCG levels were more likely than not caused by an induced abortion that occurred shortly before midnight on April 5, 2025, rather than a natural miscarriage.

39. Dr. Krueger reiterates Dr. Hail's attempt to pin Ms. Davis's pregnancy loss on what she describes as "low progesterone." Krueger Report at 4. Unlike Dr. Hail,

12. Krueger Report at 4.

however, Dr. Krueger has apparently reviewed Ms. Davis's medical records and notes that her progesterone measured at 13.9 mg/ML on March 24, 2025. But Dr. Krueger entirely ignores the fact that Ms. Davis's progesterone jumped to 31.9 ng/mL only two days later, on March 26, 2025. *See* DavisMedicalRecords0019. Dr. Krueger's refusal to acknowledge this undermines her claim that Ms. Davis suffered from "low progesterone."

40. As I mentioned in my earlier rebuttal to Dr. Hail, there is nothing about Ms. Davis's progesterone levels (or anything else in her medical records) that would indicate that she was carrying anything other than a healthy pregnancy. Ms. Davis's progesterone readings of 14.7 ng/mL on March 21, 2025, and 13.9 mg/ML on March 24, 2025, are unconcerning, as a progesterone level hovering in the mid-teens (13–14 ng/mL) sits comfortably within the broad acceptable range typically seen during early first-trimester tracking. The increase in progesterone from 13.9 ng/mL on March 24, 2025, to 31.9 ng/mL on March 26 is very reassuring, and the subsequent decrease to 13.9 ng/mL on April 7 indicates a dramatic and sudden change in the wellbeing of the baby and pregnancy. There is nothing in Ms. Davis's March progesterone levels before April 6, 2025, that suggests a nonviable pregnancy, and there is nothing about her progesterone levels that could support a claim that her baby had died before Ms. Davis ingested the allegedly tainted drink on April 5, 2025.

41. Dr. Krueger also notes that Ms. Davis was "prescribed progesterone to help increase the progesterone level." Krueger Report at 4. But Dr. Krueger is wrong to treat the mere fact that Ms. Davis was prescribed 200 mg of oral progesterone nightly as a sign of an unhealthy, doomed, or failing pregnancy. Prescriptions for supplemental progesterone are quite common and are used as preventive measures to improve live birth rates. It is a standard tool used across modern obstetrics to optimize outcomes.

42. Dr. Krueger, again like Dr. Hail, touts Ms. Davis's "advanced maternal age" as a factor that (in her opinion) contributed to her pregnancy loss. *See* Krueger Report

at 4. But Dr. Krueger (like Dr. Hail) cites no empirical evidence or peer-reviewed medical literature involving the risks of miscarriage in a 37-year-old woman. Nor does she attempt to explain why she believes Ms. Davis's pregnancy loss was caused by her "advanced maternal age." In reality, the vast majority of pregnancies carried by 37-year-old women are successful,[13] and although the risk of miscarriage increases with age, the risk of miscarriage at age 37 remains stable and modest. The estimated miscarriage risks are approximately 11% at age 34 and 13% at age 37.

43. It is my opinion that Dr. Krueger has no basis for opining that Ms. Davis's pregnancy loss was attributable to her age, progesterone levels, hCG measurements, or the baby's embryonic heart rate rather than the ingestion of misoprostol. Having reviewed Ms. Davis's medical records, it is my opinion that Ms. Davis's pregnancy loss, more likely than not, was caused by swallowing misoprostol that had been dissolved in the drinks that Mr. Cooprider prepared for her on the night of April 5, 2025, given that: (a) nothing in Ms. Davis's medical records prior to April 6, 2026, indicates that her pregnancy was at risk; (b) Ms. Davis began bleeding shortly after consuming the allegedly tainted beverages; and (c) Ms. Davis did not experience any of the symptoms of a natural miscarriage in the days leading up to April 6, 2026.

44. Dr. Krueger makes two other observations that she claims support her conclusion that Ms. Davis suffered a natural miscarriage rather than induced abortion. First, Dr. Krueger says: "When the patient presented to the ED her pregnancy measured 7 weeks 3 days when she should have been 8 weeks 1 day based on her earlier ultrasound. Although it is uncertain when the loss occurred this gives the impression

13. *See* Nybo Andersen, A.-M., Wohlfahrt, J., Christens, P., Olsen, J., & Melbye, M. (2000). Maternal age and fetal loss: Population based register linkage study. BMJ, 320(7251), 1708–1712. https://doi.org/10.1136/bmj.320.7251.1708.

that the loss occurred earlier than April 6, 2025." Krueger Report at 4. This observation does nothing to support Dr. Krueger's opinion. The difference in the measurement of a crown-rump length of an early pregnancy between 7 weeks and 3 days and 8 weeks and 1 day is 0.118 inches, essentially the size of a coarse salt crystal. This is well within the variation that arises between different ultrasound technicians and their equipment. It is my opinion that these measurements more likely than not had no effect and did not cause or contribute to Ms. Davis's pregnancy loss.

45. Dr. Krueger next contends that "[a]n additional factor that may have contributed to the early pregnancy loss is a subchorionic hemorrhage. This was reported on her ED sonogram. Bleeding behind the developing placenta has been associated with early loss." Krueger Report at 4. Dr. Krueger cites no empirical evidence or peer-reviewed medical research to support this claim. In fact, this type of bleeding is quite common, as 14% to 22% of all early intrauterine pregnancies experience a first trimester bleed (Stovall & Ling, 1990; Everett, 1997), and the vast majority of first trimester pregnancies with a subchorionic bleed continue with a healthy normal pregnancy (Naert et al., 2019; Lou et al., 2024).[14] Clinical data show that most SCHs reabsorb or bleed out harmlessly as the pregnancy progresses (Naert et al., 2019; Lou

14. Everett, C. (1997). Incidence and outcome of bleeding before the 20th week of pregnancy: Prospective study. *BMJ*, *315*(7105), 32–34, https://doi.org/10.1136/bmj.315.7105.32; Lou, Y., Chen, G., Wang, L., Zhao, X., & Ma, J. (2024). Association between first-trimester subchorionic hematoma and pregnancy loss before 20 weeks of gestation in singleton pregnancies. *Scientific Reports*, *14*, Article 81759. https://doi.org/10.1038/s41598-024-81759-3; Naert, M. N., Muniz Rodriguez, A., Khadraoui, H., Naqvi, M., & Fox, N. S. (2019). Association between first-trimester subchorionic hematomas and adverse pregnancy outcomes after 20 weeks of gestation in singleton pregnancies. *Obstetrics & Gynecology*, *134*(4), 863–868. https://doi.org/10.1097/AOG.0000000000003487; Stovall, T. G., & Ling, F. W. (1990). The impact of new technology on the diagnosis of ectopic pregnancy. *Clinical Obstetrics and Gynecology*, *33*(4), 779–790. https://doi.org/10.1097/00003081-199012000-00015.

et al., 2024).[15] Dr. Krueger is grasping at straws, and it is my opinion that the subchorionic hemorrhage more likely than not played no role in Ms. Davis's pregnancy loss and did not cause or contribute to it.

## IV. Dr. Krueger's Opinion That Ms. Davis's Pregnancy Loss Could Not Have Been Caused By Drinking Misoprostol In The Hot Chocolate That Mr. Cooprider Had Prepared Is Baseless

46. Dr. Krueger opines that Ms. Davis's pregnancy loss could not have been caused by drinking misoprostol in the hot chocolate that Mr. Cooprider had prepared. *See* Krueger Report at 4–5. Dr. Krueger offers four reasons in support of this view, but none of them have any merit.

47. First, Dr. Krueger opines that "it would be unlikely for the possible ingestion of mifepristone to cause bleeding in less than 30 minutes as per the police report or even 4 hours later as per the doctor's impression of when the medicine may have been ingested." Krueger Report at 5. But Ms. Davis is alleging that Mr. Cooprider dissolved *misoprostol* into the hot chocolate, and although it remains possible that Mr. Cooprider also dissolved a single mifepristone tablet from his second and separate purchase of abortion pills from Aid Access, there is no allegation (and no conceivable reason to believe) that Mr. Cooprider used mifepristone alone. More importantly, as noted in the rebuttal to Dr. Hail, when misoprostol is administered orally and swal-

15. Lou, Y., Chen, G., Wang, L., Zhao, X., & Ma, J. (2024). Association between first-trimester subchorionic hematoma and pregnancy loss before 20 weeks of gestation in singleton pregnancies. *Scientific Reports*, *14*, Article 81759. https://doi.org/10.1038/s41598-024-81759-3; Naert, M. N., Muniz Rodriguez, A., Khadraoui, H., Naqvi, M., & Fox, N. S. (2019). Association between first-trimester subchorionic hematomas and adverse pregnancy outcomes after 20 weeks of gestation in singleton pregnancies. *Obstetrics & Gynecology*, *134*(4), 863–868. https://doi.org/10.1097/AOG.0000000000003487

lowed, its effects may begin within approximately 8 to 10 minutes and uterine contraction strength may reach a maximum within approximately 20 to 30 minutes.[16] When misoprostol is administered orally and swallowed, it is rapidly absorbed into the bloodstream, with plasma concentrations rising quickly within minutes of ingestion (Tang et al., 2002). Peak plasma concentrations can occur within 12 to 14 minutes, falling comfortably within the 8–10 minute absorption window (Krugh, 2024; Tang et al., 2002).

48. Dr. Krueger cites nothing to support her bald assertion that it would be "unlikely" for Ms. Davis's consumption of the allegedly tainted drink to lead to pregnancy loss "within 30 minutes . . . or even 4 hours later." She cites no empirical evidence, no peer-reviewed medical literature, and nothing but her own say-so. She has no basis for opining that the reported timeline is inconsistent with Ms. Davis's claim that her pregnancy loss was caused by drinking a beverage laced with misoprostol shortly before the bleeding began, especially in light of the evidence showing that misoprostrol can quickly cause an abortion when it is administered orally and swallowed.

49. Dr. Krueger next contends that misoprostol "is quickly degraded with humidity, air, or a temperature greater than 77 degrees F." Kruger Report at 5. But there is no evidence and no reason to believe that the misoprostol that Cooprider ordered from Aid Access was exposed to humidity, air, or temperatures that exceed 77°F before they were allegedly dissolved into the hot chocolate. The misoprostol tablets were shipped to Mr. Cooprider in an orange pill bottle, and no one in this case has testified or suggested that the misoprostol was stored outside the bottle in a manner that

16. *See* Krugh, M. (2024). *Misoprostol*. StatPearls Publishing. https://www.ncbi.nlm.nih.gov/books/NBK539873; Tang, O.S., Schweer, H., Seyberth, H.W., Lee, S.W., & Ho, P.C. (2002). Pharmacokinetics of different routes of administration of misoprostol. *Human Reproduction*, *17*(2), 332–336. https://doi.org/10.1093/humrep/17.2.332

would have exposed the drugs to humidity, air, or high temperatures. And even when misoprostol is exposed to standard environmental conditions (such as 25°C and 60% relative humidity), only 10% of the active dosage is lost within seven days.[17]

50. Dr. Krueger's third contention is that the heat of the hot chocolate "would have quickly rendered the medication ineffective." Krueger Report at 4. This contention is baseless. When mifepristone or misoprostol are taken orally buccally, or subliminally, they go into a human body whose temperature is 98.6° F. And when misoprostol is administered rectally or vaginally to correct an emergency postpartum hemorrhage, it is likewise placed in an environment whose temperature is 98.6° F. None of this degrades the medication or renders it ineffective. More importantly, Ms. Davis drank the hot chocolate very shortly after Mr. Cooprider prepared it, and although we do not know the exact number of misoprostol tablets that were mixed into the drink, it could have been as many as 10 or even 22—far more than the recommended dosage of 800 mcg (four tablets). Exposure to high heat does not render misoprostol entirely useless, but merely causes its active ingredient to become less effective over time. A brief exposure to the high temperatures of the hot chocolate would not have caused the misoprostol tablets to become suddenly incapable of terminating a pregnancy.

51. Dr. Krueger's fourth and final point is that Ms. Davis "did not report diarrhea" or "a temperature of greater than 100.4" when she went to the emergency room. *See* Krueger Report at 5. Dr. Krueger claims these are "common side effects" of misoprostol, and that the absence of these symptoms indicates that Ms. Davis never ingested misoprostol on the night of April 5, 2025. *Id.* But most patients do not

17. *See* Berard, V., Fiala, C., Cameron, S., Bombas, T., Parachini, M., & Gemzell-Danielsson, K. (2014). Instability of misoprostol tablets stored outside the blister: A potential serious concern for clinical outcome in medical abortion. *PLOS ONE*, *9*(12), e112401. https://doi.org/10.1371/journal.pone.0112401

experience these "side effects" of misoprostol. Diarrhea occurs in only 30% to 50% of individuals who take misoprostol as part of an abortion regimen, and the reported percentage of patients who experience a fever after taking misoprostol ranges from 8% to upwards of 40%, depending on the total dosage, the route of administration (such as sublingual vs. vaginal or oral), and the timing of temperature monitoring.[18] The most important symptom is abdominal cramping and pain, which affects 100% of patients who take misoprostol for abortion, and Ms. Davis experienced that only a few hours after drinking the hot chocolate.[19] The absence of other symptoms that afflict some but not most of the patients who take misoprostol does not undermine, let alone discredit, Ms. Davis's claim that her pregnancy loss was caused by misoprostol ingestion.

52. It is my opinion that Dr. Krueger has no basis for concluding or opining that Ms. Davis's pregnancy could not have been caused by drinking misoprostol in the hot chocolate that Mr. Cooprider had prepared. It is my opinion that Ms. Davis's pregnancy loss, more likely than not, was caused by swallowing misoprostol that had been dissolved in the drinks that Mr. Cooprider prepared for her on the night of April 5, 2025, given that: (a) nothing in Ms. Davis's medical records prior to April 6, 2026, indicates that her pregnancy was at risk; (b) Ms. Davis began bleeding shortly after consuming the allegedly tainted beverages; and (c) Ms. Davis did not experience any of the symptoms of a natural miscarriage in the days leading up to April 6, 2026.

18. *See, e.g.*, L.C.A. Esba et al., *Misoprostol-Induced Fever and Unnecessary Antibiotic Prescribing: A Retrospective Study*, Infect Dis Ther (2023) 12:2259–2268 https://doi.org/10.1007/s40121-023-00865-3.

19. *See* Friedlander et al., *The experience of pain in real-time during medication abortion*, Contraception. 2022 Jun:110:71–75. https://doi.org/10.1016/j.contraception.2022.03.003.

53. The opinions contained in this rebuttal are based on the documents, evidence, and observations made available to me to date. I reserve the right to revise or expand my opinions should additional information become available to me. The information contained in this report and the accompanying appendices are a fair and accurate representation of the subject of my anticipated testimony in this case.

Sincerely,

Signed by:
E948CD155C0D41B...

Dated: 10/26/2026

WILLIAM LILE, D.O., FACOG

# Exhibit A

6847 North 9th Ave
Suite #157
Pensacola, FL 32504

# William R. Lile, Jr., D.O., FACOG

**EDUCATION**

-Undergraduate Degree- Rutgers University, BA, 1987.

-Medical School- University of Medicine and Dentistry of New Jersey, School of Osteopathic Medicine, 1990-1994.

-Internship- University of Medicine and Dentistry of New Jersey, 1994-1995. (JFK and Our Lady of Lourdes Hospital systems.)

-Residency in Obstetrics and Gynecology- University of Florida, Pensacola, 1995-1999.

-Licensed to practice medicine in Florida.

-ABOG certified in Obstetrics and Gynecology, 2002 to present..

-Fellow- American College of Obstetricians and Gynecologists, 2002.

-Diplomate- American Board of Obstetrics and Gynecology, 2002.

-ABOG Recertification 2025.

-Certified in DaVinci robotic surgery 2012.

**PROFESSIONAL EXPERIENCE**

-Chairman Department of Obstetrics and Gynecology, Sacred Heart Hospital, Pensacola, Florida, 2011-2012.

-Medical Executive Committee Member, Sacred Heart Hospital, Pensacola, FL. 2011-2012.

-Vice Chairman Department of Obstetrics and Gynecology, Sacred Heart Hospital, Pensacola, Florida, 2010-2011.

-Private practice in Obstetrics and Gynecology, Sacred Heart Medical Group, Pensacola, FL, 1999-present.

-Adjunct Clinical Assistant Professor with the University of Florida OB/GYN Residency Program, Pensacola, FL 1999-2006; 2016.

-Adjunct Clinical Assistant Professor with the Florida State University OB/GYN Residency Program, Pensacola, FL, 2006-2014.

**COMMUNITY ACTIVITIES-**

-Founder of ProLifeDoc.org. A ministry devoted to using the fetal surgical and fetal medical tools of modern obstetrics to demonstrate the life and personhood of patients within the womb at all stages of gestation.

-National and International speaker defending the lives of the Pre-born.

-Medical Advisor for Priests for Life. 2006 to present.

-Medical Advisor for the Focus on the Family Physicians Resource Council.

-Medical Advisor for The American Association of Pro-Life Obstetricians and Gynecologists. 2015 to present.

-Keynote speaker for both Heartbeat International and Care Net.

-Member of the Heartbeat International Medical Advisory Council, and Medical Advisor for the Abortion Pill Reversal Network 2015 to present.

-Producer of the ProLifeDoc 10-hour "Defend Human Life" video curriculum.

-Frequent guest of both TV and Radio shows.

**AWARDS**

Outstanding Chief Resident, 1999.

Lifetime Achievement Award from the Pensacola Governmental Prayer Breakfast 1/25/2025.

One Nation Under God Foundation 2026 Man of the Year Award, presented July 30, 2026.

Life Center of Long Island Gospel of Life Award, September 13, 2026.

New York State Assembly Citation from Jodi Giglio New York State Assembly 2nd Assembly District, September 13th, 2026.

**PERSONAL**

Married to Lesley 33 years
Two children- Sydney-27, Emily-25

# Exhibit B

Canterbury
294744
Docusign Envelope ID: 275B1BE8-3E5C-4CE0-91AF-D0813F815FD1

CHARLES R. KIRKHAM, M.D.
CHRISTINE L. CANTERBURY, M.D.
BENJAMIN D. SUPNET, M.D.
DANIELLE A. INMAN, M.D.

CORPUS CHRISTI Women's Clinic

MOLLY NICHOLS, FNP-C
STEPHANIE LOBRECHT, FNP-C
MARKA DREDLA, FNP-C
CHRYSTAL LANDGRAF, FNP-BC
JACQUELINE PENAFLOR, FNP-C

k

**AUTHORIZATION TO RELEASE
PROTECTED HEALTH INFORMATIO**

**Patient Information:**

| Liana Davis | March 17, 1988 | 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 |
|---|---|---|
| Print Name of Patient | Date of Birth | Social Security Number |

**Information to be released from:** Corpus Christi Women's Clinic
Name of Designated Recipient

7121 S. Padre Island Dr., Suite 302
Address

Corpus Christi, TX 78412 (361)851-5000 / (361)851-0590
City, State, Zip Phone Number / Fax Number

**Information to be sent to:** Jonathan F. Mitchell (please send the materials by fax, not mail)
Name of Designated Recipient

111 Congress Avenue, Suite 400
Address

Austin, Texas 78701 (512) 686-3940 / (512) 686-3941
City, State, Zip Phone Number / Fax Number

**Information to be released:**
____ All medical records for all services to include: History and Physical Exam, Progress Notes, Labor & Delivery, X-Ray, Lab and Hospitalization(s)
____ HIV Test Results

X Records related only to the following dates(s) of service: January 1, 2025 – present

Received
AUG 29 2025
CCWC

**Purpose for which disclosure is being made:**
____ Transfer to another Physician ____ Insurance X Attorney / Legal

**Protected Records:**
____ Initial I understand that my records may contain information regarding the diagnosis or treatment of HIV/Aids, sexually transmitted diseases, Drug and/or alcohol abuse, Mental illness, or Psychiatric Treatment. I give my specific authorization for all of these records to be released.

**My Rights: (Please read and initial all statements)**
____ Initial I understand I do not have to sign this authorization in order to obtain healthcare benefits (treatment, payment or enrollment). I may revoke this authorization in writing at any time.
____ Initial I understand that once the health information I have authorized to be disclosed reaches the noted recipient, that person or organization may re-disclose it, at which time it may no longer be protected under Federal HIPPA Privacy Law.
____ Initial I understand that the authorization will expire 90 days from the date signed

Signature: Liana Davis Date: 8/28/2025

Patients Cell: (412) 295-7136 Home: (412) 295-7136

DavisMedicalRecords0001

***Corpus Christi Womens Clinic, P.A***
(361) 851-5000
7121 SPID, STE 302
Corpus Christi, TX 78412-4941

**Patient:** **Liana Davis**
**Date of Birth:** **03/17/1988**
**SSN (last 4 #):** **6483**

**Visit Date:** **03/21/2025** **Amended 03/21/2025 11:49 by Jackie Penaflor**
**Attending Provider:** **Jacqueline Villanueva-Penaflor APRN FNP**
**Referring Provider:**

## Patient Visit Note

**Active Problems & Conditions**
- G44.89 - Headache Syndromes

**Chief Complaint**
The Chief Complaint Is: F/U to Sono.

**Reason For Visit**
Visit for: review of test results F/U to Sono.

**History of Present Illness**
This is a 37 year old Female with the following history: Patient is a 37 year old female G4 P3 here today to review the results of her sonogram. Her sonogram was ordered due to her amenorrhea.

The sonogram was as detailed as on report. See detailed report for more information.

**Positive Symptoms**
**Pertinent negative symptoms:**

**Other History**

- Medication list reviewed.

**Allergies**
- NO KNOWN DRUG ALLERGIES
- No known Food Allergies

**Current Medication**
- Acetaminophen-Codeine 300-60 MG Oral Tablet 15 days, 0 refills
- Amphetamine-Dextroamphetamine 30 MG Oral Tablet 30 days, 0 refills
- Ativan 0.5 MG Oral Tablet 0 days, 0 refills
- Butalbital-APAP-Caff-Cod 50-325-40-30 MG Oral Capsule 15 days, 0 refills
- Sertraline HCl 100 MG Oral Tablet 30 days, 0 refills

**Chief Complaint**
The Chief Complaint is: F/U to Sono.

**Past Medical/Surgical History**
**Other:**
Allergy list reviewed

Medication reconciliation performed
**Reported:**
LMP: 2/03/2025 and Last pap smear date 7/12/2024 result: normal.
Pregnancy: Pregnancy history Pregnancy Details:
Total Pregnancies: 2
Full Term: 2
Premature: 0
Ab Induced: 0
Ab Spontaneous: 0
Ectopics: 0
Multiple: 0
Living: 2
Delivery Date: 05/03/2018
GA: 40
Birth Weight: 9.1
Sex: Female
Delivery Type: Vaginal
Anesthesia: Epidural
Early Labor?:
Comments/Complications:
Location:, gravida 3, and para 3 having 2 live birth(s).
**Diagnoses:**
Depression
Unknown - D&C
Procedure Date: 5/3/2018
Colonoscopy- 12/2019

herniated cervial disc
hemicrania continua
tramatic sacral fx
wisdom teeth.
**Surgical:**
- Tonsillectomy
- Inguinal hernia repair

**Social History**
Caffeine use: No coffee consumption.
Tobacco use: No tobacco use.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Housing And Economic Circumstances: Lives with spouse.
Sexual: Sexually active.

**Family History**
Systemic hypertension Mother, maternal grandparents
Diabetes mellitus Maternal Grandparents
Osteoarthritis Mother, maternal grandparents
**Maternal grandmother's:**
Cancer

**Physical Exam**
- Vitals taken 03/21/2025 09:12 am

| | |
|---|---|
| BP-Sitting R | 120/72 mmHg |
| BP Cuff Size | Regular |
| Height | 64 in |
| Weight | 134 lbs |

| | |
|---|---|
| Body Mass Index | 23 kg/m2 |
| Body Surface Area | 1.6 m2 |

**Plan/Orders**

- **Encntr screen for infections w sexl mode of transmiss**
  Lab: SYPH TOTA
  Lab: HIV Antibody
  Lab: ACUTE HEPATITIS PROFILE
  Lab: URINE CT/GC AMPLIFIED PROBE

- **Excessive and frequent menstruation with irregular cycle**
  Lab: HCG
  Lab: PROGESTERONE

**Notes**

Pt here for F/U to sono for amenorrhea. Sono shows yolk/gestational sac seen with embryo and cardiac activity, FHTs 98 bpm. Will order HCG quants/progesterone today and Pt desires STI panel, will order quants/progesterone and STI panel minus affirm. Pt will F/U next week for rpt quants. Will contact pt with results and how to proceed with POC

**Jacqueline Villanueva-Penaflor APRN FNP**
**Electronically signed by: Jackie Penaflor Date: 03/21/2025 11:51**

**Electronically approved by: Christine Canterbury MD Date: 03/21/25 14:54**

***Corpus Christi Womens Clinic, P.A***
(361) 851-5000
7121 SPID, STE 302
Corpus Christi, TX 78412-4941

**Patient:** **Liana Davis**
**Date of Birth:** **03/17/1988**
**SSN (last 4 #):** **6483**

**Visit Date:** **04/07/2025**
**Attending Provider:** **Christine L. Canterbury M.D.**
**Referring Provider:**

## Patient Visit Note

### Active Problems & Conditions
- G44.89 - Headache Syndromes

### Chief Complaint
The Chief Complaint is: Abnormal Bleeding.

### Reason For Visit
Visit for: review of test results.

### History of Present Illness
This is a 37 year old Female with the following history: Patient is a 37 year old female G4 P3 here today to review the results of her sonogram. Her sonogram was ordered due to her abnormal uterine bleeding.
The sonogram shows no IUP. See detailed report for more information.

**Positive Symptoms • General overall feeling.**
**Pertinent negative symptoms:**
No fever, no chills, no systemic symptoms, no recent weight change, no pain, no night sweats, no pain, no duration of symptoms, no headache, no head symptoms, no neck stiffness, no eye symptoms, no vision problems, no otolaryngeal symptoms, no breast symptoms, no pulmonary symptoms, no gastrointestinal symptoms, no genitourinary symptoms, no psychological symptoms and no skin symptoms
**Other History**

• Allergy list reviewed. • Medication list reviewed.
Pt claims that FOB gave her meds to make her miscarry. Pt states that wanted this pregnancy and the FOB did not. They had not been talking and her called her over to discuss and gave her a warm drink and almost immediately she states that she started bleeding. She also states that she saw that he had ordered the meds online to make someone miscarry. She was seen in the ER and told that she no FHT's per sono. Pt very upset. Has filed a police report. Pt continuing to bleed. Sono today shows no IUP but a thick endometrium.

### Allergies
- NO KNOWN DRUG ALLERGIES
- No known Food Allergies

### Current Medication
- Acetaminophen-Codeine 300-60 MG Oral Tablet 15 days, 0 refills
- Amphetamine-Dextroamphetamine 30 MG Oral Tablet 30 days, 0 refills
- Ativan 0.5 MG Oral Tablet 0 days, 0 refills

- Butalbital-APAP-Caff-Cod 50-325-40-30 MG Oral Capsule 15 days, 0 refills
- mISOPROStol 200 MCG Oral Tablet 4 pv x 1 DX: O02.1, 1 days, 0 refills
- Progesterone 200 MG Oral Capsule Take 1 po qd at HS, 30 days, 1 refills
- Sertraline HCl 100 MG Oral Tablet 30 days, 0 refills
- Zithromax 500 MG Oral Tablet Take 2 tablets PO in a single dose, 1 days, 0 refills

**Chief Complaint**
The Chief Complaint is: Abnormal Bleeding.

**Past Medical/Surgical History**
**Other:**
Allergy list reviewed
Medication reconciliation performed
**Reported:**
LMP: 2/03/2025 and Last pap smear date 7/12/2024 result: normal.
Pregnancy: Pregnancy history Pregnancy Details:
Total Pregnancies: 2
Full Term: 2
Premature: 0
Ab Induced: 0
Ab Spontaneous: 0
Ectopics: 0
Multiple: 0
Living: 2
Delivery Date: 05/03/2018
GA: 40
Birth Weight: 9.1
Sex: Female
Delivery Type: Vaginal
Anesthesia: Epidural
Early Labor?:
Comments/Complications:
Location:, gravida 4, and para 3 having 2 live birth(s).
**Diagnoses:**
Depression
Unknown - D&C
Procedure Date: 5/3/2018
Colonoscopy- 12/2019

herniated cervial disc
hemicrania continua
tramatic sacral fx
wisdom teeth.
**Surgical:**
- Tonsillectomy
- Inguinal hernia repair

**Social History**
Caffeine use: No coffee consumption.
Tobacco use: No tobacco use.
Alcohol: Not using alcohol.
Drug Use: Not using drugs.
Housing And Economic Circumstances: Lives with spouse.
Sexual: Sexually active.

**Family History**

Systemic hypertension Mother, maternal grandparents
Diabetes mellitus Maternal Grandparents
Osteoarthritis Mother, maternal grandparents
**Maternal grandmother's:**
Cancer

**Review Of Systems**
**Systemic:** No systemic symptoms. General overall feeling. No pain, no fever, no chills, and no recent weight change. No night sweats, no pain, and no duration of symptoms.
**Head:** No head symptoms and no headache.
**Neck:** No neck stiffness.
**Eyes:** No eye symptoms and no vision problems.
**Otolaryngeal:** No otolaryngeal symptoms.
**Breasts:** No breast symptoms.
**Pulmonary:** No pulmonary symptoms.
**Gastrointestinal:** No gastrointestinal symptoms.
**Genitourinary:** No genitourinary symptoms.
**Psychological:** No psychological symptoms.
**Skin:** No skin symptoms.

**Physical Exam**
- Vitals taken 04/07/2025 10:26 am
  Pt is in a lot of pain.

| | |
|---|---|
| BP-Sitting L | 123/69 mmHg |
| BP Cuff Size | Large |
| Height | 64 in |
| Weight | 130 lbs |
| Body Mass Index | 22.3 kg/m2 |
| Body Surface Area | 1.6 m2 |

**General Appearance:**
° Well developed. ° Well nourished. ° In no acute distress.

**Tests**
**Laboratory-based Chemistry:**
**Urine Tests:**
An HCG pregnancy test was positive.

**Plan/Orders**
- **Missed abortion**
  Lab: CBC (COMPLETE BLOOD COUNT)
  Lab: HCG
  Lab: PROGESTERONE
  Follow-up Appt: Will Call Patient with Results

- **Other**
  Acetaminophen-Codeine 300-30 MG tablet 1-2 po q 4 hours prn pain, 30 days, 0 refills
  miSOPROStol 200 MCG tablet 4 pv x 1, 1 days, 0 refills

Long discussion with pt. Discussed all options. Informed there is no test to test to see if she was given cytotec. Offered all options for incomplete AB. Pt declines surgery at this time. Will check qunat today and follow weekly as needed. Pt also given prescription for cytotec 800 mcg that she can take to help the remainder of the pregnancy pass. Pt stating that she isnt going to take it right now.

**Christine L. Canterbury M.D.**
**Electronically signed by: Christine Canterbury MD Date: 04/29/2025 18:21**

**Electronically approved by: Christine Canterbury MD Date: 04/29/25 18:20**

**Davis, Liana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:31 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq**
Requisition: A4825371
Specimen: 572465
Collection Date: 03/21/25
SYP - TOTAL [LD-3032]

**Provider:** **Villanueva-Penaflor,**

Patient Lab Results

Report Date: 03/21/25
Reviewed: 03/24/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/21/2025 9:53 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| SYP - TOTAL AB [3032] | | Non-Reactive | AI | Non-Reactive | F |

SYPH TOTAL AB Detects IGG/IGM Antibodies to Treponema palllidum
Responsible Observer: (GM)

**Davis, Llana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:32 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq**
Requisition: **A4825371**
Specimen: **572465**
Collection Date: **03/21/25**
**PROGESTERONE [LD-3080]**

**Provider:** **Villanueva-Penaflor,**

Patient Lab Results

Report Date: **03/21/25**
Reviewed: **03/24/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/21/2025 9:53 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| PROGESTERONE [3080] | | 14.7 | ng/mL | < | F |

```
Pregnancy
      First trimester        4.7 - 50.7 ng/ml
      Second trimester      19.4 - 45.3 ng/ml
Non-pregnant females
      mid-follicular phase  0.3 - 1.5 ng/ml
      mid-luteal phase       5.1 - 18.5 ng/ml
      post menopausal       <0.7 ng/ml
Responsible Observer:  (GM)
```

**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:32 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq** **Provider:** **Villanueva-Penaflor,**
Requisition: A4826371
Specimen: 572465
Collection Date: 03/21/25 Patient Lab Results Report Date: 03/21/25
HIV Antibody [LD-3060] Reviewed: 03/24/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/21/2025 9:53 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HIV Ag/Ab [3060] | | Non-Reactive | | Non-Reactive | F |
| Responsible Observer: (GM) | | | | | |

**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:32 pm

Corpus Christi Womens Clinic, P.A

---

**Lab Facility:** LabDaq
**Provider:** Villanueva-Penaflor,

Requisition: **A4825371**
Specimen: **572465**
Collection Date: **03/21/25**

Patient Lab Results

Report Date: **03/21/25**
Reviewed: **03/24/25**

**HCG5diluted [LD-3076]**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/21/2025 9:53 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG5diluted [3076] | | 15088 | mIU/ml | < | F |

```
3 weeks     LMP:      5 - 50 mIU/ml
4 weeks     LMP:      5 - 426 mIU/ml
5 weeks     LMP:     18 - 7,340 mIU/ml
6 weeks     LMP:  1,080 - 56,500 mIU/ml
7-8 weeks   LMP:  7,650 - 229,000 mIU/ml
9-12 weeks  LMP: 25,700 - 288,000 mIU/ml
13-16 weeks LMP: 13,300 - 254,000 mIU/ml
17-24 weeks LMP:  4,060 - 165,400 mIU/ml
25-40 weeks LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/ml
Responsible Observer:   (GM)
```

**Davis, Liana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:32 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** LabDaq
Requisition: A4825371
Specimen: 572465
Collection Date: 03/21/25

**Provider:** Villanueva-Penaflor,

Patient Lab Results

Report Date: 03/21/25
Reviewed: 03/24/25

HCG6 [LD-3070]

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/21/2025 9:53 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| NOTE [_NOTE] | | | | | F |
| No results provided. | | | | | |

**Davis, Llana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:32 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** LabDaq
Requisition: A4825377
Specimen: 572466
Collection Date: 03/21/25

**Provider:** Villanueva-Penaflor,

Patient Lab Results

Report Date: 03/26/25
Reviewed: 03/26/25

URINE CT/GC AMPLIFIED PROBE [LD-5031]

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/21/2025 9:54 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| CHLAMYDIA URINE,NAA [5031] | A | POSITIVE | | NEGATIVE | F |
| Responsible Observer: (SL) | | | | | |
| GONORRHOEAE URINE,NAA [5041] | | NEGATIVE | | NEGATIVE | F |
| Responsible Observer: (SL) | | | | | |

**Davis, Llana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:32 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq** **Provider:** **Villanueva-Penaflor,**
Requisition: A4825376
Specimen: A4825376
Collection Date: 03/21/25

Patient Lab Results

Report Date: 03/22/25
Reviewed: 03/24/25

ACUTE HEPATITIS PROFILE [CPL-9325]

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/21/2025 9:54 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HEPATITIS A IgM [27281] | | NON-REACTIVE | | NON-REACTIVE | F |
| HEPATITIS B CORE IgM [4644] | | NON-REACTIVE | | NON-REACTIVE | F |
| HEPATITIS B SURF AG [2739] | | NON-REACTIVE | | NON-REACTIVE | F |
| HEPATITIS C ANTIBODY [4675] | | NON-REACTIVE | | NON-REACTIVE | F |
| INTERPRETATION HEPATITIS A: [2552] | | (NOTE) | | | F |

Hepatitis A serology shows no evidence of acute hepatitis A.

| | | | | | |
|---|---|---|---|---|---|
| INTERPRETATION HEPATITIS B: [25522] | | (NOTE) | | | F |

Hepatitis B serology shows no evidence of acute hepatitis B and no indication of exposure to hepatitis B virus in the previous six to eight months.

| | | | | | |
|---|---|---|---|---|---|
| INTERPRETATION HEPATITIS C: [25523] | | (NOTE) | | | F |

Hepatitis C serology shows no evidence of exposure to hepatitis C virus at this time. It can take up to 12 months after exposure to the hepatitis C virus for antibodies to become detectable in the blood in certain patients.

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT CLINICAL PATHOLOGY LABORATORIES, INC. 9200 WALL ST AUSTIN, TX 78754
LABORATORY DIRECTOR: CHRISTINE BURGESS, M.D.
CLIA NUMBER 45D0505003 CAP ACCREDITATION NO. 21525-01

**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:32 pm

Corpus Christi Womens Clinic,
P.A

---

**Lab Facility:** **LabDaq**
Requisition: A4826832
Specimen: 572569
Collection Date: 03/24/25
**PROGESTERONE [LD-3080]**

**Provider:** **Villanueva-Penaflor,**

Patient Lab Results

Report Date: 03/24/25
Reviewed: 03/24/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/24/2025 8:47 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| PROGESTERONE [3080] | | 13.9 | ng/mL | < | F |

```
Pregnancy
      First trimester        4.7 - 50.7 ng/ml
      Second trimester      19.4 - 45.3 ng/ml
Non-pregnant females
      mid-follicular phase  0.3 - 1.5 ng/ml
      mid-luteal phase       5.1 - 18.5 ng/ml
      post menopausal       <0.7 ng/ml
Responsible Observer:   (GM)
```

**Davis, Llana 37y F** Patient Chart Report 09/08/25 1:33 pm
DOB: 03/17/88

Corpus Christi Womens Clinic, P.A

**Lab Facility:** LabDaq **Provider:** Villanueva-Penaflor,
Requisition: A4826832
Specimen: 672569
Collection Date: 03/24/25 Patient Lab Results Report Date: 03/24/25
HCG5diluted [LD-3076] Reviewed: 03/24/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/24/2025 8:47 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG5diluted [3076] | | 17250 | mIU/ml | < | F |

```
3 weeks     LMP:      5 - 50 mIU/ml
4 weeks     LMP:      5 - 426 mIU/ml
5 weeks     LMP:     18 - 7,340 mIU/ml
6 weeks     LMP:  1,080 - 56,500 mIU/ml
7-8 weeks   LMP:  7,650 - 229,000 mIU/ml
9-12 weeks  LMP: 25,700 - 288,000 mIU/ml
13-16 weeks LMP: 13,300 - 254,000 mIU/ml
17-24 weeks LMP:  4,060 - 165,400 mIU/ml
25-40 weeks LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/ml
Responsible Observer:   (GM)
```

**Davis, Llana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:33 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq** **Provider:** **Villanueva-Penaflor,**
Requisition: **A4826832**
Specimen: **572569**
Collection Date: **03/24/25** Patient Lab Results Report Date: **03/24/25**
**HCG5 [LD-3070]** Reviewed: **03/24/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/24/2025 8:47 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| NOTE [_NOTE] | | | | | F |
| No results provided. | | | | | |

**Davis, Liana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:33 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq**
Requisition: A4830068
Specimen: 572949
Collection Date: 03/26/25

**Provider:** **Villanueva-Penaflor,**

Patient Lab Results

Report Date: 03/26/25
Reviewed: 03/26/25

PROGESTERONE [LD-3080]

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/26/2025 8:22 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| PROGESTERONE [3080] | | 31.9 | ng/mL | < | F |

```
Pregnancy
      First trimester        4.7 - 50.7 ng/ml
      Second trimester     19.4 - 45.3 ng/ml
Non-pregnant females
      mid-follicular phase  0.3 - 1.5 ng/ml
      mid-luteal phase       5.1 - 18.5 ng/ml
      post menopausal      <0.7 ng/ml
Responsible Observer:   (GM)
```

Davis, Llana 37y F
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:33 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** LabDaq
**Provider:** Villanueva-Penaflor,
Requisition: A4830068
Specimen: 572949
Collection Date: 03/26/25
Patient Lab Results
Report Date: 03/26/25
Reviewed: 03/26/25
HCG5diluted [LD-3076]

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/26/2025 8:22 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG5diluted [3076] | | 24269 | mIU/ml | < | F |

```
3 weeks      LMP:      5 - 50 mIU/ml
4 weeks      LMP:      5 - 426 mIU/ml
5 weeks      LMP:     18 - 7,340 mIU/ml
6 weeks      LMP:  1,080 - 56,500 mIU/ml
7-8 weeks    LMP:  7,650 - 229,000 mIU/ml
9-12 weeks   LMP: 25,700 - 288,000 mIU/ml
13-16 weeks  LMP: 13,300 - 254,000 mIU/ml
17-24 weeks  LMP:  4,060 - 165,400 mIU/ml
25-40 weeks  LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/ml
Responsible Observer:   (GM)
```

**Davis, Llana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:33 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq** **Provider:** **Villanueva-Penaflor,**
Requisition: **A4630068**
Specimen: **572949**
Collection Date: **03/26/25** **Patient Lab Results** Report Date: **03/26/25**
**HCG5 [LD-3070]** Reviewed: **03/26/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/26/2025 8:22 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| NOTE [_NOTE] | | | | | F |
| No results provided. | | | | | |

**Davis, Llana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:33 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** LabDaq
Requisition: A4849993
Specimen: 574786
Collection Date: 04/07/25
**PROGESTERONE [LD-3080]**

**Provider:** Canterbury, Christin

Patient Lab Results

Report Date: 04/11/25
Reviewed: 04/17/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/07/2025 12:06 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| PROGESTERONE [3080] | | 13.9 | ng/mL | < | F |

```
Pregnancy
      First trimester        4.7 - 50.7 ng/ml
      Second trimester      19.4 - 45.3 ng/ml
Non-pregnant females
      mid-follicular phase  0.3 - 1.5 ng/ml
      mid-luteal phase       5.1 - 18.5 ng/ml
      post menopausal       <0.7 ng/ml
Responsible Observer:   (GM)
```

**Davis, Llana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:33 pm

Corpus Christi Womens Clinic, P.A

---

**Lab Facility:** **LabDaq** **Provider:** **Canterbury, Christin**
Requisition: A4843588
Specimen: 574228
Collection Date: 04/07/25 Patient Lab Results Report Date: 04/07/25
HCG5diluted [LD-3076] Reviewed: 04/11/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/07/2025 12:23 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG5diluted [3076] | | 12309 | mIU/ml | < | F |

```
3 weeks      LMP:      5 - 50 mIU/ml
4 weeks      LMP:      5 - 426 mIU/ml
5 weeks      LMP:     18 - 7,340 mIU/ml
6 weeks      LMP:  1,080 - 56,500 mIU/ml
7-8 weeks    LMP:  7,650 - 229,000 mIU/ml
9-12 weeks   LMP: 25,700 - 288,000 mIU/ml
13-16 weeks  LMP: 13,300 - 254,000 mIU/ml
17-24 weeks  LMP:  4,060 - 165,400 mIU/ml
25-40 weeks  LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/ml
Responsible Observer:   (GM)
```

**Davis, Liana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:34 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq**
Requisition: **A4843588**
Specimen: **574228**
Collection Date: **04/07/25**
**HCG5 [LD-3070]**

**Provider:** **Canterbury, Christin**

Patient Lab Results

Report Date: **04/07/25**
Reviewed: **04/11/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/07/2025 12:23 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| NOTE [_NOTE] | | | | | F |
| No results provided. | | | | | |

**Davis, Llana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:34 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq** **Provider:** **Canterbury, Christin**
Requisition: **A4843588**
Specimen: **574228**
Collection Date: **04/07/25**

Patient Lab Results

Report Date: **04/07/25**
Reviewed: **04/11/25**

**CBC [LD-1000]**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/07/2025 12:23 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| WBC [1000] | | 9.9 | K/uL | 3.9 - 12.0 | F |
| Responsible Observer: (ACB) | | | | | |
| LYMPH% [1010] | | 17.9 | % | 10.0 - 58.5 | F |
| Responsible Observer: (ACB) | | | | | |
| MID% [1020] | | 5.5 | % | 0.1 - 24.0 | F |
| Responsible Observer: (ACB) | | | | | |
| GRAN% [1030] | | 76.6 | % | 37.0 - 92.0 | F |
| Responsible Observer: (ACB) | | | | | |
| RBC [1040] | L | 3.88 | M/uL | 4.00 - 5.20 | F |
| Responsible Observer: (ACB) | | | | | |
| HGB [1050] | L | 11.4 | g/dL | 12.0 - 16.0 | F |
| Responsible Observer: (ACB) | | | | | |
| HCT [1060] | L | 33.5 | % | 36.0 - 48.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MCV [1070] | | 86.3 | fL | 81.0 - 99.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MCH [1080] | | 29.4 | pg | 27.0 - 34.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MCHC [1090] | | 34.0 | g/dL | 31.0 - 36.0 | F |
| Responsible Observer: (ACB) | | | | | |
| GRA [1150] | | 7.6 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| LYM [1170] | | 1.7 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| MID [1160] | | 0.6 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| RDW [1110] | | 13.4 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| PLT [1100] | H | 410.0 | K/uL | 150.0 - 400.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MPV [1120] | | 8.1 | | < | F |
| Responsible Observer: (ACB) | | | | | |

**Davis, Liana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:34 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq**
Requisition: **A4843623**
Specimen: **A4843623**
Collection Date: **04/07/25**

**Provider:** **Canterbury, Christin**

Patient Lab Results

Report Date: **04/08/25**
Reviewed: **04/11/25**

**FERRITIN [CPL-2090]**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/07/2025 12:37 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| FERRITIN [2075] | | 70 | NG/ML | 13-200 | F |

UNLESS OTHERWISE INDICATED, ALL TESTING PERFORMED AT
CLINICAL PATHOLOGY LABORATORIES, INC. 9200 WALL ST AUSTIN, TX
78754
LABORATORY DIRECTOR: CHRISTINE BURGESS, M.D.
CLIA NUMBER 45D0505003 CAP ACCREDITATION NO. 21525-01

**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:34 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq** **Provider:** **Canterbury, Christin**
Requisition: **A4853225**
Specimen: **575090**
Collection Date: **04/15/25** Patient Lab Results Report Date: **04/15/25**
**HCG5 [LD-3070]** Reviewed: **04/17/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/15/2025 12:16 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG QUANT [3071] | | 560 | mIU/ml | < | F |

```
3 weeks     LMP:       5 - 50 mIU/ml
4 weeks     LMP:       5 - 426 mIU/ml
5 weeks     LMP:      18 - 7,340 mIU/ml
6 weeks     LMP:   1,080 - 56,500 mIU/ml
7-8 weeks   LMP:   7,650 - 229,000 mIU/ml
9-12 weeks  LMP:  25,700 - 288,000 mIU/ml
13-16 weeks LMP:  13,300 - 254,000 mIU/ml
17-24 weeks LMP:   4,060 - 165,400 mIU/ml
25-40 weeks LMP:   3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/m
Responsible Observer:   (SL)
```

**Davis, Liana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:34 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** **LabDaq**
Requisition: A4853268
Specimen: 575134
Collection Date: 04/15/25
CBC [LD-1000]

**Provider:** **Canterbury, Christin**

Patient Lab Results

Report Date: 04/15/25
Reviewed: 04/17/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/15/2025 12:37 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| WBC [1000] | | 8.5 | K/uL | 3.9 - 12.0 | F |
| Responsible Observer: (ACB) | | | | | |
| LYMPH% [1010] | | 19.5 | % | 10.0 - 58.5 | F |
| Responsible Observer: (ACB) | | | | | |
| MID% [1020] | | 5.4 | % | 0.1 - 24.0 | F |
| Responsible Observer: (ACB) | | | | | |
| GRAN% [1030] | | 75.1 | % | 37.0 - 92.0 | F |
| Responsible Observer: (ACB) | | | | | |
| RBC [1040] | | 4.09 | M/uL | 4.00 - 5.20 | F |
| Responsible Observer: (ACB) | | | | | |
| HGB [1050] | L | 11.9 | g/dL | 12.0 - 16.0 | F |
| Responsible Observer: (ACB) | | | | | |
| HCT [1060] | L | 35.6 | % | 36.0 - 48.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MCV [1070] | | 86.9 | fL | 81.0 - 99.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MCH [1080] | | 29.0 | pg | 27.0 - 34.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MCHC [1090] | | 33.4 | g/dL | 31.0 - 36.0 | F |
| Responsible Observer: (ACB) | | | | | |
| GRA [1150] | | 6.4 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| LYM [1170] | | 1.6 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| MID [1160] | | 0.5 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| RDW [1110] | | 13.4 | | < | F |
| Responsible Observer: (ACB) | | | | | |
| PLT [1100] | | 394.0 | K/uL | 150.0 - 400.0 | F |
| Responsible Observer: (ACB) | | | | | |
| MPV [1120] | | 9.0 | | < | F |
| Responsible Observer: (ACB) | | | | | |

**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:34 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq** **Provider:** **Canterbury, Christin**
Requisition: **A4861248**
Specimen: **575683**
Collection Date: **04/22/25** Patient Lab Results Report Date: **04/22/25**
**HCG5 [LD-3070]** Reviewed: **04/23/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 04/22/2025 12:20 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG QUANT [3071] | | 123 | mIU/ml | < | F |

```
3 weeks     LMP:      5 - 50 mIU/ml
4 weeks     LMP:      5 - 426 mIU/ml
5 weeks     LMP:     18 - 7,340 mIU/ml
6 weeks     LMP:  1,080 - 56,500 mIU/ml
7-8 weeks   LMP:  7,650 - 229,000 mIU/ml
9-12 weeks  LMP: 25,700 - 288,000 mIU/ml
13-16 weeks LMP: 13,300 - 254,000 mIU/ml
17-24 weeks LMP:  4,060 - 165,400 mIU/ml
25-40 weeks LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/m
Responsible Observer:   (GM)
```

**Davis, Llana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:34 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq**
Requisition: **A4879551**
Specimen: **577208**
Collection Date: **05/07/25**
**HCG5 [LD-3070]**

**Provider:** **Canterbury, Christin**

Patient Lab Results

Report Date: **05/07/25**
Reviewed: **05/08/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 05/07/2025 11:16 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG QUANT [3071] | | 8 | mIU/ml | < | F |

```
3 weeks     LMP:      5 - 50 mIU/ml
4 weeks     LMP:      5 - 426 mIU/ml
5 weeks     LMP:     18 - 7,340 mIU/ml
6 weeks     LMP:  1,080 - 56,500 mIU/ml
7-8 weeks   LMP:  7,650 - 229,000 mIU/ml
9-12 weeks  LMP: 25,700 - 288,000 mIU/ml
13-16 weeks LMP: 13,300 - 254,000 mIU/ml
17-24 weeks LMP:  4,060 - 165,400 mIU/ml
25-40 weeks LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/m
Responsible Observer:  (SL)
```

**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:35 pm

Corpus Christi Womens Clinic,
P.A

---

**Lab Facility:** LabDaq
**Requisition:** A4888226
**Specimen:** 578005
**Collection Date:** 05/14/25
**HCG5 [LD-3070]**

**Provider:** Villanueva-Penaflor,

Patient Lab Results

Report Date: 05/14/25
Reviewed: 05/15/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 05/14/2025 4:33 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG QUANT [3071] | | 3 | mIU/ml | < | F |

```
3 weeks     LMP:      5 - 50 mIU/ml
4 weeks     LMP:      5 - 426 mIU/ml
5 weeks     LMP:     18 - 7,340 mIU/ml
6 weeks     LMP:  1,080 - 56,500 mIU/ml
7-8 weeks   LMP:  7,650 - 229,000 mIU/ml
9-12 weeks  LMP: 25,700 - 288,000 mIU/ml
13-16 weeks LMP: 13,300 - 254,000 mIU/ml
17-24 weeks LMP:  4,060 - 165,400 mIU/ml
25-40 weeks LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:    <5.0 mIU/ml

Post menopausal females: <9.5 mIU/m
Responsible Observer:   (GM)
```

**Davis, Llana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:35 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** LabDaq
Requisition: A4886226
Specimen: 578005
Collection Date: 05/14/25
CBC [LD-1000]

**Provider:** Villanueva-Penaflor,

Patient Lab Results

Report Date: 05/14/25
Reviewed: 05/15/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 05/14/2025 4:33 P

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| WBC [1000] | | 7.8 | K/uL | 3.9 - 12.0 | F |
| Responsible Observer: (GM) | | | | | |
| LYMPH% [1010] | | 17.6 | % | 10.0 - 58.5 | F |
| Responsible Observer: (GM) | | | | | |
| MID% [1020] | | 4.8 | % | 0.1 - 24.0 | F |
| Responsible Observer: (GM) | | | | | |
| GRAN% [1030] | | 77.6 | % | 37.0 - 92.0 | F |
| Responsible Observer: (GM) | | | | | |
| RBC [1040] | | 4.24 | M/uL | 4.00 - 5.20 | F |
| Responsible Observer: (GM) | | | | | |
| HGB [1050] | | 12.0 | g/dL | 12.0 - 16.0 | F |
| Responsible Observer: (GM) | | | | | |
| HCT [1060] | | 36.1 | % | 36.0 - 48.0 | F |
| Responsible Observer: (GM) | | | | | |
| MCV [1070] | | 84.9 | fL | 81.0 - 99.0 | F |
| Responsible Observer: (GM) | | | | | |
| MCH [1080] | | 28.3 | pg | 27.0 - 34.0 | F |
| Responsible Observer: (GM) | | | | | |
| MCHC [1090] | | 33.4 | g/dL | 31.0 - 36.0 | F |
| Responsible Observer: (GM) | | | | | |
| GRA [1150] | | 6.0 | | < | F |
| Responsible Observer: (GM) | | | | | |
| LYM [1170] | | 1.3 | | < | F |
| Responsible Observer: (GM) | | | | | |
| MID [1160] | | 0.5 | | < | F |
| Responsible Observer: (GM) | | | | | |
| RDW [1110] | | 12.9 | | < | F |
| Responsible Observer: (GM) | | | | | |
| PLT [1100] | | 275.0 | K/uL | 150.0 - 400.0 | F |
| Responsible Observer: (GM) | | | | | |
| MPV [1120] | | 8.5 | | < | F |
| Responsible Observer: (GM) | | | | | |

**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:35 pm

Corpus Christi Womens Clinic, P.A

**Lab Facility:** LabDaq
**Requisition:** A5010137
**Specimen:** 588264
**Collection Date:** 09/05/25
**PROGESTERONE [LD-3080]**

**Provider:** Canterbury, Christin

Patient Lab Results

Report Date: 09/05/25
Reviewed: 09/05/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 09/05/2025 10:04 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| PROGESTERONE [3080] | | 7.5 | ng/mL | < | F |

```
Pregnancy
      First trimester        4.7 - 50.7 ng/ml
      Second trimester      19.4 - 45.3 ng/ml
Non-pregnant females
      mid-follicular phase  0.3 - 1.5 ng/ml
      mid-luteal phase       5.1 - 18.5 ng/ml
      post menopausal       <0.7 ng/ml
Responsible Observer:   (GM)
```

Davis, Llana 37y F
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:35 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq**
Requisition: A5010137
Specimen: 588264
Collection Date: 09/05/25
HCG5dlluted [LD-3076]
-Specimen Information-

**Provider:** **Canterbury, Christin**

Patient Lab Results

Report Date: 09/05/25
Reviewed: 09/05/25

Specimen ID: 1
Collection Start Date: 09/05/2025 10:04 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| HCG5diluted [3076] | | 36273 | mIU/ml | < | F |

```
3 weeks     LMP:      5 - 50 mIU/ml
4 weeks     LMP:      5 - 426 mIU/ml
5 weeks     LMP:     18 - 7,340 mIU/ml
6 weeks     LMP:  1,080 - 56,500 mIU/ml
7-8 weeks   LMP:  7,650 - 229,000 mIU/ml
9-12 weeks  LMP: 25,700 - 288,000 mIU/ml
13-16 weeks LMP: 13,300 - 254,000 mIU/ml
17-24 weeks LMP:  4,060 - 165,400 mIU/ml
25-40 weeks LMP:  3,640 - 117,000 mIU/ml

Non-pregnant females:     <5.0 mIU/ml

Post menopausal females: <9.5 mIU/ml
Responsible Observer:   (GM)
```

**Davis, Liana 37y F**
DOB: 03/17/88

Patient Chart Report

09/08/25 1:35 pm

Corpus Christi Womens Clinic,
P.A

**Lab Facility:** **LabDaq** **Provider:** **Canterbury, Christin**
Requisition: **A5010137**
Specimen: **588264**
Collection Date: **09/05/25** Patient Lab Results Report Date: **09/05/25**
**HCG5 [LD-3070]** Reviewed: **09/05/25**

-Specimen Information-

Specimen ID: 1
Collection Start Date: 09/05/2025 10:04 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| NOTE [_NOTE] | | | | | F |
| No results provided. | | | | | |

# Corpus Christi Women's Clinic

| | | | | | |
|---|---|---|---|---|---|
| ID | 294744 | | Name | DAVIS, LIANA | |
| Date of Birth(Age) | 03-17-1988(37y0m) | Gender | | Exam Date | 03-21-2025 |
| Indication | | | | | |
| Diag. Physician | CANTERBURY/P... | Ref. Physician | | Operator | NANCY EZZELL,... |

## OB

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LMP | | GA(EDD) | | EDD | | Gravida | Para |
| Composite GA | Average | GA(AUA) | 5w6d | EDD(AUA) | 11-15-2025 | Ectopic | Aborta |
| DOC | | Ovulation Date | | | | | |

### Fetal Biometry

| | m1 | m2 | m3 | | | GA | | | GP |
|---|---|---|---|---|---|---|---|---|---|
| CRL | 0.27 | 0.27 | | cm | Avg | 5w6d | (5w3d~6w2d) | Hadlock | Hadlock |

### Fetal HR

| | m1 | m2 | m3 | | |
|---|---|---|---|---|---|
| Fetal HR | 98 | 98 | | bpm | Avg |

### Early OB Descriptions

[ Fetal Description ]

| | | | |
|---|---|---|---|
| Yolk Sac | Seen | Gestational Sac | Seen |
| Cardiac Activity | Seen | Embryo | Seen |

### Comment

IUP WITH POSITIVE CARDIAC ACTIVITY.

## Gynecology

| LMP | Ovulation Date | Gravida | Para | Ectopic | Aborta |
|---|---|---|---|---|---|
| | | | | | |

### Ovary

| | Right | | | | | Left | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | m1 | m2 | m3 | | | m1 | m2 | m3 | | |
| Length | 3.61 | 3.61 | | cm | Last | 2.65 | 2.65 | | cm | Last |
| Height | 2.52 | 2.52 | | cm | Last | 1.68 | 1.68 | | cm | Last |
| Width | 2.77 | 2.77 | | cm | Last | 1.85 | 1.85 | | cm | Last |
| Volume | 13.21 | 13.21 | | ml | | 4.32 | 4.32 | | ml | |

Diag. Physician: CANTERBURY/PENAFLOR Operator: NANCY EZZELL,RDMS

RUN DATE: 04/16/25
RUN TIME: 0838
RUN USER: LABBKGJOB

CORPUS CHRISTI MEDICAL CENTER — Laboratory
Bay Area, 7101 SPID, Corpus Christi, Texas 78412
Medical Director: Steve J. Galatzan, M.D.

PAGE 1

Pathology Report - Corpus Christi Women's Clinic

PATIENT: DAVIS, LIANA RITA ACCT: DO0097626098 LOC: D.YER U#: DO00828814
AGE/SEX: 37/F DOB: 03/17/88 ROOM: REG: 04/06/25
REG DR: OHern, Dustin L MD STATUS: DEP ER BED: DIS:

Specimen: DO:BT1319-25 Received: 04/11/25-0944 Status: SOUT Req#: 09715180
Spec Type: SURGICAL Subm Dr: Hassan, Luann K MD

Tissues: A PRODUCT OF CONCEPTION, NOS
Procedures: PATHGM4
SURGERY INFORMATION:
Surgery date 04/06/25 Surgeon(s): DR.HASSAN

CLINICAL HISTORY

PAIN AND VAGINAL BLEEDING

FINAL DIAGNOSIS

DILATATION AND CURETTAGE: NO PRODUCTS OF CONCEPTION SEEN.

JOB# - 10022098

GROSS DESCRIPTION

The specimen is received in a formalin-filled container labeled with the patient's name and source "products of conception" and is a 6.5 x 6.5 x 1.8 cm aggregate of dusky pink-tan soft tissue fragments and copious hemorrhagic material. No fetal parts, cystic structures or discrete chorionic villi are noted. Representative sections to include all soft tissue is submitted - 3.

JOB# - 10021966

Dictated by: Simon, Daniela

** CONTINUED ON NEXT PAGE **

Pathology Report - Corpus Christi Women's Clinic

Patient: DAVIS,LIANA RITA #DO0097626098 (Continued)

Specimen: DO:BT1319-25 Received: 04/11/25-0944 (Continued)

MICROSCOPIC DESCRIPTION

Sections show portions of decidua and clotted blood. No products of conception are seen.

JOB# - 10022098

Dictated by: Bailey,Michael X

ICD CODES: O02.9 - ABNORMAL PRODUCT OF CONCEPTION, UNSPECIFIED

COPIES TO:
Canterbury,Christine L MD
Hassan,Luann K MD

SPECIMEN PROCESSING:
* PROCESSING PERFORMED AT HISTOPATH,INC.

Signed SIGNATURE ON FILE Bailey,Michael X 04/16/25 0838

** END OF REPORT **

Patient: DAVIS,LIANA RITA Age/Sex: 37/F Acct#DO0097626098 Unit#DO00828814

PatientKeeper

*Printed:* 04/07/25 08:07
*By:* LOPEZ, ANNA L

**US TRANSVAGINAL NON OB**

**DAVIS, LIANA R**

Age: 37Y Gender: F DOB: 03/17/1988 MRN: DO00828814 Phone:

Date/Time 04/06/25 02:30 Status Signed Source Corpus Christi Medical Center

US TRANSVAGINAL NON OB
OBSTETRICAL ULTRASOUND
HISTORY: Pain, pregnancy
COMPARISON: None available.
TECHNIQUE: Multiple transverse and longitudinal transabdominal and transvaginal sonographic images of the pelvis were obtained.
Color and spectral Doppler was applied as appropriate.
FINDINGS:
Retroverted uterus measures 12.0 x 7.0 x 6.4. Intrauterine gestation sac is identified, which contains an embryo with a yolk sac. Crown-rump length measures 1.2 cm. No detectable fetal cardiac activity. Estimated gestational age based on crown-rump length is 7 weeks 3 days. Hypoechoic 2.0 x 0.6 x 1.9 cm fluid collection adjacent to the gestational sac consistent with a small subchorionic hematoma.
The right ovary measures 3.8 x 2.1 x 1.9 cm. Normal ovarian color and spectral Doppler vascularity is present. The right ovary contains a 2.6 x 1.7 x 1.5 cm complex cyst with peripheral vascularity, consistent with a corpus luteum cyst.
The left ovary measures 2.4 x 1.8 x 1.6 cm. Normal ovarian color and spectral Doppler vascularity is present.
Trace free fluid within the pelvic cul-de-sac.
IMPRESSION:
1. Intrauterine gestational sac with an embryo. No detectable fetal cardiac activity. Findings are consistent with early pregnancy failure.
2. Small subchorionic hemorrhage.
Electronically signed by: Sara Plett MD 04/06/2025 04:09 AM
CDT RP Workstation: SEALWRS9425W

Reported by: Sara Plett, MD
Signed by: Sara Plett, MD
US TRANSVAGINAL NON OB
ORDERED PROVIDER: OHem,Dustin L MD
EXAM DATE: 04/06/2025
FACILITY: BAY AREA ED
STATUS: Signed

Exam Procedure
076999235 US/US TRANSVAGINAL NON OB

Signed: LIP.SKP Apr 6, 2025 4:09am



DavisMedicalRecords0039

CORPUS CHRISTI MEDICAL CENTER (COCDO)
OR A CAMPUS OF CORPUS CHRISTI MEDICAL CENTER
EMERGENCY PROVIDER REPORT
REPORT#:0406-0025 REPORT STATUS: Signed
DATE:04/06/25 TIME: 0124

PATIENT: DAVIS,LIANA RITA UNIT #: DO00828814
ACCOUNT#: DO0097626098 ROOM/BED:
DOB: 03/17/88 AGE: 37 SEX: F PCP PHYS: Canterbury,Christine L MD
SERVICE DT: 04/06/25 AUTHOR: OHern,Dustin L MD
REP SRV DT: 04/06/25 REP SRV TM: 0124

* ALL edits or amendments must be made on the electronic/computer document *

## O'hern,Dustin L 04/06/25 0124:
## HPI-GU Male

### General
Confirmed Patient Yes
Patient Type New patient
Initial Greet Date/Time 04/06/25 0123

### Presentation
Chief Complaint Abdominal pain

### Free Text HPI Notes
Free Text HPI Notes
37-year-old female G2, P1 at 6 weeks sees Dr. Canterbury presents for evaluation of abdominal cramping and vaginal bleeding. States that she believes she may have ingested a Cytotec at around 10:30 PM. States that she became pregnant with her child and the father does not want to keep it so has been encouraging her to take abortifacient medications however she has been resistant to it.

States that he came over earlier tonight and had made her hot chocolate which she took around 1030pm and then began having abdominal cramping and vaginal bleeding roughly 4 hours later and she believes may have been induced by an unknown amount Cytotec.

Requests at abortion reversal medication however informed that no such medication exists

## Review of Systems

### ROS Statements
All systems rev & neg except as marked.

### Basic Review of Systems
Basic ROS EYES: No redness, ENT: No sore throat, RESP: No SOB, CV: No chest pain, HEM: No bleeding/bruising, NEURO: No change MS, NEURO: No focal deficit, PSYCH: NL thought content

### Focused Review of Systems
GI
Reports: Abdominal pain.



### Past Medical History - Adult

**Coded Allergies:**

No Known Allergies (05/19/21)

**Home Medications**
**Active Scripts**

IBUPROFEN (MOTRIN) 600 MG PO Q6H PRN PRN MILD PAIN (SCORE 1-3)
IBUPROFEN (MOTRIN) 600 MG PO Q6H PRN PRN MILD PAIN (SCORE 1-3) #30 TAB
Prov: 05/21/21
traMADol/APAP (ULTRACET 37.5/325 MG) 1 TAB PO Q3H PRN PRN MILD PAIN (SCORE 1-3)
traMADol/APAP (ULTRACET 37.5/325 MG) 1 TAB PO Q3H PRN PRN MILD PAIN (SCORE 1-3) #15 TAB
Prov: 05/21/21
ACETAMINOPHEN/CODEINE (TYLENOL WITH CODEINE #3 300/30 MG) 1 TAB PO Q4H PRN PRN ACUTE PAIN
ACETAMINOPHEN/CODEINE (TYLENOL WITH CODEINE #3 300/30 MG) 1 TAB PO Q4H PRN PRN ACUTE PAIN #15 TABS
Prov: 05/21/21

**Reported Medications**

PNV WITH FE FUMARATE/FA (PRENATAL) 1 TAB PO DAILY
BUTALBITAL/APAP/CAFF 50/300/40 MG (FIORICET) 1 CAP PO Q4H PRN PRN HEADACHE

## Physical Exam

### Vital Signs
**Review of Vital Signs** Reviewed

### Basic Physical Exam
**Basic PE** GEN: Well appearing/NAD, HEAD: Atraumatic/NC, EYES: PERRL, conj clear, ENT: Membranes moist, NECK: Supple, RESP: No resp distress, CV: Reg rate & rhythm, ABD: Soft/non-tender, EXT: No gross abnormality, SKIN: No rashes, warm/dry, NEURO: alert & oriented, NEURO: gross movement NL, PSYCH: NL thought content

### Focused PE
**Abdomen/GI**
**Abdomen/GI** Atraumatic, Soft, Non-tender
**Genitourinary** **
**General Exam** deferred

## Patient Discharge & Departure

### Disposition Decision
**Discharge**
)( **Discharged to Home** Yes
)( **Time** 0900
)( **Date** 04/06/25

DavisMedicalRecords0041

### Discharge/Care Plan
**Patient Instructions** Miscarriage Dx Tx, Stillbirth and Infant Loss ..., Understanding Miscarriage: Emotions, Understanding Miscarriage: Recovery

**Follow-Up:** 2-3 Days
**Address:**

7121 SPID #302
Corpus Christi, TX 78412

## Free Text Depart Notes

**Free Text Depart Notes**

Spoke with patient at length regarding fetal demise no heartbeat noted on ultrasound is crying repeating that this is a crime that this man had assaulted her did speak with PD and they were amenable to to a case number for further evaluation.

Spoke with OB regarding persistent pain and cramping and patient insists on talking to OB again states that they may be able to come see her after

7.

Spoke with lab to see if there was any medial post fall level that can be sent out however states that this is unavailable

Half-life of misoprostol only 30 minutes she presented 4 hours after supposed ingestion doubtful there would testable levels

## Melton,Colt L 04/06/25 1045:

## Physical Exam

## Vital Signs

**Vital Signs**

First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 04/06 0134 |
| B/P | 117/87 | 04/06 0134 |
| O2 Delivery | Room air | 04/06 0134 |
| Temp | 37.2 | 04/06 0134 |
| Pulse | 89 | 04/06 0134 |
| Resp | 20 | 04/06 0134 |
| B/P Mean | 96 | 04/06 0139 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| B/P | 109/63 | 04/06 1016 |
| B/P Mean | 77 | 04/06 1016 |
| Pulse | 90 | 04/06 1016 |
| Resp | 32 | 04/06 1016 |
| Pulse Ox | 100 | 04/06 0200 |
| O2 Delivery | Room air | 04/06 0134 |
| Temp | 37.2 | 04/06 0134 |

## Interpretation & Diagnostics

## Lab Results Interpretation

**Results**

Laboratory Tests

**04/06/25 0142:**

7.42 > 11.0L / 33.9L < 397

**04/06/25 0141:**

| 137 | 105 | 9 | 93 |
|---|---|---|---|
| 3.6 | 28.0 | 0.62 | |

**Laboratory Tests;**

| | 04/06 0248 | 04/06 0142 |
|---|---|---|
| Hematology | | |
| WBC (4.80 - 10.80 x10^3/uL) | | 7.42 |
| RBC (4.2 - 5.4 x10^6/uL) | | 3.83 L |
| Hgb (12.0 - 16.0 G/DL) | | 11.0 L |
| Hct (37 - 47 %) | | 33.9 L |
| MCV (81 - 99 FL) | | 88.5 |
| MCH (27 - 31 PG) | | 28.7 |
| MCHC (33 - 37 G/DL) | | 32.4 L |
| RDW Coeff of Var (11.5 - 14.5 %) | | 13.8 |
| Plt Count (150 - 450 x10^3/uL) | | 397 |
| MPV (7.4 - 10.4 FL) | | 9.2 |
| Neut % (Auto) (42 - 66 %) | | 67.2 |
| Lymph % (Auto) (24 - 44 %) | | 22.8 L |
| Mono % (Auto) (0.0 - 4.0 %) | | 8.0 H |
| Eos % (Auto) (0.0 - 2.7 %) | | 0.8 |
| Baso % (Auto) (0.0 - 0.5 %) | | 0.9 H |
| Eos # (Auto) (0.0 - 0.5 x10^3/uL) | | 0.06 |
| Baso # (Auto) (0.0 - 0.2 x10^3/uL) | | 0.07 |
| Abs Immat Gran (auto) (0.00 - 0.03 x10^3/uL) | | 0.02 |
| Absolute Neuts (auto) (1.8 - 7.7 x10^3/uL) | | 4.99 |
| Absolute Lymphs (auto) (1.0 - 4.8 x10^3/uL) | | 1.69 |
| Absolute Monos (auto) (0.0 - 0.8 x10^3/uL) | | 0.59 |
| Absolute Nucleated RBC (0.0 - 0.2 X10^3/uL) | | 0.0 |
| Immature Gran % (0.0 - 2.0 %) | | 0.3 |
| Nucleated RBC % (0.0 - 0.0 %) | | 0.0 |
| Toxicology | | |
| Urine Opiates Screen (NEGATIVE) | POSITIVE | |
| Ur Barbiturates Screen (NEGATIVE) | POSITIVE | |
| Ur Phencyclidine Scrn (NEGATIVE) | NEGATIVE | |
| Ur Amphetamine Screen (NEGATIVE) | NEGATIVE | |
| MDMA (NEGATIVE) | NEGATIVE | |
| U Benzodiazepines Scrn (NEGATIVE) | NEGATIVE | |
| Urine Cocaine Screen (NEGATIVE) | NEGATIVE | |
| U Cannabinoids Screen (NEGATIVE) | NEGATIVE | |
| Urines | | |
| Ur Spec Description | | Clean Catch |
| Urine Color (YELLOW) | | Colorless |
| Urine Appearance (CLEAR) | | CLEAR |
| Urine pH (5.5 - 7.0) | | 7.0 |
| Ur Specific Gravity (1.001 - 1.035) | | 1.001 |
| Urine Protein (NEGATIVE mg/dL) | | NEGATIVE |
| Urine Glucose (UA) (NEGATIVE mg/dL) | | NORMAL |
| Urine Ketones (NEGATIVE mg/dL) | | NEGATIVE |
| Urine Blood (NEGATIVE) | | 3+ A |
| [illegible] | | [illegible] |

DavisMedicalRecords0043

| | | |
|---|---|---|
| Urine Urobilinogen (NORMAL mg/dL) | | NORMAL |
| Ur Leukocyte Esterase (NEGATIVE) | | NEGATIVE |
| Urine RBC (NONE SEEN #/HPF) | | 3-5 A |
| Urine WBC (0 - 10 #/HPF) | | < 10 |
| Ur Squamous Epith Cells (<100 #/LPF) | | 0 - 20 |
| Amorphous Sediment (None seen #/LPF) | | RARE |
| Urine Culture Screen | | Criteria not met |
| Urine Comment | | VOLUME 10-12 ML |

| | 04/06 0141 |
|---|---|
| Chemistry | |
| Sodium (136 - 145 mmol/L) | 137 |
| Potassium (3.4 - 5.1 mmol/L) | 3.6 |
| Chloride (98 - 107 mmol/L) | 105 |
| Carbon Dioxide (20 - 31 mmol/L) | 28.0 |
| BUN (9 - 23 mg/dL) | 8 |
| Creatinine (0.55 - 1.02 mg/dL) | 0.62 |
| Estimated GFR (MDRD) (64 - 149) | 116 |
| Glucose (74 - 106 mg/dL) | 83 |
| Calcium (8.3 - 10.6 mg/dL) | 8.5 |
| HCG, Quant (2.6 - 10.1 mIU/mL) | 30069.6 H |
| Specimen Appearance (0 NEG Grade) | NEGATIVE |
| Specimen Hemolysis (0 NEG Grade) | NEGATIVE |
| Coagulation | |
| PT (9.6 - 12.3 SECONDS) | 14.1 H |
| INR | 1.26 |
| APTT (22.5 - 36.3 SECONDS) | 32.6 |
| Toxicology | |
| Salicylates (3 - 29 mg/dL) | < 3.0 L |
| Acetaminophen (1.0 - 2.0 mg/dL) | < 1.0 L |

Recent Impressions:

**ULTRASOUND - DUP AB/PEL/SC COMP 04/06 0230**

*** Report Impression - Status: SIGNED Entered: 04/06/2025 0411

IMPRESSION:
1. Intrauterine gestational sac with an embryo. No detectable fetal cardiac activity. Findings are consistent with early pregnancy failure.
2. Small subchorionic hemorrhage.
Electronically signed by: Sara Plett MD 04/06/2025 04:09 AM
CDT RP Workstation: SEALWRS9425W
Impression By: LIP.SKP - Sara Plett, MD

**ULTRASOUND - US TRANSVAGINAL NON OB 04/06 0230**

*** Report Impression - Status: SIGNED Entered: 04/06/2025 0411

IMPRESSION:
1. Intrauterine gestational sac with an embryo. No detectable fetal cardiac activity. Findings are consistent with early pregnancy failure.
2. Small subchorionic hemorrhage.
Electronically signed by: Sara Plett MD 04/06/2025 04:09 AM
CDT RP Workstation: SEALWRS9425W
Impression By: LIP.SKP - Sara Plett, MD

**ULTRASOUND - US PREG 1ST TRIMTR 04/06 0230**



*** Report Impression - Status: SIGNED Entered: 04/06/2025 0411

fetal cardiac activity. Findings are consistent with early pregnancy failure.
2. Small subchorionic hemorrhage.
Electronically signed by: Sara Plett MD 04/06/2025 04:09 AM
CDT RP Workstation: SEALWRS9425W
Impression By: LIP.SKP - Sara Plett, MD

## Re-Evaluation & MDM

### Free Text MDM Notes

**Additional Text**

Patient boarding while awaiting obstetric evaluation. Patient evaluated by Dr. Hassan. It was recommended that patient have follow-up in clinic and if she is having persistent symptoms, would need to have a D&C scheduled. Patient requested to speak with me as she did not feel satisfied with her care in the department. She feels like she did not get a full evaluation. Patient is at times hysterical. She states that she has chronic pain and is treated by pain management. She does not know how she can bear the pain of a miscarriage. Patient given multiple rounds of IV narcotics in the department and continues to complain of pain. Offered other types of medication such as Toradol however patient states that she cannot have NSAIDs because it causes diarrhea. Instructed her that I would not be able to give her any more IV narcotics. Additionally patient reports that she would like an exam to evaluate for vaginal bleeding.

GU exam: GU exam performed by me chaperoned by Cassie, RN. Friend was also at bedside. Patient with scant bleeding on exam. No hemorrhage.

Patient remains clinically stable. Her vital signs are normal. She is not having significant bleeding. Patient is stable for discharge. I have updated Dr. Hassan regarding patient. Patient very concerned about pain management. She recently already had Tylenol No. 4 filled and has already used them.. She reports that she cannot contact her pain management doctor until tomorrow. I have agreed to give her a bridge of Norco until tomorrow morning when she can call her pain management doctor. I gave patient's return instructions for worsening symptoms or any concerns. She has already discussed with the police and filed a report regarding her concerns about being drugged. Additionally her friend states that she can be with her today to help support her and to help her take care of her kids. They will also reach out to other friends and family. Patient will be discharged at this time.

### ED Course

**Medication(s) Ordered**

Medication(s) Ordered:

Central Nervous System Agents

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Oxycodone HCl | 5 MG | X1ED STA PO | 04/06 1046 04/06 1047 | DC | 04/06 1139 |
| Ketorolac Tromethamine | 30 MG | X1ED STA IV | 04/06 0800 04/06 0801 | DC | 04/06 0803 |
| Hydromorphone HCl | 0.5 MG | X1ED STA IV | 04/06 0712 04/06 0713 | DC | 04/06 0810 |
| Hydromorphone HCl | 1 MG | X1ED STA IV | 04/06 0452 04/06 0453 | DC | 04/06 0456 |
| Hydromorphone HCl | 1 MG | X1ED STA IV | 04/06 0340 04/06 0341 | DC | 04/06 0352 |
| Morphine Sulfate | 4 MG | X1ED STA IV | 04/06 0131 04/06 0132 | DC | 04/06 0144 |

Electrolytic, Caloric, And Wat

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Sodium Chloride | 1,000 ML | X1ED STA IV | 04/06 0123 04/06 0222 | DC | 04/06 0143 |

| Medication | Dose | Sig/Sch Route | Start time Stop Time | Status | Last Admin |
|---|---|---|---|---|---|
| Ondansetron HCl | 4 MG | X1ED STA IV | 04/06 0340 04/06 0341 | DC | 04/06 0352 |
| Ondansetron HCl | 4 MG | X1ED STA IV | 04/06 0123 04/06 0124 | DC | 04/06 0144 |

## Patient Discharge & Departure

### Vital Signs/Condition

**Vital Signs**

First Documented:

| | Result | Date Time |
|---|---|---|
| Pulse Ox | 97 | 04/06 0134 |
| B/P | 117/67 | 04/06 0134 |
| O2 Delivery | Room air | 04/06 0134 |
| Temp | 37.2 | 04/06 0134 |
| Pulse | 88 | 04/06 0134 |
| Resp | 20 | 04/06 0134 |
| B/P Mean | 86 | 04/06 0139 |

Last Documented:

| | Result | Date Time |
|---|---|---|
| B/P | 109/53 | 04/06 1016 |
| B/P Mean | 77 | 04/06 1016 |
| Pulse | 80 | 04/06 1016 |
| Resp | 32 | 04/06 1016 |
| Pulse Ox | 100 | 04/06 0200 |
| O2 Delivery | Room air | 04/06 0134 |
| Temp | 37.2 | 04/06 0134 |

All vital signs available at the time of this entry have been reviewed.

**Condition** Stable, Improved

### Clinical Impression

**Clinical Impression**

**Primary Impression:** Threatened abortion in first trimester

**Secondary Impressions:** Chronic pain

### Discharge/Care Plan

**Counseled Regarding** Diagnosis, Lab results, Imaging studies, Prescriptions, Need for follow-up, When to return to ED

**Rx Drug Database Reviewed** Yes

**(Auto) Prescriptions**

**Current Visit Scripts**

Hydrocodone/Acetaminophen (HYDROcodone/APAP 5/325) 1-2 TAB PO TID PRN PRN pain
Hydrocodone/Acetaminophen (HYDROcodone/APAP 5/325) 1-2 TAB PO TID PRN PRN pain #6 TABS

**Prescriptions Reviewed** Risks, Benefits, Alternative treatment

**Additional Instructions**

Follow-up with Dr. Canterbury for further evaluation. Return to the ER for any concerns especially for worsening symptoms. Take pain medication as directed. You cannot take this medication with other pain medications. Call your pain management doctor first thing in the morning for further evaluation of your pain.

DavisMedicalRecords0046

taking pain medications.

**Discharge Note**

I have spoken with the patient and/or caregivers. I have explained the patient's condition, diagnoses and treatment plan based on the information available to me at this time. I have answered the patient's and/or caregiver's questions and addressed any concerns. The patient and/or caregivers have as good an understanding of the patient's diagnosis, condition and treatment plan as can be expected at this point. The vital signs have been stable. The patient's condition is stable and appropriate for discharge from the emergency department.

The patient will pursue further outpatient evaluation with the primary care physician or other designated or consulting physician as outlined in the discharge instructions. The patient and/or caregivers are agreeable to this plan of care and follow-up instructions have been explained in detail. The patient and/or caregivers have received these instructions in written format and have expressed an understanding of the discharge instructions. The patient and/or caregivers are aware that any significant change in condition or worsening of symptoms should prompt an immediate return to this or the closest emergency department or a call to 911.

Electronically Signed by Mellon,Colt L MD on 04/06/25 at 1445
Electronically Signed by OHern,Dustin L MD on 04/06/25 at 1808
RPT #:0406-0025
***END OF REPORT***

PatientKeeper®

*Printed:* 04/07/25 08:08
*By:* LOPEZ, ANNA L

## Panels Timeframe: 03/08/2025-04/07/2025

DAVIS, LIANA R.

Age: 37Y Gender: F DOB: 03/17/1988 MRN: DO00828814 Phone:

| Date/Time | Panel | Components | Norm | Status | Source |
|---|---|---|---|---|---|
| 04/06/25 02:48 | DRUG OF ABUSE SCREEN URINE | UR COCAINE NEGATIVE , UR MDMA NEGATIVE , UR CANNAB NEGATIVE , AMPHU NEGATIVE , BARBQLU POSITIVE , BENZU NEGATIVE , OPIAQLU POSITIVE , UR PCP NEGATIVE | | Completed | Corpus Christi Medical Center |

UR PHENCYCLIDINE (PCP):Urine Drug Abuse Screen provides preliminary results that may be confirmed by alternate methods (i.e., GC/MS) at a reference laboratory. Results of screen may not be used in criminal justice, job performance or professional credential review, or infant custody issues.

| Negative Cut Off Level | ng/ml |
|---|---|
| Cocaine | 300 |
| Methamphetamine (Ecstacy) | 500 |
| Cannabinoids (THC) | 50 |
| Amphetamine | 1000 |
| Barbiturates | 200 |
| Benzodiazepines | 200 |
| Opiates | 300 |
| Phencyclidine (PCP) | 25 |

| Date/Time | Panel | Components | Norm | Status | Source |
|---|---|---|---|---|---|
| 04/06/25 01:42 | UA RFLX MICROSCOPIC & CULTURE | COLOR Colorless , APPEARANCE CLEAR , GLU NORMAL , BILIRUBIN NEGATIVE , KETONE NEGATIVE , SPEC GRAV 1.001 , BLO 3+ A, PH 7.0 , PROTEIN NEGATIVE , UROBIL NORMAL , NITRITE NEGATIVE , LEUK ESTER NEGATIVE , COMMENT VOLUME 10-12 ML , UA SPEC DE... Clean Catch , WBC < 10 , RBC 3-5 A, SQUAM CELL... 0 - 20 , AMORPHOUS RARE , UA CULT NE... Criteria not me... | | Completed | Corpus Christi Medical Center |

UA COLOR:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA APPEARANCE:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA GLUCOSE DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA BILIRUBIN DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA KETONE DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA SPECIFIC GRAVITY:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA BLOOD DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA PH DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA PROTEIN DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA UROBILINOGEN DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA NITRITE DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA LEUKOCYTE ESTERASE DIPSTICK:***Specimen Comment***
Indication for culture:
Dysuria/Frequency
URINE SOURCE: Clean CatchUA COMMENT:***Specimen Comment***

PatientKeeper*

*Printed:* 04/07/25 08:08
*By:* LOPEZ, ANNA L

## Panels Timeframe: 03/08/2025-04/07/2025

**DAVIS, LIANA R.**

Age: 37Y Gender: F DOB: 03/17/1988 MRN: DO00828814 Phone:

| Date/Time | Panel | Components | Norm | Status | Source |
|---|---|---|---|---|---|
| | | Indication for culture: Dysuria/Frequency<br>URINE SOURCE: Clean CatchURINE SPECIMEN DESCRIPTION:***Specimen Comment***<br>Indication for culture: Dysuria/Frequency<br>URINE SOURCE: Clean CatchUA WBC:***Specimen Comment***<br>Indication for culture: Dysuria/Frequency<br>URINE SOURCE: Clean CatchUA RBC:***Specimen Comment***<br>Indication for culture: Dysuria/Frequency<br>URINE SOURCE: Clean CatchUA SQUAMOUS CELLS:***Specimen Comment***<br>Indication for culture: Dysuria/Frequency<br>URINE SOURCE: Clean CatchUA AMORPHOUS SEDIMENT:***Specimen Comment***<br>Indication for culture: Dysuria/Frequency<br>URINE SOURCE: Clean CatchUA CULTURE NEEDED?:***Specimen Comment***<br>Indication for culture: Dysuria/Frequency<br>URINE SOURCE: Clean Catch | | | |
| 04/06/25 01:42 | CBC W/AUTO DIFF | WBC 7.42, HGB 11.0L, HCT 33.9L, PLT 397<br>RBC 3.83 L, MCV 88.5 , MCH 28.7 , MCHC 32.4 L, RDW 13.8 , MPV 9.2 , NEUT % 67.2 , IMM GRAM % 0.3 , LYMPH % 22.8 L, MONO % 8.0 H, EOS % 0.8 , BASO % 0.9 H, NRBC% 0.0 , NEUT # 4.99 , IMM GRAM # 0.02 , LYMPH # 1.69 , MONO # 0.59 , EOS # 0.06 , BASO # 0.07 , NRBC# 0.0 | Abnormal: MONOCYTE %<br>Abnormal: LYMPHOCYTE %<br>Abnormal: RED BLOOD CELL<br>Abnormal: HEMOGLOBIN<br>Abnormal: BASOPHIL %<br>Abnormal: MEAN CELL HGB CONCENTRATION<br>Abnormal: HEMATOCRIT | Completed | Corpus Christi Medical Center |
| 04/06/25 01:41 | PTT | PTT 32.6<br><br>THROMBOPLASTIN TIME PARTIAL:***Specimen Comment***<br>Is patient on anticoagulants? No Anticoagulants<br><br>*Therapeutic range for heparin: 58.7 - 87.5<br>The aPTT test should not be used to evaluate low molecular weight heparin anticoagulant therapy. | | Completed | Corpus Christi Medical Center |
| 04/06/25 01:41 | HCG | HCG QUANT 30088.6 H | Abnormal: HCG SERUM QUANT | Completed | Corpus Christi Medical Center |

HCG SERUM QUANT:Reporting Units: micro-International units/mL

| Gestational Age | hCG level |
|---|---|
| 0.2-1 week | 5-50 |
| 1-2 weeks | 50-500 |
| 2-3 weeks | 100-5,000 |
| 3-4 weeks | 500-10,000 |
| 4-5 weeks | 1,000-50,000 |
| 5-6 weeks | 10,000-100,000 |
| 6-8 weeks | 15,000-200,000 |
| 2-3 months | 10,000-100,000 |

hCG levels rise rapidly during pregnancy for 10-12 weeks and slowly decline to 1,000 - 50,000 in third trimester.

Manufacturer Disclaimer:

PatientKeeper®

Printed: 04/07/25 08:08
By: LOPEZ, ANNA L

# Panels Timeframe: 03/08/2025-04/07/2025

DAVIS, LIANA R.
Age: 37Y Gender: F DOB: 03/17/1988 MRN: DO00828814 Phone:

| Date/Time | Panel | Components | Norm | Status | Source |
|---|---|---|---|---|---|
| | | Values from different assay methods may vary. The use of this assay to monitor or to diagnose patients with cancer or any condition unrelated to pregnancy has not been approved by the FDA or the manufacturer of this assay. | | | |
| 04/06/25 01:41 | PROTHROMBIN TIME | PT PATIENT 14.1 H, INR 1.26 | Abnormal: PROTHROMBIN TIME PATIENT | Completed | Corpus Christi Medical Center |
| | | PROTHROMBIN TIME PATIENT:***Specimen Comment*** Is patient on anticoagulants? No AnticoagulantsINTERNATIONAL NORMAL RATIO:***Specimen Comment*** Is patient on anticoagulants? No Anticoagulants<br>Recommended INR range (warfarin therapy): 2.0 - 3.0<br>INR (International Normalized Ratio) should be used when interpreting oral anticoagulant therapy.<br><br>For atrial fibrillation and treatment or prevention of deep vein thrombosis.<br>Patients with Palmaz-Schatz stent *: 2.0 - 3.0<br>Patients with mechanical heart valve *: 2.5 - 3.5<br>Patients with flex-stent *: 3.0 - 4.0<br>(*) = manufacturer's suggested range | | | |
| 04/06/25 01:41 | SALICYLATE | SALICYLATE < 3.0 L | Abnormal: SALICYLATE | Completed | Corpus Christi Medical Center |
| | | SALICYLATE:Reference Range:<br>Analgesic................ < 10 mg/dl<br>Therapeutic............... 15-20 mg/dl<br>Mild Toxicity.............. > 30 mg/dl<br>Severe Toxicity........... > 60 mg/dl | | | |
| 04/06/25 01:41 | ACETAMINOPHEN | ACETAMINOP... < 1.0 L | Abnormal: ACETAMINOPHEN | Completed | Corpus Christi Medical Center |
| | | ACETAMINOPHEN:Acetaminophen is possibly toxic at levels of:<br>1. more than 15 mg/dL 4 hours post ingestion.<br>2. more than 4.0 mg/dL 12 hours post ingestion. | | | |
| 04/06/25 01:41 | BASIC METABOLIC PANEL | 137 \| 106 \| 9 / 83<br>3.6 \| 28.0 \| 0.62<br>GFR 118 , CA 8.5 , INDEX HEMO... NEGATIVE , INDEX ICTE... NEGATIVE , INDEX LIPE... NEGATIVE | | Completed | Corpus Christi Medical Center |
| | | GLOMERULAR FILTRATION RATE:The Glomerular Filtration Rate is a calculated parameter based on serum Creatinine, patient age and sex. GFR values less than 60 mL/min/1.73 square meters are indicative of Chronic Kidney Disease. Values less than 15 mL/min/1.73 square meters indicate Kidney failure. The calculation for GFR is based on the CKD-EPI (2021) calculation. This formula is race indifferent and is the recommended formula for GFR by the National Kidney Foundation for Adults.<br>The GFR will not calculate if the sex is unknown or if the patient's age is <18 years. | | | |
| 05/19/21 17:27 | ISTAT CORD BG | CORD PH 7.318 , CORD PCO2 49.1 , CORD PO2 24 L, CORD HCO3 25.2 , CORD BEX -1 , O2 SAT 37 L, POC-SOURCE Cord | Abnormal: CORD BLOOD PO2<br>Abnormal: O2 SATURATION | Completed | Corpus Christi Medical Center |
| | | ISTAT-PH CORD:Although the precise value that is required to define acidemia is not known, umbilical arterial pH values of less than 7.0 more realistically represent clinically significant acidosis.POC-SAMPLE SOURCE:Performed by certified operator at Bay Area MC | | | |
| 05/19/21 10:00 | CBC W/AUTO DIFF | | Abnormal: HEMOGLOBIN<br>Abnormal: | Completed | Corpus Christi Medical Center |



DavisMedicalRecords0050

RUN DATE: 04/16/25 Corpus Christi MC LAB **LIVE** PAGE 1
RUN TIME: 0838 Specimen Inquiry
RUN USER: INTERFACE

PATIENT: DAVIS,LIANA RITA ACCT #: DO0097626098 LOC: D.YER U #: DO00828814
AGE/SX: 37/F ROOM: REG: 04/06/25
REG DR: OHern,Dustin L MD DOB: 03/17/88 BED: DIS:
STATUS: DEP ER TLOC:

SPEC #: DO:BT1319-25 RECD: 04/11/25-0944 STATUS: SOUT REQ #: 09715180
COLL: 04/06/25-0817 SUBM DR: Hassan,Luann K MD

ENTERED: 04/11/25-0946 SP TYPE: SURGICAL OTHR DR: Canterbury,Christine L MD
Hassan,Luann K MD

ORDERED: PATHGM4

CODES: TF0000 - PRODUCT OF CONC

COPIES TO:
Canterbury,Christine L MD
7121 SPID #302
Corpus Christi, TX 78412
361-851-5000

Hassan,Luann K MD
7121 S. Padre Island Dr Ste
302
Corpus Christi, TX 78412
361-851-5000

HISTOLOGY:

| TISSUE | ID | BLK | PCS | CAS | LEV | PROCEDURE | DISPOSITION |
|---|---|---|---|---|---|---|---|
| PRODUCT OF CONC | A | 1-3 | | | | | |

ICD CODES: O02.9 - ABNORMAL PRODUCT OF CONCEPTION, UNSPECIFIED

PROCEDURES: PATHGM4 (Incomplete)

TISSUES:
A. PRODUCT OF CONCEPTION, NOS

CLINICAL HISTORY

PAIN AND VAGINAL BLEEDING

FINAL DIAGNOSIS

DILATATION AND CURETTAGE: NO PRODUCTS OF CONCEPTION SEEN.

JOB# - 10022098

GROSS DESCRIPTION

The specimen is received in a formalin-filled container labeled with the patient's name and source "products of conception" and is a 6.5 x 6.5 x 1.8 cm aggregate of dusky pink-tan soft tissue fragments and copious hemorrhagic material. No fetal parts, cystic structures or discrete chorionic villi are noted. Representative sections to include

** CONTINUED ON NEXT PAGE **

---



---

SPEC #: DO:BT1319-25 PATIENT: DAVIS,LIANA RITA #DO0097626098 (Continued)

---

GROSS DESCRIPTION (Continued)

all soft tissue is submitted - 3.

JOB# - 10021966

MICROSCOPIC DESCRIPTION

Sections show portions of decidua and clotted blood. No products of conception are seen.

JOB# - 10022098

SPECIMEN PROCESSING

* PROCESSING PERFORMED AT HISTOPATH,INC.

SURGERY INFORMATION

Surgery date 04/06/25 Surgeon(s): DR.HASSAN

---

Signed SIGNATURE ON FILE Bailey,Michael X 04/16/25 0838

---

** END OF REPORT **

# Corpus Christi Women's Clinic

| | | | | | |
|---|---|---|---|---|---|
| ID | 294744 | Name | DAVIS, LIANA | | |
| Date of Birth(Age) | 03-17-1988(37y5m) | Gender | | Exam Date | 09-05-2025 |
| Indication | DATES | | | | |
| Diag. Physician | CANTERBURY | Ref. Physician | | Operator | RACHEL ARDMS |

## OB

| | | | | |
|---|---|---|---|---|
| LMP | GA(EDD) | EDD | Gravida | Para |
| Composite GA Average | GA(AUA) | EDD(AUA) | Ectopic | Aborta |
| DOC | Ovulation Date | | | |

### Fetal Biometry

| | m1 | m2 | m3 | | | GA | | | GP |
|---|---|---|---|---|---|---|---|---|---|
| CRL | 0.72 | 0.72 | | cm | Last | 6w4d | (6w1d~7w1d) | Hadlock | Hadlock |

### Early OB Descriptions

[ Fetal Description ]

| | | | |
|---|---|---|---|
| Yolk Sac | Seen | Gestational Sac | Seen |
| Cardiac Activity | Not Seen | Embryo | Seen |





# Corpus Christi Women's Clinic



**Comment**

IUP MEASURING 6 WEEKS & 4 DAYS SEEN WITH NO CARDIAC ACTIVITY
ANECHOIC AREA WITH A THICK ECHOGENIC WALL IN LEFT OVARY, MEASURING 23X12X15MM (POSS CORPUS LUTEUM)

## Gynecology

| LMP | Ovulation Date | Gravida | Para | Ectopic | Aborta |
|---|---|---|---|---|---|

**Cyst**

| | Right m1 | Right m2 | Right m3 | | | Left m1 | Left m2 | Left m3 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Length | | | | | | 2.27 | 2.27 | | cm | Last |
| Height | | | | | | 1.20 | 1.20 | | cm | Last |
| Width | | | | | | 1.50 | 1.50 | | cm | Last |
| Volume | | | | | | 2.13 | 2.13 | | ml | |

**Ovary**

| | Right m1 | Right m2 | Right m3 | | | Left m1 | Left m2 | Left m3 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Length | 2.70 | 2.70 | | cm | Last | 3.38 | 3.38 | | cm | Last |
| Height | 1.41 | 1.41 | | cm | Last | 1.54 | 1.54 | | cm | Last |
| Width | 1.72 | 1.72 | | cm | Last | 1.99 | 1.99 | | cm | Last |
| Volume | 3.43 | 3.43 | | ml | | 5.43 | 5.43 | | ml | |

**Description**

[ Gyn Description ]

# Corpus Christi Women's Clinic

| Right Ovary | I | Seen | Left Ovary | I | Seen |
|---|---|---|---|---|---|

| Diag. Physician: | CANTERBURY | Operator: | RACHEL ARDMS |
|---|---|---|---|

# Exhibit C

**3/29/2025 10:17 AM**
iPhone (14122957136)

The one thing I tested positive for on the febrile panel was for antibodies for salmonella typhi, the bacteria that causes typhoid fever. 😨 However, the treatment for that is a azithromycin, which I just had two rounds of.

**3/29/2025 10:18 AM**
Chris Cooprider [Next Door] (7208408617)

Ok thanks for letting me know

**3/29/2025 10:18 AM**
Chris Cooprider [Next Door] (7208408617)

Sounds like pretty normal

**3/29/2025 10:18 AM**
iPhone (14122957136)

Dude. Typhoid fever? What is this, the Oregon trail?!?

**3/29/2025 10:19 AM**
iPhone (14122957136)

It’s 1850, let me put on my hoop skirt.

**3/29/2025 10:21 AM**
iPhone (14122957136)

That would certainly explain why I was sick as a dog for over a week…sweet Jesus

**3/29/2025 10:21 AM**
iPhone (14122957136)

This poor baby

**3/29/2025 10:23 AM**
iPhone (14122957136)

Not that you ever feel bad about tormenting me, but how does it feel knowing that you tormented a pregnant woman with typhoid fever and YOUR chlamydia? Lol