IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-220 |
| | § | |
| CHRISTOPHER COOPRIDER, AID ACCESS GMBH & REBECCA GOMPERTS, | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

**DEFENDANT CHRISTOPHER COOPRIDER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO COURT'S DISCOVERY ORDER**

Defendant Christopher Cooprider files this Motion for Extension of Time to Respond to the Court's Order Addressing Discovery Matters [Dkt. 142] and would respectfully show the following:

1. The Court's order directed Defendant Cooprider to prepare an updated privilege log and to submit the log and certain identified corresponding communications to the Court for *in camera* review by October 30, 2026.

2. Defendant and his counsel have been working to locate the responsive communications. Mr. Cooprider's deposition had also been re-scheduled by the parties to occur on October 30, 2026—however, Plaintiff's counsel canceled the deposition the evening of October 29. Due in part to the unexpected changes to Defendant's and his counsel's travel plans and schedule, Defendant requires additional time to comply with the Court's directives regarding the privilege log and submission of materials to the Court.

3. Defendant therefore asks the Court for a brief extension of time to comply with the Court's order until November 2, 2026. This motion is not sought for delay but for good cause shown.

WHEREFORE, Defendant Christopher Cooprider respectfully requests that this Court extend the deadline to comply with the Court's orders to provide an updated privilege log and submit certain documents to the Court as outlined in Dkt. 142, from October 30, 2026 to November 2, 2026. Defendant also requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Craig Dupen*

BETH KLEIN, P.C.
Beth Klein
Colorado Bar No. 17477
S.D. Tex. Bar No. 3934133
350 Market Street, Suite 310
Basalt, Colorado 81621
Email beth@bethklein.com
Phone 303-448-8884

- **AND –**

WATTS LAW FIRM, LLP
Mikal C. Watts
Texas State Bar No. 20981820
Federal Bar ID: #12419
Mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501

- **AND –**

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Barry A. Moscowitz
Federal Bar No. 31054
State Bar No. 24004830
bmoscowitz@thompsoncoe.com

Craig Dupen
Federal Bar No. 1144807
State Bar No. 24065177
cdupen@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Dallas, TX 75201
Telephone: (214) 871-8200
Fax: (214) 871-8209

Victoria L. Jimenez
Federal Bar No. 2522937
State Bar No. 24060021
vjimenez@thompsoncoe.com
4400 Post Oak Parkway, Suite 1000
Houston, Texas 77027
Telephone: (713) 403-8210
Fax: (713) 403-8299

**ATTORNEYS FOR DEFENDANT CHRISTOPHER COOPRIDER**

**CERTIFICATE OF SERVICE**

I hereby certify that on October 30, 2026, a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

By: /s/ *Craig Dupen*
Craig Dupen