United States District Court
Southern District of Texas
**ENTERED**
November 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendant's motion for extension of time. (D.E. 148). Defendant asks the Court to allow him additional time to comply with the Court's D.E. 142 Order. *Id.* The motion does not comply with the Court's local rules. There is no certificate of conference or proposed order, *see* Local Rule 7.1, nor any indication the motion is unopposed, *see* Local Rule 7.2. (D.E. 148, p. 1–3). Nonetheless, the Court **GRANTS** the motion. (D.E. 148). But the Court **ADMONISHES** Defendant to comply with the rules in future filings. This litigation is contentious, and it is paramount that the parties accurately represent to the Court whether the relief they seek is agreed or opposed.

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
November 3, 2026