# EXHIBIT 2

**Stacey L. Hail, MD, FACMT**
4501 Belfort Avenue
Dallas, Texas 75205
(214) 354-8790
stacemd99@aol.com

**Education**

Fellowship, University of Texas Southwestern, Medical Toxicology
Dallas, Texas
July 2002-June 2004
Residency, University of Texas Southwestern, Emergency Medicine
Dallas, Texas
July 2000-June 2002
Internship, University of Texas Southwestern, Emergency Medicine
Dallas, Texas
July 1999-June 2000
M.D., Medical College of Georgia
Augusta, Georgia
August 1995-May 1999
B.S. Chemistry, Southern Methodist University
Dallas, Texas
August 1991-May 1995

**Professional Work Experience**

Associate Professor, Emergency Medicine and Medical Toxicology
Department of Emergency Medicine
University of Texas Southwestern Medical Center at Dallas
July 2002 – present

Section Chief, Forensic Toxicology, Department of Emergency Medicine

Faculty Coordinator, Forensic Toxicology Rotation

Emergency Medicine Physician, Medical Center of Mesquite, Mesquite, Texas, 2002

Emergency Medicine Physician, Doctor's Hospital, Dallas, Texas, 2003

**EXHIBIT A**

## Professional Certifications

Board Certified by American Board of Emergency Medicine, since 2003
Board Certified by American Board of Emergency Medicine (sub board Medical Toxicology), since 2004

## Licensure

Texas State Medical License, since 2001
Texas Controlled Substance Registration, since 2001
Drug Enforcement Administration Registration, since 2001
Concealed Handgun License, since 2008

## Honors/Awards

Organized Crime and Drug Enforcement Task Force (OCDETF) National Award for combatting the threat of fentanyl in communities in the Pacific region; September 23, 2021
Fellowship status, American College of Medical Toxicology, 2016
Runner up, Clinical Pathologic Case Conference, Society for Academic Emergency Medicine, Phoenix, Arizona, June 2, 2010
Magna Cum Laude, 1995
Phi Beta Kappa, 1995
Undergraduate Award in Analytical Chemistry, 1994
Mortar Board Senior National Honor Society, 1994
Phi Lambda Upsilon, Chemistry National Honor Society, 1994
National Collegiate Natural Sciences Award, 1994
Who's Who Among Students in American Universities and Colleges, 1994
Golden Key National Honor Society, 1993
Charles B. Peterson Premedical Scholarship for Chemistry Majors, 1993, 1994
All-American Scholar, 1993, 1994
Southern Methodist University Scholar, 1991-1995
Lazenby Chemistry Scholarship, 1991-1995
Alpha Epsilon Delta—Premedical Honor Society, 1993-1995
Alpha Lambda Delta—SMU 3.5 Honor Society, 1991-1995
National Dean's List, 1991, 1992, 1993
Semifinalist, Westinghouse Science Talent Search, 1991
Sigma Xi Research Award, 42nd International Science and Engineering Fair, 1991
Sigma Delta Epsilon—Honor for Women in Science, 1991
Grand Prize Winner, Georgia State Science Fair, 1991

Army, Navy, Air Force, Marine Corps Science Awards, 1988-1991
United States Science Camp, representing the State of Georgia, 1991

**Medical Expert Witness**

*United States of American vs. Simon Gogolack.* United States Attorney's Office, Western District of New York; Trial testimony; AUSA Nicholas Cooper; Buffalo, New York; September 2, 2026.

*United States of America vs. Alfonso Guerrero.* United States Attorney's Office, Southern District of Florida; Trial testimony; AUSA Adam McMichael; Ft. Pierce, Florida; May 7, 2026. (Prosecution)

*Brandon Mandy Terry, Individually and as Representative of the Estate of Casey Terry (Deceased), Brent Terry, and Cydni Terry, As Next Friend of MM (Minor) vs. Jeremy Helm d/b/a Mad Hatter Vapes, South Sea Ventures, LLC d/b/a MIT 45, Third Coast Byers LLC d/b/a Grassroots Harvest, Empowered Research & Design, LLC, Kats Botanicals Corp. and 7-Eleven, Inc.* In the District Court of Travis County, Texas 250th Judicial District. Deposition testimony; Dallas, Texas; April 2, 2026. (Plaintiffs)

CAUSE NO. 2024-17681. *Richard Strange, Brandon Warren, and Blake Yawn vs. Rentech Boiler Systems, Inc., GCB Industries, LLC, Gulf Coast Boiler, LLC, GCB Industrial Services, LLC and Luminant Energy Company, LLC, Oak Grove Management Company, LLC, Vistra Corp., and Fluor Enterprises, Inc.* In the District Court of Harris County, Texas, 55th Judicial District. Deposition testimony; Dallas, Texas; February 11, 2026. (Plaintiffs)

*United States of America vs. Alon Alexander, Oren Alexander, and Tal Alexander.* United States Attorney's Office, Southern District of New York; Trial testimony; AUSA Andrew Jones; New York, New York; February 5, 2026. (Prosecution)

*Case No. 30-2021-01231706-CU-PO-NJC; Carli Skaggs individually and on behalf of The Estate of Tyler Skaggs, Debbie Hetman, and Darrell Skaggs, individually, vs. Angels Baseball LLP.* Trial testimony, Los Angeles, California; November 19, 2025. (Plaintiffs)

*Tiffany Marie Schooley, et al v. Yogish Kamath, M.D., et al Cause No. DC89-CV2024-0243; File No. 1-30.* Trial testimony, Wichita Falls, Texas; November 12, 2025. (Defense)

EXHIBIT
B

*State of Wisconsin vs. Matthew Pahl.* Trial testimony, Waukesha, Wisconsin; November 3, 2025. (Defense)

*CAUSE NO. 352-353958-24. Trenton Stone v. Casey Clark in the Judicial District of Tarrant County, Texas.* Trial testimony, Ft. Worth, Texas; October 22, 2025. (Plaintiffs)

*Tiffany Marie Schooley, et al v. Yogish Kamath, M.D., et al Cause No. DC89-CV2024-0243; File No. 1-30.* Deposition testimony, Dallas, Texas; October 7, 2025. (Defense)

*Alecia Two Bulls, as Guardian Ad Litem for APH, a Minor vs. Panama Transfer, Inc. and BX Civil and Construction, Inc.* In Circuit Court, First Judicial Circuit, State of South Dakota, County of Yankton 66CIV21-000118. Deposition testimony, Dallas, Texas; October 1, 2025. (Defense)

*Case No. 30-2021-01231706-CU-PO-NJC; Carli Skaggs individually and on behalf of The Estate of Tyler Skaggs, Debbie Hetman, and Darrell Skaggs, individually, vs. Angels Baseball LLP.* Deposition testimony, Los Angeles, California; September 22, 2025. (Plaintiffs)

*Case No. 6:23-cv-00028-ADA-DTG; Truman McCollum Jr., Courtney McCollum, Personal Representative of the Estate of Truman McCollum v. Edward Urena, Franklin Melendez and Joshua Plowick; In the United States District Court for the Western District of Texas.* Deposition testimony (virtual); August 18, 2025. (Defense)

*United States of America vs. Darren Duncan.* United States Attorney's Office, District of Nebraska; Trial testimony, AUSA Sara Fullerton; Lincoln, Nebraska; August 12, 2025. (Prosecution)

*United States of America vs. Tysheem Dunlap*; United States Attorney's Office, Middle District of Pennsylvania; Trial testimony, AUSA Alisan Martin and Geoffrey MacArthur; Williamsport, Pennsylvania, April 30, 2025. (Prosecution)

*Kali Benevage vs. Steam Punk, LLC dba Buford's Backyard Beer Garden aka Bufords and 80th Group LLC d/b/a Concrete Cowboy Austin, John Doe, Jane Joe.* In the District Court Travis County, Texas, 201st Judicial District (Defense)

*United States of America vs. Dr. Joel Smithers.* United States Attorney's Office, Western District of Virginia. Trial testimony, AUSA Cagle Juhan; Abingdon, Virginia, May 3, 2019; AUSA Suzanne Kerney-Quillin; December 10, 2024.

(Prosecution)

*United States of America vs. Asiana Williams.* United States Attorney's Office, Middle District of Pennsylvania. Trial Testimony. Scranton, Pennsylvania. AUSA Michelle Olshefski. August 8, 2024. (Prosecution)

*Anthony Andre Paul, et al. v. City of New York, et al.,* 16 CV 01952 (VSB) (SN); The City of New York Law Department. Trial Testimony. New York, New York. Attorney Susan P. Scharfstein. May 28, 2024. (Defense)

*United States of America vs. Raynaldo Ortiz, Jr.* United States Attorney's Office, Northern District of Texas. Trial Testimony. Dallas, Texas. AUSA Patrick Runkle. April 9, 2024. (Prosecution)

*United States of America vs. Shakeel Kahn.* United States Attorney's Office, District of Wyoming. Trial Testimony. Casper, Wyoming. AUSA Stephanie Sprecher. December 8, 2023 (Prosecution)

*State of Nevada vs. Kashon Glass and Cheylee Kessee.* District Attorney's Office, Clark County, Nevada. Grand Jury testimony, ADA Michael Schwartzer; Las Vegas, Nevada, November 28, 2023. (Prosecution)

*United States of America vs. Samantha Tainewasher; Calvin Hunt.* United States District Court for the Eastern District of Washington. Trial Testimony. Yakima, Washington. AUSA Michael Ellis. August 30, 2022; November 15, 2023 (Prosecution)

*United States of America vs. Catherine Worman.* United States Attorney's Office, District of Utah. (Prosecution)

*United States of America vs. Matthew McBraun.* United States Attorney's Office, District of Hawaii. Trial testimony, AUSA Michael Nammar; Honolulu, Hawaii, October 19, 2023. (Prosecution)

*United States of America vs. Maurice Lamont Gordon*. United States Attorney's Office, Eastern District of Virginia. (Prosecution)

*State of Texas vs. Jasinto Jimenez.* District Attorney's Office, Wichita Falls, Texas Trial testimony, Assistant District Attorney Matt Shelton; Wichita Falls, Texas, September 26, 2023. (Prosecution).

*United States of America vs. Keyon Lewis*. United States Attorney's Office, Southern District of Florida.

*United States of America vs. Thomas Sachy.* United States Attorney's Office, Middle District of Georgia. Trial testimony, AUSA Shanelle Booker; Columbus, Georgia, May 9, 2023. (Prosecution)

*United States of America vs. Bernard Shelton.* United States Attorney's Office, Eastern District of Michigan. Trial testimony, AUSA Michael Heesters; Detroit, Michigan, July 15, 2019; March 10, 2020; March 27, 2023. (Prosecution)

*United States of America vs. Jose Elias Camacho*. United States Attorney's Office, District of Hawaii. (Prosecution)

*State of Nevada vs. Roy Chaouki Elkhoury.* Clark County District Attorney's Office. Las Vegas, Nevada. (Prosecution)

*United States of America vs. Louis Arcuri.* United States Attorney's Office, Northern District of Indiana. (Prosecution)

*United States of America v. Miguel Rosario*. United States Attorney's Office, Middle District of Pennsylvania. Trial testimony. Scranton, Pennsylvania. AUSA Michelle Olshefski. January 30, 2023. (Prosecution)

*State of Wisconsin vs. Mark Jensen.* Office of the Public Defender, Wisconsin. Trial testimony. Kenosha, Wisconsin. Public Defender Bridget Krause. January 26, 2023. (Defense)

*United States of America vs. Billy Ortega.* United States District Court for the Southern District of New York. Trial testimony. New York, New York. AUSA Michael Herman. January 23, 2023. (Prosecution)

*United States of America vs. Derrick Brown.* United States District Court for the Northern District of Alabama. Trial Testimony. Tuscaloosa, Alabama. AUSAs Brittany Byrd; Blake Milner; Lloyd Peeples. November 16, 2022. (Prosecution)

*United States of America vs. Magdalena Silva-Banuelos.* United States Attorney's Office Northern District of Texas. (Prosecution)

*Eileen Parker, as personal representative of the estate of Aaron Michael Parker, deceased, Plaintiff vs. The City of Tallahassee, A political subdivision of the State of Florida; David Northway, Stephen Shields, Stephen Deutschman, Trent Roberts, Christopher Roth and Estate of Clifford Crouch, Defendants.* Case No: 4:22-cv-00060-MW-MA. Sniffen and Spellman, PA. Tallahassee, Florida. (Defense)

*United States of America vs. Patrick Stallworth.* United States District Court for the Northern District of Alabama. Trial Testimony. Birmingham, Alabama. AUSAs Brittany Byrd; Blake Milner; Lloyd Peeples. October 6, 2022. (Prosecution)

*United States of America vs. Keith Ashley.* United States District Court for the Eastern District of Texas. Trial Testimony. Sherman, Texas. AUSA Heather Rattan and Jay Combs. September 30, 2022. (Prosecution)

*United States of America vs. Jacob Creek*. United States Attorney's Office Eastern District of Tennessee. (Prosecution)

*United States of America vs. Kendrick Tillman*. United States Attorney's Office Northern District of Mississippi. (Prosecution)

*United States of America vs. Michael Vaughn.* United States District Court for the Eastern District of Virginia. Trial Testimony. Alexandria, Virginia. AUSA Rachael Tucker and Michael BenAry. September 20, 2022. (Prosecution)

*United States of America vs. Elvin Huertero.* United States District Court for the Southern District of New York. Sentencing Hearing Testimony. AUSA Marguerite Colson. June 2, 2022. (Prosecution)

*United States of America vs. Kollin Mazur.* United States District Court for the Eastern District of Washington. (Prosecution)

*United States of America vs. Reginald Taylor.* United States District Court for the Western District of Missouri. (Prosecution)

*United States of America vs. Abdiel Jimenez-Mendez.* United States District Court for the Eastern District of Pennsylvania. (Prosecution)

*United States of America vs. George Lesley Weaver and Anna Idigima.* United States District Court for the District of Nebraska. (Prosecution)

*States of America vs. Rivera-Venegas.* United States District Court for the Eastern District of Washington. (Prosecution)

*Michaela Underwood, Sherry McBrayer, Samuel Aaron McBrayer, Guardian Angie McBrayer and Jordan Janis McBrayer v. Hon. Gene Scarbrough Individually and in His official Capacity as Sheriff of Tift County Georgia, Cliff Henderson, Individually and in his official Capacity as a Lieutenant Deputy Sheriff of Tift County, Georgia, Anthony Raymond Tripp Jr. Individually and in his official Capacity as Deputy Sheriff of Tift County, Georgia, Connor Brennen Spurgeon Individually and in his official Capacity as Deputy Sheriff of Tift County, Georgia, and Axon Enterprises, Inc.* Civil action file no: 7:21-cv-00040-WLS; In the United States District Court for the Middle District of Georgia Valdosta Division. (Defense)

*Cynthia Lakey and Douglas Lakey, as co-Special Administrators for the Estate of Jared Lakey vs. City of Wilson, Joshua Taylor, Brandon Dingman, Chris Bryant, David Duggan, Lone Grove, Terry Miller and Kevin Cooley.* Case No: 20-cv-152-RAW; In the United States District Court for the Eastern District of Oklahoma. (Defense)

*David and Susan Harycki v. Holiday World of Katy, LLC*; Cause No 17-12-24661; In the 506th Judicial District Court of Waller County, Texas. (Defense)

*United States of America vs. Woodyard et. al.* United States Attorney's Office, District of Kansas. AUSA Skipper Jacobs. Sentencing hearing testimony (via Zoom). March 30, 2022 (Prosecution)

*United States of America vs. Eric Kay.* United States Attorney's Office, Northern District of Texas. AUSA Lindsey Beran and Errin Martin. Trial testimony. Ft. Worth, Texas. February 15, 2022. (Prosecution)

*United States of America vs. Brian Vineyard.* United States Attorney's Office, Southern District of West Virginia. AUSA Monica Coleman. Sentencing hearing testimony. Charleston, West Virginia, December 6, 2021. (Prosecution)

*United States of America vs. Harvey Johnson.* United States Attorney's Office, Western District of Missouri. AUSA Byron Black. (Prosecution)

*Roma Presley, as Special Administrator of the Estate of Joshua Wayne Harvey, Plaintiff, vs. City of Tulsa, a municipal corporation; Nigel Harris; Steven Douglas; Jaye Taylor; Patrick Dunlap; Charles Jordan; American Medical Response Inc., a foreign corporation, Defendants*. Case No: CJ-2020-01518 in the District Court In and For Tulsa County State of Oklahoma. (Defense)

*Floyd Patterson, II, as Special Administrator for the Estate of Floyd Patterson, III, deceased, vs. Andy Simmons, in his official capacity; City of Muskogee, Oklahoma et al*. United States District Court, Easter District of Oklahoma; Case No.: CIV-20-40-RAW. (Defense)

*Joann Schiller, Plaintiff, v. Omni La Mansion Corporation and Omni Hotels Management Corporation, Defendants*. Cause No. 2020CI21116 in the District Court of 438th Judicial District Bexar County, Texas. (Defense)

*United States of America vs. Dmitry J. Cattell*. United States Attorney's Office, Western District of Missouri. AUSA Byron Black. (Prosecution)

*United States of America vs. Julian Antonio Velasquez*. United States Attorney's Office, Eastern District of Virginia. AUSA Bibeane Metsch. (Prosecution)

Opioid MDL Deposition Dallas, Texas. September 1, 2021. (Plaintiffs)

*United States of America vs. Ahman Burke*. United States Attorney's Office, Southern District of New York. AUSA Thomas Wright. (Prosecution)

*United States of America vs. Sheron Loggins*. United States Attorney's Office, Western District of Missouri. AUSA Byron Black. (Prosecution)

Overdose of Michael Gabriel. Contract number 15JA5421P00000055. United States Attorney's Office, Southern District of New York. AUSA Sarah Mortazavi. (Prosecution)

*United States of America v. Roberto Martinez.* United States Attorney's Office Northern District of Texas. Sentencing Hearing testimony, AUSA John Kull and AUSA Myria Boehm; Dallas, Texas, April 12, 2021. (Prosecution)

*United States of America v. Juan Manuel Morales Rodriguez, Juan Samudio Castro, Austin Chase Sneed.* United States Attorney's Office Middle District of Tennessee. Trial testimony, AUSA Juliet Aldridge; Nashville, Tennessee, October

21, 2020. (Prosecution)

*United States of America v. Leonus Stevenson Peterson, et al.* United States Attorney's Office Eastern District of Virginia. (Prosecution). Evidentiary hearing for sentencing testimony, AUSA Olivia Emerson; Richmond, Virginia, October 19, 2020.

*United States of America vs. Jawayne Watkins.* United States Attorney's Office Western District of New York. (Prosecution). Trial testimony, AUSA Michael Adler; Buffalo, New York, October 15, 2020.

*United States of America vs. Michael Pitts*; United States Attorney's Office, Northern District of Illinois. (Prosecution). Trial testimony, AUSA Christine O'Neill; Chicago, Illinois, February 19, 2020.

Kootenai County District Attorney's Office; Grand Jury Testimony regarding Laurcene Isenberg (Prosecution); Coeur d'Alene, ID; January 29, 2020.

*United States of America vs. Charles Burton Ritchie and Benjamin Galecki.* United States Attorney's Office, District of Nevada. (Prosecution). Sentencing hearing testimony, AUSA James Keller; Las Vegas, Nevada, January 10, 2020 and January 31, 2020.

*United States of America vs. Michael Jones.* United States Attorney's Office, Southern District of New York. (Prosecution). Trial testimony, AUSA Daniel Wolf; New York, New York, October 17-18, 2019.

*United States of America vs. Gas Pipe, Inc.* United States Attorney's Office, Northern District of Texas. (Prosecution). Sentencing hearing testimony, AUSA Chad Meacham: Dallas, Texas, August 28, 2019.

*United States of America vs. Aaron Michael Shamo*. United States Attorney's Office, District of Utah. (Prosecution). Trial testimony, AUSA Michael Gadd: Salt Lake City, Utah, August 21, 2019.

*United States of America vs. Christopher Tyler.* United States Attorney's Office, Southern District of West Virginia. (Prosecution). Sentencing hearing testimony, AUSA Monica Coleman: Charleston, West Virginia, August 6, 2019.

*United States of America vs. Max Gaffney*. United States Attorney's Office, Southern District of California. (Prosecution). Trial testimony, AUSA Lawrence

Casper; San Diego, California, June 21, 2019.

*GULSTAN E. SILVA, JR., as Personal Representative of the Estate of Sheldon Paul Haleck; JESSICA Y. HALECK, Individually As Guardian Ad Litem of DEPARTMENT RECORDS; ORDERJEREMIAH M.V. HALECK; WILLAM E. HALECK; and VERDELL B. HALECK, Plaintiffs, Vs. CITY AND COUNTY OF HONOLULU; DONNA Y.L. LEONG, Individually and in her Official Capacity; LOUIS M. KEALOHA, Individually and in his Official Capacity; CHRISTOPHER CHUNG; SAMANTHA CRITCHLOW; STEPHEN KARDASH; CHAD SANO; REYNWOOD MAKISHI; FRANK POJSL; and JOHN and/or JANE DOES 1-10, Defendants. CIVIL NO. 15-00436 HG-KJM;* Honolulu, Hawaii (Defense). Trial testimony, Corporate Counsel Traci Morita; Honolulu, Hawaii, May 30, 2019.

*United States of America vs. Dr. Muhammed Samer Nasher-Alneam*. United States Attorney's Office, District of West Virginia. (Prosecution) Trial testimony, AUSA Haley Bunn; Charleston, West Virginia, April 26, 2019.

*United States of America vs. James H. Blume, Jr. DO; Mark T. Radcliffe; Joshua Radcliffe; Michael T. Moran, MD; Sanjay Mehta, DO; Brian Gullett, DO; Vernon Stanley, MD; Mark Clarkson, DO; William Earley, DO; Paul W. Burke, Jr., MD; Roswell Tempest Lowry, MD*. United States Attorney's Office, Southern District of West Virginia. (Prosecution).

LUKE SMITH, Deceased, through his Successor in Interest, IAN SMITH, individually and as successor in interest for LUKE SMITH, Deceased, Plaintiff, vs. COUNTY OF SANTA CRUZ, a public entity, SANTA CRUZ COUNTY SHERIFF JAMES HART, SANTA CRUZ COUNTY SHERIFF'S SERGEANT JACOB AINSWORTH, DEPUTY CHRIS VIGIL, DEPUTY JEFFREY EISNER, and DEPUTY EMMA RAMPONI; CITY OF CAPITOLA, a public entity, CAPITOLA POLICE OFFICER PEDRO ZAMORA; CITY OF WATSONVILLE, a public entity, WATSONVILLE POLICE OFFICER NOE HERNANDEZ, and LUKE SMITH, Deceased, through his Successor in Interest, IAN SMITH, individually and as successor in interest for LUKE SMITH, Deceased, No: 5:17-cv-05095-LHK. (Defense). Deposition, Oakland, California; February 27, 2019.

*United States of America vs. Sergio Martinez et al. 18-cr-00033-JL.* United States Attorney's Office, District of New Hampshire. (Prosecution)

*United States v. Anthony Marion and Lauren Martinez, case number 4:17 CR 549 JAR (EDMO).* United States Attorney's Office, Eastern District of Missouri. (Prosecution)

*United States of America vs. Dr. Pamwar Jain.* United States Attorney's Office, District of New Mexico. Sentencing hearing, Las Cruces, New Mexico; November 20, 2018. (Prosecution)

*United States of America vs. Curry*. United States Attorney's Office, Eastern District of Virginia. (Prosecution)

DEANA JO BRIESCH, INDIVIDUALLY AND AS INDEPDENDENT ADMINISTRATOR OF THE ESTATE OF TIMOTHY JOHN BRIESCH, DECEASED, AND AS NEXT FRIEND FOR AUSTIN JORDAN BRIESCH, A MINOR, AND ALLYSON MEAGON BRIESCH VS. AIR EVAC EMS, INC. DBA AIR EVAC LIFETEAM AND/OR TEXAS LIFESTAR, LAURA A. AINSWORTH, RN, JOHN D. PLUSNICK, EMT-P, BRIAN S. PRICE, MD AND EMERGENCY SERVICES PARTNERS, LP. (Plaintiffs)

Rebecca Potter, Individually and as Next Friend of Austyn Vasquez, a minor, and Richard Potter, Plaintiffs v. HP Texas1 LLC d/b/a HPA TX LLC, OPVHHJV LLC d/b/a Pathlight Property Management, and SER Texas LLC d/b/a Hyperion Homes Texas LLC, Defendants. In the District Court of Rockwall County, Texas, 382nd Judicial District. (Defense)

*United States of America vs. Dr. Shouping Li.* FBI Nevada, Las Vegas Division.

*United States of America vs. Bryan Byrd*. United States Attorney's Office, District of Alabama. (Prosecution)

*United States of America vs. Cole Gipson*. United States Attorney's Office, Western District of Missouri. (Prosecution)

*United States of America vs. Jawayne Watkins*. United States Attorney's Office, Western District of New York. (Prosecution)

*United States of America vs. Dr. David Morgan*. United States Attorney's Office, District of West Virginia. (Prosecution)

Cause No. C2017133; Tina L. Johnson v. Jeffrey Scott Smith, MD; in the 355th District Court, Hood County, Texas. (Defense)

*United States of America vs. Jenny Letson*. United States Attorney's Office, District of Alabama. (Prosecution)

*Richard M. Ogburn vs Rameshwaram, LLC d/b/a Best Western Burleson Inn and Suites;* In the District Court 18th Judicial District, Johnson County, Texas. Deposition, November 30, 2018. (Defense)

Kootenai County District Attorney's Office; Grand Jury Testimony regarding Varsel Jarnagin (Prosecution); Coeur d'Alene, ID; November 7, 2018.

*United States of America vs. Holly Kaszuba.* United States Attorney's Office, Middle District of Pennsylvania. (Prosecution) Trial testimony, AUSA Michelle Olshefski; Scranton, PA; November 5, 2018.

*Hector Alvarado v. Independent Bar Austin, LLC, d/b/a Barbarella; and Elizabeth Elliot;* In the 126th Judicial District, Travis County, Texas. (Defense)

SHELLY D. PARHAM, individually, and VICTOR HINES III, as independent administrator of, and on behalf of, the ESTATE OF MARCUS JOHNSON, Plaintiffs, vs. CITY OF BURKBURNETT; DANIEL C. ELBAUM; MATTHEW C. MCDONALD; and ZACHARY D. LEONARD, Defendants. CIVIL ACTION NO. 7:17-CV-00036-M. (Defense)

Rosemary Iberra, Individually, and as Representative of the Estate of Jessica Morales Leija, and as Next Friend to CS, ES, LS, and NS, Minor Children, and Raul Leija, Individually vs. Toyota Motor Corporation. (Plaintiff)

*United States of America vs. Jubentino Soto, et. al*. United States Attorney's Office, Eastern District of Washington. (Prosecution)

*United States of America vs. Corey Bernard Green*. United States Attorney's Office, Southern District of California. (Prosecution)

*United States of America vs. Jonathan Barrett; Joedon Bradley; and Johnny Williams*. United States Attorney's Office, Middle District of Tennessee. (Prosecution) Trial testimony, AUSA Amanda Klopf; Nashville, TN; March 21, 2018.

*State of Texas vs. Christopher Davis*. Dallas County District Attorney's Office; (Prosecution); Trial Testimony, Assistant District Attorney Leighton D'Antoni; Dallas, TX; January 11, 2018

*Penny Herzog, Individually and as Representative of the Estate of David Lynn Herzog, Deceased vs. Jerome Lee Sang, MD, PA, Jerome Lee Sang, MD, Mathew T. Alexander, MD, South Texas Brain and Spine Institute, PA, Bret Todd, DO, Christopher Luis Reyes Fernandez, MD, Gulf Shore Anesthesia Christus Spohn Health System Corporation.* (Defense)
Deposition; Burford Ryburn; July 19, 2017
Trial testimony; Sinton, TX; December 11, 2017

Clark County District Attorney's Office; Grand Jury Testimony regarding Gregory Brent Dennis (Prosecution); Las Vegas, NV; September 13, 2017.

*United States of America vs. Brian Wimsatt.* United States Attorney's Office, Middle District of Tennessee. (Prosecution)

*United States of America vs. Tatiana Johnson; Damien Anderson; and Leon Anderson*. United States Attorney's Office, Middle District of Tennessee. (Prosecution)

*United States of America vs. Eugene Gosy, MD*; United States Attorney's Office, Western District of New York (Prosecution)

*United States of America vs. Edward Lee Poorman,* Case No. 2:17cr00222-DB; District of Utah (Prosecution)

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA CASE NO.: 0:15-cv-62116-FAM; CALVIN REID and MAMIE REID, co-Personal Representatives of the ESTATE OF CALVON ANDRE REID, Plaintiffs, vs. CITY OF COCONUT CREEK, SGT. DAVID FREEMAN, SGT. DARREN KARP, OFC. THOMAS EISENRING, and OFC. DANIEL RUSH, Defendant. (Defense)

Case No. 15-cv-02241-L-WVG *THE ESTATE OF FRANCISCO MANUEL CESENA, by and through its successor-in-interest, JONATHAN JOSE TRINIDAD CESENA; MANUEL SALVADOR CESENA; TRINIDAD CESENA; FRANCISCO ARMANDO CESENA by and through his guardian ad litem CORINA AVILA; JONATHAN JOSE TRINIDAD CESENA; and LUCITANIA JULIANA, Plaintiffs, v. STEPHEN HUDSON; CLARENCE LABAK; BRADLEY MARTIN; MICHAEL KUPIEC; NINA SIGNORELLO; JEFF SAVAGE; CARY RODRIGUEZ; JAMES CARRAWAY; DELLANIRA MONROY; UNITED STATES OF AMERICA and DOES 2-20, Defendants.* UNITED STATES DISTRICT COURT, THE SOUTHERN DISTRICT OF CALIFORNIA. (Defense)

*Sandra Mata, as Heirs of the Estate of Rudy Ricardo Mata v. Pioneer*

*Pawn; Robert Furr, and Pamela Furr.* In the District Court of Tarrant County, Texas, 17th Judicial District. (Defense)
Deposition, Thompson Coe Cousins and Irons; November 28, 2017

*United States of America vs. Michael Kostenko, DO;* Southern District of West Virginia. (Prosecution)

*United States of America vs. Kevin Campbell;* United States Attorney's Office, Western District of Washington. (Prosecution)

*United States of America vs. Darius Jermaine Blakemore,* Case No. 1:16-cr-23; United States Attorney's Office, District of Eastern Tennessee. (Prosecution) Trial testimony, AUSA Michael Porter and Scott Winne; Chattanooga, TN; June 27, 2017

*United States v. Robert G. Rand, et al.,* 3:16-CR-00029-MMD-WGC; United States Attorney's Office, District of Nevada. (Prosecution) Testimony, Sentencing Hearing, AUSA James Keller; Reno, NV; November 20,2017

*United States of America vs. Yeffry Reynoso*. United States Attorney's Office, District of Massachusetts. (Prosecution)

*United States of America vs. Cassie Verastegui*. United States Attorney's Office, Eastern District of Washington. (Prosecution)

*United States of America vs. Dr. Shakeel Kahn*. United States Attorney's Office, District of Wyoming. (Prosecution)

*Sok Kong, Trustee for the Next-of-Kin of Map Kong, Decedent vs. City of Burnsville, Minnesota and Maksim Yakovlev, in his individual and official capacity, John Mott, in his individual and official capacity, and Taylor Jacobs, in his individual and official capacity.* Court File No: 16-CV-03634

*Vicky Waggoner vs. General Motors.* Civil Action No. 7:16-cv-00021-O.

*Cheri Hanson, as trustee of next of kin of Andrew Derek Layton v. Daniel Best, Audrey Burgess, Craig Frericks, Kyley Groby, Matthew Huettl and Kenneth Baker, individually and acting in their individual capacities as City of Mankato Department of Public Safety Police Officers; The City of Mankato; Gold Cross*

*Ambulance, Michael Jason Burt, and Thomas John Drews. File: 39416 (872).* (Defense)

*David Antis and Donna Antis v. Atmos Energy Corporation;* Cause No. 38587 in the 82nd Judicial District Court of Falls County, Texas. (Defense)

*Lisamarie Antonicelli, Plaintiff v. Trinity Industries, Inc.; Trinity Highway Products, LLC, Defendants*. (Defense)

*Bonny Edward Taylor, as the Personal Representative and Administrator of the Estate of Almus Reed Taylor, Plaintiff v. Henry P. Hughes, et al., Defendants*. Civil Action No. 2:14-cv-1163-WKW-WC; In the United States District Court for the Middle District of Alabama, Northern Division. (Defense)

*United States of America vs. Rodrigus L. Pearson;* Case No. 2:16-cr-00239-MHH-HGD; United States Attorney's Office, Northern District of Alabama. (Prosecution)

*Cleo Patricia Shelby v. Joe Conway and Patrick White;* In the District Court of Bowie County, Texas; Cause No. 15C0583-202. (Defense)

*United States of America vs. Zachery Scott Kerns,* United States Attorney's Office, Eastern District of Oklahoma. (Prosecution)

*United States of America vs. Rosendo Flores Angulo and Curtis Hutchinson*, United States Attorney's Office, District of New Mexico. (Prosecution)

*United States of America vs. Trey Rath*, case number 3:16-cr-40, United States Attorney's Office, Eastern District of Tennessee. (Prosecution)

*United States of America vs. David Bollinger*, 4:16 CR 0030 CEJ (EDMO), United States Attorney's Office, Eastern District of Missouri. (Prosecution)

Testimony, Sentencing Hearing, AUSA Sirena Wissler; March 21, 2017; St. Louis, Missouri.

*GLADIS CALLWOOD, as Administratrix of the Estate of KHARI NEVILLE ILLIDGE, Plaintiff, v. PHENIX CITY, ALABAMA a municipal corporation; JAY JONES, individually, CHARLES W. JENKINS, JR., individually; STEVEN M. MILLS, individually; RAY SMITH, individually; JOEY WILLIAMS, individually; DAVID BUTLER, individually; SHAWN SHEELY, individually; and RAYMOND J.*

*SMITH, individually, Defendants. CIVIL ACTION No. 2:15-CV-182-WHA.* (Defense)

*Leslie Urso, et al vs. Robertson County Veterinary Services, P.C., et al.* (Defense) Testimony against expert witness, Daubert Hearing; July 17, 2017

*Richard A. Dotterer v. Thomas Pinto, Rebecca Saborsky, Douglas F. Kish, Kim Moyer, Bourough of Catasauqua, Borough of North Catasauqua* (Defense)

American College of Medical Toxicology Forensic Opioid Interpretation Guideline Panel, 2012-2013

Toxicology expert designation for TASER International pertaining to the Mr. Jordan Begley Inquest, Her Majesty's Senior Coroner, Manchester, United Kingdom.

*United State of America vs. Robert C. Osborne, MD*, United States Attorney's Office, District of New Mexico. (Prosecution)

*Sara Hollandsworth v. James F. Lilly, MD, Naina Wasan, PA, Amy Davis RN, Linda Gosselin, RN, Hospital Corporation of America d/b/a Medical Center of Lewisville, HCA Holdings, Inc., d/b/a Medical Center of Lewisville, and Healthrust, Inc.—The Hospital Company d/b/a Medical Center of Lewisville.* Cause No. DC-14-02803; 192nd District Court, Dallas County, Texas. (Defense)

Deposition
Firm: Schell Cooley LLP

No. 9:14-CV-150-KFG*; John DiSalvatore, et al. v. Foretravel, Inc. d/b/a Foretravel Motorcoach*; In the United States District Court for the Eastern District of Texas, Lufkin Division. (Defense)

*C.S. Slade, Sr., Individually, Dorothy Slade, Individually, Kim Spearman, as next friend of M.S., a Minor, Coren Slade-Bell, as next friend of C.K., J., a Minor, Coren Slade-Bell, Individually, Tanisha Slde, Individually and Heirs of Marcus Dewayne Slade vs. City of Marshall, Texas, Former Police Chief Stanley Spence; John Johnston; Cortney Wells, and Stacey Roach.* (Defense)

Deposition
Firm: Boon, Shaver, Echols, Coleman & Goolsby

*Betty Madewell, vs. Gregg County.* Civil Action No. 2:13CV581-RSP; In the United States District Court for the Eastern District of Texas, Marshall Division.

*Shirley L. Miller, Individually and as Administrator of the Estate of Eugene Allen, Plaintiff v. Taser International, Inc., and State of Delaware, Defendants* (Defense)

*State of Texas vs. Dr. Ana Gonzalez-Angulo* (Prosecution)
Trial: Harris County Criminal Justice Center

*Kathleen Minneman vs. John's Place* in the 80th District Court, Harris County, Texas. (Defense)
Deposition
Firm: Sheiness, Glover, and Grossman

Case 5:13-cv-00735-R. *Charlotte Tsosie vs. United States of America*; In the United States District Court for the Western District of Oklahoma (Defense)

No. 2014-03-0215*; Paul Lewis Belyeu vs. James E. Campbell and Billy Jo Davis*; In the District Court of Cherokee County, Texas, 2nd Judicial District. (Defense)

No. 2013C-0794*; Robert Magee, et al v. Farmer's Texas Country Mutual Insurance Company;* In the 3rd District Court of Henderson County, Texas. (Defense)
Trial testimony
Firm: Farmer's Texas Country Mutual Insurance Company

*Cause No. 2013-33309; Ingrid Bender and Tim Bender, Individually and as Next Friend of Andrew Bender vs. Houston Northwest Medical Center, Houston Northwest Medical Center, Inc., Houston Northwest Medical Operating Partners, Ltd., Houston Northwest Operating Partners, LLC, Cesario A. Castillo, M.D., Woodrow V. Dolino, M.D., Renee Madden, N.P. and Summerwood Family Clinic; In the 125th Judicial District Court of Harris County, Texas.* (Plaintiff)
Deposition
Firm: Davis and Davis

*Darla Plunkett Riley vs. Isaac Grate, Jr., MD* In the 269th District Court of Harris County, Texas, 269th Judicial District. (Plaintiff)
Deposition
Firm: Davis and Davis

*Tammie Chapman v. DCR Beverages, LLC, Doing Business As Smashburger, DC Rightside, LLC, DCR Concessions, LLC and DCR Hospitality, LLC* In the 101st Judicial District of Dallas County, Texas. (Defense)

*Cause No. 2012-502124; Gary Williams, Individually and on Behalf of the Estate of Justin Kurt Williams, Deceased v. Vicki Buxkemper, CFNP; In the 237th District Court of Lubbock County, Texas.* (Defense)

*Guillermo Hurtado, As Next Friend to Jesus Hurtado-Garcia, An Incapacitated Adult vs. CVS Pharmacy Inc., et al.* (Plaintiff)

*Darron Q. Watson and Kenyatta Sapp, Individually as the natural Parents of Darron Z. Watson, deceased, and Kenyatta Sapp as the Administratrix of the Estate of Darron Watson, deceased, v. Northlake Pediatric Associates, P.C. and Raymond Rosenberg, M.D.* (Plaintiff)

Deposition
Firm: Cochran, Cherry, Givens, Smith, Sistrunk and Sams

*Debora Cherry v. Efficient Attic Systems, L.P; Cause No. 11-09147;* In the 101st Judicial District Court of Dallas County, Texas. (Defense)

*Cause No. 2012-33100; Samuel C. Fischer v. Coaches Sports Bar and Grill Katy, Inc. and Coaches Sports Bar and Grill Humble; 215th District Court; Harris County, Texas.* (Defense)

Deposition
Firm: Hermes Sargent Bates; Indemnity Insurance

*Bianca Elliott Colgin, Individually and as Next Friend of Arden Louise Colgin, a Minor vs. Remington Arms Company, LLC, Sporting Goods Properties, Inc., Robert M. Farrell, Robert M. Farrell, LLC, Robert M. Farrell Development, LTD., Robert M. Farrell Family Partnership #1, LTD., Robert M. Farrell Family Partnership #2, LTD., and North Rio Vista, LTD.* (Plaintiff)

Cause No. CC-12-04068-A. *Emilia Hernandez vs. Tam and Tam International d/b/a Tam's Chinese Restaurant*; In the County Court at Law No. 1 of Dallas County, Texas. Your File No. 1132001 (Defense)

*Jeffrey Herron, Amy Herron, Individually and as Next Friend of Jeffrey Herron (His Guardian), William Herron, a Minor and Abigail Herron, a Minor v. BRC Aledo Properties, LLC d/b/a Railhead Smokehouse, Aledo Bearcat Properties,*

*LLC, Burton Parnell, Randy Myers, and Michelle Terry; and Todd Jarvis, Third Party Defendant* (Defense)

*Janie Edwards, individually and as heir to and representative of the estate of Vernell Edwards, deceased v. CVS Pharmacy, Individually and d/b/a CVS Pharmacy, Store #7664, CVS Rx Services, Inc. CaremarkPCS Health, LLC d/b/a CVSCaremark and General Peay, Pharmacist* (Plaintiff)

*Alisa McClure, Individually and as Representative of the Estate of Brian McClure; Betty Jean Grubbs; and Sherry Lynn Barr McClure as Next Friend of Hunter Lee McClure and Morgan Leann McClure, minors, vs. Watson Pharmaceuticals, Inc.; Watson Laboratories, Inc, a Nevada Corporation; Watson Laboratories, Inc., a Delaware Corporation; Watson Pharma, Inc.; Alza Corporation; Johnson & Johnson; Novaris Pharmaceutical Corporation; Novartis AG; Sandoz, Inc.; Sandoz Pharmaceuticals Corporation; Mylan, Inc.; Mylan Pharmaceuticals, Inc.; Mylan Technologies, Inc.; Columbia Medical Center of McKinney Subsidiary d/b/a Medical Center of McKinney; Columbia North Texas Subsidiary, GP, L.L.C.; Scott DeVilleneuve, MD; E. Ragnar Peterson, MD; Sant, P.L.L.C., d/b/a Surgical Associates of North Texas, and Jolene L. Hammons* (Defense)

Cause No. CC-11-02914-D in Dallas Co. Court at Law No. 4; *Lynanne Rannebarger v. Gilardo Gonzalez, Southwestern Motor Transport, Inc. and Derrick Percell Britt v. Virginia Adkins, Individually, on behalf of the Estate of Ladarius Adkins, and on behalf of all wrongful death beneficiaries of the Estate of Ladarius Adkins* (Defense)

Deposition
Firm: Strasburger & Price; Mark Scudder

Cause No. 2011-CO-07975; in the 57th Judicial District Court, Bexar County; *Maria Garza, Individually and on behalf of the Estate of Leoncio Antonio Garza v. Sea Island-I10, Ltd.* (Defense)

Cause No. 09-15340 *David Dawson v. Fluor Intercontinental, Inc. and Watkinson, LLC Managing Contractors a/k/a Watkinson LLC;* in the District Court Dallas, County, Texas 134th Judicial District (Plaintiff)

*United States of America v. Dewey Mackay;* United States District Court for the District of Utah (Prosecution); Trial testimony

*United States of America v. Jaret Bush* (Prosecution)

Cause No. 2010-80-C; *Kathy Mangum Jones, For and on behalf of the wrongful death beneficiaries of Joseph W. Jones, deceased vs. Brandon HMA*., *Inc. D/B/A Rankin Medical Center, Brandon HMA, Inc. D/B/A Rankin Medical n/k/a Brandon HMA, LLC, Dr. James Jefferson, Dr. Kurt Johnson, Dr. Michael Albert, and John Does 1-10* (Plaintiff)

Cause No. 17004*; Dana Running as next friend of Jeffrey Peck and Jonathan Peck, Minors v. Joshua Shane Murphy and Nash Builders, Limited* in the 424th Judicial District Court of Llano County, Texas (Plaintiff)
  Deposition and Trial testimony
  Firm: The Law Offices of Price Ainsworth; Price Ainsworth

Cause No. 366-00795-2010; *John Michael Mock, et al. v. Presbyterian Hospital of Plano, et al.; in the 366th District Court, Collin County, Texas* (Defense)
  Trial testimony
  Firm: McCue Pauley

*Tom McEnnis and Patti Plymate-McEnnis vs. State Farm County Mutual Insurance Company of Texas*; In the District Court Williamson County, Texas, 26th Judicial District (Defense)

No. 2009-48-4. *Stephen Mark Hurley vs. Freeman Center;* In the District Court McLennan County, Texas 170th Judicial District (Defense)

Cause No. 09-15795; *Julie Schwartz v. Michael H. Brophy, MD* (Defense)

JWA No. 589-A-2010*; Ricky Guzman, Claimant v. Forged Components, Inc., Respondent* (Defense)

*Cause No: 2247; In Re: Estate of Frank O'Neil, Deceased; In the Constitutional County Court of Kimble County, Texas* (Defense)
  Deposition
  Firm: Gordon Reese; Bob Bragalone

*Jamarcus Edwards vs. Progressive casualty Insurance Company, et al. Parish of DeSoto, 42nd JDC No. 66,954.* (Plaintiff)
  Deposition
  Firm: Silbert and Garon (New Orleans, LA); Scott Silbert

*Boyce Gainey, as Guardian and Representative of the Estate of Justin Gainey, Non Compos Mentos, vs. Lift-All Company, Inc., Rigging Supply Company and Industrial Mill and Maintenance Supply, Inc*. (Plaintiff)
Deposition: Montes Law Group; Rachel Montes
Trial: The Tracy Firm; Todd Tracy

*Bonnylen Catlett v. Duncanville Independent School District*; Civil Action No. 3:09-CV-01245-K pending in the U.S. District Court for the Northern District of Texas, Dallas Division (Defense)

*John Kirtley, III, Individually and as Independent Administrator of the Estate of John Kirtley, Jr. Deceased vs. Gulf States LTAC of Dallas, etc. Cause No. 09-08471-F; Client/Matter No.: 0100-00042* (Defense)

*Manual Marquez, on behalf of the Estate of Terry Bailey, Manual Marquez father, Mary Lous Williams mother and Damian Bailey and Macy Bailey and Tia Bailey individually and Lana Martinez individually and as next friend of Macy Bailey, a minor vs. S.C. Johnson and Son, Inc., and John Forte* (Defense)

*State of Texas vs. Robert Willard Lenox* (Defense)
Trial: Public Defender Sherman, Texas

No. 23,265- Becky *Vanden Bosch, Individually and as Next Friend of Justin Maurice Evans, a Minor Child vs. Wilbarger General Hospital, et al*.-in the 46th Judicial District of Wilbarger County, Texas (Defense)
Trial: Schell Cooley; Tim Ryan

*Kenneth Washington and Betty Washington, Individually and on Behalf of the Estate of Everett Washington vs. Methodist Health System, Dung Ngoc Huynh, and Demetria Carwile* (Plaintiff)

*Brenda F. Bowers vs. Gayle D. Bounds, D.O., Sheridan Express Pharmacy of Lawton; Case 5:08-cv-00476-m* (Defense)

*United States of America vs. Patricia Green;* United States District Court for the District of New Mexico (Prosecution)
Trial testimony

*United States of America vs. Tiofila Santanilla* United States District Court for the Western District of Texas *(Prosecution)*

Trial testimony

*Adcock vs. Baylor Medical Center at Trophy Club, et al. Cause No. 141-224238-07.*(Defense)

*Patricia Walters, Individually and as Next Friend of Austin Walters vs. Stephen Biondo, CVS Pharmacy Store #3200 and CVS Pharmacy Inc. Cause No. 296-01896-07* (Defense)

*Brian Hurd et al. vs. Michael Preston Speight; Harold Speight; Hand Dallas Restaurant Inc. d/b/a Have a Nice Day Café and BNY Dallas, INC. d/b/a Tiki Bob's Cantina* (Defense)

*Leehah Fischer Cain vs. CVS Pharmacy et al*.; In the District Court of Harris count, Texas, 80th Judicial District. (Defense)

Cause No. 06-07111-A; *Joseph Zheng vs. Wal-Mart Stores, Inc. and April Johnson* (Defense)
Deposition; Cowles and Thompson; Bevan Rhine

*Mary Garcia, Individually and as Personal Representative of the Estate of Melany Avila, Deceased v. Golden Triangle Living Center, Inc., et al.;* 58th Judicial District Court; Jefferson County, Texas; Cause No. A-175, 506 (Defense)

*Craig and Susan Waltjer v. Holiday World of Houston, L.P. and Keystone RV Company*; In the 189th District Court of Harris County, Texas; Cause No. 2004-47571 (Defense)

*Cabrera v. Johnson et al.; In the 162nd Judicial District Court*; Dallas County, Texas; Cause No. DC 0600223 (Defense)
Deposition and Trial; McCue Pauley; David McCue and Bruce Pauley

*Mario Perea, Individually, and as Representative of the Estate of Jacob Perea, Deceased, et al. vs. Michael Rice, M.D.*, et al.; Cause No. 2005-533,287 (Defense)
Deposition and Trial; Schell Cooley; Tim Ryan

*Norberto Ortiz, et al. vs. Columbia Medical Center of Las Colinas, Inc., et al.* Cause No.: 05-10908-M; 298th Judicial District (Defense)
Deposition; McCue Pauley; David McCue and Bruce Pauley

*Michael Martin et al. vs. KV Trucking, Inc*., et al. Civil Action No. 4:04cv369. (Defense*)*

I have served as a consultant on numerous other cases.

**Research Experience**

SMU Undergraduate Research: "The Phenylation of Poly(methylphenylphosphazene)"Dr. Patty Wisian-Nielson, 1994
SMU Undergraduate Research: "The Preparation of S-Hexahydropyrene and 4-Bromopyrene", Dr. Edward Biehl and Dr. Daniel Swartling, 1993
Pohl Cancer Research Laboratory, Georgia College, Milledgeville, GA: "Cellular Spin Resonance", Dr. Douglas G. Pohl, 1987-1991

**Presentations**

Panelist, American College of Medical Toxicology, Women in Toxicology Summer Webinar; "Many Paths, One Field: Women Leading in Toxicology"; July 17, 2026.

Panelist, American College of Medical Toxicology 2026 Legal Section Webinar; Toxicology on Trial: Mastering Expert Testimony Under Federal Rules of Evidence 702; April 20, 2026.

Panelist, American College of Medical Toxicology 2026 Seminar in Forensic Toxicology; Case Panel on Challenging interpretations involving Hyperactive Delirium with Agitation; January 20, 2026.

Panelist, American College of Medical Toxicology Legal Section Webinar "So You Wanna Be an Expert Witness"; January 5, 2026.

Speaker, American Association of Clinical Toxicology; Toxicology History Webinar/Podcast; MK ULTRA: The CIA, LSD, and Mind Control; December 16, 2025.

Speaker, Highland Park High School Science Festival, Dallas, TX, November 17, 2025.

Speaker/panelist, High Intensity Drug Trafficking Area (HIDTA)/Domestic Highway Enforcement (DHE) National Meeting; Dallas, Texas, April 16, 2025.

Speaker, Highland Park High School Science Festival, Dallas, TX, November 18, 2024.

Invitee, Senator John Cornyn roundtable on the *Fight Illicit Pill Presses Act*; Parkland Hospital; September 4, 2024.

Speaker, Police Executive Research Forum; (PERF) roundtable meeting about restraint-related death. Icat facility; Decatur, Illinois; June 27, 2024.

Speaker, Highland Park High School Science Festival, Dallas, TX, November 13, 2023.

Speaker, Inaugural meeting of the Department of Justice Criminal Division's Anti-Fentanyl Synchronization Group. (Virtual) Chaired by Principal Deputy Assistant Attorney General Nicole Argentieri and Deputy Assistant Attorney General Jennifer Hodge; May 18, 2023

Speaker, Highland Park High School Science Festival, Dallas, TX, October 7, 2022

Speaker, Emergency Medicine Didactic Session (virtual): "Toxicology: Acetaminophen to Zinc"; Oklahoma State University Center for Health Sciences Emergency Medicine Residency; August 18, 2022

Speaker, Highland Park High School Science Festival, Dallas, TX, March 25, 2022

Panelist, American College of Medical Toxicology Symposium Agitation Panel (Virtual), April 13, 2021

Emergency Medicine Grand Rounds Presenter, "The Zombie Apocalypse: Cases Involving the Excited Delirium Syndrome; Florida Atlantic University (Virtual), April 20, 2021

Speaker, "The Emergency Department, Poisons, Drugs and Murder Mysteries"; Virtual Shadowing Session, February 23, 2021.

Speaker, "Stories from the 'Front Line' of Medicine and Medical Toxicology"; Highland Park High School Science Festival, Dallas, TX, February 1, 2021

Organizer and speaker, ACMT Seminar in Forensic Toxicology; Criminal Poisoning and Drug-Facilitated Sexual Assault: Forensic, Legal and Medical Aspects, Washington DC, December 9-10, 2019

Speaker, Opioid Multidistrict Litigation Conference, Dallas, TX, June 6, 2019

Speaker, "The Emergency Department, Poisons, Drugs, and Murder Mysteries"; Highland Park High School Science Festival, Dallas, TX, January 31, 2019

Organizer and speaker, ACMT Seminar in Forensic Toxicology; Opioids, Toxicology, and the Law: Medical-Legal Aspects of the Opioid Epidemic, Dallas, TX, December 13-14, 2018

Speaker, "Perspective on Drug Users' Death and Dealer Culpability"; ACMT Seminar in Forensic Toxicology; Opioids, Toxicology, and the Law: Medical-Legal Aspects of the Opioid Epidemic, Dallas, TX, December 14, 2018

Billington ME, **Hail S**. Crushing Counterfeits: Deaths Due to Illicit and Inadvertent Use of Potent Opioid Analogues. North American Congress of Clinical Toxicology, Chicago, IL. November 26-29, 2018.

Meadors KB, Hail S, Kleinschmidt K, Cao J. Chasing the Dragon with Fentanyl Patch Gel. North American Congress of Clinical Toxicology, Chicago, IL. November 26, 29, 2018,

Speaker, "The Opioid Epidemic: Stories from the "Other" Front Line." EMC of TEAMHealth 10th Annual Women in Emergency Medicine Conference; September 21, 2018.

Testimony, State of Texas, House of Representatives, Select Committee on Opioids and Substance Abuse; May 15, 2018.

Sciano NM, Green WL, **Hail S**. Left Neck Mass: Virchow Node. SAEM Photo Competition, Indianapolis, IN. 16 May 2018.

Speaker, "Drug Overdose Causation: How Did They Die, How Do You Prove It, and Why Your Civil Case is A Crime Scene"; State Bar of Texas, Advanced Medical Torts Course; San Antonio, Texas; March 9, 2018.

Keynote Speaker, "The Opioid Epidemic: Stories from the Front Line"; The Opioid Epidemic: A Wicked Problem of the Worst Kind Conference by Avera Healthcare, United States Attorney's Office, District of South Dakota; Sioux Falls, South Dakota; October 18, 2017.

Speaker, Police Use of Force in Today's World, Miami-Dade Police Department; Miami, Florida; June 26, 2017.

Speaker, 2017 New Orleans Field Division (NOFD) Management Training; Kessler Air Force Base; Biloxi, Mississippi; June 20, 2017

Adjunct Instructor, Advanced Diversion Investigator Training, Drug Enforcement Administration Academy, Quantico, Virginia; June 14, 2017,

Speaker, 2017 Annual Conference of the Colorado Law Enforcement Coordinating Committee. "Opioid Epidemic: Medical Issues in Prosecutions." Keystone, Colorado; April 18, 2017.

Speaker, North Carolina Opioid Reduction Alliance, Strategic Initiative, Heroin Overdose Conference; Charlotte, North Carolina; April 13, 2017.

Speaker, Alternative Careers in Medicine, Washington University via Skype, St. Louis, Missouri; February 7, 2017

Workshop Chair, Society of Forensic Toxicologists National Meeting; "The Medical Toxicology Detectives: From the Case Files of Parkland Hospital", Dallas, Texas, October 17, 2016.

Southwest Association of Forensic Scientists, "The Zombie Apocalypse: Excited Delirium Syndrome, Designer Drugs, and TASERS"; Galveston, Texas, September 29, 2016.

Drug Enforcement Administration, New Orleans Field Division Management Conference; "Demystifying Toxicology"; Biloxi, Mississippi, September 21, 2016.

Drug Enforcement Administration and Hazelden Betty Ford Foundation. "Saving Lives—Innovative Solutions to the Opioid Crisis"; Minneapolis, Minnesota, September 8, 2016.

Drug Enforcement Administration, Office of Diversion Control, Federal Pharmaceutical Drug Investigations and Prosecutions Training, "Demystifying Toxicology: What the Dead Can and Cannot Tell us"; Dallas, Texas, August 24, 2016.

Drug Enforcement Administration, Ft. Worth Tactical Diversion Squad, "Demystifying Toxicology: What the Dead Can and Cannot Tell Us", Ft. Worth, Texas, June 15, 2016.

Department of Homeland Security, Law Enforcement Coordinating Committee, "Demystifying Toxicology: What the Dead Can and Cannot Tell Us"; Cheyenne, Wyoming, June 2, 2016.

Department of Homeland Security, Law Enforcement Coordinating Committee, "The Zombie Apocalypse: Excited Delirium Syndrome, TASERs, and Designer Drugs"; Cheyenne, Wyoming, June 2, 2016.

Dallas Drug Enforcement Administration, United States Department of Justice, "Demystifying Toxicology"; Dallas, Texas, May 9, 2016.

American Medical Association, Panelist, Physician Entrepreneurship: Transform the Future of Health Care; Austin, Texas, April 28, 2016.

University of Texas Southwestern Joint Conference on Agitation, Department of Emergency Medicine and Department of Psychiatry, "Excited Delirium Syndrome"; Dallas, Texas, January 28, 2016.

Organized Crime Drug Enforcement Task Forces, United States Department of Justice, "Demystifying Toxicology and 'But For' Causation; Atlanta, Georgia, November 19, 2015.

Southwest Association of Forensic Scientists, "Pick Your Poison"; Oklahoma City, Oklahoma, October 22, 2015.

Southwest Association of Forensic Scientists, "State of Texas vs. Ana Gonzalez-Angulo"; Oklahoma City, Oklahoma, October 22, 2015.

Southwest Association of Forensic Scientists, "Forensic Files of Dr. Hail", Oklahoma City, Oklahoma, October 22, 2015.

Parkland Health and Hospital System Police Department, “Poisons and Police”, Summer 2015

“TASER Tox”, TASER International Scientific Advisory Board; Scottsdale, Arizona, April 10, 2015.

“So You Think You Are An Expert”, Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 12, 2013.

Mock Deposition, Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 12, 2013

“Criminal Potpourri”, Consultation in the Civil and Criminal Arenas, American College of Medical Toxicology, Baltimore, Maryland, November 13, 2013

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, “Continuous Intravenous Infusion of Physostigmine in Anticholinergic Delirium”, North Texas Poison Center, Dallas, Texas, August 7, 2012

“Toxicology”, University of Texas Southwestern School of Medicine, Sophomore Pharmacology, April 13, 2012

“Witches: Heretics or Early Drug Users”, Tarrant County Medical Examiner’s Office, Ft. Worth, Texas, October 2011

“Continuous Intravenous Infusion of Physostigmine in Anticholinergic Delirium”, Utah Poison Control Center, Salt Lake City, Utah, October 2011

“Forensic Files of Dr. Stacey Hail”, Georgia Poison Control Center, Atlanta, Georgia, October 2011

“Syndrome of Antidiuretic Hormone Complicating Pediatric Ingestion of Fluoxetine”, North American Congress of Clinical Toxicology, Washington D.C., September 2011

Keynote Speaker at the Southwest Association of Toxicologists, “Legal Highs—and Lows”, Austin, Texas, April 2011

Testimony; Texas House of Representatives, Committee on Criminal Jurisprudence, House Bill 1548 to add Methylenedioxypyrovalerone and Mephedrone to Penalty Group 2 of the Texas Controlled Substances Act, Austin, Texas, March 15, 2011

Southwest Association of Forensic Scientists, "The Case Files of Dr. Stacey Hail", Grapevine, Texas, September 2010

Society for Academic Emergency Medicine, Clinical Pathologic Case Conference competition, Phoenix, Arizona, June 2010

University of Texas Southwestern Medical Center, Emergency Medicine Resident Conference, "Takotsubo Cardiomyopathy", 2009

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Xocolatl: A Treasure from Ancient Civilizations", 2007-2010

University of Texas Southwestern Medical Center, Toxicology Grand Rounds, "Witches: Heretics or Early Drug Users", 2005-2010

University of Texas Southwestern Medical Center, Emergency Medicine Resident Conference, Toxicology In-Service Review, 2005-2017

Toxicology Grand Rounds, "Mycotoxins and the Black Mold Controversy," 2003
Instructor, Terrorism Response and Emergency Care Course, Texas Department of Health and Parkland Hospital, 2003

Children's Medical Center Noon Conference, "Management of Acetaminophen and Salicylate Toxicity in Pediatric Patients", May 2003

Certified Specialist of Poison Information Review Course, "Natural Toxins", April 2003, 2004

Instructor, Advanced Disaster Life Support course, Secret Service Headquarters, "Chemical Agents II", January 2003

American Association of University Women and Brookhaven College, "Expanding Your Horizons in Math and Science", Keynote Speaker, October 2001

Toxicology, "Paraquat Poisoning", October 2001

Emergency Medicine Resident's Conference, "Keeping Pace with Cardiac Pacing in the Emergency Department", June 2002

Emergency Medicine Resident's Conference, "A Right Common Iliac Artery Mycotic Aneurysm", May 2001

Emergency Medicine Resident's Conference, "Petechiae and Purpura", September 2000

Emergency Medicine Resident's Conference, "Heat Stroke", June 2000

Emergency Medicine Resident's Conference, "A Pediatric Case of Abdominal Pain and Altered Mental Status", January 2000

207th Annual American Chemical Society meeting, San Diego, CA, March 13-17, 1994

42nd International Science and Engineering Fair, Orlando, FL, "The Cellular Spin Resonance of Human Lung Fibroblasts: Cancerous vs. Benign", May 1991

**Publications**

Mahmood F, Vielledent A, Silverstein M, Hail S. "Urine for a Surprise!: A Case Report Discussing Obstructive Uropathy." EM Resident; July 6, 2026.

Kroll MW, Wolf DA, Hail SL, Zemrus TL, Kunz S, Williams HE. Sickle cell trait in non-firearm arrest-related deaths of Black persons. J. Forensic Sci 2024; 00:1-7.

Kroll MW, Brave MA, Hail SL. Do Saliva-saturated Spit Hoods Interfere with Ventilation? Am J Forensic Med Pathol. 17 Aug 2023;44

ACEP Task Force Report on Hyperactive Delirium with Severe Agitation in Emergency Settings; approved by the ACEP Board of Directors, June 23, 2021.

Kroll MW, Brave MA, Hail SL, Kroll RM, Williams HE. Pneumatic Impedance of Spit Socks and N95 Masks: The Applicability to Death Investigation. Am J Forensic Med Pathol 2021 Aug 18. Epub 2021 Aug 18.

Kroll MW, Hail SL, Kroll RM, Wetli CV, Criscione JC. Electrical weapons and excited delirium: shocks, stress, and serum serotonin. Forensic Sci Med Pathol; 2018 Aug 11. doi: 10.1007/s12024-018-0005-8. [Epub ahead of print]

National Association of Medical Examiners Position Paper: Recommendations for the Investigation, Diagnosis, and Certification of Deaths Related to Opioid Drugs. *Academic Forensic Pathology;* 2013; 3(1): 77-83.

Hail S, Obafemi A, Kleinschmidt K. Successful management of olanzapine-induced anticholinergic agitation and delirium with a continuous intravenous infusion of physostigmine in a pediatric patient. *Clinical Toxicology*; March 2013; 51(3): 162-166.

"Vesicating Agents Including Mustard and Lewisite", *Medical Response to Terrorism,* Lippincott, Williams, and Wilkins, 1st ed. 2004

Basic Disaster Life Support (BDLS) Provider Manual, "Chemical Events" chapter, National Disaster Life Support Education Consortium (NDLSEC), 2003

*" 'It Doesn't Get Any Better Than This': It Better Not Get Any Worse"*; Southern Methodist University's Criteria: A Journal of Rhetoric; 1992-1993.

**Media Appearances /Mentions**
(link may be archived differently after initial broadcast)

Doctor Testifies About Possible Causes of Girlfriend's Death; Law&Crime Trials
https://www.youtube.com/watch?v=C5H0vn0dyNE

Bad Boyfriend Murder Trial: Medical Toxicologist Takes Stand
https://www.courttv.com/title/bad-boyfriend-murder-trial-medical-toxicologist-takes-stand/

"Medical Mysteries Extend Beyond the Hospital for ER Doc." By Claudia Carson-Habeeb; People Newspapers
https://www.peoplenewspapers.com/2025/03/17/medical-mysteries-extend-beyond-the-hospital-for-er-doctor/

Raynaldo Ortiz trial day 6: Witness contradicts other doctors. CBS News.

https://www.cbsnews.com/texas/news/raynaldo-ortiz-trial-day-6-dallas-anesthesiologist/

"Jensen Retrial Day 13: The Tox Doc From Texas; by Kevin Mathewson; Kenosha County Eye; 1/26/2023 https://kenoshacountyeye.com/2023/01/26/jensen-retrial-day-13-the-tox-doctor-from-texas/

Apple podcast—Under the Cover of Knight episode 8

https://podcasts.apple.com/us/podcast/the-body/id1676146930?i=1000622118513

UTSW Q&A. Experts talk about opioid abuse, risks, treatment

https://www.utsouthwestern.edu/newsroom/articles/year-2023/aug-q-a-opioid-abuse-risks-treatment.html

LIVE broadcast of my testimony in State of Wisconsin v. Mark Jensen. https://www.courttv.com/title/antifreeze-murder-retrial-day-11/

"A Cool Desert Morning." Dateline NBC. Original air date October 7, 2022. https://www.nbc.com/dateline/video/a-cool-desert-morning/9000267431

"The Stages of Antifreeze Poisoning." Dateline Digital. October 7, 2022. https://www.nbcnews.com/dateline/video/the-stages-of-antifreeze-poisoning-150145093781

Matt Harvey, CJ Cron among four MLB players to testify they got oxycodone from former Los Angeles Angels staffer Eric Kay. ESPN. February 15, 2022. https://www.espn.com/mlb/story/_/id/33296708/matt-harvey-cj-cron-4-mlb-players-testify-got-drugs-former-los-angeles-angels-staffer-eric-kay

"Vengeance: Killer Coworkers--Poisonous Affair." An HLN Original Series; original air date January 19, 2020. https://cnncreativemarketing.com/project/vengeance/#open-overlay

Avera, US Attorney Talk Opioid Abuse in South Dakota, Press Conference and TV Interview; Keloland in Sioux Falls, SD. http://www.keloland.com/news/article/news/avera-u-s-attorney-talk-opioid-abuse-in-south-dakota

"Doctor Discusses the Dangers of Caffeine", live interview with Fox 4 News Heather Hayes, May 16, 2017. http://www.fox4news.com/news/255248346-videoI

"Toxicologists Warn Against Extreme Danger of Fentanyl", interview with NBC 5 DFW Bianca Castro, October 27, 2016. http://www.nbcdfw.com/news/health/Toxicologists-Warn-Against-Extreme-Danger-of-Fentanyl-398979141.html

"Snapped"; Season 16, Episode 12: 'Ana Gonzalez-Angulo'; original air date January 24, 2016, Oxygen channel. http://www.oxygen.com/snapped/season-16/episode-12/videos/snapped-sneak-peek-1612-ana-gonzalez-angulo-part-1

"Doctors warn of dangerous new street drug, 'flakka', Fox 4 News, April 8, 2015. http://www.fox4news.com/story/28755020/doctors-warn-of-dangerous-new-drug-flakka

"Prescription heroin in Vancouver clinic", live interview Al Jazeera America, February 3, 2015. https://ajam.boxcn.net/s/mrooktr0y80xshf3jlyy5hzf7e713op7

"Science Day at Trial of Doctor Accused of Poisoning Lover", My Fox Houston, September 18, 2014. http://www.myfoxhouston.com/story/26573332/science-day-at-trial-of-doctor-accused-of-poisoning-lover

"Toxicologists testify in trial of doctor accused of poisoning lover", Click2Houston, September 18, 2014. http://www.click2houston.com/news/testimony-continues-in-trial-of-doctor-accused-of-poisoning-lover/28124198

"Protecting yourself from West Nile", live interview WFAA Daybreak, June 24, 2014. http://www.wfaa.com/news/health/bfont-color000000VIDEOfontb-Protecting-yourself-from-West-Nile-264378691.html

"Teen overdoses on K2, ends up in hospital", Fox 4 News, June 8, 2014.

http://www.myfoxdfw.com/story/25724360/teen-overdoses-on-k2-ends-up-in-hospital

"Synthetic Marijuana: Outbreak of Overdoses in Texas", live interview Al Jazeera America, May 5, 2014.
https://ajam.app.box.com/s/e2y3dcrmqrv9c3s4kcmp

"Gold bullion coins buying peace of mind", interview with Dallas Morning News financial columnist, Will Deener, May 4, 2014.
http://www.dallasnews.com/business/columnists/will-deener/20140504-gold-bullion-coins-buying-peace-of-mind.ece

"Dallas police investigating rash of suspected K2 overdoses, Fox 4 News, May 2, 2014.
http://www.myfoxdfw.com/story/25416692/dallas-police-investigating-rash-of-k2-overdoses

"Outbreak of overdoses", CBS Dallas/Fort Worth, May 2, 2014.
http://dfw.cbslocal.com/video/10120684-outbreak-of-overdoses/

"Debunking Beezin'Buzz Hype", live interview Fox 4 News, April 30, 2014.
http://www.myfoxdfw.com/video?clipId=10111288&topVideoCatNo=237008&autoStart=true

"FDA Questions Safety of Antibacterial Soaps", live interview Fox 4 News, December 16, 2013.
http://www.myfoxdfw.com/video?clipId=9640947&topVideoCatNo=237008&autoStart=true

Commercial for Dallas Gold and Silver Exchange: Investing in Bullion and Rare Coins, 2013.
http://www.youtube.com/watch?v=Y1DkQ9Cv_WI

"FDA Investigates Energy Shots".
http://www.myfoxdfw.com/video?clipId=7965995&autostart=true, November 15, 2012.

"The Toxic Truth Behind Halloween Monsters";
http://www.wfaa.com/news/local/The-Toxic-Truth-behind-Halloween-Monsters-175682071.html, October 24, 2012.

"Small button batteries an be huge health danger for kids, experts warn." http://www.wfaa.com/news/health/Lynch-Syndrome-172716251.html, October 4, 2012.

"High on Hand Sanitizer", live interview Fox 4 New, April 25, 2012 http://www.myfoxdfw.com/video?clipId=7032720&autostart=true

"State of Forensic Toxicology"; Letter to the Editor; *Texas Bar Journal*, September 2011. http://www.texasbar.com/AM/Template.cfm?Section=Texas_Bar_Journal&Template=/CM/ContentDisplay.cfm&ContentID=15395

"Legal 'Bath Salts' Drug Alarms Doctors; Fox 4 News, January 14, 2011 http://www.myfoxdfw.com/dpp/news/011411-legal-%E2%80%98bath-salts%E2%80%99-drug-alarms-doctors

National Geographic and BBC documentary: *Drugged: High on Cocaine*; January 16, 2011

National Geographic and BBC documentary: *Drugged: High on Ecstasy*; January 17, 2011

"Toxic Metals in Children's Products", February 24, 2011 http://dfw.cbslocal.com/2011/02/24/cbs-11-tests-for-toxic-metals-in-childrens-products/

"US Supreme Court Blocks Execution of Texan Using New Drug Mix", http://www.myfoxdfw.com/dpp/news/texas-inmate-set-to-die-with-new-lethal-drug-tuesday, April 5, 2011

"Feds move to Ban 'Four Loko' Alcholic Energy Drink; live interview Fox 4 News, November 16, 2010 http://www.myfoxdfw.com/dpp/news/national/111610-feds-move-to-ban-%27four-loko%27-alcoholic-energy-drink

"FDA issues warning makers of alcoholic energy drinks. *Dallas Morning News*; November 18, 2010

**Stacey L. Hail, MD, FACMT**

4501 Belfort Avenue
Dallas, Texas 75205
(214) 354-8790
stacemd99@aol.com

**FEE SCHEDULE**

- A one-time $2,500.00 non-refundable administrative fee is required to open a file.
- Hourly fee is $850.00/hour which includes record review, report writing, conferring with counsel, deposition testimony, trial testimony and travel time. Time for travel is billed from departure from home residence until arrival at place of lodging in host city, and from departure from place of lodging in host city until arrival at home residence.
- I may choose a medical toxicology fellow or emergency medicine resident to assist with literature searches, literature reviews, or case timelines in a report. These services are billed at $450/hour.
- Work is not commenced until receipt of the $2,500.00 administrative fee and a 10-hour retainer of $8,500.00 for a total of $11,000.00. I reserve the right to ask for additional retainer funds if (1) I determine that a larger initial retainer is necessary or (2) time is invoiced past the initial retainer amount or (3) if additional work beyond any received retainer is reasonably anticipated. If a larger or additional retainer is requested, work will not commence until the requested monies are received. Any retainer funds not expended will be returned at the conclusion of the engagement.
- Airline tickets, baggage fees, transportation (including car services to and from airport, taxis, and rental cars), hotels, meal expenses and other travel related expenses must be reimbursed.
- Payment for fees and expenses are due upon receipt. I reserve the right to cease work on the engagement if fees, expenses, and/or retainers are not timely paid. I further reserve the cease work on the engagement if counsel fails to timely and appropriately communicate regarding necessary deposition or trial testimony, necessary records, trial dates, or expert report deadlines.
- **Please do not send any items by certified mail.**
- **Please do not send any original or hard copies.**

EXHIBIT
C

# Stacey L. Hail, MD, FACMT

***Board Certified in Emergency Medicine and Medical Toxicology***

**Re:** *Liana Davis v. Christopher Cooprider et al.* Civil Action No. 2:25-CV-220; in the United States District Court Southern District of Texas; Corpus Christi Division.

**Date of Report**: **8/25/2026**

**Qualifications:** I am an emergency medicine physician and a medical toxicologist double board-certified by the American Board of Emergency Medicine. I am an Associate Professor in the Department of Emergency Medicine at the University of Texas Southwestern Medical Center at Dallas.

I serve as Attending Physician in the Parkland Hospital Emergency Department. Parkland is a Level 1 Trauma Center and has the most emergency room visits of any single hospital in the United States. As a Parkland emergency physician, I personally evaluate, manage, and treat patients presenting with trauma, medical emergencies, burns, psychiatric emergencies, overdoses and toxic exposures including illicit drugs.

I also serve as Medical Toxicology Faculty in the North Texas Poison Center. As a Medical Toxicologist, I consult with physicians in North Texas regarding the management of all types o through the North Texas Poison Center. I am an expert in recognizing the signs and symptoms of intoxication from prescription medications, alcohol and illicit substances.

As Associate Professor at the University of Texas Southwestern at Dallas, I supervise medical students, interns, and residents at the bedside in the Parkland Hospital Emergency Department. I also provide lectures and training for the Department of Emergency Medicine. Through the North Texas Poison Center, I train medical students, emergency medicine residents, pharmacy residents and toxicology fellows in the management of poisoned patients as well as provide academic instruction during daily toxicology rounds.

I have cared for Dallas County's underserved population since 1999. I have helped educate and train every emergency medicine physician graduating from Parkland Hospital's emergency medicine residency program since 2002. I have helped train every medical toxicologist graduating from Parkland Hospital's medical toxicology

EXHIBIT
D



CONFIDENTIAL

fellowship program since 2004. Since 2005, I have provided attorneys throughout the United States with expertise in the fields of emergency medicine and medical toxicology in both civil and criminal matters.

**Methodology**: I was asked by Beth Klein from Beth Klein PC to perform an independent review of the matter regarding Liana Davis (LD) and asked to render an opinion regarding the possibility of intentional poisoning with misoprostol. Physicians use the method of "differential diagnosis" to rule in or rule out certain disease processes by integrating elements of the history, physical examination, laboratory and imaging results. When direct laboratory testing for a substance is not feasible, assessment relies upon analysis of the overall clinical presentation and known pharmacologic effects. I was provided the below-listed case materials to review:

Scheduling order, United States District Court Southern District of Texas Corpus Christi Division
Corpus Christi Women's Clinic; Davis 000001-000056
Incident/Investigation Report, Corpus Christi Police Department
Case Update email, Detective Michael Manzano
STD Report to the State of Texas
CR001923-1933 Any Lab Test Now Response to Subpoena
CR003952-005173 WhatsApp Chat with Ilse Alejandra
Davis 000141
Davis 000147
Davis 001236
DWQ-Any Lab Test Now Bill
DWQ-Any Lab Test Now Med
DWQ-Clinical Pathology Laboratories Bill
DWQ-Clinical Pathology Laboratories Med
DWQ-Corpus Christi Women's Clinic Bill
DWQ-Corpus Christi Women's Clinic Med
DWQ-Histopath Bill
DWQ-Pathology Associates of Corpus Christi Bill



CONFIDENTIAL

**General Discussion:**

## Natural Causes of Early Pregnancy Loss

The exact cause of spontaneous abortion prior to 20 weeks of gestation is frequently unknown. Common causes include chromosomal abnormalities, uterine anatomical abnormalities, infection, hormonal imbalance, immunologic factors, trauma, and advanced maternal age. Maternal age greater than 35 years significantly increases miscarriage risk.[1,2]

## Misoprostol Pharmacology and Toxicity

When assessing a potential toxicological exposure, a toxicologist reviews the biological plausibility known about a substance in published literature. A literature review was performed by searching PubMed with the following keywords: misoprostol, prostaglandin $E_1$, toxicity, overdose, side effects, and poisoning. Additional terms included alprostadil (another $PGE_1$ analogue); as well as Arthrotec, Cytotec, Gymiso, Misodel, Misoone, Topogyne, U-miso, and Vagiprost (trade names of misoprostol).

Misoprostol is a synthetic analogue of prostaglandin $E_1$ ($PGE_1$) that can be ingested either orally, buccally (placed in the cheek), sublingually (under the tongue), or vaginally. Prostaglandins are hormone-like molecules that naturally occur in the body with various endogenous functions such as mediating inflammation and fever.[3] When used for pregnancy termination, misoprostol softens the cervix and induces uterine contraction. Other FDA approved uses of misoprostol include treatment or prophylaxis of gastric ulcers caused by non-steroidal anti-inflammatory drugs (NSAIDs) through its strengthening of gastric mucosa. There are several non-FDA approved uses, including treatment of post-partum hemorrhage by inducing uterine contractions, and induction of labor by “ripening” the cervix.

When used for pregnancy termination, misoprostol is often paired with mifepristone, which is a progesterone receptor modulator decreasing the ability of the uterus to physiologically support the pregnancy. Mifepristone also has the effect of increasing the sensitivity of the uterus to the effects of prostaglandin. Therefore, mifepristone is recommended to be taken 24-48 hours prior to misoprostol when used as a two-medication regimen. The addition of mifepristone increases the odds of successful pregnancy termination.



CONFIDENTIAL

The standard initial dose of misoprostol is 800mcg buccally. An additional 400mcg buccally may need to be repeated every 3 hours until the abortion is completed, up to a maximum of 5 doses. Common side effects from therapeutic use are abdominal pain, nausea, vomiting, diarrhea, headache, and fever.[4, 5] Other potential side effects include hypotension (i.e., low blood pressure), tachycardia (i.e., elevated heart rate), or uterine rupture.[6, 16] The adverse effects of misoprostol alone are not significantly different than that of misoprostol combined with mifepristone.[7] Peak pain occurs about 2.5-4 hours after taking misoprostol and lasts for about one hour.[8] When misoprostol is used alone, the time to onset of bleeding varies by several hours, with one study demonstrating that 90% of patients start bleeding after 3-6 hours.[9]

Fever is a common side effect due to prostaglandins direct effect on the hypothalamus.[5] With increasing doses, these side effects are more likely to be present, as well as other adverse events such as tachycardia, hemodynamic instability (e.g., hypotension as a result of prostaglandins-mediated vascular smooth muscle relaxation), multi-organ dysfunction (e.g., renal injury, rhabdomyolysis), hypoxemia, and death. A single case report in 2007 reviews a patient who overdosed on 12 milligrams of misoprostol over 48 hours and developed bowel necrosis leading to cardiac arrest and death. The signs and symptoms of her toxicity on presentation included gastrointestinal bleeding, hemodynamic instability, respiratory failure (i.e., needing airway intervention like mechanical intubation), acute kidney injury (i.e., an elevated creatinine), rhabdomyolysis (i.e., an elevated creatine kinase), and hepatic failure (i.e., elevated liver transaminases with coagulopathy).[10]

Additional case reports, with overdoses ranging from 3mg to 8mg similarly describe fever and tachycardia.[11, 12, 13, 15] A case of 6mg misoprostol ingestion, combined with a first-generation antipsychotic, also developed multi-organ dysfunction with hypoxemia, acid-base disturbance, and rhabdomyolysis.[12] In a patient taking 6.6mg misoprostol, through both the oral and vaginal route, within 3.5 hours she developed severe hyperthermia (106 degrees Fahrenheit), hypotension, tachycardia and altered mental status (AMS).[13] Another woman took 4mg vaginally and developed tachycardia, hypotension, and AMS.[14] In an overdose of 8mg, via both the oral and vaginal route, one patient developed severe hyperthermia (109 degrees Fahrenheit), tachycardia, AMS/hallucinations, rhabdomyolysis, kidney injury, and liver injury.[15] Findings of AMS were also seen in a patient taking 2.4mg per day over 3 days, when on the third day she also developed symptoms of abdominal pain, nausea, vomiting, and diarrhea.[16]



CONFIDENTIAL

## Liana Davis (LD)

**Pertinent Case Details and Timeline:**

- LD was 37 years old (G4P2A1) at the time of her pregnancy loss. Christopher Cooprider (CC) was living next door to LD while he was stationed in Corpus Christi as a Marine pilot in training. He reportedly ordered abortifacient medication online from "Aid Access" which was received on 02/11/2025. This medication included one tablet of oral mifepristone 200mg and twelve tablets of misoprostol 200mcg.
- LD presented to Corpus Christi Women's Clinic on 3/15/2025. Her last menstrual period was 02/03/2025. Her medications when she established care for the pregnancy included acetaminophen-codeine, amphetamine-dextroamphetamine, lorazepam, butalbital-acetaminophen-caffeine-codeine, and sertraline.
- An ultrasound on 3/21/2025 revealed an intrauterine pregnancy with a fetal heart rate of 98 beats/minute. Based on the crown-rump length, the gestational age was approximately five to six weeks.
- LD was diagnosed with chlamydia on 03/26/2025 after a urine sample collected on 03/21/2025 was positive for chlamydia nucleic acid amplification test. She was prescribed a single dose of 1,000mg azithromycin by mouth.
- LD was also prescribed progesterone 200mg by mouth nightly for low progesterone levels. The indication for this prescription is not available in the provided medical record, but per text messages from LD to CC, this was for "low progesterone levels". Her compliance with this medication is questionable based on her text message conversations with CC.
- Per text messages sent from LD to CC, she was also diagnosed with Salmonella typhi during this time, however this information is not available in the provided medical records.
- There was possible exposure to alcohol during pregnancy. During pregnancy, LD sent a text message to CC expressing her desire to drink alcohol with him.
- On 04/05/2025, CC visited LD's home to drink hot chocolate. LD claims that she began demonstrating signs and symptoms of pregnancy loss, described as vaginal bleeding and abdominal cramping, within 30 minutes of drinking the beverage. She arrived at the emergency department about 2 hours later.



CONFIDENTIAL

- On the morning of 04/06/2025 (about 3 hours after the alleged ingestion) an ultrasound in the emergency department (ED) revealed an intrauterine embryo without a fetal heart rate (i.e., early pregnancy failure).
- Per ED documentation, LD presented with subjective complaints of abdominal cramping and vaginal bleeding. She was negative for complaints of nausea, vomiting, diarrhea, or any other subjective complaints on review of systems.
- The objective documentation from the ED reveals that she arrived with normal vital signs, including a normal heart rate (i.e., no tachycardia; her heart rate upon arrival was 88 beats/minute), normal oxygen saturation on room air (i.e., no hypoxia; her SpO2 upon arrival was 97%), normal blood pressure (her blood pressure on arrival was 117/87mmHg), and temperature (i.e., afebrile; her temperature upon arrival was 37.2 degrees Celsius[equivalent to 98.96 degrees Fahrenheit]). The ED provider noted that on exam she was overall well appearing and in no acute distress, there was no respiratory distress, and there was no objective abdominal tenderness.
- The ED physician also documented:

**Re-Evaluation & MDM**

**Free Text MDM Notes**

**Additional Text**

Patient boarding while awaiting obstetric evaluation. Patient evaluated by Dr. Hassan. It was recommended that patient have follow-up in clinic and if she is having persistent symptoms, would need to have a D&C scheduled. Patient requested to speak with me as she did not feel satisfied with her care in the department. She feels like she did not get a full evaluation. Patient is at times hysterical. She states that she has chronic pain and is treated by pain management. She does not know how she can bear the pain of a miscarriage. Patient given multiple rounds of IV narcotics in the department and continues to complain of pain. Offered other types of medication such as Toradol however patient states that she cannot have NSAIDs because it causes diarrhea. Instructed her that I would not be able to give her any more IV narcotics. Additionally patient reports that she would like an exam to evaluate for vaginal bleeding.

GU exam: GU exam performed by me chaperoned by Cassie, RN. Friend was also at bedside. Patient with scant bleeding on exam. No hemorrhage.

- The ED physician noted on genitourinary exam scant bleeding without hemorrhaging.
- Labs collected during this ED visit included a complete blood count which revealed a normal white blood cell count (i.e., no leukocytosis; this value was 7,400 cells/microliter) and normal electrolytes including a normal anion gap (i.e., there was no acidosis; this value was 4mmol/L) and creatinine (i.e., no renal impairment; this value was 0.82 mg/deciliter). Her international normalized ratio (INR) was 1.26 (i.e., no coagulopathy).
- Upon returning home, LD claims to have found the packaging of the abortifacients previously ordered by CC, in which there were 10 missing tablets of the misoprostol (i.e., LD recovered the single tablet of mifepristone, and two

tablets of misoprostol), indicating an alleged possible poisoning with 2mg of misoprostol.

- A follow-up ultrasound with her obstetrician on 04/07/2025 showed no intrauterine embryo with a thickened endometrium.

**Discussion:**

Blood testing for the presence of misoprostol is not feasible because the drug is rapidly metabolized.[6] Therefore, no practical test exists to determine if an exposure to misoprostol occurred. To determine if there was exposure to a substance that cannot be tested for, toxicologists may look at other lab tests (for example, electrolytes or cell counts) as these can sometimes act as "pertinent positives" or "pertinent negatives" to suggest if an exposure took place. However, the determination of exposure in these circumstances requires an assessment of the overall clinical picture.

LD developed symptoms of abdominal cramping and vaginal bleeding within 30 minutes of ingestion of the allegedly poisoned beverage. Although this is could be within the expected window of symptom onset in a two-regimen chemical abortion (i.e., when taken with mifepristone), LD did not ingest mifepristone since the single tablet of mifepristone was recovered after the incident. When misoprostol is ingested as a solo agent, symptom onset varies, with some studies suggesting it could take up to 3-6 hours before vaginal bleeding begins. **Therefore, the reported timeline is inconsistent with acute misoprostol toxicity.**

There is question as to how rapidly ten tablets of misoprostol could dissolve in a single drink. **When administered sublingually or buccally, misoprostol must be held in place for 15-30 minutes before it dissolves**. When the medication is placed into an aqueous solution, the starch excipient is unlikely to dissolve, leaving behind particulate matter.[18] It seems unfeasible that 10 tablets of misoprostol could be rapidly dissolved and ingested unnoticed by the consumer.

Documentation from the LD's emergency department visit after the alleged poisoning is inconsistent with acute misoprostol toxicity. Aside from *subjective* abdominal pain and vaginal bleeding, LD did not demonstrate any other subjective or objective findings of acute misoprostol overdose.

LD alleges she was poisoned with ten tablets of 200mcg misoprostol, or 2mg. This is an overdose by 2.5x the recommended initial dose of 0.8mg. In therapeutic



CONFIDENTIAL

dosing, misoprostol causes multiple other adverse effects including nausea, vomiting, diarrhea, and fever. These adverse effects are even more likely to occur at higher doses. However, there were no complaints of these symptoms in LD's history of present illness or review of systems. **The absence of additional somatic complaints is inconsistent with acute misoprostol overdose.**

The objective findings in LD's ED presentation do not suggest misoprostol toxicity. On LD's examination, the physician noted an absence of objective abdominal tenderness, and there was no hemorrhaging on genitourinary exam. It was also noted that she had a normal respiratory and cardiovascular examination, as well as normal mental status. Her vital signs on arrival were all normal: she was afebrile, had a normal blood pressure and heart rate (i.e., no hypotension or tachycardia), and normal respiratory exam and oxygen saturation (i.e., no hypoxia). A review of her labs note that she had normal electrolytes including an anion gap (i.e., no suggestion of acid-base disturbance) and creatinine (i.e., no renal impairment). Her INR was normal (i.e., no suggestion of liver impairment or coagulopathy). There was no fever, no tachycardia, no hypoxia or respiratory distress, no hypotension, no altered mental status, no electrolyte abnormalities, no renal impairment, and no coagulopathy. **The absence of these objective findings is inconsistent with acute misoprostol overdose.**

**Conclusion: LD experienced early pregnancy failure between 03/15/2025 and 04/06/2025. There are other risk factors for pregnancy loss including infection (e.g., chlamydia), advanced maternal age and low progesterone. After consideration of the clinical presentation of acute misoprostol toxicity as discussed in the medical literature, the timeline of events, and review of the LD's medical record, LD's clinical presentation is inconsistent with acute misoprostol toxicity. More likely than not, LD was not poisoned by misoprostol on or around 4/5-6/2025 as she was not manifesting ANY of the objective signs or symptoms associated with a misoprostol overdose.**

The conclusions reached in this report are based on my education, training and experience. These conclusions are all within reasonable medical certainty and/or probability. I reserve the right to amend this report should further information become available.

Stacey Hail, M.D., FACMT

## References


1. Cunningham F, et al. First- and Second-Trimester Pregnancy Loss. *Williams Obstetrics, 26e*. McGraw Hill; 2022.
2. Magnus MC, et al. Role of maternal age and pregnancy history in risk of miscarriage: Prospective register-based study. *BMJ;* 2019; 364:l869.
3. Ricciotti E & Fitzgerald GA. Prostaglandins and inflammation. *Arterioscler Thromb Vasc Biol*; 2011; 31:5, 986-1000.
4. Creinin MD, Grossman DA, Committee on Practice Bulletins—Gynecology, et al. Medication abortion up to 70 days of gestation: ACOG Practice Bulletin, Number 225. *Obstet Gynecol*; 2020; 136:4, 31-47.
5. Tang, OS, et al. Misoprostol: pharmacokinetic profiles, effects on the uterus and side-effects. *International journal of gynaecology and obstetrics: the official organ of the International Federation of Gynaecology and Obstetrics;* 2007; 99:2, S160–S167.
6. Turner, JV, et al. Off-label use of misoprostol in gynaecology. *Facts, views & vision in ObGyn*; 2015; 7:4, 261–264.
7. Kulier RRK, et al. Medical methods for first trimester abortion. *Cochrane Database of Systematic Reviews*; 2003; Issue 3.
8. Colwill AC, et al. Opioid Analgesia for Medical Abortion: A Randomized Controlled Trial. *Obstet Gynecol*; 2019; 134:6, 1163-1170.
9. Jayaweera, R, et al. Medication Abortion Safety and Effectiveness With Misoprostol Alone. *JAMA Network Open*; 2023; 6:10.
10. Henriques, A, et al. Maternal death related to misoprostol overdose. *Obstetrics & Gynecology*; 2007; 109(2), 489-490.
11. Graber, DJ & Meier, KH. Acute misoprostol toxicity. *Annals of emergency medicine*; 1991; 20:5, 549-551.
12. Bond, GR & Van Zee, A. Overdosage of misoprostol in pregnancy. *American Journal of Obstetrics & Gynecology*; 1994; 171:2, 561-562.
13. Austin, J, et al. Acute intravaginal misoprostol toxicity with fetal demise. *The Journal of emergency medicine*; 1997; 15:1, 61–64.
14. Redondo LS, et al. Misoprostol poisoning in the third trimester of pregnancy. *Progresos de Obstetricia y Ginecologia*; 2012; 55:4, 185-188.
15. Barros, JG, et al. Acute misoprostol toxicity during the first trimester of pregnancy. *International journal of gynaecology and obstetrics: the official organ of the International Federation of Gynaecology and Obstetrics*; 2011; 113:2, 157–158.
16. Bentov, Y, et al. Misoprostol overdose during the first trimester of pregnancy. *European Journal of Obstetrics, Gynecology, and Reproductive Biology*; 2004; 115:1, 108–109.




CONFIDENTIAL

17. Lanza, FL, et al. (1992). A double-blind, placebo-controlled, 6-day evaluation of two doses of misoprostol in gastroduodenal mucosal protection against damage from aspirin and effect on bowel habits. *The American Journal of Gastroenterology*; 1992; 86:12.
18. Robinson D, et al. Guideline No. 432c: induction of labour. *J Obstet Gynaecol Can*; 2023; 45:1, 70-77.



CONFIDENTIAL