# EXHIBIT 4

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider,<br>Aid Access GmbH, &<br>Rebecca Gomperts, | * | |
| | * | |
| Defendants. | * | |

**DECLARATION OF CRAIG DUPEN**

I, Craig Dupen am over the age of 18 and fully competent in all respects to make this declaration. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

1. I am an attorney for Christopher Cooprider in this case, and I submit this declaration alongside Cooprider's Motion for Summary Judgment.

2. The documents attached as Exhibits 1 and 2 to Cooprider's Motion for Summary Judgment are authentic copies of the expert reports of Roberta L. Kruger M.D. and Stacey L. Hail M.D.

3. The document attached as Exhibit 3 to Cooprider's Motion for Summary Judgment are authentic excerpts of Plaintiff Liana Davis's deposition, taken on May 28, 2026.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are rue and correct.

/s/___*Craig Dupen*______________
Craig Dupen