UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis,<br><br>Plaintiff,<br><br>v.<br><br>Christopher Cooprider,<br>Aid Access GmbH,<br>Aid Access B.V.,<br>Access and More B.V., &<br>Rebecca Gomperts,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:25-cv-220 |

**ORDER GRANTING DEFENDANT CHRISTOPHER COOPRIDER'S MOTION FOR SUMMARY JUDGMENT**

Considering Defendant Christopher Cooprider's ("Cooprider") Motion for Summary Judgment against Plaintiff Liana Davis ("Plaintiff"), the Court is of the opinion that Plaintiff's claims against Defendant Cooprider should be dismissed in their entirety.

**IT IS THEREFORE ORDERED** that all claims brought by Plaintiff Liana Davis against Defendant Cooprider are hereby **DISMISSED WITH PREJUDICE.**

**SO ORDERED.**

______________________________
DAVID S. MORALES
UNITED STATE DISTRICT JUDGE

Signed: Corpus Christi, Texas
November ___, 2026