**Davis, Liana 37y F**
DOB: 03/17/88

# Patient Chart Report

09/08/25 1:33 pm

Corpus Christi Womens Clinic, P.A

---

**Lab Facility:** **LabDaq**
Requisition: A4830068
Specimen: 872949
Collection Date: 03/26/25
**PROGESTERONE [LD-3080]**

**Provider:** **Villanueva-Penaflor,**

Patient Lab Results

Report Date: 03/26/25
Reviewed: 03/26/25

-Specimen Information-

Specimen ID: 1
Collection Start Date: 03/26/2025 8:22 A

| Component | Flag | Result | Units | Range | Status |
|---|---|---|---|---|---|
| PROGESTERONE [3080] | | 31.9 | ng/mL | < | F |

```
Pregnancy
      First trimester        4.7 - 50.7 ng/ml
      Second trimester      19.4 - 45.3 ng/ml
Non-pregnant females
      mid-follicular phase   0.3 - 1.5 ng/ml
      mid-luteal phase        5.1 - 18.5 ng/ml
      post menopausal       <0.7 ng/ml
Responsible Observer:   (GM)
```