Docusign Envelope ID: E5C551CD-1313-8D7D-8162-C9D9F5B875EC


UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-00220

## DECLARATION OF LIANA DAVIS

1. My name is Liana Davis. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I am the named plaintiff in this litigation, and I submit this declaration in support of the motion to exclude the expert testimony and report of Roberta L. Krueger, M.D.

4. The document attached as Exhibit 2 to this motion is an authentic copy of a document from my medical records at the Corpus Christi Women's Clinic, which shows that on March 26, 2025, my progesterone level was at 31.9 ng/mL.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Signed by:
Liana Davis
330405A4516E41A...

Dated: 11/11/2026

LIANA DAVIS