# Stacey L. Hail, MD, FACMT

***Board Certified in Emergency Medicine and Medical Toxicology***

**Re:** *Liana Davis v. Christopher Cooprider et al.* Civil Action No. 2:25-CV-220; in the United States District Court Southern District of Texas; Corpus Christi Division.

**Date of Report**: **8/25/2026**

**Qualifications:** I am an emergency medicine physician and a medical toxicologist double board-certified by the American Board of Emergency Medicine. I am an Associate Professor in the Department of Emergency Medicine at the University of Texas Southwestern Medical Center at Dallas.

I serve as Attending Physician in the Parkland Hospital Emergency Department. Parkland is a Level 1 Trauma Center and has the most emergency room visits of any single hospital in the United States. As a Parkland emergency physician, I personally evaluate, manage, and treat patients presenting with trauma, medical emergencies, burns, psychiatric emergencies, overdoses and toxic exposures including illicit drugs.

I also serve as Medical Toxicology Faculty in the North Texas Poison Center. As a Medical Toxicologist, I consult with physicians in North Texas regarding the management of all types o through the North Texas Poison Center. I am an expert in recognizing the signs and symptoms of intoxication from prescription medications, alcohol and illicit substances.

As Associate Professor at the University of Texas Southwestern at Dallas, I supervise medical students, interns, and residents at the bedside in the Parkland Hospital Emergency Department. I also provide lectures and training for the Department of Emergency Medicine. Through the North Texas Poison Center, I train medical students, emergency medicine residents, pharmacy residents and toxicology fellows in the management of poisoned patients as well as provide academic instruction during daily toxicology rounds.

I have cared for Dallas County's underserved population since 1999. I have helped educate and train every emergency medicine physician graduating from Parkland Hospital's emergency medicine residency program since 2002. I have helped train every medical toxicologist graduating from Parkland Hospital's medical toxicology

EXHIBIT
D



CONFIDENTIAL

fellowship program since 2004. Since 2005, I have provided attorneys throughout the United States with expertise in the fields of emergency medicine and medical toxicology in both civil and criminal matters.

**Methodology**: I was asked by Beth Klein from Beth Klein PC to perform an independent review of the matter regarding Liana Davis (LD) and asked to render an opinion regarding the possibility of intentional poisoning with misoprostol. Physicians use the method of "differential diagnosis" to rule in or rule out certain disease processes by integrating elements of the history, physical examination, laboratory and imaging results. When direct laboratory testing for a substance is not feasible, assessment relies upon analysis of the overall clinical presentation and known pharmacologic effects. I was provided the below-listed case materials to review:

Scheduling order, United States District Court Southern District of Texas Corpus Christi Division
Corpus Christi Women's Clinic; Davis 000001-000056
Incident/Investigation Report, Corpus Christi Police Department
Case Update email, Detective Michael Manzano
STD Report to the State of Texas
CR001923-1933 Any Lab Test Now Response to Subpoena
CR003952-005173 WhatsApp Chat with Ilse Alejandra
Davis 000141
Davis 000147
Davis 001236
DWQ-Any Lab Test Now Bill
DWQ-Any Lab Test Now Med
DWQ-Clinical Pathology Laboratories Bill
DWQ-Clinical Pathology Laboratories Med
DWQ-Corpus Christi Women's Clinic Bill
DWQ-Corpus Christi Women's Clinic Med
DWQ-Histopath Bill
DWQ-Pathology Associates of Corpus Christi Bill



CONFIDENTIAL

**General Discussion:**

## Natural Causes of Early Pregnancy Loss

The exact cause of spontaneous abortion prior to 20 weeks of gestation is frequently unknown. Common causes include chromosomal abnormalities, uterine anatomical abnormalities, infection, hormonal imbalance, immunologic factors, trauma, and advanced maternal age. Maternal age greater than 35 years significantly increases miscarriage risk.[1,2]

## Misoprostol Pharmacology and Toxicity

When assessing a potential toxicological exposure, a toxicologist reviews the biological plausibility known about a substance in published literature. A literature review was performed by searching PubMed with the following keywords: misoprostol, prostaglandin $E_1$, toxicity, overdose, side effects, and poisoning. Additional terms included alprostadil (another $PGE_1$ analogue); as well as Arthrotec, Cytotec, Gymiso, Misodel, Misoone, Topogyne, U-miso, and Vagiprost (trade names of misoprostol).

Misoprostol is a synthetic analogue of prostaglandin $E_1$ ($PGE_1$) that can be ingested either orally, buccally (placed in the cheek), sublingually (under the tongue), or vaginally. Prostaglandins are hormone-like molecules that naturally occur in the body with various endogenous functions such as mediating inflammation and fever.[3] When used for pregnancy termination, misoprostol softens the cervix and induces uterine contraction. Other FDA approved uses of misoprostol include treatment or prophylaxis of gastric ulcers caused by non-steroidal anti-inflammatory drugs (NSAIDs) through its strengthening of gastric mucosa. There are several non-FDA approved uses, including treatment of post-partum hemorrhage by inducing uterine contractions, and induction of labor by "ripening" the cervix.

When used for pregnancy termination, misoprostol is often paired with mifepristone, which is a progesterone receptor modulator decreasing the ability of the uterus to physiologically support the pregnancy. Mifepristone also has the effect of increasing the sensitivity of the uterus to the effects of prostaglandin. Therefore, mifepristone is recommended to be taken 24-48 hours prior to misoprostol when used as a two-medication regimen. The addition of mifepristone increases the odds of successful pregnancy termination.



CONFIDENTIAL

The standard initial dose of misoprostol is 800mcg buccally. An additional 400mcg buccally may need to be repeated every 3 hours until the abortion is completed, up to a maximum of 5 doses. Common side effects from therapeutic use are abdominal pain, nausea, vomiting, diarrhea, headache, and fever.[4, 5] Other potential side effects include hypotension (i.e., low blood pressure), tachycardia (i.e., elevated heart rate), or uterine rupture.[6, 16] The adverse effects of misoprostol alone are not significantly different than that of misoprostol combined with mifepristone.[7] Peak pain occurs about 2.5-4 hours after taking misoprostol and lasts for about one hour.[8] When misoprostol is used alone, the time to onset of bleeding varies by several hours, with one study demonstrating that 90% of patients start bleeding after 3-6 hours.[9]

Fever is a common side effect due to prostaglandins direct effect on the hypothalamus.[5] With increasing doses, these side effects are more likely to be present, as well as other adverse events such as tachycardia, hemodynamic instability (e.g., hypotension as a result of prostaglandins-mediated vascular smooth muscle relaxation), multi-organ dysfunction (e.g., renal injury, rhabdomyolysis), hypoxemia, and death. A single case report in 2007 reviews a patient who overdosed on 12 milligrams of misoprostol over 48 hours and developed bowel necrosis leading to cardiac arrest and death. The signs and symptoms of her toxicity on presentation included gastrointestinal bleeding, hemodynamic instability, respiratory failure (i.e., needing airway intervention like mechanical intubation), acute kidney injury (i.e., an elevated creatinine), rhabdomyolysis (i.e., an elevated creatine kinase), and hepatic failure (i.e., elevated liver transaminases with coagulopathy).[10]

Additional case reports, with overdoses ranging from 3mg to 8mg similarly describe fever and tachycardia.[11, 12, 13, 15] A case of 6mg misoprostol ingestion, combined with a first-generation antipsychotic, also developed multi-organ dysfunction with hypoxemia, acid-base disturbance, and rhabdomyolysis.[12] In a patient taking 6.6mg misoprostol, through both the oral and vaginal route, within 3.5 hours she developed severe hyperthermia (106 degrees Fahrenheit), hypotension, tachycardia and altered mental status (AMS).[13] Another woman took 4mg vaginally and developed tachycardia, hypotension, and AMS.[14] In an overdose of 8mg, via both the oral and vaginal route, one patient developed severe hyperthermia (109 degrees Fahrenheit), tachycardia, AMS/hallucinations, rhabdomyolysis, kidney injury, and liver injury.[15] Findings of AMS were also seen in a patient taking 2.4mg per day over 3 days, when on the third day she also developed symptoms of abdominal pain, nausea, vomiting, and diarrhea.[16]



CONFIDENTIAL

## Liana Davis (LD)

**Pertinent Case Details and Timeline:**

- LD was 37 years old (G4P2A1) at the time of her pregnancy loss. Christopher Cooprider (CC) was living next door to LD while he was stationed in Corpus Christi as a Marine pilot in training. He reportedly ordered abortifacient medication online from "Aid Access" which was received on 02/11/2025. This medication included one tablet of oral mifepristone 200mg and twelve tablets of misoprostol 200mcg.
- LD presented to Corpus Christi Women's Clinic on 3/15/2025. Her last menstrual period was 02/03/2025. Her medications when she established care for the pregnancy included acetaminophen-codeine, amphetamine-dextroamphetamine, lorazepam, butalbital-acetaminophen-caffeine-codeine, and sertraline.
- An ultrasound on 3/21/2025 revealed an intrauterine pregnancy with a fetal heart rate of 98 beats/minute. Based on the crown-rump length, the gestational age was approximately five to six weeks.
- LD was diagnosed with chlamydia on 03/26/2025 after a urine sample collected on 03/21/2025 was positive for chlamydia nucleic acid amplification test. She was prescribed a single dose of 1,000mg azithromycin by mouth.
- LD was also prescribed progesterone 200mg by mouth nightly for low progesterone levels. The indication for this prescription is not available in the provided medical record, but per text messages from LD to CC, this was for "low progesterone levels". Her compliance with this medication is questionable based on her text message conversations with CC.
- Per text messages sent from LD to CC, she was also diagnosed with Salmonella typhi during this time, however this information is not available in the provided medical records.
- There was possible exposure to alcohol during pregnancy. During pregnancy, LD sent a text message to CC expressing her desire to drink alcohol with him.
- On 04/05/2025, CC visited LD's home to drink hot chocolate. LD claims that she began demonstrating signs and symptoms of pregnancy loss, described as vaginal bleeding and abdominal cramping, within 30 minutes of drinking the beverage. She arrived at the emergency department about 2 hours later.



CONFIDENTIAL

- On the morning of 04/06/2025 (about 3 hours after the alleged ingestion) an ultrasound in the emergency department (ED) revealed an intrauterine embryo without a fetal heart rate (i.e., early pregnancy failure).
- Per ED documentation, LD presented with subjective complaints of abdominal cramping and vaginal bleeding. She was negative for complaints of nausea, vomiting, diarrhea, or any other subjective complaints on review of systems.
- The objective documentation from the ED reveals that she arrived with normal vital signs, including a normal heart rate (i.e., no tachycardia; her heart rate upon arrival was 88 beats/minute), normal oxygen saturation on room air (i.e., no hypoxia; her SpO2 upon arrival was 97%), normal blood pressure (her blood pressure on arrival was 117/87mmHg), and temperature (i.e., afebrile; her temperature upon arrival was 37.2 degrees Celsius[equivalent to 98.96 degrees Fahrenheit]). The ED provider noted that on exam she was overall well appearing and in no acute distress, there was no respiratory distress, and there was no objective abdominal tenderness.
- The ED physician also documented:

**Re-Evaluation & MDM**

**Free Text MDM Notes**

**Additional Text**

Patient boarding while awaiting obstetric evaluation. Patient evaluated by Dr. Hassan. It was recommended that patient have follow-up in clinic and if she is having persistent symptoms, would need to have a D&C scheduled. Patient requested to speak with me as she did not feel satisfied with her care in the department. She feels like she did not get a full evaluation. Patient is at times hysterical. She states that she has chronic pain and is treated by pain management. She does not know how she can bear the pain of a miscarriage. Patient given multiple rounds of IV narcotics in the department and continues to complain of pain. Offered other types of medication such as Toradol however patient states that she cannot have NSAIDs because it causes diarrhea. Instructed her that I would not be able to give her any more IV narcotics. Additionally patient reports that she would like an exam to evaluate for vaginal bleeding.

GU exam: GU exam performed by me chaperoned by Cassie, RN. Friend was also at bedside. Patient with scant bleeding on exam. No hemorrhage.

- The ED physician noted on genitourinary exam scant bleeding without hemorrhaging.
- Labs collected during this ED visit included a complete blood count which revealed a normal white blood cell count (i.e., no leukocytosis; this value was 7,400 cells/microliter) and normal electrolytes including a normal anion gap (i.e., there was no acidosis; this value was 4mmol/L) and creatinine (i.e., no renal impairment; this value was 0.82 mg/deciliter). Her international normalized ratio (INR) was 1.26 (i.e., no coagulopathy).
- Upon returning home, LD claims to have found the packaging of the abortifacients previously ordered by CC, in which there were 10 missing tablets of the misoprostol (i.e., LD recovered the single tablet of mifepristone, and two



CONFIDENTIAL

tablets of misoprostol), indicating an alleged possible poisoning with 2mg of misoprostol.

- A follow-up ultrasound with her obstetrician on 04/07/2025 showed no intrauterine embryo with a thickened endometrium.

**Discussion:**

Blood testing for the presence of misoprostol is not feasible because the drug is rapidly metabolized.[6] Therefore, no practical test exists to determine if an exposure to misoprostol occurred. To determine if there was exposure to a substance that cannot be tested for, toxicologists may look at other lab tests (for example, electrolytes or cell counts) as these can sometimes act as "pertinent positives" or "pertinent negatives" to suggest if an exposure took place. However, the determination of exposure in these circumstances requires an assessment of the overall clinical picture.

LD developed symptoms of abdominal cramping and vaginal bleeding within 30 minutes of ingestion of the allegedly poisoned beverage. Although this is could be within the expected window of symptom onset in a two-regimen chemical abortion (i.e., when taken with mifepristone), LD did not ingest mifepristone since the single tablet of mifepristone was recovered after the incident. When misoprostol is ingested as a solo agent, symptom onset varies, with some studies suggesting it could take up to 3-6 hours before vaginal bleeding begins. **Therefore, the reported timeline is inconsistent with acute misoprostol toxicity.**

There is question as to how rapidly ten tablets of misoprostol could dissolve in a single drink. **When administered sublingually or buccally, misoprostol must be held in place for 15-30 minutes before it dissolves**. When the medication is placed into an aqueous solution, the starch excipient is unlikely to dissolve, leaving behind particulate matter.[18] It seems unfeasible that 10 tablets of misoprostol could be rapidly dissolved and ingested unnoticed by the consumer.

Documentation from the LD's emergency department visit after the alleged poisoning is inconsistent with acute misoprostol toxicity. Aside from *subjective* abdominal pain and vaginal bleeding, LD did not demonstrate any other subjective or objective findings of acute misoprostol overdose.

LD alleges she was poisoned with ten tablets of 200mcg misoprostol, or 2mg. This is an overdose by 2.5x the recommended initial dose of 0.8mg. In therapeutic

dosing, misoprostol causes multiple other adverse effects including nausea, vomiting, diarrhea, and fever. These adverse effects are even more likely to occur at higher doses. However, there were no complaints of these symptoms in LD's history of present illness or review of systems. **The absence of additional somatic complaints is inconsistent with acute misoprostol overdose.**

The objective findings in LD's ED presentation do not suggest misoprostol toxicity. On LD's examination, the physician noted an absence of objective abdominal tenderness, and there was no hemorrhaging on genitourinary exam. It was also noted that she had a normal respiratory and cardiovascular examination, as well as normal mental status. Her vital signs on arrival were all normal: she was afebrile, had a normal blood pressure and heart rate (i.e., no hypotension or tachycardia), and normal respiratory exam and oxygen saturation (i.e., no hypoxia). A review of her labs note that she had normal electrolytes including an anion gap (i.e., no suggestion of acid-base disturbance) and creatinine (i.e., no renal impairment). Her INR was normal (i.e., no suggestion of liver impairment or coagulopathy). There was no fever, no tachycardia, no hypoxia or respiratory distress, no hypotension, no altered mental status, no electrolyte abnormalities, no renal impairment, and no coagulopathy. **The absence of these objective findings is inconsistent with acute misoprostol overdose.**

**Conclusion: LD experienced early pregnancy failure between 03/15/2025 and 04/06/2025. There are other risk factors for pregnancy loss including infection (e.g., chlamydia), advanced maternal age and low progesterone. After consideration of the clinical presentation of acute misoprostol toxicity as discussed in the medical literature, the timeline of events, and review of the LD's medical record, LD's clinical presentation is inconsistent with acute misoprostol toxicity. More likely than not, LD was not poisoned by misoprostol on or around 4/5-6/2025 as she was not manifesting ANY of the objective signs or symptoms associated with a misoprostol overdose.**

The conclusions reached in this report are based on my education, training and experience. These conclusions are all within reasonable medical certainty and/or probability. I reserve the right to amend this report should further information become available.

Stacey Hail, M.D., FACMT

## References


1. Cunningham F, et al. First- and Second-Trimester Pregnancy Loss. *Williams Obstetrics, 26e*. McGraw Hill; 2022.
2. Magnus MC, et al. Role of maternal age and pregnancy history in risk of miscarriage: Prospective register-based study. *BMJ;* 2019; 364:l869.
3. Ricciotti E & Fitzgerald GA. Prostaglandins and inflammation. *Arterioscler Thromb Vasc Biol*; 2011; 31:5, 986-1000.
4. Creinin MD, Grossman DA, Committee on Practice Bulletins—Gynecology, et al. Medication abortion up to 70 days of gestation: ACOG Practice Bulletin, Number 225. *Obstet Gynecol*; 2020; 136:4, 31-47.
5. Tang, OS, et al. Misoprostol: pharmacokinetic profiles, effects on the uterus and side-effects. *International journal of gynaecology and obstetrics: the official organ of the International Federation of Gynaecology and Obstetrics;* 2007; 99:2, S160–S167.
6. Turner, JV, et al. Off-label use of misoprostol in gynaecology. *Facts, views & vision in ObGyn*; 2015; 7:4, 261–264.
7. Kulier RRK, et al. Medical methods for first trimester abortion. *Cochrane Database of Systematic Reviews*; 2003; Issue 3.
8. Colwill AC, et al. Opioid Analgesia for Medical Abortion: A Randomized Controlled Trial. *Obstet Gynecol*; 2019; 134:6, 1163-1170.
9. Jayaweera, R, et al. Medication Abortion Safety and Effectiveness With Misoprostol Alone. *JAMA Network Open*; 2023; 6:10.
10. Henriques, A, et al. Maternal death related to misoprostol overdose. *Obstetrics & Gynecology*; 2007; 109(2), 489-490.
11. Graber, DJ & Meier, KH. Acute misoprostol toxicity. *Annals of emergency medicine*; 1991; 20:5, 549-551.
12. Bond, GR & Van Zee, A. Overdosage of misoprostol in pregnancy. *American Journal of Obstetrics & Gynecology*; 1994; 171:2, 561-562.
13. Austin, J, et al. Acute intravaginal misoprostol toxicity with fetal demise. *The Journal of emergency medicine*; 1997; 15:1, 61–64.
14. Redondo LS, et al. Misoprostol poisoning in the third trimester of pregnancy. *Progresos de Obstetricia y Ginecologia*; 2012; 55:4, 185-188.
15. Barros, JG, et al. Acute misoprostol toxicity during the first trimester of pregnancy. *International journal of gynaecology and obstetrics: the official organ of the International Federation of Gynaecology and Obstetrics*; 2011; 113:2, 157–158.
16. Bentov, Y, et al. Misoprostol overdose during the first trimester of pregnancy. *European Journal of Obstetrics, Gynecology, and Reproductive Biology*; 2004; 115:1, 108–109.




CONFIDENTIAL

17. Lanza, FL, et al. (1992). A double-blind, placebo-controlled, 6-day evaluation of two doses of misoprostol in gastroduodenal mucosal protection against damage from aspirin and effect on bowel habits. *The American Journal of Gastroenterology*; 1992; 86:12.
18. Robinson D, et al. Guideline No. 432c: induction of labour. *J Obstet Gynaecol Can*; 2023; 45:1, 70-77.



CONFIDENTIAL