**3/29/2025 10:17 AM**
iPhone (14122957136)

The one thing I tested positive for on the febrile panel was for antibodies for salmonella typhi, the bacteria that causes typhoid fever. 😨 However, the treatment for that is a azithromycin, which I just had two rounds of.

**3/29/2025 10:18 AM**
Chris Cooprider [Next Door] (7208408617)

Ok thanks for letting me know

**3/29/2025 10:18 AM**
Chris Cooprider [Next Door] (7208408617)

Sounds like pretty normal

**3/29/2025 10:18 AM**
iPhone (14122957136)

Dude. Typhoid fever? What is this, the Oregon trail?!?

**3/29/2025 10:19 AM**
iPhone (14122957136)

It's 1850, let me put on my hoop skirt.

**3/29/2025 10:21 AM**
iPhone (14122957136)

That would certainly explain why I was sick as a dog for over a week...sweet Jesus

**3/29/2025 10:21 AM**
iPhone (14122957136)

This poor baby

**3/29/2025 10:23 AM**
iPhone (14122957136)

Not that you ever feel bad about tormenting me, but how does it feel knowing that you tormented a pregnant woman with typhoid fever and YOUR chlamydia? Lol