UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

**Liana Davis**,

Plaintiff,

v.

**Christopher Cooprider**; **Aid Access GmbH**; **Rebecca Gomperts**,

Defendants.

Case No. 2:25-cv-00220

## DECLARATION OF LIANA DAVIS

1. My name is Liana Davis. I am over the age of 18 and fully competent in all respects to make this declaration.

2. I have personal knowledge of the facts stated in this declaration, and all of these facts are true and correct.

3. I am the named plaintiff in this litigation, and I submit this declaration in support of the motion to exclude the expert testimony and report of Stacey L. Hail, M.D.

4. Dr. Hail's expert report claims that my text messages to Mr. Cooprider reveal that I was "diagnosed with Salmonella typhi during" my pregnancy. *See* Hail Report at 5. Dr. Hail's statement is false and mischaracterizes the content of my text messages.

5. On March 29, 2025, at 10:17 A.M. central time, I texted Mr. Cooprider and wrote:

> The one thing I tested positive for on the febrile panel was for antibodies for salmonella typhi, the bacteria that causes typhoid fever. 🥧 However, the treatment for that is a azithromycin, which I just had two rounds of.

An authentic copy of this text is attached as Exhibit 2 to this motion, and it is bates stamped as Davis004901.

6. The text message informs Mr. Cooprider that I tested positive for the *anti-bodies for* Salmonella typhi, not the bacterium itself, which simply means that at some point in my 37 years, I could have been exposed to typhoid (not even contracted it). Dr. Hail's claim that I was "diagnosed with Salmonella typhi" during my pregnancy is false. I was never "diagnosed with Salmonella typhi" during my pregnancy.

7. Dr. Hail's report also says that I allege that I was "poisoned with ten tablets of 200mcg misoprostol, or 2mg." Hail Report at 7. That is untrue, as I do not know and I do not purport to know the exact number of misoprostol tablets that Mr. Cooprider mixed into my drink on the night of April 5, 2025. It is of course possible that Mr. Cooprider used all ten of the missing misoprostol tablets when preparing my hot chocolate on April 5, 2025, but it is also possible that Mr. Cooprider used only some and not all of those missing pills.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the facts stated in this declaration are true and correct.

Signed by:
Liana Davis
330405A4516E41A...

Dated: 11/11/2026

LIANA DAVIS