UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| Liana Davis, | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Case No. 2:25-cv-220 |
| | * | |
| Christopher Cooprider, et al. | * | |
| Defendants. | * | |

**UNOPPOSED DEFENDANT COOPRIDER'S REQUEST FOR A TWO DAY EXTENSION TO FILE DAUBERT MOTION**

TO THE HONORABLE COURT:

Defendant Cooprider requests an additional two days to file his Daubert Motion. Upon conferral, the Plaintiff does not oppose:

1. At approximately 9 pm, undersigned counsel was alerted that the attorney drafting the Daubert Motion had a family medical issue and could not complete the motion for filing. Counsel then contacted Plaintiff's counsel, who was not opposed to the request for extension.

2. Undersigned counsel's Microsoft remote system was down, and undersigned counsel could not access the system to draft and file this motion. This motion is filed as soon as possible.

Wherefore, Defendant Cooprider requests to and including November 18, 2026 to finalize and file his Daubert Motion.

Respectfully submitted,

BETH KLEIN, PC

By: *<u>/s/ Beth A. Klein</u>*
Beth A. Klein

BETH KLEIN, P.C.
Colorado Bar No. 17477
S.D. Tex. I.D. No. 3934133
beth@bethklein.com
350 Market Street, Suite 310
Basalt, Colorado 81621
Telephone: (303) 448-8884

WATTS LAW FIRM LLP
Texas State Bar No. 20981820
Federal Bar ID # 12419
mikal@wattsllp.com
811 Barton Springs #725
Austin, Texas 78704
Telephone: (512) 479-0500
Facsimile: (512) 479-0501
ATTORNEY-IN-CHARGE

ATTORNEYS FOR
CHRISTOPHER COOPRIDER

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on November 17, 2026 I SERVED the foregoing via ECF on all counsel of record.

*<u>/s/ Beth A. Klein</u>*
Beth A. Klein