United States District Court
Southern District of Texas
**ENTERED**
November 17, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LIANA DAVIS, | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 2:25-CV-00220 |
| | § | |
| CHRISTOPHER COOPRIDER, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the Court is Defendant's unopposed motion for an extension to file a Daubert motion. (D.E. 153). Despite the Court's previous admonishment to Defendant that all future filings must comply with the rules, (D.E. 149), he failed to attach a proposed order to the instant motion, (D.E. 153), as required by Local Rule 7.2. Therefore, the Court **DENIES** Defendant's motion **without prejudice.** (D.E. 153).

SO ORDERED.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE

Signed: Corpus Christi, Texas
November 17, 2026